# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL PHARMACEUTICALS PLC, AVADEL US HOLDINGS, INC., AVADEL SPECIALTY PHARMACEUTICALS, LLC, AVADEL LEGACY PHARMACEUTICALS, LLC, AVADEL MANAGEMENT CORPORATION AND AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendants. | C.A. No. 21-691-MN |

## DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

Defendants Avadel Pharmaceuticals plc, Avadel US Holdings, Inc., Avadel Specialty Pharmaceuticals, LLC, Avadel Legacy Pharmaceuticals, LLC, Avadel Management Corporation, and Avadel CNS Pharmaceuticals, LLC (collectively "Avadel" or "Defendants"), by and through their undersigned counsel, respectfully move for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on Defendants' counterclaim seeking de-listing of U.S. Patent No. 8,731,963 from the Orange Book (*see* D.I. 11, Count III). The grounds for this motion are set forth in the accompanying opening brief filed contemporaneously herewith.

ME1 36678322v.1

2

| | |
|---|---|
| Dated:  July 23, 2021 | McCARTER & ENGLISH, LLP |
| *Of Counsel*: | /s/ *Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| Kenneth G. Schuler | Alexandra M. Joyce (#6423) |
| Marc N. Zubick | Renaissance Centre |
| Alex Grabowski | 405 N. King Street, 8th Floor |
| Sarah W. Wang | Wilmington, Delaware 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 330 North Wabash Avenue, Suite 2800 | dsilver@mccarter.com |
| Chicago, IL 60611 | ajoyce@mccarter.com |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | *Counsel for Defendants* |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| sarah.wang@lw.com | |
| | |
| Herman Yue | |
| Bornali Rashmi Borah | |
| LATHAM & WATKINS LLP | |
| 1271 Avenue of the Americas | |
| New York, NY 10020 | |
| (212) 906-1200 | |
| Herman.Yue@lw.com | |
| Rashmi.Borah@lw.com | |