# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**JEREMY A. TIGAN**
302 351-9106
jtigan@morrisnichols.com

October 18, 2021

The Honorable Maryellen Noreika                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware                    PUBLIC VERSION
844 North King Street                              Confidential Version Filed: October 18, 2021
Wilmington, DE 19801                               Public Version Filed: October 25, 2021

      Re:    *Jazz Pharmaceuticals, Inc. v. Avadel Pharmaceuticals plc, et al.,*
             C.A. No. 21-691 (MN)

Dear Judge Noreika:

      This firm, together with Quinn Emanuel, represents Plaintiff Jazz Pharmaceuticals, Inc. in this matter. We write pursuant to paragraph 2(c) of the Scheduling Order (D.I. 31) to provide the Court with a status report regarding whether preliminary injunction proceedings are necessary at this time.

      On October 15, 2021, Defendants ("Avadel") publicly announced that the FDA's review of its NDA is still ongoing, that action will likely not be taken in October, and that a new target action date under the Prescription Drug User Fee Act ("PDUFA") will be provided at a later date.[1]

[redacted]

---

[1]    See https://investors.avadel.com/news-releases/news-release-details/avadel-pharmaceuticals-announces-ongoing-fda-review-nda-ft218.

[redacted]

The Honorable Maryellen Noreika
October 18, 2021
Page 2

███████████████████████████████████████ preliminary injunction proceedings would not be appropriate at this time.  Consequently, Jazz does not intend to file a motion for a preliminary injunction by October 22, 2021.  Jazz will provide the Court with an update regarding whether preliminary injunction proceedings may be necessary shortly after receiving the FDA's updated PDUFA target action date from Avadel.[3]

We are available at the Court's convenience if Your Honor would like to discuss this matter.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

cc:   Clerk of the Court (via hand delivery)
      All Counsel of Record (via CM/ECF and email)

---

[3] We have discussed this proposal with counsel for Avadel and understand Avadel's position to be that they are willing to discuss a new briefing schedule following the FDA's updated PDUFA date, but that they reserve all rights with respect to Your Honor's comments regarding preliminary injunction proceedings during the July 30, 2021 scheduling conference.