IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-MN |

**DEFENDANT'S RENEWED MOTION FOR
PARTIAL JUDGMENT ON THE PLEADINGS**

Defendant Avadel CNS Pharmaceuticals, LLC ("Defendant"), by and through its undersigned counsel, respectfully moves for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) on Defendant's counterclaim seeking delisting of U.S. Patent No. 8,731,963 (the "'963 patent") from the Orange Book (*see* D.I. 11, Count III), and for an order requiring Jazz to submit a request to the FDA to delist the '963 patent pursuant to 21 U.S.C. § 355(c)(3)(D)(ii)(I). The grounds for this motion are set forth in the accompanying opening brief filed contemporaneously herewith.

| | |
|---|---|
| Dated: June 23, 2022 | McCARTER &ENGLISH, LLP |
| *Of Counsel*: | */s/ Daniel M. Silver* |
| | Daniel M. Silver (#4758) |
| Kenneth G. Schuler | Alexandra M. Joyce (#6423) |
| Marc N. Zubick | Renaissance Centre |
| Alex Grabowski | 405 N. King Street, 8th Floor |
| Sarah W. Wang | Wilmington, Delaware 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 330 North Wabash Avenue, Suite 2800 | dsilver@mccarter.com |
| Chicago, IL 60611 | ajoyce@mccarter.com |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | *Counsel for Defendant* |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| sarah.wang@lw.com | |

Herman Yue
Bornali Rashmi Borah
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com
Rashmi.Borah@lw.com

Daralyn J. Durie
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 365-6666
ddurie@durietangri.com

Kira A. Davis
Katherine E. McNutt
DURIE TANGRI LLP
953 East 3rd Street
Los Angeles, CA 90013
(213) 992-4499
kdavis@durietangri.com
kmcnutt@durietangri.com