IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-MN |

**[PROPOSED] ORDER GRANTING DEFENDANT'S RENEWED MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

The Court having considered Defendant's Renewed Motion for Partial Judgment on the Pleadings (the "Motion"), the relevant papers and submissions, and any opposition and reply thereto,

IT IS HEREBY ORDERED, this _____ day of _____, 2022, that Defendant's Motion is GRANTED.

The Court further ORDERS that pursuant to Fed. R. Civ. P. 12(c), judgment is entered in favor of Defendant, and against Plaintiff, on Defendant's Counterclaim, Count III.

The Court further ORDERS that Plaintiff is directed by mandatory injunction under 21 U.S.C. § 355(c)(3)(D)(ii)(I) to correct within fourteen (14) days from the date of this Order its improper listing of the '963 patent by submitting to the FDA a request, enclosing this Order, to delete U.S. Patent No. 8,731,963 from the Orange Book entry for Xyrem®.

_____
UNITED STATES DISTRICT JUDGE