# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

August 1, 2022

The Honorable Maryellen Noreika  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Room 4324, Unit 19
Wilmington, DE 19801

      Re:    *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*
             C.A. Nos. 21-691, 21-1138 & 21-1594 (MN)

Dear Judge Noreika:

      In advance of the *Markman* hearing in these cases set for August 31, 2022, at 2:00 p.m., I write on behalf of the parties to jointly request that the Court set aside three hours for the hearing, to be split evenly between the two sides. Neither side seeks leave to present testimony at the hearing.

                            Respectfully,

                            */s/ Jeremy A. Tigan*

                            Jeremy A. Tigan (#5239)

JAT/rah
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and email)