# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

_____

302 658 9200
302 658 3989 Fax

Jeremy A. Tigan
(302) 351-9106
jtigan@morrisnichols.com

August 19, 2022

The Honorable Maryellen Noreika                     *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Room 4324, Unit 19
Wilmington, DE 19801

                  Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC*
                         C.A. Nos. 21-691, 21-1138 & 21-1594 (MN)

Dear Judge Noreika:

        Pursuant to the Court's August 1, 2022 Oral Order, counsel for the parties met and conferred via phone on August 11, 2022, in an attempt to reach agreement on constructions for the claim terms that remain in dispute. The meet and confer call lasted approximately 38 minutes and all of the disputed claim terms were discussed. The following counsel participated: F. Dominic Cerrito, Frank C. Calvosa, Gabriel P. Brier, and Jeremy Tigan for Jazz; Daralyn J. Durie, Herman H. Yue, and Daniel M. Silver for Avadel. The parties also corresponded by email after the call to further discuss potential compromises.

        As a result of their efforts, the parties agreed on a proposed construction for "by about 4 to about 6 hours," as reflected in the attached Amended Joint Claim Construction Chart. Avadel also agreed to withdraw the "cash payer" claim terms from the list of disputed terms.

                                   Respectfully,

                                   */s/ Jeremy A. Tigan*

                                   Jeremy A. Tigan (#5239)

JAT/lo
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)