

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

September 12, 2022

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*, C.A. No. 21-691-GBW

Dear Judge Williams:

This firm, along with Latham and Watkins LLP and Durie Tangri LLP, represents Defendant Avadel CNS Pharmaceuticals, LLC ("Avadel") in the above referenced action. We write regarding Avadel's *Motion to Expedite Consideration of Avadel's Renewed Motion for Partial Judgment on the Pleadings* (the "Motion to Expedite"), filed contemporaneously herewith, to respectfully request expedited consideration of the related Rule 12(c) motion filed by Avadel (D.I. 117), and to request a conference at the Court's earliest convenience.

As the Court may be aware, the parties recently completed expedited briefing on Avadel's related 12(c) motion (D.I. 117). As Avadel's Rule 12(c) motion is time sensitive (*see, e.g.,* D.I. 150 (letter to Judge Noreika regarding time sensitivity)), and in view of the reassignment of this action to Your Honor, Avadel has filed a Motion to Expedite contemporaneously with this letter.

As set forth in that Motion, Avadel is being subjected to ongoing, significant harm that can only be cured through the resolution of the Rule 12(c) motion. Avadel reasonably believed that the Court would address the Rule 12(c) motion in conjunction with the August 31st *Markman* hearing or shortly thereafter, and remained optimistic for a prompt resolution following Judge Noreika's Oral Order requiring Jazz to file a substantive opposition to Avadel's Rule 12(c) motion on an expedited basis. D.I. 151.

With the postponement of the *Markman* hearing and the assignment of this action to Your Honor, Avadel is compelled to formally request expedited consideration. Although we are cognizant of the Court's heavy case load, we respectfully submit that the 12(c) motion is important enough and time sensitive enough to warrant expedited consideration. To that end, we are available at the Court's convenience for a status teleconference or otherwise, and for the reasons set forth in the enclosed Motion to Expedite, respectfully request expedited consideration and resolution of the 12(c) motion.

Counsel for the parties are available should the Court need any further information.

ME1 42267850v.1

September 12, 2022<br>
Page 2

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc:     All counsel of record (via CM/ECF and E-Mail)