IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW |

**DEFENDANT'S NOTICE OF DEPOSITION OF SCOTT BURA**

PLEASE TAKE NOTICE that Defendant Avadel CNS Pharmaceuticals, LLC, by and through its attorneys, pursuant to rule 30(b)(1) of the Federal Rules of Civil Procedure, hereby gives notice of its intention to take the deposition upon oral examination of Scott Bura on November 2, 2022. The deposition will be held at Quinn Emanuel Urquhart & Sullivan, LLP located at 50 California St #22, San Francisco, CA 94111, at 9:00 AM, before an officer duly authorized to administer oaths, and will be recorded by audiovisual and stenographic means,

1

including stenographic means with real-time display of testimony. This deposition shall continue until concluded in accordance with Federal Rule of Civil Procedure 30.

| | |
|---|---|
| Dated: November 1, 2022 | McCARTER &ENGLISH, LLP |
| *Of Counsel*: | */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) |
| Kenneth G. Schuler <br> Marc N. Zubick <br> Alex Grabowski <br> Sarah W. Wang <br> LATHAM & WATKINS LLP <br> 330 North Wabash Avenue, Suite 2800 <br> Chicago, IL 60611 <br> (312) 876-7700 <br> kenneth.schuler@lw.com <br> marc.zubick@lw.com <br> alex.grabowski@lw.com <br> sarah.wang@lw.com | Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Counsel for Defendant* |
| Herman Yue <br> LATHAM & WATKINS LLP <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> (212) 906-1200 <br> Herman.Yue@lw.com | |
| Daralyn J. Durie <br> DURIE TANGRI LLP <br> 217 Leidesdorff Street <br> San Francisco, CA 94111 <br> (415) 365-6666 <br> ddurie@durietangri.com | |
| Kira A. Davis <br> Katherine E. McNutt <br> DURIE TANGRI LLP <br> 953 East 3rd Street <br> Los Angeles, CA 90013 <br> (213) 992-4499 <br> kdavis@durietangri.com <br> kmcnutt@durietangri.com | |