# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | Civil Action No. 21-691-GBW |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter an appearance for Markus H. Meier on behalf of *Amicus Curiae* Federal Trade Commission in the above-referenced matter.

Dated: November 10, 2022

Respectfully Submitted,

*/s/ Markus H. Meier*
Markus H. Meier
Federal Trade Commission
600 Pennsylvania Ave. N.W.
Washington, DC 20580
Tel: (202) 326-3759
mmeier@ftc.gov
*Counsel for Amicus Curiae*
*Federal Trade Commission*