# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

November 23, 2022

The Honorable Gregory B. Williams					*VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Room 6124, Unit 26
Wilmington, DE 19801

Re:	*Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC*
	C.A. No. 21-691 (GBW)

Dear Judge Williams:

      We represent Plaintiff Jazz Pharmaceuticals, Inc. in connection with the above-captioned matter. We are writing regarding Jazz's Motion for a Stay Pending Appeal, or, in the Alternative, a Stay Pending Application to the Federal Circuit for a Stay Pending Appeal. (D.I. 235.)

      We thank Your Honor for expediting consideration of Jazz's motion, in view of the Court's Order today directing Defendants to file a response by December 1, 2022. (D.I. 237.) We note, however, that given the injunction's requirement that Jazz submit a request to the FDA de-list the '963 patent by December 2, 2022 (D.I. 232), Jazz will currently need to file an emergency motion to stay in the Federal Circuit early next week—while the current stay motion remains pending before this Court—to give the court of appeals a chance to act on Jazz's request before December 2, absent some further action by Your Honor. Jazz respectfully submits that the better course would be to give Your Honor the chance to consider Jazz's motion (and Defendants' response) *before* Jazz seeks relief, if necessary, from the Federal Circuit.

      Accordingly, Jazz respectfully requests that Your Honor enter a seven-day administrative stay as soon as practicable, so that Jazz may potentially avoid burdening the Federal Circuit, or, in the event Your Honor ultimately denies both Jazz's request for a stay pending appeal *and* Jazz's request for a one-month stay, Jazz can file a motion in the Federal Circuit on or after December 5, 2022.

      We appreciate Your Honor's attention to this matter.

Honorable Gregory B. Williams
November 23, 2022
Page 2

                                                  Respectfully,

                                                  */s/ Jeremy A. Tigan*

                                                  Jeremy A. Tigan (#5239)

JAT/lo
cc:     Clerk of the Court (via hand delivery)
         All Counsel of Record (via CM/ECF and e-mail)