# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>　　　　Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., *et al.,*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>　　　　Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., *et al.,*<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>　　　　Defendant. | C.A. No. 21-1594-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, the parties are still working towards completing fact depositions in these cases; and

WHEREAS, the parties have conferred and agreed to extend the deadlines for expert reports;

1

ME1 43466811v.1

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to the approval of the Court, that the following deadlines shall be extended:

| Case Event | Current Date | Proposed Date |
|---|---|---|
| Opening Expert Reports | December 16, 2022 | January 17, 2023 |
| Rebuttal Expert Reports | February 17, 2023 | March 17, 2023 |
| Reply Expert Reports | April 14, 2023 | May 15, 2023 |
| Expert Discovery Cutoff | June 30, 2023 | June 30, 2023 (No Change) |

All other dates in the Court's modified scheduling order (C.A. No. 21-691, D.I. 72) shall remain the same.

Dated: November 28, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

Of counsel:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7000

*Attorneys for Plaintiff*

McCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Of Counsel:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Sarah W. Wang
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
sarah.wang@lw.com

2

        Herman Yue
        LATHAM & WATKINS LLP
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 906-1200
        Herman.Yue@lw.com

        Daralyn J. Durie
        DURIE TANGRI LLP
        217 Leidesdorff Street
        San Francisco, CA 94111
        (415) 365-6666
        ddurie@durietangri.com

        Kira A. Davis
        Katherine E. McNutt
        DURIE TANGRI LLP
        953 East 3rd Street
        Los Angeles, CA 90013
        (213) 992-4499
        kdavis@durietangri.com
        kmcnutt@durietangri.com

        *Attorneys for Defendants*

**SO ORDERED** this \_\_\_\_ day of _____, 2022.

        _____
        United States District Court Judge