

| | |
|---|---|
| **Daniel M. Silver**<br>Wilmington Office Managing Partner<br><br>T. 302-984-6331<br>F. 302-691-1260<br><br>dsilver@mccarter.com | McCarter & English, LLP<br><br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801-3717<br><br>www.mccarter.com |

November 29, 2022

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*,
     C.A. Nos. 21-691, 21-1138 & 21-1594-GBW

Dear Judge Williams:

      We represent Defendant Avadel CNS Pharmaceuticals, LLC. We write to alert the Court to the status of Jazz's parallel motion to stay this Court's ruling on Avadel's delisting motion to the Court of Appeals to the Federal Circuit. Earlier this afternoon, the Federal Circuit issued the attached Order on Jazz's motion to stay and motion for expedited briefing. The Federal Circuit temporarily stayed this Court's injunction Order and held Jazz's motion to stay in abeyance on the basis that Jazz's separate stay motion is still pending before this Court, and that this Court "appears to be working towards a prompt resolution of that motion."

      We appreciate the Court's prompt attention to this matter to date and respectfully request that the Court promptly rule on Jazz's motion to stay so that the Federal Circuit has the benefit of this Court's views when deciding Jazz's motion.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc:    All counsel of record (via CM/ECF and E-Mail)

Enclosure

ME1 43490066v.1