# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | ▮ <br><br> C.A. No. 21-00691-GBW |

## DECLARATION OF DARALYN DURIE

I, Daralyn Durie, declare:

1. I am a partner of the law firm Durie Tangri LLP, counsel for Defendant in this matter. I submit this Declaration in support of Avadel's Opposition to Jazz's Motion for a Stay Pending Appeal. I have personal knowledge of the facts stated herein. If called as a witness in this matter, I could and would competently testify to each of the facts set forth below.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts of the transcript of the deposition of Jennifer Gudeman taken on November 10, 2022 in this matter.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

| | |
|---|---|
| Executed on November 29, 2022 |  /s/ *Daralyn J. Durie* |
| San Francisco, California | Daralyn J. Durie |

# EXHIBIT A


```
                                                          Page 1
     IN THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF DELAWARE
     ---------------------------------------
     JAZZ PHARMACEUTICALS, INC. and
     JAZZ PHARMACEUTICALS IRELAND
     LIMITED,

              Plaintiff,

         v.

     AVADEL PHARMACEUTICALS PLC,
     AVADEL US HOLDINGS, INC., AVADEL
     SPECIALTY PHARMACEUTICALS, LLC,
     AVADEL LEGACY PHARMACEUTICALS,
     LLC, AVADEL MANAGEMENT
     CORPORATION and AVADEL CNS
     PHARMACEUTICALS LLC,

              Defendants.

     CASE NO.21-691-MN; 21-1138-MN; 21-1594-MN
     ---------------------------------------

     VIDEO DEPOSITION OF
     Jennifer Gudeman
     November 10, 2022
     Chicago, Illinois
     Lead: Quentin Jorgensen, Esquire
     Firm: Quinn Emanuel


     FINAL COPY - HIGHLY CONFIDENTIAL
     JANE ROSE REPORTING 1-800-824-3341
```

Jazz Pharmaceuticals v.  FINAL - Nov. 10, 2022
Avadel Pharmaceuticals   Jennifer Gudeman

```
                                                    Page 32
 1      A.      This appears to be the LUMRYZ REMS
 2   prescriber brochure.
 3      Q.      And what's the purpose of the
 4   prescriber brochure?
 5      A.      This is to provide information to
 6   prescribers about the requirement with the
 7   LUMRYZ REMS.
 8      Q.      And on the next page, this "Dear
 9   prescriber" letter, is that what that is?
10      A.      On the next page, ending in 039, this
11   is listed as "Dear prescriber."
12      Q.      And what's the purpose of this page?
13      A.      I don't know.
14      Q.      Does Avadel plan on sending prescriber
15   brochures to prescribers?
16      A.      I don't know.
17      Q.      Who would know?
18      A.      Could you repeat that?
19      Q.      Who would know what Avadel plans on
20   doing with the prescriber brochure?
21      A.      This appears to be part of the overall
22   REMS materials, so the person who is responsible for
23   oversight of REMS.
24      Q.      So how does Avadel expect to take
25   market share from Jazz in the sodium oxybate
```

Jazz Pharmaceuticals v.  FINAL - Nov. 10, 2022
Avadel Pharmaceuticals   Jennifer Gudeman

```
                                                     Page 33
 1   narcolepsy treatment market?
 2               MS. DAVIS:  Objection, foundation.
 3               THE WITNESS:  When we introduce LUMRYZ
 4       after we receive final approval, it is likely
 5       that there will be patients who are taking a
 6       twice-nightly oxybate product who have
 7       challenges with waking up in the middle of the
 8       night to take a second dose who will want to
 9       speak with their prescribing clinicians about
10       changing to LUMRYZ.
11               There are additional patients that
12       will have interest in LUMRYZ as well.  That
13       could include patients who have previously
14       discontinued taking the twice-nightly oxybates
15       as well as patients who have never taken
16       oxybates.
17   BY MR. JORGENSEN:
18       Q.      But Avadel expects a large portion of
19   patients who adopt LUMRYZ after the commercial
20   launch to be patients who switched from Xyrem and
21   Xywav; is that right?
22               MS. DAVIS:  Objection.
23               You can answer.
24               THE WITNESS:  I don't know.
25   BY MR. JORGENSEN:
```

Jazz Pharmaceuticals v.    FINAL - Nov. 10, 2022
Avadel Pharmaceuticals                          Jennifer Gudeman

```
                                                    Page 34
 1        Q.     So why would a patient already taking
 2   Xyrem or Xywav switch to LUMRYZ?
 3               MS. DAVIS:  Objection, foundation.
 4               You can answer.
 5               THE WITNESS:  I alluded to this in my
 6        prior answer, but patients who are taking
 7        twice-nightly oxybates have to wake up two and
 8        a half to four hours after their first dose to
 9        take their second dose.
10               As we know, this is for the treatment
11        of narcolepsy, which is a chronic sleep
12        disorder.  For many patients with narcolepsy,
13        waking up night after night after night poses a
14        significant challenge to them.  There's
15        numerous challenges.  Would you like me to list
16        a few more examples?
17   BY MR. JORGENSEN:
18        Q.     Go ahead.
19        A.     One thing that we hear quite clearly
20   from patients is that many patients will sleep
21   through their alarm that is to wake them up two and
22   a half hours after the first dose, up to four hours
23   after the first dose.  They wake up after four
24   hours, which should be the latest that you would
25   take a second dose.
```

