**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | |
| Plaintiff, | ██████████████ |
| v. | |
| AVADEL CNS PHARMACEUTICALS LLC, | Case No. 1:21-cv-00691-GBW |
| Defendant. | |

**DECLARATION OF DR. BRUCE CORSER IN SUPPORT OF AVADEL'S
OPPOSITION TO JAZZ'S MOTION FOR A STAY PENDING APPEAL**

I, Dr. Bruce Corser, do hereby declare under penalty of perjury that:

1.      I submit this Declaration in support of Avadel's Opposition to Jazz's Motion for a Stay Pending Appeal. I have personal knowledge of the facts stated herein. If called as a witness in this matter, I could and would competently testify to each of the facts set forth below.

**BACKGROUND**

2.      I received my medical degree from the State University of New York's Upstate Medical Center in Syracuse in 1980 and completed my postgraduate training at the University of Cincinnati. I am board-certified in Internal Medicine, Pulmonary, and Sleep Medicine. A copy of my curriculum vitae is attached as Exhibit A.

3.      I am currently the medical director at three medical facilities in Cincinnati, Ohio, including of the Sleep Management Institute. I am a board-certified physician in, among other areas, Sleep Medicine. I have extensive clinical research experience focusing on sleep issues, including narcolepsy. I frequently see and treat patients suffering from narcolepsy, both in the context of clinical trials and in my regular practice.

4.      I have been asked by Avadel to provide my expert opinions in this lawsuit on issues related to the treatment of narcolepsy patients and the use of oxybate drugs to treat narcolepsy. I am being compensated at my usual hourly rate of $500/hr, not dependent on the outcome of this case. The opinions I express here are my own, and are the product of my training and experience. In the last four years, I have not testified as an expert by deposition or at trial in any case.

## OVERVIEW OF NARCOLEPSY AND CURRENTLY MARKETED OXYBATE DRUGS THAT TREAT NARCOLEPSY

5.      Narcolepsy is a rare but serious chronic neurological disorder that affects the brain's ability to control sleep-wake cycles.

6.      Patients suffering from narcolepsy experience excessive daytime sleepiness and may experience uncontrollable episodes of falling asleep during the daytime. It is estimated that fewer than 200,000 Americans suffer from narcolepsy.

7.      Although there is no cure for narcolepsy, certain types of medicine can treat some of its symptoms. One such drug is gamma-hydroxybutyrate ("oxybate"[1]), a strong central nervous system depressant that helps to induce deep, restful sleep.

8.      Since 2002, oxybate has been marketed in the United States exclusively by Jazz Pharmaceuticals plc under the brand name Xyrem, and, since 2020, Xywav.

9.      A critical problem with Jazz's oxybate products is that they are products requiring two doses, one right before bedtime, and a second dose two-and-a-half to four hours later, which necessitates setting an alarm to awaken in the middle of the night to take the second dose.

10.      Apart from the obvious disruption to the possibility of an uninterrupted night of continuous, restful sleep—*i.e.*, the very goal of treatment—a daily routine of waking in the middle

---

[1] Sodium oxybate is the sodium salt of gamma-hydroxybutyrate.

of the night also poses risks to cardiac health.  In addition, such a routine can be dangerous for narcolepsy patients, who may get up from bed to take the second dose, increasing the risk of nighttime falls and other accidents.

11.    Xyrem and Xywav can cause sleep very quickly—some people fall asleep within 5 minutes, and most people fall asleep within about 15 minutes—which is why Jazz cautions narcolepsy patients taking Xyrem and Xywav that they need to be in bed for each dose.  Indeed, the risk evaluation and mitigation ("REMS") strategy for Xywav and Xyrem provides that "the patient is likely to fall asleep quickly after taking XYWAV or XYREM (often within 5 minutes and usually within 15 minutes), but the time it takes to fall asleep can vary from night to night. The sudden onset of sleep, including in a standing position or while rising from bed, has led to falls resulting in injuries, in some cases requiring hospitalization."  This is available at: https://www.accessdata.fda.gov/drugsatfda_docs/rems/Xywav_and_Xyrem_2022_02_09_REMS _Full.pdf.

12.    For instance, a recent study that Avadel conducted of narcolepsy patients taking Xyrem or Xywav found that, in the last three months, 92% of such patients stated that they had gotten out of bed after awakening to take their second dose of oxybate; of the patients who had gotten out of bed, 6% had a fall after awakening to take the second nightly dose, and of the patients who had a fall, the majority injured themselves.[2]  In addition, if patients leave the second dose at their bedside to avoid having to leave the bed and risk a fall, the medication will be unsecured,

---

[2] The study also found that 20% of patients stated that they experienced nausea and/or vomiting after taking the second nightly dose, and 64% of patients missed their second dose (e.g., by sleeping through an alarm).  The vast majority of reported that they preferred the once-nightly dosing regimen over twice-nightly

which heightens the risk of misuse or abuse of the drug. A true and correct copy of the results of this study, entitled "RESTORE," is attached hereto as Exhibit B.

13.     Many patients have a difficult time consistently waking to an alarm to take their second dose. As a result, patients frequently sleep through their alarm or turn it off without taking the second dose. The patient may then wake up later in the night, after the first dose of oxybate has worn off. But if the patient takes the dose upon waking up late, the patient may experience difficulty waking up in the morning or may be exceedingly groggy and unable to function normally. As a result of this risk, prescribers advise patients not to take their second dose if they sleep through their alarm and wake too late in the middle of the night. That is safer for patients but deprives the patient of some of the benefit of the drug.

14.     If patients could be perfectly adherent to this cumbersome dosing regimen, that would fix most of these issues. Unfortunately, not all patients are compliant. In part, this is due to the need to take multiple doses: studies have shown that patient non-compliance is correlated to dosing frequency. Put simply, patients are more likely to take a medicine incorrectly the more frequently they take it.

15.     Additionally, not all patients are equally likely to be compliant. For example, teenagers and college-age patients may or may not be able to follow this regimen. A patient who reports frequently sleeping through their morning school alarm, for example, is not going to be a good candidate for a drug requiring the patient to consistently wake up at a precise time every night to take twice-nightly oxybate—the risk of overdose due to a mistimed dose is too high. Narcolepsy is often diagnosed for the first time in younger individuals, and so this set of patients cannot be ignored. There are also other patients who are not likely to be able to comply with the dosing regimen and so are not good candidates for twice-nightly oxybate. And all patients taking

4

oxybate are, by definition, suffering from narcolepsy, which is a disease that often causes disturbed sleep and arousals during the night. A patient who has every intention of always being compliant and who has carefully set a correctly timed alarm might still end up waking at the wrong time and take the second dose too early or late in confusion due to the nature of the disease.

16.     Because of the twice-nightly dosing regimen associated with Xyrem and Xywav, many narcolepsy patients who should be taking oxybate refuse to take it or discontinue, mainly due to the burden of the twice-nightly dosing regimen shortly after treatment initiation, and physicians are reluctant to prescribe it. As a result, only a fraction of patients with narcolepsy are currently being prescribed either Xyrem or Xywav.

17.     There are also many real-world problems that flow from the twice-nightly dosing schedule. For instance, the prescribing physician needs to factor in the possible presence of others in the room where the patient sleeps. These issues range from serious safety issues to the huge burden imposed on a partner sleeping in the same room who will also be awakened by the alarm every night. The main safety issue is that the second dose must be left out in the open by the bedside to be taken by the patient while they are still in bed, and so can be diverted and misused or accidentally or intentionally consumed by anyone with access to the room. That could be a child, if the patient does not or cannot lock the child out of the room at night, or it could be a roommate, such as a college roommate. (Oxybate must be strictly controlled because of the potential for abuse or diversion).

18.     I have had patients who were college students for whom I wanted to prescribe oxybate but did not do so because of these issues. Simply put, not all people have the ability to sleep alone behind a locked door each and every night. Even in the "safer" case where the only other person with access is a trusted partner, the toll of the middle-of-the-night alarm on that non-

5

narcoleptic partner can be extreme. Patients may not want to start twice-nightly oxybate for this reason, or may stop after starting when the toll on the partner becomes too great. Patients have discussed with me that the twice-nightly regimen is a problem for their spouses.

19.     I discuss these realities with my patients, and I expect that other doctors do the same—the Xyrem and Xywav prescribing information makes clear that patients need to be made aware of the need to stay in bed for the second dose, the risk of falling, and so on. I also discuss with my patients other practicalities, such as the need to measure out their own doses each night. With some patients, it is my recommendation that they not take Xyrem and Xywav due to the difficult dosing regimen, for one or more of the reasons I have touched on above.

20.     For other patients, I think initiation of oxybate treatment may be an appropriate option, but after hearing what will be required with the use of currently available twice-nightly oxybate products, the patient will choose not to try it or will try and then stop. It is not uncommon for patients to report high levels of anxiety about whether they will be able to wake up at the right time every night, in part due to the nature of the disease being treated. If a patient tells me that he/she is too anxious about waking up on time to take the second dose or is too anxious that a child will get access to the second dose, I may end up recommending to the patient that we try a different set of medications, even though I believe that oxybate might be more beneficial, because the patient's choice in the matter is important, and I want to minimize potential compliance issues, particularly if the patient at the outset expresses concerns with complying with the dosing regimen.

21.     I have also seen similar concerns reported by several well-respected experts and opinion leaders in the field who provided Avadel with letters that were submitted to the FDA in support of FT218.

6



25. █████████████████████████████████████

██████████████████ my opinions that there are many issues with twice-nightly oxybate dosing that are preventing oxybate from being used as frequently and as successfully with narcolepsy patients as we would hope.

26.     A true and correct copy of the letters from Dr. Krahn, Dr. Swick, Dr. Kryger, and Wake Up Narcolepsy is attached hereto as Exhibit C.

## LUMRYZ

27.     It is my understanding that, on December 15, 2020, Avadel submitted to FDA a new drug application ("NDA") for LUMRYZ, and that, to date, FDA has not yet authorized the marketing of LUMRYZ.

28.     LUMRYZ uses a proprietary technology to offer a once-nightly formulation of sodium oxybate, instead of the twice-nightly formulations used by Xyrem and Xywav. In practice, this means patients taking LUMRYZ must only take one dose of LUMRYZ before going to bed.

29.     As a result, LUMRYZ patients—who often already suffer from fragmented and poor sleep due to narcolepsy—experience more and better sleep. Oxybate products produce a pronounced increase in deep sleep. Once-nightly LUMRYZ produces a more "natural" sleep in that most of the deep sleep occurs in the first third of the night as compared with two peaks of deep sleep that occurs with twice nightly products. The once nightly dosage allows patients to awaken more naturally.

30.     And LUMRYZ provides greater safety, opportunity for improved compliance, and a greater quality of life through its once-nightly dosing at bedtime—without the need to set an alarm to wake up in the middle of the night to take a second dose. Patients and physicians alike have accordingly expressed a strong desire for such a once-nightly sodium oxybate formulation.

31.     Moreover, by virtue of LUMRYZ's once-nightly formulation and the possibility of uninterrupted sleep it offers, LUMRYZ alleviates or eliminates many of the above-mentioned risks associated with the twice-nightly formulations of Xyrem and Xywav. While there have been no head-to-head studies, it is likely that LUMRYZ may reduce nocturnal falls compared to a twice-

8

nightly regimen. Further, eliminating a second dose reduces the margin for error, such as taking the second dose less than 2.5 hours after the first dose, which leads to safety concerns.

32.     As for cardiovascular health, several studies reveal generally that people who experience sleep disturbances, sleep apnea, poor sleep quality, and insomnia also experience greater cardiovascular and other risks, including greater risks of cardiovascular disease, heart attacks, strokes, coronary artery disease, major coronary events, restless leg syndrome, and periodic limb movements in sleep. Eliminating the need for a second dose obviates the need to wake up daily in the middle of the night, which is associated with cardiovascular risk.

33.     As for nocturnal falls, LUMRYZ eliminates any need to wake up in the middle of the night—let alone leave one's bed—to take a second dose, eliminating the possibility of a nocturnal fall due to a need to access a second dose.

34.     As to patient compliance, LUMRYZ eliminates issues associated with taking a second dose, namely patients intentionally or unintentionally skipping their second dose or failing to take the second dose within the appropriate time period. Eliminating these compliance issues improves oxybate's efficacy and reduces the dangerous prospect of a patient overdosing.

35.     Relatedly, as to misuse and abuse, LUMRYZ reduces the possibility of diversion, *i.e.*, that a household member, or anyone else, will deliberately or accidentally misuse a second dose of the drug, because patients can properly secure LUMRYZ once they have taken their single nightly dose, and have no need to leave out a second dose out at the bedside in the same way that a patient taking twice-nightly oxybate does.

36.     From my perspective as a physician, it is an extremely serious problem that each day that LUMRYZ is not approved is another day that narcolepsy patients are deprived of the possibility of taking LUMRYZ. Avadel's research reveals significant health and quality-of-life

benefits from LUMRYZ's once-nightly dosing—benefits that remain unavailable so long as FDA delays its decision on the LUMRYZ NDA. As mentioned previously, Xyrem and Xywav pose serious challenges and risks for narcolepsy patients.

37.     Moreover, while LUMRYZ is not approved, newly diagnosed narcolepsy patients will be prescribed, if any oxybate product, one of the currently marketed oxybate drugs (i.e., Xyrem or Xywav).


I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on November **27**, 2022

Cincinnati, Ohio

Dr. Bruce Corser, MD

# EXHIBIT A

# CURRICULUM VITAE
January 2021

**NAME:  Bruce C. Corser, M.D.**          Signature:

**CEO – Sleep Management Institute**
**CEO – Your MD**
**CEO – Intrepid Research**

**OFFICE ADDRESSES:**

**Intrepid Research, LLC** (clinical research company)
4421 Eastgate Boulevard, Suite 200
Cincinnati, OH 45245
Telephone: (513) 977-8891
FAX: (513) 943-8150

**Sleep Management Institute** (sleep medicine practice headquarters)
8250 Kenwood Crossing Way, Suite 225
Cincinnati, OH  45236
Telephone (513) 721-7533
Fax: (513) 721-1036

**Your MD** (concierge internal medicine practice)
8250 Kenwood Crossing Way, Suite 225
Cincinnati, OH  45236
Telephone (513) 721-9600
Fax: (513) 721-1649

E-mail:  brucecorser1@gmail.com

**BOARD CERTIFICATION(S):**

1996    Sleep Disorders (active)
1989    Critical Care Medicine (inactive)
1988    Pulmonary Medicine (active)
1983    Internal Medicine (active)

**LICENSURE:**

|   |   |
|---|---|
| Ohio: | 35.046569 |
| Kentucky: | 30722 |
| Indiana: | 01061490A |

EDUCATION:

1998 – 1999    Master of Business Administration Degree (with
               Honors)
                Xavier University
               Cincinnati, Ohio

1976 – 1980    Medical Degree (MD)
               Upstate Medical Center
               Syracuse, New York

1972 – 1976    Bachelor of Arts Degree (Cum Laude)
               Davidson College
               Davidson, North Carolina

PROFESSIONAL TRAINING:

1997 – 1999    Alliance Partners Quality Improvement Committee

1997 – 1999    United Health Care Credentialing Committee

1985 – 1986    Chief Medical Resident
               University of Cincinnati
               Cincinnati, Ohio

1984 – 1987    Fellowship – Pulmonary and Critical Care
               University of Cincinnati
               Cincinnati, Ohio

1980 – 1983    Residency – Internal Medicine
               University of Cincinnati
               Cincinnati, Ohio

PROFESSIONAL EXPERIENCE:

2014 – Pres.   CEO – Intrepid Research
2003 – Pres.   CEO – Your MD

1995 – 2014    Medical Director – Community Research, Cincinnati, OH

1995 – Pres.   CEO – Sleep Management Institute

1994 – 1999    Medical Director – St Luke Hospital East/West Sleep Disorders Center, KY

1994 – 1999    Medical Director – Northern Kentucky Nursing Services, Florence, KY

1989 – 1995    Medical Director – Deaconess Center for Sleep Disorders, Deaconess Hospital,
               Cincinnati, OH

1987 – Pres.      Private Practice Internal Medicine, Cincinnati, OH

1983 – 1984     Industrial Medicine and Doctor's Urgent Care Office, Cincinnati, OH


**HOSPITAL AFFILIATIONS:**

Christ Hospital, Cincinnati, OH
Mercy Hospital Kenwood, Cincinnati, OH
Dearborn county Hospital, Dearborn, IN

**ORGANIZATIONS:**

American College of Physicians
American Academy of Sleep Medicine
American Medical Association
Ohio State Medical Association
Cincinnati Society of Internal Medicine
American College of Chest Physicians
American Thoracic Society

**PUBLICATIONS:**

Baughman, R., Mangel, D., Corser, B., 1987. Phospholipids in Surfactant Enhance Monocyte/Macrophage Tumor Cytoxicity. Chest 91, 285.

