# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

December 12, 2022

The Honorable Gregory B. Williams *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Room 6124, Unit 26
Wilmington, DE 19801

      Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC*
              C.A. No. 21-691 (GBW)

Dear Judge Williams:

      On behalf of the parties, I write to advise the Court that the sealed Memorandum Order issued on December 5, 2022 (D.I. 255) does not contain confidential information and may be unsealed at the Court's convenience.

      Respectfully,

      */s/ Jeremy A. Tigan*

      Jeremy A. Tigan (#5239)

JAT/lo
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)