

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

December 19, 2022

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re: *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*,
C.A. Nos. 21-691-GBW, 21-1138-GBW, 21-1594-GBW

Dear Judge Williams:

The parties in the above-referenced matters write to request the scheduling of a discovery teleconference.

Counsel for the parties conferred by email over the course of several weeks, and verbally in accordance with Local Rule 7.1.1. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on at least November 3, 2022:

Avadel's Delaware Counsel: Alexandra Joyce, McCarter & English, LLP

Avadel's Lead Counsel: Herman Yue, Latham & Watkins, LLP and Kira Davis, Durie Tangri, LLP

Jazz's Delaware Counsel: Jeremy Tigan, Morris, Nichols, Arsht & Tunnell, LLP

Jazz's Lead Counsel: Frank Calvosa, Gabriel Brier, Quinn Emanuel Urquhart & Sullivan, LLP

The dispute requiring judicial attention is:

- Defendant's motion to compel an additional 30(b)(6) deposition of Clark Allphin and/or another qualified witness on the topics for which Jazz designated Mr. Allphin.

Counsel are available at the Court's convenience.

December 19, 2022<br>Page 2

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc: All counsel of record (via CM/ECF and E-Mail)