IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 21-691 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) ) | |
| Defendant. | ) ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 21-1138 (GBW) |
| v. | ) ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1594 (GBW) |
| AVADEL CNS PHARMACEUTICALS LLC, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION AND [PROPOSED] ORDER TO MODIFY SCHEDULING ORDER**

WHEREAS the Court issued a Memorandum Order on December 8, 2022 (D.I. 260 in C.A. No. 21-691) requiring the parties to meet and confer and submit a stipulated amended scheduling order that sets forth a plan to permit Jazz to conduct supplemental discovery to address Avadel's

non-enablement theory against the '079 and '782 patents based on the alleged inoperability of resinate forms of GHB; and

WHEREAS the parties have reached agreement on the scope of that supplemental discovery;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Scheduling Order in this action is amended as follows:

- Jazz may serve one additional request for production and up to five additional requests for admission to address Avadel's non-enablement theory against the '079 and '782 patents based on the alleged inoperability of resinate forms of GHB by December 15, 2022; and

- Avadel shall respond to Jazz's discovery requests by January 6, 2023.

All other case deadlines shall remain unchanged.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
|---|---|
| /s/ Jeremy A. Tigan | /s/ Alexandra M. Joyce |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

December 14, 2022

SO ORDERED this 19th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE