MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@morrisnichols.com

December 22, 2022

The Honorable Gregory B. Williams           *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Room 6124, Unit 26
Wilmington, DE 19801

    Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC*
             C.A. Nos. 21-691, 21-1138 & 21-1594 (GBW)

Dear Judge Williams:

    The parties in the above-referenced matters write to request the scheduling of a discovery teleconference.

    Counsel for the parties conferred by email over the course of several weeks, and verbally in accordance with Local Rule 7.1.1. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on at least December 21, 2022:

    <u>Avadel's Delaware Counsel</u>: Alexandra Joyce, McCarter & English, LLP

    <u>Avadel's Lead Counsel</u>: Herman Yue, Audra Sawyer, Latham & Watkins, LLP and Kira Davis, Durie Tangri, LLP

    <u>Jazz's Delaware Counsel</u>: Jeremy Tigan, Morris, Nichols, Arsht & Tunnell, LLP

    <u>Jazz's Lead Counsel</u>: Nick Cerrito, Frank Calvosa, Gabriel Brier, Nicholas LoCastro Quinn Emanuel Urquhart & Sullivan, LLP

The dispute requiring judicial attention is:

- Whether expert discovery regarding U.S. Patent No. 8,731,963 should be stayed pending Jazz's appeal of the Court's Order granting Avadel's renewed motion

Honorable Gregory B. Williams
December 22, 2022
Page 2

        under Federal Rule of Civil Procedure 12(c) for a partial judgment on the pleadings as to Avadel's delisting counterclaim.

Counsel are available at the Court's convenience and, given the January 17 deadline for opening expert reports, respectfully request that this issue be heard at the same discovery teleconference currently scheduled for January 4, 2023 (*see* D.I. 271).

                Respectfully,

                */s/ Jeremy A. Tigan*

                Jeremy A. Tigan (#5239)

JAT/lo
cc:    Clerk of the Court (via hand delivery)
       All Counsel of Record (via CM/ECF and e-mail)