

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

February 13, 2023

<u>**VIA CM/ECF AND HAND DELIVERY**</u>

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:  *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*,
**C.A. Nos. 21-691-GBW, 21-1138-GBW, 21-1594-GBW**

Dear Judge Williams:

The parties in the above-referenced matters write to request the scheduling of a discovery teleconference.

Counsel for the parties conferred verbally in accordance with Local Rule 7.1.1. The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in a verbal meet-and-confer (by telephone) on February 13, 2023:

<u>Avadel's Delaware Counsel</u>: Daniel M. Silver, McCarter & English, LLP

<u>Avadel's Lead Counsel</u>: Herman Yue and Audra Sawyer, Latham & Watkins, LLP; and Kira Davis and Rebecca Weires, Morrison & Foerster LLP

<u>Jazz's Delaware Counsel</u>: Jeremy Tigan, Morris, Nichols, Arsht & Tunnell, LLP

<u>Jazz's Lead Counsel:</u> Nick Cerrito, Gabriel Brier, and Frank Calvosa, Quinn Emanuel Urquhart & Sullivan, LLP

The dispute requiring judicial attention is Avadel's request to amend its non-infringement contentions.

Counsel are available at the Court's convenience.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc:  All counsel of record (via CM/ECF and E-Mail)

ME1 44178003v.1