# United States Court of Appeals for the Federal Circuit

---

**JAZZ PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

v.

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellee*

---

2023-1186

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00691-GBW, Judge Gregory Brian Williams.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered February 24, 2023, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 3, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court