# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br>Plaintiff, <br><br>v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>Defendant. | **REDACTED PUBLIC VERSION FILED JANUARY 10, 2024** <br><br>C.A. No. 21-691-GBW <br><br> |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br>Plaintiffs, <br><br>v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>Defendant. | C.A. No. 21-1138-GBW <br><br> |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br>Plaintiffs, <br><br>v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>Defendant. | C.A. No. 21-1594-GBW <br><br> |

**AVADEL'S CONCISE STATEMENT OF FACTS IN SUPPORT OF ITS OPPOSITION TO JAZZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1 <u>OF INFRINGEMENT OF THE SUSTAINED RELEASE PATENTS</u>**

**SEPARATE CONCISE STATEMENT OF FACTS**

A-1.     Half of the sodium oxybate dose of LUMRYZ is in the form of immediate release (IR) microparticles that fully dissolve in water. *See* Ex. 30 ¶¶ 29-32. The other half of the sodium oxybate dose is in the form of controlled release (CR) microparticles, which comprise a pH-sensitive coating designed to achieve a delayed release by preventing release of the drug in the acidic conditions of the stomach but allowing for its immediate release at or above pH 6.5, which exists in the small intestine. *See id.* ¶¶ 33-34. The CR microparticles are schematically depicted as including an "inert core":



*Id.* ¶¶ 34, 109 (excerpting AVDL_00045655 at -664 and AVDL_00051116 at -120).

A-2.     LUMRYZ is an embodiment of the formulation described in Example 1 of U.S. Patent No. 10,272,062 (the "'062 patent") Ex. 31.

A-3.     Example 1 of the '062 patent is described in Tables 1a-1d and FIG. 1. *See* Ex. 32 at 47:58-67. FIG. 1 depicts the "physical structure of the microparticles" and shows the same microcrystalline cellulose ("MCC") sphere as the "core" of both the IR microparticles and CR (or "modified release") microparticles:



Figure 1

*Id.* at Fig. 1. Table 1a states that the MCC spheres function as a "Core" of the IR microparticles; Table 1b states that the IR microparticles function as a "Core" of the MR microparticles; Table 1c provides the grams per dose of the components in the finished dose; and Table 1d states:

TABLE 1d
Quantitative finished composition

| Component | Function | Quantity per 4.5 g dose (g) |
|---|---|---|
| Sodium oxybate | Drug substance | 4.5 |
| Microcrystalline cellulose spheres | Core | 0.836 |
| Povidone K30 | Binder | 0.237 |
| Hydrogenated Vegetable Oil | Coating excipient | 0.716 |
| Methacrylic acid Copolymer Type C | Coating excipient | 0.159 |
| Methacrylic acid Copolymer Type B | Coating excipient | 0.318 |
| Malic acid | Acidifying agent | 0.113 |
| Xanthan gum | Suspending agent | 0.050 |
| Hydroxyethylcellulose | Suspending agent | 0.075 |
| Carrageenan gum | Suspending agent | 0.075 |
| Magnesium stearate | Lubricant | 0.036 |
| Total | | 7.116 |

*Id.* at 48:36-67; 49:1-15; 49:16-34 (annotated). The '062 specification consistently states that the IR microparticles are comprised of a "core and a layer deposited on the core that contains the gamma-hydroxybutyrate" and states that the CR (or "modified release") microparticles comprise "an inert core." *See id.* at 38:7-16, 38:56-59; 40:48-58. The '062 specification states: "[t]he layer deposited onto the core comprises the immediate release gamma-hydroxybutyrate." *Id.* at 39:25-26.

A-4. The '062 patent states that the IR microparticles of Example 1 were formed by solubilizing a solution of sodium oxybate and polyvinylpyrrolidone in ethyl alcohol and water and spraying that solution onto "[MCC] spheres (Cellets™ 127) in a fluid bed spray coater apparatus." *Id.* at 48:1-9. The '062 patent states that the MR microparticles of Example 1 were

2

formed by "coating [IR] particles of [GHB] with a coating … that inhibits the immediate release of the [GHB]." *Id.* at 40:47-54.

