**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | **REDACTED PUBLIC VERSION** |
| Plaintiff, | **FILED JANUARY 10, 2024** |
| v. | C.A. No. 21-691-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC, |  |
| Defendant. | |
| JAZZ PHARMACEUTICALS, INC., et al., | |
| Plaintiffs, | |
| v. | C.A. No. 21-1138-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC, |  |
| Defendant. | |
| JAZZ PHARMACEUTICALS, INC., et al., | |
| Plaintiffs, | |
| v. | C.A. No. 21-1594-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC, |  |
| Defendant. | |

**DEFENDANT AVADEL CNS PHARMACEUTICALS, LLC'S
CONCISE COUNTER-STATEMENT OF FACTS IN
OPPOSITION TO JAZZ'S MOTION FOR SUMMARY JUDGMENT NO. 4**

D-1.    Dr. Charman's anticipation opinion is provided in the context of Jazz's contention that the

'079 patent sufficiently describes and enables the full scope of the claimed inventions, despite the

'079 patent's limited disclosures on certain claim elements, which he explained:

> As I previously explained, the disclosures in the '079 patent fail to provide sufficient written description support for a number of limitations of the Asserted Claims.  The prior art references, however, provide disclosures that are essentially identical (or even more fulsome) than the disclosures of the '079 patent.… In my opinion, if the Court construes the term "oxybate" such that the claims encompass methods of treating with oxybate salts and the '079 patent disclosures are deemed to meet the written description and enablement requirements, then Liang 2006 and Lebon 2013 (with their corresponding disclosures) would each anticipate the '079 patent claims, as discussed below.

Ex. 38, Charman Second Supp. Op. Rpt. at ¶¶ 997, 1004-25.

D-2.    Dr. Charman explained in his reports and confirmed in his testimony that he "rel[ied] on

Liang for an anticipation opinion for the '079 patent."  Ex. 54, Charman Tr. at 380:19-21; *see also*

*id.* at 379:24-380:1; Ex. 38, Charman Second Supp. Op. Rpt. at ¶ 997; ¶¶ 1004-1025.

Dated:  December 15, 2023          MCCARTER &ENGLISH, LLP

                                   */s/ Daniel M. Silver*
*Of Counsel*:                      Daniel M. Silver (#4758)
Kenneth G. Schuler                 Alexandra M. Joyce (#6423)
Marc N. Zubick                     Renaissance Centre
Alex Grabowski                     405 N. King Street, 8th Floor
Sarah W. Wang                      Wilmington, Delaware 19801
LATHAM & WATKINS LLP               (302) 984-6300
330 North Wabash Avenue, Suite 2800  dsilver@mccarter.com
Chicago, IL 60611                  ajoyce@mccarter.com
(312) 876-7700
kenneth.schuler@lw.com             *Counsel for Defendant*
marc.zubick@lw.com
alex.grabowski@lw.com
sarah.wang@lw.com

1

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com

Audra M. Sawyer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
Audra.sawyer@lw.com

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com

Kira A. Davis
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
kmcnutt@mofo.com