# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br>              Plaintiff, <br><br>   v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>             Defendant. | **REDACTED PUBLIC VERSION FILED JANUARY 10, 2024** <br><br> C.A. No. 21-691-GBW <br><br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br> ▮▮▮▮▮▮▮▮▮ |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br>              Plaintiffs, <br><br>   v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>             Defendant. | C.A. No. 21-1138-GBW <br><br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br> ▮▮▮▮▮▮▮▮▮ |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br>              Plaintiffs, <br><br>   v. <br><br>AVADEL CNS PHARMACEUTICALS, LLC, <br><br>             Defendant. | C.A. No. 21-1594-GBW <br><br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br> ▮▮▮▮▮▮▮▮▮ |

**AVADEL'S RESPONSE TO JAZZ'S COUNTERSTATEMENT OF FACTS IN OPPOSITION TO AVADEL'S MOTION FOR SUMMARY JUDGMENT NO. 2 (D.I. 422)**

## I. RESPONSE TO PLAINTIFFS' COUNTERSTATEMENT OF FACTS (D.I. 422)

1. Disputed that the Specification demonstrates that the claimed inventions are focused on administrability of controlled/modified release oxybate dosage form. Undisputed with respect to the content of Dr. Little's opinions.

2. Undisputed that Dr. Charman disagrees that the claims are directed to administrability. Disputed to the extend Jazz is implying the dispute is material to the present motion.

3. Undisputed.

4. Disputed. The specification does not contain support for any final formulation of oxybate, much less a formulation in a sachet or with a viscosity enhancing agent and acid separate from the oxybate-containing particles.

5. Disputed. Jazz does not explain how any of the structural requirements in the claims limit the materials that can be used to in the claimed formulations.

6. Disputed. The specification of the SR Patents and the '079/'782 Patents does not limit the materials that can be used in a coating of an oxybate formulation.

7. Undisputed that in response to the question "So do you agree that there are a near infinite number of formulations that could fit within claim 1 of the '079 patent?" Dr. Little testified that "In every patent claim I've even seen, there's an infinite number of possible concentrations, infinite number of possible variations in every patent claim I've ever seen."

8. Undisputed that Dr. Little characterized the way he looks at the specification as a "fundamental difference" between him and Dr. Charman. Disputed that Dr. Little has articulated how he would look at the potential formulation options available to a POSA.

9. Undisputed that Dr. Little testified that "A formulator looks at this and is no way intimidated by these numbers, because they realize that each of these is a category of being able

2

to tune."

10. Undisputed.

11. Undisputed that Dr. Little did not explicitly state that the amount of experimentation required to practice the '079 and '782 patents would be undue, and that he testified that certain activities that could be done in preformulation work are "common."

12. Undisputed that the '079 and '782 patent specification discloses that a release profile may be assessed using in vitro dissolution assays or pharmacokinetic studies.

13. Disputed that Dr. Langer testified that "the work that Avadel characterizes as undue is actually routine."

14. Undisputed that the quoted portion of Dr. Charman's transcript is correctly written. Disputed that the question asked was specific to developing GHB formulations, and to the extent Jazz is implying that experimentation is not undue.

15. Undisputed.

16. Undisputed that Allphin 2012 discloses USP 2 type dissolution testing and pharmacokinetic testing results. Disputed that Jazz has established that both types of testing results demonstrate controlled release or modified release pursuant to the Court's construction of the term as used in the '079 and '782 patents.

17. Disputed. Neither Dr. Langer nor Dr. Klibanov testified at deposition that they found the prior art references to be enabling "for controlled/modified release oxybate."

18. Undisputed.

19. Disputed. Dr. Little does not opine that the '079/'782 patent specification contains adequate written description support without the incorporation by reference of Allphin 2012 at paragraphs 27-28 of his expert report.

20. Undisputed that the quoted words appear in the '079/'782 patent specification, but disputed that Allphin 2012 provides written description support for the claims.

21. Undisputed that Dr. Little states that he disagrees with Dr. Charman's opinion that the '079 and '782 patents disparage Allphin 2012.

22. Disputed. The cited paragraph's of Dr. Little's report do not explain which approaches to controlling release of oxybate will or will not work, nor does he point to anything in the specification of the '079 and '782 patents that does so.

23. Undisputed.

24. Undisputed that the quoted portion appears in Dr. Moreton's expert report. Disputed to the extent Jazz suggests this opinion is supported.

25. Undisputed that the quoted language appears in Alaux, but disputed that Alaux teaches that the methods used for coating pellets and tablets are the same.

26. Disputed to the extent Jazz is suggesting that Dr. Little opines that the disclosures in the '079 and '782 patents (minus Allphin 2012) provide adequate support to enable a POSA to make and use the full scope of non-resinate forms of the claimed subject matter.

|  |  |
|---|---|
| Dated: December 22, 2023 | McCARTER &ENGLISH, LLP |
|  | */s/ Daniel M. Silver* |
| *Of Counsel*: | Daniel M. Silver (#4758) |
| Kenneth G. Schuler | Alexandra M. Joyce (#6423) |
| Marc N. Zubick | Renaissance Centre |
| Alex Grabowski | 405 N. King Street, 8th Floor |
| Sarah W. Wang | Wilmington, Delaware 19801 |
| LATHAM & WATKINS LLP | (302) 984-6300 |
| 330 North Wabash Avenue, Suite 2800 | dsilver@mccarter.com |
| Chicago, IL 60611 | ajoyce@mccarter.com |
| (312) 876-7700 |  |
| kenneth.schuler@lw.com | *Counsel for Defendant* |
| marc.zubick@lw.com |  |
| alex.grabowski@lw.com |  |
| sarah.wang@lw.com |  |

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com

Audra M. Sawyer
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
Audra.sawyer@lw.com

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com

Kira A. Davis
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
kmcnutt@mofo.com

5