# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW<br><br>**PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW<br><br>**PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW<br><br>**PUBLIC VERSION** |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S CONCISE COUNTER-STATEMENT OF FACTS IN SUPPORT OF ITS OPPOSITION TO JAZZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 1 OF INFRINGEMENT OF THE SUSTAINED RELEASE PATENTS**

Plaintiffs respond to Defendant's Concise Counter-Statement of Facts in Support of its Opposition to Plaintiffs' Motion for Summary Judgment No. 1, as follows.

**Plaintiffs' Response to CoF ¶ A-1:**  Undisputed as to the amount of sodium oxybate in the immediate release and controlled release microparticles in LUMRYZ™.  Disputed as to the characterization of the release profile of LUMRYZ™.  Further disputed in that Avadel's judicial admissions make clear that the Immediate Release microparticles function as the core of the Modified Release microparticles and Avadel witnesses and expert Dr. Klibanov have agreed with the same.  *See* Op. SOF 6-15.[1]

**Plaintiffs' Response to CoF ¶ A-2:**  Undisputed.

**Plaintiffs' Response to CoF ¶ A-3:**  Undisputed as to Example 1 of the '062 patent including Tables 1a-1d and FIG. 1.  Undisputed as to the quotes from portions of the '062 patent and that "Table 1b states that the IR microparticles function as a "Core" of the MR microparticles."  Disputed in that Avadel's judicial admissions make clear that the Immediate Release microparticles function as the core of the Modified Release microparticles and Avadel witnesses and expert Dr. Klibanov have agreed with the same.  *See* Op. SOF 6-15.

**Plaintiffs' Response to CoF ¶ A-4:**  Undisputed.

**Plaintiffs' Response to CoF ¶ A-5:**  Undisputed that Avadel denied infringement of the "core" limitation in its Final Non-Infringement Contentions dated April 1, 2022 and undisputed as to the portions of Avadel's Final Non-Infringement Contentions cited.  A4013-A4015.  Disputed to the extent Avadel implies it was somehow unaware of its own contentions at the time it served its Responses to Jazz's Requests for Admission over six months later on October 28, 2022.  A0273.

---

[1]  "Op. SOF __ " refers to Jazz's Opening Concise Statement of Facts in Support of Plaintiffs' Motion for Partial Summary Judgment No. 1 of Infringement of the Sustained Release Patents.

**Plaintiffs' Response to CoF ⁋ A-6:**  Undisputed as to the quoted portions of Dr. Klibanov's expert report.  Disputed in that Avadel's judicial admissions make clear that the Immediate Release microparticles function as the core of the Modified Release microparticles and Avadel witnesses and Dr. Klibanov have agreed with the same.  *See* Op. SOF 6-15.

**Plaintiffs' Response to CoF ⁋ A-7:**  Undisputed as to the quoted portions of Dr. Klibanov's deposition.  Disputed in that Avadel's judicial admissions make clear that the Immediate Release microparticles function as the core of the Modified Release microparticles and Avadel witnesses and Dr. Klibanov have agreed with the same.  *See* Op. SOF 6-15.

**Plaintiffs' Response to CoF ⁋ A-8:**  Undisputed as to the fact that Jazz has not commercially launched a once-nightly oxybate formulation for narcolepsy.  Undisputed as to the quoted portions of the '488 patent specification.  Disputed in that Avadel only cites a small portion of the '488 patent specification and ignores other disclosures regarding the dosage form.  A0002-A0033.  Further disputed to the extent that Avadel implies that the Sustained Release Patents' asserted claims are limited to "a coated tablet composition," as Avadel never took any such position during the *three* rounds of *Markman* briefing the parties have engaged in.

**Plaintiffs' Response to CoF ⁋ A-9:**  Undisputed as to citations to portions of the '062 patent. Disputed as to whether the '062 patent discloses a novel invention and whether others "failed."

**Plaintiffs' Response to CoF ⁋ A-10:**  Undisputed as to the quotation of RFA No. 48.  Disputed in that Avadel's Response to RFA No. 48 failed to state any basis for any alleged "mischaracterizing the '062 patent" by Jazz.  A0271.  Further disputed in that Avadel stated in its Response to RFA No. 48 that "Avadel admits this Request" without any qualification or denial. A0271.

**Plaintiffs' Response to CoF ⁋ A-11:**  Undisputed as to the quotation of RFA No. 49.  Disputed

in that Avadel's Response to RFA No. 49 failed to state any basis for any alleged

"mischaracterizing the '062 patent" by Jazz.  A0272.  Further disputed in that Avadel stated in its

Response to RFA No. 49 that "Avadel admits this Request" without any qualification or denial.

A0272.  Disputed that Avadel admitted only "that the modified release portion of  Example 1

corresponds to the CR portion of LUMRYZ," and not the full scope of RFA No. 49.  *Id.*

Dated: December 22, 2023

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals, Inc. and*
*Jazz Pharmaceuticals Ireland Limited*