# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW <br><br> **PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW <br><br> **PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW <br><br> **PUBLIC VERSION** |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S CONCISE COUNTER-STATEMENT OF FACTS IN SUPPORT OF ITS OPPOSITION TO JAZZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 3 OF NONOBVIOUSNESS <u>OF THE SUSTAINED RELEASE PATENTS</u>**

Plaintiffs respond to Defendant's Concise Counter-Statement of Facts in Support of its Opposition to Plaintiffs' Motion for Summary Judgment No. 3, as follows.

**Plaintiffs' Response to CoF ¶ C-1:** Disputed.  Avadel's attorney argument is not a fact.  Further disputed in that Jazz' Sustained Release Patents claim priority to an application filed on March 24, 2011 which is before the earliest possible priority date of July 22, 2016 for Avadel's U.S. Patent Application Publication 2018/0021284.  A0002; A0035; A0066; A0098; A0382.

**Plaintiffs' Response to CoF ¶ C-2:** Undisputed as to the quoted portions of Dr. Myers Rebuttal Expert Report.  Disputed as to Avadel's characterization of Dr. Myers' opinions.  Further disputed in that Dr. Myers' opinions on written description are not relevant to whether the asserted claims of the Sustained Release Patents are obvious.

**Plaintiffs' Response to CoF ¶ C-3:** Undisputed in that Ms. Gray relied on Jazz and its arguments regarding written description to form her obviousness opinions.  Disputed to the extent that Avadel implies that Ms. Gray's obviousness analysis was proper, as that is attorney argument rather than a fact.

**Plaintiffs' Response to CoF ¶ C-4:** Undisputed as to the quoted content of Ms. Gray's report and that Ms. Gray relied on Jazz and its expert's arguments regarding written description to form her obviousness opinions.  Disputed to the extent that Avadel implies that Ms. Gray's obviousness analysis was proper, as that is attorney argument rather than a fact.

**Plaintiffs' Response to CoF ¶ C-5:** Undisputed as to the quoted content of Ms. Gray's report and that Ms. Gray relied on Jazz and its expert's arguments regarding written description to form her obviousness opinions.  Disputed to the extent that Avadel implies that Ms. Gray's obviousness analysis was proper, as that is attorney argument rather than a fact.

**Plaintiffs' Response to CoF ¶ C-6:** Undisputed as to the cited content of Ms. Gray's report and that Ms. Gray relied on Jazz and its expert's arguments regarding written description to form her obviousness opinions. Also undisputed that Ms. Gray "does not agree" with her own alleged obviousness opinions based on improperly using the disclosures of the Sustained Release Patents. Disputed to the extent that Avadel implies that Ms. Gray's obviousness analysis was proper, as that is attorney argument rather than a fact.

**Plaintiffs' Response to CoF ¶ C-7:** Undisputed as to the quoted content of Ms. Gray's report and that Ms. Gray relied on Jazz and its expert's arguments regarding written description to form her obviousness opinions. Disputed in that Jazz's written description arguments expressly rely on the disclosures of the Sustained Release Patents and, therefore, disputed to the extent Avadel applies that the POSA doing the obviousness analysis would have had access to the same information as the POSA doing the written description analysis. Also disputed to the extent that Avadel implies that Ms. Gray's obviousness analysis was proper, as that is attorney argument rather than a fact.

Dated: December 22, 2023

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
QUINN EMANUEL URQUHART
 & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals, Inc. and*
*Jazz Pharmaceuticals Ireland Limited*