# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW <br><br> **PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW <br><br> **PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW <br><br> **PUBLIC VERSION** |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S CONCISE COUNTER-STATEMENT
OF FACTS IN SUPPORT OF ITS OPPOSITION
TO JAZZ'S MOTION FOR PARTIAL SUMMARY JUDGMENT NO. 4**

Plaintiffs respond to Defendant's Concise Counter-Statement of Facts in Support of its Opposition to Plaintiffs' Motion for Summary Judgment No. 4, as follows.

**Plaintiffs' Response to CoF ¶ D-1:** Undisputed in that Dr. Charman relied on Jazz's contentions regarding written description to form his anticipation opinions. Disputed to the extent that Avadel implies that Dr. Charman's anticipation analysis was proper, as that is attorney argument rather than a fact.

**Plaintiffs' Response to CoF ¶ D-2:** Undisputed as to the cited content of Dr. Charman's testimony and report. Disputed in that in his expert report, Dr. Charman stated that he "agree[s]" with the position that Avadel previously took in front of the U.S. Patent and Trademark Office that Liang does not disclose the claim elements of opening a sachet containing a gamma-hydroxybutyrate formulation, mixing the formulation with water, and orally administering the mixture that are common to Jazz's '079 Patent and Avadel's U.S. Patent No. 10,952,986. *See* Op. SOF 9.[1] Further disputed in that Dr. Charman relied on Jazz's contentions regarding written description to form his anticipation opinions. *See* CoF ¶ D-1.

---

[1] "Op. SOF __" refers to Jazz's Opening Concise Statement of Facts in Support of Plaintiffs' Motion for Partial Summary Judgment No. 4 of No Anticipation of U.S. Patent No. 11,077,079.

- 2 -

Dated: December 22, 2023

OF COUNSEL:

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
QUINN EMANUEL URQUHART
  &amp; SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY  10010
(212) 849-7000

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*
*Jazz Pharmaceuticals, Inc. and*
*Jazz Pharmaceuticals Ireland Limited*