## Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

———

302 658 9200
302 658 3989 Fax

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

February 2, 2024

The Honorable Gregory B. Williams  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC*, No. 21-691 (GBW)

Dear Judge Williams:

      A five-day jury trial in this matter is set to begin on Monday, February 26. In in the course of preparing for the trial, the parties have discussed the possibility of conducting jury selection on Friday, February 23, so that the Court and the parties could start with preliminary jury instructions and opening statements right away on February 26.

      If the Court is amenable, and available to conduct jury selection on February 23, the parties agree and hereby request that the *voir dire* be conducted that day at a time convenient for the Court. The parties also consent to a magistrate judge presiding over the *voir dire* on February 23 if Your Honor is not available.

      Counsel for the parties are available if the Court has any questions or concerns about this request.

                           Respectfully,

                           */s/ Jeremy A. Tigan*

                           Jeremy A. Tigan (#5239)

JAT:lo
cc:     Clerk of the Court (via hand delivery)
         All Counsel of Record (via CM/ECF and e-mail)