IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AVADEL CNS PHARMACEUTICALS LLC, )<br>)<br>Defendant. ) | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and )<br>JAZZ PHARMACEUTICALS IRELAND )<br>LIMITED, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AVADEL CNS PHARMACEUTICALS LLC, )<br>)<br>Defendant. ) | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and )<br>JAZZ PHARMACEUTICALS IRELAND )<br>LIMITED, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AVADEL CNS PHARMACEUTICALS LLC, )<br>)<br>Defendant. ) | C.A. No. 21-1594 (GBW) |

**<u>VERDICT FORM</u>**

**Instructions**:  When answering the following questions and completing this Verdict Form, please follow the instructions provided and follow the Jury Instructions that you have been given.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

    As used herein:

1. "Jazz" collectively refers to Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited.

2. "Avadel" refers to Defendant Avadel CNS Pharmaceuticals, LLC.

3. The "'488 Patent" or the "Sustained Release Patent" refers to U.S. Patent No. 10,758,488.

4. The "'782 Patent" refers to U.S. Patent No. 11,147,782.

5. The "Patents-in-Suit" refers collectively to the '488 Patent and the '782 Patent.

We, the jury, unanimously find as follows:

**QUESTION NO 1.** Has Jazz proven by a preponderance of the evidence that Avadel infringed any asserted claim of Jazz's patents?

   YES _____   NO _____

*If you answered "YES" to Question No. 1, then answer Question No. 2. If you answered "NO" to Question No. 1, please skip to the last page, sign and date the verdict form, and return it to the court clerk.*

**QUESTION NO. 2.**   Please identify each claim for which Jazz has proved patent infringement.

| PATENT/CLAIM | INFRINGED |
| --- | --- |
| '488 Patent, claim 7 | YES _____ NO _____ |
| '488 Patent, claim 11 | YES _____ NO _____ |
| '782 Patent, claim 24 | YES _____ NO _____ |

*Please proceed to Question 3.*

**QUESTION NO. 3.** Has Avadel proven by clear and convincing evidence that any of the asserted claims is invalid?

   YES _____   NO _____

*If you answered "YES" to Question No. 3, then answer Question No. 4.  If you answered "NO" to Question No. 3, please proceed to Question 5.*

**QUESTION NO. 4.**  Please identify for each claim any defense Avadel has proved by clear and convincing evidence.

| PATENT/CLAIM | INVALIDITY |
|---|---|
| '488 Patent, claim 7 | Is the claim invalid?<br>YES _____ NO _____<br><br>If you answered YES, identify on the line below the basis on which Avadel has proven invalidity.  If you answered NO, proceed to the next claim.<br><br>Lack Of Written Description based on the theory that X:  _____<br>Lack Of Enablement based on the theory that X: _____<br>Anticipation based on X reference:            _____<br>Obviousness based on X reference(s):<br>Inventorship:                _____ |
| '488 Patent, claim 11 | Is the claim invalid?<br>YES _____ NO _____<br><br>If you answered YES, identify on the line below the basis on which Avadel has proven invalidity.  If you answered NO, proceed to the next claim.<br><br>Lack Of Written Description based on the theory that X:  _____<br>Lack Of Enablement based on the theory that X: _____<br>Obviousness based on X reference(s):<br>Inventorship:                _____ |
| '782 Patent, claim 24 | Is the claim invalid?<br>YES _____ NO _____ |

|  | If you answered YES, identify on the line below the basis on which Avadel has proven invalidity.  If you answered NO, proceed to the next claim. <br><br> Lack Of Written Description based on the theory that X: _____ <br> Lack Of Enablement based on the theory that X: _____ <br><br> Obviousness based on X reference(s): <br> Inventorship:                                    _____ |
|---|---|

*If you answered "NO" for any claim in Question No. 4, then answer Question No. 5.  If you answered "YES" for every claim in Question No. 4, please skip to the last page, sign and date the verdict form, and return it to the court clerk.*

**QUESTION NO. 5.**  What is the total amount of damages Jazz is entitled to as a reasonable royalty for Avadel's past infringement?

Royalty Rate: _____%

Total Amount for Past Infringement Based on Royalty Rate: $_____

*Please proceed to the last page, sign and date the verdict form, and return it to the court clerk.*

- 5 -

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

_____       _____

Dated: _____