IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-691 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1138 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1594 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED VOIR DIRE**

Good morning, ladies and gentlemen.  I am Judge Williams.  We are going to select a jury in a civil case called Jazz Pharmaceuticals, Inc., *et al.* v. Avadel CNS Pharmaceuticals, LLC.

I am going to ask you a series of questions to help the Court and the attorneys in the jury selection process.  Before I ask any questions, I am going to ask the Deputy Clerk to swear the jury panel to answer any questions truthfully.  (To Deputy, please swear the panel).

If any of you answer "yes" to any of the questions that I ask, please raise your hand and then circle the question to which you have answered "yes."  At the end of the questions, the Deputy Clerk will ask some of you to take seats in the jury box, and, after that, the lawyers and I may ask those of you who answered "yes" to one or more questions to come back to the jury room to discuss your answers with the lawyers and me.

The presentation of evidence in this case is expected to take five (5) days but jury deliberations could extend your service beyond that.  The schedule that I expect to keep over the days of evidence presentation will include a morning break of 15 minutes, a lunch break of about 45 minutes, and an afternoon break of 15 minutes.  We will start at 9:30 a.m. and finish no later than 5:30 p.m. each day.

1.      Does the schedule that I have just mentioned present a special problem to any of you?

2.      (Description of the case).  This is a patent lawsuit involving formulations of a drug called gamma-hydroxybutyrate.  The parties and I may refer to gamma-hydroxybutyrate as "GHB" or "oxybate."  The Plaintiffs that own the patents are Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited.  Jazz has sued the Defendant, who is Avadel CNS Pharmaceuticals, LLC.  The Defendant markets a formulation of GHB called Lumryz™.  Avadel denies infringement of certain of the patents and also says that the patents are invalid.  The jury in this case will be asked to decide whether Avadel's Lumryz™ product infringes the patents, and whether the patents are valid.  For those of you who end up being on the jury, I will give more detailed instructions on the law later in the case.

Have any of you heard or read anything about this case, including from another person, a press release or the news media, including social media?

3.      The lawyers and law firms involved in this case are:

- Jack Blumenfeld and Jeremy Tigan from the law firm Morris, Nichols, Arsht & Tunnell LLP.

- F. Dominic Cerrito, Andrew Chalson, Eric Stops, Evangeline Shih, Frank Calvosa, Gabriel Brier, Nicholas LoCastro, Krista Rycroft, Quentin Jorgensen, Catherine Mattes, Abigail DeMasi, Alexandra Kim, Elizabeth Murphy, Raymond Nimrod, Christopher Porter, Ellyde Thompson, Elizabeth Devaney, Shira Bergman, Shannon Prince, and Brian Forsatz from the law firm Quinn, Emanuel, Urquhart, & Sullivan LLP.

- Daniel Silver and Alexandra Joyce from the law firm McCarter & English LLP.

- Daralyn Durie, Katherine McNutt, Kira Davis, Rebecca Weires, Adam Brausa, , Andrew Jones, Rose Lee, Eric Berger, Tannyr Pasvantis, David McGowan, Scott Llewellyn, and Umeet Sajjan from the law firm Morrison & Foerster LLP.

- Joe Akalski, Laryssa Bedley, Michelle Chin, Marc Zubick, Alex Grabowski, Sarah Wang, Audra Sawyer, Franco Benyamin, Kenneth Schuler, Herman Yue, Ian

Conner, Denise Laspina, Ramya Vallabhaneni, Kelly Welsh, Alan Devlin, and David Kowalski from the law firm Latham & Watkins LLP.

Do any of you or does any member of your immediate family, such as a spouse, child, parent, or sibling, know any of the attorneys or law firms I have just named?

4.  Have any of you or has any member of your immediate family had any business dealings with, or been employed by, any of these attorneys or law firms?

5.  Have any of you heard or read anything about Jazz Pharmaceuticals from any source, including from another person, a press release or the news media, including social media?

6.  Have any of you heard or read anything about Avadel Pharmaceuticals from any source, including from another person, a press release or the news media, including social media?

7.  Have any of you or has any member of your immediate family ever had a business relationship with or been employed by Jazz or Avadel?

8.  Have any of you or has any member of your immediate family ever owned any stock or had any financial interest in Jazz or Avadel?

9.  Have any of you ever used pharmaceutical products provided by Jazz Pharmaceuticals or by Avadel Pharmaceuticals?

10. Have any of you or has any member of your immediate family ever had any experience, good or bad, with Jazz or Avadel that might keep you from being a fair and impartial juror in this case?

