IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and ) <br> JAZZ PHARMACEUTICALS IRELAND ) <br> LIMITED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and ) <br> JAZZ PHARMACEUTICALS IRELAND ) <br> LIMITED, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> AVADEL CNS PHARMACEUTICALS LLC, ) <br> ) <br> Defendant. ) | C.A. No. 21-1594 (GBW) |

**PLAINTIFFS' UNOPPOSED MOTION
FOR LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited move for

an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order

on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, Plaintiffs state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch. Paragraph 4 of the May 15, 2023 Standing Order.

2. The following attorneys, who intend to appear at the pretrial conference in these matters set for February 15, 2024, request access to their electronic devices for purposes of participating in the pretrial conference, but do not have state-issued bar cards to meet the exemption listed in Paragraph 4 of the May 15, 2023 Standing Order:

- Catherine Mattes, Esquire
- Elizabeth Murphy, Esquire
- Quentin Jorgensen, Esquire
- Shira Bergman, Esquire

WHEREFORE, Plaintiffs respectfully request that the Court issue an order to exempt these individuals from the May 15, 2023 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs
Jazz Pharmaceuticals, Inc. and
Jazz Pharmaceuticals Ireland Limited*

February 7, 2024

SO ORDERED, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE