## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**Jeremy A. Tigan**
(302) 351-9106
jtigan@morrisnichols.com

February 10, 2024

The Honorable Gregory B. Williams           *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re: *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*,
           C. A. Nos. 21-691, 21-1138, 21-1594 (GBW)

Dear Judge Williams,

      Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Ltd. (together, "Jazz") and defendant Avadel CNS Pharmaceuticals, LLC ("Avadel") write jointly to inform the Court that given the parties' narrowed claims and defenses contained in the Proposed Pretrial Order (D.I. 535) filed yesterday, the following of Jazz's summary judgment and Daubert motions are now rendered moot:

      1.    Jazz's Motion for Partial Summary Judgment No. 3 of Nonobviousness of the Sustained Release Patents (D.I. 397);

      2.    Jazz's Motion for Partial Summary Judgment No. 4 of No Anticipation of U.S. Patent No. 11,077,079 (D.I. 400);

      3.    Jazz's Daubert Motion to Exclude Expert Testimony of Dr. Cory J. Berkland and Dr. Robert S. Langer (D.I. 387); and

      4.    Jazz's Daubert Motion to Exclude Expert Testimony of Bruce Corser, M.D. Regarding U.S. Patent No. 11,077,079 (D.I. 391).

      Avadel has confirmed that it does not plan to introduce any expert testimony that is the subject of Jazz's Daubert motions or evidence exclusively directed to the subject of Jazz's summary judgment motions described above given that those issues will not be part of the trial.

The Honorable Gregory B. Williams
February 10, 2024
Page 2

                                    Respectfully,

                                    */s/ Jeremy A. Tigan*

                                    Jeremy A. Tigan (#5239)

JAT:lo
cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)