IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS LLC, <br><br> Defendant. | C.A. No. 21-1594 (GBW) |

**JOINT MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 15, 2023 STANDING ORDER ON PERSONAL DEVICES**

The parties jointly move for an order to exempt certain persons from the District of Delaware's May 15, 2023 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and

United States Courthouse (the "May 15, 2023 Standing Order"). In support of this Motion, the parties state as follows:

1. The District of Delaware's May 15, 2023 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 15, 2023 Standing Order provides for certain exemptions to the Standing Order.

2. The trial in this matter is currently scheduled for February 26 through March 1, 2024, in Courtroom 6B before Judge Williams, with courtroom technology setup and jury selection scheduled for February 23, 2024.

3. The following persons intend to appear at courtroom setup and/or trial, request access to their electronic devices for those purposes, but do not have state issued bar cards or meet the exemptions listed in the Standing Order:

- Joseph Akalski, Esquire
- Laryssa Bedley, Esquire
- Shira Bergman, Esquire
- Alexandra Kim, Esquire
- David Kowalski, Esquire
- Christine Mattes, Esquire
- Elizabeth Murray, Esquire
- Raymond Nimrod, Esquire
- Shannon Prince, Esquire
- Ellyde Thompson, Esquire

- Krista Rycroft, Esquire
- Ramya Vallabhaneni, Esquire
- Kelly Atanacio, Paralegal
- Wendy Carpenter, Litigation Support
- Kristen Fechner, Litigation Support
- Susan Griffin, Litigation Support
- Vince Harrington, Litigation Support
- Ian Ibarra, Paralegal
- Brian Koerper, Litigation Support
- Amanda Miller, Litigation Support
- Alison Montera, Litigation Support
- Stacy Redman, Paralegal
- Mark Silberman, Litigation Support
- Tara Villegas, Litigation Support
- Gene Jackson, IT Support
- Ronald Jarrett, Hot Seat Operator
- Derreck Lewis, Hot Seat Operator
- Reiko Hasuike, Consultant
- Robert Stoll, Expert Witness
- James C. Cekola, Client Representative
- Gregory Divis, Client Representative
- Daniel B. Epstein, Client Representative
- Michael W. King, Client Representative

WHEREFORE, the parties respectfully request that the Court issue an order to exempt these individuals from the May 15, 2023 Standing Order on the dates set forth above.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
| */s/ Jeremy A. Tigan* | */s/ Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 North King Street, 8th Floor<br>Wilmington, DE  19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

February 22, 2024

S O  O R D E R E D, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE
DISTRICT OF DELAWARE