

**Daniel M. Silver**
Wilmington Office Managing Partner
T. 302-984-6331
F. 302-691-1260
dsilver@mccarter.com

McCarter & English, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717
www.mccarter.com

February 25, 2024

**VIA CM/ECF**

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re: *Jazz Pharmaceuticals, Inc. v. Avadel CNS Pharmaceuticals, LLC*,
C.A. Nos. 21-691, 21-1138, 21-1594 (GBW)

Dear Judge Williams,

  I write jointly on behalf of the parties to inform the Court that the parties have resolved their dispute with respect to whether Avadel's witnesses, Drs. Herve Guillard and Claire Mégret may testify in English at trial. Drs. Guillard and Mégret will both be permitted to testify in English. This agreement moots Section D of the parties' letters addressing evidentiary issues (*see* D.I. 552 and 553 in C.A. 21-691).

  Additionally, Avadel stipulates that it meets all elements of claims 7 and 11 of the '488 patent, but for the two below in light of the court's prior rulings (*e.g.*, claim construction and *Daubert*):

  1. "wherein the core comprises at least one pharmaceutically active ingredient selected from gamma-hydroxybutyrate and pharmaceutically acceptable salts of gamma-hydroxybutyrate"

  2. "the sustained release portion releases greater than about 40% of its gamma-hydroxybutyrate by about 4 to about 6 hours when tested in a dissolution apparatus 2 in deionized water at a temperature of 37° C. and a paddle speed of 50 rpm"

In other words, Avadel agrees that Jazz need only introduce evidence as to whether LUMRYZ™ satisfies those two elements of the claims of the '488 patent at trial.

  The other issues identified in the parties' letters at Sections A-C (D.I. 552 and 553) remain in dispute, and the parties will be prepared to answer any questions that the Court may have on Monday morning, or at the Court's convenience.

ME1 47720340v.1

Respectfully submitted,

*/s/ Daniel M. Silver*

Daniel M. Silver (#4758)


cc: All Counsel of Record (by CM/ECF)