IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW |

**<u>VERDICT FORM</u>**

**Instructions:** When answering the following questions and completing this Verdict Form, you are to follow the directions provided and the Jury Instructions that you have been given. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Plaintiff" refers to Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals, Inc., et. al.

2. "Avadel" refers to Avadel CNS Pharmaceuticals, LLC.

3. The "'488 Patent" refers to U.S. Patent No. 10,758,488.

4. The "'782 Patent" refers to U.S. Patent No. 11,147,782.

5. The "Asserted Patents" or the "Patents-in-Suit" refers collectively to the '488 Patent and the '782 Patent.

## QUESTIONS AND ANSWERS

We, the jury, unanimously find as follows.

**QUESTION NO 1:**

Did Jazz prove by a preponderance of the evidence that Avadel's LUMRYZ product infringes any of the following claims of the '488 Patent?

**If you find Jazz proved by a preponderance of the evidence that LUMRYZ infringes a claim, place a check mark next to "Yes" for that claim.**

| '488 Patent | | | | |
|---|---|---|---|---|
| Claim 7 | Yes _____ | (for Jazz) | No _____ | (for Avadel) |
| Claim 11 | Yes _____ | (for Jazz) | No _____ | (for Avadel) |

- 4 -

**QUESTION NO 2:**

For each claim listed below, did Avadel prove by clear and convincing evidence that the claim is invalid for lack of sufficient written description?

**If you find a claim invalid for lack of written description, answer "Yes," otherwise, answer "No."**

| **'488 Patent** | | | | |
|---|---|---|---|---|
| Claim 7 | Yes _____ | (for Avadel) | No _____ | (for Jazz) |
| Claim 11 | Yes _____ | (for Avadel) | No _____ | (for Jazz) |
| **'782 Patent** | | | | |
| Claim 24 | Yes _____ | (for Avadel) | No _____ | (for Jazz) |

- 5 -

**QUESTION NO 3:**

For each claim listed below, did Avadel prove by clear and convincing evidence that the claim is invalid for lack of enablement?

**If you find a claim invalid for lack of enablement, answer "Yes," otherwise, answer "No."**

| **'488 Patent** | | | | |
| --- | --- | --- | --- | --- |
| Claim 7  | Yes _____ | (for Avadel) | No _____ | (for Jazz) |
| Claim 11 | Yes _____ | (for Avadel) | No _____ | (for Jazz) |
| **'782 Patent** | | | | |
| Claim 24 | Yes _____ | (for Avadel) | No _____ | (for Jazz) |

**QUESTION NO 4:**

For each patent listed below, did Avadel prove by clear and convincing evidence that the patent is invalid for failure to name the correct inventors?  You should answer as to each patent listed below.

**If you find the patent invalid for failure to name the correct inventors, answer "Yes," otherwise, answer "No."**

'488 Patent:    Yes _____ (for Avadel)    No _____ (for Jazz)

'782 Patent:    Yes _____ (for Avadel)    No _____ (for Jazz)

- 7 -

**QUESTION NO 5:**

Did Avadel prove by clear and convincing evidence that the '488 patent is invalid because it is derived from someone other than the presently named inventors?

**If you find the patent invalid because it is derived from someone other than the presently named inventors, answer "Yes," otherwise, answer "No."**

'488 Patent:    Yes _____ (for Avadel)    No _____ (for Jazz)

ANSWER QUESTION 6 ONLY IF YOU HAVE FOUND ONE OR MORE OF THE ASSERTED CLAIMS TO BE INFRINGED **AND** VALID (NO TO EACH OF QUESTIONS 2-5 FOR THAT ASSERTED PATENT AND/OR CLAIM).

**QUESTION NO 6:**

What is the total amount of damages as a reasonable royalty that Jazz has proven by a preponderance of the evidence based on a hypothetical negotiation between Jazz and Avadel?

Royalty Rate: _____%

Total Amount for Past Infringement Based on Royalty Rate: $_____

*   *   *

*Please proceed to the last page, sign and date the verdict form, and return it to the court clerk.*

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

_____   _____

Dated: _____