IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-691 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1138 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1594 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **VERDICT FORM**

**Instructions**:  When answering the following questions and completing this Verdict Form, please follow the instructions provided and follow the Jury Instructions that you have been given.  Your answer to each question must be unanimous.  Some of the questions contain legal terms that are defined and explained in the Jury Instructions.  Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used herein:

1. "Jazz" collectively refers to Plaintiffs Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited.

2. "Avadel" refers to Defendant Avadel CNS Pharmaceuticals, LLC.

3. The "'488 Patent" refers to U.S. Patent No. 10,758,488.

4. The "'782 Patent" refers to U.S. Patent No. 11,147,782.

5. The "Patents-in-Suit" refers collectively to the '488 Patent and the '782 Patent.

Because Avadel admits infringement of the '782 Patent, you, the jury, are not being asked to determine Avadel's infringement for that patent.  You are, however, being asked to decide Avadel's invalidity defenses with respect to the '782 Patent and damages for Avadel's infringement of the '782 Patent.

- 1 -

We, the jury, unanimously find as follows:

**QUESTION NO 1.** Has Jazz proven by a preponderance of the evidence that Avadel infringed the '488 Patent?

     YES _____ NO _____

*If you answered "YES" to Question No. 1, please proceed to Question No. 2.  If you answered "NO" to Question No. 1, please proceed to Question No. 3.*

**QUESTION NO. 2.** Has Avadel proven by clear and convincing evidence that any of the asserted claims of the '488 patent is invalid?

     YES _____ NO _____

*If you answered "YES," please identify for each claim any defense Avadel has proved by clear and convincing evidence.   If you answer "NO," please proceed to Question No. 3.*

| PATENT/CLAIM | INVALIDITY |
|---|---|
| '488 Patent, claim 7 | Is the claim invalid?<br>YES _____ NO _____<br><br>*If you answered YES, identify on the line below the basis on which Avadel has proven invalidity.  If you answered NO, proceed to the next claim.*<br><br>Lack Of Written Description:  _____<br>Lack Of Enablement:            _____<br>Inventorship:                  _____<br>Derivation:                    _____ |

| | |
|---|---|
| '488 Patent, claim 11 | Is the claim invalid?<br><br>YES _____ NO _____<br><br>*If you answered YES, identify on the line below the basis on which Avadel has proven invalidity.  If you answered NO, proceed to the next claim.*<br><br>Lack Of Written Description:  _____<br>Lack Of Enablement:               _____<br>Inventorship:                              _____<br>Derivation:                                  _____ |

*Please proceed to Question No. 3*

**QUESTION NO. 3.**  Has Avadel proven by clear and convincing evidence that claim 24 of the '782 patent is invalid?

      YES _____ NO _____

*If you answered "YES," please identify any defense Avadel has proved by clear and convincing evidence.  If you answer "NO," please proceed to Question No. 4.*

| PATENT/CLAIM | INVALIDITY |
|---|---|
| '782 Patent, claim 24 | Is the claim invalid?<br><br>YES _____ NO _____<br><br>*If you answered YES, identify on the line below the basis on which Avadel has proven invalidity.  If you answered NO, proceed to the next claim.* |

|  | Lack Of Written Description: _____ |
|  | Lack Of Enablement: _____ |
|  | Inventorship: _____ |

*If you answered "NO" for any claim in either Question No. 2 or Question No. 3, then answer Question No. 4. If you answered "YES" for every claim in Question No. 2 and Question No. 3, please skip to the last page, sign and date the verdict form, and return it to the court clerk.*

**QUESTION NO. 4.** What is the reasonable royalty to which Jazz is entitled for Avadel's past infringement?

Royalty Rate: _____%

Total Amount for Past Infringement Based on Royalty Rate: $_____

*Please proceed to the last page, sign and date the verdict form, and return it to the court clerk.*

- 5 -

## UNANIMOUS VERDICT

UPON REACHING A UNANIMOUS VERDICT ON EACH QUESTION ABOVE, EACH JUROR MUST SIGN BELOW.

We, the jury, unanimously agree to the answers to the above questions and return them under the instructions of this Court as our verdict in this case.

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____

_____

Dated: _____