IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW |

**SUPPLEMENTAL SCHEDULING ORDER**

AND NOW, this 19th day of March 2024, IT IS HEREBY ORDERED as follows:

1. The Court is not re-opening discovery in this action. Avadel, however, is required to update its sales of LUMRYZ for purposes of updating damages and/or calculating payment under an ongoing or running royalty.

2. The Court will hold a hearing on Jazz's request for a permanent injunction or, in the alternative, motion for an ongoing royalty on June 4, 2024, at 9:00 a.m. The Court will allocate up to three hours (up to 180 minutes) for the hearing with the time to be split equally between the two sides.

3. Jazz's Opening Brief in support of its request for a permanent injunction or, in the alternative, motion for an ongoing royalty shall be due on or before April 12, 2024. Avadel's Answering Brief in opposition shall be due on or before May 13, 2024. Jazz's Reply Brief shall be due on or before May 20, 2024. Jazz's Opening Brief shall be limited to twenty (20) pages or less; Avadel's Answering Brief shall be limited to twenty (20) pages or less; and Jazz's Reply Brief shall be limited to five (5) pages or less.

4. With respect to the parties' post-trial submissions of proposed findings of fact and conclusions of law, the following schedule shall apply: (i) On or before June 11, 2024, Jazz shall file its Proposed Findings of Fact and Conclusions of Law; and (ii) On or before June 18, 2024, Avadel shall file its Proposed Findings of Fact and Conclusions of Law. The parties' respective Proposed Findings of Fact and Conclusions of Law shall not exceed ten (10) pages and should include pinpoint cites to the record.

5. With respect to the post-trial motions, including but not limited to post-trial motions under Federal Rules of Civil Procedure 50 and 59, the following schedule shall apply: (i) On or before twenty-eight (28) days after the Court's entry of judgment, all post-trial motions

and Opening Briefs are due; (ii) On or before twenty-eight (28) days after Opening Briefs are filed, the opposing party's Answering Brief is due; and (iii) On or before fourteen (14) days after the filing of the opposing party's Answering brief, the Reply Brief is due. Each side shall be limited to one combined total of twenty (20) pages of Opening Brief(s), twenty (20) pages of Answering Brief(s), and ten (10) pages of Reply Brief(s) relating to any post-trial motions filed by either side, no matter how many such motions are filed.

6. With respect to any motion(s) for attorneys' fees and/or costs, the following shall apply: (i) in the event there is no appeal, any motion for fees and/or costs will be due sixty (60) days after the later of the date the Court enters final judgment or the date the Court decides all motions under Federal Rules of Civil Procedure 50 and 59; or (ii) if there is an appeal, any motion for fees and/or costs will be due on or before fourteen (14) days after the date of the mandate from the Court of Appeals, if applicable. Each side shall be limited to one combined total of ten (10) pages of Opening Brief(s), ten (10) pages of Answering Brief(s), and five (5) pages of Reply Brief(s) with respect to motions for attorneys' fees and/or costs.

GREGORY B. WILLIAMS<br>
UNITED STATES DISTRICT JUDGE