# EXHIBIT 16

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use XYWAV safely and effectively. See full prescribing information for XYWAV.**

**XYWAV® (calcium, magnesium, potassium, and sodium oxybates) oral solution, CIII**
Initial U.S. Approval: 2002

---

**WARNING: CENTRAL NERVOUS SYSTEM (CNS) DEPRESSION and ABUSE AND MISUSE.**
*See full prescribing information for complete boxed warning.*

**Central Nervous System Depression**
- XYWAV is a CNS depressant, and respiratory depression can occur with XYWAV use (5.1, 5.4)

**Abuse and Misuse**
- **The active moiety of XYWAV is oxybate or gamma-hydroxybutyrate (GHB). Abuse or misuse of illicit GHB is associated with CNS adverse reactions, including seizure, respiratory depression, decreased consciousness, coma, and death (5.2, 9.2)**
**XYWAV is available only through a restricted program called the XYWAV and XYREM REMS (5.3)**

---

**-------------------------INDICATIONS AND USAGE-----------------------**
XYWAV is a central nervous system depressant indicated for the treatment of:
- Cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy (1.1).
- Idiopathic Hypersomnia (IH) in adults (1.2).

**------------------DOSAGE AND ADMINISTRATION------------------**
See Full Prescribing Information for complete dosing instructions (2.1-2.7).

Dosage for Adult Patients with Narcolepsy
- Initiate dosage at 4.5 g per night orally, divided into two doses (2.1).
- Titrate to effect in increments of up to 1.5 g per night per week (2.1).
- Recommended dosage range: 6 g to 9 g per night orally, divided into two doses (2.1).
- Doses may be divided equally or unequally and the first dose taken at bedtime and the second dose taken 2.5 to 4 hours later (2.1).

Dosage for Pediatric Patients with Narcolepsy (7 Years of Age and Older)
- The recommended starting dosage, titration regimen, and maximum total nightly dosage are based on body weight (2.2).

Dosage for Adult Patients with Idiopathic Hypersomnia
- XYWAV can be administered as a twice or once nightly regimen in adults (2.3).
- Twice nightly: Initiate dosage at 4.5 g or less per night orally, divided into two doses. Titrate to effect in increments of up to 1.5 g per night per week, up to 9 g total nightly dose (2.3).
- Once nightly: Initiate dosage at 3 g or less per night orally, as one dose. Titrate to effect in increments of up to 1.5 g per night per week, up to 6 g total nightly dose (2.3).

Important Administration Information
- Administer XYWAV at least 2 hours after eating (2.4).
- Prepare XYWAV prior to bedtime; dilute with approximately ¼ cup of water in pharmacy-provided containers (2.4).
- Take XYWAV while in bed and lie down after dosing (2.4).

For Patients Transitioning from Xyrem to XYWAV: Initiate at the same dose and regimen as Xyrem (gram for gram). Titrate as needed based on efficacy and tolerability (2.5).

Patients with Hepatic Impairment
Recommended starting dosage is one-half of the original dosage per night administered orally, divided into two doses (2.6).

**--------------------DOSAGE FORMS AND STRENGTHS--------------------**
Oral solution: 0.5 g/mL total salts (equivalent to 0.413 g/mL of oxybate) (3)

**----------------------------CONTRAINDICATIONS----------------------------**
- In combination with sedative hypnotics or alcohol (4)
- Succinic semialdehyde dehydrogenase deficiency (4)

**----------------------WARNINGS AND PRECAUTIONS----------------------**
- CNS depression: Use caution when considering the concurrent use of XYWAV with other CNS depressants (5.1).
- Caution patients against hazardous activities requiring complete mental alertness or motor coordination within the first 6 hours of dosing or after first initiating treatment until certain that XYWAV does not affect them adversely (5.1).
- Depression and suicidality: Monitor patients for emergent or increased depression and suicidality (5.5).
- Confusion/Anxiety: Monitor for impaired motor/cognitive function (5.6).
- Parasomnias: Evaluate episodes of sleepwalking (5.7).

**----------------------------ADVERSE REACTIONS----------------------------**
Most common adverse reactions in adults with narcolepsy or IH (≥5%) were nausea, headache, dizziness, anxiety, insomnia, decreased appetite, hyperhidrosis, vomiting, diarrhea, dry mouth, parasomnia, somnolence, fatigue, and tremor (6.1).

In a pediatric study with sodium oxybate (same active moiety as XYWAV), the most common adverse reactions (≥5%) were nausea, enuresis, vomiting, headache, weight decreased, decreased appetite, dizziness, and sleepwalking (6.1).

**To report SUSPECTED ADVERSE REACTIONS, contact Jazz Pharmaceuticals, Inc. at 1-800-520-5568, or FDA at 1-800-FDA-1088 or www.fda.gov/Medwatch.**

**----------------------------DRUG INTERACTIONS----------------------------**
- Concomitant use with divalproex sodium: An initial reduction in XYWAV dose of at least 20% is recommended (2.7, 7.2).

**----------------------USE IN SPECIFIC POPULATIONS----------------------**
- Pregnancy: Based on animal data, may cause fetal harm (8.1).
- Geriatric patients: Monitor for impaired motor and/or cognitive function when taking XYWAV (8.5).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide**

**Revised: 4/2023**

JPION00472951

**FULL PRESCRIBING INFORMATION: CONTENTS***
**WARNING: CENTRAL NERVOUS SYSTEM (CNS)**
**DEPRESSION and ABUSE AND MISUSE**

**1    INDICATIONS AND USAGE**
  1.1    Narcolepsy
  1.2    Idiopathic Hypersomnia
**2    DOSAGE AND ADMINISTRATION**
  2.1    Dosing Information in Adult Patients with
         Narcolepsy
  2.2    Dosing Information in Pediatric Patients with
         Narcolepsy
  2.3    Dosing Information in Adult Patients with
         Idiopathic Hypersomnia (IH)
  2.4    Important Administration Instructions for All Patients
  2.5    Patients Transitioning from Xyrem to XYWAV
  2.6    Dosage Modification in Patients with Hepatic
         Impairment
  2.7    Dosage Adjustment with Co-administration of
         Divalproex Sodium
**3    DOSAGE FORMS AND STRENGTHS**
**4    CONTRAINDICATIONS**
**5    WARNINGS AND PRECAUTIONS**
  5.1    Central Nervous System Depression
  5.2    Abuse and Misuse
  5.3    XYWAV and XYREM REMS
  5.4    Respiratory Depression and Sleep-Disordered
         Breathing
  5.5    Depression and Suicidality
  5.6    Other Behavioral or Psychiatric Adverse Reactions
  5.7    Parasomnias
**6    ADVERSE REACTIONS**
  6.1    Clinical Trials Experience
  6.2    Postmarketing Experience
**7    DRUG INTERACTIONS**
  7.1    Alcohol, Sedative Hypnotics, and CNS Depressants
  7.2    Divalproex Sodium

**8    USE IN SPECIFIC POPULATIONS**
  8.1    Pregnancy
  8.2    Lactation
  8.4    Pediatric Use
  8.5    Geriatric Use
  8.6    Hepatic Impairment
**9    DRUG ABUSE AND DEPENDENCE**
  9.1    Controlled Substance
  9.2    Abuse
  9.3    Dependence
**10   OVERDOSAGE**
  10.1   Human Experience
  10.2   Signs and Symptoms
  10.3   Recommended Treatment of Overdose
  10.4   Poison Control Center
**11   DESCRIPTION**
**12   CLINICAL PHARMACOLOGY**
  12.1   Mechanism of Action
  12.3   Pharmacokinetics
**13   NONCLINICAL TOXICOLOGY**
  13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
**14   CLINICAL STUDIES**
  14.1   Cataplexy and Excessive Daytime Sleepiness (EDS) in
         Adult Narcolepsy
  14.2   Cataplexy and Excessive Daytime Sleepiness in Pediatric
         Narcolepsy
  14.3   Idiopathic Hypersomnia (IH) in Adults
**16   HOW SUPPLIED/STORAGE AND HANDLING**
  16.1   How Supplied
  16.2   Storage
  16.3   Handling and Disposal
**17   PATIENT COUNSELING INFORMATION**

  *Sections or subsections omitted from the full
  prescribing information are not listed.

JPION00472952

**FULL PRESCRIBING INFORMATION**

---

<div style="border:1px solid">

**WARNING:  CENTRAL NERVOUS SYSTEM DEPRESSION
and ABUSE AND MISUSE.**

- **Central Nervous System Depression**
  **XYWAV is a CNS depressant. Clinically significant respiratory depression and obtundation may occur in patients treated with XYWAV at recommended doses** *[see Warnings and Precautions (5.1, 5.4)]*. **Many patients who received XYWAV during clinical trials in narcolepsy and idiopathic hypersomnia were receiving central nervous system stimulants** *[see Clinical Studies (14.1, 14.2, 14.3)]*.

- **Abuse and Misuse**
  **The active moiety of XYWAV is oxybate or gamma-hydroxybutyrate (GHB). Abuse or misuse of illicit GHB, either alone or in combination with other CNS depressants, is associated with CNS adverse reactions, including seizure, respiratory depression, decreases in the level of consciousness, coma, and death** *[see Warnings and Precautions (5.2)]*.

  **Because of the risks of CNS depression and abuse and misuse, XYWAV is available only through a restricted program under a Risk Evaluation and Mitigation Strategy (REMS) called the XYWAV and XYREM REMS** *[see Warnings and Precautions (5.3)]*.

</div>

---

# 1   INDICATIONS AND USAGE

## 1.1 Narcolepsy

XYWAV is indicated for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy.

## 1.2 Idiopathic Hypersomnia

XYWAV is indicated for the treatment of idiopathic hypersomnia (IH) in adults.

# 2   DOSAGE AND ADMINISTRATION

## 2.1 Dosing Information in Adult Patients with Narcolepsy

The recommended starting dosage is 4.5 grams (g) per night administered orally, divided into two doses: 2.25 g at bedtime and 2.25 g taken 2.5 to 4 hours later (see Table 1). Increase the dosage by up to 1.5 g per night per week (e.g., 0.75 g at bedtime and 0.75 g taken 2.5 to 4 hours later), to the recommended dosage range of 6 g to 9 g per night. The dosage may be gradually titrated based on efficacy and tolerability. Some patients may achieve better responses with unequal doses at bedtime and 2.5 to 4 hours later. Doses higher than 9 g per night have not been studied and ordinarily should not be administered.

JPION00472953

**Table 1: Recommended Adult XYWAV Dosage Regimen (g = grams)**

| If a Patient's Total Nightly Dosage Is: | Take at Bedtime: | Take 2.5 to 4 Hours Later: |
|---|---|---|
| 4.5 g per night | 2.25 g | 2.25 g |
| 6 g per night | 3 g | 3 g |
| 7.5 g per night | 3.75 g | 3.75 g |
| 9 g per night | 4.5 g | 4.5 g |

Note: Some patients may achieve better responses with unequal nightly doses at bedtime and 2.5 to 4 hours later.

## 2.2 Dosing Information in Pediatric Patients with Narcolepsy

For pediatric patients 7 years of age and older, XYWAV is administered orally twice per night. The recommended starting pediatric dosage, titration regimen, and maximum total nightly dosage are based on patient weight, as specified in Table 2. The dosage may be gradually titrated based on efficacy and tolerability. Doses higher than 9 g per night have not been studied and ordinarily should not be administered.

**Table 2: Recommended XYWAV Dosage for Patients 7 Years of Age and Older***

| Patient Weight | Initial Dosage | | Maximum Weekly Dosage Increase | | Maximum Recommended Dosage | |
|---|---|---|---|---|---|---|
| | Take at Bedtime: | Take 2.5 to 4 Hours Later: | Take at Bedtime: | Take 2.5 to 4 Hours Later: | Take at Bedtime: | Take 2.5 to 4 Hours Later: |
| <20 kg** | There is insufficient information to provide specific dosing recommendations for patients who weigh less than 20 kg. | | | | | |
| 20 kg to <30 kg | ≤1 g | ≤1 g | 0.5 g | 0.5 g | 3 g | 3 g |
| 30 kg to <45 kg | ≤1.5 g | ≤1.5 g | 0.5 g | 0.5 g | 3.75 g | 3.75 g |
| ≥45 kg | ≤2.25 g | ≤2.25 g | 0.75 g | 0.75 g | 4.5 g | 4.5 g |

* For patients who sleep more than 8 hours per night, the first nightly dose of XYWAV may be given at bedtime or after an initial period of sleep.

** If XYWAV is used in patients 7 years of age and older who weigh less than 20 kg, a lower starting dosage, lower maximum weekly dosage increases, and lower total maximum nightly dosage should be considered.

Note: Some patients may achieve better responses with unequal nightly doses at bedtime and 2.5 to 4 hours later.

JPION00472954

## 2.3 Dosing Information in Adult Patients with Idiopathic Hypersomnia (IH)

The dosage and regimen of XYWAV should be individualized based on clinical presentation *[see Clinical Studies (14.3)]*.

XYWAV can be administered as a twice nightly or once nightly regimen. The recommended starting dose, titration guidance, and maximum nightly doses appear in Table 3:

**Table 3: Recommended Nightly Dosage in Adult Patients with IH**

| Dosing Regimen | Starting Nightly Dose | Titration Increments | Maximum Total Nightly Dose |
|---|---|---|---|
| Twice nightly*,† | ≤4.5 g per night divided into two doses (e.g., 2.25 g each) | ≤1.5 g per night per week (divided into two doses) | 9 g (divided into two doses) |
| Once nightly | ≤3 g per night | ≤1.5 g per night per week | 6 g |

\* Some patients may achieve better responses with unequal nightly doses at bedtime and 2.5 to 4 hours later.
† The first dose should be taken at bedtime and the second dose taken 2.5 to 4 hours later.

The increase in the total nightly dose should not exceed 1.5 g /week. During titration, the dosing regimen may be changed between twice nightly and once nightly, as needed based on efficacy and tolerability *[see Clinical Studies (14.3)]*. Doses higher than 9 g per night or single dose administrations higher than 6 g have not been studied and should not be administered.

## 2.4 Important Administration Instructions for All Patients

Administer XYWAV at least 2 hours after eating *[see Clinical Pharmacology (12.3)]*. Prepare all doses of XYWAV prior to bedtime. Prior to ingestion, each dose of XYWAV should be diluted with approximately ¼ cup (approximately 60 mL) of water in the empty pharmacy-provided containers. Solutions prepared following dilution should be consumed within 24 hours.

Patients should take each dose of XYWAV while in bed and lie down immediately after dosing, and remain in bed following ingestion of each dose. XYWAV may cause patients to fall asleep abruptly without first feeling drowsy *[see Adverse Reactions (6.2)]*.

Patients will often fall asleep within 5 minutes of taking XYWAV, and will usually fall asleep within 15 minutes, though the time it takes any individual patient to fall asleep may vary from night to night.

If dosing twice nightly, patients may need to set an alarm to awaken for the second dose. If the second dose is missed, that dose should be skipped and XYWAV should not be taken again until the next night. Two XYWAV doses should never be taken at one time.

## 2.5 Patients Transitioning from Xyrem to XYWAV

On the first night of dosing with XYWAV, initiate treatment at the same dose (gram for gram) and regimen as Xyrem. Titrate as needed based on efficacy and tolerability *[see Dosage and Administration (2.1)]*.

## 2.6 Dosage Modification in Patients with Hepatic Impairment

The recommended starting dosage in patients with hepatic impairment is one-half of the original dosage per night administered orally, divided into two doses *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.

## 2.7 Dosage Adjustment with Co-administration of Divalproex Sodium

When initiating divalproex sodium in patients taking a stable dosage of XYWAV, a reduction of the XYWAV dosage by at least 20% is recommended with initial concomitant use *[see Drug Interactions (7.2) and Clinical Pharmacology (12.3)]*. When initiating XYWAV in patients already taking divalproex sodium, a lower starting dosage of XYWAV is recommended.

5

Subsequently, the dosage of XYWAV can be adjusted based on individual clinical response and tolerability.

## 3   DOSAGE FORMS AND STRENGTHS

XYWAV is a clear to slightly opalescent oral solution at a total salt concentration of 0.5 g per mL. Each mL contains 0.5 of total salts present as 0.234 g calcium oxybate, 0.096 g magnesium oxybate, 0.13 g potassium oxybate, and 0.04 g sodium oxybate (equivalent to 0.413 g total oxybate).

## 4   CONTRAINDICATIONS

XYWAV is contraindicated for use in:

- combination with sedative hypnotics *[see Warnings and Precautions (5.1)]*.
- combination with alcohol *[see Warnings and Precautions (5.1, 5.2)]*.
- patients with succinic semialdehyde dehydrogenase deficiency *[see Clinical Pharmacology (12.3)]*.

## 5   WARNINGS AND PRECAUTIONS

### 5.1 Central Nervous System Depression

XYWAV is a central nervous system (CNS) depressant. Clinically significant respiratory depression and obtundation has occurred in adult patients taking sodium oxybate (same active moiety as XYWAV) at recommended doses in clinical trials and may occur in patients treated with XYWAV at recommended doses. XYWAV is contraindicated in combination with alcohol and sedative hypnotics. The concurrent use of XYWAV with other CNS depressants, including but not limited to opioid analgesics, benzodiazepines, sedating antidepressants or antipsychotics, sedating anti-epileptic drugs, general anesthetics, muscle relaxants, and/or illicit CNS depressants, may increase the risk of respiratory depression, hypotension, profound sedation, syncope, and death.

If use of these CNS depressants in combination with XYWAV is required, dose reduction or discontinuation of one or more CNS depressants (including XYWAV) should be considered. In addition, if short-term use of an opioid (e.g., post- or perioperative) is required, interruption of treatment with XYWAV should be considered.

Healthcare providers should caution patients about operating hazardous machinery, including automobiles or airplanes, until they are reasonably certain that XYWAV does not affect them adversely (e.g., impair judgment, thinking, or motor skills). Patients should not engage in hazardous occupations or activities requiring complete mental alertness or motor coordination, such as operating machinery or a motor vehicle or flying an airplane, for at least 6 hours after taking XYWAV. Patients should be queried about CNS depression-related events upon initiation of XYWAV therapy and periodically thereafter.

XYWAV is available only through a restricted program under a REMS *[see Warnings and Precautions (5.3)]*.

### 5.2 Abuse and Misuse

XYWAV is a Schedule III controlled substance. The active moiety of XYWAV is oxybate, also known as gamma-hydroxybutyrate (GHB), a Schedule I controlled substance. Abuse of illicit GHB, either alone or in combination with other CNS depressants, is associated with CNS adverse reactions, including seizure, respiratory depression, decreases in the level of consciousness, coma, and death. The rapid onset of sedation, coupled with the amnestic features of GHB, particularly when combined with alcohol, has proven to be dangerous for the voluntary and involuntary user (e.g., assault victim). Because illicit use and abuse of GHB have been

6

JPION00472956

reported, healthcare providers should carefully evaluate patients for a history of drug abuse and follow them closely, particularly for signs of misuse or abuse of GHB (including but not limited to increase in size or frequency of dosing, drug-seeking behavior, feigned cataplexy) *[see Drug Abuse and Dependence (9.2)]*. If abuse is suspected, treatment with XYWAV should be discontinued.

XYWAV is available only through a restricted program under a REMS *[see Warnings and Precautions (5.3)]*.

## 5.3 XYWAV and XYREM REMS

XYWAV is available only through a restricted distribution program called the XYWAV and XYREM REMS because of the risks of central nervous system depression, and abuse and misuse *[see Warnings and Precautions (5.1, 5.2)]*.

Notable requirements of the XYWAV and XYREM REMS include the following:
- Healthcare Providers who prescribe XYWAV are specially certified
- XYWAV will be dispensed only by the central pharmacy that is specially certified
- XYWAV will be dispensed and shipped only to patients who are enrolled in the XYWAV and XYREM REMS with documentation of safe use.

Further information is available at www.XYWAVXYREMREMS.com or 1-866-997-3688.

## 5.4 Respiratory Depression and Sleep-Disordered Breathing

XYWAV may impair respiratory drive, especially in patients with compromised respiratory function. In overdoses of oxybate and with illicit use of GHB, life-threatening respiratory depression has been reported *[see Overdosage (10)]*.

Increased apnea and reduced oxygenation may occur with XYWAV administration in adult and pediatric patients. A significant increase in the number of central apneas and clinically significant oxygen desaturation may occur in patients with obstructive sleep apnea treated with XYWAV.

In a study assessing the respiratory-depressant effects of Xyrem (same active moiety as XYWAV) at doses up to 9 g per night in 21 adult patients with narcolepsy, no dose-related changes in oxygen saturation were demonstrated in the group as a whole. One of the four patients with preexisting moderate-to-severe sleep apnea had significant worsening of the apnea/hypopnea index during treatment.

In a study assessing the effects of Xyrem 9 g per night in 50 adult patients with obstructive sleep apnea, Xyrem did not increase the severity of sleep-disordered breathing and did not adversely affect the average duration and severity of oxygen desaturation overall. However, there was a significant increase in the number of central apneas in patients taking Xyrem, and clinically significant oxygen desaturation ($\leq 55\%$) was measured in three patients (6%) after Xyrem administration, with one patient withdrawing from the study and two continuing after single brief instances of desaturation.

During polysomnographic evaluation (PSG), central sleep apnea and oxygen desaturation were observed in pediatric patients with narcolepsy treated with Xyrem.

Prescribers should be aware that increased central apneas and clinically relevant oxygen desaturation events have been observed with sodium oxybate administration in adult and pediatric patients.

In clinical trials of Xyrem in 128 adult patients with narcolepsy, two patients had profound CNS depression, which resolved after supportive respiratory intervention. Two other patients discontinued sodium oxybate because of severe difficulty breathing and an increase in obstructive sleep apnea. In two controlled trials assessing PSG measures in adult patients with narcolepsy, 40 of 477 patients were included with a baseline apnea/hypopnea index of 16 to

JPION00472957

67 events per hour, indicative of mild to severe sleep-disordered breathing. None of the 40 patients had a clinically significant worsening of respiratory function, as measured by apnea/hypopnea index and pulse oximetry at doses of 4.5 g to 9 g per night.

Prescribers should be aware that sleep-related breathing disorders tend to be more prevalent in obese patients, in men, in postmenopausal women not on hormone replacement therapy, and among patients with narcolepsy.

## 5.5 Depression and Suicidality

Depression, and suicidal ideation and behavior can occur in patients treated with XYWAV.

In Study 1 *[see Clinical Studies (14.1)]*, depression and depressed mood were reported in 3% and 4%, respectively, of patients treated with XYWAV. Two patients (1%) discontinued XYWAV because of depression, but in most cases, no change in XYWAV treatment was required.

In Study 2 *[see Clinical Studies (14.3)]*, depression and depressed mood were reported in 1 patient (1%) and in 5 patients (3%), respectively, of patients treated with XYWAV, all of whom continued XYWAV treatment.

In clinical trials of Xyrem (same active moiety as XYWAV) in adult patients with narcolepsy (n=781), there were two suicides and two attempted suicides in patients treated with Xyrem, including three patients with a previous history of depressive psychiatric disorder. Of the two suicides, one patient used Xyrem in conjunction with other drugs. Xyrem was not involved in the second suicide. Adverse reactions of depression were reported by 7% of 781 patients treated with Xyrem, with four patients (<1%) discontinuing because of depression. In most cases, no change in Xyrem treatment was required. In a clinical trial with Xyrem in pediatric patients with narcolepsy (n=104), one patient experienced suicidal ideation and two patients reported depression while taking Xyrem.

The emergence of depression in patients treated with XYWAV requires careful and immediate evaluation. Patients with a previous history of a depressive illness and/or suicide attempt should be monitored carefully for the emergence of depressive symptoms while taking XYWAV.

## 5.6 Other Behavioral or Psychiatric Adverse Reactions

Other behavioral and psychiatric adverse reactions can occur in patients taking XYWAV.

In Study 1, confusion occurred in 1% of patients treated with XYWAV and anxiety occurred in 5% of patients treated with XYWAV. One patient experienced visual hallucinations and confusion after ingesting approximately 9 grams of XYWAV.

In Study 2, confusion occurred in 3% of patients treated with XYWAV, and anxiety occurred in 16% patients treated with XYWAV. One patient experienced visual hallucinations which led to discontinuation of XYWAV.

Other neuropsychiatric reactions reported in clinical trials of Xyrem (same active moiety as XYWAV) in adult patients with narcolepsy and in the postmarketing setting included hallucinations, paranoia, psychosis, aggression, and agitation.

In a pediatric clinical trial with Xyrem in patients with narcolepsy, neuropsychiatric reactions, including acute psychosis, confusion, and anxiety, were reported while taking Xyrem.

The emergence or increase in the occurrence of behavioral or psychiatric events in patients taking XYWAV should be carefully monitored.

## 5.7 Parasomnias

Parasomnias can occur in patients taking XYWAV.

In Study 1, parasomnias, including sleepwalking, were reported in 6% of patients treated with XYWAV.

8

In Study 2, parasomnias, including sleepwalking, were reported in 5% of patients treated with XYWAV.

In a clinical trial of Xyrem (same active moiety as XYWAV) in adult patients with narcolepsy, five instances of sleepwalking with potential injury or significant injury were reported. Parasomnias, including sleepwalking, also have been reported in a pediatric clinical trial with sodium oxybate and in postmarketing experience with sodium oxybate.

Episodes of sleepwalking should be fully evaluated and appropriate interventions considered.

# 6   ADVERSE REACTIONS

The following clinically significant adverse reactions appear in other sections of the labeling:

- CNS depression *[see Warnings and Precautions (5.1)]*
- Abuse and Misuse *[see Warnings and Precautions (5.2)]*
- Respiratory Depression and Sleep-Disordered Breathing *[see Warnings and Precautions (5.4)]*
- Depression and Suicidality *[see Warnings and Precautions (5.5)]*
- Other Behavioral or Psychiatric Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Parasomnias *[see Warnings and Precautions (5.7)]*

## 6.1   Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

<u>Adult Patients with Narcolepsy</u>

The safety of XYWAV was evaluated in a 16-week double-blind placebo-controlled randomized-withdrawal study in patients with narcolepsy with cataplexy (Study 1), which was followed by an open-label extension phase lasting 24 weeks *[see Clinical Studies (14.1)]*. Study 1 included an open-label titration period (OL OTTP), a stable-dose period (SDP), and a double-blind, placebo-controlled, randomized-withdrawal period (DB RWP). A total of 201 patients, ages 18 to 70 years, received XYWAV at individually titrated doses for 14 weeks, followed by randomization to XYWAV or matching placebo for 2 weeks of treatment. The mean exposure to XYWAV during this study, including titration, the randomized withdrawal period, and the open-label extension, was 151 days. In patients who remained on treatment, adverse reactions tended to occur early and diminish over time.

*Adverse Reactions Leading to Treatment Discontinuation in Study 1*

In Study 1, 9 of 201 patients (4%) reported adverse reactions that led to withdrawal from the study (anxiety, decreased appetite, depressed mood, depression, fatigue, headache, irritability, nausea, pain in extremity, parasomnia, somnolence, and vomiting). The most common adverse reaction leading to discontinuation was nausea (1.5%). The majority of adverse reactions leading to discontinuation began during the first few weeks of treatment.

*Commonly Observed Adverse Reactions*

The most common adverse reactions in Study 1 (incidence ≥5% of XYWAV-treated patients) were headache, nausea, dizziness, decreased appetite, parasomnia, diarrhea, hyperhidrosis, anxiety, and vomiting.

9

*Adverse Reactions Occurring at an Incidence of 2% or Greater:*

Table 4 lists adverse reactions observed in the open-label titration and stable dose periods of Study 1 that occurred at a frequency of 2% or greater in adult patients treated with XYWAV.

