IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW<br><br>**PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW<br><br>**PUBLIC VERSION** |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW<br><br>**PUBLIC VERSION** |

### DECLARATION OF MARK RAINEY, Ph.D.

I, Mark Rainey, declare as follows:

1. I provided opinions at trial in this action on behalf of Jazz regarding the appropriate amount of past damages that the jury should award Jazz if Avadel's Lumryz product was found by the jury to have infringed any valid asserted patent claim.

– 1 –

2.  I understand that Avadel stipulated to infringement of claim 24 of Jazz's '782 patent, and that the Court granted Jazz's motion or judgment as a matter of law that Avadel infringed claim 24 of the '782 patent. I also understand that the jury determined claim 24 to be valid and awarded Jazz reasonable royalty damages using a 3.5% royalty rate for Avadel's past infringement.

3.  I understand from counsel that, in addition to a permanent injunction, Jazz currently seeks ongoing damages for Avadel's continuing and future infringement of claim 24 of the '782 patent, but that the Court did not re-open discovery in this action.

4.  The jury's verdict does not change my opinions regarding the royalty rate schedule that the parties would agree to for Avadel's infringing use of claim 24 of the '782 patent: 27% through 2025, 13% from 2026 through 2032, and 3.5% from 2033 through February 2036. It is my opinion that this royalty rate schedule applied to Avadel's net sales as I testified to at trial constitutes an economically reasonable ongoing royalty structure for Avadel's infringement from March 4, 2024 through the expiration of the '782 patent for at least all the reasons I explained at trial.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on April 12, 2024, at Belmont, Massachusetts.

_____
Mark Rainey, Ph.D.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 12, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>Laryssa Bedley, Esquire<br>Michelle Chin, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>Ramya Sri Vallabhaneni, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Audra Sawyer, Esquire<br>Alan J. Devlin, Esquire<br>Ian Conner, Esquire<br>Denise Laspina, Esquire<br>Kelly Welsh, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Daralyn J. Durie, Esquire<br>Eric P. Berger, Esquire<br>Rebecca E. Weires, Esquire<br>Adam R. Brausa, Esquire<br>Tannyr Pasvantis, Esquire<br>Umeet K. Sajjan, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>Henry Huttinger, Esquire<br>Katherine E. McNutt, Esquire<br>Rose S. Lee, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| David F. McGowan, Esquire<br>David F. Kowalski, Esquire<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Andrew T. Jones, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C. 20037<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

Scott F. Llewellyn, Esquire                                  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202-5638
*Attorneys for Defendant*

                                                            */s/ Jeremy A. Tigan*

                                                            Jeremy A. Tigan (#5239)