**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br>        Plaintiff, <br><br>   v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br>        Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br>        Plaintiffs, <br><br>   v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br>        Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br>        Plaintiffs, <br><br>   v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br>        Defendant. | C.A. No. 21-1594-GBW |

**DECLARATION OF MAGGIE LAVENDER IN SUPPORT OF
AVADEL'S OPPOSITION TO JAZZ'S MOTION FOR AN INJUNCTION**

I, Maggie Lavender, declare as follows:

1.      I am a nurse practitioner practicing at Comprehensive Sleep Medicine Associates, P.A. in The Woodlands, Texas, where I treat patients suffering from sleep disorders including narcolepsy and idiopathic hypersomnia ("IH").  One thing that I do for my patients is to prescribe them drugs where appropriate and indicated, including non-oxybate medications, Xyrem, Xywav, and now LUMRYZ.  I also counsel my patients and their families about these diseases and the physical, psychological, and emotional experience of being a person with narcolepsy/IH or the family member of such a person.

2.      I have been asked by Avadel to provide my expert opinions regarding what we are seeing in real practice with patients taking LUMRYZ, and whether, in my opinion as someone who treats patients with narcolepsy and IH, current and future patients will suffer harm if LUMRYZ can no longer be prescribed.

3.      To summarize my opinions, I believe that patients would be harmed if LUMRYZ can no longer be prescribed, that is, if it is not an option for all patients who wish to try it.  Based on my experience, there are patients for whom LUMRYZ is the best oxybate treatment available. This includes patients currently taking Xyrem and Xywav.  I have seen this with my own patients.  I have patients who constantly struggle with the second dose of Xyrem or Xywav and rarely get full symptom relief because of missing the middle of the night dose.  Some of my Xyrem and Xywav patients get so anxious about possibly not taking the second dose on time that it makes it harder for them to sleep, which leads to them in fact being less likely to get the second dose timing right.  I have spent hours working with the families of college-age patients trying to get private rooms with locked doors so that the student can take Xyrem or Xywav (both of which require leaving a dose out on the nightstand), and I have seen the stress that comes from

1

worrying that those arrangements will fall through.  I see patients who are filled with dread about what it means for their loved ones that they have to set loud alarms every night and how this will affect their quality of sleep as well.  I work with families where the entire household is up every night in the middle of the night, and the concern for the effects of chronic sleep fragmentation and deprivation.  People with narcolepsy or IH have usually spent years of their life being told that they are just lazy (they are not – they have a disease that is hard to diagnose) and feeling like they are failing at being normal.  Xyrem and Xywav help treat these diseases for sure, and I would never want either of those two drugs to be taken away from patients, but people taking them still don't live normal lives, because of the middle-of-the night dose causing sleep fragmentation and difficulty falling back asleep.  It doesn't have to be that way anymore, not now that we can offer a once-nightly option to patients, namely, LUMRYZ, which I have been able to offer to narcolepsy patients since approximately June 2023.  Though LUMRYZ is not currently approved to treat IH, I very much hope that it will be approved in the future.  IH and narcolepsy are not truly different in the symptomatic effect on a person's life – patients first diagnosed with IH often end up being reclassified as having narcolepsy through further testing – and so I expect that LUMRYZ will help improve those patients' lives in the same way as it is doing right now for narcolepsy patients.  This has been shown with Xywav already, and there is no indication that it would be different with LUMRYZ.  I want LUMRYZ to continue to be available as an option for all my narcolepsy patients now and for all patients in the future for whom it is approved.  I am eagerly tracking its possible approval with pediatric patients, and if that approval happens, children too should have LUMRYZ as an option for their treatment for their own sake and the sake of their families and caretakers.  As a matter of medicine, LUMRYZ should be available to all patients and the final choice be left to them, their families, and their

medical team as to what medicine is most appropriate.  The best practice in medicine is to individualize each patient's care and this is best done when patients and their care team have options to choose from.

**Education, Qualifications, and Disclosures**

4.      I received my Bachelor of Science in Nursing from Louisiana State University in 2006 followed by my Master of Science in Nursing and a Post Masters Emergency Nurse Practitioner Certificate from University of Texas between 2010-2012.  I am a board certified Family Nurse Practitioner.  A copy of my curriculum vitae is attached as Exhibit C.

5.      I currently practice as a Nurse Practitioner at Comprehensive Sleep Medicine Associates in The Woodlands, Texas.  I have been practicing at Comprehensive Sleep Medicine Associates since September 2015.  Prior to that, I was a Nurse Practitioner at Preferred Primary Care Physicians in McMurray, PA from July 2014 to July 2015 and a Nurse Practitioner at Comprehensive Sleep Medicine Associates in Houston, TX from January 2011 to January 2012.

