IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>　　　　　　Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>　　　　　　Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>　　　　　　Defendant. | C.A. No. 21-1594-GBW |

### DECLARATION OF DR. AKINYEMI AJAYI IN SUPPORT OF AVADEL'S OPPOSITION TO A PERMANENT INJUNCTION

I, Dr. Akinyemi Ajayi, do hereby declare under penalty of perjury that:

1. I submit this Declaration in support of Avadel's Opposition to Jazz's Permanent Injunction. I have personal knowledge of the facts stated herein. If called as a witness in this matter, I could and would competently testify to each of the facts set forth below.

2.      I understand that Jazz is seeking to permanently stop Avadel from selling Lumryz in the United States, except for sales necessary to continue to fill the prescriptions of narcolepsy patients that are already taking Lumryz. I have been asked to offer my opinion of whether the public at large, and persons with sleep disorders treatable by oxybate therapies in particular, benefit from having the option of once-nightly Lumryz available.

3.      For time spent providing these opinions, I am being compensated at my usual hourly rate of $500 per hour, which in no way depends on the outcome of this case.

## I.      MY QUALIFICATIONS

4.      I am a sleep medicine physician with over twenty years' experience with treating patients of all ages that suffer from various sleep disorders, including insomnia, narcolepsy, and idiopathic hypersomnia. I received my medical degree from the University of Ilorin in Nigeria in 1992, completed a Pediatric Residency at the Maimonides Medical Center in Brooklyn, New York in 1999, and completed a Fellowship in Pediatric Pulmonary Medicine at the Children's Hospital of Philadelphia, Pennsylvania in 2002. During my Fellowship, I also underwent and completed subspeciality training in Pediatric Pulmonology and Sleep Medicine.

5.      I am board certified in Pediatric Pulmonology and in Sleep Medicine and I am a fellow of The American Academy of Pediatrics, American Academy of Sleep Medicine and The American College of Chest Physicians as well as being a Diplomate of the America Board of Sleep Medicine. Currently, among other roles, I am the Medical Director at Florida Pediatric Research Institute, which is an institute that performs research studies in pulmonary and sleep medicine. Over the course of my career, I have had the occasion to consult with, and perform clinical studies on behalf of both Jazz and Avadel, as well as other companies performing research in sleep medicine. In my current practice, I have approximately 1,800 patients with either narcolepsy or idiopathic hypersomnia.

## II. NARCOLEPSY AND CURRENTLY AVAILABLE TREATMENT OPTIONS

6. Narcolepsy is a chronic, neurological condition that disrupts an individual's normal sleep/wake cycle. Persons suffering from narcolepsy have chronically disrupted sleep, which results in excessive daytime sleepiness. Patients with untreated narcolepsy may fall asleep involuntarily at inappropriate times and often also suffer from cataplexy. Cataplexy is characterized by sudden muscle weakness and is associated with strong emotions, such as laughter, anger, or grief. During an emotional experience a person with cataplexy may suddenly feel their neck go limp or their eyelids drop. In extreme cases, a person's legs may go limp and cause them to fall. All of these symptoms occur involuntarily and at unexpected times.

7. Narcolepsy often goes undiagnosed, or is misdiagnosed, for a considerable amount of time, typically over seven to ten years. As a result, many narcolepsy sufferers go untreated for extended periods of time, which makes their day-to-day lives immensely challenging. Moreover, persons suffering from narcolepsy are often stigmatized as lazy, rude, and clumsy due to the symptoms of narcolepsy and cataplexy that are beyond their control.

8. Once narcolepsy is properly diagnosed, there are several treatment options, which can be grouped into two broad categories: a) Stimulants or wake promoting agents; and b) Cataplexy controlling medications. Oxybate fits into both criteria because while it is taken at bedtime, it improves nighttime sleep and reduces disruption in sleep, while also improving daytime alertness the following day and providing cataplexy control. As such it is an essential medication for the management of narcolepsy. In my 21 years of sleep medicine practice, oxybate has been the most impactful therapy.

9. Currently, there are three oxybate therapies on the market: Xyrem, Xywav, and Lumryz. Xyrem and Xywav are marketed and sold by Jazz, and Lumryz is marketed and sold by Avadel. I prescribe all three eoxybate products in my practice, because even though the

active ingredient in all three products is the same, i.e., oxybate, there are differences between the products. Based on these differences, one product or another may be more appropriate for a particular patient, depending on their individual situations and needs.

