# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> AVADEL CNS PHARMACEUTICALS, LLC, <br><br> Defendant. | C.A. No. 21-1594-GBW |

**DECLARATION OF PATIENT NO. 1**

I, ███████████, declare as follows:

1. I am a person with narcolepsy taking Lumryz. I am submitting this declaration at the request of Avadel. Counsel for Avadel has explained to me that Jazz Pharmaceuticals is asking the Court to prevent Avadel from selling Lumryz to patients who are not currently taking it. I do not want that to happen. Lumryz has made a huge difference in my life, and I want it to be available to me and to other people with narcolepsy, including people who haven't yet started taking it.

## My Personal Background

2. I graduated from college in 2021 with a Bachelor of Arts degree. My major was in social justice and my minor was in rhetoric and persuasion. I currently work at a health clinic in Illinois. I am planning to go back to school in the fall for my master's degree in social work and I would eventually like to get my Ph.D.

3. My narcolepsy symptoms started when I was around 16 years old, in the middle of high school. It took years and many doctor's visits to get a diagnosis. Different doctors thought that I had restless leg syndrome or sleep apnea or something else. It was disheartening. We knew there was something wrong with me, and I just wanted a diagnosis.

4. My narcolepsy was eventually diagnosed in my junior year of college. It was a huge relief to get a diagnosis even though the diagnosis was life-changing. My doctor suggested Xyrem early on, but I didn't want to take it because I was afraid. I was worried about the fact that GHB was the date rape drug, and I was scared that it could

1

keep me asleep through a fire alarm. I ended up trying many other medications first, but they did not do enough.

### Taking Xyrem and Xywav

5.      Finally, after struggling on other medicines, I agreed to try Xyrem in my senior year of college. It definitely helped my narcolepsy symptoms, but I had quite a few issues with it as well.

6.      One issue is that the middle-of-the-night dose of Xyrem has to be taken in a particular window of time. There has to be enough time left after you take the second dose for it to wear off before you get up for the day. I would set an alarm to try to wake up in that window. I tried every alarm you can imagine, including alarms with not just sounds but flashing lights. Nothing worked consistently and I would sometimes sleep through my alarm. If I slept through my alarm, I usually woke up at 4am. That is too late to take the second dose and still be able to wake up at a normal time to start the day. When I slept through my alarm and woke up at 4am, I didn't take the second dose to make sure that I did not miss class. When I couldn't take the second dose, my narcolepsy symptoms would be worse the next day. I had worse cataplexy and worse daytime sleepiness. I would have to take more stimulants to try to stay awake. It was difficult. Each time that I had to skip the second dose because I slept through my alarm, I would think to myself – this is going to be a rough day. And it was.

7.      Other nights, I would wake up far too early to take the second dose but I couldn't get back to sleep. I would end up being awake until it was time to take the second dose,

which meant that I got less sleep overall.  On those days, I was not as rested the next day.  I was at this point planning my schedule around my narcolepsy symptoms.  It was important to me that I attend all my classes and so I intentionally avoided early morning classes.

8.    I also had fairly bad anxiety while taking Xyrem.  My doctor was not sure why that was the case, but it was certainly true.  In addition to my more generalized anxiety, I also felt anxiety about missing my second dose, which I believe is a common anxiety for people taking Xyrem or Xywav.

9.    I also worried about having the second dose of Xyrem on the bedside when there was any chance that someone else could access it.  I was a college student and then a young professional when I was taking Xyrem and I tried to have a social life – I did not spend every night alone in my own room with a locked door.  But I knew that GHB was used as a date-rape drug, and it did not feel safe to me to have that sitting out where people who were around could get to it.

10.   At some point I got switched to Xywav without my doctor even ordering it, and I didn't do great on Xywav.  In particular, I had more problems with my anxiety on Xywav, although we never figured out why that might be.  I then switched back to Xyrem.  I did better on Xyrem than on Xywav, but with all the problems I listed above.

**Taking Lumryz**

11.   About six months ago, I switched to Lumryz.  I have seen a big difference.  My anxiety has decreased.  I no longer have to set an alarm to take a second dose.  I am not

3

having the rough days where my symptoms were worse because I missed a dose. I am not waking up in the middle of the night, by which I mean both that I am not waking up for a second dose and that I am not having the experience where I used to wake up long before I needed to take my second dose and then would just be sitting in bed awake. I feel calmer and more rested, similar to what I can assume people without narcolepsy experience after a good night's sleep. I don't think I realized how much I missed sleeping through the night until I got a chance to do so again, and now that I can sleep through the night, I do not want to go back to having to wake up every single night.

12. I also feel like I am able to spend more of my life doing what I want to do. With Xyrem and Xywav, figuring out my sleep every night was like a math problem. I had to figure out when I could last eat so that I could take the first dose, but then also make sure that left enough time to take the second dose and enough time for the second dose to wear off by when I needed to wake up, and then set an alarm for the second dose. Additionally, at least for me, I was usually awake for about a half an hour after taking my second dose, and so that time was wasted every night—I wasn't getting sleep but I also couldn't use the time to do anything. That made it even harder to budget my time. On Lumryz, I do still have to keep an eye on when I eat and when I need to get up, but it is much easier, plus I don't lose the time in the middle of the night where I am pointlessly awake. I am really optimistic about going back to college for my master's degree now that I don't have to wake up in the middle of the night, and can have a more balanced social life because my symptoms are more under control. I think I missed out on the

4

college experience because of my narcolepsy symptoms and the inconsistent relief I got from them while taking Xyrem/Xywav.

13. I am also less worried about being around other people at bedtime/at night now that I do not have to worry about whether they can get my middle-of-the-night dose of Xyrem/Xywav. That was a real worry of mine when sleeping at someone else's house or when anyone else was around at night. With Lumryz, I don't worry as much because I don't have to leave the second dose sitting out unattended. I also didn't like that I had to disturb other people in the middle of the night when I was not at home alone. That doesn't happen with Lumryz.

14. Because of how happy I have been with Lumryz, I have begun doing small projects with Avadel. I was involved in an Avadel patient advisory group, and I was paid a small amount of money by Avadel to participate in round table discussions. I am not being paid for this declaration and I am submitting it because it is very important to me that Lumryz be available to people like me and not for any other reason. Other people like me should be able to have relief from their narcolepsy symptoms and more functionality that I have gained while taking Lumryz.

5

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on  May 1 , 2024
 Buffalo Grove , Illinois

6

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on May 13, 2024 on the following counsel in the manner indicated below.

**VIA EMAIL:**

Jack B. Blumenfeld
Jeremy Tigan
Cameron Clark
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Catherine T. Mattes
Abigail DeMasi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com
catherinemattes@quinnemanuel.com
Abigaildemasi@quinnemanuel.com

*Attorneys for Plaintiffs*

Dated:  May 13, 2024                            */s/ Daniel M. Silver*
                                                Daniel M. Silver (#4758)

ME1 48431672v.1