Jazz Pharmaceuticals v.  FINAL - Nov. 10, 2022
Avadel Pharmaceuticals                    Jennifer Gudeman

```
                                                      Page 35
 1              As I have heard patients relay
 2   directly to me, they are then faced with a terrible
 3   dilemma, that being that they either forego their
 4   second dose and, as they relay, they feel worse the
 5   next day, their narcolepsy is not controlled.
 6              Their other option in that scenario is
 7   that they take the second dose and oftentimes are
 8   late to work, maybe late to college, so that also
 9   causes significant challenges in their life.
10              Oftentimes, we hear of people with
11   narcolepsy that require a family member to wake them
12   up to take a second dose.
13              There's additional errors, such as
14   patients getting confused and taking that second
15   dose either concurrently with the first dose or less
16   than two and a half hours after the first dose.
17   When that has occurred, there have been cases in
18   which patients have gone to emergency departments or
19   have been hospitalized.
20              There's additional factors that I'm
21   happy to continue elaborating on if you would wish.
22       Q.     I think we'll come back to that.
23       A.     Okay.
24       Q.     But what percent of Avadel patients
25   does it expect to come from patients who switched
```

JANE ROSE REPORTING                National Court-Reporting Coverage
1-800-825-3341                     janerose@janerosereporting.com

Jazz Pharmaceuticals v.  FINAL - Nov. 10, 2022
Avadel Pharmaceuticals                      Jennifer Gudeman

```
                                                    Page 46
 1        Q.      Yeah.
 2                How did the results of the Discrete
 3   Choice Experiments impact Avadel's expectations
 4   about potential patients switching from Xyrem or
 5   Xywav to LUMRYZ?
 6                MS. DAVIS:  Same objection.
 7                THE WITNESS:  The results of the
 8        Discrete Choice Experiments validated our
 9        belief that patients with narcolepsy have
10        challenges with waking up in the middle of the
11        night to treat a chronic sleep condition.
12   BY MR. JORGENSEN:
13        Q.      Well, they also tell you that patients
14   prefer the once-nightly product, hypothetical
15   product, to a twice-nightly product, right?
16        A.      That was overall what the results were
17   of both the Discrete Choice Experiments.
18        Q.      And what's the relevance to product
19   switching?
20        A.      I think that after 20 years of
21   patients and clinicians only having access to
22   twice-nightly oxybate products, there's been a
23   tendency to normalize that experience of chronic
24   middle-of-the-night disruption.
25                These data validate our belief that
```

Jazz Pharmaceuticals v.  FINAL - Nov. 10, 2022
Avadel Pharmaceuticals Jennifer Gudeman

Page 47

1  patients would want to be able to take a single
2  bedtime dose.  And so that further validates our
3  belief that there will be patients currently taking
4  twice-nightly oxybates, whether that's Xyrem or
5  Xywav, as well as future generics for twice-nightly
6  sodium oxybates.
7          There will be those patients who want
8  to switch to a once-at-bedtime product that LUMRYZ
9  will offer in addition to the other patients that we
10 believe will initiate LUMRYZ with their clinicians,
11 mainly patients who have previously discontinued a
12 twice-nightly oxybate or patients who have never
13 tried an oxybate, particularly those patients who
14 have never tried an oxybate because they didn't like
15 the idea of waking up in the middle of the night to
16 take a chronic medication.
17     Q.     So it's Avadel's position that this
18 preference for a once-nightly formulation over a
19 twice-nightly formulation is an integral part of its
20 value proposition, right?
21            MS. DAVIS:  Objection.
22            You can answer.
23            THE WITNESS:  Can you repeat the
24     question?
25 BY MR. JORGENSEN:

JANE ROSE REPORTING National Court-Reporting Coverage
1-800-825-3341 janerose@janerosereporting.com

Jazz Pharmaceuticals v.  FINAL - Nov. 10, 2022
Avadel Pharmaceuticals                                    Jennifer Gudeman

                                                                  Page 71
1       A.      Yes.
2       Q.      And in the next paragraph, Avadel
3    states that:
4               Extensive market research and data
5    analytics confirms our belief that LUMRYZ is well
6    positioned to capture a meaningful share of the
7    projected $3 billion plus once-at-bedtime oxybate
8    market, right?
9       A.      That is what the next paragraph says.
10      Q.      And this market would encompass
11   potential patients that would be switching from
12   Xyrem or Xywav to LUMRYZ, right?
13      A.      As I had previously said, once LUMRYZ
14   comes to market, we expect that some prescriptions
15   for LUMRYZ will be patients switching from
16   twice-nightly oxybates, we expect that some
17   prescribing of LUMRYZ will be for patients who have
18   discontinued twice-nightly oxybates, and we expect
19   that some prescriptions will be for patients who
20   have never taken oxybates, particularly for those
21   patients who declined oxybates because of the
22   middle-of-the-night dosing regimen.
23      Q.      And you told the investors in this
24   document, this public document, that it would be a
25   meaningful share; is that right?

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on November 29, 2022 on the following counsel in the manner indicated below.

### VIA EMAIL:

Jack B. Blumenfeld
Jeremy Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com

*Attorneys for Plaintiffs*

Dated: November 29, 2022                /s/ *Daniel M. Silver*
                                         Daniel M. Silver (#4758)