Baughman, R., Corser, B., Strohofer, S., Hendricks, D., 1986. Spontaneous Hydrogen Peroxide Release from Alveolar Macrophages of Some Cigarette Smokers. Journal of Laboratory and Clinical Medicine 107, 233.

Javaheri, S., Logeman, T., Corser, B., Guerra, L., Means, E., 1989. Diaphragmatic Paralysis. American Journal of Medicine 86, 623.

D Alan Lankford, Bruce C Corser, Yan-Ping Zheng, Zhengrong Li, Duane B Snavely, Christopher R Lines, Steve Deacon, 2008 Oct;31. Effect of gaboxadol on sleep in adult and elderly patients with primary insomnia: results from two randomized, placebo-controlled, 30-night polysomnography studies.
Sleep (10):1359-70.

Thomas Roth, David Mayleben, Bruce C Corser, Nikhilesh N Singh, 2008 Jan 23. Daytime pharmacodynamic and pharmacokinetic evaluation of low-dose sublingual transmucosal zolpidem hemitartrate. Hum Psychopharmacol (1): 13-20.

Thomas Roth, Roberta Rogowski, Steven Hull, Howard Schwartz, Gail Koshorek, Bruce Corser, David Seiden, Alan Lankford, 2007 Nov 30. Efficacy and safety of doxepin 1mg, 3 mg, and 6 mg in adults with primary insomnia. Sleep (11):1555-61.

Francis Burch, Richard Fishman, Nicholas Messina, Bruce Corser, Florin Radulescu, Adrian Sarbu, Marcela M Craciun-Nicodin, Rodica Chiriac, Andre Beaulieu, Jude Rodrigues,

Philippe Beignot-Devalmont, Alain Duplan, Sybil Robertson, Louise Fortier, Sylvie Bouchard, 2007 Sep 21, Epub 2007 Jun 21. A comparison of the analgesic efficacy of Tramadol Contramid OAD versus placebo in patients with pain due to osteoarthritis. J Pain Symptom Management 34(3):328-38.

Gary K. Zammit, Bruce Corser, Karl Doghramji, June M Fry, Steven James, Andrew Krystal, Richard M Mangano. 2006 Oct 2. Sleep and residual sedation after administration of zaleplon, zolpidem and placebo during experimental middle-of-the-night awakening. J Clin Sleep Med; (4):417-23.

## EXPERT TESTIMONY

*Brad Martin v. Actavis, Inc.*, et al., Case No. 15-cv-04292, United States District Court for the Northern District of Illinois.

## CLINICAL RESEARCH EXPERIENCE:

2020    Phase 2 Randomized, Double Blind, Placebo-Controlled, Single-Dose, 3-Period Crossover Study to Evaluate the Efficacy of Combinations of Atomoxetine plus Trazodone, and Atomoxetine plus Lemborexant in Obstructive Sleep Apnea

2020    An Open Label Study to Evaluate Long-Term Safety and Tolerability of a Once Nightly Formulation of Sodium Oxybate for Extended-Release Oral Suspension (FT218) and the ability to switch from twice-nightly immediate release sodium oxybate to once-nightly FT218 for the Treatment of Excessive Daytime Sleepiness and Cataplexy in Subjects with Narcolepsy

2020    A Randomized, Double-Blind, Placebo-Controlled, Multiple Rising Oral Dose Study to Evaluate the Safety, Tolerability, Pharmacokinetics, and Pharmacodynamics of TAK-994 in Patients with Narcolepsy with or Without Cataplexy (Narcolepsy Type 1 or Narcolepsy Type 2)

2019    Principle Investigator:  A Phase 2, Double-blind, Placebo-controlled, Parallel-group, Multicenter Study to Evaluate the Safety, Tolerability, Pharmacokinetics, and Efficacy of 2 mg and 4 mg SUVN-G3031 Compared to Placebo in Patients with Narcolepsy with and without Cataplexy

2019    Principal Investigator: A Double-blind, Placebo controlled, Randomized Withdrawal, Multicenter Study of the Efficacy and Safety of JZP-258 in the Treatment of Idiopathic Hypersomnia (IH) with an Open-label Safety Extension.

2019    Principle Investigator: A Double-blind, Randomized, Placebo Controlled, Two Arm Multi-Center Study to Assess the Efficacy and Safety of a Once Nightly Formulation of Sodium Oxybate for Extended-Release Oral Suspension (FT218) for the Treatment of Excessive Daytime Sleepiness and Cataplexy in Subjects with Narcolepsy

2019    Principle Investigator: A Multi-center, Randomized, Double-blind, Placebo-controlled, 3-Week Crossover Study to Assess the Efficacy and Safety of AXS-12 in Subjects with Cataplexy and Excessive Daytime Sleepiness in Narcolepsy.

2019   Investigator: A 52-week Randomized, Double-blind, Double-dummy, Active and Placebo-controlled, Parallel-group, Multicenter Study to Evaluate the Efficacy and Safety of Sotagliflozin compared to Glimepiride or Placebo Added to Metformin in Patients with Type 2 Diabetes who have Inadequate Glycemic Control with Metformin Monotherapy

2019   Principal Investigator: A randomized, cross-over, open-label, multi-center trial comparing the effect of insulin degludec and insulin glargine 100U/mL, with or without OADs in subjects with type 2 diabetes using flash glucose monitoring.

2019   Principal Investigator: A 12-week, multicenter, randomized, double-blind, placebo-controlled study to assess the efficacy and safety of QAW039 when added to standard-of-care asthma therapy in patients with uncontrolled asthma.

2018   Sub-Investigator: A 12-week, multicenter, randomized, double-blind, placebo-controlled study to assess the efficacy and safety of QAW039 when added to standard-of-care asthma therapy in patients with uncontrolled asthma

2018   Principal Investigator: A Randomized, Placebo-Controlled, Double-Blind, Crossover Study of Oral BTD-001 in Adults with Idiopathic Hypersomnia

2018   Principal Investigator: A Randomized, Double-Blind, Multi-Center, Parallel Group Study to Assess the Efficacy and Safety of PT010 Relative to PT003 and PT009 on COPD Exacerbations over a 52-Week Treatment Period in Subjects with Moderate to Very Severe COPD

2017   Principal Investigator: An Integrated Assessment of the Safety and Effectiveness of Bexagliflozin Tablets, 20 mg, for the Management of Essential Hypertension

2017   Principal Investigator:  A Double-blind, Randomized, Placebo Controlled, Two Arm Multi-Center Study to Assess the Efficacy and Safety of a Once Nightly Formulation of Sodium Oxybate for Extended-Release Oral Suspension (FT218) for the Treatment of Excessive Daytime Sleepiness and Cataplexy in Subjects with Narcolepsy

2017   Principal Investigator: A Double-Blind, Placebo-Controlled, Randomized-Withdrawal, Multicenter Study of the Efficacy and Safety of JZP-258 in Subjects with Narcolepsy with Cataplexy

2017   Principal Investigator: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Active Comparator, Parallel-Group Study of the Efficacy and Safety of Lemborexant in Subjects 55 Years and Older with Insomnia Disorder.

2017   Principal Investigator:  A Phase 3, Multicenter, Randomized, Double-blind Study of a Single Dose of S-033188 Compared with Placebo or Oseltamivir 75 mg Twice Daily for 5 Days in Otherwise Healthy Patients with Influenza

2016   Principal Investigator: Protocol Number THN3, Targeted Hypoglossal Neurostimulation Study #3

2015    Principal Investigator: Solriamfetol (JZP-110) is a selective dopamine and norepinephrine reuptake inhibitor with wake-promoting effects. This phase 3 study (NCT02348593) evaluated the safety and efficacy of solriamfetol in narcolepsy.

2015    Principal Investigator:  A Long-Term, Open-Label Safety and Maintenance of Efficacy Study of JZP-110 [(R)-2-amino-3-phenylpropylcarbamate hydrochloride] in the Treatment of Excessive Sleepiness in Subjects with Narcolepsy or Obstructive Sleep Apnea

2015    Principal Investigator: A 12-week, double-blind, placebo-controlled, randomized, parallel-group, multicenter study of the safety and efficacy of [(R)-2-amino-3-phenylpropylcarbamate hydrochloride] in the treatment of excessive sleepiness in subjects with narcolepsy.

2015    Principal Investigator: A 12-week, double-blind, placebo-controlled, randomized, parallel group, multicenter study of the safety and efficacy of [(R)-2-amino-3-phenylpropyl-carbamate hydrochloride] in the treatment of excessive sleepiness in subjects with obstructive sleep apnea

2013    Sub Investigator: A 12-week treatment, multi-center, randomized, double blind, parallel-group, placebo and active controlled study to assess the efficacy, safety, and tolerability of QVA149 (indacaterol maleate/glycopyrronium bromide) in COPD patients with moderate to severe airflow limitation

2012    Sub Investigator: Efficacy Study of Fluzone High-Dose Vaccine Compared with Fluzone Vaccine in Elderly Adults

2011    Sub Investigator: A Multicenter, Open Label, Safety Study of Diclofenac Nano-formulation Capsules in Subjects with Osteoarthritis of the Knee or Hip

2011    Sub Investigator: A fixed dose, dose response study for ropinirole prolonged release (PR) in patients with early stage Parkinson's Disease

2011    Sub Investigator: The effect of 30-minute, light exposure for the treatment of Seasonal Affective Disorder

2011    Sub Investigator: The SPD489-322 Phase 3, Multicenter, Randomized, Double-blind, Parallel-group, Placebo-controlled, Flexible Dose Titration, Efficacy and Safety Study of SPD489 in Combination with an Antidepressant in the Treatment of Adults with Major Depressive Disorder with Inadequate Response to Prospective Treatment with an Antidepressant

2011    Sub Investigator: A Phase 3, Open-label, Multicenter, 12-month Extension Safety and Tolerability Study of SPD489 in Combination with an Antidepressant in the Treatment of Adults with major Depressive Disorder with residual Symptoms or Inadequate Response Following Treatment with an Antidepressant

2011    Sub Investigator: A Randomized, Double-Blind, Placebo-Controlled, 12-Week Extension Study to Assess the Safety and Tolerability of NKTR-118 in Patients with Non-Cancer-Related Pain and Opioid-induced Constipation (OIC)

2011    Sub Investigator: A IIb Double-Blind, Randomized, Placebo-Controlled, Dose-ranging Trial of BMS- 927711 for the Acute Treatment of Migraine

2011    Sub Investigator: A Phase III randomized, double-blind, parallel group study to evaluate the efficacy and safety of once daily oral administration of BI 10773 25mg/linagliptin 5mg and BI 10773 10mg linagliptin 5mg Fixed Dose Combination tablets compared with the individual components (BI 10773 25mg, BI 10773 10mg, and linagliptin 5mg) for 52 weeks in treatment naive and metformin treated patients with type 2 diabetes mellitus with insufficient glycemic control.

2011    Principal Investigator: A Multicenter, Randomized, Placebo-controlled, Double-blinded Study of the Efficacy and Safety of Lubriprostone in Subjects with Opioid-induced Bowel Dysfunction.

2011    Principal Investigator: A Phase IIb, Randomized, Double-blind, Two-Arm, Multi-Center, Placebo Controlled Study to Assess the Efficacy and Safety of EN3324 (Axomadol) in Subjects with Moderate to Severe Chronic Low Back Pain (CLBP)

2011    Sub Investigator: A Phase 3, Multicenter, Randomized, Double Blind, Placebo Controlled, Fixed Dose, Parallel Group, Efficacy and Safety Study of Diclofenac Nano-formulation Capsules in Subjects with Osteoarthritis of the Knee or Hip

2007    Sub Investigator: Randomized, Double-Blind, Placebo-Controlled, Dose-Escalation Study of the Analgesic Efficacy of Nalbuphine-ER in patients with Chronic Pain Secondary to Osteoarthritis of the Kneel/Hip

2007    Sub Investigator: Single center, Randomized, Placebo-Controlled, Four-Period Crossover Study to evaluate the Pharmacodynamic (PD) Effects of PD6735 (50 mg) and EtOH (0.6g/kg) interaction in Healthy Adults

2007    Sub Investigator: A Study to Assess the Effects of Zolpidem Tartrate Lozenges (INTERMEZZO 3.5 MG) on Psychomotor Performance and Memory when Administered Orally

2007    Sub Investigator: A Randomized, Placebo-Controlled, Double-Blind Study of Effects on Jet Lag

2007    Principal Investigator: A Study to Determine the Pharmacokinetics of A-2 Equol in Healthy Post- Menopausal Women

2007    Sub Investigator: A Double-Blind, Randomized, Placebo-Controlled Study Examining the Safety, Efficacy, and Tolerability of SEP-225289 in Subjects with Major Depressive Disorder (including Atypical and Melancholic Features)

2007    Sub Investigator: A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Efficacy and Safety of TAK-491 When Co Administered with Amlodipine 5 mg in Subjects with Essential Hypertension

2007    Sub Investigator: A Double-Blind, Randomized, Parallel-Group Study to Compare the Efficacy and Safety of TAK-491 with Valsartan in Subjects with Essential Hypertension

2007    Sub Investigator: A Six Week, Double Blind, Multicenter, Placebo Controlled Study Evaluating the Efficacy and Safety of Flexible Dosed of Oral Ziprasidone and Add On, Adjunctive Therapy with Lithium, Valproate or Lamotrigine in Bipolar 1 Depression

2007    Principal Investigator: A double-blind, randomized, parallel group, placebo-controlled sleep laboratory efficacy and safety study with Org 50081 in elderly subjects with chronic primary insomnia

2007    Principal Investigator: A six-week, double-blind, randomized, placebo-controlled, parallel group, efficacy and safety, sleep lab trial with Org 50081 in patients with chronic primary insomnia

2007    Principal Investigator: Fifty-two weeks, open-label extension trial to evaluate safety and efficacy of Org 50081 in outpatients with chronic primary insomnia who completed Clinical Trial Protocol 176001 or 176002

2007    Principal Investigator: PD 0200390 Dose-Ranging Trial: A Randomized, Double-Blind, Placebo- Controlled, 5-Way Crossover, Multicenter Polysomnography Trial of PD 0200390 in Adults with Primary Insomnia

2007    Principal Investigator: Liraglutide Effect and Action in Diabetes -LEAD 6. Effect on glycemic control of liraglutide or exenatide added to metformin, sulphonylurea or a combination of both in subjects with type 2 diabetes.  A 26-week randomized, open-label, active comparator, 2-armed, parallel-group, multi-center, multi-national trial with a 14-week non-randomized extension period

2007    Sub Investigator: An Exploratory Phase IIIb, Single-Blind, Outpatient Study to Assess Next-Day Functioning in Adult Primary Insomnia Patients Following the Administration of NBI-34060 Capsules During the Night

2007    Principal Investigator: Multi-center, parallel group, double-blind, placebo controlled, dose ranging study of the efficacy and tolerability of tonabersat in the prophylaxis of migraine headache and open label extension to evaluate the single dose and steady state pharmacokinetics of flibanserin in pre- menopausal women with hypoactive sexual desire disorder

2007    Sub Investigator: A 2 Week, Randomized, Double Blind, Placebo and Positive Controlled, Parallel Group, Multi-center Study to Assess the Efficacy and Tolerability Of PF-00592379 in Patients with Moderate to Severe Pain Due to Osteoarthritis