A-5. Avadel denied Jazz's contention that the "core" limitation of the Sustained Release patents is met based on the IR pellet and CR pellets described in the '062 patent. *See* Ex. 33 at 14. Avadel responded that the "[IR] pellets [described in the '062 patent] are not themselves the recited 'core.'" *Id.* "With respect to the core, the immediate release pellets themselves comprise 'neutral cores' with a 'drug layer' sprayed over the top of them. Thus, . . . [LUMRYZ's] controlled release pellets are not made up of a core of drug substance with a functional coating around them, but rather comprise a neutral core with two layers of coating, one containing the API and the other containing additional excipients. The core does not change between the IR and CR pellets merely because another coating is applied over the top of the IR pellets." *Id.*

A-6. Dr. Klibanov explained in his expert report why he disagreed with Jazz's expert Dr. Little's opinions regarding the core of the CR particles of LUMRYZ, including, *inter alia*, asserting that Avadel's representation to the FDA that the CR particles comprise an "inert core" is not merely a "semantic distinction," because "Tablets and capsules are generally not made [by spraying an inert core with a drug product] and, therefore, have no need for neutral core. Instead, the innermost layer of tablets and capsules comprises the drug product." Ex. 30 ¶ 111.

A-7. Dr. Klibanov testified at his deposition that "[Table 1b] has to be taken in the context of the entire patent, and at least of Example 1 where in Table 1A that we discussed previously, it specifically said that the core was microcrystalline cellulose spheres." Ex. 34 at 226:1-25.

A-8. Jazz has not been able to develop a commercial once-nightly oxybate formulation for narcolepsy. *See* Ex. 31 at 17; *see also* Ex. 35 at 25. The specification of U.S. Patent No. 10,758,488 ("'488 patent") describes "a coated tablet composition having a controlled release core coated by a functional overcoat." Ex. 1 at 9:31-34. The specification states: "[w]here the controlled release formulations described herein are formulated as a coated tablet having a controlled release core (CR core), the CR core includes at least one drug substance." *Id.* at 9:46-50.

A-9. The '062 patent explains that twice-nightly sodium oxybate formulations presents a "substantial inconvenience to narcolepsy patients" and lists the failed efforts by others to develop a once-nightly modified release formulation, which is invention discovered and described in the '062 patent. Ex. 32 at 1:44-45; 2:21-4:42; 4:60-5:2.

A-10. In RFA No. 48, Jazz asked Avadel to admit that "[LUMRYZ] is an embodiment of the formulation described in Example 1 of [the '062 patent] (the composition of which is provided in Table 1d of said patent);" Avadel responded with a number of objections, including that Jazz was mischaracterizing the '062 patent, and, subject to its objections, admitted that LUMRYZ is an embodiment of the formulation described in Example 1 of the '062 patent. Ex. 31 at 30.

A-11. In RFA No. 49, Jazz asked Avadel to admit that "the modified release portion of Example 1 of [the '062 patent] (the composition of which is provided in Table 1b of said patent) corresponds to the controlled release portion of [LUMRYZ];" Avadel responded with a number of objections, including that Jazz was mischaracterizing the '062 patent, and, subject to its objections, admitted that the modified release portion of Example 1 corresponds to the CR portion of LUMRYZ. *Id.* at 31.

| | |
|---|---|
| Dated: December 15, 2023 | MCCARTER &ENGLISH, LLP |
| | |
| | */s/ Daniel M. Silver* |
| *Of Counsel*: | Daniel M. Silver (#4758) |
| Kenneth G. Schuler | Alexandra M. Joyce (#6423) |
| Marc N. Zubick | Renaissance Centre |
| Alex Grabowski | 405 N. King Street, 8th Floor |
| Sarah W. Wang | Wilmington, Delaware 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 330 North Wabash Avenue, Suite 2800 | dsilver@mccarter.com |
| Chicago, IL 60611 | ajoyce@mccarter.com |
| (312) 876-7700 | |
| kenneth.schuler@lw.com | *Counsel for Defendant* |
| marc.zubick@lw.com | |
| alex.grabowski@lw.com | |
| sarah.wang@lw.com | |

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com

Audra M. Sawyer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
Audra.sawyer@lw.com

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com

Kira A. Davis
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
kmcnutt@mofo.com

5