11. Do you possess any opinions about Jazz or Avadel that might keep you from being a fair and impartial juror in this case?

12. The potential witnesses in this case are:

- Clark Allphin
- PJ Honerkamp
- John Miller

3

- Edwin Walsh
- Shawn Mindus
- Scott Bura
- Phil McGarrigle
- Aarti Bijlani
- Jed Black
- Michael Desjardin
- Mark Eller
- Sherice Mills
- Diane Pohle
- Richard Bogan
- Martyn Davies
- David Greenblatt
- Steven Little
- R. Christian Moreton
- Adam Myers
- Mark Rainey
- Robert Stoll
- Greg Divis
- Herve Guillard
- David Monteith
- Patricia Pound
- Jason Vaughn
- Thomas McHugh
- Jennifer Gudeman
- Claire Megret
- David O'Brien
- Thorsteinn Thorsteinsson
- Scott Macke
- Danielle Burroughs
- Bruce Corser
- Robert Langer
- William Charman
- Vivian Gray
- Alexander Klibanov
- Martin Scharf
- Giovanni Traverso
- Christine Meyer
- Cory Berkland
- Ashley Beaubien
- Jason Valentine
- Ian Wilding
- Joseph Matal

4

Are you familiar with any of these potential witnesses?

13. Have you or has someone close to you ever started their own business or owned their own business?

14. Have you or has any member of your immediate family ever applied for, or obtained, a United States or foreign patent?

15. Have you or any member of your immediate family ever applied for or obtained a United States trademark or registered copyright?

16. Do you or does any member of your immediate family have any training or work experience with patents, copyrights, or intellectual property?

17. Have you or has any member of your immediate family ever been involved in a dispute about patent or other intellectual property rights such as trademarks, copyrights, or trade secrets?

18. If you have ever been involved in a dispute about patents or other intellectual property rights, were you the owner/holder of the patent or other intellectual property?

19. Do you believe that someone has ever taken and used your invention without permission?

20. Have you or has any member of your immediate family ever been a party to a patent license or negotiated a license agreement?

21. Have any of you or has any member of your immediate family ever been employed by the United States Patent and Trademark Office?

22. Do you have any opinions about patents, patent rights, or the United States Patent and Trademark Office that might make it difficult for you to be a fair and impartial juror in this case?

23. Have you or has any member of your immediate family ever worked for a company that researches, develops, manufactures, markets, or sells medicines for the treatment of any condition?

24. Have you or has any member of your immediate family ever worked for a company that researches, develops, manufactures, markets, or sells medicines for the treatment of a sleep disorder?

25. Do you have any opinion about or experience with companies that research, develop, manufacture, market, or sell medicines for the treatment of any condition any opinions of pharmaceutical companies that might keep you from being a fair and impartial juror in this case?

26. Do you have any formal education or training in any aspect of the legal system, such as education or training in being a lawyer or paralegal?

27. Do you have any education, training, or work experience with pharmaceutical drugs or other medicines?

28. Do you have any education, training, or work experience in science, engineering, marketing, economics, technology, or pharmaceutical drugs?

29. Do you have any opinions about pharmaceutical companies patenting drugs or medicines that might keep you from being a fair and impartial juror in this case?

30. Have you served on a jury within the last 15 years?

31. Is there anything, such as poor vision, difficulty hearing, difficulty understanding spoken or written English, that would make it difficult for you to serve on this jury?

32. Have you ever been a plaintiff, a defendant, or a witness in a lawsuit?

33. Do you know any of the other potential jurors that are in the room, or have you had any relationship with any of the other potential jurors before today?

34. Do you have any knowledge of or experience with medicines that treat sleep disorders?

35. Have you or has any member of your immediate family ever been diagnosed with narcolepsy or excessive daytime sleepiness?

36. Have you or has any member of your immediate family ever been treated for narcolepsy with any drugs or medicine?

37. Do you have any familiarity with "GHB" or "oxybate?"

38. If you are selected to sit as a juror in this case, are you aware of any reason why you would be unable to render a verdict based solely on the evidence presented at trial?

39. If you are selected to sit as a juror in this case, are you aware of any reason why you would not be able to follow the law as I give it to you?

40. This is the last question. Is there anything else, including something you have remembered in connection with one of the earlier questions, that you think you would like to tell me in connection with your potential service as a juror in this case?