**Table 4: Adverse Reactions Occurring in ≥2% of Adult Patients Treated with XYWAV in the Open-Label Titration and Stable Dose Periods in Study 1[*]**

| Adverse Reaction | Open-Label Titration Period + Stable Dose Period (14 weeks) (N=201) % |
|---|---|
| Headache | 20 |
| Nausea | 13 |
| Dizziness | 10 |
| Decreased appetite | 8 |
| Parasomnia[†] | 6 |
| Diarrhea | 6 |
| Hyperhidrosis[‡] | 6 |
| Anxiety[§] | 5 |
| Vomiting | 5 |
| Fatigue[¶] | 4 |
| Dry mouth | 4 |
| Depressed mood | 4 |
| Enuresis | 4 |
| Irritability | 3 |
| Paresthesia | 3 |
| Depression | 3 |
| Tremor | 3 |
| Somnolence | 2 |
| Muscle spasms | 2 |

[*]Adverse reactions related to XYWAV were reported less frequently, as an overall incidence, in patients on Xyrem at study entry than in Xyrem-naïve patients.
[†]Includes abnormal dreams, abnormal sleep-related event, rapid eye movements sleep abnormal, sleep paralysis, sleep talking, sleep terror, sleep-related eating disorder, somnambulism
[‡]Includes hyperhidrosis and night sweats
[§]Includes anxiety, agitation, panic attack, tension
[¶]Includes fatigue and asthenia

Pediatric Patients (7 Years of Age and Older) with Narcolepsy

In the pediatric clinical trial with Xyrem (same active moiety as XYWAV), 104 patients aged 7 to 17 years (37 patients aged 7 to 11 years; 67 patients aged 12 to 17 years) with narcolepsy received Xyrem for up to one year *[see Clinical Studies (14.2)]*. This study included

JPION00472960

an open-label safety continuation period in which eligible patients received Xyrem for up to an additional 2 years. The median and maximum exposure across the entire study were 371 and 987 days, respectively.

*Adverse Reactions Leading to Treatment Discontinuation*

In the pediatric clinical trial with Xyrem, 7 of 104 patients reported adverse reactions that led to withdrawal from the study (hallucination, tactile; suicidal ideation; weight decreased; sleep apnea syndrome; affect lability; anger, anxiety, depression; and headache).

*Adverse Reactions in the Xyrem Pediatric Clinical Trial*

The most common adverse reactions (≥5%) were nausea (20%), enuresis (19%), vomiting (18%), headache (17%), weight decreased (13%), decreased appetite (9%), dizziness (8%), and sleepwalking (6%).

Additional information regarding safety in pediatric patients appears in the following sections:

- Respiratory Depression and Sleep-Disordered Breathing *[see Warnings and Precautions (5.4)]*
- Depression and Suicidality *[see Warnings and Precautions (5.5)]*
- Other Behavioral or Psychiatric Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Parasomnias *[see Warnings and Precautions (5.7)]*

The overall adverse reaction profile of Xyrem in the pediatric clinical trial was similar to that seen in the adult clinical trial program. The safety profile in pediatric patients with XYWAV is expected to be similar to that of adult patients treated with XYWAV and to that of pediatric patients treated with Xyrem.

Adult Patients with Idiopathic Hypersomnia

The safety of XYWAV was evaluated in a double-blind placebo-controlled randomized-withdrawal study in patients with IH (Study 2). This study consisted of an open-label titration period (OL OTTP) up to 14 weeks, a stable-dose period (SDP) for 2 weeks, a double-blind, placebo-controlled, randomized-withdrawal period (DB RWP) for 2 weeks, and an open-label extension period for 24 weeks (all study periods up to 42 weeks) *[see Clinical Studies (14.3)]*. The study was conducted in 154 adult male and female patients ages 19 to 75 years of age with IH. The mean exposure to XYWAV during this study, including titration, the randomized withdrawal period, and the open-label extension, was 204 days. In patients who remained on treatment, adverse reactions tended to occur early and diminish over time.

*Adverse Reactions Leading to Treatment Discontinuation in Study 2*

In Study 2, across all study periods (excluding placebo during the DB RWP) (up to 42 weeks), 17 of 154 patients (11%) reported adverse reactions that led to withdrawal from the study (anxiety, nausea, insomnia, vomiting, fatigue, feeling abnormal, fall, decreased appetite, dizziness, paresthesia, tremor, parasomnia, confusional state, hallucination visual, and irritability). The most common adverse reaction leading to discontinuation was anxiety (3.2%). The majority of adverse reactions leading to discontinuation began during the first few weeks of treatment.

*Commonly Observed Adverse Reactions*

The most common adverse reactions in Study 2 (incidence ≥5% of XYWAV-treated patients) in addition to those observed in Study 1 as most common were insomnia, dry mouth, fatigue, somnolence, and tremor.

11

The safety profile observed in Study 2 was similar to that of Study 1. Adverse reactions occurring in ≥2% of patients treated with XYWAV in the open-label titration and stable dose periods in Study 2 are shown in Table 5:

**Table 5: Adverse Reactions Occurring in ≥2% of Patients Treated with XYWAV in the Open-Label Titration and Stable Dose Periods in Study 2**

| Adverse Reaction | Open-Label Titration Period + Stable Dose Period (up to 16 weeks) (N=154) % |
|---|---|
| Nausea | 21 |
| Headache | 16 |
| Anxiety[*] | 12 |
| Dizziness | 12 |
| Insomnia[†] | 9 |
| Hyperhidrosis[‡] | 8 |
| Decreased appetite | 8 |
| Vomiting | 7 |
| Dry mouth | 6 |
| Diarrhea | 5 |
| Fatigue[§] | 5 |
| Somnolence[¶] | 5 |
| Tremor | 5 |
| Parasomnia[#] | 5 |
| Balance disorder[♦] | 3 |
| Muscle spasms | 3 |
| Fall | 3 |
| Paresthesia | 3 |
| Snoring | 3 |
| Weight decreased | 3 |
| Bruxism | 3 |
| Confusional state | 3 |
| Depressed mood | 3 |
| Feeling drunk | 3 |
| Irritability | 3 |

12

**Table 5: Adverse Reactions Occurring in ≥2% of Patients Treated with XYWAV in the Open-Label Titration and Stable Dose Periods in Study 2**

| Adverse Reaction | Open-Label Titration Period + Stable Dose Period (up to 16 weeks) (N=154) % |
|---|---|

*includes anxiety, nervousness, and panic attack
†includes middle insomnia, initial insomnia, insomnia, and terminal insomnia
‡ includes hyperhidrosis and night sweats
§ includes fatigue and asthenia
¶includes somnolence and sedation
#includes confusional arousal, sleep paralysis, nightmare, sleep talking, somnambulism, and hypnopompic hallucination
♦includes balance disorder and ataxia

<u>Additional Adverse Reactions</u>

Adverse reactions observed in clinical studies with Xyrem (≥2%), but not observed in Study 1 or Study 2 at a frequency of higher than 2%, and which may be relevant for XYWAV:

Pain, pain in extremity, cataplexy, disturbance in attention, sleep paralysis, and disorientation.

## 6.2 Postmarketing Experience

The following adverse reactions have been identified during postapproval use of sodium oxybate. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure:

Arthralgia, fall*, fluid retention, hangover, hypersensitivity, hypertension, memory impairment, nocturia, and vision blurred.

*The sudden onset of sleep in patients taking sodium oxybate, including in a standing position or while rising from bed, has led to falls complicated by injuries, in some cases requiring hospitalization.

# 7   DRUG INTERACTIONS

## 7.1 Alcohol, Sedative Hypnotics, and CNS Depressants

XYWAV is contraindicated for use in combination with alcohol or sedative hypnotics. Use of other CNS depressants may potentiate the CNS-depressant effects of XYWAV *[see Warnings and Precautions (5.1)]*.

## 7.2 Divalproex Sodium

Concomitant use of sodium oxybate with divalproex sodium results in an increase in systemic exposure to GHB, which was shown to cause a greater impairment on some tests of attention and working memory in a clinical study *[see Clinical Pharmacology (12.3)]*. A similar increase in exposure is expected with concomitant use of XYWAV and divalproex sodium; therefore, an initial dose reduction of XYWAV is recommended when used concomitantly with divalproex sodium *[see Dosage and Administration (2.7)]*. Prescribers are advised to monitor patient response closely and adjust dose accordingly if concomitant use of XYWAV and divalproex sodium is warranted.

13

## 8    USE IN SPECIFIC POPULATIONS

### 8.1  Pregnancy
<u>Risk Summary</u>

There are no adequate data on the developmental risk associated with the use of XYWAV or sodium oxybate in pregnant women. Oral administration of sodium oxybate to pregnant rats (0, 150, 350, or 1,000 mg/kg/day) or rabbits (0, 300, 600, or 1,200 mg/kg/day) throughout organogenesis produced no clear evidence of developmental toxicity; however, oral administration to rats throughout pregnancy and lactation resulted in increased stillbirths and decreased offspring postnatal viability and growth, at a clinically relevant dose *[see Data]*.

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively. The background risk of major birth defects and miscarriage for the indicated population is unknown.

<u>Clinical Considerations</u>
*Labor or Delivery*

XYWAV has not been studied in labor or delivery. In obstetric anesthesia using an injectable formulation of sodium oxybate, newborns had stable cardiovascular and respiratory measures but were very sleepy, causing a slight decrease in Apgar scores. There was a fall in the rate of uterine contractions 20 minutes after injection. Placental transfer is rapid, and gamma-hydroxybutyrate (GHB) has been detected in newborns at delivery after intravenous administration of GHB to mothers. Subsequent effects of sodium oxybate on later growth, development, and maturation in humans are unknown.

<u>Data</u>
*Animal Data*

Oral administration of sodium oxybate to pregnant rats (0, 150, 350, or 1,000 mg/kg/day) or rabbits (0, 300, 600, or 1,200 mg/kg/day) throughout organogenesis produced no clear evidence of developmental toxicity. The highest doses of sodium oxybate tested in rats and rabbits were approximately 1 and 3 times, respectively, the maximum recommended human dose (MRHD) of 9 g per night on a body surface area ($mg/m^2$) basis.

Additionally, oral administration of sodium oxybate (0, 150, 350, or 1,000 mg/kg/day) to rats throughout pregnancy and lactation resulted in increased stillbirths and decreased offspring postnatal viability and body weight gain at the highest dose tested. The no-effect dose for pre- and post-natal developmental toxicity in rats is less than the MRHD on a $mg/m^2$ basis.

### 8.2  Lactation
<u>Risk Summary</u>

GHB is excreted in human milk after oral administration of sodium oxybate. There is insufficient information on the risk to a breastfed infant, and there is insufficient information on milk production in nursing mothers. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for XYWAV and any potential adverse effects on the breastfed infant from XYWAV or from the underlying maternal condition.

### 8.4  Pediatric Use
<u>Narcolepsy</u>

The safety and effectiveness of XYWAV for the treatment of cataplexy or excessive daytime sleepiness in pediatric patients 7 years of age and older with narcolepsy have been established. XYWAV has not been studied in a pediatric clinical trial. Use of XYWAV in pediatric patients 7 years of age and older with narcolepsy is supported by evidence from an

14

adequate and well-controlled study of sodium oxybate in pediatric patients 7 to 17 years of age, a study in adults showing a treatment effect of XYWAV similar to that observed with sodium oxybate, pharmacokinetic data of sodium oxybate from adult and pediatric patients, and pharmacokinetic data of XYWAV from healthy adult volunteers *[see Adverse Reactions (6.1) and Clinical Studies (14.1, 14.2)]*.

In the pediatric clinical trial with sodium oxybate administration in patients with narcolepsy, serious adverse reactions of central sleep apnea and oxygen desaturation documented by polysomnography evaluation; depression; suicidal ideation; neuropsychiatric reactions including acute psychosis, confusion, and anxiety; and parasomnias, including sleepwalking, have been reported *[see Warnings and Precautions (5.4, 5.5, 5.6, 5.7) and Adverse Reactions (6.1)]*.

Safety and effectiveness of XYWAV for the treatment of cataplexy or excessive daytime sleepiness in pediatric patients below the age of 7 years have not been established.

Idiopathic Hypersomnia

Safety and effectiveness of XYWAV for the treatment of idiopathic hypersomnia in pediatric patients have not been established.

Juvenile Animal Toxicity Data

In a study in which sodium oxybate (0, 100, 300, or 900 mg/kg/day) was orally administered to rats during the juvenile period of development (postnatal days 21 through 90), mortality was observed at the two highest doses tested. Deaths occurred during the first week of dosing and were associated with clinical signs (including decreased activity and respiratory rate) consistent with the pharmacological effects of the drug. Reduced body weight gain in males and females and delayed sexual maturation in males were observed at the highest dose tested. The no-effect dose for adverse effects in juvenile rats is associated with plasma exposures (AUC) less than that at the maximum recommended human dose (9 g/night).

**8.5 Geriatric Use**

Clinical studies of XYWAV or Xyrem in patients with narcolepsy or IH did not include sufficient numbers of subjects age 65 years and older to determine whether they respond differently from younger subjects.

In clinical studies of sodium oxybate in another population, 39 (5%) of 874 patients were 65 years or older. Discontinuations of treatment due to adverse reactions were increased in the elderly compared to younger adults (21% vs. 19%). Frequency of headaches was markedly increased in the elderly (39% vs. 19%). The most common adverse reactions were similar in both age categories. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

**8.6 Hepatic Impairment**

Because of an increase in exposure to XYWAV, the starting dose should be reduced by half in patients with hepatic impairment *[see Dosage and Administration (2.6) and Clinical Pharmacology (12.3)]*.

# 9    DRUG ABUSE AND DEPENDENCE

## 9.1  Controlled Substance

XYWAV is a Schedule III controlled substance under the Federal Controlled Substances Act. Non-medical use of XYWAV could lead to penalties assessed under the higher Schedule I controls.

JPION00472965

## 9.2  Abuse

The active moiety of XYWAV, oxybate, produces dose-dependent central nervous system effects, including hypnotic and positive subjective reinforcing effects. The onset of effect is rapid, enhancing its potential for abuse or misuse.

Drug abuse is the intentional non-therapeutic use of a drug product or substance, even once, for its desirable psychological or physiological effects. Misuse is the intentional use, for therapeutic purposes of a drug by an individual in a way other than prescribed by a health care provider or for whom it was not prescribed. Drug misuse and abuse may occur with or without progression to addiction. Drug addiction is a cluster of behavioral, cognitive, and physiological phenomena that may include a strong desire to take the drug, difficulties in controlling drug use (e.g., continuing drug use despite harmful consequences, giving a higher priority to drug use than other activities and obligations), and possible tolerance or physical dependence.

The rapid onset of sedation, coupled with the amnestic features of GHB, particularly when combined with alcohol, has proven to be dangerous for the voluntary and involuntary user (e.g., assault victim).

Illicit GHB is abused in social settings primarily by young adults. Some of the doses estimated to be abused are in a similar dosage range to that used for treatment of patients with cataplexy. GHB has some commonalities with ethanol over a limited dose range, and some cross tolerance with ethanol has been reported as well. Cases of severe dependence and craving for GHB have been reported when the drug is taken around the clock. Patterns of abuse indicative of dependence include: 1) the use of increasingly large doses, 2) increased frequency of use, and 3) continued use despite adverse consequences.

Because illicit use and abuse of GHB have been reported, physicians should carefully evaluate patients for a history of drug abuse and follow such patients closely, observing them for signs of misuse or abuse of GHB (e.g., increase in size or frequency of dosing, drug-seeking behavior, feigned cataplexy). Dispose of XYWAV according to state and federal regulations. It is safe to dispose of XYWAV down the sanitary sewer.

## 9.3  Dependence

Dependence

Physical dependence is a state that develops as a result of physiological adaptation in response to repeated drug use, manifested by withdrawal signs and symptoms after abrupt discontinuation or a significant dose reduction of a drug. There have been case reports of withdrawal, ranging from mild to severe, following discontinuation of illicit use of GHB at frequent repeated doses (18 g to 250 g per day) in excess of the recommended dosage range. Signs and symptoms of GHB withdrawal following abrupt discontinuation included insomnia, restlessness, anxiety, psychosis, lethargy, nausea, tremor, sweating, muscle cramps, tachycardia, headache, dizziness, rebound fatigue and sleepiness, confusion, and, particularly in the case of severe withdrawal, visual hallucinations, agitation, and delirium. These symptoms generally abated in 3 to 14 days. In cases of severe withdrawal, hospitalization may be required. In the clinical trial experience with Xyrem in narcolepsy/cataplexy patients at recommended doses, two patients reported anxiety and one reported insomnia following abrupt discontinuation at the termination of the clinical trial; in the two patients with anxiety, the frequency of cataplexy had increased markedly at the same time. In the XYWAV clinical trial in adult narcolepsy/cataplexy patients at recommended doses, one patient reported insomnia following abrupt discontinuation of XYWAV. In the XYWAV clinical trial in adult idiopathic hypersomnia patients at recommended doses, six patients reported insomnia, two patients reported early insomnia, and

16

one patient reported visual and auditory hallucinations following abrupt discontinuation of XYWAV.

<u>Tolerance</u>

Tolerance is a physiological state characterized by a reduced response to a drug after repeated administration (i.e., a higher dose of a drug is required to produce the same effect that was once obtained at a lower dose). Tolerance to XYWAV has not been systematically studied in controlled clinical trials. There have been some case reports of symptoms of tolerance developing after illicit use at dosages far in excess of the recommended XYWAV dosage regimen. Clinical studies of sodium oxybate in the treatment of alcohol withdrawal suggest a potential cross-tolerance with alcohol. The safety and effectiveness of XYWAV in the treatment of alcohol withdrawal have not been established.

# 10   OVERDOSAGE

## 10.1 Human Experience

Information regarding overdose with XYWAV is derived largely from reports in the medical literature that describe symptoms and signs in individuals who have ingested GHB illicitly. In these circumstances the co-ingestion of other drugs and alcohol was common, and may have influenced the presentation and severity of clinical manifestations of overdose.

In adult clinical trials with Xyrem (same active moiety as XYWAV), two cases of overdose were reported. In the first case, an estimated dose of 150 g, more than 15 times the maximum recommended dose, caused a patient to be unresponsive with brief periods of apnea and to be incontinent of urine and feces. This individual recovered without sequelae. In the second case, death was reported following a multiple drug overdose consisting of Xyrem and numerous other drugs. No cases of overdose (greater than 9 g) with XYWAV were reported in the XYWAV clinical trials.

## 10.2 Signs and Symptoms

Information about signs and symptoms associated with overdosage with XYWAV derives from reports of illicit use of GHB. Patient presentation following overdose is influenced by the dose ingested, the time since ingestion, the co-ingestion of other drugs and alcohol, and the fed or fasted state. Patients have exhibited varying degrees of depressed consciousness that may fluctuate rapidly between a confusional, agitated combative state with ataxia and coma. Emesis (even when obtunded), diaphoresis, headache, and impaired psychomotor skills have been observed. No typical pupillary changes have been described to assist in diagnosis; pupillary reactivity to light is maintained. Blurred vision has been reported. An increasing depth of coma and acidosis have been observed at higher doses. Myoclonus and tonic-clonic seizures have been reported. Respiration may be unaffected or compromised in rate and depth. Cheyne-Stokes respiration and apnea have been observed. Bradycardia and hypothermia may accompany unconsciousness, as well as muscular hypotonia, but tendon reflexes remain intact.

## 10.3 Recommended Treatment of Overdose

General symptomatic and supportive care should be instituted immediately, and gastric decontamination may be considered if co-ingestants are suspected. Because emesis may occur in the presence of obtundation, appropriate posture (left lateral recumbent position) and protection of the airway by intubation may be warranted. Although the gag reflex may be absent in deeply comatose patients, even unconscious patients may become combative to intubation, and rapid-sequence induction (without the use of sedative) should be considered. Vital signs and consciousness should be closely monitored. The bradycardia reported with GHB overdose has been responsive to atropine intravenous administration. No reversal of the central depressant

JPION00472967

effects of XYWAV can be expected from naloxone or flumazenil administration. The use of hemodialysis and other forms of extracorporeal drug removal have not been studied in GHB overdose, but have been reported in cases of acidosis associated with GHB ingestions of 125 g or greater; however, due to the rapid metabolism of oxybate, these measures may not be warranted.

## 10.4 Poison Control Center

As with the management of all cases of drug overdosage, the possibility of multiple drug ingestion should be considered. The healthcare provider is encouraged to collect urine and blood samples for routine toxicologic screening, and to consult with a regional poison control center (1-800-222-1222) for current treatment recommendations.

# 11   DESCRIPTION

XYWAV oral solution contains oxybate, a CNS depressant. The chemical name of oxybate is gamma-hydroxybutyrate (GHB). XYWAV contains a mixture of calcium oxybate, magnesium oxybate, potassium oxybate, and sodium oxybate equivalent to 0.5 g/mL, which corresponds to 0.413 g/mL oxybate.

Each mL of XYWAV contains: 0.234 g calcium oxybate, $Ca(C_4H_7O_3)_2$; 0.096 g magnesium oxybate, $Mg(C_4H_7O_3)_2$; 0.13 g potassium oxybate, $K(C_4H_7O_3)$; and 0.04 g sodium oxybate, $Na(C_4H_7O_3)$ in dissociated form in the solution. The molecular weights of each are as follows: calcium oxybate is 246.3, magnesium oxybate is 230.5, potassium oxybate is 142.2, and sodium oxybate is 126.1.

The chemical structure is:

$y$=1 for $Na^+$ and $K^+$; $y$=2 for $Mg^{2+}$ and $Ca^{2+}$

The inactive ingredients are purified water and sucralose.

XYWAV contains no ingredient made from a gluten-containing grain (wheat, barley, or rye).

# 12   CLINICAL PHARMACOLOGY

## 12.1 Mechanism of Action

XYWAV is a CNS depressant. The exact mechanism of action of XYWAV in the treatment of narcolepsy and idiopathic hypersomnia is unknown. XYWAV is a mixture of calcium oxybate, magnesium oxybate, potassium oxybate, and sodium oxybate (gamma-hydroxybutyrate). Gamma-hydroxybutyrate (GHB) is an endogenous compound and metabolite of the neurotransmitter GABA. It is hypothesized that the therapeutic effects of XYWAV are mediated through $GABA_B$ actions during sleep at noradrenergic and dopaminergic neurons, as well as at thalamocortical neurons.

18

JPION00472968

## 12.3  Pharmacokinetics

Pharmacokinetics of GHB are nonlinear and are similar following single or repeat dosing. The pharmacokinetics of oxybate following administration of XYWAV are similar between healthy subjects and patients with narcolepsy or patients with idiopathic hypersomnia.

<u>Absorption</u>

Following oral administration of XYWAV, the average time to peak plasma concentration ($T_{max}$) was about 1.3 hours in healthy adults in the fasted state.

Following oral administration of XYWAV, the plasma levels of GHB increased more than dose-proportionally, with $C_{max}$ increasing approximately 2-fold and AUC increasing 2.9-fold as the dose was doubled from 2.25 g to 4.5 g.

*Effect of Food*

Administration of XYWAV immediately after a high-fat meal resulted in a mean reduction in $C_{max}$ of GHB by 33%, and mean reduction in systemic exposure (AUC) by 16% *[see Dosage and Administration (2.4)]*.

<u>Distribution</u>

GHB has an apparent volume of distribution averaging 190 mL/kg to 384 mL/kg. At GHB concentrations ranging from 3 mcg/mL to 300 mcg/mL. Less than 1% is bound to plasma proteins.

<u>Elimination</u>
*Metabolism*

Animal studies indicate that metabolism is the major elimination pathway for GHB, producing carbon dioxide and water via the tricarboxylic acid (Krebs) cycle and secondarily by beta-oxidation. The primary pathway involves a cytosolic $NADP^+$-linked enzyme, GHB dehydrogenase, that catalyzes the conversion of GHB to succinic semialdehyde, which is then biotransformed to succinic acid by the enzyme succinic semialdehyde dehydrogenase. Succinic acid enters the Krebs cycle where it is metabolized to carbon dioxide and water. A second mitochondrial oxidoreductase enzyme, a transhydrogenase, also catalyzes the conversion to succinic semialdehyde in the presence of α-ketoglutarate. An alternate pathway of biotransformation involves β-oxidation via 3,4-dihydroxybutyrate to carbon dioxide and water. No active metabolites have been identified.

*Excretion*

The clearance of GHB is almost entirely by biotransformation to carbon dioxide, which is then eliminated by expiration. On average, less than 5% of unchanged drug appears in human urine within 6 to 8 hours after dosing. Fecal excretion is negligible. GHB has a mean terminal elimination half-life of 0.66 hours.

<u>Specific Populations</u>
*Geriatric Patients*

There is limited experience with sodium oxybate and no experience with XYWAV in the elderly. Results from a pharmacokinetic study (n=20) in another studied population indicate that the pharmacokinetic characteristics of GHB are consistent among younger (ages 48 to 64 years) and older (ages 65 to 75 years) adults.

*Pediatric Patients*

The pharmacokinetics of XYWAV has not been directly evaluated in pediatric patients.

The pharmacokinetics of sodium oxybate was evaluated in pediatric patients aged 7 to 17 years and demonstrated similar PK properties as adults. A population pharmacokinetic model

JPION00472969

was developed with sodium oxybate data from pediatric and adult patients and healthy volunteers and with XYWAV data from healthy adult volunteers. The population PK model analyses demonstrate that body weight is the major intrinsic factor affecting GHB pharmacokinetics following sodium oxybate or XYWAV dosing. Additionally, XYWAV has similar PK characteristics (more than dose proportionality) as sodium oxybate in pediatric patients, supporting the same dose regimen as sodium oxybate and 1-to-1 dose switch from sodium oxybate to XYWAV in pediatric patients.

*Male and Female Patients*

In a study of 18 female and 18 male healthy adult volunteers, no gender differences were detected in the pharmacokinetics of GHB following a single Xyrem oral dose of 4.5 g.

*Racial or Ethnic Groups*

There are insufficient data to evaluate any pharmacokinetic differences among races.

*Patients with Renal Impairment*

No pharmacokinetic study in patients with renal impairment has been conducted.

*Patients with Hepatic Impairment*

The pharmacokinetics of GHB in 16 cirrhotic patients, half without ascites (Child's Class A) and half with ascites (Child's Class C), were compared to the kinetics in 8 subjects with normal hepatic function after a single sodium oxybate oral dose of 25 mg/kg. AUC values were double in the cirrhotic patients, with apparent oral clearance reduced from 9.1 mL/min/kg in healthy adults to 4.5 and 4.1 mL/min/kg in Class A and Class C patients, respectively. Elimination half-life was significantly longer in Class C and Class A patients than in control patients (mean $t_{1/2}$ of 59 and 32 minutes, respectively, versus 22 minutes). The starting dose of XYWAV should be reduced in patients with hepatic impairment *[see Dosage and Administration (2.6) and Use in Specific Populations (8.6)]*.

Drug Interactions Studies

Studies *in vitro* with pooled human liver microsomes indicate that sodium oxybate does not significantly inhibit the activities of the human isoenzymes CYP1A2, CYP2C9, CYP2C19, CYP2D6, CYP2E1, or CYP3A up to the concentration of 3 mM (378 mcg/mL), a level considerably higher than levels achieved with recommended doses.

Drug interaction studies in healthy adults (age 18 to 50 years) were conducted with sodium oxybate and divalproex sodium, diclofenac, and ibuprofen.