6.      I have previously provided consulting services for Avadel, Jazz Pharmaceuticals, and Harmony Biosciences.

7.      These opinions are my own.  They are based on my personal knowledge and experience.  I am being compensated at my standard consulting hour rate of $275 per hour.  My compensation is not in any way contingent on what happens in these proceedings or on the contents of my opinions.

**My Experiences Treating People with Narcolepsy and IH**

8.     Narcolepsy is a serious disease with far-reaching effects on a person's life.  One of my goals in treating my patients is to try to help them finally feel normal, and to feel comfortable with their treatment plan.  Given the severity of this disease, patient comfort is very important.  Individualized care is also very important when it comes to people with narcolepsy given how much of a person's life can be affected by this disease.

9.     Idiopathic hypersomnia is an overlapping and likewise serious, life-long disease that has the same awful effects on a patient's life.  It makes no sense to me to think of it as something separate from narcolepsy.  IH patients can have essentially the same symptoms as narcolepsy patients, including excessive daytime sleepiness and sometimes fragmented nighttime sleep, but IH is the diagnosis we give to such patients when they do not qualify as having narcolepsy on the Multiple Sleep Latency Test (MSLT).  The threshold for a positive MSLT test is that the patient falls asleep in 8 minutes or less and has at least two sleep onset REM periods (SOREMPs).  That means that in two patients with identical narcolepsy-like symptoms, one patient could get a narcolepsy diagnosis and the other an IH diagnosis based on two vs. one SOREMPs.  Because the MSLT is not particularly accurate and can be affected by things such as stress levels, test anxiety, facility disruptions, or concomitant antidepressants, an IH patient could very well get re-tested and qualify as having narcolepsy.  I often schedule my IH patients that I suspect should be classified as narcolepsy patients for re-testing and have found that in multiple instances I change the patient's diagnosis from IH to narcolepsy based on that subsequent testing.[1]  Although Xywav is approved for use in IH either twice-nightly or once-nightly, most of

---

[1] This is not just an observation about my own patients but is a well-documented phenomenon reported on in the literature.  For example: "Differentiation of narcolepsy without cataplexy from idiopathic hypersomnia relies entirely upon the multiple sleep latency test (MSLT). . . . The

my IH patients take it twice-nightly, just as they would for narcolepsy, because a high dose of

medication in one dose has increased negative side effects or risks of patient intolerance and a

second dose is necessary to get effective relief just as it is with narcolepsy patients.  Below,

when talking about these diseases, I will largely talk about IH and narcolepsy together.

10.     One thing that I see over and over again is that people with narcolepsy or IH often

go years before getting a diagnosis.  These people spend years being told wrongly that they are

lazy or depressed, but because they have narcolepsy, no matter how hard they try to do better,

they do not succeed.  They spend years being criticized and belittled for something that isn't in

their control, and that takes a huge emotional toll.  For patients like this, a real diagnosis comes

as a relief.  Patients break down in my office and cry when they finally get diagnosed, because it

is such a relief to have someone tell them that they are not this lazy person, that this is a disease,

and that there are treatments to help them.

11.     I give all of my patients options.  I have been prescribing Xyrem for eleven years,

and I now also often prescribe Xywav, though not all patients who did well on Xyrem do equally

well on Xywav, for reasons that we do not fully understand.  Xyrem and Xywav have helped

many patients, and I am going to keep talking to my patients about them.  But the reality is that

when I talk to patients and their families about the second dose of oxybate that must be taken in

the middle of the night, the reaction that I get from many people is immediate dread because all

they want to do is sleep through the night without waking up.  Before LUMRYZ, that was the

end of the conversation about oxybates for some patients, because some people just are not

willing to wake up in the middle of the night or wake up their loved ones every night for the rest

---

multiple sleep latency test demonstrates poor test-retest reliability . . . ."  Trotti LM, Staab BA,
Rye DB. Test-retest reliability of the multiple sleep latency test in narcolepsy without cataplexy
and idiopathic hypersomnia. J Clin Sleep Med. 2013 Aug 15;9(8):789-95. doi:
10.5664/jcsm.2922. PMID: 23946709; PMCID: PMC3716670.

of their lives.  I am delighted that I can now give some of those patients the option to take LUMRYZ.  Oxybate is an excellent treatment for narcolepsy and with LUMRYZ, more patients can benefit from it.  As soon as it is approved for IH, I will offer it to my IH patients for whom it is appropriate.  If any of my current IH patients re-test and receive a narcolepsy diagnosis before then, I will immediately offer it as an option to those patients as well.