10. Xyrem was approved by the FDA in 2002 for the treatment of narcolepsy and I began discussing it as a treatment option with my patients shortly after approval. Xyrem must be taken twice nightly—a first dose at bedtime, and a second dose approximately two and a half to four hours later. This typically necessitates that the narcolepsy patient or bed partner (or caregiver for patient) set an alarm to ensure he or she awakens to take the second dose.

11. Xywav was approved by the FDA in 2020 for the treatment of narcolepsy and I began discussing it as a treatment option with my patients shortly after approval. Like Xyrem, Xywav is a twice-nightly formulation, meaning that patients taking Xywav must wake up roughly two and a half to four hours after taking the first dose of Xywav, to take the second dose. The key difference between Xywav and Xyrem is that Xywav contains less sodium than Xyrem. Accordingly, I discuss Xywav as a treatment option with my patients, particularly with any patients that have a high risk of heart disease, kidney failure, or other conditions linked to high sodium intake. However, notwithstanding the lower sodium content of Xywav compared to Xyrem, some of my patients prefer to take Xyrem for various reasons (e.g., better taste, perceived better effects, etc.).

12. Lumryz was approved by the FDA in 2023 for the treatment of narcolepsy and I began discussing it as a treatment option with my patients shortly after approval. Lumryz has the same sodium content as Xyrem, and therefore has more sodium than Xywav. Lumryz is distinct from both Xyrem and Xywav, however, in that it is formulated so that only one dose at bedtime is required. This eliminates the need to wake up in the middle of the night, as is necessary with

both Xyrem and Xywav.

### III. LUMRYZ PROVIDES PATIENTS WITH AN ADDITIONAL AND BENEFICIAL TREATMENT OPTION AND REMOVING IT FROM THE MARKET WOULD HARM PATIENTS

13. In my professional opinion as a sleep doctor with over twenty years of experience prescribing oxybate therapies and treating narcolepsy, the availability of Lumyrz as an additional treatment option for narcolepsy benefits patients, and it would harm them if it were taken off the market.

14. While physicians often refer to treating a condition, we actually treat individuals, each of whom has different preferences, living situations, goals, and concerns. My goal is always to come up with a treatment plan for a patient that will improve their life to the greatest extent possible, while reflecting that individual's goals for treatment and preferences. A treatment plan that works well for one individual may not be optimal for a different individual, even if both individuals suffer from the same underlying condition.

15. For example, even though Xywav contains less sodium than Xyrem, some of my patients prefer to continue taking Xyrem for different reasons including good efficacy, absence of any noted cardiovascular or renal disease, lack of concern for cardiovascular or renal disease as well as the taste of the medication. Also, for some it's as simple as Xyrem is working for them, and they do not want to pursue additional options.

16. Currently, many patients elect to not take oxybate at all. Indeed, despite the effectiveness of oxybate therapy as a treatment for narcolepsy, prior the approval of Lumryz, only about 10% of narcolepsy sufferers were taking oxybates. There are various reasons for what I consider to be the underutilization of oxybate, but one that I have consistently observed in my practice over the past twenty years, is that the twice-nightly dosing regimen required for both Xyrem and Xywav which can be quite burdensome for many individuals to comply with on a

5

regular basis. In fact, several patients will admit to not waking up to take their second dose which then impacts the overall effectiveness of the treatment.

17. It is important to recognize that narcolepsy is a chronic condition for which there is no cure. Thus, for patients prescribed Xyrem or Xywav (the two oxybate treatment options prior to the approval of Lumryz), the expectation would be that they will need to awaken in the middle of the night to take a second dose of Xyrem or Xywav for the rest of their lives. For some of my patients, the burden this imposes on them, as well as on their spouses, family members, parents, or other caregivers, may be tolerable given the benefits that Xyrem and Xywav provide.

18. But for other narcolepsy sufferers, the burden of having to awaken in the middle of the night, every night, to take the second dose of Xyrem or Xywav outweighs the benefits of oxybate for that individual. Such individuals may decide not to start taking Xyrem or Xywav at all, they may start on Xyrem or Xywav and discontinue using it after some period of time, or they may continue using Xyrem or Xywav, but not comply with the intended dosing regimen.

19. I have observed patients in each of these categories prior to the approval of Lumryz. For my patients that continue taking Xyrem or Xywav, but struggle with compliance, the compliance issues come in two forms. First, some patients fully intend to wake up in the middle of the night every night, but simply fail to do so. They sleep through the alarm, they forget to set it in the first place, or they wake up too late and are worried about being groggy in the morning if they take the second dose. Second, some patients intentionally forego the second dose on a regular basis, to eliminate the stress and anxiety associated with having to wake up in the middle of the night, every night. For some, it is the guilt of having their bed partner awaken and in some cases be unable to return to sleep after the alarm goes off. For some, it's a parent

waking up every night to call their college-based kid and remind them to take the dose as they do not respond to their alarm. And for some college kids and people in shared accommodation, it's the fear of leaving such a powerful drug at their bedside when they fall asleep knowing others may take it and abuse it. While I advise these patients that they are not receiving the full benefits of Xyrem or Xywav (because they are in effect taking a reduced dose), these patients are willing to accept that consequence, because they still felt a bit better in the morning, than if they had decided to forego oxybate therapy entirely.