2007    Sub Investigator: A Phase III Clinical Trial to Evaluate the Efficacy, Immunogenicity, Safety and Tolerability of Zostavax™ in Subjects 50 to 59 Years of Age

2007    Principal Investigator: A Phase IIa, Randomized, Double-Blind, Placebo-Controlled, 3-Period Crossover, Adaptive Dose Design, Clinical Trial to Evaluate the Safety and Efficacy of MK-0249 in Treating Refractory Excessive Daytime Sleepiness in Patients with Obstructive Sleep Apnea/Hypopnea Syndrome Appropriately Using Nasal Continuous Positive Airway Pressure (nCPAP) Therapy

2007    Principal Investigator: Establishing Content Validity of the Sleep and the Daytime Sleepiness Diaries via Cognitive Debriefing Interviews

2007    Sub Investigator: A Multi-center, Randomized, Double-Blind, "Crossover" Design Study to Evaluate the Lipid-Altering Efficacy of MK-0524B Combination Tablet Compared to NIK-0524A + Simvastatin Co-administration in Patients with Primary Hypercholesterolemia and Mixed Dyslipidemia

2007    Sub Investigator: A Multi-center, Randomized, Double-Blind, Placebo-Controlled, 36-Week Study to Evaluate the Efficacy and Safety of Extended Release (ER) Niacin/Laropiprant in Patients with Type 2 Diabetes Mellitus

2007    Principal Investigator: A Phase II Randomized, Double-blind, Double-dummy, Placebo and Comparator Controlled, Parallel Group, Multi-Center Study to Investigate the Safety and Efficacy of a Single Dose of JNJ-17216498 Administered to Subjects with Narcolepsy

2007    Principal Investigator: Effect of the Consumption of a Fermented Dairy Product on Immune Parameters in Healthy Adults

2007    Sub Investigator: A Randomized, Multi-center, Double-Blind, Placebo-Controlled, Four-Week Study to Assess the Efficacy and Safety of HKT-500 in Subjects with Pain Caused by Mild to Moderate Osteoarthritis of the Knee

2007    Sub Investigator: A Randomized, Double-blind, Double-dummy, Placebo-controlled, Crossover Study to Evaluate the Efficacy of Trexima™ (Sumatriptan +Naproxen Sodium) versus Butalbital-containing Combination Medications (BCM) for the Acute Treatment of Migraine when administered during the Moderate-Severe Pain Phase of the Migraine

2007    Principal Investigator: A 2-Week, Randomized, Double-Blind, Placebo-controlled, Parallel Group Study to Evaluate the Efficacy (Throughout the Day) and Safety of Armodafinil (200 mg/day) as Treatment for Adults with Excessive Sleepiness Associated with Narcolepsy

2007    Sub Investigator: A Multicenter, Randomized, Double-Blind, Placebo and Escitalopram Controlled Trial of the Safety and Efficacy of Pexacerfont (BMS-562086) in the Treatment of Outpatients with Generalized Anxiety Disorder

2007    Sub Investigator: Multicenter, double-blind, randomized, placebo-controlled, 5-period, 5-treatment crossover, dose-finding study to evaluate the efficacy and safety of oral administration of ACT-078573 in elderly subjects with chronic primary insomnia

2007    Sub Investigator: A Randomized, Double-blind, Placebo-controlled, and Parallel Group Study of the Efficacy and Safety of the Zolpidem Tartrate Lozenge in Adult Subjects with

Insomnia Characterized by Difficulty Returning to Sleep after Awakening in the Middle-of-the-Night

2007    Sub Investigator: A Phase 2, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, and Multicenter Study to Evaluate Treatment with SYR-472 in Subjects with Type 2 Diabetes

2007    Principal Investigator: A Phase I, open-label, parallel, and within-groups sequential trial to evaluate the single dose and steady state pharmacokinetics of flibanserin in pre-menopausal women with hypoactive sexual desire disorder

2007    Principal Investigator: A randomized, multi-center, double-blind, placebo-controlled, parallel group study to assess the hypnotic efficacy of EVT201 in the treatment of primary insomnia in elderly patients with daytime sleepiness

2007    Principal Investigator: A Phase II, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Dose- Ranging Study to Evaluate the Safety and Efficacy of HAE1 (PR098498) in Subjects with Moderate to Severe Allergic Asthma

2007    Sub Investigator: A Multicenter, Randomized, Double-Blind, Placebo and Escitalopram Controlled Trial of the Safety and Efficacy of BMS-562086 in the Treatment of Outpatients with Major Depressive Disorder

2007    Sub Investigator: Semi-Structured Qualitative Interviews to Assess Patient Opinions and Experiences with Treatment for Non-Restorative Sleep

2007    Principal Investigator: A Multicenter, Randomized, Double blind, Placebo-Controlled, Parallel Study to Investigate the Efficacy and Safety of VEC-162 (20 MG/DAY AND SOMG/DAY) in the Treatment of Primary Insomnia

2006    Principal Investigator: A Long-Term Safety and Efficacy Study of Eszopiclone in Elderly Subjects with Primary Chronic Insomnia

2006    Principal Investigator: A Multicenter, Randomized, Double-Blind, Parallel Group, 12 Week Study to Evaluate the Efficacy and Safety of MK-0524B (dosed as co-administered MK-0524A and Simvastatin Tablets) Versus Atorvastatin in Patients with Mixed Hyperlipidemia

2006    Principal Investigator: A Randomized, Open-label, Two Period Crossover Study to Evaluate the Pharmacokinetics of ST Zolpidem in Healthy Elderly Subjects as Compared to Healthy Non-Elderly Adult Subjects

2006    Sub Investigator: A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy, Safety, and Pharmacokinetics of XP13512 in Patients with Restless Legs Syndrome

2006    Principal Investigator: A Double-Blind, Placebo-Controlled, Parallel Group, Multicenter Study to Assess the Safety, Tolerance and Efficacy of a Single Subcutaneous Dose of Tezampanel in Patients with Acute Migraine

2006   Principal Investigator: A Long-Term, Open-Label Safety and Efficacy Study of Xyrem®
(sodium oxybate) in Subjects with Fibromyalgia

2006   Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Safety and Efficacy
Study of Xyrem (sodium oxybate) in Subjects with Fibromyalgia

2006   Principal Investigator: A 12-week, multi-center, double-blind, placebo-controlled, parallel
group, flexible dose, polysomnography study of Ropinirole controlled release for Restless
Leg Syndrome (RLS) in RLS patients with sleep disturbance and periodic limb movements

2006   Sub Investigator: An 8-Week, Double-Blind, Placebo-Controlled, Phase 3 Trial of Pregabalin
(150-600 MG/DAY) in the adjunctive treatment of patients with generalized anxiety
disorder (GAD) who have not optimally responded to existing therapies

2006   Sub Investigator: A Phase III, Multicenter, Randomized, Placebo-Controlled Clinical Trial to
Study the Safety and Efficacy of Oral MK-0974 in the Acute Treatment of Migraine with or
Without Aura

2006   Sub Investigator: A Multicenter, Double-Blind, Active-Controlled, Parallel Group Study to
Examine the Safety, Tolerability and Efficacy of Oral MK-0974 for the Long-Term Treatment
of Acute Migraine with or Without Aura

2006   Principal Investigator: A Long-Term, Open-Label, Safety Study of Kadian NT (Morphine
Sulfate Plus Naltrexone Hydrochloride Extended-Release) Capsules in Subjects with
Chronic Moderate to Severe Nonmalignant Pain

2006   Sub Investigator: An Open-Label, 52-Week Extension Study Assessing XP 13512 Safety and
Efficacy in Patients with Restless Legs Syndrome

2006   Sub Investigator:  A Multicenter, Randomized, Double-Blind, Parallel Arm, 12-Week Study
to Evaluate the Efficacy and Safety of Ezetimibe 10 mg When Added to Atorvastatin I 0 mg
versus Titration to Atorvastatin 20 mg and to 40 mg in Elderly Patients with
Hypercholesterolemia at High Risk for CHD

2006   Principal Investigator:   A Multicenter, Randomized, Double-Blind, Placebo-Controlled,
Phase 3 Efficacy Study of Kadian NT (Morphine Sulfate Plus Naltrexone Hydrochloride
Extended-Release) Capsules in Subjects with Moderate to Severe Chronic Pain Due to
Osteoarthritis of the Hip or Knee.

2006   Sub Investigator: A 4-Week Dose-Ranging Study to Evaluate Antidyslipidemic Effects,
Other Pharmacodynamic Effects, Safety, and Tolerability of AZD6610 with Concomitant
Open-Label Simvastatin Therapy in Patients with Elevated Triglycerides, Elevated Low
Density Lipid Cholesterol and Abdominal Obesity:  A Randomized, Double-Blind, Placebo-
Controlled, Multi-Center, Parallel Group Study with Fenofibrate as Reference Treatment

2006   Sub Investigator: A Multicenter, double-blind, Randomized, Parallel-group, Placebo-
controlled, Phase III Study of the Efficacy and Safety of Quetiapine Fumarate (Seroquel)
Sustained-release as Monotherapy in Adult Patients with Acute Bipolar Depression

2006    Principal Investigator: Effect of Gender and Body Mass Index on the Accuracy of the LifeShirt™ System to Assess Cough in Patients with Chronic Bronchitis and Chronic Obstructive Pulmonary Disease

2006    Principal Investigator: A multicenter, randomized, double-blind, placebo-controlled, parallel study to investigate the efficacy and safety of a single oral dose of VEC-162 (20, 50, and 100 mg) and matching placebo in healthy male and female subjects with induced transient insomnia

2006    Principal Investigator: A Double-Blind, Placebo-Controlled, Parallel Group, Multicenter Study to Assess the Safety, Tolerance and Efficacy of a Single Subcutaneous Dose of Tezampanel in Patients with Acute Migraine

2006    Principal Investigator: A Phase 2, Double-Blind, Randomized, Placebo-Controlled, Parallel Group, Multicenter Proof-of-Concept Study to Evaluate the Safety and Efficacy of Ramelteon Taken in Combination with Doxepin for the Treatment of Subjects with Chronic Insomnia

2006    Sub Investigator: An Open-Label Extension Trial to Investigate the Safety and Tolerability of Long-Term Treatment with Transdermal Rotigotine in Subjects with Idiopathic Restless Legs Syndrome

2006    Sub Investigator: An Eight-Week, Multicenter, Randomized, Double-blind, Placebo-controlled Study, Evaluating the Efficacy, Safety and Tolerability of Two Fixed Doses (100 mg and 30 mg Once Daily) of Saredutant in Patients with Generalized Anxiety Disorder

2006    Sub Investigator: A multicenter, randomized, 24-52-week, double-blind, placebo-controlled study to evaluate the efficacy, safety, and tolerability of saredutant 100 mg once daily in the prevention of relapse of depressive symptoms in outpatients with major depressive disorder who achieved an initial response to 12 weeks of open-label treatment with saredutant 100 mg once daily

2006    Sub Investigator: A randomized, double-blind, single-dose, placebo-controlled, multicenter, polysomnographic study of gabapentin 250 mg and 500 mg in transient insomnia induced by a sleep phase advance

2006    Sub Investigator: An 8-week, randomized, double-blind, placebo-controlled, multicenter, and proof of concept trial of PD 0200390 in subjects with non-restorative sleep

2006    Sub Investigator: A Randomized, Double-blind, Placebo and active controlled, multicenter, proof of concept trial of PD 0200390 in subjects with non-restorative sleep

2006    Principal Investigator: A Multi-Center, Randomized, Double-blind, Placebo Controlled, Parallel Study of The Efficacy and Safety of immediate Release Tablets of 1 mg, 3 mg, 10 mg, and 20 mg of NG2-73 and Placebo for Sleep Initiation in A Model of Transient Insomnia in Healthy Adults

2006   Sub Investigator: A 2-Period Crossover Experimental Medicine Study of the Effects of MK-0928 Treatment Compared with Placebo on Daytime Performance in Elderly Patients with Primary Insomnia

2006   Primary Investigator: A Double-Blind, Placebo-Controlled, Randomized, Cross-Over Polysomnographic Study of MK-0928 15 mg in Adult Patients with Primary Insomnia

2006   Sub Investigator: A randomized, double-blind, multi-center, placebo-controlled, cross-over study to determine the consistency of response for Trexima™ (sumatriptan, 85mg/naproxen sodium 500mg) administered during the mild pain phase for the acute treatment of multiple migraine attacks

2006   Primary Investigator: A 28 day, Polysomnographic and Subjective Assessment of GW679769, 10 and 30 mg, for the Treatment of Primary Insomnia: A Randomized, Double-blind, Parallel-Group, Placebo- Controlled Trial

2006   Sub Investigator: Fixed Dose Comparison of Escitalopram to an Active Comparator in Severely Depressed Patients

2006   Sub Investigator: Effectiveness and Safety of Frovatriptan for the Management (Acute Treatment) of Menstrual Migraine

2006   Principal Investigator: A Randomized, Double-Blind Comparison of 5 mg of LY2422347, 15 mg of LY2422347, and Placebo in the Treatment of Patients with Primary Insomnia

2006   Principal Investigator: A Multicenter, Randomized, Double-Blind, Parallel Group, Dose-Finding Trial to Evaluate the Safety and Efficacy of Fluticasone Propionate Combined with Formoterol Fumarate in Patients with Chronic Obstructive Pulmonary Disease

2006   Sub Investigator: A Multicenter, Double-blind Study on the Efficacy of Aripiprazole in Combination with Lamotrigine in the Long-term Maintenance Treatment of Patients with Bipolar I Disorder with a Recent Manic or Mixed Episode

2006   Sub Investigator: A randomized, double-blind, double-dummy, placebo-controlled, 3x4 factorial design trial to evaluate telmisartan 20, and 80 mg tablets in combination with ramipril 1.25, 10 and 20 mg capsules after eight weeks of treatment in patients with Stage I or II hypertension with an ABPM sub-study

2006   Principal Investigator: A phase IV randomized, double-blind, active and placebo-controlled, 6-week trial to investigate the efficacy and safety of a starting (and fixed) dose of 0.25 mg pramipexole (Mirapex®) in patients with idiopathic Restless Legs Syndrome

2006   Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Assess Long Term (one-year) Efficacy and Safety of Tiotropium Inhalation Solution 5mg (2 puffs of 2.5mg) Delivered by the Respimat® Inhaler in Patients with Chronic Obstructive Pulmonary Disease (COPD)

2006   Sub Investigator: A Multi-center, Double-blind, Randomized-Withdrawal, Parallel-group, Placebo- controlled Phase III Study of the Efficacy and Safety of Quetiapine Fumarate

Sustained Release (Seroquel SR™) as Monotherapy in the Maintenance Treatment of Patients with Generalized Anxiety Disorder Following an Open-Label Stabilization Period

2006    Sub Investigator: A randomized, double-blind, placebo controlled, 3-way cross-over study to evaluate effects of APD125 in patients with insomnia

2006    Sub Investigator: A Randomized, Double-Blind, Parallel-Group, Multicenter, Placebo-Controlled Dose Ranging Study of Erdosteine for the Treatment of Stable Chronic Bronchitis Associated with Chronic Obstructive Pulmonary Disease

2006    Principal Investigator: A Phase 3, Open-label Period followed by a Randomized, Double-blind, and Placebo controlled Study of the Analgesic Efficacy and Safety of Extended Release Hydrocodone/Acetaminophen (Vicoden ® CR) Compared to Placebo in Subjects with Chronic Low Back Pain

2005    Principal Investigator: An Open Pilot Clinical Trial to Evaluate the Effect of Marplan® (Isocarboxazid) in Migraine Prophylaxis

2005    Sub Investigator: A Randomized, Double-Blind, Placebo-Controlled Study to Assess the Efficacy and Safety of XP13512 in Patients with Restless Legs Syndrome

2005    Sub Investigator: Effectiveness and Safety of Frovatriptan for the Management (Acute Treatment) of Menstrual Migraine

2005    Principal Investigator: Accuracy of the LifeShirtTM System to Assess Cough over a Period of 4-Hours in Patients with Chronic Obstructive Pulmonary Disease

2005    Principal Investigator: A 2-Period Crossover Experimental Medicine Study of the Effects of MK-0928 Treatment Compared with Placebo on Daytime Performance in Elderly Patients with Primary Insomnia