- Divalproex sodium: Co-administration of sodium oxybate (6 g per day as two equal doses of 3 grams dosed four hours apart) with divalproex sodium (valproic acid, 1250 mg per day) increased mean systemic exposure to GHB as shown by AUC by approximately 25% (AUC ratio range of 0.8 to 1.7), while $C_{max}$ was comparable. Co-administration did not appear to affect the pharmacokinetics of valproic acid. A greater impairment on some tests of attention and working memory was observed with co-administration of both drugs than with either drug alone *[see Drug Interactions (7.2) and Dosage and Administration (2.7)]*.
- Diclofenac: Co-administration of sodium oxybate (6 g per day as two equal doses of 3 grams dosed four hours apart) with diclofenac (50 mg/dose twice per day) showed no significant differences in systemic exposure to GHB. Co-administration did not appear to affect the pharmacokinetics of diclofenac.
- Ibuprofen: Co-administration of sodium oxybate (6 g per day as two equal doses of 3 grams dosed four hours apart) with ibuprofen (800 mg/dose four times per day also dosed four hours apart) resulted in comparable systemic exposure to GHB as shown by

20

plasma $C_{max}$ and AUC values. Co-administration did not affect the pharmacokinetics of ibuprofen.

Drug interaction studies in healthy adults demonstrated no pharmacokinetic interactions between sodium oxybate and protriptyline hydrochloride, zolpidem tartrate, and modafinil. Also, there were no pharmacokinetic interactions with the alcohol dehydrogenase inhibitor fomepizole. However, pharmacodynamic interactions with these drugs cannot be ruled out. Alteration of gastric pH with omeprazole produced no significant change in the pharmacokinetics of GHB. In addition, drug interaction studies in healthy adults demonstrated no pharmacokinetic or clinically significant pharmacodynamic interactions between sodium oxybate and duloxetine HCl.

## 13   NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

Administration of sodium oxybate to rats at oral doses of up to 1,000 mg/kg/day for 83 (males) or 104 (females) weeks resulted in no increase in tumors. Plasma exposure (AUC) at the highest dose tested was 2 times that in humans at the maximum recommended human dose (MRHD) of 9 g per night.

The results of 2-year carcinogenicity studies in mouse and rat with gamma-butyrolactone, a compound that is metabolized to oxybate *in vivo,* showed no clear evidence of carcinogenic activity. The plasma AUCs of oxybate achieved at the highest doses tested in these studies were less than that in humans at the MRHD.

Mutagenesis

Sodium oxybate was negative in the *in vitro* bacterial gene mutation assay, an *in vitro* chromosomal aberration assay in mammalian cells, and in an *in vivo* rat micronucleus assay.

Impairment of Fertility

Oral administration of sodium oxybate (0, 150, 350, or 1,000 mg/kg/day) to male and female rats prior to and throughout mating and continuing in females through early gestation resulted in no adverse effects on fertility. The highest dose tested is approximately equal to the MRHD on a mg/m$^2$ basis.

## 14   CLINICAL STUDIES

### 14.1 Cataplexy and Excessive Daytime Sleepiness (EDS) in Adult Narcolepsy

Efficacy of XYWAV for the treatment of cataplexy and excessive daytime sleepiness in adult patients with narcolepsy was established in a double-blind, placebo-controlled, randomized-withdrawal study (Study 1; NCT03030599). This study had two parts, consisting of the main study, followed by an optional 24-week open-label extension (OLE). The main study consisted of a 12-week open-label optimized treatment and titration period (OL OTTP), followed by a 2-week stable-dose period (SDP), and finally a 2-week double-blind randomized-withdrawal period (DB RWP).

Study 1 enrolled 201 patients with narcolepsy with cataplexy, 18 to 70 years of age, with a baseline history of at least 14 cataplexy attacks in a typical 2-week period prior to any treatment for narcolepsy symptoms. Of the 201 patients, 134 were randomized 1:1 to continue treatment with XYWAV or to placebo in the 2-week DB RWP. In the safety population, overall, the median age was 36.0 years (range: 18 to 70). The majority of subjects were female (61%), and most were white (88%) and not Hispanic or Latino (84%).

21

JPION00472971

Patients entering the study were taking a stable dosage of 1) Xyrem only, 2) Xyrem + another anticataplectic, 3) a non-Xyrem anticataplectic, or 4) were cataplexy-treatment naïve. Patients taking Xyrem at study entry were switched (at a gram for gram dose) from Xyrem to XYWAV for a minimum of 2 weeks and titrated, if needed, to a stable, tolerable, and effective dosage over 8 weeks. Most patients who switched from Xyrem to XYWAV (41/59; 69%) had no change in dosage from study entry to the stable dose period; 27% (16/59) had an increase in dosage, and 3% (2/59) had a decrease in dosage. Among patients whose dosage was changed, most changes were within one titration step (≤1.5 g). Patients not taking Xyrem at study entry were initiated at 4.5 g/night of XYWAV and titrated at a rate of 1 or 1.5 g/night/week to a tolerable dose of XYWAV. Patients taking an anticataplectic other than Xyrem were tapered off the non-Xyrem anticataplectic over 2 to 8 weeks. All patients continued to receive XYWAV only, for the treatment of cataplexy during the last 2 weeks of the OL OTTP.

CNS stimulants were allowed at entry, and approximately 59% of patients continued taking a stable dose of stimulant throughout the SDP and DB RWP.

The total nightly dose of XYWAV was administered in two equally divided doses in 90% (62/69) of patients. Unequal doses were administered in 10% (7/69) of patients treated with XYWAV.

The primary efficacy endpoint was the change in frequency of cataplexy attacks from the 2 weeks of the SDP to the 2 weeks of the DB RWP. The key secondary endpoint was the change in the Epworth Sleepiness Scale (ESS) score, as a measure of reduction in EDS from the end of the SDP to the end of the DB RWP.

Patients taking stable doses of XYWAV who discontinued XYWAV treatment and were randomized to placebo during the DB RWP experienced a significant worsening in the average weekly number of cataplexy attacks and in ESS score, compared with patients randomized to continue treatment with XYWAV (see Table 6).

**Table 6: Mean and Median Number of Weekly Cataplexy Attacks and Epworth Sleepiness Scale (ESS)**

|  | Average Weekly Number of Cataplexy Attacks | | ESS SCORE | |
|---|---|---|---|---|
|  | Placebo (N=65) | XYWAV (N=69) | Placebo (N=65) | XYWAV (N=69) |
| **Baseline (2 Weeks of the Stable Dose Period)** | | | | |
| Mean (SD) | 7.2 (14.4) | 8.9 (16.8) | 12.6 (5.5) | 13.6 (5.3) |
| Median | 1.0 | 1.1 | 13.0 | 14.0 |
| **Change from Baseline (2 Weeks of the Stable Dose Period) to the 2 Weeks of the DB RWP** | | **Change from End of Stable Dose Period to End of DB RWP** | | |
| Mean (SD) | 11.5 (24.8) | 0.1 (5.8) | 3.0 (4.7) | 0.0 (2.9) |
| Median | 2.4 | 0.0 | 2.0 | 0.0 |
| p-value | <0.0001 | | <0.0001 | |

DB RWP=Double-blind Randomized-withdrawal Period; SD=standard deviation

## 14.2 Cataplexy and Excessive Daytime Sleepiness in Pediatric Narcolepsy

The effectiveness of XYWAV in pediatric patients is based upon a clinical study in patients treated with Xyrem, as described below, and additional pharmacokinetic information *[see Use in Specific Populations (8.4)]*.

The effectiveness of Xyrem in the treatment of cataplexy and excessive daytime sleepiness in pediatric patients 7 years of age and older with narcolepsy was established in a double-blind,

22

placebo-controlled, randomized-withdrawal study (NCT02221869). The study was conducted in 106 pediatric patients (median age: 12 years; range: 7 to 17 years) with a baseline history of at least 14 cataplexy attacks in a typical 2-week period prior to any treatment for narcolepsy symptoms. Of the 106 patients, 2 did not receive study drug and 63 patients were randomized 1:1 either to continued treatment with Xyrem or to placebo. Randomization to placebo was stopped early as the efficacy criterion was met at the pre-planned interim analysis.

Patients entered the study either taking a stable dosage of Xyrem or were Xyrem-naïve. CNS stimulants were allowed at entry, and approximately 50% of patients continued taking a stable dose of stimulant throughout the stable-dose and double-blind periods. Xyrem-naïve patients were initiated and titrated based on body weight over a period of up to 10 weeks. The total nightly dose was administered in two divided doses, with the first dose given at nighttime and the second given 2.5 to 4 hours later *[see Dosage and Administration (2.2)]*. Once a stable dosage of Xyrem had been achieved, these patients entered the 2-week stable-dose period; patients on a stable dosage of Xyrem at study entry remained on this dosage for 3 weeks prior to randomization. Efficacy was established at dosages ranging from 3 g to 9 g of Xyrem per night.

The primary efficacy measure was the change in frequency of cataplexy attacks. In addition, change in cataplexy severity was evaluated with the Clinical Global Impression of Change for cataplexy severity. The efficacy of Xyrem in the treatment of excessive daytime sleepiness in pediatric patients with narcolepsy was evaluated with the change in the Epworth Sleepiness Scale (Child and Adolescent) score. The Epworth Sleepiness Scale (Child and Adolescent) is a modified version of the scale used in the adult clinical trial described above. The overall change in narcolepsy condition was assessed by the Clinical Global Impression of Change for narcolepsy overall. Efficacy was assessed during or at the end of the 2-week double-blind treatment period, relative to the last 2 weeks or end of the stable-dose period (see Tables 7 and 8).

Pediatric patients taking stable dosages of Xyrem who discontinued Xyrem treatment and were randomized to placebo during the double-blind treatment period experienced a statistically significant increase in weekly cataplexy attacks compared with patients who were randomized to continue treatment with Xyrem. Patients randomized to receive placebo during the double-blind treatment period experienced a statistically significant worsening of EDS compared with patients randomized to continue receiving Xyrem (see Table 7).

**Table 7: Number of Weekly Cataplexy Attacks and Epworth Sleepiness Scale (Child and Adolescent) Score**

| Treatment Group | Baseline[*],[†] | Double-blind Treatment Period[‡],[§] | Median Change from Baseline | Comparison to Placebo (p-value[¶]) |
|---|---|---|---|---|
| **Median Number of Cataplexy Attacks (attacks/week)** | | | | |
| **Placebo** (n=32) | 4.7 | 21.3 | 12.7 | - |
| **Xyrem** (n=31) | 3.5 | 3.8 | 0.3 | <0.0001 |
| **Median Epworth Sleepiness Scale (Child and Adolescent) Score** | | | | |
| **Placebo** (n=31**) | 11 | 12 | 3 | - |
| **Xyrem** (n=30**) | 8 | 9 | 0 | 0.0004 |

[*]  For weekly number of cataplexy attacks, baseline value is calculated from the last 14 days of the stable-dose period.
[†]  For Epworth Sleepiness Scale score, baseline value is collected at the end of stable-dose period.
[‡]  Weekly number of cataplexy attacks is calculated from all days within the double-blind treatment period.

23

JPION00472973

§ For Epworth Sleepiness Scale, value is collected at the end of the double-blind treatment period.
¶ P-value from rank-based analysis of covariance (ANCOVA) with treatment as a factor and rank baseline value as a covariate.
** One patient in each of the treatment groups did not have baseline ESS score available and were not included in this analysis.

Patients randomized to receive placebo during the double-blind treatment period experienced a statistically significant worsening of cataplexy severity and narcolepsy overall according to the clinician's assessment compared with patients randomized to continue receiving Xyrem (see Table 8).

**Table 8: Clinical Global Impression of Change (CGIc) for Cataplexy Severity and Narcolepsy Overall**

| Worsened, %† | CGIc Cataplexy Severity* | | CGIc Narcolepsy Overall* | |
|---|---|---|---|---|
| | Placebo (n=32) | Xyrem (n=29) ‡ | Placebo (n=32) | Xyrem (n=29) ‡ |
| Much worse or very much worse | 66% | 17% | 59% | 10% |
| p-value§ | 0.0001 | | <0.0001 | |

* Responses indicate change of severity or symptoms relative to receiving Xyrem treatment at baseline.
† Percentages based on total number of observed values.
‡ Two patients randomized to Xyrem did not have the CGIc assessments completed and were excluded from the analysis.
§ P-value from Pearson's chi-square test.

## 14.3 Idiopathic Hypersomnia (IH) in Adults

Efficacy of XYWAV for the treatment of IH in adult patients as a once or twice nightly regimen was established in a double-blind, placebo-controlled, randomized-withdrawal, study (Study 2, NCT03533114). Study 2 consisted of a minimum of 10-week open-label treatment titration and optimization period (OL OTTP), (with up to 4 additional weeks) to allow for an optimally effective and tolerable dose and regimen followed by a 2-week stable dose period (SDP), a 2-week double-blind, randomized withdrawal period (DB RWP), and a 24-week open label safety extension period (OLE).

Study 2 enrolled 154 patients with idiopathic hypersomnia, 19 to 75 years of age. Of the 154 patients, 115 were evaluable for efficacy data and were randomized 1:1 to continue treatment with XYWAV or to placebo in the 2-week DB RWP. In the safety population, overall, the median age was 39 years (range: 19 to 75). At baseline, 2% of patients were taking Xyrem only, 4% of patients were taking Xyrem and an additional stimulant or alerting agent, 54% of patients were not currently taking Xyrem but were taking a stimulant or alerting agent, and 41% were treatment naïve. CNS stimulants were allowed at entry, and approximately 57% of patients continued taking a stable dose of stimulant throughout the SDP and DB RWP.

The majority of subjects were female (71%), and most were white (81%) and not Hispanic or Latino (79%).

The XYWAV dosing regimen was initiated at the discretion of the investigator according to clinical presentation. Patients were considered for XYWAV once nightly if they reported difficulty awakening as a result of sleep inertia or long sleep time. Patients were considered for twice nightly dosing if they reported disrupted nighttime sleep or difficulty with sleep maintenance. For twice nightly regimens, doses were divided equally or unequally, with the first dose administered at bedtime and the second dose administered 2.5 to 4 hours later.

Based on clinical response during the OTTP, investigators were permitted to switch patients between twice nightly and once nightly dosing regimens. When patients were switched from a twice nightly to a once nightly dosing regimen, the total nightly dose was initially the same as the first dose of the twice nightly dosing regimen. When patients were switched from a once

24

JPION00472974

nightly to a twice nightly dosing regimen, the total nightly dose was no more than 1.5 g higher than the current dose, divided into two doses.

At the start of the DB RWP, 23% (27/115) of patients were taking XYWAV once nightly (median nightly dose 4.5 g), and 77% (88/115) of patients were taking XYWAV twice nightly (median nightly dose 7.5 g). There were no meaningful differences in demographics, baseline characteristics or disease severity between patients receiving XYWAV once nightly vs twice nightly.

The primary efficacy endpoint was the change in Epworth Sleepiness Scale (ESS) score, as a measure of reduction in EDS from the end of the SDP to the end of the DB RWP. The ESS is an 8-item self-reported questionnaire by which patients rate their perceived likelihood of falling asleep during usual daily life activities. Each of the 8 items on the ESS is rated from 0 (would never doze) to 3 (high chance of dozing), with a maximum score of 24. Key secondary efficacy endpoints included patient global impression of change (PGIc) and the Idiopathic Hypersomnia Severity Scale (IHSS), both assessed as a change from the end of the SDP to the end of the DB RWP. The IHSS is a 14-item self-reported questionnaire assessing the severity of IH symptoms of excessive sleepiness, prolonged sleep duration, cognitive impairment, and sleep inertia. Total scores can range from 0-50, with higher scores indicating a greater severity or frequency of symptoms.

## Change in ESS

Patients in Study 2 taking stable doses of XYWAV who were withdrawn from XYWAV treatment and randomized to placebo during DB RWP experienced significant worsening in ESS score compared with patients randomized to continue treatment with XYWAV (p<0.0001) across all dosing regimens (see Table 9). These two treatment groups had comparable median ESS scores (Placebo=17; XYWAV=16) at entry into the OTTP.

**Table 9: Median Change in Epworth Sleepiness Scale (ESS)**

| ESS Score | | |
|---|---|---|
| | **Placebo (N=59)** | **XYWAV (N=56)** |
| **Baseline End of 2-Week SDP** | | |
| Median | 5.0 | 6.5 |
| **End of 2-Week DB RWP** | | |
| Median | 14.0 | 7.0 |
| **Median Change from End of 2-Week SDP to End of 2-Week DB RWP** | | |
| Median | 8.0 | 0.0 |
| p-value | <0.0001 | |

SDP=Stable Dose Period
DB RWP=Double-blind Randomized-withdrawal Period

## PGIc

Patient Global Impression of change (PGIc) ratings showed that patients randomized to placebo experienced a worsening of symptoms of idiopathic hypersomnia overall compared with patients randomized to XYWAV (Table 10). The percentage of patients with worsening PGIc scores for IH overall (defined as scores of Minimally, Much Worse, or Very Much Worse) was

25

JPION00472975

greater for patients receiving placebo (88.1%) compared with patients receiving XYWAV (21.4%) (p<0.0001).

**Table 10: PGIc\* at End of the DB RWP†**

| Worsened,% ‡,† | PGIc* IH Overall | |
|---|---|---|
| | Placebo (N=59) n (%) | XYWAV (N=56) n (%) |
| Proportion Worsened (minimally, much, or very much worse) | 52 (88.1) | 12 (21.4) |
| p-value | <0.0001 | n/a |

*PGIc is a 7-point patient-reported scale by which patients rated their symptom change from "very much improved" to "very much worse."

†DB RWP=Double-blind Randomized-withdrawal Period.

‡At the end of the DB RWP/early termination visit, patients rated the change in their condition since the end of the Open-Label Stable-Dose Period.

**IHSS**

At end of DB RWP, patients randomized to placebo experienced a worsening in IHSS total score, compared to patients randomized to XYWAV (p<0.0001) (see Table 11). These two treatment groups had comparable median IHSS scores (Placebo=33; XYWAV=33) at entry into the OTTP.

**Table 11: Median Changes in IHSS Total Score**

| Total Score | | |
|---|---|---|
| | Placebo (N=59) | XYWAV (N=56) |
| **Baseline End of 2-Week SDP** | | |
| Median | 14.0 | 14.0 |
| **End of 2-Week DB RWP** | | |
| Median | 29.0 | 16.0 |
| **Median Change from End of 2-Week SDP to End of 2-Week DB RWP** | | |
| Median | 14.0 | 0.0 |
| p-value | <0.0001 | |

SDP=Stable Dose Period

DB RWP=Double-blind Randomized-withdrawal Period

## 16   HOW SUPPLIED/STORAGE AND HANDLING

### 16.1   How Supplied

XYWAV is a clear to slightly opalescent oral solution. Each prescription includes at least one bottle of XYWAV with attached press in bottle adaptor, an oral measuring device (plastic syringe), and a Medication Guide. The pharmacy provides two empty containers with child-resistant caps with each XYWAV shipment.

Each amber bottle contains XYWAV oral solution at a concentration of 0.5 g/mL and has a child-resistant cap.

One 180 mL bottle: NDC 68727-150-01

JPION00472976

## 16.2  Storage

Keep out of reach of children.

XYWAV should be stored between 20°C to 25°C (68°F to 77°F); excursions permitted between 15°C and 30°C (59°F and 86°F) (see USP Controlled Room Temperature).

Dispense in tight containers.

Solutions prepared following dilution should be consumed within 24 hours.

## 16.3  Handling and Disposal

XYWAV is a Schedule III drug under the Controlled Substances Act. XYWAV should be handled according to state and federal regulations. It is safe to dispose of XYWAV down the sanitary sewer.

## 17   PATIENT COUNSELING INFORMATION

Advise the patient and/or caregiver to read the FDA-approved patient labeling (Medication Guide and Instructions for Use).

Central Nervous System Depression

Inform patients and/or caregivers that XYWAV can cause central nervous system depression, including respiratory depression, hypotension, profound sedation, syncope, and death. Instruct patients not to engage in activities requiring mental alertness or motor coordination, including operating hazardous machinery, for at least 6 hours after taking XYWAV. Instruct patients and/or their caregivers to inform their healthcare providers of all the medications they take *[see Warnings and Precautions (5.1)]*.

Abuse and Misuse

Inform patients and/or caregivers that the active ingredient of XYWAV is gamma-hydroxybutyrate (GHB), which is associated with serious adverse reactions with illicit use and abuse *[see Warnings and Precautions (5.2)]*.

XYWAV and XYREM REMS

XYWAV is available only through a restricted program called the XYWAV and XYREM REMS *[see Warnings and Precautions (5.3)]*. Inform the patient and/or caregiver of the following notable requirements:

- XYWAV is dispensed only by the central pharmacy
- XYWAV will be dispensed and shipped only to patients enrolled in the XYWAV and XYREM REMS

XYWAV is available only from the central pharmacy participating in the program. Therefore, provide patients and/or caregivers with the telephone number and website for information on how to obtain the product.

Alcohol or Sedative Hypnotics

Advise patients and/or caregivers that alcohol and other sedative hypnotics should not be taken with XYWAV *[see Contraindications (4)]*.

Sedation

Inform patients and/or caregivers that the patient is likely to fall asleep quickly after taking XYWAV (often within 5 and usually within 15 minutes), but the time it takes to fall asleep can vary from night to night. The sudden onset of sleep, including in a standing position or while rising from bed, has led to falls complicated by injuries, in some cases requiring hospitalization *[see Adverse Reactions (6.2)]*. Instruct patients and/or caregivers that the patient should remain in bed following ingestion of each dose. Instruct patients and/or caregivers that the patient should

27

not take a subsequent nightly dose until at least 2.5 to 4 hours after the previous dose *[see Dosage and Administration (2.4)]*.

Administration Instructions

Inform patients to administer XYWAV at least 2 hours after eating. Inform patients and/or caregivers of patients taking XYWAV twice nightly, that the total nightly dosage of XYWAV is divided into two doses *[see Dosage and Administration (2.4)]*.

Inform patients if their nightly dose requires multiple draws. Instruct patients on how to perform the draws from the bottle.

Respiratory Depression and Sleep-Disordered Breathing

Inform patients that XYWAV may impair respiratory drive, especially in patients with compromised respiratory function, and may cause apnea *[see Warnings and Precautions (5.4)]*.

Depression and Suicidality

Instruct patients and/or caregivers to contact a healthcare provider immediately if the patient develops depressed mood, markedly diminished interest or pleasure in usual activities, significant change in weight and/or appetite, psychomotor agitation or retardation, increased fatigue, feelings of guilt or worthlessness, slowed thinking or impaired concentration, or suicidal ideation *[see Warnings and Precautions (5.5)]*.

Other Behavioral or Psychiatric Adverse Reactions

Inform patients and/or caregivers that XYWAV can cause behavioral or psychiatric adverse reactions, including confusion, anxiety, and psychosis. Instruct them to notify their healthcare provider if any of these types of symptoms occur *[see Warnings and Precautions (5.6)]*.

Sleepwalking

Instruct patients and/or caregivers that XYWAV has been associated with sleepwalking and other behaviors during sleep, and to contact their healthcare provider if this occurs *[see Warnings and Precautions (5.7)]*.


Distributed By:

Jazz Pharmaceuticals, Inc.
Palo Alto, CA 94304

Protected by U.S. Patent Nos. 8,591,922; 8,772,306; 8,901,173; 9,050,302; 9,132,107; 9,486,426; 9,555,017; 10,195,168; 10,213,400; 10,675,258; 10,864,181; 11,253,494; 11,554,102; and 11,426,373.

JPION00472978

**MEDICATION GUIDE**
**XYWAV® (ZYE wave)**
**(calcium, magnesium, potassium, and sodium oxybates)**
**oral solution, CIII**

Read this Medication Guide carefully before you start or your child starts taking XYWAV, and each time you get or your child gets a refill. There may be new information. This information does not take the place of talking to your doctor about your or your child's medical condition or treatment.

**What is the most important information I should know about XYWAV?**

- XYWAV is a central nervous system (CNS) depressant. Taking XYWAV with other CNS depressants, such as medicines used to make you or your child fall asleep, including opioid analgesics, benzodiazepines, sedating antidepressants, antipsychotics, sedating anti-epileptic medicines, general anesthetics, muscle relaxants, alcohol, or street drugs, may cause serious medical problems, including:
  - o   trouble breathing (respiratory depression)
  - o   low blood pressure (hypotension)
  - o   changes in alertness (drowsiness)
  - o   fainting (syncope)
  - o   death

  Ask your doctor if you are not sure if you are, or your child is, taking a medicine listed above.

- XYWAV is a federal controlled substance (CIII). The active ingredient of XYWAV is a form of gamma-hydroxybutyrate (GHB) that is also a federal controlled substance (CI). Abuse of illegal GHB, either alone or with other CNS depressants, may cause serious medical problems, including:
  - o   seizure
  - o   trouble breathing (respiratory depression)
  - o   changes in alertness (drowsiness)
  - o   coma
  - o   death

  Call your doctor right away if you have or your child has any of these serious side effects.

- Anyone who takes XYWAV should not do anything that requires them to be fully awake or is dangerous, including driving a car, using heavy machinery, or flying an airplane, for at least 6 hours after taking XYWAV. Those activities should not be done until you know how XYWAV affects you or your child.

- Keep XYWAV in a safe place to prevent abuse and misuse. Selling or giving away XYWAV may harm others and is against the law. Tell your doctor if you have ever abused or been dependent on alcohol, prescription medicines, or street drugs.

- Because of the risk of CNS depression, abuse, and misuse, XYWAV is available only by prescription, and filled through the central pharmacy in the XYWAV and XYREM REMS. You or your child must be enrolled in the XYWAV and XYREM REMS to receive XYWAV. For information on how to receive XYWAV, visit www.XYWAVXYREMREMS.com. Before you receive or your child receives XYWAV, your doctor or pharmacist will make sure that you understand how to take XYWAV safely and effectively. If you have any questions about XYWAV, ask your doctor or call the XYWAV and XYREM REMS at 1-866-997-3688.

**What is XYWAV?**

XYWAV is a prescription medicine used to treat:
- the following symptoms in people 7 years of age or older with narcolepsy:
  - o   sudden onset of weak or paralyzed muscles (cataplexy), or
  - o   excessive daytime sleepiness (EDS)
- idiopathic hypersomnia (IH) in adults

It is not known if XYWAV is safe and effective in children less than 7 years of age with narcolepsy.
It is not known if XYWAV is safe and effective in children with IH.

**Do not take XYWAV if you or your child:**
- takes other sleep medicines or sedatives (medicines that cause sleepiness)
- drinks alcohol
- has a rare problem called succinic semialdehyde dehydrogenase deficiency

1

JPION00472979

**Before taking XYWAV, tell your doctor about all medical conditions, including if you or your child:**

- have a history of drug abuse.
- have short periods of not breathing while sleeping (sleep apnea).
- has trouble breathing or has lung problems. You or your child may have a higher chance of having serious breathing problems when taking XYWAV.
- have or had depression or has tried to harm yourself or themselves. You or your child should be watched carefully for new symptoms of depression.
- has or had behavior or other psychiatric problems such as:

| | | | |
|---|---|---|---|
| o | anxiety | o | seeing or hearing things that are not real (hallucinations) |
| o | feeling more suspicious (paranoia) | o | being out of touch with reality (psychosis) |
| o | acting aggressive | o | agitation |

- have liver problems.
- are pregnant or plan to become pregnant. It is not known if XYWAV can harm your unborn baby.
- are breastfeeding or plan to breastfeed. XYWAV passes into breast milk. You and your doctor should decide if you or your child will take XYWAV or breastfeed.

**Tell your doctor about all the medicines you take or your child takes,** including prescription and over-the-counter medicines, vitamins, and herbal supplements.