12.     I wish to emphasize that it is not some minor issue that people do not want to have to set an alarm in the middle of the night.  Neither Xyrem nor Xywav is an easy treatment. The treatment upends your life.  With my patients, I am concerned not only about treating their physical symptoms, but also for their psychological well-being, both because I want my patients to feel better and because issues such as stress and anxiety can make it harder for patients to get the sleep that they need to improve their daytime narcolepsy symptoms.  Some patients struggle to take the second dose on time, for all sorts of reasons – I have patients who go to bed so late due to an uncontrollable factor such as work, school, or parental duties, that they can only take one dose, and other patients who oversleep their alarms on a regular basis.  For patients like that, the idea that they might miss or not be able to take a second dose can lead to severe anxiety.  The problem is that anxiety about sleep makes it harder to sleep.  Think of the quality of sleep you might get the night before an early-morning wake-up to catch a flight.  Some patients on Xyrem or Xywav experience that anxiety all the time.  Inevitably, my anxious patients will in fact miss a second dose.  That means that they will experience more narcolepsy symptoms the following day, which is upsetting to the patient.  They will also often feel like a failure because they are frustrated because they feel like they are failing to take the medicine correctly.  These are people who have been told that they are failures, that they are lazy.  Messing up on their medicine makes them harder on themselves, and they feel more depressed and worse, which makes it even

harder to get good sleep and not miss any more doses.  Some patients quit Xyrem or Xywav.

Others keep taking it, even with all the struggles and anxiety, because when they did take the

medication correctly, they felt better and so they kept trying.  Also, up until recently, they had no

other oxybate options.  But now they do have another option and that option should not be taken

away from these patients or any other patients now or in the future who believe that LUMRYZ is

right for them.

13.     To be concrete about this, I have a patient right now who used to take Xyrem,

then Xywav (briefly – it did not work for her, as her narcolepsy symptoms including cataplexy

quickly returned), and now is taking LUMRYZ.  She was not good at taking her second dose of

Xyrem at the right time, and she missed doses fairly often.  She liked that she got some symptom

relief on Xyrem, but she still wasn't living a normal life.  She is now on LUMRYZ.  For my first

appointment with her after she started LUMRYZ, she couldn't wait to talk to me.  She is feeling

the best she's ever felt, and she is excited about life.  She is motivated to stick to a diet, which

might help her lose weight and hopefully improve her overall health, which is not great.  She is

someone with enough cardiovascular comorbidities to make sodium a concern, and that is why

she tried Xywav, but it simply did not work for her (this happens for some patients), hence

crossing her back onto Xyrem and now onto LUMRYZ.  And she is doing great on LUMRYZ.

For her, it is the best option, better than Xyrem, which she struggled with, and better than

Xywav, which just did not work for her.  A letter from this patient to me giving some of the

details of how LUMRYZ has improved her life is attached to my declaration as Exhibit A.[2]  She

talks about struggles that I have heard both from her and from other patients – things like

struggling with taking her second dose either too late, which could prevent her from driving in

---

[2] She does not want her medical information discussed publicly and so the letter does not use her
name, nor will I give it.  Instead, she is "Patient S."

the morning until the symptoms of a too-late dose wore off, or not at all, which would cause her

to have a hard time staying awake during the day.  Because she no longer has to wake up in order

to sleep through the night, she feels that she has "the best quality of sleep that is possible for

someone with [her] condition."   She is just one example of why it is important that all patients

should be free to choose LUMRYZ.  Narcolepsy affects so many aspects of people's lives and

different patients will have different reasons why one medicine or another is right for them.

14.      I have another patient who used to take Xyrem and then Xywav but now takes

LUMRYZ.  A letter from this patient to me giving some of the details of how LUMRYZ has

improved her life is attached to my declaration as Exhibit B. [3]  This patient is a school teacher,

and she talks about how she switched to LUMRYZ because she had trouble taking her second

dose while taking Xyrem and Xywav.  Specifically, she found herself sleeping through her

alarms more often than not and was unable to take the second dose.  Without it, her narcolepsy

symptoms were worse, which impacted her life substantially because as a teacher she needs to be

alert throughout the day and it caused her anxiety about missing doses each night which lent

itself to more missed doses.  With LUMRYZ, she is sleeping through the night and her

narcolepsy symptoms have improved.  LUMRYZ has also helped her with another aspect of her

health beyond her narcolepsy symptoms.  While taking Xyrem and Xywav, she struggled with

binge eating.  Some nights she would wake up and, while still under the influence of the

medication, would mindlessly eat.  She tried things like locking her bedroom door and locking

her pantry door to stop this, but the locks did not work and she gained too much weight.  Now

that she is taking LUMRYZ, she has also lost about half the weight she gained while taking

Xyrem and Xywav.  She is an example of a patient who should have access to LUMRYZ as it

---

[3] She does not want to be publicly identified as having narcolepsy and so the letter does not use her name, nor will I give it.  Instead, she is "Patient F."

works better for her than Xyrem and Xywav.