20. The launch of Lumryz in 2023 has changed the burden and benefit analysis for narcolepsy patients and provides an additional option for patients currently taking twice-nightly oxybate therapies, as well as for narcolepsy sufferers that either chose not to start on Xyrem or Xywav at all, or chose one of the medications, but ultimately stopped using it.

21. In particular, for patients concerned about the burden and compliance issues associated with twice-nightly dosing of Xyrem or Xywav, Lumryz provides the benefits of oxybate therapy without the need to wake up in the middle of the night for a second dose. In general, compliance with taking medicine improves when fewer doses are required. In the past year, since Lumryz became available, I have been discussing Lumryz as a treatment option in addition to Xyrem and Xywav with my existing and new patients. For some of my patients, they are comfortable taking Xyrem or Xywav, it works for them, and they have adapted to the requirements of the dosing regimen for those products. For other patients, the opportunity to eliminate the need to wake up in the middle night for a second dose, while obtaining the full benefits of oxybate therapy, is an attractive option that may work better for them. And for narcolepsy sufferers that discontinued using Xyrem or Xywav, or never started using it due to the dosing regimen required, Lumryz provides a new, beneficial alternative.

22. Indeed, the FDA concluded that Lumryz makes a major contribution to patient care, by consolidating sleep and eliminating the need to wake up in the middle of the night to take a second dose. As the FDA recognized, a forced awakening in the middle of the night is antithetical to the goal of consolidating nighttime sleep in narcolepsy patients. I agree with the FDA's conclusions and believe that over the next several years, if Lumryz remains available, it will benefit the public by providing narcolepsy sufferers with an additional treatment option that may be more suitable for their individual circumstances.

23. Despite the major contribution to patient care that Lumyrz provides, some of my patients may nonetheless decide to continue taking, or start taking Xywav, for example, if they have concerns about sodium intake. And some of my patients may decide to continue taking, or start taking Xyrem, for example, if they believe they can manage the dosing regimen. As a physician, I fully support each individual patient's right to choose the treatment that they believe is best suited for them individually and view it as my responsibility to educate them on the treatment options that are available so that the individual can make an informed decision.

24. Removing Lumryz from the market entirely would reduce the number of treatment options available to patients and harm the public, because it would deprive patients of a treatment option that may be better suited for them individually, as compared the other available oxybate therapies. It would also mean that college kids or anyone in uncontrolled shared living spaces on oxybate would be deprived of a single dose option that treats them effectively and minimizes the risk of misuse by others. Even if patients currently taking Lumryz were permitted to continue taking Lumryz, taking Lumryz off the market would invariably harm them as they would be uncertain of the future and become anxious about their own care. Additionally, taking Lumryz of the market would still harm persons suffering from narcolepsy,

including individuals that have not yet been diagnosed, individuals that previously concluded the twice-nightly dosing regimen required by Xyrem and Xywav was too burdensome but would consider Lumryz, and persons that are currently taking Xyrem or Xywav, but that are struggling (or may struggle in the future) to comply with the dosing regimen and would consider Lumryz.

25. In my view, the harm that would result from the removal of Lumryz from the market is made more significant by the fact that Lumryz is not just an additional treatment option, it is a differentiated treatment option from prior oxybate therapies, with the potential to increase the number of narcolepsy sufferers that are prescribed oxybate and can receive its benefits.

26. In sum, it is my opinion that the introduction of Lumryz into the market in 2023 represents an important advance in the treatment of narcolepsy and sleep disorders more generally. Whereas patients were previously limited to a choice between two oxybate therapies, both of which require twice-nightly dosing, with the release of Lumryz, patients now have the option for a once-nightly oxybate therapy. For the reasons discussed above, it is my opinion that the availability of Lumryz as an additional treatment option benefits patients now and in the future. Similarly, taking Lumryz off the market for most patients and limiting the choice of oxybate therapies to Xyrem and Xywav would represent a step backwards in the treatment of narcolepsy and sleep orders more generally, and would therefore harm patients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on May 9, 2024

Winter Park, Florida

Dr. Akinyemi Ajayi, MD