2005    Sub Investigator:  A Phase 2, Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Multicenter Proof-of-Concept Study to Evaluate the Safety and Efficacy of Rozerem taken in Combination with Gabapentin for the Treatment of Subjects with Chronic Insomnia

2005    Sub Investigator: A Randomized, Double-Blind, Multicenter, Placebo-Controlled, Cross-Over Study to Determine the Consistency of Response for Trexima (sumatriptan 8Smg/naproxen sodium 500Ing) Administered during the Mild Pain Phase for the Acute Treatment of Multiple Migraine Attacks

2005    Sub Investigator: A 12-Week, Open-Label, Safety Trial of Pregabalin in Patients with Fibromyalgia

2005    Sub Investigator: A 14-Week, Randomized, Double-blind, Placebo-controlled Trial of Pregabalin Twice Daily in Patients with Fibromyalgia

2005    Principal Investigator: A Multicenter, Randomized, Double-blind, Placebo-controlled, Parallel-Group Study of the Effectiveness of Topiramate in Preventing Transformation from Episodic Migraine to Chronic Daily Headache in Adult Subjects

2005    Sub Investigator: A Multicenter, Double-Blind, Placebo-Controlled, Randomized Study of Bicifadine 200 mg BID, Bicifadine 400 mg BID, and Bicifadine 400 mg TID in the Treatment of Chronic Low Back Pain

2005    Principal Investigator: A Randomized, Double-Blind Comparison of 5 mg of LY2422347, 15 mg of LY2422347, and Placebo in the Treatment of Patients with Primary Insomnia

2005    Sub Investigator: Multicenter, Randomized, Double-Blind, Placebo-Controlled Study of the Efficacy and Tolerability of Indiplon Therapy Initiated with Sertraline Versus Sertraline Monotherapy in Subjects with Insomnia and Co-Existing Major Depressive Disorder

2005    Principal Investigator: An Open-Label Safety Study with Intermittent Use of HKT-500 In Subjects with Lower Back Pain, Pain from Osteoarthritis of the Knee, Shoulder Pain or Lateral Epicondylitis Pain

2005    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess the Long-Term Efficacy and Safety of Doxepin HCl in Primary Elderly Insomnia Patients with Sleep Maintenance Difficulties

2005    Principal Investigator: A Randomized, Double-Blind, Placebo and Positive-Controlled, Parallel-Group, Multicenter Study of Oral Doses of CJ-023, 423 Administered for 4 Weeks to Subjects with Osteoarthritic Pain of the Knee

2005    Principal Investigator: A Double-Blind, Long-Term Evaluation of the Safety of Topically Applied Ketoprofen Transfersome® Gel (KTG) in Comparison to Oral Naproxen for the Treatment of the Signs and Symptoms of Osteoarthritis of the Knee

2005    Principal Investigator: A Double-Blind, Placebo-Controlled Evaluation of the Safety and Efficacy of Three Doses of Topically Applied Ketoprofen Transfersome® Gel (KTG) in Comparison to Oral Naproxen for the Treatment of the Signs and Symptoms of Osteoarthritis of the Knee

2005    Sub Investigator: A Randomized, Double-Blind, Placebo-Controlled, Multi-Center Study to Assess the Efficacy and Safety of Nalmefene HCl in the Treatment of Pathological Gambling

2005    Principal Investigator: A Single Dose, 2-Period Cross-over Design Pilot Pharmacokinetic Study of Tacrolimus 5 mg Capsules in Healthy Subjects

2005    Sub Investigator: The Efficacy of Eszopiclone 3 mg as Adjunctive Therapy in Subjects with Insomnia Related to Generalized Anxiety Disorder

2005    Principal Investigator: An Open-Label Study Evaluating the Safety and Tolerability of Long-Term Administration of Hydrocodone/Acetaminophen Extended-Release Tablets (Vicodin® CR) in Subjects with Moderate to Severe Chronic Non-Malignant Pain

2005    Principal Investigator: Efficacy of Axert® (Almotriptan malate) in the Acute Treatment of Migraine: A Pilot Study of the Potential Impact of Preventive Therapy with Topamax® (Topiramate)

2005    Sub Investigator: A randomized, double-blind, placebo-controlled, forced-titration, Phase IV study comparing telmisartan 80 mg + hydrochlorothiazide 25 mg versus valsartan 160 mg + hydrochlorothiazide 25 mg taken orally for eight weeks in patients with Stage l or Stage 2 hypertension

2005    Principal Investigator: A Randomized Multicenter, Double-Blind, Placebo-Controlled, Two-Week Study to Assess the Safety and Efficacy of HKT-500 in Subjects with Low Back Pain

2005    Principal Investigator: A Randomized, Multicenter, Double Blind, Placebo-Controlled, Single Dose Comparison of the Analgesic Activity of HKT-500 and Placebo in Subjects with Shoulder Pain

2005    Principal Investigator: A Randomized, Double-Blind, Daytime, 4-Way Crossover Study to Evaluate the Pharmacokinetics, Dose Proportionality, Pharmacodynamics, Safety, and Tolerability of Three Doses of Sublingual Zolpidem Tartrate Lozenges Compared to Placebo in Normal Healthy Volunteers

2005    Sub-Investigator: An International, Multi-center, Double-blind, Randomized, Parallel-group, Placebo- controlled, Phase III study of the Efficacy and Safety of Quetiapine Fumarate (Seroquel™, single oral 300 mg or 600 mg dose) and Paroxetine as Monotherapy in Adult Patients with Bipolar Depression for 8 weeks and Quetiapine in Continuation Treatment for 26 up to 52 weeks

2005    Sub Investigator: A Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Five-Arm Parallel- Group Trial to Investigate the Efficacy and Safety of Four Different Transdermal Doses of Rotigotine in Subjects with Idiopathic Restless Legs Syndrome

2005    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess the Efficacy and Safety of Doxepin HCL in Primary Insomnia Patients with Sleep Maintenance Difficulties

2005    Principal Investigator: A 1-Year Open-Label, Flexible-Dosage Extension Study to Assess the Safety and continued Effectiveness of Provigil (Modafinil Treatment in Children and Adolescents with Excessive Sleepiness Associated with Narcolepsy or Obstructive Sleep Apnea/Hypopnea Syndrome

2005    Principal Investigator: A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Assess the Efficacy and Safety of Provigil (Modafinil) Treatment (100, 200, and 400 mg/day) in Children and Adolescents with Excessive Sleepiness Associated with Obstructive Sleep Apnea/Hypopnea Syndrome

2005    Principal Investigator: A Phase 3, Randomized, Double Blind, Placebo-Controlled, Parallel-Group Study to Assess the Efficacy and Safety of Provigil (Modafinil) Treatment (100, 200, and 400 mg/day) in Children and Adolescents with Excessive Sleepiness Associated with Narcolepsy

2005    Principal Investigator: A Multicenter, Randomized, Double-Blind, Placebo-Controlled study of a Combination of Levonorgestrel and Ethinyl Estradiol in a Continuous Daily Regimen in Subjects with Premenstrual Dysphoric Disorder

2005    Sub-Investigator: A Phase III, 12-Week, Multicenter, Double-Blind, Randomized, Placebo and Active Comparator-Controlled, Parallel Group Study to Investigate the Efficacy and Safety of GW406381, 5mg, 10mg, 25mg, and 50mg administered orally once daily in Adults with Rheumatoid Arthritis

2005    Sub-Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Polysomnographic Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Primary Insomnia Patients with Sleep Maintenance Difficulties

2005    Principal Investigator: A Phase III, 12-week, Multicenter, Double-blind, Double-dummy, Randomized, Placebo and Active Comparator-Controlled, Parallel Group study to investigate the Efficacy and Safety of GW406381 1mg, 5mg, 10mg, 25mg and 50mg administered orally once daily in adults with Osteoarthritis of the knee

2005    Principal Investigator: A Multicenter, Randomized, Double-Blind Factorial Study of the Co-Administration of MK-0431 and Metformin in Patients with Type 2 Diabetes Mellitus Who Have Inadequate Glycemic Control

2005    Sub-Investigator: A 13-week, Multicenter, Randomized, Double-blind, Double-dummy, Placebo-controlled, Parallel group Trial of Lumiracoxib (COX 189) 100 mg o.d. in Patients with Primary Hip Osteoarthritis Using Celecoxib (200mg o.d.) as a Positive Control

2005    Sub-Investigator: A 20 week multi-national, open-labeled, randomized, three-group parallel trial comparing administration of insulin detemir morning, insulin detemir evening and NPH insulin evening and add-on oral antidiabetic drug(s) in subjects with type 2 diabetes

2004    Principal Investigator:   A Double-Blind, Randomized, Placebo-Controlled, Multicenter, 30-Night Polysomnographic Study of MK-0928 in Adult Patients with Primary Insomnia

2004    Principal Investigator:   A Double-Blind, Randomized, Placebo-Controlled, Multicenter, 30-Night Polysomnographic Study of MK-0928 in Elderly Patients with Primary Insomnia

2004    Principal Investigator:   A Randomized, 4-Way Cross-Over, Double-Blind, Placebo-Controlled, Multicenter, Dose-Finding Trial with Three Dosages of ORG 50081 in Patients with Primary Insomnia

2004    Principal Investigator: A 12-Week, Double-Blind, Placebo-Controlled, Twice Daily Dosing Study to Assess the Efficacy and Safety of Ropinirole in Patients Suffering from Restless Legs Syndrome (RLS) Requiring Extended Treatment Coverage

2004    Principal Investigator:   A Randomized, Double-Blind, Single-Dose, Placebo-Controlled, Multicenter study of Gabapentin 250 mg and 500 mg in Transient Insomnia Induced by a Sleep Phase Advance

2004   Sub Investigator:   A Multicenter, Randomized, Double-Blind, and Placebo-Controlled 5-Way Crossover Study of the Safety and Efficacy of PD-0341806, Zolpidem, and Placebo in Primary Insomnia

2004   Sub Investigator: A Study to Define the Non-Restorative Sleep Population

2004   Principal Investigator: A 24 Week, Placebo-Controlled, Randomized, Parallel Group Study Comparing Roflumilast 500 mcg Daily vs. Placebo on Pulmonary Function and Respiratory Symptoms in Patients with Chronic Obstructive Pulmonary Disease (COPD)

2004   Principal Investigator:   Open-Label, Long-term, Multicenter Study of Safety and Tolerability of Valdecoxib 40-60 mg in the Acute Treatment of Migraine in Adults

2004   Principal Investigator:   A Double-Blind, Multicenter, Randomized, Placebo-Controlled Single Dose Study to Evaluate the Safety and Efficacy of Trexima™ in the Acute Treatment of Migraine Headaches

2004   Sub Investigator: BUP 3015 A Multicenter, Randomized, Double-Blind, Active Comparator Study to Determine the Efficacy and Safety of BTDS 20 or OxyIR® versus BTDS 5 in Subjects with Moderate to Severe Low Back Pain

2004   Principal Investigator:   A Randomized, Multiple-Dose, Double-Blind, Placebo-Controlled, Parallel-group Study Comparing the Safety and Efficacy of Hydromorphone HCI Extended-release and Duragesic ® in Subjects with Non-Malignant Pain

2004   Sub Investigator: Evaluation of the Long-Term Efficacy and Safety of Zolpidem-MR 12.5-mg. Compared to Placebo, when both are Administered over a Long-Term Period "as needed", in Patients with Chronic Primary Insomnia. (A Randomized, Double Blind, Placebo-Controlled, Parallel Group, Multicenter, Phase III Clinical Study)

2004   Principal Investigator:   A Phase II, Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to assess the Efficacy and Safety of Doxepin in Patients with Primary Sleep Maintenance Insomnia

2004   Sub Investigator:  A Phase II, Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy and Safety of Doxepin HCI in Elderly Patients with Primary Sleep Maintenance Insomnia.

2004   Sub Investigator:  A Phase III, 12-Month, Randomized, Double-Blind Study to Evaluate the Efficacy and Safety of Two Doses of J867 vs. Placebo in Subjects with Uterine Lelomyomata

2004   Principal Investigator:   Placebo-Controlled, Randomized, Double-Blind, Multicenter Study, to Demonstrate the Efficacy of 12 Weeks of Treatment with USL-221 on Moderate to Severe Vasomotor Symptoms and Vulvar/Vaginal Atrophy in Post-Menopausal Patients

2004   Sub Investigator: A Randomized, Double Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of Gabitril ® (4, 6, 8 and 10 mg) Treatment in Adult Patients with Primary Insomnia

2004    Principal Investigator: A Randomized Double-Blind Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of Gabitril ® (2, 4, 6 and 8 mg) Treatment in Adult Patients with Primary Insomnia

2004    Sub Investigator:   A 12-Week Double-Blind, Parallel-Group, Placebo and Active-Controlled Trial to Evaluate the Efficacy and Safety of Formoterol Fumarate Inhalation Solution 20mcg in the Treatment of Patients with Chronic Obstructive Pulmonary Disease, Followed by a 40-Week Open-Label Safety Extension

2004    Principal Investigator:   A Multicenter, Randomized, Double-Blind, Placebo and Active-Controlled, Phase 2, Parallel Group, Dose-Range Finding Study to assess the Safety and Efficacy of GW406381 Administered for 42 days to Subjects with Rheumatoid Arthritis

2004    Principal Investigator:   A Two-Arm Study Comparing the Analgesic Efficacy and Safety of Tramadol HCI Once-a-Day Versus Placebo for the Treatment of Pain due to Osteoarthritis

2004    Principal Investigator: A Randomized, Double Blind, Active-Comparator-Controlled, Parallel-Group Study to Evaluate the Safety of Etoricoxib in Patients with Osteoarthritis or Rheumatoid Arthritis

2004    Sub Investigator:  Neurocrine Biosciences, Inc. Protocol NBI-34060-MR-0306:   A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Access the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties

2004    Principal Investigator: A 13-Week, multicenter, randomized, double-blind, double-dummy, placebo controlled, parallel trial of 2 different dose regimens of Lumiracoxib (100mg od and 200mg od initial dose for two weeks followed by 100mg od) in patients with primary knee Osteoarthritis, using Celecoxib (200mg od) as a comparator

2004    Principal Investigator: A 52-Week, international, multicenter, randomized, double-blind, double-dummy, parallel-group clinical trial to compare retention on treatment, safety, tolerability, and efficacy of Lumiracoxib 100mg od, Lumiracoxib 100 mg bid and Celecoxib 200mg od in patients with primary osteoarthritis of hip, knee, hand, or spine

2004    Principal Investigator: A Four-Week Double Blind, Placebo-Controlled Exploratory Evaluation of FEV 1.0 Changes and Safety of ONO-6126 in Patients with Chronic Obstructive Pulmonary Disease (COPD). Ono Pharma USA

2004    Sub Investigator:   Randomized, Double-Blind, Double-Dummy, Placebo-Controlled, Parallel-Group, Multi-Center Trial Comparing the Effects of Orally Administered Xyrem (sodium oxybase) with Modafinil with Placebo for the Treatment of Daytime Sleepiness in Narcolepsy

2004    Principal Investigator:  A Comparison of Topiramate versus Amitriptyline in Migraine Prophylaxis (Phase IIIB)

2004    Principal Investigator:  An Open-Label Study of the Safety and Efficacy of Topiramate for Migraine Prophylaxis:  Extension Study

2004    Principal Investigator:  Axert ® Early Migraine Intervention Study (AEGIS):  Efficacy and Safety of Axert ® (Almotriptan Malate) Versus Placebo for the Acute Treatment of Migraine Headache

2004    Principal Investigator:  A Randomized, Double-Blind, Placebo-Controlled Study of Oral Almotriptan 6.25 mg, 12.5 mg, and 25 mg in the Acute Treatment of Migraine in Adolescents

2004    Principal Investigator: Effect of Alagebrium (ALT-711) in Combination with Fixed-Dose Hydrochlorothiazide Therapy on Systolic Blood Pressure in Hypertensive Patients

2004    Principal Investigator:   Protocol #324:  A Phase III, Multi-Center, Randomized, Double-Blind, Placebo- Controlled, Parallel Group Factorial Study of Metoprolol Succinate Extended-Release Tablets (Toprol-XL®), Hydrochlorothiazide and Their Combination in Patients with Essential Hypertension

2004    Principal Investigator: A 24-Week Randomized, Double-Blind, Multi-Center, Placebo-Controlled Study to Evaluate the Efficacy, Safety, and Tolerability of Tesaglitazar Therapy when Added to the Therapy of Patients with Type 2 Diabetes Poorly Controlled on Insulin

2004    Principal Investigator:   A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Trial Assessing the Rate of Decline of Lung Function with Tiotropium 18 mcg Inhalation Capsule Once Daily in Patients with Chronic Obstructive Pulmonary Disease (COPD)

2004    Sub Investigator: A Phase II Double Blind, Randomized, Dose Ranging, Placebo Controlled, Multi-center, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type

2004    Sub Investigator: A 12-Month, Open-Labeled, Flexible-Dosage (100-250 mg/day) Extension Study of the Safety and Efficacy of CEP-10953 in the Treatment of Patients with Excessive Sleepiness Associated with Narcolepsy, Obstructive Sleep Apnea/Hypopnea Syndrome, or Chronic Shift Work Sleep Disorder

2004    Principal Investigator: A 12-Month Open-Label, Flexible-Dosage (100-250 mg/day) Extension Study of the Safety and Efficacy of CEP-10953 in the Treatment of Patients with Excessive Sleepiness Associated with Narcolepsy, Obstructive Sleep Apnea/Hypopnea Syndrome, or Chronic Shift Work Sleep Disorder.