Especially, tell your doctor if you take or your child takes other medicines to help you or your child sleep (sedatives). Know the medicines you take or your child takes. Keep a list of them to show your doctor and pharmacist when you get or your child gets a new medicine.

**How should I take or give XYWAV?**

- Read the **Instructions for Use** at the end of this Medication Guide for detailed instructions on how to take XYWAV.
- Take or give XYWAV exactly as your doctor tells you to take or give it. Your doctor may change the dose or dosing routine if needed.
- Wait at least 2 hours after eating before taking or giving XYWAV.
- XYWAV can cause physical dependence and craving for the medicine when it is not taken as directed.
- Never change the dose without talking to your doctor.
- XYWAV can cause sleep very quickly without feeling drowsy. Some people fall asleep within 5 minutes and most fall asleep within 15 minutes. The time it takes to fall asleep might be different from night to night.
- Falling asleep quickly, including while standing or while getting up from the bed, has led to falls with injuries that have required some people to be hospitalized.
- XYWAV can be taken 1 time or 2 times a night as prescribed by your doctor.
- **If you or your child have been prescribed XYWAV 2 times a night:** divide the total nightly dose into 2 doses to be taken at bedtime and 2½ to 4 hours later.
  - o **Adults:** Take the first XYWAV dose at bedtime while you are in bed and lie down immediately. Take the second XYWAV dose 2½ to 4 hours after the first XYWAV dose. You may want to set an alarm clock to make sure you wake up to take the second XYWAV dose. You should remain in bed after taking the first and second doses of XYWAV.
  - o **Children:** Give the first XYWAV dose at bedtime or after an initial period of sleep, while your child is in bed and have them lie down immediately. Give the second XYWAV dose 2½ to 4 hours after the first XYWAV dose. You may want to set an alarm clock to make sure you wake up to give the second XYWAV dose. Your child should remain in bed after taking the first and second doses of XYWAV.
  - o If you miss or your child misses the second XYWAV dose, skip that dose and do not take or give XYWAV again until the next night. Never take or give 2 XYWAV doses at 1 time.
- **If you have been prescribed XYWAV 1 time a night:** Take your XYWAV dose at bedtime while you are in bed and lie down immediately. You should remain in bed after taking XYWAV.
- If you take or your child takes too much XYWAV, call your doctor or go to the nearest hospital emergency room right away.

2

JPION00472980

**What are the possible side effects of XYWAV?**
**XYWAV can cause serious side effects, including:**
- See **"What is the most important information I should know about XYWAV?"**
- **breathing problems, including:**
  - slower breathing.
  - trouble breathing.
  - short periods of not breathing while sleeping (sleep apnea). People who already have breathing or lung problems have a higher chance of having breathing problems when they take XYWAV.
- **mental health problems, including:**
  - confusion
  - seeing or hearing things that are not real (hallucinations)
  - unusual or disturbing thoughts (abnormal thinking)
  - feeling anxious or upset
  - depression
  - thoughts of killing yourself or trying to kill yourself
  - increased tiredness
  - feelings of guilt or worthlessness
  - difficulty concentrating
  **Call your doctor right away if you have or your child has symptoms of mental health problems, or a change in weight or appetite.**
- **sleepwalking.** Sleepwalking can cause injuries. Call your doctor if you start or your child starts sleepwalking. Your doctor should check you or your child.

**The most common side effects of XYWAV in adults with narcolepsy or IH include:**
- nausea
- headache
- dizziness
- anxiety
- insomnia
- decreased appetite
- excessive sweating (hyperhidrosis)
- vomiting
- diarrhea
- dry mouth
- parasomnia (a sleep disorder that can include abnormal dreams, abnormal rapid eye movement (REM) sleep, sleep paralysis, sleep talking, sleep terror, sleep-related eating disorder, sleepwalking and other abnormal sleep-related events)
- somnolence
- fatigue
- tremor

**The most common side effects of XYREM (which also contains oxybate like XYWAV) in children include:**
- nausea
- bedwetting
- vomiting
- headache
- weight decrease
- decreased appetite
- dizziness
- sleepwalking

These are not all the possible side effects of XYWAV. **For more information, ask your doctor or pharmacist.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**

**How should I store XYWAV?**
- Store XYWAV in the original bottle prior to mixing with water. After mixing with water, store XYWAV in the pharmacy containers with child-resistant caps provided by the pharmacy.
- Store XYWAV at room temperature between 68°F to 77°F (20°C to 25°C).
- XYWAV solution prepared after mixing with water should be taken within 24 hours.
- When you have finished using a XYWAV bottle:
  - empty any unused XYWAV down the sink drain.
  - cross out the label on the XYWAV bottle with a marker.
  - place the empty XYWAV bottle in the trash.

XYWAV comes in a child-resistant package.
**Keep XYWAV and all medicines out of the reach of children and pets.**

**General information about the safe and effective use of XYWAV.**
Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use XYWAV for a condition for which it was not prescribed. Do not give XYWAV to other people, even if they have the same symptoms. It may harm them.
You can ask your pharmacist or doctor for information about XYWAV that is written for health professionals.

3

**What are the ingredients in XYWAV?**

**Active ingredients:** calcium oxybate, magnesium oxybate, potassium oxybate, and sodium oxybate (gamma-hydroxybutyrate (GHB)).

**Inactive ingredients:** purified water and sucralose

**Distributed By:**

Jazz Pharmaceuticals, Inc.

Palo Alto, CA 94304

For more information, go to www.XYWAVXYREMREMS.com or call the XYWAV and XYREM REMS at 1-866-997-3688.

This Medication Guide has been approved by the U.S. Food and Drug Administration                    Revised: 08/2021

4

JPION00472982

**INSTRUCTIONS FOR USE**
**XYWAV® (ZYE wave)**
**(calcium, magnesium, potassium, and sodium oxybates)**
**oral solution, CIII**

This Instructions for Use contains information on how to take XYWAV. Read this Instructions for Use carefully before you (or your child) start taking XYWAV and each time you (or your child) get a refill. There may be new information. This information does not take the place of talking to your doctor about your (or your child's) medical condition or treatment.

**Important Information:**

- **Your doctor and pharmacist will provide instructions to take XYWAV 2 times a night or 1 time a night.**
    - o **For 2 times a night, you will need to split your (or your child's) prescribed XYWAV dose into 2 separate pharmacy containers for mixing.**
    - o **For 1 time a night, you will use the dosing syringe to draw up your prescribed XYWAV dose and empty the dose into 1 pharmacy container for mixing. You will only need 1 pharmacy container to prepare your dose.**
- **You (or your child) should take XYWAV while in bed. Lie down immediately after taking XYWAV and remain in bed afterwards.**
- **You will need to mix XYWAV with water before you take or give your child the dose.**
- **Safely store the prepared XYWAV doses and take within 24 hours after mixing. If the prepared dose was not taken within this time, throw the mixture away. See "Throwing away (disposing of) XYWAV" section below for instructions about how to safely throw away XYWAV.**
- **The pharmacy container(s) may be rinsed out with water and emptied into the sink drain.**

1

JPION00472983

Supplies you will need for mixing and taking (or giving your child) XYWAV. See Figure A:

- Bottle of XYWAV medicine
- Dosing syringe for measuring and dispensing the XYWAV dose
- Measuring cup that is able to measure about ¼ cup of water (not provided with the XYWAV shipment)
- 1 or 2 **empty** pharmacy containers with child-resistant caps for mixing, storing, and taking the XYWAV doses
- Alarm clock if you take XYWAV 2 times a night (not pictured)
- Medication Guide



**Figure A**

**Note: If you or your child are prescribed XYWAV 2 times a night, see the instructions for 2 times a night dosing. If you are prescribed XYWAV 1 time a night, see the instructions for 1 time a night dosing.**

2

| **2 times a night dosing** |
|---|

**Step 1. Setup**
- Take the XYWAV bottle, syringe, and pharmacy containers out of the shipping box.
- Take the syringe out of the plastic wrapper. Use only the syringe provided with the XYWAV prescription.
- Fill a measuring cup (not provided) with about ¼ cup of water available for mixing your (or your child's) dose.

| | |
|---|---|
| - **Make sure the pharmacy containers are empty.**<br><br>- Open both pharmacy containers by holding the tab under the cap and turning counterclockwise (to the left). See Figure B | <br>**Figure B** |
| - Remove the tamper evident band by pulling at the perforations and then remove the child-resistant bottle cap from the XYWAV bottle by pushing down while turning the cap counterclockwise. See Figure C | <br>**Figure C** |
| **Step 2. Prepare the first XYWAV dose (prepare before bedtime)**<br><br>Place the XYWAV bottle on a hard, flat surface and grip the bottle with one hand. Firmly press the syringe into the center opening of the bottle with the other hand. See Figure D | <br>**Figure D** |

3

| | |
|---|---|
| Pull back on the plunger until the medicine flows into the syringe and the liquid level is lined up with the marking on the syringe that matches your or your child's dose. See Figure E | **Figure E**<br><br>**Note: The XYWAV medicine will not flow into the syringe unless you keep the bottle upright.** |
| Figure F shows an example of drawing up a 2.25 g dose of XYWAV. Figure G shows an example if an air space forms when drawing up the medicine.<br><br>**Note:** If an air space forms between the plunger and the liquid when drawing up the medicine, line up the liquid level with the marking on the syringe that matches your (or your child's) dose. See Figure G | |
| • After you draw up the first divided dose, remove the syringe from the opening of the XYWAV bottle.<br>• Empty all of the medicine from the syringe into one of the provided **empty** pharmacy containers by pushing down on the plunger until it stops. See Figure H | **Figure H** |

4

JPION00472986

- Using a measuring cup, pour about ¼ cup of water into the pharmacy container. **Be careful to add only water to the pharmacy container and not more XYWAV.**

- **All shipped bottles of XYWAV contain the concentrated medicine. Water for mixing the medicine is not provided in the shipment.**

- After mixing the medicine and water in the provided pharmacy container, place the child-resistant cap on the filled pharmacy container and turn the cap clockwise (to the right) until it clicks and locks into its child-resistant position. See Figure I.

- Caution: the pharmacy container cap is reversible with a non-child resistant side. See Figure J. Make sure the child-resistant side of the cap is used to prevent access to the medicine by children.



**Cap shown in child-resistant position.**

**Figure I**



**Note: Do not place the cap back on the container in a non-child resistant position as shown.**

**Figure J**

**Step 3. Prepare the second XYWAV dose (prepare before bedtime)**
- Repeat Step 2 drawing up the amount of medicine prescribed for your (or your child's) second dose:
  - emptying the syringe into the second pharmacy container
  - adding about ¼ cup of water and
  - closing the pharmacy container

**Step 4. Store the prepared XYWAV doses**
- Put the cap back on the XYWAV bottle and store the XYWAV bottle and both prepared doses in a safe and secure place. Store in a locked place if needed.
- Keep the XYWAV bottle and both prepared XYWAV doses out of the reach of children and pets.
- Rinse the syringe out with water and squirt the liquid into the sink drain by pushing down on the plunger until it stops.

5

**Step 5. Take or give the first XYWAV dose**

- At bedtime, and before you take (or give) the first XYWAV dose, put the second XYWAV dose in a safe place. Caregivers should make sure all XYWAV doses are kept in a safe place until given. You may want to set an alarm clock for 2½ to 4 hours later to make sure you wake up to take (or give) the second dose.
- When it is time to take (or give) the first XYWAV dose, remove the cap from the pharmacy container by pressing down on the child-resistant locking tab and turning the cap counterclockwise.
- Drink (or have your child drink) all of the first XYWAV dose while sitting in bed. Put the cap back on the first pharmacy container and immediately lie down to sleep (or have your child lie down to sleep).
- You (or your child) should fall asleep soon. Some people fall asleep within 5 minutes and most fall asleep within 15 minutes. Some patients take less time to fall asleep, and some take more time. The time it takes you (or your child) to fall asleep might be different from night to night.

**Step 6. Take or give the second XYWAV dose**

- When you wake up 2½ to 4 hours later for your (or your child's) second dose of XYWAV, take the cap off the second pharmacy container.
- If you (or your child) wake up before the alarm and it has been at least 2½ hours since the first XYWAV dose, turn off the alarm and take (or give your child) the second XYWAV dose.
- Drink (or have your child drink) all of the second XYWAV dose while sitting in bed. Put the cap back on the second pharmacy container and immediately lie down (or have your child lie down) to continue sleeping.

6

| **1 time a night dosing**<br>for use in adults with idiopathic hypersomnia | |
|---|---|
| **Step 1. Setup**<br>• Take the XYWAV bottle, syringe, and 1 pharmacy container out of the shipping box.<br><br>• Take the syringe out of the plastic wrapper. Use only the syringe provided with the XYWAV prescription.<br><br>• Fill a measuring cup (not provided) with about ¼ cup of water available for mixing with your dose. | |
| • **Make sure the pharmacy container is empty.**<br>• Open the pharmacy container by holding the tab under the cap and turning counterclockwise (to the left). See Figure B | <br>**Figure B** |
| • Remove the tamper evident band by pulling at the perforations and then remove the child-resistant bottle cap from the XYWAV bottle by pushing down while turning the cap counterclockwise. See Figure C | <br>**Figure C** |
| **Step 2. Prepare the XYWAV dose (prepare before bedtime)**<br><br>Place the XYWAV bottle on a hard, flat surface and grip the bottle with one hand. Firmly press the syringe into the center opening of the bottle with the other hand. See Figure D | <br>**Figure D** |

7

| | |
|---|---|
| Pull back on the plunger until the medicine flows into the syringe and the liquid level is lined up with the marking on the syringe that matches your dose. You may need to draw up the medicine a second time to make up your total prescribed dose.<br><br>See Figure E | <br>**Figure E**<br><br>**Note: The XYWAV medicine will not flow into the syringe unless you keep the bottle upright.** |
| Figure F shows an example of drawing up 2.25 g of XYWAV. Figure G shows an example if an air space forms when drawing up the medicine.<br><br>**Note:** If an air space forms between the plunger and the liquid when drawing up the medicine, line up the liquid level with the marking on the syringe that matches your dose. See Figure G |  |
| • After you draw up the medicine, remove the syringe from the opening of the XYWAV bottle.<br>• Empty all of the medicine from the syringe into a single provided **empty** pharmacy container by pushing down on the plunger until it stops. See Figure H<br>• For doses requiring 2 draws from the XYWAV bottle, empty the second draw into the same pharmacy container. | <br>**Figure H** |

8

JPION00472990

- After you finish adding your XYWAV dose to the pharmacy container, use a measuring cup to pour about ¼ cup of water into the pharmacy container. **Be careful to add only water to the pharmacy container and not more XYWAV.**

- **All shipped bottles of XYWAV contain the concentrated medicine. Water for mixing the medicine is not provided in the shipment.**

- After mixing the medicine and water in the provided pharmacy container, place the child-resistant cap on the filled pharmacy container and turn the cap clockwise (to the right) until it clicks and locks into its child-resistant position. See Figure I.

- Caution: the pharmacy container cap is reversible with a non-child resistant side. See Figure J. Make sure the child-resistant side of the cap is used to prevent access to the medicine by children.



**Cap shown in child-resistant position.**

**Figure I**

**Note: Do not place the cap back on the container in a non-child resistant position as shown.**

**Figure J**

**Step 3. Store the prepared XYWAV dose**
- Put the cap back on the XYWAV bottle and store the XYWAV bottle and the prepared dose in a safe and secure place. Store in a locked place if needed.
- Keep the XYWAV bottle and the prepared XYWAV dose out of the reach of children and pets.
- Rinse the syringe out with water and squirt the liquid into the sink drain by pushing down on the plunger until it stops.

**Step 4. Take the XYWAV dose**
- Make sure the XYWAV dose is kept in a safe place until taken.
- When it is time to take the XYWAV dose, remove the cap from the pharmacy container by pressing down on the child-resistant locking tab and turning the cap counterclockwise.
- Drink all of the XYWAV dose while sitting in bed. Put the cap back on the pharmacy container and immediately lie down to sleep.
- You should fall asleep soon. Some people fall asleep within 5 minutes and most fall asleep within 15 minutes. Some patients take less time to fall asleep, and some take more time. The time it takes you to fall asleep might be different from night to night.

**How should I store XYWAV?**
- Store XYWAV in the original bottle prior to mixing with water. After mixing, store XYWAV in the pharmacy containers provided by the pharmacy. The cap on the original bottle is child-resistant. The pharmacy container cap is child-resistant only when the child-resistant side of the cap is used.

- Store XYWAV at room temperature between 68°F to 77°F (20°C to 25°C).

- XYWAV solution prepared after mixing with water should be taken within 24 hours or emptied down the sink drain.

9

**Throwing away (disposing of) XYWAV**

- When you have finished using a XYWAV bottle:
  - o empty any unused XYWAV down the sink drain
  - o cross out the label on the XYWAV bottle with a marker (not provided with the XYWAV shipment)
  - o place the empty XYWAV bottle in the trash
- **Keep XYWAV and all medicines out of the reach of children and pets.**

**Distributed By:**
Jazz Pharmaceuticals, Inc.
Palo Alto, CA 94304

This Instructions for Use has been approved by the U.S. Food and Drug Administration.        Revised: 4/2023

10

JPION00472992

# EXHIBIT 17

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use XYREM safely and effectively. See full prescribing information for XYREM.**

**XYREM® (sodium oxybate) oral solution, CIII**
Initial U.S. Approval: 2002

---

**WARNING: CENTRAL NERVOUS SYSTEM (CNS) DEPRESSION and ABUSE AND MISUSE.**
*See full prescribing information for complete boxed warning.*

**Central Nervous System Depression**
• Xyrem is a CNS depressant, and respiratory depression can occur with Xyrem use (5.1, 5.4)
**Abuse and Misuse**
• Xyrem is the sodium salt of gamma-hydroxybutyrate (GHB). Abuse or misuse of illicit GHB is associated with CNS adverse reactions, including seizure, respiratory depression, decreased consciousness, coma, and death (5.2, 9.2)
Xyrem is available only through a restricted program called the XYWAV and XYREM REMS (5.3)

---

-----------------------------INDICATIONS AND USAGE-----------------------------
Xyrem is a central nervous system depressant indicated for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy (1).

---------------------DOSAGE AND ADMINISTRATION---------------------
Dosage for Adult Patients
• Initiate dosage at 4.5 g per night orally, divided into two doses (2.1).
• Titrate to effect in increments of 1.5 g per night at weekly intervals (0.75 g at bedtime and 0.75 g taken 2.5 to 4 hours later) (2.1).
• Recommended dosage range: 6 g to 9 g per night orally (2.1).

| Total Nightly Dose | Take at Bedtime | Take 2.5 to 4 Hours Later |
|---|---|---|
| 4.5 g per night | 2.25 g | 2.25 g |
| 6 g per night | 3 g | 3 g |
| 7.5 g per night | 3.75 g | 3.75 g |
| 9 g per night | 4.5 g | 4.5 g |

Dosage for Pediatric Patients (7 years of Age and Older)
• The recommended starting dosage, titration regimen, and maximum total nightly dosage are based on body weight (2.2).
Important Administration Information
• Prepare both doses prior to bedtime; dilute each dose with approximately ¼ cup of water in pharmacy-provided containers (2.3).
• Allow 2 hours after eating before dosing (2.3).
• Take each dose while in bed and lie down after dosing (2.3).

Patients with Hepatic Impairment
Recommended starting dosage is one-half of the original dosage per night administered orally, divided into two doses (2.4).

--------------------DOSAGE FORMS AND STRENGTHS------------------
Oral solution, 0.5 g per mL (3)

-----------------------CONTRAINDICATIONS-----------------------------
• In combination with sedative hypnotics or alcohol (4)
• Succinic semialdehyde dehydrogenase deficiency (4)

--------------------WARNINGS AND PRECAUTIONS----------------------
• CNS depression: Use caution when considering the concurrent use of Xyrem with other CNS depressants (5.1).
• Caution patients against hazardous activities requiring complete mental alertness or motor coordination within the first 6 hours of dosing or after first initiating treatment until certain that Xyrem does not affect them adversely (5.1).
• Depression and suicidality: Monitor for emergent or increased depression and suicidality (5.5).
• Confusion/Anxiety: Monitor for impaired motor/cognitive function (5.6).
• Parasomnias: Evaluate episodes of sleepwalking (5.7).
• High sodium content in Xyrem: Monitor patients with heart failure, hypertension, or impaired renal function (5.8).

-----------------------------ADVERSE REACTIONS----------------------------
Most common adverse reactions in adults (≥5% and at least twice the incidence with placebo) were nausea, dizziness, vomiting, somnolence, enuresis, and tremor (6.1).

Most common adverse reactions in pediatric patients (≥5%) were nausea, enuresis, vomiting, headache, weight decreased, decreased appetite, dizziness, and sleepwalking (6.1).

**To report SUSPECTED ADVERSE REACTIONS, contact Jazz Pharmaceuticals, Inc. at 1-800-520-5568, or FDA at 1-800-FDA-1088 or www.fda.gov/Medwatch.**

---------------------------------DRUG INTERACTIONS----------------------------
• Concomitant use with divalproex sodium: An initial reduction in Xyrem dose of at least 20% is recommended (2.5, 7.2).

---------------------USE IN SPECIFIC POPULATIONS----------------------
• Pregnancy: Based on animal data, may cause fetal harm (8.1).
• Geriatric patients: Monitor for impaired motor and/or cognitive function when taking Xyrem (8.5).

**See 17 for PATIENT COUNSELING INFORMATION and Medication Guide.**

**Revised: 4/2023**

JPION00472916

**FULL PRESCRIBING INFORMATION: CONTENTS**"
**WARNING: CENTRAL NERVOUS SYSTEM (CNS)**
**DEPRESSION and ABUSE AND MISUSE**
**1      INDICATIONS AND USAGE**
**2      DOSAGE AND ADMINISTRATION**
    2.1     Adult Dosing Information
    2.2     Pediatric Dosing Information
    2.3     Important Administration Instructions for All
        Patients
    2.4     Dosage Modification in Patients with Hepatic
        Impairment
    2.5     Dosage Adjustment with Co-administration of
        Divalproex Sodium
**3      DOSAGE FORMS AND STRENGTHS**
**4      CONTRAINDICATIONS**
**5      WARNINGS AND PRECAUTIONS**
    5.1     Central Nervous System Depression
    5.2     Abuse and Misuse
    5.3     XYWAV and XYREM REMS
    5.4     Respiratory Depression and Sleep-Disordered
        Breathing
    5.5     Depression and Suicidality
    5.6     Other Behavioral or Psychiatric Adverse Reactions
    5.7     Parasomnias
    5.8     Use in Patients Sensitive to High Sodium Intake
**6      ADVERSE REACTIONS**
    6.1     Clinical Trials Experience
    6.2     Postmarketing Experience
**7      DRUG INTERACTIONS**
    7.1     Alcohol, Sedative Hypnotics, and CNS
        Depressants
    7.2     Divalproex Sodium

**8      USE IN SPECIFIC POPULATIONS**
    8.1     Pregnancy
    8.2     Lactation
    8.4     Pediatric Use
    8.5     Geriatric Use
    8.6     Hepatic Impairment
**9      DRUG ABUSE AND DEPENDENCE**
    9.1     Controlled Substance
    9.2     Abuse
    9.3     Dependence
**10     OVERDOSAGE**
    10.1    Human Experience
    10.2    Signs and Symptoms
    10.3    Recommended Treatment of Overdose
    10.4    Poison Control Center
**11     DESCRIPTION**
**12     CLINICAL PHARMACOLOGY**
    12.1    Mechanism of Action
    12.3    Pharmacokinetics
**13     NONCLINICAL TOXICOLOGY**
    13.1    Carcinogenesis, Mutagenesis, Impairment of Fertility
**14     CLINICAL STUDIES**
    14.1    Cataplexy in Adult Narcolepsy
    14.2    Excessive Daytime Sleepiness in Adult Narcolepsy
    14.3    Cataplexy and Excessive Daytime Sleepiness in Pediatric
        Narcolepsy
**16     HOW SUPPLIED/STORAGE AND HANDLING**
    16.1    How Supplied
    16.2    Storage
    16.3    Handling and Disposal
**17     PATIENT COUNSELING INFORMATION**

*Sections or subsections omitted from the full prescribing
information are not listed.

**FULL PRESCRIBING INFORMATION**

---

**WARNING:  CENTRAL NERVOUS SYSTEM DEPRESSION
and ABUSE AND MISUSE.**

- **Central Nervous System Depression**
  **Xyrem (sodium oxybate) is a CNS depressant. In clinical trials at recommended doses, obtundation and clinically significant respiratory depression occurred in adult patients treated with Xyrem *[see Warnings and Precautions (5.1)]*. Many patients who received Xyrem during clinical trials in narcolepsy were receiving central nervous system stimulants *[see Clinical Trials (14)]*.**

- **Abuse and Misuse**
  **Xyrem® (sodium oxybate) is the sodium salt of gamma-hydroxybutyrate (GHB). Abuse or misuse of illicit GHB, either alone or in combination with other CNS depressants, is associated with CNS adverse reactions, including seizure, respiratory depression, decreases in the level of consciousness, coma, and death *[see Warnings and Precautions (5.2)]*.**

  **Because of the risks of CNS depression and abuse and misuse, Xyrem is available only through a restricted program under a Risk Evaluation and Mitigation Strategy (REMS) called the XYWAV and XYREM REMS *[see Warnings and Precautions (5.3)]*.**

---

# 1   INDICATIONS AND USAGE

Xyrem is indicated for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy.

# 2   DOSAGE AND ADMINISTRATION

## 2.1 Adult Dosing Information

The recommended starting dosage is 4.5 grams (g) per night administered orally, divided into two doses: 2.25 g at bedtime and 2.25 g taken 2.5 to 4 hours later (see Table 1). Increase the dosage by 1.5 g per night at weekly intervals (additional 0.75 g at bedtime and 0.75 g taken 2.5 to 4 hours later) to the effective dosage range of 6 g to 9 g per night orally. The dosage may be gradually titrated based on efficacy and tolerability. Doses higher than 9 g per night have not been studied and should not ordinarily be administered.

**Table 1: Recommended Adult Xyrem Dose Regimen
(g = grams)**

| If a Patient's Total Nightly Dose is: | Take at Bedtime: | Take 2.5 to 4 Hours Later: |
|---|---|---|
| 4.5 g per night | 2.25 g | 2.25 g |
| 6 g per night | 3 g | 3 g |
| 7.5 g per night | 3.75 g | 3.75 g |
| 9 g per night | 4.5 g | 4.5 g |

## 2.2 Pediatric Dosing Information

Xyrem is administered orally twice nightly. The recommended starting pediatric dosage, titration regimen, and maximum total nightly dosage are based on patient weight, as specified in Table 2. The dosage may be gradually titrated based on efficacy and tolerability.

**Table 2: Recommended Pediatric Xyrem Dosage for Patients 7 Years of Age and Older\***

| Patient Weight | Initial Dosage | | Maximum Weekly Dosage Increase | | Maximum Recommended Dosage | |
|---|---|---|---|---|---|---|
| | Take at Bedtime: | Take 2.5 to 4 Hours Later: | Take at Bedtime: | Take 2.5 to 4 Hours Later: | Take at Bedtime: | Take 2.5 to 4 Hours Later: |
| <20 kg\*\* | There is insufficient information to provide specific dosing recommendations for patients who weigh less than 20 kg. | | | | | |
| 20 kg to <30 kg | ≤1 g | ≤1 g | 0.5 g | 0.5 g | 3 g | 3 g |
| 30 kg to <45 kg | ≤1.5 g | ≤1.5 g | 0.5 g | 0.5 g | 3.75 g | 3.75 g |
| ≥45 kg | ≤2.25 g | ≤2.25 g | 0.75 g | 0.75 g | 4.5 g | 4.5 g |

\* For patients who sleep more than 8 hours per night, the first dose of Xyrem may be given at bedtime or after an initial period of sleep.