15.     As another example, a different patient of mine is not yet taking LUMRYZ but wants to and has talked to me about it.  He currently takes Xywav.  It gives him good symptom relief, but he has a partner, and he hates that he has to wake her up every night.  This patient has also experienced extreme parasomnia symptoms in the middle of the night around the time of the middle of the night dose.  We sometimes call that twilight mode, where the patient is not fully asleep (because the first dose is wearing off) but also not fully awake (because some drug is still in the patient's system).  In one serious instance while he was in college, this patient actually drove to a store and caused a disturbance, all unknowing.  He was at college away from home and his family was not immediately able to help him.  He now is quite anxious about having that happen again, and he wants to eventually switch to LUMRYZ so that he will not be half-awake during the middle of the night.  These concerns about waking up his partner and parasomnia are valid concerns that weigh on him and cause him stress.  This is a disease he will have for the rest of his life, and he is picturing this experience lasting the rest of his life and having it affect his partner too.  He has, however, made a choice not to switch to LUMRYZ just yet, as he is starting a new job and he does not want to also at the same time make a change in his medication.  That is a valid concern.  There is always the risk of a rocky transition when switching medicines.  He should have the choice to select LUMRYZ in the future.  Getting life back to normal is important to my patients.  They want to have proper, normal sleep so that they can be like everyone else, and not have their narcolepsy burden those around them.

16.     I also want to talk about some issues that are particularly a problem for college students.  Patients prepare their second dose of Xyrem or Xywav before they go to sleep and leave it sitting next to the bed per the prescribing instructions.  For college students hoping to

live in the dorms, this can be a problem.  I have patients who are in dorms.  It is not OK for a college student to leave a dose of a controlled substance sitting out where roommates or people let in by a roommate can access it.  What I have done in the past is work with the family to submit documentation to the college to try to secure a private room for the student with narcolepsy.  The patient I mentioned above who wants to switch to LUMRYZ is one such patient, and it was not easy to get him a private room. It is quite stressful for parents to know that whether their child can take a medicine that they need turns on whether a private room is available.  I do support my patients who need help providing documentation, but not all prescribers are willing to do so.  College students taking LUMRYZ will not require private rooms.  A lockbox should be enough since it is only taken once nightly.  I have some pediatric patients currently taking twice-nightly oxybate products who would be excellent candidates for LUMRYZ once they turn 18 for this reason among others.

17.     I am not currently using LUMRYZ with children under 18, but if LUMRYZ gets approved in the pediatric population, I already have several patients in mind who might want to try it.  Narcolepsy tends to run in families, and I am in fact treating a family with a mother and two children all suffering from narcolepsy.  Right now, that household is chaos at night.  Not only are there alarms going off, but one of the two children has horrible night terrors, specifically while he is falling asleep.  He wakes up the whole house with his nightmares.  On Xyrem, he falls asleep twice each night, and has night terrors twice.  I want to be able to offer LUMRYZ to him if it gets approved for pediatric patients and we can see if he can get a better night's sleep, which would help not just him but his whole family.  I also currently treat another family where both the mother and daughter suffer from narcolepsy.  I currently treat both the mother and daughter with twice-nightly oxybate, but the daughter requires a five-hour sleep period before

her second dose while the mother wakes up after 3.5 hours (and then again for her daughter).  It would be beneficial for both the mother and the daughter to take LUMRYZ so that both can sleep through the night with one dose.  However, the mother cannot switch to LUMRYZ unless and until it is approved for the pediatric population and her daughter can take it as well.  So long as the daughter needs a middle of the night dose, the mother cannot let herself sleep through the night.

18.     There are so many other examples of patients who might want to take LUMRYZ in the future.  Patients have life events that impact which medicine is right for them all the time. I have one patient who used to take Xyrem twice-nightly with poor compliance who then switched to taking only one single dose of Xyrem because he and his wife had a baby and they were taking shifts.  Now that the baby is sleeping through the night, he needs to be as awake as possible during the day to help with the baby, and the poor results he was getting on Xyrem because he missed doses were not allowing him to be fully awake during the day.  He switched to LUMRYZ and is much more rested during the day.  After switching to LUMRYZ, this patient no longer suffers from fragmented sleep and is able to be awake and alert with his baby during the day, which is particularly helpful to give his partner some time to rest during the day.  For patients like him, the ability to choose the medicine that is right for them is dependent on their current circumstances, which are subject to change.  If he switches back to a twice-nightly at some point, he should then be allowed to switch back to LUMRYZ if he wants.