2004    Sub Investigator:  A 12-month, Open-Labeled Study to Evaluate Safety and Efficacy of Gabitril ® at dosages up to 8 mg/day in Elderly Adults with Primary Insomnia

2004    Principal Investigator: A 26-Week, Randomized, Placebo and Active-Comparator-Controlled, Parallel- Group, Double-Blind, 2-Part Study to Assess the Safety and Efficacy of Etoricoxib 30 mg vs. Celecoxib 200 mg in Patients with Osteoarthritis (Study I)

2004    Principal Investigator: A 12-week Double-Blind, Parallel-Group, Placebo and Active-Controlled Trial to Evaluate the Efficacy and Safety of Formoterol Fumarate Inhalation Solution 20 mcg in the Treatment of Patients with Chronic Obstructive Pulmonary Disease, Followed by a 40-Week Open-Label Safety Extension

2004    Principal Investigator: Study Title: A 28-Week Randomized, Double-blind, Multicenter Study to Evaluate the Efficacy, Safety, and Tolerability of Extended Release Avandamet in Subjects with Type 2 Diabetes Mellitus

2004    Sub Investigator: A multicenter, double-blind, placebo-controlled, parallel-group study evaluating the efficacy and safety of PD 0299685 for the treatment of vasomotor symptoms of menopause in postmenopausal women

2004    Principle Investigator: A randomized, double-blind, placebo-controlled, parallel group clinical trial comparing fixed doses of 0.25 mg, 0.50 mg and 0.75 mg pramipexole (Mirapex®) administered orally to investigate the safety and efficacy in patients with idiopathic Restless Legs Syndrome for 12 weeks

2004    Sub Investigator: A Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Multicenter, Fixed- Dose, Polysomnographic Study of PD 0200390 in Patients with Primary Insomnia

2004    Principal Investigator:  An Open-Label, Repeat Dose Study of the Safety of Combo Formulation in the Treatment of Multiple Episodes of Acute Migraine Over 12 Months

2004    Principal Investigator: A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of CEP-10953 (150 and 250 mg/day) as Treatment for Adults with Residual Excessive Sleepiness Associated with Obstructive Sleep Apnea/Hypopnea Syndrome

2004    Sub Investigator: A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of CEP-10953 (150 and 250 mg/day) as Treatment for Adults with Excessive Sleepiness Associated with Narcolepsy

2004    Principal Investigator: A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of CEP-10953 (150 mg) as Treatment for Adults with Excessive Sleepiness Associated with Chronic Shift Work Sleep Disorder

2004    Sub Investigator: A 12-Week, Randomized, Double Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of CEP-10953 (150 mg/day) as Treatment for Adults with Residual Excessive Sleepiness Associated with Obstructive Sleep Apnea/Hypopnea Syndrome

2004    Principal Investigator:  A Randomized, Double Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of GABITRIL® (4, 6, 8, and 10 mg) Treatment in Adult Patients with Primary Insomnia

2004    Principal Investigator: A 12Month, Open-Label Study to Evaluate Safety and Efficacy of Gabatril® at Dosages up to 10 mg/day in Adult Patients with Primary Insomnia

2004    Principal Investigator: A Randomized, Double Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of Gabatril® (2, 4, 6, and 8 mg) Treatment in Elderly Patients with Primary Insomnia

2004    Principal Investigator: A 12-Month, Open-Label Study to Evaluate Safety and Efficacy of Gabatril® at Dosages up to 8 mg/day in Elderly Adults with Primary Insomnia

2004    Principal Investigator: A 39-Week, Open-Label Extension to CCOX189A2360, a 13-Week, Multicenter, Randomized, Double-Blind, Double-Dummy, Placebo-Controlled, Parallel Trial of 2 Different Dose Regimens of Lumiracoxib (100 mg od and 200 mg od initial dose for two weeks followed by 100 mg od) in Patients with Primary Knee Osteoarthritis, Using Celecoxib (200 mg od) as a Comparator

2004    Principal Investigator: Comparison of Pharmacokinetics and Pharmacodynamics Following Single Dose Administration of Furosemide GR™ Tablets, 40 mg and Furosemide Immediate Release Tablets, 40 mg in Patients with Congestive Heart Failure

2004    Sub Investigator: A Multicenter, Randomized, Parallel-Group, and Double-Blind, Phase III comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily in divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

2004    Sub Investigator: A Multicenter, Randomized, Parallel-Group, Double-Blind, Phase III Comparison of the Efficacy and Safety of Quetiapine Fumarate (oral tablets 400 mg to 800 mg daily m divided doses) to Placebo When Used as Adjunct to Mood Stabilizers (Lithium or Divalproex) in the Maintenance Treatment of Bipolar I Disorder in Adult Patients

2004    Sub Investigator: Depression Response to Eszopiclone in Adults with Major Depressive Disorder (DREAMDD): A Randomized, Double Blind, Placebo-Controlled, Parallel-Group, 8-Week, Safety and Efficacy Study of Eszopiclone 3 mg Compared to Placebo in Subjects with Insomnia Related to Major Depressive Disorder

2004    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled Study Evaluating Acetaminophen Extended Release (3900 mg/day) in the Treatment of Osteoarthritis of the Hip or Knee

2004    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties

2003    Principal Investigator: A Six Month, Chronic Efficacy and Safety Study of Eszopiclone in Adult Subjects with Primary Insomnia: A Randomized Double-Blind, Placebo-Controlled Study

2003    Principal Investigator: A Randomized, Double Blind, Placebo-Controlled, Parallel-Group, Single-Attack Study to Evaluate the Onset of Efficacy of a New Formulation of Sumatriptan Tablets 50mg and 100mg in the Acute Treatment of Migraine

2003    Principal Investigator: A 13-Week, Multicenter, Randomized, Double-Blind, Double-Dummy, Placebo- Controlled, Parallel Trial of 2 Different Dose Regimens of Lumiracoxib (100 mg od and 200 mg od initial dose for two weeks followed by 100 mg od) in Patients with Primary Knee Osteoarthritis, Using Celecoxib (200 mg od) as a Comparator

2003    Principal Investigator: A Four-Week, Double-Blind, Placebo-Controlled Exploratory Evaluation of FEV 1.0 Changes and Safety of ONO-6126 in Patients with Chronic Obstructive Pulmonary Disease (COPD)

2003    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 for the Treatment of Transient Insomnia in Adult Subjects

2003    Principal Investigator: A Phase II Safety Study of TAK-375 in Subjects with Mild to Moderate Chronic Obstructive Pulmonary Disease

2003    Sub Investigator: A 7-Month, Multicenter, Parallel, Double-Blind, Placebo-Controlled Comparison of 150-300 mg/day of Extended-Release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Depressive Episodes in Subjects with a History of Seasonal Affective Disorder Followed by an 8-week Observational Follow-up Phase

2003    Principal Investigator: A 12 Week, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Efficacy and Safety of Ropinirole in Patients Suffering from Restless Legs Syndrome (RLS)

2003    Sub Investigator: Randomized, Double-Blind, Double-Dummy, Placebo-Controlled, Parallel-Group, Multi-Center Trial Comparing the Effects of Orally Administered Xyrem (sodium oxybate) with Modafinil with Placebo for the Treatment of Daytime Sleepiness in Narcolepsy

2003    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Long-Term Safety and Efficacy of Two Dose Levels of NBI-34060 in Adult Patients with Primary Insomnia

2003    Sub Investigator: Multicenter, Three-Arm, Partially Double-Blinded, Placebo-Controlled Outpatient Comparison of Efficacy and Safety of Buffered 4% Miconazole Nitrate (200 mg) Vaginal Cream Compared with Metro-Gel Vaginal for the Treatment of Bacterial Vaginosis (BV)

2003    Principal Investigator: A Double-Blind, Randomized, Controlled, Parallel-Group, Multicenter Study Evaluating the Safety and Efficacy of Civamide Cream 0.075% as a Treatment in Subjects with Osteoarthritis of the Knee

2003    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled Study of Oral Almotriptan 6.25 mg, 12.5 mg, and 25 mg in the Acute Treatment of Migraine in Adolescents

2003    Principal Investigator: Topiramate versus Amitriptyline HCl versus Placebo in Migraine Prophylaxis: A Comparison of Efficacy, Safety, Impact on Weight and Quality of Life

2003    Principal Investigator: A Randomized, Multiple-Dose, Double-Blind, Placebo-Controlled, Parallel-Group Study Comparing the Safety and Efficacy of Hydromorphone HCl Extended-Release and Duragesic® in Subjects with Non-Malignant Pain

2003    Principal Investigator: A Phase III, Multi-Center, Randomized, Double Blind, Placebo-Controlled Parallel Group Factorial Study of Metoprolol Succinate Extended-Release Tablets (Toprol-XL®), Hydrochlorothiazide and Their Combination in Patients with Essential Hypertension

2003    Principal Investigator: A 24 Week, Placebo-Controlled, Randomized, Parallel Group Study Comparing Roflumilast 500 mcg Daily vs. Placebo on Pulmonary Function and Respiratory Symptoms in Patients with Chronic Obstructive Pulmonary Disease (COPD)

2003    Sub Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Single-Dose Study of TAK-375 in Healthy Adult Volunteers in a Sleep Lab Model of Transient Insomnia

2003    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Crossover Study to Determine the Safety and Efficacy of TAK-375 in Elderly Subjects with Chronic Insomnia

2003    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, PSG plus Outpatient Study to Determine the Safety and Efficacy of TAK-375 in Adults with Chronic Insomnia

2003    Principal Investigator: A Randomized, Latin-Square, Double-Blind, Placebo-Controlled Study of the Safety and Efficacy of Gabitril (4, 8, 12, and 16 mg) in Patients with Primary Insomnia

2003    Principal Investigator: A Double-Blind, Placebo-Controlled, Randomized, Parallel-Group Study of the Efficacy and Safety of M100907 Tablets in the Treatment of Sleep Maintenance Insomnia

2003    Principal Investigator: A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group, 6-week Study to Evaluate the Efficacy and Safety of Ezetimibe 10-mg/day When Added to Ongoing Therapy with a Statin Versus Statin Therapy Alone, in Patients with Hypercholesterolemia Who Have Not Reached National Cholesterol Education Program (NCEP) Adult Treatment Panel (ATP) III Target LDL-Cholesterol Level MK-0653

2003    Principal Investigator: A Randomized, Double-Blind, Multicenter Study to Evaluate the Tolerability and Effectiveness of Etoricoxib 90 mg q.d. vs. Diclofenac Sodium 50 mg t.i.d. in Patients with Osteoarthritis

2003    Principal Investigator: A Four-Arm Study Comparing the Analgesic Efficacy and Safety of Tramadol HCl Once a Day 100, 200 and 300 mg Versus Placebo for the Treatment of Pain due to Osteoarthritis of the Knee

2003    Principal Investigator: A Randomized, Double Blind, Placebo-Controlled, Parallel Group Trial Assessing the Rate of Decline of Lung Function with Tiotropium 18 mcg Inhalation Capsule Once Daily in Patients with Chronic Obstructive Pulmonary Disease (COPD)

2002    Principal Investigator: Open-Label, Long-tern, Multicenter Study of Safety and Tolerability of Valdecoxib 40-60 mg in the Acute Treatment of Migraine in Adults

2002    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multicenter Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060 in Elderly Primary Insomnia Patients with Sleep Maintenance Difficulties

2002    Principal Investigator: Clinical Protocol for a 12 Week, Randomized, Double-Blind, Placebo Controlled Multicenter Study of the Analgesic Efficacy of Celecoxib 200 mg QD, Compared to Placebo in Patients with Chronic Low Back Pain

2002    Sub-Investigator: A Phase III, 12-Month, Randomized, Double-Blind Study to Evaluate the Efficacy and Safety of Two Doses of J867 versus Placebo in Subjects with Uterine Leiomyomata

2002    Principal Investigator: A 52 Week Open-Label Extension Study of the Long-Term Safety of Ropinirole in Subjects Suffering from Restless Legs Syndrome (RLS)

2002    Principal Investigator: A Phase III, Randomized, Multicenter Study Comparing the Safety and Efficacy of Oral TMX-67 versus Allopurinol in Subjects with Gout

2002    Principal Investigator: An Open-Label Study of Eletriptan for the Acute Treatment of Migraine in Migraine Sufferers who are Dissatisfied with Rizatriptan Therapy

2002    Principal Investigator: Clinical Utility of Amlodipine/Atorvastatin to Improve Concomitant Cardiovascular Risk Factors of Hypertension and Dyslipidemia

2002    Principal Investigator: A Double-Blind, Multi-Center, Randomized. Placebo Controlled, Parallel Group Study of the Efficacy and Safety of Nebivolol Added to Existing Antihypertensive Treatment in Patients with Mild to Moderate Hypertension

2002    Sub Investigator: Acute Effects on Sleep Latency in Patients with Moderate Sleep Disturbances II

2002    Sub Investigator: A Randomized, Double-Blind, Active-and-Placebo-Controlled 4-Way Crossover Study of the Safety and Efficacy of PD0200390, Zolpidem, and Placebo in Primary Insomnia

2002    Sub Investigator: A Double-Blind, Randomized, Placebo and Active Controlled Crossover Study of PD0200390 in a 4-Hour Phase Advanced Model of Transient Insomnia in Healthy Volunteers

2002    Sub Investigator: A 30-Day Multi-Center, Double-Blind, Randomized, Parallel, Placebo-Controlled Study to Evaluate the Safety and Efficacy of ANPH 101 for Sleep Maintenance in Adult Patients with Chronic Primary Insomnia

2002    Principal Investigator: An Open Label Study Assessing Paxil CR in Subjects with Major Depressive Disorder Who Discontinued Treatment with Selective Serotonin Reuptake Inhibitors or a Selective Serotonin/Norepinephrine Reuptake Inhibitor due to Intolerability

2002    Sub Investigator: A Double-Blind, Multicenter, Placebo-Controlled Study of L-830982 Gel Extrusion Module (GEM) 1.5mg bid to 4.5mg bid Versus Lorazepam in the Treatment of Outpatients with Generalized Anxiety Disorder

2002    Sub Investigator: A 6 ½ Month, Multicenter, Randomized, Double-Blind, Placebo-Controlled Comparison of 150-300mg/day of Extended-release Bupropion Hydrochloride and Placebo for the Prevention of Seasonal Affective Disorder in Subjects with a History of Seasonal Affective Disorder

2002    Sub Investigator: A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 8 Weeks of Oral Provigil (Modafinil) Tablets {CIV} (200mg Once Daily) as Adjunctive Treatment for Excessive Sleepiness in Adults with Major Depressive Disorder, Sleepiness and Fatigue, followed by a 12 Week Open Label Period