\*\*If Xyrem is used in patients 7 years of age and older who weigh less than 20 kg, a lower starting dosage, lower maximum weekly dosage increases, and lower total maximum nightly dosage should be considered.

Note:  Some patients may achieve better responses with unequal doses at bedtime and 2.5 to 4 hours later.

## 2.3 Important Administration Instructions for All Patients

The total nightly dosage of Xyrem is divided into two doses. Prepare both doses of Xyrem prior to bedtime. Prior to ingestion, each dose of Xyrem should be diluted with approximately ¼ cup (approximately 60 mL) of water in the empty pharmacy containers provided.

Take the first nightly dose of Xyrem at least 2 hours after eating *[see Clinical Pharmacology (12.3)]*. Take the second nightly dose 2.5 to 4 hours after the first dose.

Patients should take both doses of Xyrem while in bed and lie down immediately after dosing, and remain in bed following ingestion of each dose. Xyrem may cause patients to fall asleep abruptly without first feeling drowsy *[see Adverse Reactions (6.2)]*. Patients will often fall asleep within 5 minutes of taking Xyrem, and will usually fall asleep within 15 minutes, though the time it takes any individual patient to fall asleep may vary from night to night. Patients may need to set an alarm to awaken for the second dose. Rarely, patients may take up to 2 hours to fall asleep.

If the second dose is missed, that dose should be skipped and Xyrem should not be taken again until the next night. Both Xyrem doses should never be taken at one time.

## 2.4 Dosage Modification in Patients with Hepatic Impairment

The recommended starting dosage in patients with hepatic impairment is one-half of the original dosage per night, administered orally divided into two doses *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.

## 2.5 Dosage Adjustment with Co-administration of Divalproex Sodium

When initiating divalproex sodium in patients taking a stable dosage of Xyrem, a reduction of the Xyrem dosage by at least 20% is recommended with initial concomitant use *[see Drug Interactions (7.2) and Clinical Pharmacology (12.3)]*. When initiating Xyrem in patients already taking divalproex sodium, a lower starting dosage of Xyrem is recommended. Subsequently, the dosage of Xyrem can be adjusted based on individual clinical response and tolerability.

# 3   DOSAGE FORMS AND STRENGTHS

Xyrem is a clear to slightly opalescent oral solution, in a concentration of 0.5 g per mL (0.5 g/mL of sodium oxybate equivalent to 0.413 g/mL of oxybate).

# 4   CONTRAINDICATIONS

Xyrem is contraindicated for use in:
- combination with sedative hypnotics *[see Warnings and Precautions (5.1)]*.
- combination with alcohol *[see Warnings and Precautions (5.1)]*.
- patients with succinic semialdehyde dehydrogenase deficiency *[see Clinical Pharmacology (12.3)]*.

# 5   WARNINGS AND PRECAUTIONS

## 5.1   Central Nervous System Depression

Xyrem is a central nervous system (CNS) depressant. In adult clinical trials at recommended doses, obtundation and clinically significant respiratory depression occurred in patients treated with Xyrem. Xyrem is contraindicated in combination with alcohol and sedative hypnotics. The concurrent use of Xyrem with other CNS depressants, including but not limited to opioid analgesics, benzodiazepines, sedating antidepressants or antipsychotics, sedating anti-epileptic drugs, general anesthetics, muscle relaxants, and/or illicit CNS depressants, may increase the risk of respiratory depression, hypotension, profound sedation, syncope, and death. If use of these CNS depressants in combination with Xyrem is required, dose reduction or discontinuation of one or more CNS depressants (including Xyrem) should be considered. In addition, if short-term use of an opioid (e.g., post- or perioperative) is required, interruption of treatment with Xyrem should be considered.

Healthcare providers should caution patients about operating hazardous machinery, including automobiles or airplanes, until they are reasonably certain that Xyrem does not affect them adversely (e.g., impair judgment, thinking, or motor skills). Patients should not engage in hazardous occupations or activities requiring complete mental alertness or motor coordination, such as operating machinery or a motor vehicle or flying an airplane, for at least 6 hours after taking Xyrem. Patients should be queried about CNS depression-related events upon initiation of Xyrem therapy and periodically thereafter.

Xyrem is available only through a restricted program under a REMS *[see Warnings and Precautions (5.3)]*.

## 5.2   Abuse and Misuse

Xyrem is a Schedule III controlled substance. The active ingredient of Xyrem, sodium oxybate or gamma-hydroxybutyrate (GHB), is a Schedule I controlled substance. Abuse of illicit GHB, either alone or in combination with other CNS depressants, is associated with CNS adverse reactions, including seizure, respiratory depression, decreases in the level of consciousness, coma, and death. The rapid onset of sedation, coupled with the amnestic features of Xyrem, particularly when combined with alcohol, has proven to be dangerous for the voluntary and involuntary user (e.g., assault victim). Because illicit use and abuse of GHB have

been reported, physicians should carefully evaluate patients for a history of drug abuse and follow such patients closely, observing them for signs of misuse or abuse of GHB (e.g., increase in size or frequency of dosing, drug-seeking behavior, feigned cataplexy) *[see Drug Abuse and Dependence (9.2)]*.

Xyrem is available only through a restricted program under a REMS *[see Warnings and Precautions (5.3)]*.

## 5.3 XYWAV and XYREM REMS

Xyrem is available only through a restricted distribution program called the XYWAV and XYREM REMS because of the risks of central nervous system depression and abuse and misuse *[see Warnings and Precautions (5.1, 5.2)]*.

Notable requirements of the XYWAV and XYREM REMS include the following:

- Healthcare Providers who prescribe Xyrem are specially certified
- Xyrem will be dispensed only by the central pharmacy that is specially certified
- Xyrem will be dispensed and shipped only to patients who are enrolled in the XYWAV and XYREM REMS with documentation of safe use

Further information is available at www.XYWAVXYREMREMS.com or 1-866-997-3688.

## 5.4 Respiratory Depression and Sleep-Disordered Breathing

Xyrem may impair respiratory drive, especially in patients with compromised respiratory function. In overdoses, life-threatening respiratory depression has been reported *[see Overdosage (10)]*.

In an adult study assessing the respiratory-depressant effects of Xyrem at doses up to 9 g per night in 21 patients with narcolepsy, no dose-related changes in oxygen saturation were demonstrated in the group as a whole. One of the four patients with preexisting, moderate-to-severe sleep apnea had significant worsening of the apnea/hypopnea index during treatment.

In an adult study assessing the effects of Xyrem 9 g per night in 50 patients with obstructive sleep apnea, Xyrem did not increase the severity of sleep-disordered breathing and did not adversely affect the average duration and severity of oxygen desaturation overall. However, there was a significant increase in the number of central apneas in patients taking Xyrem, and clinically significant oxygen desaturation ($\leq 55\%$) was measured in three patients (6%) after Xyrem administration, with one patient withdrawing from the study and two continuing after single brief instances of desaturation.

During polysomnographic evaluation (PSG), central sleep apnea and oxygen desaturation were observed in pediatric patients with narcolepsy treated with Xyrem.

Prescribers should be aware that increased central apneas and clinically relevant desaturation events have been observed with Xyrem administration in adult and pediatric patients.

In adult clinical trials in 128 patients with narcolepsy, two subjects had profound CNS depression, which resolved after supportive respiratory intervention. Two other patients discontinued sodium oxybate because of severe difficulty breathing and an increase in obstructive sleep apnea. In two controlled trials assessing PSG measures in adult patients with narcolepsy, 40 of 477 patients were included with a baseline apnea/hypopnea index of 16 to 67 events per hour, indicative of mild to severe sleep-disordered breathing. None of the 40 patients had a clinically significant worsening of respiratory function as measured by apnea/hypopnea index and pulse oximetry at doses of 4.5 g to 9 g per night.

Prescribers should be aware that sleep-related breathing disorders tend to be more prevalent in obese patients, in men, in postmenopausal women not on hormone replacement therapy and among patients with narcolepsy.

## 5.5  Depression and Suicidality

In adult clinical trials in patients with narcolepsy (n=781), there were two suicides and two attempted suicides in patients treated with Xyrem, including three patients with a previous history of depressive psychiatric disorder. Of the two suicides, one patient used Xyrem in conjunction with other drugs. Xyrem was not involved in the second suicide. Adverse reactions of depression were reported by 7% of 781 patients treated with Xyrem, with four patients (<1%) discontinuing because of depression. In most cases, no change in Xyrem treatment was required.

In a controlled adult trial, with patients randomized to fixed doses of 3 g, 6 g, or 9 g per night Xyrem or placebo, there was a single event of depression at the 3 g per night dose. In another adult controlled trial, with patients titrated from an initial 4.5 g per night starting dose, the incidences of depression were 1 (1.7%), 1 (1.5%), 2 (3.2%), and 2 (3.6%) for the placebo, 4.5 g, 6 g, and 9 g per night doses, respectively.

In the pediatric clinical trial in patients with narcolepsy (n=104), one patient experienced suicidal ideation and two patients reported depression while taking Xyrem.

The emergence of depression in patients treated with Xyrem requires careful and immediate evaluation. Patients with a previous history of a depressive illness and/or suicide attempt should be monitored carefully for the emergence of depressive symptoms while taking Xyrem.

## 5.6  Other Behavioral or Psychiatric Adverse Reactions

During adult clinical trials in patients with narcolepsy, 3% of 781 patients treated with Xyrem experienced confusion, with incidence generally increasing with dose.

Less than 1% of patients discontinued the drug because of confusion. Confusion was reported at all recommended doses from 6 g to 9 g per night. In a controlled trial in adults where patients were randomized to fixed total daily doses of 3 g, 6 g, or 9 g per night or placebo, a dose-response relationship for confusion was demonstrated, with 17% of patients at 9 g per night experiencing confusion. In all cases in that controlled trial, the confusion resolved soon after termination of treatment. In Trial 3 where sodium oxybate was titrated from an initial 4.5 g per night dose, there was a single event of confusion in one patient at the 9 g per night dose. In the majority of cases in all adult clinical trials in patients with narcolepsy, confusion resolved either soon after termination of dosing or with continued treatment.

Anxiety occurred in 5.8% of the 874 patients receiving Xyrem in adult clinical trials in another population.

Other neuropsychiatric reactions reported in adult clinical trials in patients with narcolepsy and the post-marketing setting included hallucinations, paranoia, psychosis, aggression, and agitation.

In the pediatric clinical trial in patients with narcolepsy, neuropsychiatric reactions, including acute psychosis, confusion, and anxiety, were reported while taking Xyrem.

The emergence or increase in the occurrence of behavioral or psychiatric events in adult and pediatric patients taking Xyrem should be carefully monitored.

## 5.7  Parasomnias

Sleepwalking, defined as confused behavior occurring at night and at times associated with wandering, was reported in 6% of 781 patients with narcolepsy treated with Xyrem in adult controlled trials and long-term open-label studies, with <1% of patients discontinuing due to sleepwalking. Rates of sleepwalking were similar for patients taking placebo and patients taking Xyrem in controlled trials. It is unclear if some or all of the reported sleepwalking episodes correspond to true somnambulism, which is a parasomnia occurring during non-REM sleep, or to any other specific medical disorder. Five instances of sleepwalking with potential injury or significant injury were reported during a clinical trial of Xyrem in patients with narcolepsy.

Parasomnias, including sleepwalking, also have been reported in the pediatric clinical trial and in postmarketing experience with Xyrem. Therefore, episodes of sleepwalking should be fully evaluated and appropriate interventions considered.

## 5.8  Use in Patients Sensitive to High Sodium Intake

Xyrem has a high salt content. In patients sensitive to salt intake (e.g., those with heart failure, hypertension, or renal impairment), consider the amount of daily sodium intake in each dose of Xyrem. Table 3 provides the approximate sodium content per Xyrem dose.

**Table 3**
**Approximate Sodium Content per Total Nightly**
**Dose of Xyrem (g = grams)**

| Xyrem Dose | Sodium Content/Total Nightly Exposure |
|---|---|
| 3 g per night | 550 mg |
| 4.5 g per night | 820 mg |
| 6 g per night | 1100 mg |
| 7.5 g per night | 1400 mg |
| 9 g per night | 1640 mg |

## 6   ADVERSE REACTIONS

The following clinically significant adverse reactions appear in other sections of the labeling:
- CNS depression *[see Warnings and Precautions (5.1)]*
- Abuse and Misuse *[see Warnings and Precautions (5.2)]*
- Respiratory Depression and Sleep-Disordered Breathing *[see Warnings and Precautions (5.4)]*
- Depression and Suicidality *[see Warnings and Precautions (5.5)]*
- Other Behavioral or Psychiatric Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Parasomnias *[see Warnings and Precautions (5.7)]*
- Use in Patients Sensitive to High Sodium Intake *[see Warnings and Precautions (5.8)]*

## 6.1  Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

Adult Patients

Xyrem was studied in three placebo-controlled clinical trials (Trials N1, N3, and N4, described in Sections 14.1 and 14.2) in 611 patients with narcolepsy (398 subjects treated with Xyrem, and 213 with placebo). A total of 781 patients with narcolepsy were treated with Xyrem in controlled and uncontrolled clinical trials.

Section 6.1 and Table 4 present adverse reactions from three pooled, controlled trials (N1, N3, N4) in patients with narcolepsy.

*Adverse Reactions Leading to Treatment Discontinuation:*
Of the 398 patients with narcolepsy treated with Xyrem, 10.3% of patients discontinued because of adverse reactions compared with 2.8% of patients receiving placebo. The most

common adverse reaction leading to discontinuation was nausea (2.8%). The majority of adverse reactions leading to discontinuation began during the first few weeks of treatment.

*Commonly Observed Adverse Reactions in Controlled Clinical Trials:*

The most common adverse reactions (incidence ≥5% and twice the rate seen with placebo) in patients treated with Xyrem were nausea, dizziness, vomiting, somnolence, enuresis, and tremor.

*Adverse Reactions Occurring at an Incidence of 2% or Greater:*

Table 4 lists adverse reactions that occurred at a frequency of 2% or more in any treatment group for three controlled trials and were more frequent in any Xyrem treatment group than with placebo. Adverse reactions are summarized by dose at onset. Nearly all patients in these studies initiated treatment at 4.5 g per night. In patients who remained on treatment, adverse reactions tended to occur early and to diminish over time.

**Table 4**
**Adverse Reactions Occurring in ≥2% of Adult Patients and More Frequently with Xyrem than Placebo in Three Controlled Trials (N1, N3, N4) by Body System and Dose at Onset**

| Adverse Reaction | Placebo (n=213) % | Xyrem 4.5g (n=185) % | Xyrem 6g (n=258) % | Xyrem 9g (n=178) % |
|---|---|---|---|---|
| **ANY ADVERSE REACTION** | 62 | 45 | 55 | 70 |
| **GASTROINTESTINAL DISORDERS** | | | | |
| Nausea | 3 | 8 | 13 | 20 |
| Vomiting | 1 | 2 | 4 | 11 |
| Diarrhea | 2 | 4 | 3 | 4 |
| Abdominal pain upper | 2 | 3 | 1 | 2 |
| Dry mouth | 2 | 1 | 2 | 1 |
| **GENERAL DISORDERS AND ADMINISTRATIVE SITE CONDITIONS** | | | | |
| Pain | 1 | 1 | <1 | 3 |
| Feeling drunk | 1 | 0 | <1 | 3 |
| Edema peripheral | 1 | 3 | 0 | 0 |
| **MUSCULOSKELETAL AND CONNECTIVE TISSUE DISORDERS** | | | | |
| Cataplexy | 1 | 1 | 1 | 2 |
| Muscle spasms | 2 | 2 | <1 | 2 |
| Pain in extremity | 1 | 3 | 1 | 1 |
| **NERVOUS SYSTEM DISORDERS** | | | | |
| Dizziness | 4 | 9 | 11 | 15 |
| Somnolence | 4 | 1 | 3 | 8 |
| Tremor | 0 | 0 | 2 | 5 |
| Disturbance in attention | 0 | 1 | 0 | 4 |
| Paresthesia | 1 | 2 | 1 | 3 |
| Sleep paralysis | 1 | 0 | 1 | 3 |
| **PSYCHIATRIC DISORDERS** | | | | |
| Disorientation | 1 | 1 | 2 | 3 |
| Irritability | 1 | 0 | <1 | 3 |
| Sleepwalking | 0 | 0 | 0 | 3 |
| Anxiety | 1 | 1 | 1 | 2 |
| **RENAL AND URINARY DISORDERS** | | | | |
| Enuresis | 1 | 3 | 3 | 7 |

**Table 4**
**Adverse Reactions Occurring in ≥2% of Adult Patients and More Frequently with Xyrem than**
**Placebo in Three Controlled Trials (N1, N3, N4) by Body System and Dose at Onset**

| Adverse Reaction | Placebo (n=213) % | Xyrem 4.5g (n=185) % | Xyrem 6g (n=258) % | Xyrem 9g (n=178) % |
|---|---|---|---|---|
| SKIN AND SUBCUTANEOUS TISSUE DISORDERS | | | | |
| Hyperhidrosis | 0 | 1 | 1 | 3 |

*Dose-Response Information*

In clinical trials in narcolepsy, a dose-response relationship was observed for nausea, vomiting, paresthesia, disorientation, irritability, disturbance in attention, feeling drunk, sleepwalking, and enuresis. The incidence of all these reactions was notably higher at 9 g per night.

In controlled trials in narcolepsy, discontinuations of treatment due to adverse reactions were greater at higher doses of Xyrem.

Pediatric Patients (7 Years of Age and Older)

In the pediatric clinical trial (Trial N5), 104 patients aged 7 to 17 years (37 patients aged 7 to 11 years; 67 patients aged 12 to 17 years) with narcolepsy received Xyrem for up to one year. This study included an open-label safety continuation period in which eligible patients received Xyrem for up to an additional 2 years. The median and maximum exposure across the entire study were 371 and 987 days, respectively.

*Adverse Reactions Leading to Treatment Discontinuation*

In the pediatric clinical trial, 7 of 104 patients reported adverse reactions that led to withdrawal from the study (hallucination, tactile; suicidal ideation; weight decreased; sleep apnea syndrome; affect lability; anger, anxiety, depression; and headache).

*Adverse Reactions in the Pediatric Clinical Trial*

The most common adverse reactions (≥5%) were nausea (20%), enuresis (19%), vomiting (18%), headache (17%), weight decreased (13%), decreased appetite (9%), dizziness (8%), and sleepwalking (6%).

Additional information regarding safety in pediatric patients appears in the following sections:

- Respiratory Depression and Sleep-Disordered Breathing *[see Warnings and Precautions (5.4)]*
- Depression and Suicidality *[see Warnings and Precautions (5.5)]*
- Other Behavioral or Psychiatric Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Parasomnias *[see Warnings and Precautions (5.7)]*

The overall adverse reaction profile of Xyrem in the pediatric clinical trial was similar to that seen in the adult clinical trial program.

## 6.2  Postmarketing Experience

The following adverse reactions have been identified during postapproval use of Xyrem. Because these reactions are reported voluntarily from a population of uncertain size, it is not

JPION00472925

always possible to reliably estimate their frequency or establish a causal relationship to drug exposure:

arthralgia, decreased appetite, fall*, fluid retention, hangover, headache, hypersensitivity, hypertension, memory impairment, nocturia, panic attack, vision blurred, and weight decreased.

*The sudden onset of sleep in patients taking sodium oxybate, including in a standing position or while rising from bed, has led to falls complicated by injuries, in some cases requiring hospitalization.

# 7    DRUG INTERACTIONS

## 7.1 Alcohol, Sedative Hypnotics, and CNS Depressants

Xyrem is contraindicated for use in combination with alcohol or sedative hypnotics. Use of other CNS depressants may potentiate the CNS-depressant effects of Xyrem *[see Warnings and Precautions (5.1)]*.

## 7.2 Divalproex Sodium

Concomitant use of Xyrem with divalproex sodium results in an increase in systemic exposure to GHB, which was shown to cause a greater impairment on some tests of attention and working memory in a clinical study *[see Clinical Pharmacology (12.3)]*. An initial dose reduction of Xyrem is recommended when used concomitantly with divalproex sodium *[see Dosage and Administration (2.5)]*. Prescribers are advised to monitor patient response closely and adjust dose accordingly if concomitant use of Xyrem and divalproex sodium is warranted.

# 8    USE IN SPECIFIC POPULATIONS

## 8.1 Pregnancy

Risk Summary

There are no adequate data on the developmental risk associated with the use of sodium oxybate in pregnant women. Oral administration of sodium oxybate to pregnant rats (150, 350, or 1,000 mg/kg/day) or rabbits (300, 600, or 1,200 mg/kg/day) throughout organogenesis produced no clear evidence of developmental toxicity; however, oral administration to rats throughout pregnancy and lactation resulted in increased stillbirths and decreased offspring postnatal viability and growth, at a clinically relevant dose *[see Data]*.

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively. The background risk of major birth defects and miscarriage for the indicated population is unknown.

Clinical Considerations

*Labor or Delivery*

Xyrem has not been studied in labor or delivery. In obstetric anesthesia using an injectable formulation of sodium oxybate, newborns had stable cardiovascular and respiratory measures but were very sleepy, causing a slight decrease in Apgar scores. There was a fall in the rate of uterine contractions 20 minutes after injection. Placental transfer is rapid and gamma-hydroxybutyrate (GHB) has been detected in newborns at delivery after intravenous administration of GHB to mothers. Subsequent effects of sodium oxybate on later growth, development, and maturation in humans are unknown.

Data

*Animal Data*

Oral administration of sodium oxybate to pregnant rats (150, 350, or 1,000 mg/kg/day) or rabbits (300, 600, or 1,200 mg/kg/day) throughout organogenesis produced no clear evidence of developmental toxicity. The highest doses tested in rats and rabbits were approximately 1 and 3 times, respectively, the maximum recommended human dose (MRHD) of 9 g per night on a body surface area (mg/m$^2$) basis.

Oral administration of sodium oxybate (150, 350, or 1,000 mg/kg/day) to rats throughout pregnancy and lactation resulted in increased stillbirths and decreased offspring postnatal viability and body weight gain at the highest dose tested. The no-effect dose for pre- and post-natal developmental toxicity in rats is less than the MRHD on a mg/m$^2$ basis.

## 8.2  Lactation

Risk Summary

GHB is excreted in human milk after oral administration of sodium oxybate. There is insufficient information on the risk to a breastfed infant, and there is insufficient information on milk production in nursing mothers. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for Xyrem and any potential adverse effects on the breastfed infant from Xyrem or from the underlying maternal condition.

## 8.4  Pediatric Use

The safety and effectiveness of Xyrem in the treatment of cataplexy or excessive daytime sleepiness in pediatric patients (7 years of age and older) with narcolepsy have been established in a double-blind, placebo-controlled, randomized-withdrawal study *[see Adverse Reactions (6.1) and Clinical Studies (14.3)]*.

In the pediatric clinical trial with Xyrem administration in patients with narcolepsy, serious adverse reactions of central sleep apnea and oxygen desaturation documented by polysomnography evaluation; depression; suicidal ideation; neuropsychiatric reactions including acute psychosis, confusion, and anxiety; and parasomnias, including sleepwalking, have been reported *[see Warnings and Precautions (5.4, 5.5, 5.6, 5.7) and Adverse Reactions (6.1)]*.

Safety and effectiveness of Xyrem in pediatric patients below the age of 7 years have not been established.

Juvenile Animal Toxicity Data

In a study in which sodium oxybate (0, 100, 300, or 900 mg/kg/day) was orally administered to rats during the juvenile period of development (postnatal days 21 through 90), mortality was observed at the two highest doses tested. Deaths occurred during the first week of dosing and were associated with clinical signs (including decreased activity and respiratory rate) consistent with the pharmacological effects of the drug. Reduced body weight gain in males and females and delayed sexual maturation in males were observed at the highest dose tested. The no-effect dose for adverse effects in juvenile rats is associated with plasma exposures (AUC) less than that at the maximum recommended human dose (9 g/night).

## 8.5  Geriatric Use

Clinical studies of Xyrem in patients with narcolepsy did not include sufficient numbers of subjects age 65 years and older to determine whether they respond differently from younger subjects. In controlled trials in another population, 39 (5%) of 874 patients were 65 years or older. Discontinuations of treatment due to adverse reactions were increased in the elderly

JPION00472927

compared to younger adults (21% vs. 19%). Frequency of headaches was markedly increased in the elderly (39% vs. 19%). The most common adverse reactions were similar in both age categories. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

## 8.6 Hepatic Impairment

Because of an increase in exposure to Xyrem, the starting dose should be reduced by half in patients with hepatic impairment *[see Dosage and Administration (2.4) and Clinical Pharmacology (12.3)]*.

# 9   DRUG ABUSE AND DEPENDENCE

## 9.1 Controlled Substance

Xyrem is a Schedule III controlled substance under the Federal Controlled Substances Act. Non-medical use of Xyrem could lead to penalties assessed under the higher Schedule I controls.

## 9.2 Abuse

Xyrem (sodium oxybate), the sodium salt of GHB, produces dose-dependent central nervous system effects, including hypnotic and positive subjective reinforcing effects. The onset of effect is rapid, enhancing its potential for abuse or misuse.

Drug abuse is the intentional non-therapeutic use of a drug product or substance, even once, for its desirable psychological or physiological effects. Misuse is the intentional use, for therapeutic purposes of a drug by an individual in a way other than prescribed by a health care provider or for whom it was not prescribed. Drug misuse and abuse may occur with or without progression to addiction. Drug addiction is a cluster of behavioral, cognitive, and physiological phenomena that may include a strong desire to take the drug, difficulties in controlling drug use (e.g., continuing drug use despite harmful consequences, giving a higher priority to drug use than other activities and obligations), and possible tolerance or physical dependence.

The rapid onset of sedation, coupled with the amnestic features of GHB, particularly when combined with alcohol, has proven to be dangerous for the voluntary and involuntary user (e.g., assault victim).

Illicit GHB is abused in social settings primarily by young adults. Some of the doses estimated to be abused are in a similar dosage range to that used for treatment of patients with cataplexy. GHB has some commonalities with ethanol over a limited dose range, and some cross tolerance with ethanol has been reported as well. Cases of severe dependence and craving for GHB have been reported when the drug is taken around the clock. Patterns of abuse indicative of dependence include: 1) the use of increasingly large doses, 2) increased frequency of use, and 3) continued use despite adverse consequences.

Because illicit use and abuse of GHB have been reported, physicians should carefully evaluate patients for a history of drug abuse and follow such patients closely, observing them for signs of misuse or abuse of GHB (e.g., increase in size or frequency of dosing, drug-seeking behavior, feigned cataplexy). Dispose of Xyrem according to state and federal regulations. It is safe to dispose of Xyrem down the sanitary sewer.

## 9.3 Dependence

Physical dependence is a state that develops as a result of physiological adaptation in response to repeated drug use, manifested by withdrawal signs and symptoms after abrupt discontinuation or a significant dose reduction of a drug. There have been case reports of withdrawal, ranging from mild to severe, following discontinuation of illicit use of GHB at frequent repeated doses (18 g to 250 g per day) in excess of the recommended dosage range.

JPION00472928

Signs and symptoms of GHB withdrawal following abrupt discontinuation included insomnia, restlessness, anxiety, psychosis, lethargy, nausea, tremor, sweating, muscle cramps, tachycardia, headache, dizziness, rebound fatigue and sleepiness, confusion, and, particularly in the case of severe withdrawal, visual hallucinations, agitation, and delirium. These symptoms generally abated in 3 to 14 days. In cases of severe withdrawal, hospitalization may be required. The discontinuation effects of Xyrem have not been systematically evaluated in controlled clinical trials. In the clinical trial experience with Xyrem in narcolepsy/cataplexy patients at recommended doses, two patients reported anxiety and one reported insomnia following abrupt discontinuation at the termination of the clinical trial; in the two patients with anxiety, the frequency of cataplexy had increased markedly at the same time.