19.     My patients currently taking LUMRYZ are all narcolepsy patients because LUMRYZ is not yet approved for IH and so insurance would not pay for LUMRYZ for an IH patient.  I want LUMRYZ to be approved for IH, and I am eager to tell my IH patients about it when that happens.  I will start using it with the appropriate IH patients as soon as I can.  As I

have explained, the diseases overlap and the diagnostic we use to distinguish between them is imprecise.  There is every reason to believe that LUMRYZ will improve the lives of IH patients. I cannot think of any reason that would not be the case given how closely related the diseases are.  Just like narcolepsy patients, IH patients need better sleep that is not fragmented and does not require them to wake up in the middle of the night for a second dose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on May 7, 2024

The Woodlands, Texas

_____
Maggie Lavender

# EXHIBIT A

April 22, 2024

Maggie G. Lavender, RN, MSN, FNP-C
Comprehensive Sleep Medicine Associates

Dear Maggie:

I am writing this letter to you to help try to make sure that I and other patients like me can keep taking Lumryz. If Lumryz couldn't be sold to patients like me, that would be hugely disappointing. I get a better quality of life on Lumryz. Not having to wake up in the middle of the night is a big deal. That middle of the night interruption makes a big difference.

I have taken both Xyrem and Xywav. Xyrem did help my narcolepsy. Xywav caused me problems. It was putting me to sleep but I never felt rested. Xyrem had worked before and so I switched back to it but I'm not sure it ever worked as well after I switched back. Because of that, I was nervous about switching again to Lumryz. But I am so glad that I switched. Lumryz is much better for me.

On Xyrem, I missed the second dose a lot. You sleep through your alarm because you have narcolepsy and then when you wake up it is too close to when you need to wake up so you can't take your second dose, and that's not good. On days that I didn't take the second dose, my symptoms were worse, and I would have a hard time staying awake during the day. Or sometimes I didn't realize that I woke up too late and I did take the second dose, and that just ruined my whole day because I couldn't get up on time and couldn't drive until the drug wore off. I do not tell most people that I take a controlled substance and so it was hard to explain what the problem was. I also think that I've probably taken the second dose too early. When you wake up, you are not all the way awake, and you just think it is time to take the dose. With Lumryz, I just take it once and I sleep through the night without interruptions which is so much of a relief. To me, it is really beautiful. It is hard having narcolepsy but now I feel as if I have the best quality of sleep that is possible for someone with my condition. My quality of life is so much better when I take Lumryz. I also like that Lumryz isn't a liquid in a bottle.

 I want to add that I see the benefits of both. Xyrem did help me with my quality of life. However, there is a drastic difference for me personally when I take Lumryz. Lumryz alleviates all the issues that arose with Xyrem. I even think Lumryz is helping me to get on a better sleep cycle.

Although I want to help, I would prefer not to talk about my health publicly and I am asking you not to use my full name. If you need me to, though, I'm willing to help if I can.

Sincerely,


S.

# EXHIBIT B

April 30, 2024

Maggie G. Lavender MSN, RN, FNP-C
Family Nurse Practitioner
Comprehensive Sleep Medicine Associates, CSMA

Dear Maggie:

I am calling myself "Patient F" because I do not want people to know that I have narcolepsy or that I take oxybate to treat it. Please do not use my name publicly.

As you know, I am now taking Lumryz. I used to take Xyrem and then switched to Xywav because of my high blood pressure. I understand that there is a court case that could affect whether Lumryz can keep being sold to patients like me. I hope that it can be. Lumryz is much better for me than Xyrem and Xywav.

When I was taking Xyrem and Xywav, I had problems with the second dose. I am a teacher. I have to be awake all day to do my job well and I have to get up by around 6am to get to work on time. That meant that I should take the second Xyrem or Xywav dose at midnight or 1am and absolutely no later than 2am to avoid missing work. I don't know how often it happened, but more often than I would like I woke up after 2am and so couldn't take a second dose. You get used to your alarm ringtone and just sleep through it. Whenever I skipped the second dose, my narcolepsy symptoms would be a lot worse the next day. Because of that I had a lot of anxiety about missing the second dose and that just made it more likely I would miss it. It was a vicious circle. That doesn't happen with Lumryz. I am sleeping through the night and I am not having the days where my narcolepsy symptoms are worse because I didn't get a full dose.

One other big benefit for me has been that I am no longer binge eating in the middle of the night, which I was doing on Xyrem and Xywav. I knew I was doing it, but I couldn't control it. I would zone out and just eat and eat until something happened like my dog pushing against me. I felt awful. I put a lock on the pantry and a lock on the bedroom door to keep me in, and even that didn't work. I would get the key out and open the doors in a daze. I gained a huge amount of weight. On Lumryz, I am not doing that because I stay asleep all night and don't end up half-awake in the middle of the night. I've lost about half the weight I gained so far.