2002    Sub Investigator: A Phase II Double-Blind, Randomized, Dose-Ranging, Placebo-Controlled, Multicenter, Safety and Efficacy Evaluation of Three Doses of NS 2330 in Patients with Mild to Moderate Dementia of the Alzheimer's Type

2002    Principal Investigator: A Double-Blind, Randomized, Placebo-Controlled, Parallel Group study comparing the Efficacy and Safety of Zolpidem-MR 12.5mg and placebo in patients with Primary Insomnia

2002    Principal Investigator: A 12 Week, Double-Blind, Placebo-Controlled, Parallel Group Study to Access the Efficacy, Safety and Tolerability of Ropinirole in Subjects with Restless Leg Syndrome Suffering from Periodic Leg Movements of Sleep

2002    Principal Investigator: A Phase III, Randomized, Double Blind, Placebo-Controlled, Parallel Group Study to Assess the Efficacy and Safety of NBI-34060 Adults with Primary Insomnia

2002    Principal Investigator: A Phase III, Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Efficacy and Safety of NBI-34060 for the Treatment of Transient Insomnia in Adult Subjects

2002    Principal Investigator: A Randomized, Double-Blind, Active-Comparator-Controlled, Parallel-Group Study to Evaluate the Safety of Etoricoxib in Patients with Osteoarthritis or Rheumatoid Arthritis

2002    Investigator: A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of Three Doses of SB-659746-A (5mg, 10mg, and 20mg) Versus Placebo in Patients with Major Depressive Disorder

2002    Sub Investigator: Deramciclane 30 mg and 60mg Once Daily in Generalized Anxiety Disorder. A Randomized Double-Blind Placebo and Buspirone-Controlled Fixed-Dose Parallel-Group Multicenter Study of 10 Weeks Including A 2 Week Single-Blind Placebo Period

2002    Principal Investigator: A Prospective, Randomized, Open-Label, Blinded-Endpoint, Parallel Group 6- week Treatment Study Comparing Telmisartan combined with

Hydrochlorothiazide (40 mg/12.5 mg or 80 mg/12.5 mg) Tablets with Losartan Combined with Hydrochlorothiazide ( 50 mg/12.5) Tablets using Ambulatory Blood Pressure Monitoring in Patients with Mild-to-Moderate Hypertension

2002    Principal Investigator: A Double-Blind, Placebo-Controlled, Randomized, Parallel Group, Clinical Trial of Anti-CD4 Receptor Human Moloclonal Antibody (HuMax-CD4) in combination with Methotrexate in Patients with Active Rheumatoid Arthritis

2002    Principal Investigator: A Double-Blind, Randomized, Active and Placebo Controlled, Parallel Group, Single and Multiple Dose Assessment of the Analgesic Efficacy of Celecoxib Formulation B in the treatment of Patients with Primary Dysmenorrhea

2002    Sub Investigator: Deramciclane 60 mg (or 39 mg) Once Daily in the treatment of Generalized Anxiety Disorder. An Open, Multicenter Safety Study of 5 months, including a 1 Month Drug-Free Follow-Up Period

2002    Principal Investigator: A randomized, double-blind, placebo-controlled evaluation of the safety and efficacy of xxx in the acute treatment of migraine

2002    Principal Investigator; A multinational, multi-center, randomized, double-blind, parallel group, active controlled, comparative trial to assess the endometrial histological profile following treatment with xxx vs. xxx in postmenopausal women

2002    Principal Investigator: Clinical protocol for a randomized, double-blind, active and placebo controlled; parallel group, single and multiple dose assessment of the analgesic efficacy of xxx in the treatment of patients with Primary Dysmenorrhea

2002    Principal Investigator: Phase III, open-label, multicenter, multinational, contraceptive Study of xxx and xxx injectable suspension administered subcutaneously

2002    Principal Investigator: A double-blind, randomized, placebo-controlled multicenter study to investigate the long-term safety of 2 mg PRN of xxx in diarrhea-predominant irritable bowel syndrome subjects

2002    Principal Investigator: An international, multi center, stratified, randomized, double-blind, double- dummy, parallel-group, 52-week gastrointestinal clinical safety study to demonstrate that xxx reduces the risk to develop complicated ulcers as compared to xxx in osteoarthritis patients

2002    Principal Investigator:  Safety and Pharmacokinetic Variability and Exposure to a Single Dose and Multiple Daily Doses of (R)-Didesmethylsibutramine in Healthy Subjects

2002    Principal Investigator: A Randomized, Double-Blind, Placebo Controlled. Parallel- Group Study to Evaluate the Efficacy and Safety of 12 weeks of Provigil (Modafinil) Therapy at a Dose of 200 mg as Treatment for Adults with Excessive Sleepiness Associated with Chronic Shift Work Sleep Disorder, Followed by a 12 Month Open-Label Extension Period. Protocol C1538a/305/CM/US-UK

2001    Principal Investigator: A Randomized, Double Blind, Placebo-Controlled, Dose-Response Study to
Assess the Efficacy and Safety of Modified Release Formulation of NBJ-34060-MR-0103.

2001    Principal Investigator: A Randomized, Double Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy and Safety of Modified Release Formulation of NBI-34060-MR-0102

2001    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy and Safety of NBI-34060 in patients with Chronic Insomnia

2001    Principal Investigator: A Double-Blind Placebo-Controlled, Parallel Group Design Study of Two Doses of Lasofoxifene vs. Placebo for the Treatment of Sexual Dysfunction (Arousal Disorder) in Postmenopausal Women

2001    Principal Investigator: A Double-Blind Placebo-Controlled, Parallel Group Design Study of Two Doses of Lasofoxifine vs. Placebo for the Treatment of Sexual Dysfunction (Hypoactive Desire) in Postmenopausal Women

2001    Principal Investigator: A Multicenter, Double-Blind, Randomized, Placebo Controlled Study of Eletriptan (20 and 40 mg) Versus Placebo in Early Treatment of Migraine

2001    Principal Investigator: A Phase II, 12 Week, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Efficacy of Three Fixed Doses of Oral CP-457,920 (30 mg QD, 60 mg BID and 120 mg BID) and Donepezil in Outpatients with Alzheimer's Disease

2001    Principal Investigator: A Double-Blind, Randomized, Placebo-Controlled Study to Evaluate the Safety and Efficacy of MT 100 for the Treatment of Migraine in Subjects who are Intolerant to 5-HT Agonists or have Cardiovascular Risk Factors

2001    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study to Evaluate the Safety, Tolerability, and Pharmacokinetics of Multiple Oral Doses of MT 500 in Patients with Migraine

2001    Principal Investigator: A Double-Blind, Double-Dummy, Randomized, Placebo-Controlled, Multicenter, Parallel-Group Study of (R, R)-Formoterol in the Treatment of Patients with Chronic Obstructive Pulmonary Disease (COPD)

2001    Principal Investigator: A Placebo-Controlled Dose-Titration Efficacy and Tolerability Study of Neotrofin in Patients with Probable Alzheimer's Disease

2001    Principal Investigator: A Randomized Double Blind, Placebo-Controlled Parallel Study of the Efficacy and Safety of (S)- Zipiclone in the Treatment of Adult Subjects with Primary Insomnia

2001    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled Parallel, Two-Week Objective Efficacy and Safety Study of Esopiclone in Elderly Subjects with Primary Insomnia

2001    Principal Investigator: An Efficacy, Safety and Dose Response Study of TAK-375 in Subjects with Chronic Insomnia

2001    Principal Investigator: A Double-Blind, Placebo-Controlled, Two-Attack Cross-Over Study to Assess the Efficacy of Frovatriptan 2.5 mg Taken for Mild Migraine Headache

2001    Principal Investigator: A Double Blind, Placebo-Controlled, Cross-Over Study of Next-Day Performance Effect of (S)- Zopiclone in Healthy Subjects

2001    Principal Investigator:  A Double-Blind, Placebo-Controlled, Cross-Over Study of Next-Day Performance Effect of (S)-Zopiclone in Subjects with Insomnia

2001    Principal Investigator: A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled, Study Evaluating Efficacy and Safety of Three Doses of SB-659746-A (5mg, 10mg, and 20mg) Versus Placebo in Patients with Major Depressive Disorder

2001    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Impact on Quality of Life of 12 Weeks of Provigil (Modafinil) Therapy at Dosages of 200 and 300 mg Once Daily as Treatment for Adults with Excessive Sleepiness Associated With Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period

2001    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Parallel Group Study of DVD742 in the Treatment of Non-Demented Older Individuals with Mild Cognitive Impairment

2001    Principal Investigator: Phase II, 12 Week, Randomized, Double-Blind, Placebo-Controlled, Multicenter Study Evaluating the Safety and Efficacy of Three Fixed Doses of Oral CP-457,920 (3Omg QD,60 mg BID and 120mg BID) and Donepezil in Outpatients with Alzheimer's Disease

2000    Principal Investigator: A Phase I Double-Blind, Placebo and Active Comparator Controlled, Cross-Over Evaluation of the Hypnotic Activity of CP-374,031

2000    Principal Investigator: A Randomized, Double-blind, Long-Term Comparative Study Evaluating the Safety and Efficacy of Acetaminophen (4000 mg/day) and Drug in the Treatment of Osteoarthritis of the Hip and Knee

2000    Principal Investigator: Medroxyprogesterone Acetate (MPA)/Estradiol Cypionate (E2C) Injectable Suspension; A Study of Bleeding Pattern in Pre-Menopausal Women after Subcutaneous Administration of 20 mg MPA in Combination with Either 2.5 mg, 5.0mg, 7.5 mg, or 10.0 mg E2C

2000    Principal Investigator: A Multicenter, Double-Blind, Randomized, Placebo-Controlled, Parallel Group Comparative Study of the Efficacy and Safety of Oral Eletriptan (40 mg) and Sumatriptan (100 mg) Given for the Acute Treatment of Migraine

2000    Principal Investigator:  An Open-Label Extension to Assess the Safety and Efficacy of Once Daily Dosing of 150mg AIT-082 Administered over 52 Weeks in Patients with Probable

Alzheimer's Who are Currently or were Previously Enrolled in the Double-Blind Portion of Protocol XXXX

2000    Principal Investigator:  Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder

2000    Principal Investigator:  An Open-Label Reboxetine Continuation Therapy

2000     Principal Investigator: Pharmacogenomics Blood Sampling Protocol

2000    Principal Investigator: Reboxetine, Placebo, and Paroxetine Comparison in Patients with Major Depressive Disorder

2000    Principal Investigator: Evaluation of Solvent/Detergent Treated Plasma, Isoaglutin Depleted in Normal Healthy Volunteers

2000    Principal Investigator: A Randomized, Double Blind, Placebo-Controlled, Single-Dose, First Night Effect Sleep Laboratory Study of Two Doses of TAK-375 in Healthy Adult Volunteers

2000    Principal Investigator: Prospective, randomized, double-blind study comparing Faropenem Daloxate 300 mg PO BID for 5 days with trimethoprim/ sulfamethoxazole 160/800 mg PO BID for 5 days in the treatment of patients with acute, uncomplicated lower urinary tract infections

2000    Principal Investigator: Prospective, randomized, double-blind study comparing Faropenem Daloxate 300 mg PO BID for 5 days with Azithromycin for 5 days (500 mg PO day 1, then 250 mg PO OD days 2-5) in the treatment of patients with acute exacerbation of chronic bronchitis

2000    Principal Investigator: A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled 12-Week Trial of Inhaled Fluticasone Propionate 88mcg BID, 220mcg BID and 440mcg BID versus Placebo in Propellant GR106642X in Adolescent and Adult Subjects with Asthma who are Maintained on Inhaled Corticosteriod Therapy

2000    Principal Investigator: A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled 12-Week Trial of inhaled Fluticasone Propionate 88mcg BID, 220mcg BID and 440mcg BID versus Placebo in Propellant GR106642X in Adolescent and Adult Subjects with Asthma who are Maintained on Bronchodilator Therapy

2000    Principal Investigator: An Open-Label Study to Investigate the Effect of Migraine Attacks on the Pharmacokinetics of a Single Dose of MT 100 (metoclopramide hydrochloride and naproxen sodium) administered both during and Outside of Migraine Attacks

2000    Principal Investigator: A 24 Week Randomized, Open Label Study of Health Care Resource Use, Quality of Life and Productivity with Alosetron 1 mg Twice Daily Versus Traditional Therapy in Females with Irritable Bowel Syndrome whose Predominant Bowel Symptom is Diarrhea

2000    Principal Investigator: Reboxetine, placebo, and paroxetine comparison in patients with Major Depressive Disorder

2000    Principal Investigator: A Double-Blind, Placebo-Controlled Parallel Randomized Six-Way Crossover Study of the Efficacy and Safety of (S)-Zopiclone in the Treatment of Adult Patients with Primary Insomnia

2000    Principal Investigator: A Dose-Ranging, Double Blind, Placebo-Controlled, Safety, Tolerability, and Efficacy Study of (R)-Didesmethyl Sibutramine in Patients with Major Depressive Disorder by DSM-IV Criteria

2000    Principal Investigator: An Efficacy, Safety and Tolerability Study of (S)-Zopiclone in Subjects with Transient Insomnia (First Night Effect Model)

2000    Principal Investigator: An Open Label Study of Eletriptan (40 MG) for the Acute Treatment of Migraine in Migraine Sufferers who are Dissatisfied with Excedrin Migraine® Treatment

2000    Principal Investigator: Phase I, Double-Blind, Placebo and Active Comparator Controlled Cross-over Evaluation of the Hypnotic Activity of CP-374,031

2000    Principal Investigator: A randomized, double-blind, placebo-controlled, dose-response study to assess the efficacy and safety of NBI-34060 in patients with chronic insomnia

2000    Principal Investigator: A Placebo-Controlled, Double-Blind, Randomized Trial of a Tablet Formulation of Pleconaril in the Treatment of Viral Respiratory Infection in Adults

2000    Principal Investigator: A Phase 3, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Efficacy of 12 Weeks of 2 Oral Doses (200 mg and 400 mg Once Daily) Of PROVIGIL® (Modafinil) As Treatment for Adults with Excessive Daytime Sleepiness Associated with Obstructive Sleep Apnea/Hypopnea Syndrome Followed By A 9-Month Open-Label Extension

2000    Principal Investigator: A Randomized, Double-Blind, Long-Term Comparative Study Evaluating the Safety and Efficacy of Acetaminophen (4000 mg/day) and Naproxen (750 mg/day) in the Treatment of Osteoarthritis of the Hip or Knee

2000    Principal Investigator: A Randomized, Double-Blind, Parallel, Multicenter, Placebo-Controlled, Two Year Study to Determine the Efficacy and Safety of Orally Administered 5 and 15mg/day, and 50 mg/week Risedronate in Patients with Medical Compartment Osteoarthritis in North America

2000    Principal Investigator: A Randomized, Double Blind, Multicenter, Comparative Phase III Study of Oral BMS-284756 vs. Oral Azithromycin in the Treatment of Acute Exacerbation of Chronic Bronchitis

2000    Principal Investigator: Double-Blind, Placebo-Controlled Study of Venlafaxine ER in Children and Adolescents with Generalized Anxiety Disorder

2000    Principal Investigator:  Omapatrilat Cardiovascular Treatment Assessment versus Enalapril

2000    Principal Investigator: A Double-Blind Randomized Study to Evaluate the Effects of Fixed Combination Metformin/Glipizide Therapy in Subjects with Type 2 Diabetes Mellitus Who Have Inadequate Glycemic Control on Half-Maximum to Maximum of the Labeled Doses of Sulfonylurea Monotherapy

2000    Principal Investigator: A Multicenter, Double-Blind, Randomized, Placebo Controlled Parallel Group Comparative Study of the Efficacy and Safety of Oral Eletriptan (40 mg) and Sumatriptan (100 MG) Given for the Acute Treatment of Migraine

2000    Principal Investigator: A Multicenter, Randomized, Placebo- and Active-Controlled, Five-Way, Crossover Study of (R, R) -Formoterol Tartrate Inhalation Solution and Salmeterol in Subjects with Chronic Obstructive Pulmonary Disease