*Tolerance*

Tolerance is a physiological state characterized by a reduced response to a drug after repeated administration (i.e., a higher dose of a drug is required to produce the same effect that was once obtained at a lower dose). Tolerance to Xyrem has not been systematically studied in controlled clinical trials. There have been some case reports of symptoms of tolerance developing after illicit use at dosages far in excess of the recommended Xyrem dosage regimen. Clinical studies of sodium oxybate in the treatment of alcohol withdrawal suggest a potential cross-tolerance with alcohol. The safety and effectiveness of Xyrem in the treatment of alcohol withdrawal have not been established.

## 10   OVERDOSAGE

### 10.1 Human Experience

Information regarding overdose with Xyrem is derived largely from reports in the medical literature that describe symptoms and signs in individuals who have ingested GHB illicitly. In these circumstances the co-ingestion of other drugs and alcohol was common, and may have influenced the presentation and severity of clinical manifestations of overdose.

In adult clinical trials two cases of overdose with Xyrem were reported. In the first case, an estimated dose of 150 g, more than 15 times the maximum recommended dose, caused a patient to be unresponsive with brief periods of apnea and to be incontinent of urine and feces. This individual recovered without sequelae. In the second case, death was reported following a multiple drug overdose consisting of Xyrem and numerous other drugs.

### 10.2 Signs and Symptoms

Information about signs and symptoms associated with overdosage with Xyrem derives from reports of illicit use of GHB. Patient presentation following overdose is influenced by the dose ingested, the time since ingestion, the co-ingestion of other drugs and alcohol, and the fed or fasted state. Patients have exhibited varying degrees of depressed consciousness that may fluctuate rapidly between a confusional, agitated combative state with ataxia and coma. Emesis (even when obtunded), diaphoresis, headache, and impaired psychomotor skills have been observed. No typical pupillary changes have been described to assist in diagnosis; pupillary reactivity to light is maintained. Blurred vision has been reported. An increasing depth of coma and acidosis have been observed at higher doses. Myoclonus and tonic-clonic seizures have been reported. Respiration may be unaffected or compromised in rate and depth. Cheyne-Stokes respiration and apnea have been observed. Bradycardia and hypothermia may accompany unconsciousness, as well as muscular hypotonia, but tendon reflexes remain intact.

### 10.3 Recommended Treatment of Overdose

General symptomatic and supportive care should be instituted immediately, and gastric decontamination may be considered if co-ingestants are suspected. Because emesis may occur in

the presence of obtundation, appropriate posture (left lateral recumbent position) and protection of the airway by intubation may be warranted. Although the gag reflex may be absent in deeply comatose patients, even unconscious patients may become combative to intubation, and rapid-sequence induction (without the use of sedative) should be considered. Vital signs and consciousness should be closely monitored. The bradycardia reported with GHB overdose has been responsive to atropine intravenous administration. No reversal of the central depressant effects of Xyrem can be expected from naloxone or flumazenil administration. The use of hemodialysis and other forms of extracorporeal drug removal have not been studied in GHB overdose, but have been reported in cases of acidosis associated with GHB ingestions of 125 g or greater; however, due to the rapid metabolism of sodium oxybate, these measures may not be warranted.

### 10.4 Poison Control Center

As with the management of all cases of drug overdosage, the possibility of multiple drug ingestion should be considered. The healthcare provider is encouraged to collect urine and blood samples for routine toxicologic screening, and to consult with a regional poison control center (1-800-222-1222) for current treatment recommendations.

## 11   DESCRIPTION

Sodium oxybate, a CNS depressant, is the active ingredient in Xyrem. The chemical name for sodium oxybate is sodium 4-hydroxybutyrate. The molecular formula is $C_4H_7NaO_3$, and the molecular weight is 126.09 g/mole. The chemical structure is:

$$Na^+ \; {}^-O - \overset{\overset{\displaystyle O}{\|}}{C} - CH_2 - CH_2 - CH_2 - O - H$$

Sodium oxybate is a white to off-white, crystalline powder that is very soluble in aqueous solutions. Each mL of Xyrem contains 0.5 g of sodium oxybate (equivalent to 0.413 g/mL of oxybate) in USP Purified Water, neutralized to pH 7.5 with malic acid.

## 12   CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

Xyrem is a CNS depressant. The mechanism of action of Xyrem in the treatment of narcolepsy is unknown. Sodium oxybate is the sodium salt of gamma-hydroxybutyrate (GHB), an endogenous compound and metabolite of the neurotransmitter GABA. It is hypothesized that the therapeutic effects of Xyrem on cataplexy and excessive daytime sleepiness are mediated through $GABA_B$ actions at noradrenergic and dopaminergic neurons, as well as at thalamocortical neurons.

### 12.3 Pharmacokinetics

Pharmacokinetics of GHB are nonlinear and are similar following single or repeat dosing of Xyrem.

<u>Absorption</u>

Following oral administration of Xyrem, GHB is absorbed rapidly across the clinical dose range, with an absolute bioavailability of about 88%. The average peak plasma concentrations ($C_{max}$) following administration of each of the two 2.25 g doses given under fasting conditions 4 hours apart were similar. The average time to peak plasma concentration ($T_{max}$) ranged from 0.5 to 1.25 hours. Following oral administration of Xyrem, the plasma levels of GHB increased

more than dose-proportionally, with blood levels increasing 3.7-fold as total daily dose is doubled from 4.5 g to 9 g. Single doses greater than 4.5 g have not been studied.

*Effect of Food*

Administration of Xyrem immediately after a high-fat meal resulted in delayed absorption (average $T_{max}$ increased from 0.75 hr to 2 hr) and a reduction in $C_{max}$ of GHB by a mean of 59% and of systemic exposure (AUC) by 37%.

Distribution

GHB is a hydrophilic compound with an apparent volume of distribution averaging 190 mL/kg to 384 mL/kg. At GHB concentrations ranging from 3 mcg/mL to 300 mcg/mL, less than 1% is bound to plasma proteins.

Elimination

*Metabolism*

Animal studies indicate that metabolism is the major elimination pathway for GHB, producing carbon dioxide and water via the tricarboxylic acid (Krebs) cycle and secondarily by beta-oxidation. The primary pathway involves a cytosolic $NADP^+$-linked enzyme, GHB dehydrogenase, that catalyzes the conversion of GHB to succinic semialdehyde, which is then biotransformed to succinic acid by the enzyme succinic semialdehyde dehydrogenase. Succinic acid enters the Krebs cycle where it is metabolized to carbon dioxide and water. A second mitochondrial oxidoreductase enzyme, a transhydrogenase, also catalyzes the conversion to succinic semialdehyde in the presence of α-ketoglutarate. An alternate pathway of biotransformation involves β-oxidation via 3,4-dihydroxybutyrate to carbon dioxide and water. No active metabolites have been identified.

*Excretion*

The clearance of GHB is almost entirely by biotransformation to carbon dioxide, which is then eliminated by expiration. On average, less than 5% of unchanged drug appears in human urine within 6 to 8 hours after dosing. Fecal excretion is negligible. GHB has an elimination half-life of 0.5 to 1 hour.

Specific Populations

*Geriatric Patients*

There is limited experience with Xyrem in the elderly. Results from a pharmacokinetic study (n=20) in another studied population indicate that the pharmacokinetic characteristics of GHB are consistent among younger (age 48 to 64 years) and older (age 65 to 75 years) adults.

*Pediatric Patients*

The pharmacokinetics of sodium oxybate were evaluated in pediatric patients from 7 to 17 years of age (n=29). The pharmacokinetic characteristics of sodium oxybate were shown to be similar in adults and pediatric patients. Body weight was found to be the major intrinsic factor affecting oxybate pharmacokinetics.

*Male and Female Patients*

In a study of 18 female and 18 male healthy adult volunteers, no gender differences were detected in the pharmacokinetics of GHB following a single Xyrem oral dose of 4.5 g.

*Racial or Ethnic Groups*

There are insufficient data to evaluate any pharmacokinetic differences among races.

JPION00472931

*Patients with Renal Impairment*

No pharmacokinetic study in patients with renal impairment has been conducted.

*Patients with Hepatic Impairment*

The pharmacokinetics of GHB in 16 cirrhotic patients, half without ascites (Child's Class A) and half with ascites (Child's Class C), were compared to the kinetics in 8 subjects with normal hepatic function after a single Xyrem oral dose of 25 mg/kg. AUC values were double in the cirrhotic patients, with apparent oral clearance reduced from 9.1 mL/min/kg in healthy adults to 4.5 and 4.1 mL/min/kg in Class A and Class C patients, respectively. Elimination half-life was significantly longer in Class C and Class A patients than in control patients (mean $t_{1/2}$ of 59 and 32 minutes, respectively, versus 22 minutes). The starting dose of Xyrem should be reduced in patients with liver impairment *[see Dosage and Administration (2.4) and Use in Specific Populations (8.6)]*.

Drug Interactions Studies

Studies *in vitro* with pooled human liver microsomes indicate that sodium oxybate does not significantly inhibit the activities of the human isoenzymes CYP1A2, CYP2C9, CYP2C19, CYP2D6, CYP2E1, or CYP3A up to the concentration of 3 mM (378 mcg/mL), a level considerably higher than levels achieved with recommended doses.

Drug interaction studies in healthy adults (age 18 to 50 years) were conducted with Xyrem and divalproex sodium, diclofenac, and ibuprofen:

- Divalproex sodium: Co-administration of Xyrem (6 g per day as two equal doses of 3 grams dosed four hours apart) with divalproex sodium (valproic acid, 1250 mg per day) increased mean systemic exposure to GHB as shown by AUC by approximately 25% (AUC ratio range of 0.8 to 1.7), while $C_{max}$ was comparable. Co-administration did not appear to affect the pharmacokinetics of valproic acid. A greater impairment on some tests of attention and working memory was observed with co-administration of both drugs than with either drug alone *[see Drug Interactions (7.2) and Dosage and Administration (2.5)]*.
- Diclofenac: Co-administration of Xyrem (6 g per day as two equal doses of 3 grams dosed four hours apart) with diclofenac (50 mg/dose twice per day) showed no significant differences in systemic exposure to GHB. Co-administration did not appear to affect the pharmacokinetics of diclofenac.
- Ibuprofen: Co-administration of Xyrem (6 g per day as two equal doses of 3 grams dosed four hours apart) with ibuprofen (800 mg/dose four times per day also dosed four hours apart) resulted in comparable systemic exposure to GHB as shown by plasma $C_{max}$ and AUC values. Co-administration did not affect the pharmacokinetics of ibuprofen.

Drug interaction studies in healthy adults demonstrated no pharmacokinetic interactions between Xyrem and protriptyline hydrochloride, zolpidem tartrate, and modafinil. Also, there were no pharmacokinetic interactions with the alcohol dehydrogenase inhibitor fomepizole. However, pharmacodynamic interactions with these drugs cannot be ruled out. Alteration of gastric pH with omeprazole produced no significant change in the pharmacokinetics of GHB. In addition, drug interaction studies in healthy adults demonstrated no pharmacokinetic or clinically significant pharmacodynamic interactions between Xyrem and duloxetine HCl.

## 13   NONCLINICAL TOXICOLOGY

### 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

Administration of sodium oxybate to rats at oral doses of up to 1,000 mg/kg/day for 83 (males) or 104 (females) weeks resulted in no increase in tumors. Plasma exposure (AUC) at the highest dose tested was 2 times that in humans at the maximum recommended human dose (MRHD) of 9 g per night.

The results of 2-year carcinogenicity studies in mouse and rat with gamma-butyrolactone, a compound that is metabolized to sodium oxybate *in vivo,* showed no clear evidence of carcinogenic activity. The plasma AUCs of sodium oxybate achieved at the highest doses tested in these studies were less than that in humans at the MRHD.

Mutagenesis

Sodium oxybate was negative in the *in vitro* bacterial gene mutation assay, an *in vitro* chromosomal aberration assay in mammalian cells, and in an *in vivo* rat micronucleus assay.

Impairment of Fertility

Oral administration of sodium oxybate (150, 350, or 1,000 mg/kg/day) to male and female rats prior to and throughout mating and continuing in females through early gestation resulted in no adverse effects on fertility. The highest dose tested is approximately equal to the MRHD on a mg/m$^2$ basis.

## 14   CLINICAL STUDIES

The efficacy of Xyrem for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy has been established in the following adequate and well-controlled trials:

- Cataplexy in adult narcolepsy in Trials N1 and N2 *[see Clinical Studies (14.1)]*
- Excessive Daytime Sleepiness (EDS) in adult narcolepsy in Trials N3 and N4 *[see Clinical Studies (14.2)]*
- Cataplexy and EDS in pediatric narcolepsy in Trial N5 *[see Clinical Studies (14.3)]*

### 14.1 Cataplexy in Adult Narcolepsy

The effectiveness of Xyrem in the treatment of cataplexy was established in two randomized, double-blind, placebo-controlled, multicenter, parallel-group trials (Trials N1 and N2) in patients with narcolepsy (see Table 5). In Trials N1 and N2, 85% and 80% of patients, respectively, were also being treated with CNS stimulants. The high percentages of concomitant stimulant use make it impossible to assess the efficacy and safety of Xyrem independent of stimulant use. In each trial, the treatment period was 4 weeks and the total nightly Xyrem doses ranged from 3 g to 9 g, with the total nightly dose administered as two equal doses. The first dose each night was taken at bedtime and the second dose was taken 2.5 to 4 hours later. There were no restrictions on the time between food consumption and dosing.

Trial N1 enrolled 136 narcoleptic patients with moderate to severe cataplexy (median of 21 cataplexy attacks per week) at baseline. Prior to randomization, medications with possible effects on cataplexy were withdrawn, but stimulants were continued at stable doses. Patients were randomized to receive placebo, Xyrem 3 g per night, Xyrem 6 g per night, or Xyrem 9 g per night.

Trial N2 was a randomized-withdrawal trial with 55 narcoleptic patients who had been taking open-label Xyrem for 7 to 44 months prior to study entry. To be included, patients were required to have a history of at least 5 cataplexy attacks per week prior to any treatment for

cataplexy. Patients were randomized to continued treatment with Xyrem at their stable dose (ranging from 3 g to 9 g per night) or to placebo for 2 weeks. Trial N2 was designed specifically to evaluate the continued efficacy of sodium oxybate after long-term use.

The primary efficacy measure in Trials N1 and N2 was the frequency of cataplexy attacks.

**Table 5**
**Median Number of Cataplexy Attacks in Trials N1 and N2**

| Trial/Dosage Group | Baseline | Median Change from Baseline | Comparison to Placebo (p-value) |
|---|---|---|---|
| **Trial N1 (Prospective, Randomized, Parallel Group Trial)** | | | |
| | | (median attacks/week) | |
| **Placebo** (n=33) | 20.5 | -4 | – |
| **Xyrem 6 g per night** (n=31) | 23.0 | -10 | 0.0451 |
| **Xyrem 9 g per night** (n=33) | 23.5 | -16 | 0.0016 |
| **Trial N2 (Randomized-Withdrawal Trial)** | | | |
| | | (median attacks/2 weeks) | |
| **Placebo** (n=29) | 4.0 | 21 | – |
| **Xyrem** (n=26) | 1.9 | 0 | <0.001 |

In Trial N1, both the 6 g and 9 g per night Xyrem doses resulted in statistically significant reductions in the frequency of cataplexy attacks. The 3 g per night dose had little effect. In Trial N2, patients randomized to placebo after discontinuing long-term open-label Xyrem therapy experienced a significant increase in cataplexy attacks (p<0.001), providing evidence of long-term efficacy of Xyrem. In Trial N2, the response was numerically similar for patients treated with doses of 6 g to 9 g per night, but there was no effect seen in patients treated with doses less than 6 g per night, suggesting little effect at these doses.

## 14.2  Excessive Daytime Sleepiness in Adult Narcolepsy

The effectiveness of Xyrem in the treatment of excessive daytime sleepiness in patients with narcolepsy was established in two randomized, double-blind, placebo-controlled trials (Trials N3 and N4) (see Tables 6 to 8). Seventy-eight percent of patients in Trial N3 were also being treated with CNS stimulants.

Trial N3 was a multicenter randomized, double-blind, placebo-controlled, parallel-group trial that evaluated 228 patients with moderate to severe symptoms at entry into the study including a median Epworth Sleepiness Scale (see below) score of 18, and a Maintenance of Wakefulness Test (see below) score of 8.3 minutes. Patients were randomized to one of 4 treatment groups: placebo, Xyrem 4.5 g per night, Xyrem 6 g per night, or Xyrem 9 g per night. The period of double-blind treatment in this trial was 8 weeks. Antidepressants were withdrawn prior to randomization; stimulants were continued at stable doses.

The primary efficacy measures in Trial N3 were the Epworth Sleepiness Scale and the Clinical Global Impression of Change. The Epworth Sleepiness Scale is intended to evaluate the extent of sleepiness in everyday situations by asking the patient a series of questions. In these questions, patients were asked to rate their chances of dozing during each of 8 activities on a scale from 0-3 (0=never; 1=slight; 2=moderate; 3=high). Higher total scores indicate a greater tendency to sleepiness. The Clinical Global Impression of Change is evaluated on a 7-point scale, centered at *No Change*, and ranging from *Very Much Worse* to *Very Much Improved*. In

Trial N3, patients were rated by evaluators who based their assessments on the severity of narcolepsy at baseline.

In Trial N3, statistically significant improvements were seen on the Epworth Sleepiness Scale score at Week 8 and on the Clinical Global Impression of Change score at Week 8 with the 6 g and 9 g per night doses of Xyrem compared to the placebo group.

**Table 6**
**Change from Baseline in Daytime Sleepiness Score (Epworth Sleepiness Scale) at Week 8 in Trial N3 (Range 0-24)**

| Treatment Group | Baseline | Week 8 | Median Change from Baseline at Week 8 | p-value |
|---|---|---|---|---|
| **Placebo** (n=59) | 17.5 | 17.0 | -0.5 | - |
| **Xyrem 6 g per night** (n=58) | 19.0 | 16.0 | -2.0 | <0.001 |
| **Xyrem 9 g per night** (n=47) | 19.0 | 12.0 | -5.0 | <0.001 |

**Table 7**
**Proportion of Patients with a Very Much or Much Improved Clinical Global Impression of Change in Daytime and Nighttime Symptoms in Trial N3**

| Treatment Group | Percentages of Responders (Very Much Improved or Much Improved) | Change from Baseline Significance Compared to Placebo (p-value) |
|---|---|---|
| **Placebo** (n=59) | 22% | - |
| **Xyrem 6 g per night** (n=58) | 52% | <0.001 |
| **Xyrem 9 g per night** (n=47) | 64% | <0.001 |

Trial N4 was a multicenter randomized, double-blind, placebo-controlled, parallel-group trial that evaluated 222 patients with moderate to severe symptoms at entry into the study including a median Epworth Sleepiness Scale score of 15, and a Maintenance of Wakefulness Test (see below) score of 10.3 minutes. At entry, patients had to be taking modafinil at stable doses of 200 mg, 400 mg, or 600 mg daily for at least 1 month prior to randomization. The patients enrolled in the study were randomized to one of 4 treatment groups: placebo, Xyrem, modafinil, or Xyrem plus modafinil. Xyrem was administered in a dose of 6 g per night for 4 weeks, followed by 9 g per night for 4 weeks. Modafinil was continued in the modafinil alone and the Xyrem plus modafinil treatment groups at the patient's prior dose. Trial N4 was not designed to compare the effects of Xyrem to modafinil because patients receiving modafinil were not titrated to a maximal dose. Patients randomized to placebo or to Xyrem treatment were withdrawn from their stable dose of modafinil. Patients taking antidepressants could continue these medications at stable doses.

The primary efficacy measure in Trial N4 was the Maintenance of Wakefulness Test. The Maintenance of Wakefulness Test measures latency to sleep onset (in minutes) averaged over 4 sessions at 2-hour intervals following nocturnal polysomnography. For each test session, the

subject was asked to remain awake without using extraordinary measures. Each test session is terminated after 20 minutes if no sleep occurs, or after 10 minutes, if sleep occurs. The overall score is the mean sleep latency for the 4 sessions.

In Trial N4, a statistically significant improvement in the change in the Maintenance of Wakefulness Test score from baseline at Week 8 was seen in the Xyrem and Xyrem plus modafinil groups compared to the placebo group.

This trial was not designed to compare the effects of Xyrem to modafinil, because patients receiving modafinil were not titrated to a maximally effective dose.

**Table 8**
**Change in Baseline in the Maintenance of Wakefulness Test Score (in minutes) at Week 8 in Trial N4**

| Treatment Group | Baseline | Week 8 | Mean Change from Baseline at Week 8 | p-value |
|---|---|---|---|---|
| **Placebo (modafinil withdrawn) (n=55)** | 9.7 | 6.9 | -2.7 | - |
| **Xyrem (modafinil withdrawn) (n=50)** | 11.3 | 12.0 | 0.6 | <0.001 |
| **Xyrem plus modafinil (n=54)** | 10.4 | 13.2 | 2.7 | <0.001 |

## 14.3  Cataplexy and Excessive Daytime Sleepiness in Pediatric Narcolepsy

The effectiveness of Xyrem in the treatment of cataplexy and excessive daytime sleepiness in pediatric patients 7 years of age and older with narcolepsy was established in a double-blind, placebo-controlled, randomized-withdrawal study (Trial N5) (NCT02221869). The study was conducted in 106 pediatric patients (median age: 12 years; range: 7 to 17 years) with a baseline history of at least 14 cataplexy attacks in a typical 2-week period prior to any treatment for narcolepsy symptoms. Of the 106 patients, 2 did not receive study drug and 63 patients were randomized 1:1 either to continued treatment with Xyrem or to placebo. Randomization to placebo was stopped early as the efficacy criterion was met at the pre-planned interim analysis.

Patients entered the study either taking a stable dose of Xyrem or were Xyrem-naïve. CNS stimulants were allowed at entry, and approximately 50% of patients used a stable dose of stimulant throughout the stable-dose and double-blind periods. Xyrem-naïve patients were initiated and titrated based on body weight over a period of up to 10 weeks. The total nightly dose was administered in two divided doses, with the first dose given at nighttime and the second given 2.5 to 4 hours later *[see Dosage and Administration (2.2)]*. Once a stable dose of Xyrem had been achieved, these patients entered the 2-week stable-dose period; patients taking a stable dose of Xyrem at study entry remained taking this dose for 3 weeks, prior to randomization. Efficacy was established at doses ranging from 3 g to 9 g of Xyrem per night.

The primary efficacy measure was the change in frequency of cataplexy attacks. In addition, change in cataplexy severity was evaluated with the Clinical Global Impression of Change for cataplexy severity *[see Clinical Studies (14.2) for description of scale]*. The efficacy of Xyrem in the treatment of excessive daytime sleepiness in pediatric patients with narcolepsy was evaluated

with the change in the Epworth Sleepiness Scale (Child and Adolescent) score. The Epworth Sleepiness Scale (Child and Adolescent) is a modified version of the scale used in adult clinical trials described above *[see Clinical Studies (14.2) for description and scoring]*. The overall change in narcolepsy condition was assessed by the Clinical Global Impression of Change for narcolepsy overall. Efficacy was assessed during or at the end of the 2-week double-blind treatment period, relative to the last 2 weeks or end of the stable-dose period (see Tables 9 and 10).

Pediatric patients taking stable doses of Xyrem who were withdrawn from Xyrem treatment and randomized to placebo during the double-blind treatment period experienced a statistically significant increase in weekly cataplexy attacks compared with patients who were randomized to continue treatment with Xyrem. Patients randomized to receive placebo during the double-blind treatment period experienced a statistically significant worsening of EDS compared with patients randomized to continue receiving Xyrem (see Table 9).

**Table 9**
**Number of Weekly Cataplexy Attacks and Epworth Sleepiness Scale (Child and Adolescent) Score (Trial N5)**

| Treatment Group | Baseline[*,†] | Double-blind Treatment Period[‡,§] | Median Change from Baseline | Comparison to Placebo (p-value[¶]) |
|---|---|---|---|---|
| **Median Number of Cataplexy Attacks (attacks/week)** | | | | |
| **Placebo** (n=32) | 4.7 | 21.3 | 12.7 | - |
| **Xyrem** (n=31) | 3.5 | 3.8 | 0.3 | <0.0001 |
| **Median Epworth Sleepiness Scale (Child and Adolescent) Score** | | | | |
| **Placebo** (n=31**) | 11 | 12 | 3 | - |
| **Xyrem** (n=30**) | 8 | 9 | 0 | 0.0004 |

[*] For weekly number of cataplexy attacks, baseline value is calculated from the last 14 days of the stable-dose period.
[†] For Epworth Sleepiness Scale score, baseline value is collected at the end of stable-dose period.
[‡] Weekly number of cataplexy attacks is calculated from all days within the double-blind treatment period.
[§] For Epworth Sleepiness Scale, value is collected at the end of the double-blind treatment period.
[¶] P-value from rank-based analysis of covariance (ANCOVA) with treatment as a factor and rank baseline value as a covariate.
[**] One patient in each of the treatment groups did not have baseline ESS score available and were not included in this analysis.

Patients randomized to receive placebo during the double-blind treatment period experienced a statistically significant worsening of cataplexy severity and narcolepsy overall according to the clinician's assessment compared with patients randomized to continue receiving Xyrem (see Table 10).

**Table 10**
**Clinical Global Impression of Change (CGIc) for Cataplexy Severity and Narcolepsy Overall (Trial N5)**

| | CGIc Cataplexy Severity[*] | | CGIc Narcolepsy Overall[*] | |
|---|---|---|---|---|
| **Worsened, %[†]** | Placebo (n=32) | Xyrem (n=29)[‡] | Placebo (n=32) | Xyrem (n=29)[‡] |
| **Much worse or very much worse** | 66% | 17% | 59% | 10% |

| p-value[§] | 0.0001 | <0.0001 |
|---|---|---|

\* Responses indicate change of severity or symptoms relative to receiving Xyrem treatment at baseline.

† Percentages based on total number of observed values.

‡ Two patients randomized to Xyrem did not have the CGIc assessments completed and were excluded from the analysis.

§ P-value from Pearson's chi-square test.

## 16   HOW SUPPLIED/STORAGE AND HANDLING

### 16.1   How Supplied

Xyrem is a clear to slightly opalescent oral solution. Each prescription includes one bottle of Xyrem with attached press in bottle adaptor, an oral measuring device (plastic syringe), and a Medication Guide. The pharmacy provides two empty containers with child-resistant caps with each Xyrem shipment.

Each amber bottle contains Xyrem oral solution at a concentration of 0.5 g per mL (0.5 g/mL of sodium oxybate equivalent to 0.413 g/mL of oxybate) and has a child-resistant cap.

One 180 mL bottle             NDC 68727-100-01

### 16.2   Storage

**Keep out of reach of children.**

Xyrem should be stored at 25°C (77°F); excursions permitted to 15°C to 30°C (59°F to 86°F) (see USP Controlled Room Temperature).

Dispense in tight containers.

Solutions prepared following dilution should be consumed within 24 hours.

### 16.3   Handling and Disposal

Xyrem is a Schedule III drug under the Controlled Substances Act. Xyrem should be handled according to state and federal regulations. It is safe to dispose of Xyrem down the sanitary sewer.