There are other things that I like about Lumryz. I like that it is easy to travel with and that I don't have to take bottles and syringes with me. My blood pressure is not as good on Lumryz as it was on Xywav and so I take medicine for that, but I would much rather take something for my high blood pressure than go back to taking Xywav. I hope that I can keep taking Lumryz. It is much better for me.

Sincerely,


"Patient F"

# EXHIBIT C

# Maggie Lavender

150 Monarch Park Drive
Montgomery, TX  77316
Mobile Phone: (832) 499-3558

Email: maggieglavender@gmail.com

## EDUCATION
- **University of Texas Health Sciences Center,** Houston, TX                                     *2010-2012*
  Master of Science in Nursing, Post Master's Certification Emergency Nurse Practitioner
- **LSU-Health Sciences Center**, New Orleans, LA                                               *2004-2006*
  Bachelor of Science in Nursing
- **Louisiana State University**, Baton Rouge, LA                                               *2002-2003*
  Completed pre-nursing curriculum

## LICENSURE
- Advanced Practice Registered Nurse, Family Nurse Practitioner (APRN, FNP), State of Texas
- Certified Registered Nurse Practitioner, Family Nurse Practitioner (CRNP, FNP), State of Pennsylvania
- Registered Nurse (RN), State of Louisiana
- Registered Nurse (RN), State of Texas
- Registered Nurse (RN), State of Pennsylvania

## EMPLOYMENT EXPERIENCE
**Advanced Practice Registered Nurse Practitioner, Family Nurse Practitioner**  *June 2012-December 2013, September 2015- Present*
**Comprehensive Sleep Medicine Associates**
**The Woodlands, TX**
- Provide initial assessment, diagnosis, treatment and management of patients with sleep disorders, including sleep apnea, insomnia, hypersomnolence, narcolepsy, REM behavior disorder, restless leg syndrome, periodic leg movements of sleep, snoring, teeth grinding.
- Provide initial assessment, diagnosis, treatment, and management of patients with seizures, migraines, headaches, temporomandibular joint disorders.
- Review and interpret testing relative to sleep; including Nocturnal Polysomnography (NPSG) for diagnostic purposes and for titration of CPAP or BiPAP pressures, PAP Naps, Multiple Sleep Latency Test (MSLT) for diagnosis of narcolepsy, Maintenance of Wakefulness Test (MWT) for measuring daytime alertness, Electroencephalogram (EEG) for diagnosis and monitoring of seizure activity, Cognitive testing to assess for and manage memory deficits, and Neurofeedback to improve insomnia and anxiety associated with sleep.
- Monitor effectiveness and manage treatment of sleep apnea with CPAP and BiPAP machines, various surgery options (UPPP, tonsillectomy, adenoidectomy, maxillomandibular advancement, upper airway stimulation with Inspire), and oral appliance therapy.
- Work collaboratively with other healthcare providers to maintain the best treatment for patients.
- Perform resuscitative procedures on respiratory arrest patients and teach staff skills and techniques needed in emergency situations.
- Lectured at educational sessions to Dentists and Dental staff regarding assessing and managing Sleep Apnea in collaboration with Physician and medical team.
- Complete and maintain detailed documentation of patient care through both paper charting and conversion to electronic charts (Advanced MD).

**Certified Registered Nurse Practitioner, Family Nurse Practitioner**                          *July 2014- July 2015*
**Preferred Primary Care Physicians- Internal Medicine**
**McMurray, PA**
- Provide initial assessment, diagnosis, treatment and management of patients with chronic illness, including hypertension, diabetes, congestive heart failure, hypercholesterolemia, hyperlipidemia, anemia, hypothyroidism, COPD, atrial fibrillation, vascular insufficiency, deep vein thrombosis, GERD, lung transplant recipients, depression, anxiety.
- Provide initial assessment, diagnosis, treatment and management of patients with acute illness, including pneumonia, influenza, upper respiratory infections, bronchitis, viral syndrome, urinary tract infections, cellulitis, rashes, skin infections.
- Prescribe appropriate medication for diagnosis, monitor, and manage treatment as necessary.
- Order, review and interpret results of diagnostic tests and labs.
- Work collaboratively with other healthcare providers to maintain the best treatment for patients.
- Complete and maintain detailed documentation of patient care through Electronic Medical Record (EMR)- Centricity Practice Solutions
- Provide and coordinate care to patients both in clinic and numerous Nursing homes.