1999    Principal Investigator: A Double-Blind, Placebo-Controlled, Multi-Center, Randomized, Parallel-Group Study of the Effect of Four-Weeks of Provigil (Modafinil) Treatment on Excessive Daytime Sleepiness in Obstructive Sleep Apnea Patients Treated with Nasal Continuous Positive Airway Pressure Followed by a Twelve -Week Open-Label Extension

1999    Principal Investigator: A Multicenter, Randomized, Double-Blind, Placebo-Controlled Study to Evaluate AIT-082 in Patients with Probable Alzheimer's Disease of Mild to Moderate Severity (90-day treatment period plus 60-day follow-up)

1999    Principal Investigator:  A Randomized, Double Blind, Placebo-Controlled, Phase III Trial Evaluating Zoledronate Plus Standard Therapy vs. Placebo + Standard Therapy in Patients with Recurrent Carcinoma of Prostate Who are Asymptomatic with Castrate Levels of Testosterone and have Rising PSA Levels without Radiological Evident Metastatic Disease

1999    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Assess the Safety and Efficacy of Tegaserod 12 mg/d and Placebo in Females with Constipation-Predominant Irritable Bowel Syndrome (C-IBS)

1999    Sub Investigator: A Twelve-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Dose-Ranging, Phase II Study to Assess the Clinical Efficacy of Alosetron in Male Subjects with Irritable Bowel Syndrome

1999    Sub Investigator: A Twelve-Week, Randomized, Double-Blind, Placebo-Controlled Study of Alosetron in Female Subjects with Alternating Diarrhea/Constipation Irritable Bowel Syndrome

1999    Principal Investigator: A Comparison of the Analgesic Efficacy and Safety of Tramadol HCL/Acetaminophen versus Placebo for the Treatment of a Painful Flare of Osteoarthritis

1999    Principal Investigator: A Randomized, Double-Blind, Parallel, Multicenter, Placebo-Controlled, Two Year Study to Determine the Efficacy and Safety of Orally Administered 5 and 15 mg/day, and 50 mg/week Risedronate in Patients with Medial Compartment Knee Osteoarthritis in North America

1999    Principal Investigator: A Single Dose, Double-Blind, Safety and Efficacy Study of MT 100, Metoclopramide Hydrochloride and Naproxen Sodium in Subjects with Acute Migraine Attacks

1999    Principal Investigator: An Open-Label, Repeat Dose, Long-Term Safety Study of MT 100 in Subjects with Acute Migraine Attacks

1999    Principal Investigator: A Randomized, Double-Blind, Multi-Center Study to Evaluate the Tolerability and Effectiveness of Rofecoxib 25mg QD vs. Naproxen 500 mg BID in Patients with Osteoarthritis

1999    Principal Investigator: A Double-Blind, Placebo-Controlled, Randomized Comparison Study of the Efficacy and Safety of Celecoxib 100 mg BID, and Diclofenac 50 mg TID in Treating the Signs and Symptoms of Osteoarthritis of the Knee

1999    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Dose Finding Multicenter Study to Assess the Efficacy, Safety and Tolerability of Tegaserod Given Orally at Three Dose Levels (0.4 mg, 1mg or 4 mg daily) and Placebo in Patients with Non-Erosive Gastro-Esophageal, Reflux Disease (GERD)

1999    Sub Investigator: A Randomized, Double Blind, Placebo-Controlled Study of L-759274 vs. Paroxetine Hydrochloride in Outpatients with Major Depressive Disorder

1999    Sub Investigator: A Double-Blind, Randomized Comparison of PNU-101017E, Lorazepam, and Placebo in Generalized Anxiety Disorder

1999    Principal Investigator: Oral Study Drug vs. Oral Sumatriptan in a Double-Blind, Randomized, Parallel Group Study of Cost-Effectiveness and Quality of Life in Migraine

1999    Sub Investigator: R-Fluoxetine versus Placebo in the Treatment of Major Depression Disorder

1999    Sub Investigator: A Double-Blind, Placebo and Fluoxetine Controlled, Multicenter Study Evaluating the Efficacy and Safety of SR4896C with Major Depressive Disorder

1999    Principal Investigator: A Six-Week, Open-Label Study of Safety and Efficacy of Study Drug in Patients Switching from Stimulant Therapy for Narcolepsy-Associated Excessive Daytime Sleepiness, followed by a Six-Month Open-Label Extension

1999    Principal Investigator: A Phase II, Randomized, Placebo-Controlled Study to Assess the Safety and Efficacy of Study Drug 2.5mg TID, 5mg TID, and 7.5mg TID and 10mg TID for a Period of 16 Weeks in Patients with a Diagnosis of Chronic Fatigue Syndrome

1999    Principal Investigator: A Single Dose, Placebo-Controlled, Multicenter, Dose Ranging Trial of Study Drug in Patients with Acute Migraine Headaches

1999    Principal Investigator: A Long-Term, Open-Label Safety Study of Study Drug 12.5mg Orally in Migraine Patients

1999    Sub Investigator: A Randomized, Double-Blind, Placebo-Controlled, Fixed Dosage Trial to Evaluate the Efficacy and Tolerability of 20 and 40 mg/day Paroxetine in Patients with Generalized Anxiety Disorder

1999    Sub Investigator: Fluoxetine versus Placebo in Posttraumatic Stress Disorder

1998    Sub Investigator: A Double-Blind, Five-Armed, Fixed Dose, Active-and Placebo-Controlled Dose-Finding Study with Sublingual ORG 5222 in Subjects with Acute Phase Schizophrenia

1998    Principal Investigator: Long-Term Efficacy, Safety, and Health Care Outcomes in Patients Receiving Open-Label Lazbemide Therapy

1998    Principal Investigator: A Randomized, Double-Blind, Active-And Placebo-Controlled, Parallel Group, Dose Response Study of the Safety, Pharmacokinetics and Effect on Pain and Function of Study Drug in Subjects with Osteoarthritis of the Knee

1998    Principal Investigator: A Randomized, Double-Blind, Active-And Placebo-Controlled, Parallel Group, Dose Response Study of the Anti-Inflammatory Activity, Safety and Pharmacokinetics of Study Drug in Subjects with Rheumatoid Arthritis

1998    Principal Investigator: A Multicenter, Randomized, Double Blind, and Comparative Study of Oral Study Drug versus Oral Drug for Outpatient Treatment of Acute Exacerbation of Chronic Bronchitis in Adults

1998    Principal Investigator: A Double Blind, Multicenter, Randomized, Active Two-Arm Parallel-Group Comparative Study of Efficacy and Safety of Oral Study Drug versus Oral Drug in the Treatment of Community-Acquired Pneumonia in Adults

1998    Principal Investigator: A Multicenter, Randomized, Double Blind, Three-Period Crossover Study to Evaluate Residual Sedation Following the Administration of Study Drug, Drug, and Placebo after a Nocturnal Awakening in Patients with Sleep Maintenance Insomnia

1998    Principal Investigator: Comparative Safety and Efficacy of Study Drug and Drug in the Treatment of
Patients with Acute Maxillary Sinusitis

1998    Sub Investigator: MK-0966 for the Treatment of Mild Cognitive Impairment and Prevention of Conversion to Alzheimer's Disease

1998    Sub Investigator: An Open-Label Comparison of the Neurocognitive Effects of Aripiprazole to
Olanzapine Administered Orally in Patients with Stable Psychosis

1998    Principal Investigator: A Double-Blind Randomized Trial Comparing Four Doses of an Intramuscular Formulation of Study Drug and Placebo in the Treatment of Outpatients with Migraine Headache

1998    Principal Investigator: Clinical Protocol for a Multicenter, Randomized, Double-Blind, Parallel Group, Single Oral Dose Comparison Study of Study Drug, Drug and Placebo in Patients with Moderate or Severe Acute Migraine Headache

1998    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Multicenter Study to Assess the Efficacy and Cardiovascular Safety of Study Drug in Patients with Known and at High Risk of Coronary Artery Disease Treating an Acute Attack of Migraine

1998    Principal Investigator: A Randomized, Double Blind, Multicenter, and Comparative Phase III Study of Study Drug versus Drug in the Treatment of Community-Acquired Pneumonia Requiring Hospitalization

1998    Principal Investigator: An Eight-Week, Double-Blind, Placebo-Controlled Study of 2, 20, 50, and 100 mg Study Drug B.I.D. and Drug q.d. in Patients with Major Depressive Disorder

1998    Sub Investigator: The Safety and Efficacy of Long-Term Administration of Extended Release Oral Physostigmine in Alzheimer's disease and Senile Dementia of the Alzheimer Type

1998    Principal Investigator: A Multicenter, Randomized, Double-Blind, Three Period Crossover Study to Evaluate Residual Sedation Following the Administration of 10 mg Study Drug, 10 mg Zolpidem, and Placebo after Nocturnal Awakening in Patients with Sleep Maintenance Insomnia

1998    Sub Investigator: Weekly Enteric Coated Fluoxetine Hydrochloride versus Daily Fluoxetine or Placebo in the Continuation Treatment of Major Depressive Disorder

1998    Sub Investigator: Clinical Protocol to Evaluate the Long-Term Safety of Study Drug in Treating the Signs and Symptoms of Osteoarthritis and Rheumatoid Arthritis

1998    Principal Investigator: The Efficacy, Safety and Tolerability of Study Drug versus Placebo, Administered for One Year in Patients with Probable Alzheimer's Disease

1998    Principal Investigator: A Randomized, Double Blind, Multicenter, Phase II/Ill Comparison of Two Dose Regimens of Study Drug to Drug in the Treatment of Women with Acute, Uncomplicated Urinary Tract Infection

1998    Principal Investigator: A Randomized, Placebo-Controlled, Parallel-Group Study of Study Drug with Long-Term Safety Evaluation in Patients with Essential Hypertension

1998    Sub Investigator: Clinical Protocol for a Multicenter, Double-Blind, Parallel Group Study Comparing the Incidence of Gastro-duodenal Ulcer Associated with Study Drug BID with that of Drug BID taken for 12 weeks in Patients with Osteoarthritis or Rheumatoid Arthritis

1998    Principal Investigator: A Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group Study of the Efficacy and Safety of Study Medication in Adolescent 12 to 17 with Acute Migraine

1997    Sub Investigator: Double-Blind, Placebo-Controlled Study of Drug and Drug in Inpatients with Major Depression and Melancholia

1997    Principal Investigator: Phase III Study of the Efficacy of Drug 1200 mg BID, Controlled-Release (CR), and 600 mg QID, Immediate Release (IR), and Placebo in Patients with Moderate Asthma

1997    Principal Investigator: Double-Blind, Parallel Group, Two-Arm, Active-Control Investigation of Cardiovascular Endpoints

1997    Sub Investigator: Multicenter, Open-Label, Randomized, Two-Arm, Phase II Trial of Drug (2.5 mg po q.d.) Versus the Combination of Drug (2.5 mg po q.d.) + Drug (20.0 mg po q.d.) as First-Line Therapy in Post-Menopausal Women with Advanced Breast Cancer

1997    Sub Investigator: An Active Comparator-Controlled, Parallel-Group, 1-Year, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of Drug Versus Diclofenac Sodium in Patients with Osteoarthritis of the Knee or Hip

1996    Principal Investigator: A Multicenter, Randomized, Open Label, Comparative Study of the Safety, Toleration, and Efficacy of Drug for Long Term Treatment of Subjects with Acute Migraine

1996    Principal Investigator: A Multicenter, Double-Blind, Randomized, Placebo Controlled, Parallel Group, Study of the Efficacy and Safety of Oral Drug in Subjects with Acute Migraine

1996    Principal Investigator: A Survey of Narcolepsy Patients on Ritalin Treatment

1996    Principal Investigator: A Phase III, Multicenter, Long-Term, Open-Label Safety and Tolerance Study of 10 or 20 MG of Drug Administered Once Daily for A Maximum of 360 Days in Adult Outpatients with Insomnia

1995    Principal Investigator: A Nine-Week Placebo-Controlled, Double-Blind, Randomized, Parallel-Group Study of the Safety and Efficacy of Two Fixed Doses of Oral Drug in Patients with Narcolepsy, followed by a 2 Week Discontinuation Segment, followed by a 40 Week, Open-Label, Flexible-Fixed Dose Continuation Study

1995    Principal Investigator: A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Safety, Tolerance, and Efficacy Study of 2 Doses of Study Drug in Outpatients with Insomnia

1995    Principal Investigator: A Randomized, Double-Blind, Placebo-Controlled, Factorial Design Dose- Response Study of Drug Alone or in Combination in Patients with Mild to Moderate Essential Hypertension

# EXHIBIT B

Poster
**147**

# Once-Nightly Sodium Oxybate Dose Titration and Tolerability: Interim Data From RESTORE

Asim Roy, MD[1]; Brian Abaluck, MD[2]; Thomas Stern, MD[3]; Clete A. Kushida, MD, PhD[4]; David Seiden, MD[5]; Jordan Dubow, MD[6],*; Jennifer Gudeman, PharmD[6]

[1]Ohio Sleep Medicine and Neuroscience Institute, Dublin, OH, USA; [2]Private Practice, Malvern, PA, USA; [3]Advanced Respiratory and Sleep Medicine, PLLC, Huntersville, NC, USA; [4]Stanford University School of Medicine, Stanford, CA, USA; [5]Avadel Pharmaceuticals, Chesterfield, MO, USA; *At the time of study

## Background

- Sodium oxybate (SXB) has been recommended for adults with narcolepsy by the American Academy of Sleep Medicine (AASM) since 2007 and is one of 4 treatments with a "strong" recommendation for adults with narcolepsy in the 2021 AASM clinical practice guidelines[1,2]
- Current formulations of oxybate, both twice-nightly SXB and calcium/magnesium/potassium/sodium (mixed-salt) oxybates, are immediate release and require patients to awaken for a second dose 2.5–4 hours after the first dose[3,4]
- FT218 is an extended-release, once-nightly SXB (ON-SXB) formulation that is under US Food and Drug Administration (FDA) review for the treatment of adults with narcolepsy[5]
- The efficacy and safety of ON-SXB at doses of 6, 7.5, and 9 g in patients with narcolepsy type 1 (NT1) or type 2 (NT2) were assessed in the phase 3 REST-ON clinical trial (NCT02720744)[5]
  - The study met its 3 coprimary endpoints and demonstrated improvement in mean sleep latency on the Maintenance of Wakefulness test, percentage of participants much/very much improved on the Clinical Global Impression of Improvement rating, and reduction in number of weekly cataplexy attacks compared to placebo (all doses, $P < 0.001$ vs placebo)
  - Safety and adverse drug reactions were consistent with the known safety profile of immediate-release SXB
- RESTORE is an ongoing, open-label extension/switch study (NCT04451668) evaluating the long-term safety and tolerability of ON-SXB

## Objective

- This analysis of data from the ongoing RESTORE study assessed ON-SXB dose titration, tolerability, and study continuation

## Methods

### Study Design

- RESTORE is an ongoing, open-label extension/switch study
- Participants are enrolled in 1 of 3 groups:
  - Group A: participants who completed the REST-ON trial but with no current oxybate use
    - No participants rolled directly from REST-ON into RESTORE (RESTORE was initiated March 2020, as the COVID pandemic began)
  - Group B: participants who switched from twice-nightly immediate-release oxybates (SXB, mixed-salt oxybates)
  - Group C: participants who are oxybate-naive
- RESTORE includes an initial dosing titration period of up to 2 months and a stable dosing period of up to 24 months or until transition to commercially available product

## Results

### Baseline Demographics

- RESTORE began in March 2020; first participant enrolled in July 2020
- A total of 163 participants have been enrolled
  - Most participants were white (83.4%) and female (67.5%)
  - Mean age is approximately 36 years

**Table 1. Baseline Demographic Characteristics and Study Group Assignment of Participants Enrolled in RESTORE**

| Characteristic | N=163 |
|---|---|
| Mean (range) age, years | 36.0 (16–84) |
| Sex, n (%) | |
| Female | 109 (67.5) |
| Male | 54 (32.5) |
| Race, n (%) | |
| White | 136 (83.4) |
| Black/African American | 13 (7.7) |
| Other* | 14 (8.9) |
| Participant group, n (%) | |
| REST-ON participant | 17 (10.1) |
| Switch participant | 117 (72.2) |
| Oxybate-naive participant | 29 (17.8) |

ON-SXB, once-nightly sodium oxybate (FT218). *Biracial or multiracial, n=4; Asian, n=7; Latino, n=1; not reported, n=2.