## 17   PATIENT COUNSELING INFORMATION

Advise the patient and/or caregiver to read the FDA-approved patient labeling (Medication Guide and Instructions for Use).

Central Nervous System Depression

Inform patients and/or caregivers that Xyrem can cause central nervous system depression, including respiratory depression, hypotension, profound sedation, syncope, and death. Instruct patients to not engage in activities requiring mental alertness or motor coordination, including operating hazardous machinery, for at least 6 hours after taking Xyrem. Instruct patients and/or their caregivers to inform their healthcare providers of all the medications they take *[see Warnings and Precautions (5.1)]*.

Abuse and Misuse

Inform patients and/or caregivers that the active ingredient of Xyrem is gamma-hydroxybutyrate (GHB), which is associated with serious adverse reactions with illicit use and abuse *[see Warnings and Precautions (5.2)]*.

XYWAV and XYREM REMS

Xyrem is available only through a restricted program called the XYWAV and XYREM REMS *[see Warnings and Precautions (5.3)]*. Inform the patient and/or caregiver of the following notable requirements:

- Xyrem is dispensed only by the central pharmacy

JPION00472938

- Xyrem will be dispensed and shipped only to patients enrolled in the XYWAV and XYREM REMS

Xyrem is available only from the central pharmacy participating in the program. Therefore, provide patients and/or caregivers with the telephone number and website for information on how to obtain the product.

Alcohol or Sedative Hypnotics

Advise patients and/or caregivers that alcohol and other sedative hypnotics should not be taken with Xyrem *[see Contraindications (4)]*.

Sedation

Inform patients and/or caregivers that the patient is likely to fall asleep quickly after taking Xyrem (often within 5 and usually within 15 minutes), but the time it takes to fall asleep can vary from night to night. The sudden onset of sleep, including in a standing position or while rising from bed, has led to falls complicated by injuries, in some cases requiring hospitalization *[see Adverse Reactions (6.2)]*. Instruct patients and/or caregivers that the patient should remain in bed following ingestion of the first and second nightly doses. Instruct patients and/or caregivers that the patient should not take their second nightly dose until 2.5 to 4 hours after the first dose *[see Dosage and Administration (2.3)]*.

Food Effects on Xyrem

Inform patients and/or caregivers that the first nightly dose should be taken at least 2 hours after eating.

Respiratory Depression and Sleep-Disordered Breathing

Inform patients that Xyrem may impair respiratory drive, especially in patients with compromised respiratory function, and may cause apnea *[see Warnings and Precautions (5.4)]*.

Depression and Suicidality

Instruct patients and/or caregivers to contact a healthcare provider immediately if the patient develops depressed mood, markedly diminished interest or pleasure in usual activities, significant change in weight and/or appetite, psychomotor agitation or retardation, increased fatigue, feelings of guilt or worthlessness, slowed thinking or impaired concentration, or suicidal ideation *[see Warnings and Precautions (5.5)]*.

Other Behavioral or Psychiatric Adverse Reactions

Inform patients and/or caregivers that Xyrem can cause behavioral or psychiatric adverse reactions, including confusion, anxiety, and psychosis. Instruct them to notify their healthcare provider if any of these types of symptoms occur *[see Warnings and Precautions (5.6)]*.

Sleepwalking

Instruct patients and/or caregivers that Xyrem has been associated with sleepwalking and other behaviors during sleep, and to contact their healthcare provider if this occurs *[see Warnings and Precautions (5.7)]*.

Sodium Intake

Instruct patients and/or caregivers that Xyrem contains a significant amount of sodium and patients who are sensitive to sodium intake (e.g., those with heart failure, hypertension, or renal impairment) should limit their sodium intake *[see Warnings and Precautions (5.8)]*.

**Distributed By:**

Jazz Pharmaceuticals, Inc.

JPION00472939

Palo Alto, CA 94304

Protected by U.S. Patent Nos. 8,772,306; 9,050,302; 9,486,426; 10,213,400; 10,864,181; and 11,253,494.

JPION00472940

**MEDICATION GUIDE**
**XYREM® (ZĪE-rem)**
**(sodium oxybate)**
**oral solution, CIII**

Read this Medication Guide carefully before you start or your child starts taking XYREM and each time you get or your child gets a refill. There may be new information. This information does not take the place of talking to your doctor about your or your child's medical condition or treatment.

**What is the most important information I should know about XYREM?**

- XYREM is a central nervous system (CNS) depressant. Taking XYREM with other CNS depressants such as medicines used to make you or your child fall asleep, including opioid analgesics, benzodiazepines, sedating antidepressants, antipsychotics, sedating anti-epileptic medicines, general anesthetics, muscle relaxants, alcohol, or street drugs, may cause serious medical problems, including:
  - trouble breathing (respiratory depression)
  - low blood pressure (hypotension)
  - changes in alertness (drowsiness)
  - fainting (syncope)
  - death

  Ask your doctor if you are not sure if you are, or your child is, taking a medicine listed above.

- XYREM is a federal controlled substance (CIII). The active ingredient of XYREM is a form of gamma-hydroxybutyrate (GHB) that is also a federal controlled substance (CI). Abuse of illegal GHB, either alone or with other CNS depressants may cause serious medical problems, including:
  - seizure
  - trouble breathing (respiratory depression)
  - changes in alertness (drowsiness)
  - coma
  - death

  Call your doctor right away if you have or your child has any of these serious side effects.

- Anyone who takes XYREM should not do anything that requires them to be fully awake or is dangerous, including driving a car, using heavy machinery, or flying an airplane, for at least 6 hours after taking XYREM. Those activities should not be done until you know how XYREM affects you or your child.

- Keep XYREM in a safe place to prevent abuse and misuse. Selling or giving away XYREM may harm others, and is against the law. Tell your doctor if you have ever abused or been dependent on alcohol, prescription medicines, or street drugs.

- Because of the risk of CNS depression, abuse, and misuse, XYREM is available only by prescription, and filled through the central pharmacy in the XYWAV and XYREM REMS. You or your child must be enrolled in the XYWAV and XYREM REMS to receive XYREM. For information on how to receive XYREM visit www.XYWAVXYREMREMS.COM. Before you receive or your child receives XYREM, your doctor or pharmacist will make sure that you understand how to take XYREM safely and effectively. If you have any questions about XYREM, ask your doctor or call the XYWAV and XYREM REMS at 1-866-997-3688.

**What is XYREM?**

XYREM is a prescription medicine used to treat the following symptoms in people 7 years of age or older with narcolepsy:

- sudden onset of weak or paralyzed muscles (cataplexy), or
- excessive daytime sleepiness (EDS)

It is not known if XYREM is safe and effective in children less than 7 years of age.

**Do not take XYREM if you or your child:**

- takes other sleep medicines or sedatives (medicines that cause sleepiness)
- drinks alcohol
- has a rare problem called succinic semialdehyde dehydrogenase deficiency

JPION00472941

**Before taking XYREM, tell your doctor about all medical conditions, including if you or your child:**

- have a history of drug abuse.
- have short periods of not breathing while sleeping (sleep apnea)
- has trouble breathing or has lung problems. You or your child may have a higher chance of having serious breathing problems when taking XYREM.
- have or had depression or has tried to harm yourself or themselves. You or your child should be watched carefully for new symptoms of depression.
- has or had behavior or other psychiatric problems such as**:**

| | |
|---|---|
| o anxiety | o seeing or hearing things that are not real (hallucinations) |
| o feeling more suspicious (paranoia) | o being out of touch with reality (psychosis) |
| o acting aggressive | o agitation |

- have liver problems
- are on a salt-restricted diet. XYREM contains a lot of sodium (salt) and may not be right for you or your child.
- have high blood pressure
- have heart failure
- have kidney problems
- are pregnant or plan to become pregnant. It is not known if XYREM can harm your unborn baby.
- are breastfeeding or plan to breastfeed. XYREM passes into breast milk. You and your doctor should decide if you or your child will take XYREM or breastfeed.

**Tell your doctor about all the medicines you take or your child takes**, including prescription and over-the-counter medicines, vitamins, and herbal supplements.

Especially, tell your doctor if you take or your child takes other medicines to help you or your child sleep (sedatives). Know the medicines you take or your child takes. Keep a list of them to show your doctor and pharmacist when you get or your child gets a new medicine.

**How should I take or give XYREM?**

- Read the **Instructions for Use** at the end of this Medication Guide for detailed instructions on how to take XYREM.
- Take or give XYREM exactly as your doctor tells you to take or give it.
- XYREM can cause physical dependence and craving for the medicine when it is not taken as directed.
- Never change the XYREM dose without talking to your doctor.
- XYREM can cause sleep very quickly without feeling drowsy. Some people fall asleep within 5 minutes and most fall asleep within 15 minutes. The time it takes to fall asleep might be different from night to night.
- Falling asleep quickly, including while standing or while getting up from the bed, has led to falls with injuries that have required some people to be hospitalized.
- XYREM is taken at night divided into 2 doses.
  - **Adults:** Take the first XYREM dose at bedtime while you are in bed and lie down immediately. Take the second XYREM dose 2½ to 4 hours after the first XYREM dose. You may want to set an alarm clock to make sure you wake up to take the second XYREM dose. You should remain in bed after taking the first and second doses of XYREM.
  - **Children:** Give the first XYREM dose at bedtime or after an initial period of sleep, while your child is in bed and have them lie down immediately. Give the second XYREM dose 2½ to 4 hours after the first XYREM dose. You may want to set an alarm clock to make sure you wake up to give the second XYREM dose. Your child should remain in bed after taking the first and second doses of XYREM.
- If you miss or your child misses the second XYREM dose, skip that dose and do not take or give XYREM again until the next night. Never take or give 2 XYREM doses at 1 time.
- Wait at least 2 hours after eating before taking XYREM.
- If you take or your child takes too much XYREM, call your doctor or go to the nearest hospital emergency room right away.

**What are the possible side effects of XYREM?**
**XYREM can cause serious side effects, including:**
- See **"What is the most important information I should know about XYREM?"**
- **breathing problems, including:**
  - slower breathing
  - trouble breathing
  - short periods of not breathing while sleeping (sleep apnea). People who already have breathing or lung problems have a higher chance of having breathing problems when they take XYREM.
- **mental health problems, including:**
  - confusion
  - seeing or hearing things that are not real (hallucinations)
  - unusual or disturbing thoughts (abnormal thinking)
  - feeling anxious or upset
  - depression
  - thoughts of killing yourself or trying to kill yourself
  - increased tiredness
  - feelings of guilt or worthlessness
  - difficulty concentrating

  **Call your doctor right away if you have or your child has symptoms of mental health problems, or a change in weight or appetite.**
- **sleepwalking.** Sleepwalking can cause injuries. Call your doctor if you start or your child starts sleepwalking. Your doctor should check you or your child.

**The most common side effects of XYREM in adults include:**
- nausea
- sleepiness
- dizziness
- vomiting
- bedwetting
- tremor

**The most common side effects of XYREM in children include:**
- nausea
- bedwetting
- vomiting
- headache
- weight decreased
- decreased appetite
- dizziness
- sleepwalking

Side effects may increase when taking higher doses of XYREM.
These are not all the possible side effects of XYREM. **For more information, ask your doctor or pharmacist. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**

**How should I store XYREM?**
- Store XYREM in the original bottle prior to mixing with water. After mixing with water, store XYREM in pharmacy containers with child-resistant caps provided by the pharmacy.
- Store XYREM at room temperature between 68°F to 77°F (20°C to 25°C).
- XYREM solution prepared after mixing with water should be taken within 24 hours.
- When you have finished using a XYREM bottle:
  - empty any unused XYREM down the sink drain
  - cross out the label on the XYREM bottle with a marker
  - place the empty XYREM bottle in the trash

XYREM comes in a child-resistant package. **Keep XYREM and all medicines out of the reach of children and pets.**

**General information about the safe and effective use of XYREM.**
Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use XYREM for a condition for which it was not prescribed. Do not give XYREM to other people, even if they have the same symptoms. It may harm them.
You can ask your pharmacist or doctor for information about XYREM that is written for health professionals.

**What are the ingredients in XYREM?**
**Active ingredients:** sodium oxybate
**Inactive ingredients:** purified water and malic acid
**Distributed By:**
Jazz Pharmaceuticals, Inc.
Palo Alto, CA 94304

For more information, go to www.XYWAVXYREMREMS.com or call the XYWAV and XYREM REMS at 1-866-997-3688.

This Medication Guide has been approved by the U.S. Food and Drug Administration            Issued: 9/2020

JPION00472944

**Instructions for Use**
**XYREM® (ZĪE-rem)**
**(sodium oxybate)**
**oral solution, CIII**

Read this Instructions for Use carefully before you (or your child) start taking XYREM and each time you (or your child) get a refill. There may be new information. This information does not take the place of talking to your doctor about your (or your child's) medical condition or treatment.

**Important Information:**

- **You will need to split your (or your child's) prescribed XYREM dose into 2 separate pharmacy containers for mixing.**

- **You will need to mix XYREM with water before you take or give your child the dose.**

- **Safely store the prepared XYREM doses and take within 24 hours after mixing. If the prepared dose was not taken within this time, throw the mixture away. See "Throwing away (disposing of) XYREM" section below for instructions about how to safely throw away XYREM.**

- **Both XYREM doses should be taken while in bed.**

- **The pharmacy containers may be rinsed out with water and emptied into the sink drain.**

Supplies you will need for mixing and taking (or giving your child) XYREM. See Figure A:

- Bottle of XYREM medicine
- Dosing syringe for measuring and dispensing the XYREM dose
- Measuring cup that is able to measure about ¼ cup of water (not provided with the XYREM shipment)
- 2 **empty** pharmacy containers with child-resistant caps for mixing, storing, and taking the XYREM doses
- Alarm clock (not pictured which may be included in the first shipment)
- Medication Guide



**Figure A**

**Step 1: Setup**
- Take the XYREM bottle, syringe, and pharmacy containers out of the shipping box.
- Take the syringe out of the plastic wrapper. Use only the syringe provided with the XYREM prescription.
- Fill a measuring cup (not provided) with about ¼ cup of water available for mixing your dose.
- **Make sure the pharmacy containers are empty.**
- Open both pharmacy containers by holding the tab under the cap and turning counterclockwise (to the left). See Figure B.



**Figure B**

Remove the tamper evident band by pulling at the perforations and then remove the bottle cap from the XYREM bottle by pushing down while turning the cap counterclockwise. See Figure C.



**Figure C**

**Step 2. Prepare the first XYREM dose (prepare before bedtime)**
Place the XYREM bottle on a hard, flat surface and grip the bottle with one hand and firmly press the syringe into the center opening of the bottle with the other hand. See Figure D.



**Figure D**

Pull back on the plunger until the medicine flows into the syringe and the liquid level is lined up with the marking on the syringe that matches you or your child's dose. See Figure E.



**Figure E**

**Note: The XYREM medicine will not flow into the syringe unless you keep the bottle upright.**

JPION00472947

Figure F shows an example of drawing up a XYREM dose of 2.25 g. Figure G shows an example if an air space forms when drawing up the dose.



**Figure F**  **Figure G**

**Note:** If an air space forms between the plunger and the liquid when drawing up the medicine, line up the liquid level with the marking on the syringe that matches your or your child's dose. See Figure G above.

- After you draw up the first divided XYREM dose, remove the syringe from the opening of the XYREM bottle.
- Empty all of the medicine from the syringe into one of the provided **empty** pharmacy containers by pushing down on the plunger until it stops. See Figure H.



**Figure H**

- Using a measuring cup, pour about ¼ cup of water into the pharmacy container. **Be careful to add only water to the pharmacy container and not more XYREM.**
- **All shipped bottles of XYREM contain the concentrated medicine. Water for mixing the medicine is not provided in the shipment.**
- After mixing the medicine and water in the provided pharmacy container, place the child-resistant cap on the filled pharmacy container and turn the cap clockwise (to the right) until it clicks and locks into its child-resistant position. See Figure I.
- Caution: the pharmacy container cap is reversible with a non-child resistant side. See Figure J. Make sure the child-resistant side of the cap is used to prevent access to the medicine by children.

JPION00472948

**Cap shown in child-resistant position.**

**Note: Do not place the cap back on the container in a non-child resistant position as shown below.**





**Figure I**                                               **Figure J**

**Step 3. Prepare the second XYREM dose (prepare before bedtime)**

- Repeat Step 2 drawing up the amount of medicine prescribed for your (or your child's) second dose:
    - emptying the syringe into the second pharmacy container
    - adding about ¼ cup of water and
    - closing the pharmacy container

**Step 4. Store the prepared XYREM doses**

- Put the cap back on the XYREM bottle and store the XYREM bottle and both prepared doses in a safe and secure place. Store in a locked place if needed.

- Keep the XYREM bottle and both prepared XYREM doses out of the reach of children and pets.

- Rinse the syringe out with water and squirt the liquid into the sink drain by pushing down on the plunger until it stops.

**Step 5. Take or give the first XYREM dose**

- At bedtime, and before you take (or give) the first XYREM dose, put the second XYREM dose in a safe place. Caregivers should make sure all XYREM doses are kept in a safe place until given. You may want to set an alarm clock for 2½ to 4 hours later to make sure you wake up to take (or give) the second dose.

- When it is time to take (or give) the first XYREM dose, remove the cap from the pharmacy container by pressing down on the child-resistant locking tab and turning the cap counterclockwise.

- Drink (or have your child drink) all of the first XYREM dose while sitting in bed. Put the cap back on the first pharmacy container and immediately lie down to sleep (or have your child lie down to sleep).

- You (or your child) should fall asleep soon. Some people fall asleep within 5 minutes and most fall asleep within 15 minutes. Some patients take less time to fall asleep, and some take more time. The time it takes you (or your child) to fall asleep might be different from night to night.

**Step 6. Take or give the second XYREM dose**

- When you wake up 2½ to 4 hours later for your (or your child's) second dose of XYREM, take the cap off the second pharmacy container.

- If you (or your child) wake up before the alarm and it has been at least 2½ hours since the first XYREM dose, turn off the alarm and take (or give your child) the second XYREM dose.

- Drink (or have your child drink) all of the second XYREM dose while sitting in bed. Put the cap back on the second pharmacy container and immediately lie down (or have your child lie down) to continue sleeping.

**How should I store XYREM?**

- Store XYREM in the original bottle prior to mixing with water. After mixing, store XYREM in the pharmacy containers provided by the pharmacy. The cap on the original bottle is child-resistant. The pharmacy container cap is child-resistant only when the child-resistant side of the cap is used.

- Store XYREM at room temperature between 68°F to 77°F (20°C to 25°C).

- XYREM solution prepared after mixing with water should be taken within 24 hours or emptied down the sink drain.

**Throwing away (disposing of) XYREM**

- When you have finished using a XYREM bottle:
  - empty any unused XYREM down the sink drain
  - cross out the label on the XYREM bottle with a marker (not provided with the XYREM shipment)
  - place the empty XYREM bottle in the trash

- **Keep XYREM and all medicines out of the reach of children and pets.**

**Distributed By:**
Jazz Pharmaceuticals, Inc.
Palo Alto, CA 94304

This Instructions for Use has been approved by the U.S. Food and Drug Administration.        Revised: 4/2023

# EXHIBIT 18

An official website of the United States government Here's how you know

Search    Menu

Home / For Industry / Medical products for rare diseases and conditions / Designating an Orphan Product: Drugs and Biological Products / Clinical Superiority Findings

# Clinical Superiority Findings

Share    Post    Linkedin    Email    Print

## Designating an Orphan Product: Drugs and Biological Products

- Orphan Drug Designation Request Form
- Orphan Drug Act - Relevant Excerpts
- Frequently Asked Questions (FAQ) About Designating an Orphan Product
- Orphan Drug Designation: Disease Considerations
- Clinical Superiority Findings
- Instructions for Searchable Designation Database
- Public Identification of Orphan Drug Designation
- Improving the Prevention, Diagnosis, and Treatment of Rare and Neglected Diseases: FDA Report to Congress
- Contact Us

Content current as of: 04/01/2024

In accordance with section 527(e)(2) of the FD&C Act (21 U.S.C. 360cc(e)(2)), FDA will publish a summary of the clinical superiority findings when a drug is eligible for orphan-drug exclusivity on the basis of a demonstration of clinical superiority. This page will only include the clinical superiority findings for those drugs approved on or after August 18, 2017, the date that the FDA Reauthorization Act of 2017 added section 527(e)(2) to the FD&C Act. "Clinical superiority," is used here only within the meaning of that term under FDA's orphan drug regulations at 21 CFR Part 316 and section 527(c) of the FD&C Act. For the definition of "clinically superior," for the purposes of determining eligibility for orphan-drug exclusivity when the same drug has been previously approved for the same use or indication, see 21 CFR 316.3(b)(3). For the definition of "same drug," see 21 CFR 316.3(b)(14).

The summary is organized by approval date.

## 2023

Flamel Ireland Limited dba Avadel Ireland for Lumryz (sodium oxybate)

## 2022

Mitsubishi Tanabe Pharma Corporation for Radicava ORS (edaraone) oral suspension

## 2020

Jazz Pharmaceuticals Ireland Limited for Xywav (calcium, magnesium, potassium, and sodium oxybates)

| Approval Date | 7/21/2020 |
| --- | --- |
| NDA/BLA | 212690 |
| Sponsor | Jazz Pharmaceuticals Ireland Limited |
| Drug | Xywav (calcium, magnesium, potassium, and sodium oxybates) |
| Orphan Designation | Treatment of narcolepsy |
| Approved Labeled Indication | Indicated for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy |
| Exclusivity Protected Indication | Indicated for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy |
| Summary of Clinical Superiority Findings | The active moiety, oxybate was previously approved as Xyrem (sodium oxybate) for the treatment of cataplexy or EDS in patients 7 years of age and older with narcolepsy. Xywav (calcium, magnesium, potassium, and sodium oxybates) is clinically superior to Xyrem by means of greater safety because Xywav provides a greatly reduced chronic sodium burden compared to Xyrem. The differences in the sodium content of the two products at the recommended doses will be clinically meaningful in reducing cardiovascular morbidity in a substantial proportion of patients for whom the drug is indicated. |

## 2019

Neurelis Pharmaceuticals, Inc. for Valtoco (diazepam nasal spray)

## 2018

CSL Behring for Hizentra

Astellas Pharma Global Development, Inc. for Prograf

| Novartis Pharmaceuticals Corporation for significrel |
| --- |
| Leadiant Biosciences, Inc. for Revcovi (elapegademase-lvlr) |
| Alexion Pharmaceuticals, Inc. for Ultomiris (ravulizumab-cwvz) |
| 2O17 |
| Wyeth Pharmaceuticals, Inc., a Pfizer Company for Mylotarg |

Was this helpful?   Yes   No

FDA Archive

About FDA

Accessibility

Visitor Information

Website Policies / Privacy

No FEAR Act

Vulnerability Disclosure Policy

FOIA

HHS.gov

USA.gov

Contact FDA

1-888-INFO-FDA (1-888-463-6332)


Top

# EXHIBIT 19

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEPUY SYNTHES PRODUCTS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 11-652-LPS |
| | : | |
| GLOBUS MEDICAL, INC., | : | ████████████████ |
| | : | REDACTED - PUBLIC VERSION |
| Defendant. | : | |

Karen E. Keller and John W. Shaw, SHAW KELLER LLP, Wilmington, Delaware.

Matthew J. Becker, Jeremy C. Lowe, Edward M. Mathias, and Tara R. Rahemba, AXINN, VELTROP & HARKRIDER LLP, Hartford, CT.

Diane C. Ragosa, AXINN, VELTROP & HARKRIDER LLP, New York, NY.

   Counsel for Plaintiff.

Richard L. Horwitz and David E. Moore, POTTER ANDERSON & CORROON LLP, Wilmington, Delaware.

Vivian S. Kuo and Robert F. Ruyak, WINSTON & STRAWN LLP, Washington, D.C.

Shane A. Nelson and Luke A. Culpepper, WINSTON & STRAWN LLP, Houston, TX.

   Counsel for Defendant.

## MEMORANDUM OPINION

March 25, 2014
Wilmington, Delaware.

*Lewil P. Ass*

**STARK, U.S. District Judge:**

The Court held a ten-day jury trial in this patent infringement action in June 2013. At the

conclusion of the trial, the jury returned a verdict for Plaintiff DePuy Synthes Products, LLC

("Synthes"), finding U.S. Patent Nos. 7,875,076; 7,862,616; and 7,846,207 valid and infringed

by Defendant Globus Medical, Inc.'s ("Globus") three accused products. (D.I. 322) Now

pending before the Court are Synthes' Motion for Attorneys' Fees Under 35 U.S.C. § 285 (D.I.

340), Motion for a Permanent Injunction and Destruction of Infringing Products (D.I. 356),

Motion for an Accounting and Determination of an Ongoing Royalty Rate (D.I. 357), and Motion

for Prejudgment and Postjudgment Interest (D.I. 358), as well as Globus' Motion for Attorneys'

Fees (D.I. 370).[1] For the reasons set forth below, the Court will deny each party's motion for

attorneys' fees, deny Synthes' Motion for a Permanent Injunction and Destruction of Infringing

Products, grant in part and deny in part Synthes' Motion for an Accounting and Determination of

an Ongoing Royalty Rate, and grant Synthes' Motion for Prejudgment and Postjudgment Interest.

## I.    BACKGROUND

Synthes filed this patent infringement action against Globus on July 22, 2011.[2] (D.I. 1)

The patents-in-suit relate to medical devices called "inter-vertebral implants" and methods of

implanting such devices between adjacent vertebrae in spinal fusion procedures. (*See id.* at 2-4)

---

[1]Globus also filed a Renewed Motion for Judgment as a Matter of Law, Or in the
Alternative, for a New Trial. (D.I. 371) That motion is the subject a separate Memorandum
Opinion.

[2]The action was actually filed by Synthes USA, LLC; Synthes USA Products, LLC; and
Synthes USA Sales, LLC. (*See* D.I. 1) However, on February 8, 2013, the parties executed a
joint stipulation, later entered as an order, by which Synthes USA, LLC agreed to dismiss with
prejudice all claims and defenses asserted by Synthes USA Products, LLC and Synthes USA
Sales, LLC. (D.I. 130) Thereafter, on February 15, 2013, DePuy Synthes Products, LLC was
substituted as plaintiff for the lone remaining plaintiff in the case, Synthes USA, LLC. (D.I. 157)

On February 13, 2013, the parties filed motions for summary judgment. (D.I. 133, 138, 146) At the May 14, 2013 Pretrial Conference, the Court addressed these motions and set forth its decisions in an Order the following day. (Transcript of Pretrial Conference (D.I. 288) (hereinafter "Pretrial Tr."); D.I. 268) The Court granted Synthes' Motion for Summary Judgment that the Asserted Patents are Not Invalid as Anticipated [by Certain Prior Art] and granted in part Globus' Motion for Partial Summary Judgment – denying that motion with respect to noninfringement and invalidity for obviousness, but granting the motion with respect to Synthes' allegation that Globus willfully infringed the patents-in-suit. (D.I. 268 at ¶¶ 4-5) The Court also denied Synthes' Motion for Summary Judgment of Infringement of Claims 1, 3 and 5 of U.S. Patent No. 7,862,616. (*Id.* at ¶ 3)

As already noted, following trial the jury returned a verdict for Synthes, finding the patents-in-suit valid and infringed by Globus' three accused products, and awarding Synthes royalty damages of $16,001,822.25, based on a fifteen percent royalty rate. (D.I. 322) Upon receiving the jury's verdict in favor of Synthes on all claims of infringement, validity, and damages, the Court entered judgment on June 24, 2013. (D.I. 329) Thereafter, on July 2, 2013, Synthes filed a Motion for Temporary Restraining Order and Preliminary Injunction. (D.I. 333) The Court denied that motion on August 22, 2013. *See Depuy Synthes Prods., LLC v. Globus Med., Inc.*, 2013 WL 4509655, at *1 (D. Del. Aug. 22, 2013).