**Senior Research Nurse- Spinal Cord Injury and Pain**                                          *January 2011- January 2012*
**University of Texas Health Sciences Center Medical School, Memorial Hermann Hospital-TIRR**
**Houston, TX**
- Screen and enroll research participants for Spinal Cord Injury and Pain Study.
- Collect, log, verify and audit qualitative and quantitative research data regarding Spinal Cord Injury.
- Keep the principal investigator and administrator informed of research and administrative progress through progress reports and other communications on a regular basis.
- Survey and assess patients to calculate pain level on various pain scales.
- Conduct physical assessment and educate research participants regarding the overall research objectives and potential benefits and/or risks for participants.
- Obtain informed consent from study participants.

**Registered Nurse**                                                                                          *March 2008-November 2010*
**Memorial Hermann Hospital Texas Medical Center, Neuroscience Trauma and Surgical Intensive Care Unit**
**Houston, TX**
- Care for patients with acute and long-term illnesses; including strokes, subarachnoid hemorrhages, intracranial hemorrhages, subdural hemorrhages, epidural hemorrhages, aneurysms, arteriovenous malformations, hydrocephalus, spinal cord injuries, brain and spinal tumors, and head traumas.
- Prepare patients for surgical and radiological procedures.
- Perform resuscitative procedures on respiratory and cardiac arrest patients.
- Oversee patient care of unit, perform various delegation techniques, and utilize critical thinking skills as the charge nurse.
- Teach graduate nurses the needed skills and nursing techniques required to care for a Neuroscience patient as a Nurse preceptor.
- Teach fellow nurses, doctors, residents, and medical students Acute Cardiac Life Support as a Certified ACLS instructor.
- Monitor and provide care to patients on ventilators and nitrous oxide, cardiac monitors, central lines, SWAN Gantz, arterial lines, total parenteral nutrition, tube feedings, sedatives, paralytics, medically induced comas, hypothermia patients, CVV hemodialysis patients.
- Provide care for preoperative and postoperative patients.
- Monitor patients on cardiac dysrhythmia and blood pressure agents and titrate as needed according to patient status.
- Monitor and trouble shoot intracranial pressure monitoring and drainage systems.
- Prepare equipment and assist physicians with patient examinations, insertion of external ventricular devices, central lines, pulmonary artery catheters, arterial lines, PICC Lines, IVC Filters, intubations, and chest tube insertions.
- Provide family center patient care and health promotion by teaching patients and families about disease or injury.
- Utilize the nursing process: assessment, diagnosis, planning, implementation and evaluation on a daily basis.
- Collaborate with patient/family and other professional disciplines to ensure effective and efficient patient care by participating in daily multidisciplinary rounds.
- Provide care and prepare patients for organ donation.
- Exhibit passion, motivation, and dedication by providing the highest quality of care to each patient and family.

**Registered Nurse**                                                                                          *March 2007- March 2008*
**Baton Rouge General Hospital, Pediatric Intensive Care Unit**
**Baton Rouge, LA**
- Care for patients with acute and long-term illnesses, including diabetic ketoacidosis, bronchiolitis, respiratory syncytial virus, necrotizing enterocolitis, sepsis, drug overdoses, poisonings, traumas, drowning.
- Care for and treat major burns in the inpatient and outpatient setting.
- Oversee patient care of unit, perform various delegation techniques, and utilize critical thinking skills as the charge nurse.
- Prepare patients for surgical and radiological procedures.
- Perform conscious sedation for burn patient tubing and dressing changes.
- Perform resuscitative procedures on respiratory and cardiac arrest patients.
- Monitor and provide care to patients on ventilators and oscillators, cardiac monitors, central lines, arterial lines, total parenteral nutrition, tube feedings, sedatives and paralytics.
- Prepare equipment and assist physicians with patient examinations and treatments.
- Provide family centered patient care and health promotion.
- Utilize the nursing process: assessment, diagnosis, planning, implementation, and evaluation on a daily basis.
- Collaborate with patient/family and other professional disciplines to ensure effective and efficient patient care.
- Exhibit motivation and dedication by providing the highest quality of care to each patient and family.

**Nurse Intern**                                                                                              *May 2006-December 2006*
**Baton Rouge General Hospital, Cardiac and Surgical Intensive Care Units**
**Baton Rouge, LA**
- Care for patients with acute and long-term illnesses, including end stage renal disease, respiratory failure, respiratory compromise, massive trauma, acute myocardial infarctions, cardiovascular arrhythmias, post-operative coronary artery bypass graft, post-operative bowel resection, and drug overdose.
- Aid in preparation of patients for surgical and radiological procedures.
- Gain experience with 12-lead EKG monitoring, ventilators, IV pumps and tube feeding pumps.
- Monitor resuscitative procedures on respiratory and cardiac arrest patients.
- Explain discharge recommendations regarding activity levels, medications, and disease processes.
- Create and maintain patient charts by accurately documenting assessments, and nursing care received.
- Contributed to a successful JACHO accreditation within the ICU department by updating policy and procedure manuals.