### Key Inclusion Criteria

- Individuals aged ≥16 years
- Confirmed diagnoses of NT1 or NT2
- Completion of the REST-ON trial (Group A only) or receiving a stable dose of immediate-release oxybate for at least 4 weeks (Group B only)
- In May 2021, the protocol was expanded to allow enrollment of oxybate-naive participants (Group C only)

### Dosing

- Initial ON-SXB dose for participants with no current oxybate use or who are oxybate-naive is 4.5 g/night
- Initial ON-SXB dose for participants switching from stable immediate-release oxybate treatment is the nearest equivalent or closest single dose to their previous total nightly dose
- Study physicians may change the nightly dose by 1.5-g increments weekly, up to 9 g per night, based on effectiveness and tolerability

### Data Analysis

- Analyses were performed from enrollment and safety data collected as of May 12, 2022 and dosing data as of May 3, 2022
- A dose was considered stable if there were no adjustments after the initial titration, which was defined as 2 consecutive study visits at the same dose
- Adverse events (AEs) and reasons for withdrawal or discontinuation were collected for each participant
- Descriptive statistics were used to analyze dose titration, AEs, and discontinuations

### ON-SXB Dose in Participants Not Currently Taking Oxybate

- Participants with no current oxybate use or who were oxybate-naive predominantly (19/22 [86.4%]) increased from the 4.5-g initial dose to 6, 7.5, or 9 g; >50% were on a stable 7.5-g dose (**Figure 1**)
- Most participants (17/22 [77.3%]) had 2–4 dosage adjustments during initial titration, with a median (range) number of adjustments of 2 (0–5)
- Despite some site or investigator-dependent variance in titration frequency, participants generally reached a stable dose after 4 weeks

**Figure 1. ON-SXB Dose Titration of Participants* With No Current Oxybate Use or Oxybate-Naive**



Percentage of Participants
- ON-SXB Dose Remained at 4.5 g — 14%
- ON-SXB Dose Increased to 6 g — 18%
- ON-SXB Dose Increased to 7.5 g — 54%
- ON-SXB Dose Increased to 9 g — 14%

ON-SXB, once-nightly sodium oxybate (FT218). *Participants (n=22) who completed initial titration and reached a stable dose as of cutoff date May 3, 2022.

### ON-SXB Dose in Participants Who Switched From Immediate-Release Oxybates

- For participants switching from immediate-release oxybates, the most common initial ON-SXB doses were 7.5 g (41/109 [37.6%]) and 9 g (39/109 [35.8%]; **Figure 2**)

**Figure 2. ON-SXB Initial Dose of Participants* Who Switched From Immediate-Release Oxybates**



Percentage of Participants
- ON-SXB 4.5 g — 7%
- ON-SXB 6 g — 19%
- ON-SXB 7.5 g — 38%
- ON-SXB 9 g — 36%

ON-SXB, once-nightly sodium oxybate (FT218). *n=109.

- Participants who reached a stable ON-SXB dose either maintained their initial dose (51/82 [62.2%]), increased from their initial dose (26/82 [31.7%]), or decreased from their initial dose (5/82 [6.1%]; **Figure 3**)

**Figure 3. ON-SXB Stable Dose of Participants* Who Switched From Immediate-Release Oxybates**



Percentage of Participants
- Maintained Initial Dose — 62%
- Dose Increased — 32%
- Dose Decreased — 6%

ON-SXB, once-nightly sodium oxybate (FT218). *Participants (n=82) who reached a stable dose as of cutoff date May 3, 2022.

- More than half of switch participants on stable ON-SXB doses (43/82 [52.4%]) had no dose adjustments
- One-fourth (21/82) had adjustments within 1 titration step (±1.5 g per night each week). The median (range) number of adjustments was 0 (0–4)
- Of those switching to ON-SXB and starting at the 9-g dose, 69.2% (27/39) maintained this dose

### Study Discontinuations

- 27.6% (45/163) of participants have discontinued from the study
  - Withdrawal of consent (24/163 [4.7%])
  - Adverse events (8/163 [4.9%])
    - Shakiness; epigastric pain; jitteriness, shakiness; weight loss, cold sensation in hands; respiratory distress; anxiety; hypertension; and nausea
- Other reasons for discontinuation included lost to follow-up, pregnancy, lack of efficacy, unable to adhere to study visits or drug, medical condition may compromise safety, investigator concerns of potential dependency

### Safety

- 42.9% (70/163) of participants have experienced an adverse drug reaction (ADR; AEs judged by the investigator to be related/possibly related to ON-SXB)
- Most ADRs were mild (71.7%) or moderate (26.8%) in severity
- 3 severe ADRs were reported (migraine, myoclonus, limb movement)
- Most common ADRs (>5% of participants) were nausea (12.9%), headache (6.1%), and somnolence (5.5%)

## Conclusions

- This review of data from the ongoing RESTORE study indicates that most study participants, whether switching from immediate-release oxybates or not currently taking oxybates, successfully had their ON-SXB dose titrated to a therapeutic and tolerable dose
- Overall, most participants (62%) switching from immediate-release oxybates had a stable dose equal to their starting dose
- Participants not currently taking oxybates or oxybate-naive reached a stable dose with 2–4 dose titrations within 4 weeks
- If FDA approved, ON-SXB will offer a once-at-bedtime treatment with 4 dose strengths in premeasured unit-of-use packets for adults with narcolepsy

**Disclosures** AR has received grant/research support for Jazz Pharmaceuticals, Suven Life Sciences, Inspire, Nyxoah, LivaNova, and Avadel Pharmaceuticals; is a consultant for Jazz Pharmaceuticals, Suven Life Sciences, Inspire, and Avadel Pharmaceuticals; and has served on speakers bureaus for Jazz Pharmaceuticals and Eisai. **BA** has received grant/research support for Avadel Pharmaceuticals, Vanda Pharmaceuticals, and Apnimed and has served on advisory boards for Avadel Pharmaceuticals and Pear Therapeutics. **TS** is a consultant for Avadel Pharmaceuticals. **CAK** is a consultant for Avadel Pharmaceuticals, XWPharma Ltd., and Idorsia Pharmaceuticals. **DS** is an employee of Avadel Pharmaceuticals. **JD** is a consultant to, stockholder in, and former employee of Avadel Pharmaceuticals. **JG** is an employee of Avadel Pharmaceuticals.

**References** 1. Morganthaler TI, et al. *Sleep*. 2007; 30(12):1705-1711. 2. Maski K, et al. *J Clin Sleep Med*. 2021; 17(9):1881-1893. 3. Jazz Pharmaceuticals. XYREM (sodium oxybate oral solution, CIII). Full Prescribing Information. Jazz Pharmaceuticals; 2020. 4. Jazz Pharmaceuticals. XYWAV (calcium, magnesium, potassium, and sodium oxybates). Full Prescribing Information. Jazz Pharmaceuticals; 2021. 5. Kushida CA, et al. *Sleep*. 2021;doi:10.1093/sleep/zsab200.zsab200.

**Acknowledgments** Medical writing support was provided by Lauriaselle Afanador, PhD, of The Curry Rockefeller Group, LLC (Tarrytown, NY) and was funded by Avadel Pharmaceuticals (Chesterfield, MO).

**Funding** This study was funded by Avadel Pharmaceuticals (Chesterfield, MO).



**Poster 139**

# Patient Preference and Nocturnal Experience With Sodium Oxybate Treatment for Narcolepsy: Interim Data From RESTORE

Asim Roy, MD[1]; John Harsh, PhD[2]; Akinyemi O. Ajayi, MD[3]; Thomas Stern, MD[4]; David Seiden, MD[5]; Jordan Dubow, MD[5],*

[1]Ohio Sleep Medicine and Neuroscience Institute, Dublin, OH, USA; [2]Colorado Sleep Institute, Boulder, CO, USA; [3]Florida Pediatric Research Institute, Winter Park, FL, USA; [4]Advanced Respiratory and Sleep Medicine, Huntersville, NC, USA; [5]Avadel Pharmaceuticals, Chesterfield, MO, USA  *At the time of the study

## Background

- Sodium oxybate (SXB) received a strong recommendation from the American Academy of Sleep Medicine for the treatment of excessive daytime sleepiness (EDS) and cataplexy for adults with narcolepsy[1]
  - Immediate-release oxybate formulations, including twice-nightly SXB and calcium/magnesium/potassium/sodium (mixed-salt) oxybates, require patients to awaken for a second dose 2.5–4 h after the first bedtime dose[2,3]
- Once-nightly SXB (ON-SXB; FT218), an investigational extended-release formulation of SXB under FDA review for the treatment of adults with narcolepsy,[4] would eliminate the need for middle-of-the-night dosing
- The efficacy and safety of ON-SXB at doses of 6, 7.5, and 9 g in patients with narcolepsy type 1 (NT1) or type 2 (NT2) were assessed in the phase 3 REST-ON clinical trial (NCT02720744)[4]
  - The study met its 3 coprimary endpoints and demonstrated improvement in mean sleep latency on the Maintenance of Wakefulness test, Clinical Global Impression of Improvement rating of much/very much improved, and reduction in number of weekly cataplexy attacks compared to placebo (all ON-SXB doses, $P<0.001$ vs placebo)
  - Safety and adverse drug reactions were consistent with the known safety profile of immediate-release SXB
- RESTORE is an ongoing open-label study (NCT04451668) designed to assess the long-term safety and tolerability of ON-SXB

## Objective

- To assess preference for once-nightly sodium oxybate (ON-SXB; FT218) versus twice-nightly, immediate-release oxybate and experiences with the second nightly immediate-release oxybate dose in RESTORE participants who switched from immediate-release oxybate to ON-SXB

## Methods

### Study Design
- RESTORE is an ongoing, open-label extension/switch study
- RESTORE provides investigator discretion to change the nightly dose by 1.5 g per week, based upon effectiveness and tolerability

### Key Inclusion Criteria
- Age ≥16 years
- Confirmed diagnosis of NT1 or NT2
- Completion of the REST-ON trial *or*
- Receiving a stable dose of immediate-release oxybate (Xyrem® [immediate-release sodium oxybate; Jazz Pharmaceuticals] or Xywav® [calcium/magnesium/potassium/sodium oxybates; Jazz Pharmaceuticals]) for at least 4 weeks
- In May 2021, the protocol was expanded to allow enrollment of oxybate-naive participants

### Dosing
- Initial ON-SXB doses for participants switching from stable immediate-release oxybate therapy are the equivalent/closest dose to their previous total nightly dose
- Initial dose for other participants is 4.5 g/night

### Data Analysis
- Switch participants completed patient preference questionnaires 3 months after switching from an immediate-release oxybate formulation
- Switch participants completed nocturnal adverse event (AE) questionnaires at baseline about their experiences in the 3 previous months with the second oxybate dose
- Analyses were performed using data from the safety population, defined as all enrolled participants who received ≥1 dose of ON-SXB
- All data were analyzed descriptively

## Results

### Participant Preference Questionnaire
- As of May 16, 2022, 67 switch participants who were enrolled in RESTORE had completed participant preference questionnaires
  - In total, 62 (92.5%) participants preferred the once-nightly dosing regimen to twice-nightly

### Nocturnal Adverse Events Questionnaire
- As of May 4, 2022, 112 switch participants had completed nocturnal AE questionnaires at baseline about their prior experience with a middle-of-the-night dose
- 72 (64.3%) reported having unintentionally missed their second twice-nightly dose within the past 3 months (**Figure 1**)
  - 81.9% of those (59/72) felt worse the next day

**Figure 1. Effects of Accidentally Missing a Second Dose of Immediate-Release Oxybate**



In the past 3 months, have you accidentally missed your 2nd dose?
- 64% Missed 2nd dose
- 36% Have not missed 2nd dose

If you missed a dose, how did you feel the next day?
- 82% Worse
- 17% Same
- 1% Better

- 44 participants (39.3%) had taken their second immediate-release oxybate dose >4 h after the first dose (**Figure 2**) and 47.7% of those (21/44) felt somewhat, quite a bit, or extremely groggy or unsteady the next morning

**Figure 2. Effects of Taking 2nd Dose >4 h After 1st Dose of Immediate-release Oxybate**



In the past 3 months, have you taken your 2nd dose >4 h after the first dose?
- 61% Did not take 2nd dose >4 h after 1st dose
- 39% Took 2nd dose >4 h after 1st dose

If you took 2nd dose >4 h after the 1st dose, how did you feel the next day?
- 41% Not groggy
- 23% A little groggy
- 18% Somewhat groggy
- 7% Quite a bit groggy
- 11% Extremely groggy

- In the 3 months before study enrollment, 103 participants (92.0%) have gotten out of bed after waking to take their second oxybate dose and 7 (6.8%) of those participants reported having fallen with 4 reporting injuries
- Nausea (20.5% [23/112]) and side effects (eg, enuresis, nocturnal eating, somnambulism; 28.6% [32/112]) were reported with the second oxybate dose

- For 71.4% (80/112), taking a second nighttime dose was somewhat, quite a bit, or extremely inconvenient (**Figure 3**)

**Figure 3. Inconvenience of Taking a 2nd Dose of Immediate-Release Oxybate**



In the past 3 months, how inconvient has it been to take the 2nd dose at night?
- 11% Not inconvenient at all
- 18% A little inconvenient
- 21% Somewhat inconvenient
- 29% Quite a bit inconvenient
- 22% Extremely inconvenient

- Anxiety (27.7%) and the need for someone else to wake them to take the second dose (22.3%) were also reported

## Conclusions

- These interim data show that patients switching from twice-nightly oxybate have stated a preference for the ON-SXB dosing regimen
- Among these participants who switched from twice-nightly oxybate, there was a high proportion who had difficulty with either taking the second oxybate dose at all or taking it at the right time, which led to impaired functioning the next day
- If approved, ON-SXB may ease treatment burdens associated with the second nightly oxybate dose

**Acknowledgments** People who participate in clinical trials play a key role in advancing science and medicine, and the authors would like to acknowledge those individuals who participated in RESTORE. Medical writing was provided by Jennifer Fetting, PhD, of The Curry Rockefeller Group, LLC (Tarrytown, NY, USA), and was funded by Avadel Pharmaceuticals (Chesterfield, MO, USA).

**Funding** This study was funded by Avadel Pharmaceuticals (Chesterfield, MO, USA).

**Disclosures AR** has received grant/research support for Jazz Pharmaceuticals, Suven, Inspire, Nyxoah, LivaNova, and Avadel Pharmaceuticals; is a consultant for Jazz Pharmaceuticals, Suven, Inspire, and Avadel Pharmaceuticals; and has served on speakers bureaus for Jazz Pharmaceuticals and Eisai. **JH** has nothing to disclose. **AOA** is a consultant for Avadel Pharmaceuticals. **TS** is a consultant for Avadel Pharmaceuticals. **DS** is an employee of Avadel Pharmaceuticals. **JD** is a consultant to, stockholder in, and former employee of Avadel Pharmaceuticals.

**References 1.** Maski K, et al. *J Clin Sleep Med.* 2021;17(9):1881-1893. **2.** Jazz Pharmaceuticals. XYWAV (calcium, magnesium, potassium, and sodium oxybates). Full Prescribing Information. Jazz Pharmaceuticals; 2021. **3.** Jazz Pharmaceuticals. XYREM (sodium oxybate oral solution, CIII). Full Prescribing Information. Jazz Pharmaceuticals; 2020. **4.** Kushida CA, et al. *Sleep.* 2021;doi:10.1093/sleep/zsab200:zsab200.



# EXHIBIT C

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on November 29, 2022 on the following counsel in the manner indicated below.

### <u>VIA EMAIL:</u>

Jack B. Blumenfeld
Jeremy Tigan
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com

*Attorneys for Plaintiffs*

Dated:  November 29, 2022                    /s/ *Daniel M. Silver*
                                             Daniel M. Silver (#4758)

ME1 43486596v.1