The parties later filed numerous other post-trial motions. On July 8, 2013, Synthes filed a Motion for Attorneys' Fees Under 35 U.S.C. § 285. (D.I. 340) Then, on July 22, 2013, Synthes filed a Motion for a Permanent Injunction and Destruction of Infringing Products (D.I. 356), Motion for an Accounting and Determination of an Ongoing Royalty Rate (D.I. 357), and Motion

2

for Prejudgment and Postjudgment Interest (D.I. 358).  On August 1, 2013, Globus filed its

Motion for Attorneys' Fees.  (D.I. 370)  Briefing on the motions was completed by September 5,

2013.  (*See* D.I. 402)

## II.    LEGAL STANDARDS

### A.    Motions for Attorneys' Fees

The award of attorneys' fees is discretionary with the trial court, and is to be awarded

only after a finding that a case was "exceptional."  *See Stevenson v. Sears, Roebuck & Co.*, 713

F.2d 705, 712–13 (Fed. Cir. 1983); 35 U.S.C. § 285 ("The court in exceptional cases may award

reasonable attorney fees to the prevailing party.").  The Federal Circuit has made clear that

attorneys' fees should be awarded only in "limited circumstances" and are not to become an

"ordinary thing in patent litigation."  *Forest Labs., Inc. v. Abbott Labs.*, 339 F.3d 1324, 1329

(Fed. Cir. 2003).

In undertaking a Section 285 inquiry, the Court focuses in particular on the actual conduct

of the parties during the course of litigating or prosecuting the patent.  *See Lightwave*

*Technologies, Inc. v. Corning Glass Works*, 1991 WL 4737, at *13 (S.D.N.Y. Jan. 16, 1991).

Courts have identified certain conduct as "exceptional:" "inequitable conduct before the PTO;

litigation misconduct; vexatious, unjustified, and otherwise bad faith litigation; [filing of] a

frivolous suit or willful infringement."  *Edwards Lifesciences AG v. Corevalve, Inc.*, 2011 WL

446203, at *13 (D. Del. Feb. 7, 2011) (internal quotation marks omitted); *see also Standard Oil*

*Co. v. Am. Cyanamid Co.*, 774 F.2d 448, 455 (Fed. Cir. 1985) ("Other exceptional circumstances

include willful infringement, misconduct during litigation, vexatious or unjustified litigation, or a

frivolous suit").  However, as the Federal Circuit has cautioned, "[i]n evaluating the frivolity of

3

particular arguments made during the course of the litigation, the arguments must be shown to be

at least objectively unreasonable." *Highmark, Inc. v. Allcare Health Mgmt. Sys., Inc.*, 687 F.3d

1300, 1316 (Fed. Cir. 2012).

**B.     Motions for a Permanent Injunction and Destruction of Infringing Products**

Under the Patent Act, "[t]he several courts having jurisdiction of cases under this title

may grant injunctions in accordance with the principles of equity to prevent the violation of any

right secured by patent, on such terms as the court deems reasonable." 35 U.S.C. § 283.  The

party requesting a permanent injunction has the burden of showing that: (1) it has suffered an

irreparable injury; (2) remedies available at law are inadequate to compensate for that injury;

(3) considering the balance of hardships between the plaintiff and defendant, a remedy in equity

is warranted; and (4) the public interest would not be disserved by a permanent injunction. *eBay*

*Inc. v. MercExchange, L.L.C.*, 547 U.S. 388, 391 (2006).  "While the right to exclude is the

essence of the concept of property, district courts are, nevertheless, given broad discretion under

35 U.S.C. § 283 . . . to determine whether the facts of a case warrant the grant of an injunction

and to determine the scope of the injunction." *Joy Techs. Inc. v. Flakt, Inc.*, 6 F.3d 770, 772

(Fed. Cir. 1993).

**C.     Motions for an Accounting and Determination of an Ongoing Royalty Rate**

Under 35 U.S.C. § 284, a party prevailing on a claim of patent infringement is entitled to

damages in an amount "no . . . less than a reasonable royalty for the use made of the invention by

the infringer." 35 U.S.C. § 284; *see also Finjan Inc. v. Secure Computing Corp.*, 626 F.3d 1197,

1212 (Fed. Cir. 2010).  Such damages may be based upon sales made prior to the court entering a

judgment, but not considered in the calculation at that time. *See Finjan*, 626 F.3d at 1212.  They

may also include sales made after the court enters its judgment. *See id.* at 1212-13. The determination of an ongoing royalty rate, including whether it should be increased beyond the jury's verdict, is a matter within the district court's discretion. *See Paice LLC v. Toyota Motor Corp.*, 504 F.3d 1293, 1314-15 (Fed. Cir. 2007).

### D.      Motions for Prejudgment and Postjudgment Interest

"As a general matter, prejudgment interest should ordinarily be awarded in patent cases to provide patent owners with complete compensation." *LG Display Co., Ltd. v. AU Optronics Corp.*, 722 F. Supp. 2d 466, 475 (D. Del. 2010). The Court has broad discretion to select the prejudgment interest rate to be applied, and the Federal Circuit has held that application of the prime rate is appropriate even if there is no evidence that the patent holder borrowed at the prime rate. *See Uniroyal, Inc. v. Rudkin–Wiley Corp.*, 939 F.2d 1540, 1545 (Fed. Cir. 1991). Postjudgment interest shall be awarded at the rate provided in 28 U.S.C. § 1961(a). *See LG Display*, 722 F. Supp. 2d at 475.

## III.    DISCUSSION

### A.      Motions for Attorneys' Fees

#### 1.      Synthes' Motion for Attorneys' Fees

In support of its Motion for Attorneys' Fees Under 35 U.S.C. § 285, Synthes points to numerous instances of what it labels "litigation misconduct" engaged in by Globus during the course of the instant litigation. (D.I. 364 at 2) Some of the more serious accusations leveled by Synthes are that Globus: "misrepresented numerous critical facts in discovery," "repeatedly maintained baseless arguments," and "made numerous representations throughout trial that contradicted the facts in the case, the Court's prior rulings, and Globus' earlier representations to

5

the Court." (*Id.* at 3, 5-6)

The Court does not agree with Synthes. As to Synthes' assertion that Globus misrepresented numerous critical facts in discovery, the Court finds that Globus' actions, while not always laudable, were most often reasonable under the circumstances. (*See* D.I. 386 at 16-20) For example, in addressing Synthes' allegation that Globus withheld information regarding its redesigned products, Globus noted that it produced non-email documents regarding that topic, and that when Synthes later moved to compel production of related email, the Court concluded that it was "not an easy dispute" and only granted "some limited e-mail discovery." (*Id.* at 19 (citing D.I. 105 at 25-26)) In the Court's view, Globus' discovery-related actions do not, individually or collectively, rise to the level of "exceptional" such that attorneys' fees are warranted.

Second, as to Synthes' claim that Globus repeatedly maintained baseless arguments, the Court again finds that Globus' actions were not "exceptional." Synthes' contentions that Globus "[m]aintained [b]aseless [i]nvalidity and [n]on-[i]nfringement [p]ositions [t]hroughout the [c]ase," including anticipation defenses that "were not even close to meritorious" (D.I. 364 at 16-17), are unpersuasive. The Court addressed Globus' claim construction, noninfringement and invalidity positions at the Pretrial Conference and found them to be not unreasonable (even when Globus did not ultimately prevail). For instance, the Court stated:

> Defendant's claim construction positions, although largely not adopted, were in no respect unreasonable. Defendant's noninfringement position[s], particularly to the extent tied to their not unreasonable claim construction positions, were also not unreasonable. Even on the assumption that the Court would adopt many of Synthes'

6

> constructions, Globus had some bases to move for
> summary judgment of noninfringement, which
> again shows a not unreasonable defense.
>
> Defendant's invalidity positions, particularly
> [even] as they now exist given the Court's adoption
> of many of Synthes' proposed constructions, [are]
> also not unreasonable. All of that makes it plain to
> the Court . . . that Globus' [post-suit] conduct has
> not been objectively unreasonable.

(Pretrial Tr. at 132-33) Many of Globus' positions the Court addressed at the Pretrial Conference are the same positions which Synthes now argues are "baseless." The Court's view expressed at the Pretrial Conference has not changed. *See generally Highmark*, 687 F.3d at 1316 (concluding that when a court "evaluat[es] the frivolity of particular arguments made during the course of the litigation, the arguments must be shown to be at least objectively unreasonable").

Third, as to Synthes' claim that Globus made representations at trial that contradicted the Court's prior rulings or Globus' earlier representations to the Court, Synthes acknowledges that some of the statements to which it points were already the subject of curative instructions at trial. (*See* D.I. 364 at 10-12 (citing Transcript of Jury Trial (D.I. 346-355) (hereinafter "Trial Tr.") at 2149-53)) Illustrative of such statements is a comment made by Globus' counsel during closing arguments regarding the Court's interpretation of a particular claim term, about which Globus admits it "misspoke." (D.I. 386 at 8) The Court addressed at trial other of Synthes' allegations about "repeated misrepresentations" (D.I. 364 at 14-15) and rejected them. (*See* Trial Tr. at 2039-40 (permitting Globus to present its interpretation of "non-metallic material" limitation, despite Synthes' protests that Globus' argument had already been rejected by Court); *id.* at 2119-20 (rejecting Synthes' request to reopen evidence due to statement made by Globus' counsel

7

regarding its redesigned products, as Court believed jury did not "[take] from [that statement] what [Synthes is] suggesting")) Thus, much of what Synthes complains about was already dealt with at trial, the Court already provided adequate relief, and these events do not make this case "exceptional." Moreover, Globus properly places its comments within the context of a legally and factually complex trial in which the Court was required to construe claim terms as late as during the trial's final days. (*See* Trial Tr. at 1923-25) Indeed, as Globus notes, the Court acknowledged that the question of how Globus' counsel could present some of these issues at trial was a "difficult" one, and "some leeway" was necessary. (*Id.* at 2076-77)

In sum, the Court does not find that this case, and particularly Globus' conduct, was "exceptional." Accordingly, Synthes' Motion for Attorneys' Fees Under 35 U.S.C. § 285 is DENIED.

### 2. Globus' Motion for Attorneys' Fees

In Globus' Motion for Attorneys' Fees (D.I. 370), Globus argues that it is entitled to attorneys' fees under 35 U.S.C. § 285 because "Synthes' allegation that Globus willfully infringed [the patents-in-suit] was brought in bad faith . . . [and] Synthes maintained its willfulness allegation even after . . . it became clear that [the allegation] lacked any merit." (*Id.* at 1) Globus relies primarily on the Court's ruling on Globus' Motion for Partial Summary Judgment, which the Court granted with respect to Synthes' allegation that Globus willfully infringed the patents-in-suit. (*Id.* at 1, 3-6 (citing D.I. 268 at ¶ 4)) Particularly critical to Globus' arguments here are the statements made by the Court during the Pretrial Conference, in which the Court said that Globus' noninfringement positions were "not unreasonable," Globus' pre-suit conduct was "objectively reasonable," and Globus' post-suit conduct was not "objectively

8

unreasonable." (*Id.* at 4 (citing Pretrial Tr. at 132-33))

Although Synthes' claim of willful infringement was ultimately unsuccessful, this alone does not establish that Synthes acted in bad faith. *See Brooks Furniture Mfg., Inc. v. Dutailier Int'l, Inc.*, 393 F.3d 1378, 1384 (Fed. Cir. 2005). More importantly, the Court's determination that Synthes could not prevail on its willful infringement claim does not logically lead to the conclusion that Globus, therefore, should receive attorneys' fees; the Court did not state that Synthes' willfulness allegation was itself unreasonable.[3] *See generally Highmark*, 687 F.3d at 1316. Indeed, the jury's verdict cuts strongly against a finding that Synthes engaged in improper conduct, as the jury found that Globus' products infringed the asserted claims and rejected Globus' invalidity arguments. (*See* D.I. 321; D.I. 387 at 9-10) Synthes' conduct is plainly not the type of "exceptional" conduct that should give rise to the awarding of attorneys' fees.[4] Accordingly, Globus' Motion for Attorneys' Fees is DENIED.

### B.   Synthes' Motion for a Permanent Injunction and Destruction of Infringing Products

The Court next addresses Synthes' Motion for a Permanent Injunction and Destruction of Infringing Products. (D.I. 356) Previously, on July 2, 2013, Synthes filed a Motion for Temporary Restraining Order and Preliminary Injunction. (D.I. 333) The Court denied that motion on August 22, 2013. *See Depuy Synthes Prods.*, 2013 WL 4509655, at *1. For some of

---

[3] Globus also moves for attorneys' fees under Federal Rule of Civil Procedure 11. (D.I. 370 at 1) As the Court rejects Globus' argument that Synthes lacked a good faith basis for alleging (and maintaining a claim for) willful infringement, it need not further analyze any aspect of Globus' Rule 11 claim.

[4] Given the Court's other conclusions, it is not necessary to wade into the parties' dispute as to whether Globus is properly viewed as a "prevailing party" under 35 U.S.C. § 285. (*See* D.I. 387 at 1-2, 4-7; D.I. 399 at 2-4)

9

the same reasons that the Court denied Synthes' earlier motion for a preliminary injunction, Synthes' request for a permanent injunction also fails.

To obtain a permanent injunction, the requesting party must prove that remedies available at law are inadequate to compensate it for its injury. *See eBay*, 547 U.S. at 391. In the Court's opinion denying a preliminary injunction, the Court concluded that "Synthes may be adequately compensated through a reasonable royalty." *Id.* at *2. In doing so, the Court rejected Synthes' argument that its patented products can act as "door openers" to other new products, and thus Synthes is losing opportunities to convert surgeons to its new product lines. *See id.* Synthes' Motion seeking a permanent injunction only reargues this point, providing no additional support. (D.I. 361 at 12-13) The affidavit submitted by a Synthes employee is a recitation of the affidavit Synthes submitted with its Motion for Temporary Restraining Order and Preliminary Injunction. (*Compare* D.I. 337 *with* D.I. 368) The Court carefully considered this affidavit previously and concluded that it did not support a finding that remedies available at law are inadequate to compensate Synthes for its injury. *See Depuy Synthes Prods.*, 2013 WL 4509655, at *2 (citing to and discussing affidavit). Synthes has provided no basis for the Court to change its view.

Synthes makes persuasive arguments regarding some of the other permanent injunction factors, particularly regarding the balance of hardships between Synthes and Globus and the public interest. However, Synthes has not met the entirety of its burden, so a permanent injunction is not appropriate.[5] *See S.O.I.TEC Silicon On Insulator Techs., S.A. v. MEMC Elec.*

---

[5]As to the irreparable injury factor, Synthes points to *Apple Inc. v. Samsung Elecs. Co., Ltd.*, 735 F.3d 1352 (Fed. Cir. 2013) ("*Apple III*"), a Federal Circuit decision issued after the Court's ruling on a preliminary injunction. (D.I. 408) *Apple III* calls into question some of the Court's earlier conclusions regarding the causal nexus requirement. The Court's earlier opinion cited another Federal Circuit case for the proposition that "'[s]ales lost to an infringing product

10

*Materials, Inc.*, 2011 WL 2748725, at *21-22 (D. Del. July 13, 2011) (denying motion for permanent injunction where some, but not all, of the relevant factors weighed against it). Having rejected Synthes' request for a permanent injunction, the Court will also deny the more serious remedy of ordering Globus to destroy the infringing products. Accordingly, Synthes' Motion for a Permanent Injunction and Destruction of Infringing Products is DENIED.

## C.    Synthes' Motion for an Accounting and Determination of an Ongoing Royalty Rate

The Court next addresses Synthes' Motion for an Accounting and Determination of an Ongoing Royalty Rate. (D.I. 357) Synthes seeks an award of additional damages to account for infringing sales[6] that were not part of the royalty base that the parties presented to the jury. (D.I. 362 at 1) For sales made from August 1, 2012 through June 30, 2013, Synthes seeks damages applying the 15% royalty rate awarded by the jury. (*Id.* at 2; D.I. 321) For any post-June 30, 2013 sales, Synthes asks that Globus be required to provide it with records sufficient to identify infringing sales within 15 days after the close of the calendar quarter in which those sales were made. (D.I. 362 at 6) For such post-verdict sales, Synthes seeks to apply an ongoing royalty rate of 25%. (*Id.*) Globus does not dispute that Synthes is entitled to damages for sales made from

---

cannot irreparably harm a patentee if consumers buy that product for reasons other than the patented feature.'" *Depuy Synthes Prods.*, 2013 WL 4509655, at *2 (quoting *Apple, Inc. v. Samsung Elecs. Co., Ltd.*, 678 F.3d 1314, 1324 (Fed. Cir. 2012)). *Apple III*, however, concluded that a party seeking a permanent injunction need not "show that a patented feature is the sole reason for consumers' purchases." *Apple III*, 735 F.3d at 1364. Even if the required showing as to the irreparable injury factor has been altered in light of *Apple III*, the Court's finding that Synthes failed to meet its burden is unchanged.

[6]The sales at issue relate to products that Globus manufactured in the United States but sold to foreign markets. (*See* D.I. 362 at 3; D.I. 383 at 2) The parties are in agreement that such products, generally, are infringing products for which Synthes may obtain damages. (*See* D.I. 362 at 3 n.1 (citing 35 U.S.C. § 271(a)))

11

September 1, 2012 through June 30, 2013. (D.I. 400 at 2) Globus argues, however, that Synthes should not be entitled to damages for sales made in August 2012 because Synthes obtained that month's sales data in discovery but failed to include that data in the economic analysis presented at trial. (D.I. 383 at 12-13) For post-June 30, 2013 sales, Globus argues that ordering it to provide detailed sales records on a quarterly basis would be "both premature and unfair." (*Id.* at 13) As for the ongoing royalty rate, Globus argues that the Court "should apply no more than the [15%] rate used by the jury." (*Id.* at 4)

The Court agrees with Synthes that it should receive damages for Globus' sales in August 2012. Synthes explains that its failure to present that month's data at trial was an "innocent oversight," arising from a decision by its damages expert to calculate damages only through July 31, 2012. (D.I. 400 at 3 n.3) As Synthes observes, Globus does not contend that the August 2012 sales were qualitatively different from the sales that were presented at trial as the basis for the jury's damages award. (*Id.* at 2) Nor does Globus dispute the accuracy of the sales data. (*Id.* at 3 (citing D.I. 385 at 4)) Indeed, Globus fails to demonstrate that it would suffer any unfair prejudice from the inclusion of the August 2012 sales in the accounting of damages, and its legal citations purportedly supporting why Synthes should be precluded from an accounting of those sales (*see* D.I. 383 at 13 (citing Fed. R. Civ. P. 26 & 37(c))) are unpersuasive.

Globus' contention that requiring it to provide detailed sales records on a quarterly basis for post-June 2013 sales would be "both premature and unfair" is based on the possibility that it might prevail on its Renewed Motion for Judgment as a Matter of Law, Or in the Alternative, for a New Trial. (D.I. 383 at 13) ("Renewed Motion") This argument is moot in light of the Court's ruling today, by separate Memorandum Opinion and Order, to deny Globus' Renewed Motion.

12

While Globus also claims that it would be "very disruptive and burdensome" to provide the requested sales data within 15 days of the conclusion of each quarter, and provides a declaration to support this assertion (*see id.* (citing Declaration of Chad R. Glerum ("Glerum Decl.") D.I. 384 at ¶ 8)), Globus fails to propose what it would consider to be a reasonable reporting obligation. Under the circumstances, which include that Globus is a public company that provides quarterly financial statements to investors (*see* D.I. 400 at 3), the Court will grant Synthes' request and require Globus to provide detailed sales records of the relevant products on a quarterly basis within 15 days after the close of the calendar quarter.

Turning to the ongoing royalty rate to be applied to post-June 30, 2013 sales, the Federal Circuit has stated, "There is a fundamental difference . . . between a reasonable royalty for pre-verdict infringement and damages for post-verdict infringement." *Amado v. Microsoft Corp.*, 517 F.3d 1353, 1361 (Fed. Cir. 2008) (internal citation omitted). One component of this difference is the "change in the parties' bargaining positions, and the resulting change in economic circumstances." *Id.* at 1362.

To support its requested 25% ongoing royalty rate, Synthes relies on the declaration of its economic expert, Dr. Richard Gering. (D.I. 362 at 7-9 (citing Declaration of Richard J. Gering, Ph.D., CLP ("Gering Decl.") D.I. 366 at ¶¶ 9-31)) Dr. Gering's analysis "starts with the 15% jury verdict royalty." (Gering Decl. at ¶ 12) He then asserts that at the original hypothetical negotiation (i.e., the hypothetical negotiation that would have occurred in December 2010 and that formed the basis of Dr. Gering's trial testimony), Globus' "next best alternative" would have been to redesign the infringing products rather than negotiate for a license. (*Id.* at ¶ 13) ▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13

███████████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████ Dr. Gering opines that for

the current hypothetical negotiation Globus' "next best alternative has changed."[7]  (*Id.* at ¶¶ 17,

19)  In Dr. Gering's view, Globus' actions demonstrate that Globus has a need for the infringing

products, thereby weakening its bargaining position and justifying a 25% ongoing royalty rate.

(*Id.* at ¶¶ 27-28)

Dr. Gering's original hypothetical negotiation, as presented at trial, ██████████

██████████████████████████████████████████████████████████████████████

█████████████████████████████████████ (Trial Tr. at 1118, 1159)  As Globus argues, "the

'acceptability' of Globus' redesigned products was already considered by the jury when it

adopted Dr. Gering's analysis at trial." (D.I. 383 at 7)  The Court is not persuaded that the

██████████████████████████████████████████████████████████████████████

██████████████████████████████████████████ that, here, justifies the increased

post-verdict royalty rate to the full extent requested by Synthes.  *See Amado*, 517 F.3d at 1362.

The Court believes some increase is justified and, hence, will apply an ongoing royalty rate of

18%.[8]

---

[7] The Gering Declaration also discusses other economic costs factoring into his analysis, such as: (1) Globus' roll-out costs in developing and launching the redesigned products; (2) opportunity costs Globus would incur should it not take a license from Synthes; and (3) the economic impact to Globus as a result of impaired relationships with surgeons who use its products. (Gering Decl. at ¶¶ 20-22)  Each of these factors was also discussed in Dr. Gering's trial testimony and formed part of the basis for his opinion to apply a 15% royalty rate.  (Trial Tr. at 1118, 1154-55, 1158-59)

[8] In the Court's view, neither party presents an analysis that sufficiently accounts for the differences (or lack thereof) between those factors pertinent to the original hypothetical negotiation and those pertinent to the post-verdict hypothetical negotiation.  The Court's 18%

14

Accordingly, Synthes' Motion for an Accounting and Determination of an Ongoing Royalty Rate is GRANTED IN PART, in that Synthes shall be awarded damages to account for infringing sales made from August 1, 2012 through June 30, 2013, using the 15% royalty rate awarded by the jury, and that Globus shall be required to provide Synthes with records sufficient to identify infringing sales within 15 days after the close of the calendar quarter in which those sales were made, and the motion is DENIED IN PART, in that for any post-June 30, 2013 sales, the ongoing royalty rate shall be 18%.

## D.    Synthes' Motion for Prejudgment and Postjudgment Interest

In Synthes' Motion for Prejudgment and Postjudgment Interest (D.I. 358), Synthes seeks prejudgment interest at the prime rate, compounded quarterly, and postjudgment interest at a rate in accordance with 28 U.S.C. § 1961(a). (D.I. 363 at 2)  Globus argues that prejudgment interest is not appropriate; if it is awarded, Globus asks that it be at the three-month Treasury Bill ("T-bill") rate, which is lower than the prime rate. (D.I. 382 at 1)  Globus agrees that postjudgment interest is mandated at a rate determined by 28 U.S.C. § 1961(a). (*See* D.I. 401 at 1)  Thus, the dispute between the parties is whether to award prejudgment interest and, if so, at what rate.

Globus argues that because Synthes allegedly delayed throughout the process of patent prosecution, and during that time Globus invested "significant resources" in bringing the accused products to market, "equitable principles dictate that an award of prejudgment interest is not appropriate." (D.I. 382 at 1-2)  According to Globus, it could "have invested its capital elsewhere" during Synthes' alleged delays, had Synthes "promptly obtained the broader patent

---

figure is based on the Court's conclusion that Synthes is entitled to some elevated ongoing royalty rate as a result of the post-verdict changes to the parties' hypothetical bargaining positions, but not the full 66% increase (from 15% to 25%) that Synthes seeks.

15

claims it asserted in this case, or even notified Globus of its putative patent rights." (*Id.* at 3)  As Synthes points out in its Reply Brief, however, this argument is both unsupported by Globus' legal citations and somewhat counterintuitive. (D.I. 401 at 2)  Globus' cases address why a court may reject a request for prejudgment interest when a plaintiff delays in prosecuting a *lawsuit*, not prosecuting a patent. (*See* D.I. 382 at 7)  Unlike, perhaps, delay in pursuing litigation, delay in prosecuting a patent might help an accused infringer, as it may shorten the period for which such an infringer is liable for damages. (D.I. 402 at 3-4)  In any event, the Court is unpersuaded by Globus' arguments that prejudgment interest is not appropriate here.[9]  Accordingly, the Court turns to the question of what interest rate should be used to calculate prejudgment interest in this case.

In arguing for interest at the T-bill rate (D.I. 382 at 3), Globus primarily relies upon its argument that Synthes "fail[ed] to provide proof" establishing "the amount of interest that would have been accrued." (*Id.*)  Synthes cites again to the declaration of its economic expert, Dr. Richard Gering, to explain why an award at the prime rate is both "appropriate" and "conservative." (D.I. 363 at 4 (citing Gering Decl. at ¶¶ 32-38))  Dr. Gering asserts that the prime rate "generally reflects the borrowing costs of large businesses like [Synthes] . . ., and thus is a good estimate of the cost to [Synthes] of not having access to the damages award during the infringement." (Gering Decl. at ¶ 33)  Also, Synthes cites to some evidence that it invested in its own company during the relevant period, investments that, according to Dr. Gering, yielded an average return of approximately nine percent, a rate almost three times larger than the prime rate.

[black redaction bar]

. (*See* D.I. 401 at 5)

(D.I. 363 at 4; Gering Decl. at ¶¶ 36, 39)

While it is not necessary that a "patentee demonstrate that it borrowed at the prime rate in order to be entitled to prejudgment interest at that rate," *Uniroyal,* 939 F.2d at 1545, Synthes has nevertheless provided some evidence that the prime rate is appropriate here. Globus' arguments in support of the T-bill rate are, in comparison, far more speculative and conclusory. (*See* D.I. 382 at 15)  The Court concludes that prejudgment interest should be calculated using the prime rate, compounded quarterly. *See Edwards Lifesciences,* 2011 WL 446203, at *13; *LG Display Co.,* 722 F. Supp. 2d at 475; *see also* (D.I. 363 at 5 (calculating prejudgment interest to which Synthes is entitled using prime rate figure)).  Accordingly, Synthes' Motion for Prejudgment and Postjudgment Interest is GRANTED.

## IV.    CONCLUSION

For the foregoing reasons, the Court will deny each party's motion for attorneys' fees (D.I. 340, 370), deny Synthes' Motion for a Permanent Injunction and Destruction of Infringing Products (D.I. 356), grant in part and deny in part Synthes' Motion for an Accounting and Determination of an Ongoing Royalty Rate (D.I. 357), and grant Synthes' Motion for Prejudgment and Postjudgment Interest (D.I. 358).  An appropriate Order follows.

17