**Nurse Technician**                                                                                          *May 2005-August 2005*
**East Jefferson General Hospital, Intensive Care Unit**
**New Orleans, LA**
- Assisted registered nurses in caring for patients with acute illnesses.
- Performed complete bed baths.
- Aided patients getting in and out of bed and with cardiovascular chairs.
- Gained experience in using total care beds.
- Managed patient charts by maintaining up to date doctors' orders and lab results sheets.
- Assisted the registered nurses with admittance and discharge procedures.

## ACHIEVEMENTS AND AWARDS

**Advisory Board Member for Harmony Biosciences**      *December 2021- Present*
  HealthCare Professional Commentary for WAKIX® MAT Release Article      *June 2022*

**Advisory Board Member for Avadel Pharmaceuticals**      *September 2021- Present*

**Speaker Bureau for Avadel Pharmaceuticals**      *September 2023- Present*

**Advisory Board Member for Jazz Pharmaceuticals**      *September 2023- Present*

**Faculty Presenter Sleep Education Consortium**      *April 2024*

**University of Texas Health Sciences Center**
- Sigma Theta Tau International
  - Inductee of Honor Society of Nursing (Spring 2011)

**Professional Awards and Recognition**
- Cambridge Who's Who Among Healthcare Professionals (2010-2011)
  - Professional of the Year
- Cambridge Who's Who Among Healthcare Professionals 2009
  - Lifetime Award Winner

## PUBLICATIONS

- Ortiz L, Krahn L, Lavender M, Horsnell M, Cronin D, Schneider B, Gudeman J. *Path to Diagnosis and Impact of Narcolepsy on Quality of Life: A Survey of People Living With Narcolepsy* [abstract]. *Sleep.* 2023;46(Suppl 1): A262. https://doi.org/10.1093/sleep/zsad077.0597

- Ortiz L, Krahn L, Lavender M, Horsnell M, Cronin D, Schneider B, Gudeman J. *Path to Diagnosis and Impact of Narcolepsy on Quality of Life: A Survey of People Living With Narcolepsy* [poster 244]. Presented at: Sleep; June 3-7, 2023; Indianapolis, IN.

- Ortiz L, Krahn L, Lavender M, Horsnell M, Cronin D, Schneider B, Gudeman J. *Understanding Narcolepsy Treatments From the Patient's Perspective: A Survey of People Living With Narcolepsy* [abstract]. *Sleep.* 2023;46(Suppl 1):A268– A269. https://doi.org/10.1093/sleep/zsad077.0612

- Ortiz L, Krahn L, Lavender M, Horsnell M, Cronin D, Schneider B, Gudeman J. *Understanding Narcolepsy Treatments From the Patient's Perspective: A Survey of People Living With Narcolepsy* [poster 233]. Presented at: Sleep; June 3-7, 2023; Indianapolis, IN.

- Ortiz L, Morse A, Wermter E, Lavender M, Brooks D, Gudeman J. *Caregiver Preferences for Narcolepsy Treatment: A Discrete Choice Experiment* [poster P54]. Presented at: IPSA; April 26-28, 2024; Glascow, Scotland

## CREDENTIALS / CERTIFICATIONS

- American Association of Nurse Practitioners
  - Certified Family Nurse Practitioner
- Advanced Practice Registered Nurse Prescriptive Authority- Texas (Current)
- Advanced Practice Registered Nurse Prescriptive Authority- Pennsylvania (Expiration- April 2017)
- United States Department of Justice Drug Enforcement Registration (Current)
- American Heart Association Healthcare Provider (Current)
  - CPR and Automated External Defibrillator (AED) Program
- Pediatric Advanced Life Support (PALS) (November 2007-January 2012)
- Advanced Cardiovascular Life Support (ACLS) (June 2008- September 2012)
- Advanced Cardiovascular Life Support Instructor (ACLS Instructor) (October 2008- October 2010)

## PROFESSIONAL MEMBERSHIPS

- American Association of Nurse Practitioners
- American Association of Critical Care Nurses
- Texas Nurse Practitioners
- North Harris Montgomery Advanced Practice Nurse Society

## VOLUNTEER AND PHILANTHROPY ORGANIZATIONS

- Houston Dynamo Youth Soccer Assistant Coach
- Ronald McDonald House Charities
- Member and Secretary of Berkshires Community Social Committee

## REFERENCES ARE AVAILABLE UPON REQUEST