IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | |
| **JAZZ PHARMACEUTICALS, INC.,** | : | ██████████████ |
| Plaintiff, | : | |
| *v.* | : | C.A. No. 21-691-GBW |
| **AVADEL CNS PHARMACEUTICALS, LLC,** | : | |
| Defendant. | : | |
| | : | |
| | : | |
| **JAZZ PHARMACEUTICALS, INC., et al.,** | : | ██████████████ |
| Plaintiffs, | : | |
| *v.* | : | C.A. No. 21-1138-GBW |
| **AVADEL CNS PHARMACEUTICALS, LLC,** | : | |
| Defendant. | : | |
| | : | |
| | : | |
| **JAZZ PHARMACEUTICALS, INC., et al.,** | : | ██████████████ |
| Plaintiffs, | : | |
| *v.* | : | C.A. No. 21-1594-GBW |
| **AVADEL CNS PHARMACEUTICALS, LLC,** | : | |
| Defendant. | : | |
| | : | |

DECLARATION OF MOHAN RAO, PH.D.

**Highly Confidential**

# Contents

I    **INTRODUCTION**        3

II    **ASSIGNMENT**        4

III    **THE MARKETED OXYBATE DRUG PRODUCTS**        5

IV    **JAZZ HAS NOT DEMONSTRATED THAT IT WILL BE IRREPARABLY HARMED BY SALES OF LUMRYZ**        8

    A    Jazz Has Accepted Compensation in Exchange for Allowing Products that Compete with XYREM and XYWAV  . . . . . . . . . . . . . . .   8

    B    Jazz Does Not Identify or Address Known Sources of Lost Sales and/or Price Erosion  . . . . . . . . . . . . . . . . . . . . . . . . .   9

V    **CONCLUSION**        13

Highly Confidential                                                                          3

# I   INTRODUCTION

**1.** I am an economist and the Chief Executive Officer of Epsilon Economics. I specialize in intellectual property and antitrust economics, with an emphasis on life sciences and technology. I was previously a professor at UCLA and Northwestern University and a Teaching Fellow at Harvard University. I was appointed as the first "Executive in Residence" — a recognized leader in the technology community — by the McCormick College of Engineering at Northwestern University. I also am the Chief Executive Officer of Expression Therapeutics Inc., a biotechnology company based in Atlanta that is focused on developing gene therapies for hematology and oncology.

**2.** I have a Bachelor of Science in Engineering from the University of Michigan, a pre-doctoral fellowship from Harvard University, and a Ph.D. from the University of Colorado. I have taught courses in finance, statistics, game theory, and competition policy and have written on these topics in academic and professional publications. I am an author of the chapter on "Econometric Analysis" in the *Litigation Services Handbook*, "Innovation Markets" in *Market Definition in Antitrust: Theory and Case Studies*, and "Valuing Intellectual Property in Licensing Transactions" in the *Licensing Journal*. I taught advanced courses on intellectual property valuation and transactions — with an emphasis on pharmaceuticals — at the Licensing Executives Society (LES), the leading professional organization for IP valuation and licensing. I developed the course "Advanced Valuation Skills" in the Professional Development Series of LES.

**3.** I serve on the Board of Directors of the Children's Hospital of Chicago, one of the leading pediatric medical centers in the world, and the Stanley Manne Children's Research Institute, a premier pediatric research center.

**4.** I have served as an expert witness in litigation and as a consultant in valuation, licensing, and strategy engagements to several pharmaceutical, biotechnology, and medical devices companies. I have performed economic and damages analyses

as an economics expert in a wide range of pharmaceutical matters. I have evaluated numerous pharmaceutical products, including those in early stages of clinical trials and those that have been in the market for a number of years. In 2018, IAM, the publisher of *The World's Leading Patent Professionals* has described me as "among the foremost experts when it comes to pharmaceutical economics."

**5.** I am a member of the American Economic Association, the American Society of Gene and Cell Therapy, IEEE, and the Licensing Executives Society. I served as the Chair of the Valuation Committee of the Licensing Executives Society. A copy of my curriculum vitae is attached as Tab 1.

**6.** Epsilon Economics bills $1,195 per hour for my work on this matter. I have also been assisted by my team at Epsilon Economics.

## II   ASSIGNMENT

**7.** I have been asked by Morrison & Foerster and Latham & Watkins LLP, counsel to Avadel CNS Pharmaceuticals, LLC ("Avadel") to assess the assertions made by Jazz Pharmaceuticals, Inc. and Jazz Pharmaceuticals Ireland Limited (collectively, "Jazz") that Jazz will be irreparably harmed as a result of Avadel's infringement of claim 24 of Jazz's U.S. Patent 11,147,782 (the "'782 patent") through the sale of LUMRYZ.

**8.** In conducting my analysis, members of my team and I have reviewed various documents in this matter, including Jazz's injunction motion, pleadings, economic and financial information, and publicly available information. A list of materials that I considered in forming the opinions set forth in this Declaration is attached as Tab 2.

# III   THE MARKETED OXYBATE DRUG PRODUCTS

**9.**  Jazz markets two branded oxybate drug products: XYREM and XYWAV. XYREM (sodium oxybate) is an oral solution that was approved by the Food and Drug Administration ("FDA") in 2002 for the treatment of cataplexy in adults with narcolepsy.[1]  XYREM was additionally approved for the treatment of excessive daytime sleepiness ("EDS") in adults with narcolepsy in 2005 and for the treatment of cataplexy and EDS in children with narcolepsy in 2018.[2]  XYREM is taken twice nightly, first at bedtime, and then again 2.5 to 4 hours later.[3]  XYREM revenues totaled $1.27 billion in 2021, $1.02 billion in 2022, and $0.57 billion in 2023.[4]

**10.**  To date, ten companies have filed an Abbreviated New Drug Application ("ANDA") with the FDA seeking to launch generic versions of XYREM.[5]  Four of those ANDAs (from Hikma, Ohm Labs, Amneal, and SpecGx/Mallinckrodt) have been tentatively approved, and Jazz expects that the remaining six will receive approval as well.[6]  Jazz has entered into settlement agreements with each of these ten generic entrants.[7]  As a result of these settlements, two authorized generic XYREM

---

[1] XYREM Label, July 2002, <www.fda.gov>.

[2] XYREM FDA Approved Labeling Text dated 11/18/05, <www.fda.gov>; XYREM Label, October 2018, <www.fda.gov>.

[3] XYREM Label, April 2023, <www.fda.gov>.

[4] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 83.

[5] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 35.

[6] FDA Website, <www.fda.gov>; Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 35.

products are now on the market: Hikma launched in January 2023 and Amneal launched in July 2023.[8]   Authorized generics are permitted to be marketed under the branded drug's New Drug Application ("NDA"), unlike generic drugs, which are marketed through an ANDA.[9] Authorized generics are identical to the brand-name drug in all but labeling (whereas generics can be "bioequivalent", but not identical).[10] As part of its settlement agreement with Jazz, Hikma has the right to launch its own generic XYREM if it discontinues sales of its authorized generic, but has elected not to do so.[11]

11.   Jazz also granted Lupin and Par the right to launch authorized generics as well, though neither has elected to do so to date.[12]   The earliest generic entrants that are not authorized generics are expected in December 31, 2025, when the Jazz settlements with Amneal, Par, Lupin, and six other generic entrants have been granted the right to launch their own generic versions of XYREM.[13]

12.   XYWAV (calcium, magnesium, potassium, and sodium oxybate) is an oral solution that was approved by the FDA in 2020 for the treatment of cataplexy or EDS in adults and children with narcolepsy.[14]   XYWAV was additionally approved

---

██████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
███████████████; **Three Others:** Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 48.  See also, Expert Report of Christine S. Meyer, Ph.D., October 16, 2023, paragraph 73.

   [8] "Amneal Launches Authorized Generic for Xyrem®(sodium oxybate) and Receives FDA Approval for Five Complex Generics in the Second Quarter," Amneal Press Release, July 3, 2023; Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 35.

   [9] "FDA List of Authorized Generic Drugs," U.S. Food and Drug Administration, April 11, 2024.

   [10] "FDA List of Authorized Generic Drugs," U.S. Food and Drug Administration, April 11, 2024.

   [11] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 35.

   [12] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 35.

   [13] I understand that Amneal, Par, Lupin, and the six other generic entrants may launch earlier in the event that Hikma launches its own generic. Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, pages 35-36; Trial Transcript, Jazz v. Avadel, February 27, 2024, page 603 (Dr. Rainey testified that "Q: The trigger for the second period is the entry of multisource generic Xyrem, correct?  A: Yes, that's the change in competitive conditions.  Q: "Multisource generics" means not just the authorized generic that is actually a product made by Jazz, but also generics made by companies other than Jazz; is that right?  A: Yes."). ████████████████

   [14] <www.jazzpharma.com>; XYWAV Label, February 2021, <www.fda.gov>.

for the treatment of idiopathic hypersomnia ("IH") in August 2021.[15] Like XYREM, XYWAV is taken twice nightly, first at bedtime, and then again 2.5 to 4 hours later for the treatment of narcolepsy.[16] I understand that XYWAV contains 92 percent less sodium than XYREM.[17] XYWAV revenues totaled $0.54 billion in 2021, $0.96 billion in 2022, and $1.27 billion in 2023.[18]

**13.** There are not currently any generic (authorized generic or otherwise) versions of XYWAV available.[19] However, I understand that two ANDAs for generic XYWAV have been filed: from Lupin in June 2021 and Teva in February 2023, with Lupin's ANDA receiving tentative approval in October 2023.[20]

**14.** Avadel's LUMRYZ (sodium oxybate) is an extended-release oral suspension that was approved by the FDA in May 2023 for the treatment of EDS and cataplexy in adults with narcolepsy.[21] Avadel launched LUMRYZ in early June 2023.[22] Unlike the other marketed oxybate drugs, LUMRYZ is taken once nightly for the treatment of EDS and cataplexy and does not require a second dose.[23] From its launch in June 2023 through the end of year 2023, Avadel reported $28 million in LUMRYZ net sales.[24]

---

[15]XYWAV Label, August 2021, <www.fda.gov>. See also, "FDA Grants First of its Kind Indication for Chronic Sleep Disorder Treatment" U.S. Food and Drug Administration, August 12, 2021.

[16]XYWAV Label, April 2023, <www.fda.gov>. For the IH indication, XYWAV can be taken twice nightly or once nightly. XYWAV Label, April 2023, <www.fda.gov>.

[17]Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, pages 5-6.

[18]Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 83.

[19]FDA Website, <www.fda.gov>.

[20]Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 36; "Lupin Receives Tentative Approval from U.S. FDA for Calcium, Magnesium, Potassium, and Sodium Oxybates Oral Solution," Lupin Limited, October 13, 2023.

[21]Lumryz NDA Approval Letter, U.S. Food and Drug Administration, May 1, 2023; LUMRYZ Label, May 2023, <www.fda.gov>.

[22]"Avadel Pharmaceuticals Announces Strong LUMRYZ Launch Performance and Provides Preliminary Fourth Quarter and Full Year 2023 Financial Highlights," Avadel Press Release, January 8, 2024.

[23]LUMRYZ Label, May 2023, <www.fda.gov>; Trial Transcript, Jazz v. Avadel, February 28, 2024, pages 635-637 (testimony of Dr. Corser, Avadel's expert in sleep disorders).

[24]"Avadel Pharmaceuticals Announces Strong LUMRYZ Launch Performance and Provides Preliminary Fourth Quarter and Full Year 2023 Financial Highlights," Avadel Press Release, January 8, 2024.

# IV   JAZZ HAS NOT DEMONSTRATED THAT IT WILL BE IRREPARABLY HARMED BY SALES OF LUMRYZ

**15.** I understand that irreparable harm refers to an injury that cannot be adequately compensated or remedied by any monetary award. I have reviewed Jazz's assertions that it will be irreparably harmed by sales of LUMRYZ. In my opinion, Jazz's assertions are not supported.

## A   Jazz Has Accepted Compensation in Exchange for Allowing Products that Compete with XYREM and XYWAV

**16.** Jazz's assertion that monetary compensation for LUMRYZ's competition with XYREM and XYWAV is insufficient to compensate Jazz is inconsistent with its actual conduct in allowing other competing products to enter the market, namely, generic versions of XYREM. Jazz's ten settlement agreements with generic XYREM manufacturers show that Jazz is willing to license competitive oxybate products in return for financial benefits — █████████████████████████████████████ █████████████████████████ and later in 2023 as the sole supplier for authorized generic oxybate products. ████████████████████████████ Jazz has entered into settlement agreements allowing for the market entry of oxybate products that Jazz identifies as competitive threats to XYREM and XYWAV.[25] ██████████ ████████████████████████████████████████████████ ████ For each of these licenses, Jazz willingly accepted a form of compensation and in exchange allowed a competing oxybate product on the market, even though Jazz

---

[25] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2022, page 37 ("We expect that the approval and launch of the Hikma AG Product, another AG Product or other generic version of Xyrem and the approval and launch of any other sodium oxybate product (including Avadel's [Lumryz]) or alternative product that treats narcolepsy could have a material adverse effect on our sales of Xywav and Xyrem.").

recognized that the competing generic products would cause both lost sales and price erosion.

17. Jazz's behavior with respect to generic filers on XYREM contradicts its current argument that the competition caused by LUMRYZ is non-compensable and that Jazz would not be willing to accept a royalty to compensate for Avadel's infringement of claim 24 of the '782 patent.

## B  Jazz Does Not Identify or Address Known Sources of Lost Sales and/or Price Erosion

18. In support of its injunction request, Jazz and Mr. Honerkamp assert that LUMRYZ is causing Jazz lost sales and price erosion.[26] But Jazz does not address other known sources of lost sales and price erosion that Jazz has publicly described elsewhere, including most notably the multiple XYREM authorized generics that Jazz licensed, which Jazz admits are causing lost sales and price erosion.

19. Although Jazz points to switching data indicating discontinued XYREM and XYWAV prescriptions, neither Jazz nor Mr. Honerkamp addresses whether those patients would have discontinued Jazz's drug products regardless of LUMRYZ's availability.[27] I understand that patients are known to discontinue oxybate drugs.[28]

20. Neither Jazz nor Mr. Honerkamp addresses the fact that XYWAV sales have actually continued to grow following LUMRYZ's launch (see Tab 3). Indeed, during a recent May 1, 2024 Jazz Earnings Call, Jazz identified that XYWAV was a "key growth driver" and that "Xywav revenues increased 14% year-over-year rein-

---

[26]See, for example, Plaintiffs' Opening Brief in Support of Motion for a Permanent Injunction and for and Ongoing Royalty, Jazz v. Avadel, April 12, 2024, page 1, Declaration of P.J. Honerkamp, April 12, 2024, paragraphs 22, 31-33.

[27]See, for example, Plaintiffs' Opening Brief in Support of Motion for a Permanent Injunction and for and Ongoing Royalty, Jazz v. Avadel, April 12, 2024, pages 4-5; Declaration of P.J. Honerkamp, April 12, 2024, paragraphs 24-26.

[28]Trial Transcript, Jazz v. Avadel, February 27, 2024, page 505 (Greg Divis, Chief Executive Officer of Avadel, testified that "we know that roughly half [of twice-daily oxybate users] discontinued after starting within the first year."); "Jazz BASES DTC Report," ZS Associates Presentation to Jazz, September 17, 2020, JPION00082449, slide 31.

forcing our confidence in its trajectory and durability."[29] Jazz's President and Chief Operating Officer, Renée Galá, further represented during that May 1, 2024 call that Jazz "remain[s] confident in the growth and durability of Xywav" and that Jazz "continue[s] to expect Xywav to remain the oxybate of choice, including the number one treatment for narcolepsy."[30]

**21.** Jazz and Mr. Honerkamp similarly fail to include, discuss, or explain Jazz's numerous public statements that it expects to lose sales as a result of both authorized generic versions of XYREM and due to the entry of multi-source generic versions of XYREM. For example:

> In the future, we expect our oxybate products to continue to face competition from generic versions of high-sodium oxybate pursuant to settlement agreements we entered into with multiple ANDA filers.... Generic competition can decrease the net prices at which branded products, such as Xywav and Xyrem are sold.[31]

> We face substantial . . . competition from generic drugs.[32]

**22.** Further, Jazz's price erosion argument similarly fails to reflect that Jazz admits that price erosion is occurring and will occur due to the effects of the two authorized generic XYREM products that Jazz has already allowed onto the market, the effect of two additional authorized generics that could launch, and the effect of the ten generic XYREM products that could launch as early as 2026. For example:

> [S]ince January 2023 our oxybate products have faced competition from an AG version of high-sodium oxybate pursuant to a settlement agreement we entered into with an abbreviated new drug application, or ANDA, filer, and since

---

[29]Jazz Pharmaceuticals Q1 2024 Earnings Call Transcript, May 1, 2024.
[30]Jazz Pharmaceuticals Q1 2024 Earnings Call Transcript, May 1, 2024.
[31]Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 80.
[32]Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 3.

July 2023, an additional AG version of high-sodium oxybate from a volume-limited ANDA filer. Collectively, these AG version [sic] of high-sodium oxybate have negatively impacted and are expected to continue to negatively impact Xyrem and Xywav sales for patients with narcolepsy.[33]

After any introduction of a generic product, whether or not it is an AG product, a significant percentage of the prescriptions written for Xyrem have been, and will likely be, filled with the generic product.[34]

Any ANDA holder launching an AG product or another generic sodium oxybate product will independently establish the price of the AG product and/or its own generic sodium oxybate product and determine the types of discounts or rebates they will offer parties that purchase or pay for the product. Generic competition often results in decreases in the net prices at which branded products can be sold.[35]

**23.** In addition, two companies have submitted ANDAs for generic versions of XYWAV, one of which has received tentative FDA approval.[36]  Jazz has stated in SEC filings that XYWAV may face competition from generic entry:

We expect that Xywav for the treatment of both cataplexy and EDS in patients with narcolepsy will continue to face competition from generic or AG sodium oxybate products or branded entrants in narcolepsy, such as Avadel's Lumryz notwithstanding FDA recognizing Orphan Drug Exclusivity, or ODE, for Xywav.  For example, we received notices in June 2021 and February 2023,

---

[33] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 17.

[34] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 36.

[35] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 36.

[36] Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 36; "Lupin Receives Tentative Approval from U.S. FDA for Calcium, Magnesium, Potassium, and Sodium Oxybates Oral Solution," Lupin Limited, October 13, 2023.

that Lupin and Teva, respectively, filed ANDAs for generic versions of Xywav. On October 13, 2023, Lupin announced that it has received tentative approval for its application to market a generic version of Xywav. Additional companies may file ANDAs seeking to market a generic version of Xywav which could lead to additional patent litigation or challenges with respect to Xywav.[37]

**24.** Notwithstanding Dr. Rainey's assertion that XYWAV will have patent protection through 2033,[38] generic entry may occur earlier. Indeed, at least one source has predicted a generic XYWAV launch as early as 2028.[39]

**25.** Furthermore, Jazz and Mr. Honerkamp do not address the incentives behind branded pharmaceutical pricing. Unlike competition among generic drugs, which are often automatically substituted for the brand and are bioequivalent to the reference drug and other generics, branded drugs in the same therapeutic class are typically incentivized to compete with one another on therapeutic differentiation.[40] Indeed, an examination of public wholesale acquisition cost ("WAC") and average wholesale prices ("AWP")[41] — list prices for pharmaceutical products — indicates that at launch, LUMRYZ's AWP was at parity with XYWAV (comparing dose to dose), and today, LUMRYZ's WAC is within 3 percent of the WAC for XYWAV (also comparing dose to dose) (see Tab 4). Such a minor price differential undermines Jazz's claim of price erosion.

**26.** Jazz and Mr. Honerkamp do not address any of the foregoing evidence. Indeed, these various sources of current and future competition for Jazz's oxybate products are relevant to any price erosion, yet Jazz ignores them altogether.

---

[37]Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023, page 36.

[38]Expert Report of Mark Rainey, Ph.D., September 15, 2023, paragraphs 154-155, 157.

[39]"Xywav Drug Patent Profile," Drug Patent Watch, <www.drugpatentwatch.com>.

[40]See, for example, "Prescription Drugs: Spending, Use, and Prices," Congressional Budget Office, January 2022; Joseph A. DiMasi, "Price Trends for Prescription: Pharmaceuticals: 1995–1999," *A background report prepared for the Department of Health and Human Services' Conference on Pharmaceutical Pricing Practices, Utilization and Costs*, Leavey Conference Center, Georgetown University (Washington, DC), August 8–9, 2000, pages 5–6; E. M. Kolassa, "Elements of Pharmaceutical Pricing," Binghamton, NY, The Haworth Press, Inc., 1997, page 106.

[41]Historical AWP are available, while only the most recent WAC is publicly available. See Micromedex Red Book.

Highly Confidential                                                                                13

# V   CONCLUSION

**27.** For the foregoing reasons, in my opinion Jazz has not demonstrated or established that it will be irreparably harmed by sales of LUMRYZ.

**28.** I reserve the right to supplement or modify my opinions in this matter, including in response to any additional evidence, argument, or opinions submitted by Jazz in connection with this matter.



_____

Mohan Rao, Ph.D.

May 13, 2024

# Tab 1



**Mohan Rao, Ph.D.**
Chairman

Epsilon Economics
111 South Wacker Drive, 50th Floor
Chicago, Illinois 60606

Direct: 312.637.2980
Main: 312.637.2950
mrao@epsiloneconomics.com

## Summary

Dr. Mohan Rao is the Chairman of Epsilon Economics and specializes in antitrust and intellectual property economics, with an emphasis on life sciences and technology. He has testified as an expert in U.S. and foreign courts and in arbitration proceedings.

Dr. Rao also serves as the Chief Executive Officer of Expression Therapeutics, a biotechnology firm based in Atlanta that is focused on developing advanced therapies for hematology and oncology. Dr. Rao previously taught at Northwestern University and UCLA and was a Teaching Fellow at Harvard University. He was appointed as the first "Executive in Residence" — a recognized leader in the technology community — by the McCormick College of Engineering at Northwestern University. Prior to Epsilon Economics, Dr. Rao was the head of Navigant Economics, a global economics consulting firm. He has a Bachelor of Science in Engineering from the University of Michigan, a pre-doctoral fellowship from Harvard University, and a Ph.D. from the University of Colorado.

Dr. Rao serves on the Board of Directors of Expression Therapeutics, Inc., Epsilon Xi LLC, the Children's Hospital of Chicago, the Stanley Manne Children's Research Institute, and the Economic Club of Chicago, on the Board of Trustees of the Chicago Symphony Orchestra, and is a member of the Chicago Club.



## Academic and Professional Experience

- **Epsilon Economics**
  Chairman/Chief Executive Officer, 2015-present

- **Expression Therapeutics**
  Chief Executive Officer/Partner, 2007-present

- **Navigant Economics**
  Managing Director, 2010–2015

- **LECG**
  Managing Director, 2005–2010

- **Northwestern University**
  McCormick School of Engineering and Applied Science
  Adjunct Professor, 2006–2020

- **Charles River Associates / InteCap, Inc.**
  Vice President, CRA, 2004–2005
  Managing Director, InteCap, 2004–2005
  Director, InteCap, 2000–2003

- **University of California, Los Angeles**
  Assistant Professor, 1994–2001

- **Harvard University**
  Fellow, Government Data Center, 1993–1994
  Teaching Fellow, 1993–1994

## Education

- B.S. (Engineering), 1989, **University of Michigan**

- Pre-Doctoral Fellow, 1993–1994, **Harvard University**

- Ph.D.; M.A. (Economics; Political Science), 1994, **University of Colorado**

## Selected Fellowships and Awards

- Cooley Award, University of Michigan College of Engineering

- Government Data Center Fellowship, Harvard University



- David Cattell Fellowship, UCLA
- Faculty Career Development Award, UCLA

## Selected Affiliations

- Member, American Economic Association
- Member, Licensing Executives Society
- Member, American Society of Gene & Cell Therapy
- Member, Institute of Electrical and Electronics Engineers (IEEE)

## Expert Testimony

1. Alexion Pharmaceuticals, Inc. et al v. **Samsung Bioepis Co. Ltd.**
   U.S. District Court – District of Delaware
   C.A. No. 1:24-cv-00005-GBW

2. The Sanborn Library LLC et al. v. **ERIS Information Inc. et al.**
   U.S. District Court – Southern District of New York
   No. 1:19-cv-02049-LAK-OTW

3. **Arbor Pharmaceuticals, LLC and Takeda Pharmaceutical Company Limited** v. Saba Ilac Sanayii Ve Ticaret As et al.
   U.S. District Court — District of Delaware
   Civil Action No. 20-353-MN

4. **Puma Biotechnology, Inc. et al** v. AstraZeneca Pharmaceuticals LP et al
   U.S. District Court — District of Delaware
   C.A. No. 21-1338-MFK

5. Amgen, Inc. et al v. **Sandoz Inc.**
   U.S. District Court — District of New Jersey
   C.A. No. 1:23-CV-02406-CPO-EAP

6. **Curia Global, Inc. et al.** v. Cyprium Therapeutics, Inc.
   American Arbitration Association
   Case No. 01-22-0003-4042



7. **300 North LaSalle LLC** v. Hines Interests Limited Partnership
Federal Arbitration, Inc.
Case No. F22-JW-A-DFG-0603

8. In re: Certain Selective Thyroid Hormone Receptor-Beta Agonists. Processes
for Manufacturing or Relating to Same, and Products Containing Same
On behalf of: **Viking Therapeutics, Inc.**
United States International Trade Commission
Investigation No. 337-TA-1352

9. **Azurity Pharmaceuticals, Inc.** v. Amneal Pharmaceuticals, LLC
U.S. District Court — District of New Jersey
Civil Action No. 3:21-cv-08717-FLW-DEA

10. **PhaseBio Pharmaceuticals, Inc.** v SFJ Pharmaceuticals X, Ltd.
U.S. Bankruptcy Court — District of Delaware
Case No. 22-10995 (LSS), Adv. Proc. No. 22-50456 (LSS)

11. Endo International plc et al. v **Nevakar, Inc., et al.**
U.S. Bankruptcy Court — Southern District of New York
Case No. 22-22549 (JLG), Adv. Proc. No. 22-07034 (ALG)

12. **Merck Sharp & Dohme Corp.** v Zydus Worldwide DMCC et al.
U.S. District Court — District of Delaware
No. 1:21-cv-00315-RGA

13. Novartis Pharma AG v **Incyte Corporation**
U.S. District Court — Southern District of New York
Civil Action No. 1:20-cv-00400-GHW

14. SmartSky Networks, LLC v. **Gogo Business Aviation, LLC et al.**
U.S. District Court — District of Delaware
C.A. No. 22-266 (VAC)

15. Celldex Therapeutics, Inc. v. **Shareholder Representative Services LLC**
Court of Chancery — State of Delaware
C.A. No. 2020-0682-MTZ

16. **Taiho Pharmaceutical Co., Ltd** v. Accord Healthcare Inc. et al
U.S. District Court — District of Delaware
Civil Action Nos. 1:19-cv-02321 (CFC), 1:19-cv-02309 (CFC)
Civil Action Nos. 1:19-cv-02342 (UNA), 1:19-cv-02368 (UNA)

17. **Actelion Pharmaceuticals Ltd.** v. Mylan Pharmaceuticals Inc.
U.S. District Court — Northern District of West Virginia



Civil Action No. 1:20-CV-110 (Keeley)

18. Syngenta Crop Protection AG v. FMC Corporation
FMC Corporation v. Syngenta Crop Protection AG
American Arbitration Association
AAA Case No. 01-19-0002-4208, 01-19-0002-4192
**Neutral Expert to the Tribunal**

19. Novartis Pharma AG v. **Mitsubishi Tanabe Pharma Corporation**
International Court of Arbitration
Case No. 24256/PTA

20. **Wemade Co., Ltd. et al** v. Lansha Information Technology Co., Ltd. et al.
International Court of Arbitration
Case No. 22820/PTA/HTG

21. **Horizon Medicines LLC et al.** v. Dr. Reddy Laboratories Inc. et al.
U.S. District Court — District of New Jersey
Case No. 2:15-cv-03324 (SRC) (CLW)

22. Ravgen, Inc. v. **Natera, Inc. and NSTX, Inc.**
U.S. District Court — Western Division of Texas (Austin Division)
Civil Action No. 6-20-CV-00451

23. Seattle Genetics, Inc. v. **Daiichi Sankyo Co., Ltd.**
American Arbitration Association
Case No.: 01-19-0004-0115

24. **Humana Health Plan, Inc. et al.** v. Walgreen Co. et al.
American Arbitration Association
AAA Case 01-19-0002-5131

25. **Merck Sharp & Dohme Corp.** et al. v. Actavis Laboratories FL et al.
U.S. District Court — District of New Jersey
C.A. No. 2:15-CV-06541

26. Club Champion LLC v. **True Spec Golf LLC**
U.S. Patent and Trademark Office — Patent Trial and Appeal Board
Inter Partes Review No. IPR2019-01148

27. **Actelion Pharmaceuticals Ltd.** v. Zydus Pharmaceuticals (USA) Inc.
U.S. District Court — District of New Jersey
C.A. 18-1397 (FLW)(LHG)

28. **Treehouse Foods, Inc. et al.** v. Keurig Green Mountain, Inc.



U.S. District Court — Southern District of New York
No. 1:14-CV-00905-VSB

29. **Ingevity Corporation et al.** v. BASF Corporation
U.S. District Court — District of Delaware
Case No. 18-1391-RGA

30. Niazi Licensing Corporation v. **St. Jude Medical S.C., Inc.**
U.S. District Court — District of Minnesota
C.A. No. 017-cv-5096-WMT-BRT

31. Glaukos Corporation v. **Ivantis, Inc.**
U.S. District Court – Central District of California
C.A. No. 8:18-cv-00620-JVS-JDE

32. C.R. Bard, Inc. v. **Medline Industries, Inc.**
U.S. Patent and Trademark Office — Patent Trial and Appeal Board
Inter Partes Review No. IPR2019-00035
Inter Partes Review No. IPR2019-00036
Inter Partes Review No. IPR2019-00109

33. **Sandoz Inc. et al.** v. United Therapeutics Corporation et al.
U.S. District Court — Northern District of New Jersey
Case No. 3:19-cv-10170-BRM-LHG

34. Maverick Therapeutics, Inc. et al. v. **Harpoon Therapeutics, Inc.**
Court of Chancery — State of Delaware
C.A. No. 2019-0002-SG

35. **Koppers (Jiangsu) Carbon Chemical Company Limited** v. Fangda C-Chem (Jiangsu) Needle Coke Co., Ltd.
China International Economic and Trade Arbitration Commission (CIETAC)
Case No. G20180547

36. **Rockwell Automation, Inc.** v. Radwell International, Inc.
U.S. District Court — District of New Jersey
Civil Action No.: 15-cv-05246 (RBK) (JS)

37. Delcor Asset Corporation et al. v. **Taro Pharmaceutical Industries et al.**
U.S. District Court — Southern District of New York
C.A. No.:1:17-cv-05405 (RJS)

38. Duke University and Allergan Sales, LLC v. **Sandoz, Inc.**
U.S. District Court — District of Colorado
Civil Action No.: 1:18-cv-00997-MSK-KLM



39. Juno Therapeutics, Inc. et al. v. **Kite Pharma, Inc.**
    U.S. District Court — Central District of California
    Case No.: 2:17-CV-07639

40. Välinge Innovation AB v. **Halstead International, The Home Depot, Inc.**
    U.S. District Court — District of Delaware
    C.A. No. 16-1082-LPS-CJB

41. In re: Merck Mumps Vaccine Antitrust Litigation
    On behalf of: **Merck & Co., Inc.**
    U.S. District Court — Eastern District of Pennsylvania
    No. 2:12-cv-03555

42. Blue Cross Blue Shield Association, et al. v. **GlaxoSmithKline LLC.**
    U.S. District Court — Eastern District of Pennsylvania
    Civil Action No. 2:13-cv-4663-JS

43. In the Matter of Certain Programmable Logic Controllers (PLCs), Components
    Thereof, and Products, Containing Same
    On behalf of: **Rockwell Automation, Inc.**
    United States International Trade Commission
    Inv. No. 337-TA-1105

44. **Chuanqi IP Co., Ltd.** v. Zhejiang Huanyou Network Technology Co., Ltd.
    International Court of Arbitration
    Case No. 22593/PTA

45. Bio-Rad Laboratories, Inc. v. **Paladin III, L.P.**
    Supreme Court of the State of New York — County of New York
    Index No. 651641/2014

46. Tyntec Inc. et al. v. **Syniverse Technologies, LLC.**
    U.S. District Court — Middle District of Florida (Tampa Division)
    Case No. 8:17-CV-00591-RAL-MAP

47. **Gilead Sciences, Inc.** v. Roche Molecular Systems, Inc.
    American Arbitration Association
    AAA Case 01-16-0004-7625

48. Sanofi-Aventis US. LLC et al. v. **Merck Sharp & Dohme Corp.**
    U.S. District Court — District of Delaware
    C.A. No. 16-812-RGA

49. **Immunomedics, Inc.** v. Roger Williams Medical Center et al.
    U.S. District Court — District of New Jersey



Civil Action No. 2:15-cv-04526

50. Purdue Pharma L.P. et al. v. **Amneal Pharmaceuticals, LLC**
U.S. District Court — District of Delaware
C.A. No. 15-1152-RGS-SRF

51. **KVK-Tech, Inc.** v. Valeant Pharmaceuticals International, Inc. et al.
American Arbitration Association
No. 01-15-0005-0393

52. Astrazeneca LP, et al. v. **Breath Limited, et al.**
U.S. District Court — District of New Jersey
08-cv-01512 (RMB) (AMD)

53. **Gilead Sciences, Inc.** v. Mylan Pharmaceuticals Inc.
U.S. District Court — District of Delaware
C.A. No. 1:16-cv-00192

54. **Bayer Consumer Care, AG., et al.** v. Belmora, LLC, et al.
United States District Court — Eastern District of Virginia (Alexandria Division)
Case No.: 1:14-cv-00847 (CMH)(JFA)

55. **Boehringer Ingelheim Pharma GmbH & Co. KG et al.** v. Teva Pharmaceuticals USA, Inc. et al.
United States District Court — District of New Jersey
No. 3:14-CV-7811 (MLC-TJB); No. 3:14-CV-1662 (MLC-TJB); No. 3:14-CV-7880 (MLC-TJB)

56. **Otsuka America Pharmaceutical, Inc.** v. Pfizer, Inc.
American Arbitration Association
Case No.: 01-16-0004-1233/01-16-0004-0951

57. **Momenta Pharmaceuticals, Inc., Sandoz Inc.** v. Amphastar Pharmaceuticals, Inc. et al.
United States District Court — District of Massachusetts
No. 1:11-CV-11681

58. **Dell Inc. and Dell Products L.P.** v. Hitachi, Ltd. et al.
United States District Court — Northern District of California
Case No. M:10-cv-02143-RD/3:13-cv-03350-RS

59. LG Display Co., Ltd. v. **Amtran Technology Co., Ltd. and Amtran Electronics (Suzhou) Co., Ltd. China**



International Court of Arbitration
Case No. 20946/CYK (c. 20963/CYK)

60. **Gilead Sciences, Inc. et al.** v. Watson Laboratories, Inc.
United States District Court — District of New Jersey
C.A. No. 15-CV-2350 (RMB) (JS)

61. **Copart, Inc.** v. Sparta Consulting, Inc.
United States District Court — Eastern District of California
No. 2:14-CV-00046-KJM-CKD

62. Elaine Ann Gold et al. v. **Dekalb County School District et al.**
Superior Court of Dekalb County — State of Georgia
Civil Action File No. 11-CV-3657-5

63. In re: Syngenta Litigation
County of Hennepin (Fourth Judicial District) — State of Minnesota
No. 27-CV-15-3785

64. **Sprint Communications Company L.P., et al.** v. Cox Communications, Inc., et al.
U.S. District Court — District of Delaware
Case No. 1:12-cv-00487-SLR

65. **Endo Pharmaceuticals Solutions Inc., Bayer Intellectual Property GMBH et al.** v. Paddock Laboratories, LLC et al.
U.S. District Court — District of Delaware
C.A. No. 14-1422-SLR

66. **GlaxoSmithKline LLC et al.** v. Pernix Therapeutics Holdings, Inc.
International Court of Arbitration
ICC Case No. 21284/RD

67. **Hospira, Inc. et al.** v. Eurohealth International SARL et al.
U.S. District Court — District of Delaware
Civil Action No. 1:14-cv-487-GMS

68. Nexus Display Technologies LLC v. **Dell Inc.**
U.S. District Court — District of Texas (Marshall Division)
Case No. 2:14-cv-00762

69. **Adidas AG et al.** v. Under Armour Inc. and MapMyFitness, Inc.
U.S. District Court — District of Delaware
C.A. No. 14-130 (GMS)



70. **Levi Strauss & Co.** v. Deloitte Consulting LLP et al.
Superior Court of the State of California — County of San Francisco
No. CGC-09-487219

71. Sanofi-Aventis U.S. LLC et al. v. **Eli Lilly and Company**
U.S. District Court — District of Delaware
Case No. 14-113-RGA-MPT

72. **Sprint Communications Company L.P.** v. Comcast Cable Communications, LLC, et al.
U.S. District Court — District of Kansas
Case No. 11-cv-2684 JWL/JPO

73. **Sprint Communications Company L.P.** v. Cable One, Inc.
U.S. District Court — District of Kansas
Case No. 11-cv-2685 JWL/JPO

74. **Sprint Communications Company L.P.** v. Time Warner Cable Inc. et al.
U.S. District Court — District of Kansas
Case No. 11-cv-2686 JWL/JPO

75. **Lavastone Capital LLC** v. Coventry First LLC, et al.
U.S. District Court — Southern District of New York
C.A. No.: 14-CV-7139 (Judge Jed S. Rakoff)

76. Pericor Therapeutics v. **Merck & Co., Inc.**
American Arbitration Association
AAA Arbitration No. 13 122 J03052

77. **Lufkin Industries, Inc.** v. International Business Machines et al.
District Court — Angelina County, Texas
Case No.: cv-02073-13-02

78. **Sunovion Pharmaceuticals Inc.** v. Takeda GMBH
International Court of Arbitration
ICC Case No. 19231/GFG

79. **LG Household and Health Care Limited** v. Akinari Ikka and Eri Ikka
International Court of Arbitration
ICC Arbitration No. 19421/CYK

80. **Mirowski Family Ventures, LLC.** v. Boston Scientific Corp. et al.
Circuit Court — Montgomery County, Maryland (Judge Ronald B. Rubin)
Civil No. 373798-V



81. **Dell Inc. et al** v. Hitachi, Ltd. et al.
    U.S. District Court — Northern District of California (San Francisco Division)
    Case No.: 3:13-cv-02171-SC

82. Purdue Pharma L.P. et al v. **Amneal Pharmaceuticals, LLC, Teva Phar-
    maceuticals USA, Inc.**
    U.S. District Court — Southern District of New York (Judge Stine)
    Case No. 13-cv-3372 (SHS)
    Case No. 13-cv-4606 (SHS)

83. **Gilead Sciences, Inc. and Emory University** v. Cipla Limited
    U.S. District Court — Southern District of New York
    Civil Action No. 12-CIV-6350 (RJS) (AJP)
    Civil Action No. 12-CV-6351 (RJS) (AJP)

84. **Gilead Sciences, Inc. and Emory University** v. Lupin Limited
    U.S. District Court — Southern District of New York
    Civil Action No. 12-CIV-6293 (RJS) (AJP)
    Civil Action No. 12-CV-6294 (RJS) (AJP)

85. Galderma Laboratories, L.P. et al v. **Actavis Mid Atlantic LLC**
    U.S. District Court — Northern District of Texas
    3:12-CV-2038

86. MPEG LA, L.L.C. v. **Dell Global B.V. and Dell Products, L.P.**
    Court of Chancery — The State of Delaware
    C.A. No. 7016-VCP

87. **Source Healthcare Analytics, Inc., Wolters Kluwer U.S. Corporation
    et al.** v. SDI Health LLC et al.
    Court of Common Pleas — Philadelphia County (Commerce Court Program)
    No. 02290

88. United States of America *ex rel.* Donald Gale v. **Omnicare, Inc.**
    U.S. District Court — Northern District of Ohio (Eastern Division)
    Case No. 1:10 CV-0127

89. **Scienton Technologies, Inc.** v. Computer Associates International, Inc.
    U.S. District Court — Eastern District of New York
    Case No. 04-CV-2652 (JS)(ETB)

90. In re Oxycontin Antitrust Litigation
    U.S. District Court — Southern District of New York (Judge Stine)
    Case No. 04-md-1603 (SHS)



91. **Avid Technology, Inc.** v. Harmonic Inc.
    U.S. District Court — District of Delaware
    Civil Action No. 1:11 CV-01040-GMS-SRF

92. **Gilead Sciences, Inc.** v. Sigmapharm Laboratories, LLC
    U.S. District Court — District of New Jersey
    C.A. No. 10-CV-4931 (SDW) (MCA)

93. **Bayer Healthcare LLC** v. Pfizer Inc.
    U.S. District Court — Northern District of Illinois
    Civil Action No. 1:12-cv-00630

94. Kimberly-Clark Corporation v. **Cardinal Health 200, LLC et al.**
    U.S. District Court — Northern District of Georgia (Atlanta Division)
    Civil Action No. 1:10 CV-0034-CAP

95. Multimedia Patent Trust v. **Apple Inc., LG Electronics, Inc. et al.**
    U.S. District Court — Southern District of California
    Case No. 10-CV-2618 JLS RBB

96. The Swatch Group Ltd. et al. v. **Tiffany and Company et al.**
    Netherlands Arbitration Institute
    NAI Case No. 3905

97. Boston Scientific Corporation et al. v. **Mirowski Family Ventures, LLC.**
    U.S. District Court — Southern District of Indiana (Indianapolis Division)
    Civil Action No. 1:11-cv-0736WTL DKL

98. **Tyco Healthcare Group LP et al.** v. Pharmaceutical Holdings Corp. et al.
    U.S. District Court — District of New Jersey
    C.A. No. 07-cv-1299 (SRC)(MAS)

99. Teva Neuroscience, Inc., et al. v. **Watson Laboratories, Inc., et al.**
    U.S. District Court — District of New Jersey
    C.A. No. 2:10-cv-05078 (CCC) (JAD); C.A. No. 2:11-cv-03076 (CCC) (JAD)

100. PSN Illinois, LLC. v. **Abbott Laboratories, Inc. and Abbott Bioresearch Center, Inc.**
    U.S. District Court — Northern District of Illinois (Eastern Division)
    Case No. 09-cv-05879

101. Hoffman-La Roche Inc. v. **Teva Pharmaceuticals USA, Inc. et al.**
    U.S. District Court — New Jersey
    Civ. Action No. 2:09-cv-05283; Civ. Action No. 2:09-cv-06335



102. Armando Plascencia et al. v. **Lending 1st Mortgage et al.**
U.S. District Court — Northern District of California
Case No. 4:07-cv-04485-CW

103. Aria Diagnostics, Inc. v. **Sequenom, Inc.**
U.S. District Court — Northern District of California
Case No. 3:11-cv-06391-SI

104. In re TFT-LCD (Flat Panel) Antitrust Litigation
On behalf of: **Dell Inc. and Dell Products L.P.**
U.S. District Court – Northern District of California (San Francisco Division)
Case No. 10 1064

105. MPEG-LA, L.L.C. v. **Audiovox Electronics Corporation et al.**
Supreme Court of the State of New York — County of Suffolk (Judge Emily Pines)
Index No. 24678/08

106. Genzyme Corporation v. **Seikagaku Corporation, Zimmer Holdings, Inc. et al.**
U.S. District Court — District of Massachusetts (Judge Douglas P. Woodlock)
C.A. NO.: 1:11-cv-1-636-DPW

107. Rembrandt Vision Technologies, LP et al. v. **Bausch & Lomb, Inc.**
American Arbitration Association
Case No. 14 122 Y 00403 09

108. **DSM Desotech Inc.** v. 3D Systems Corporation and 3D Systems, Inc.
U.S. District Court — Northern District of Illinois (Eastern Division)
Civil Case No. 08 C 1531

109. Onyx Pharmaceuticals, Inc. v. **Bayer Corporation et al.**
U.S. District Court — Northern District of California
Case No. 3:09-cv-02145-MHP

110. **Sanofi-Aventis Deutschland GMBH et al.** v. Glenmark Pharmaceuticals Inc., USA, et al.
U.S. District Court – District of New Jersey (Judge Dennis M. Cavanaugh)
C.A. No. 07-CV-05855 (DMC-JAD)

111. **Advanced Stent Technologies, Inc.** v. Boston Scientific Corporation
American Arbitration Association
Case Nos. 65 180 Y 00290 08 and 65 489 00292 08



112. Jayhawk Capital Management LLC, et al. v. **LSB Industries, Inc., et al.**
U.S. District Court – District of Kansas
Case No.: 08-CV-2561 EFM/JPO

113. Ortho-McNeil-Janssen Pharmaceuticals, Inc. et al. v. **Watson Laboratories, Inc., Sandoz, Inc., Lupin Pharmaceuticals, Inc. et al.**
U.S. District Court – District of New Jersey
Civil No.: 08-5103 (SRC)(MAS)

114. **Bristol-Myers Squibb Company (U.S.A.)** v. Daiichi Sankyo Company Limited (Japan)
International Court of Arbitration
ICC Case No. 15564/EC/VRO

115. Bayer Healthcare Pharmaceuticals, Inc. v. **Schering Corporation**
Court of Chancery of the State of Delaware
C.A. No. 3548-VCS

116. **LG Electronics U.S.A., Inc.** et al. v. Whirlpool Corporation et al.
U.S. District Court – District of Delaware (Judge Gregory M. Sleet)
Civil Action No.: 08-CV-234

117. **Microsoft Corporation** v. Franchise Tax Board
Superior Court of the State of California – For the County of San Francisco
Case No.: CGC 08-471260

118. Securities and Exchange Commission v. Biovail Corporation et al.
On behalf of: **John Miszuk**
U.S. District Court – Southern District of New York
Civil Action No.: 08 Civ. 02979(LAK)

119. **Claredi Corporation** v. SeeBeyond Technology Corporation
U.S. District Court – Eastern District of Missouri (Eastern Division)
Civil Action No.: 4:04-CV-1304RWS

120. **LG Electronics U.S.A., Inc.** v. Whirlpool Corporation
U.S. District Court – Northern District of Illinois (Eastern District)
Civil Action No.: 08 C 242

121. Unigene Laboratories, Inc. et al. v. **Apotex, Inc. et al.**
U.S. District Court – Southern District of New York
Civil Action No.: 06-CV-5571

122. Sanofi-Aventis Canada Inc. et al. v. **Novopharm Limited**
Federal Court of Canada – Toronto



Court File No. T-1161-07 Dated December 5, 2007

123. **3M Company et al.** v. Moldex-Metric, Inc.
U.S. District Court – District of Minnesota
Civil Action No.: 03-CV-5292 (MJD/AJB)

124. Boehringer Ingelheim Pharmaceuticals, Inc. v. **Abbott Laboratories et al.**
Private Arbitration — Chicago, Illinois

125. Thomas Johnson v. **Clark/McHugh/Rausch and Walsh/Riteway**
Circuit Court of Cook County, Illinois (County Department, Law Division)
Case No.: 03 L 015015

126. Aventis Pharma S.A. v. **Baxter Healthcare Corporation**
The International Institute for Conflict Prevention and Resolution
CPR File: G-08-05

127. In re K-DUR Antitrust Litigation
On behalf of: **Schering-Plough Corporation**
U.S. District Court – District of New Jersey
Civil Action No.: 01-1652 (JAG); MDL Docket No. 1419

128. The Procter & Gamble Company v. **Ultreo, Inc.**
U.S. District Court – Southern District of New York
Civil Action No. 07 CIV 8379 (HB) (Judge Richard Sullivan)

129. Church & Dwight Co., Inc. v. **Abbott Laboratories**
U.S. District Court – District of New Jersey
Civil Action No. 05 CV 2142 (GEB) (Judge Garrett E. Brown)

130. **Boehringer Ingelheim International GmbH and Boehringer Ingelheim Pharmaceuticals, Inc.** v. Barr Laboratories Inc.
U.S. District Court – District of Delaware
C.A. No. 05-700-(KAJ) (Judge Joseph J. Farnan, Jr.)

131. **The Dow Chemical Company** v. Shell Oil Company
Circuit Court of Cook County, Illinois (County Department, Law Division)
Civil Action No.: 00L13873

132. Fresenius Medical Care Holdings, Inc. and Nabi Biopharmaceuticals, Inc. v. **Roxane Laboratories, Inc.**
U.S. District Court – Southern District of Ohio (Eastern Division)
Case No.: C2 05 889

133. Dyson Technology Limited and Dyson, Inc. v. **Maytag Corporation**



U.S. District Court – District of Delaware
Civil Action No.: 05-434-GMS

134. Casmier Bobak and Jeanette Bobak v. **The City of Chicago et al.**
Circuit Court of Cook County, Illinois (County Department, Law Division)
Case No.: 02 L 6981

135. **Shuffle Master, Inc.** v. Yehia Awada and Gaming Entertainment, Inc.
U.S. District Court – Northern District of Illinois (Eastern Division)
Case No.: CV-S-05-1112-RCJ-RJJ

136. **Schering-Plough, Ltd.** v. Centocor, Inc.
American Arbitration Association
AAA No.: 50 181 T 00350 05 (Judge Edward N. Cahn)

137. Christopher Boyle et al. v. **Advanced Bio Prosthetic Surfaces, Ltd.,
ABPS Management, L.L.C., et al.**
American Arbitration Association
AAA No.: 70 180 Y 00655 04

138. Diodem, LLC v. **Biolase Technology, Inc.** et al.
U.S. District Court – Central Division of California (Western Division)
CV-03-2142 GAF (RCx)

139. Federal Trade Commission v. Mercury Marketing of Delaware, Inc. et al.
On behalf of: **Mercantile Capital LLC**
U.S. District Court – Eastern District of Pennsylvania
C.A. No. 00-CV-3281 (Judge Clifford Scott Green)

140. **Pfizer, Inc., Warner Lambert Company et al.** v. Ranbaxy Laboratories
Limited et al.
U.S. District Court – District of Delaware
Case No.: 03-209-JJF (Judge Joseph J. Farnan, Jr.)

141. **ATI Systems, Inc.** v. PECO Energy Company
American Arbitration Association
AAA No.: 14 117 00892 03 (Judge John J. Gibbons)

142. In re Relafen Antitrust Litigation
**Eon Labs, Inc.** v. GlaxoSmithKline PLC et al.
U.S. District Court – District of Massachusetts
Master File No.: 01-12239-WGY; Civil Action No.: 03-10506-WGY



## Preprints and Publications

1. "The Best Way to Value Biotech for Deal Making and Investments," *Intellectual Asset Magazine*, Autumn 2020 (with Grace Park).

2. "Econometric Analysis," *Litigation Services Handbook: The Role of the Financial Expert*, Sixth Edition, Roman L. Weil, Daniel G. Lentz, Elizabeth A. Evans, Editors, New York: John Wiley, 2017 (with Anna C. King and Christian D. Tregillis).

3. "Economic Analysis in Securities Class Certification," *Litigation Services Handbook: The Role of the Financial Expert*, Sixth Edition, Roman L. Weil, Daniel G. Lentz, Elizabeth A. Evans, Editors, New York: John Wiley, 2017 (with Michal A. Malkiewicz and Cathy M. Niden).

4. "Innovation Markets," *Market Definition in Antitrust: Theory and Case Studies*, American Bar Association, 2012, Chapter XIII (with Robert Maness).

5. "The Demise of the 25% Rule," *Intellectual Asset Management*, May/June 2011 (with Jonathan Tomlin).

6. "25 Percent Rule Rest in Peace," *Viewpoints*, Vol. XVIII No. 2, April 2011.

7. "Valuing Intellectual Property in Licensing Transactions," *The Licensing Journal*, June/July 2008.

8. "Economic Analysis in Securities Class Certifications," *Litigation Services Handbook: The Role of the Financial Expert*, 2008 Supplement, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Editors, New York: John Wiley, 2008 (with Cathy M. Niden).

9. "Econometric Analysis," *Litigation Services Handbook: The Role of the Financial Expert*, Fourth Edition, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Editors, New York: John Wiley, 2007 (with Christian Tregillis).

10. "A Primer on Trademarks and Trademark Valuation," *Economic Damages in Intellectual Property*, Daniel Slottje, Editor, New York: John Wiley, 2006 (with Michaelyn Corbett and David Teece).

11. "What Experts Should Fear Most," *Expert Alert*, Vol. 1, No. 1, Winter 2005, American Bar Association (with John Bone).

12. "Econometric Analysis," *Litigation Services Handbook: The Role of the Financial Expert*, 2003 Supplement, Roman L. Weil, Michael J. Wagner, and Peter B. Frank, Editors, New York: John Wiley, 2004 (with Christian Tregillis).



13. "Inferring Micro– from Macrolevel Change: Ecological Panel Inference in Surveys." Working Paper, UCLA and New York University, 2001 (with Alexander A. Schuessler).

14. "The Dynamics of the Democratic Peace," *Journal of Conflict Resolution*, Vol. 45(6), p. 818–833, 2001 (with Lars–Erik Cederman).

15. "Intellectual Property Protection Improves as India Implements the TRIPS Agreement," *India Business & Investment Report*, June 2000.

16. "TRIPS and Global Trade in Pharmaceuticals," Working paper, UCLA, 2000.

17. "Democratie et Commerce International," *Arès*, Vol. XVIII(46), November 2000 (with Michael D. Ward).

18. "Intellectual Property Rights and Foreign Direct Investment," Working paper, UCLA, 1998 (with Keith Maskus).

19. "Indian Defense Expenditures in a Changed Global Security Environment." *International Studies*, 1998.

20. "The Strategic Design of Trade Policy Outcomes," Working paper, UCLA, 1997 (with Susanne Lohmann).

21. "Patents and International Trade: An Empirical Study." In Robert M. Stern, Edward E. Leamer, and Keith E. Maskus, editors, *Quiet Pioneering*. Ann Arbor: University of Michigan Press, 1997 (with Keith E. Maskus).

22. "Market Openness and Trade Conflict," Working paper, UCLA, 1996.

23. "How Trade–Related are Intellectual Property Rights?" *Journal of International Economics*, Vol. 39, p. 227–248, 1995 (with Keith E. Maskus).

24. "Guns and Growth Around the Globe." *International Interactions*, Vol. 21(2), p. 181–201, 1995 (with Michael D. Ward et al).

25. "North American Trade in the Post Debt Crises Era." In Khosrow Fatemi, editor, *North American Free Trade Agreement: Opportunities and Challenges*. London: Macmillan, 1993, p. 84–97 (with Barry W. Poulson).

26. "Canons et croissance dans le monde," *Arès*, Vol. XIV(4), p. 15–31, 1993 (with Michael D. Ward).

27. "Economic Growth, Investment, and Military Spending in India." In Steve Chan and Alex Mintz, editors, *Defense, Welfare, and Growth*. London: Routledge, 1992, p. 119—136 (with Michael D. Ward et al).



28. "Military Spending in India." *Defence Economics*, Vol. 3, p. 41–64, 1991 (with Michael D. Ward et al).

## Presentations and Speeches

1. "Economics of Intellectual Property in Life Sciences Litigation," New York University School of Law, March 23, 2022 (with Anna King).

2. "The Coming Transformation of Medicine," Multidisciplinary Training Program in Child and Adolescent Health (TL1), Northwestern University Clinical and Translational Sciences Institute (NUCATS), December 13, 2021.

3. "Regression Analysis in Litigation," Revenue Estimation Case Study, AICPA & CIMA Forensic & Valuation Services Conference, November 9, 2020 (with Christian Tregillis).

4. "Disruptive Innovations in Biotechnology," Invited Speaker, IEEE Technology & Engineering Management Society, Chicago, June 29, 2018.

5. "The New World of Marketing and Finance," Shirley Ryan Lecture Series on "Big Data: Impact On Our Lives," Northwestern University, November 5, 2014.

6. "Role of the Expert After Apple v. Motorola," Litigating Patent Damages, Law Seminars International, San Francisco, May 29-30, 2014.

7. "Dealing with Uncertainty of Damages and Injunctive Relief in the World of IP," Annual Conference of the Association of Corporate Counsel, Wisconsin Chapter, Elkhart Lake, Wisconsin, May 9-10, 2013.

8. "Game Theory Applications to BioPharma Deal Negotiations," Annual Meetings of the Licensing Executives Society, Chicago, September 29, 2010.

9. "Valuing Pharmaceutical and Biotechnology Pipelines," a Professional Development Series Workshop at the Annual Meetings of the Licensing Executives Society, Chicago, September 26, 2010.

10. "Commercializing Technology Through the Power of IP Licensing," a Professional Development Series Course, Licensing Executives Society, Chicago, April 26, 2010.

11. "How to Value High Risk Early Stage Technologies," Mornings@McCormick, Northwestern University, Evanston, April 13, 2010.



12. "Valuation of Early Stage Pharmaceutical and Biotechnology Pipelines," Workshop at the Annual Meetings of the Licensing Executives Society, San Francisco, October 21, 2009.

13. "Valuation, Taxation, and Pricing Issues with Intellectual Property," Workshop at the Annual Meetings of the Licensing Executives Society, Orlando, October 19, 2008.

14. "Valuation of Early Stage Technologies," Indian School of Business, Hyderabad, India, August 19, 2008.

15. "Valuation of Intellectual Property," 2nd Annual Patent Law Institute, Practising Law Institute, New York, New York, January 14-15, 2008.

16. "Economic Analysis in Class Actions," Seminar on Innovative Strategies for Litigating Class Actions, Law Seminars International, Los Angeles, California, November 12–13, 2007.

17. Recent Key Developments in Intellectual Property Law and Applicability at the Global Level, XPRT Forum, Sonoma, California, October 3-6, 2007.

18. Effective Development and Presentation of Expert Testimony, Law Seminars International, Chicago, Illinois, September 24–25, 2007 (co-chair w/ Alan Silberman).

19. "Intellectual Asset Management: Valuation," a Professional Development Series Intermediate Course, Licensing Executives Society, Chicago, July 10, 2007.

20. "Intellectual Asset Management: Advanced Valuation Skills," a Professional Development Series Advanced Course, Licensing Executives Society, Philadelphia, June 13–14, 2007.

21. "Intellectual Asset Management: Valuation," a Professional Development Series Intermediate Course, Licensing Executives Society, Philadelphia, March 13, 2007.

22. "Intellectual Asset Management: Advanced Valuation Skills," a Professional Development Series Advanced Course, Licensing Executives Society, San Francisco, November 1–2, 2006.

23. "Implementing Valuation Methods," a Professional Development Series Intermediate Workshop at the Annual Meetings of the Licensing Executives Society, New York, September 12, 2006.

24. "Intellectual Asset Management: Valuation," a Professional Development Series Intermediate Course, Licensing Executives Society, San Francisco, April 25,



2006.

25. Effective Development and Presentation of Expert Testimony, Law Seminars International, Chicago, Illinois, March 20–21, 2006 (co-chair w/ Alan Silberman).

26. "Lost Profits When the Patent is Only Part of the Whole," Seminar on Calculating and Proving Patent Damages, Law Seminars International, San Francisco, California, February 27–28, 2006.

27. "The Use and Misuse of Statistics," The American Institute of Certified Public Accountants, Jersey City, New Jersey, December 2, 2005.

28. "Use of Statistics in IP Litigation" Presentation to McAndrews, Held & Malloy, Chicago, December 1, 2005.

29. "Intellectual Asset Management: The Deal," a Professional Development Series Fundamentals Course, Licensing Executives Society, Arlington, Virginia, November 8-9, 2005.

30. "Implementing Valuation Methods," a Professional Development Series Intermediate Workshop at the Annual Meetings of the Licensing Executives Society, Phoenix, October 18, 2005.

31. "Damages and Antitrust Issues in Intellectual Property Litigation" Presentation to Dykema Gossett, Chicago, July 21, 2005 (w/ Kathi Kedrowski).

32. "Intellectual Asset Management: Valuation," a Professional Development Series Intermediate Course, Licensing Executives Society, Chicago, July 19, 2005.

33. "Implementing Valuation Methods," a Professional Development Series Intermediate Workshop at the Annual Meetings of the Licensing Executives Society, Boston, October 17, 2004.

34. "Use of Surveys and Statistics in Litigation," Workshop at the Advanced Business Litigation Institute, Palm Springs, May 9, 2003.

35. "Real Option Valuation," Presented at the 2002 Winter Meeting of the Licensing Executives Society, Lake Las Vegas, February 14, 2002.

36. "Networked Computer Simulations," CyberSpace@UCLA, UCLA Anderson School of Management, Los Angeles, May 2, 2002.

37. "Improving IP Financial Performance." Presentation to Jones, Day, Reavis & Pogue, Los Angeles, June 20, 2001 (w/ David Haas).



38. "Intellectual Property: The New Global Currency," Jacob Marschak Colloquium, UCLA Anderson School of Management, June 8, 2001.

39. "Commerce and Democracy." Presented at the conference on Spatial Analysis for Political Methodology, University of Colorado, Boulder, March 2000.

40. "Determinants of International Trade Flows in an Era of Globalization." Presented at the UCLA Conference on International Institutions, Lake Arrowhead, February 2000.

41. "Exploring the Dynamics of Interstate Conflict." Presented at the Meetings of the International Studies Association, Des Moines, Iowa, October 1999.

42. "Exploring the Dynamics of Interstate Conflict." Presented at the UCLA Conference on Norms in International Relations, Los Angeles, October 1999.

43. "Globalization and the Decline of Power Politics." Presented at the Annual Meetings of the APSA, Atlanta, September 1999.

44. "Inferring Micro– from Macrolevel Change." Presented at the Annual Meetings of the MPSA, Chicago, April 1998 (with Alexander A. Schuessler).

45. "Overtime Inference in Cross Sectional Surveys." Presented at California Institute of Technology, November 7, 1997.

46. "Overtime Inference in Cross Sectional Surveys." Presented at UCLA, October 8, 1997.

47. "Ecological Inference in Cross Sectional Surveys." Presented at the Annual Meetings of the APSA, Washington, D.C., August 1997 (with Alexander A. Schuessler).

48. "Governance in a Multinational World." Presented at the Workshop on Global and Regional Governance, Institute of Global Conflict and Cooperation, UC San Diego, May 1997.

49. "The Strategic Design of Trade Policy Outcomes: The Politics of Section 301." Presented at the Annual Meetings of the APSA, San Francisco, August 1996 (with Susanne Lohmann).

50. "Polarization and Political Violence." Presented at the Summer Methods Conference, Ann Arbor, Michigan, July 1996 (with Patrick Asea).

51. "How Trade–Related are Intellectual Property Rights?" Presented at the International Economics Workshop, UCLA, April 3, 1996.



52. "The Politics of Section 301: Institutional Design and Policy Outcomes." Presented at the Annual Meetings of the International Studies Association, San Diego, March 1996 (with Susanne Lohmann).

53. "Military Spending in India." Presented at the Conference on Security in South Asia, Jawaharlal Nehru University, New Delhi, January 1996.

54. "Patents, Trade, and Foreign Direct Investment." Presented at the Annual Meetings of the Allied Social Science Associations, San Francisco, January 1996 (with Keith E. Maskus).

55. "Forecasting the Collapse of the Soviet Union." Presented at the Annual Meetings of the Peace Science Society International, Urbana–Champaign, November 1994 (with Michael D. Ward).

56. "Trade and Market Openness." Presented at the International Colloquium on Defining a New Partnership Between North America and Europe, Institute of Behavioral Science, Boulder, July 1994.

57. "Guns and Growth Around the World." Presented at the Annual Meetings of the International Studies Association, Washington, D.C., March 1994 (with Michael D. Ward).

58. "Trade and Patents: An Empirical Study." Presented at the National Bureau of Economic Research Universities Research Conference on International Trade Rules and Institutions, Cambridge, December 1993 (with Keith E. Maskus).

59. "The Trade Crises That Never Happened." Presented at the 6th Hispanic Symposium on Business and the Economy, Boulder, October 1992 (with Barry W. Poulson).

60. "Export Orientation and Economic Growth: Stylized Facts for Select Developing Countries." Presented at the Annual Meetings of the International Studies Association, Atlanta, April 1992 (with David R. Davis).

**Tab 2**

# List of Materials Considered

**_Pleadings and Legal Documents_**

1. Plaintiffs' Motion for a Permanent Injunction and for an Ongoing Royalty, April 12, 2024.

2. Plaintiffs' Opening Brief in Support of Motion for a Permanent Injunction and for and Ongoing Royalty, Jazz v. Avadel, April 12, 2024.

3. Trial Transcript, Jazz v. Avadel, between February 26 and March 1, 2024.

4. Verdict Form, Jazz v. Avadel, March 4, 2024.

**_Depositions_**

1. Deposition of Christine S. Meyer, Ph.D., November 20, 2023.

2. Deposition of Mark Rainey, Ph.D., November 17, 2023.

**_Plaintiffs' Expert Reports_**

1. Declaration of Mark Rainey, Ph.D., April 12, 2024.

2. Declaration of P.J. Honerkamp, April 12, 2024.

3. Expert Report of Mark Rainey, Ph.D., September 15, 2023.

4. Reply Expert Report of Mark Rainey, Ph.D., November 1, 2023.

5. Supplemental Expert Report of Mark Rainey, Ph.D., February 8, 2024.

Highly Confidential

Tab 2

### *Defendant's Expert Reports*

1. Expert Report of Christine S. Meyer, Ph.D., October 16, 2023.

2. Supplemental Expert Report of Christine S. Meyer, Ph.D., February 13, 2024.

### *SEC Documents and Earning Call Transcripts*

1. Avadel Pharmaceuticals Plc, Form 10-K for fiscal year ended December 31, 2017.

2. Avadel Pharmaceuticals Plc, Form 10-K for fiscal year ended December 31, 2018.

3. Avadel Pharmaceuticals Plc, Form 10-K for fiscal year ended December 31, 2019.

4. Avadel Pharmaceuticals Plc, Form 10-K for fiscal year ended December 31, 2020.

5. Avadel Pharmaceuticals Plc, Form 10-K for fiscal year ended December 31, 2021.

6. Avadel Pharmaceuticals Plc, Form 10-K for fiscal year ended December 31, 2022.

7. Avadel Pharmaceuticals Plc, Form 10-K for fiscal year ended December 31, 2023.

8. Avadel Pharmaceuticals Plc, Form 10-Q for the quarterly period ending June 30, 2023.

9. Avadel Pharmaceuticals Plc, Form 10-Q for the quarterly period ending September 30, 2023.

10. Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2017.

11. Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2018.

12. Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2019.

13. Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2020.

14. Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2021.

15. Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2022.

16. Jazz Pharmaceuticals, Form 10-K for fiscal year ended December 31, 2023.

17. Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending June 30, 2022.

18. Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending June 30, 2023.

19. Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending March 31, 2022.

20. Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending March 31, 2023.

21. Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending September 30, 2022.

22. Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending September 30, 2023.

23. Jazz Pharmaceuticals Q1 2024 Earnings Call Transcript, May 1, 2024.

### Websites

1. <www.drugpatentwatch.com>.

2. <www.fda.gov>.

3. <www.jazzpharma.com>.

### Books, Articles and Other Information

1. "Amneal Launches Authorized Generic for Xyrem®(sodium oxybate) and Receives FDA Approval for Five Complex Generics in the Second Quarter," Amneal Press Release, July 3, 2023.

2. "Avadel Pharmaceuticals Announces Strong LUMRYZ Launch Performance and Provides Preliminary Fourth Quarter and Full Year 2023 Financial Highlights," Avadel Press Release, January 8, 2024.

3. E. M. Kolassa, "Elements of Pharmaceutical Pricing," Binghamton, NY, The Haworth Press, Inc., 1997, page 106.

4. "FDA Grants First of its Kind Indication for Chronic Sleep Disorder Treatment" U.S. Food and Drug Administration, August 12, 2021.

5. "FDA List of Authorized Generic Drugs," U.S. Food and Drug Administration, April 11, 2024.

6. Joseph A. DiMasi, "Price Trends for Prescription: Pharmaceuticals: 1995–1999," *A background report prepared for the Department of Health and Human Services' Conference on Pharmaceutical Pricing Practices, Utilization and Costs*, Leavey Conference Center, Georgetown University (Washington, DC), August 8–9, 2000, pages 5–6.

7. Lumryz NDA Approval Letter, U.S. Food and Drug Administration, May 1, 2023.

8. "Lupin Receives Tentative Approval from U.S. FDA for Calcium, Magnesium, Potassium, and Sodium Oxybates Oral Solution," Lupin Limited, October 13, 2023.

9. Micromedex Red Book.

10. "Prescription Drugs: Spending, Use, and Prices," Congressional Budget Office, January 2022.

11. United States Patent No. 11,147,782.

**Bates Stamped Documents Cited**

1. Authorized Generic Agreement, Jazz and Amneal Pharmaceuticals LLC, October 11, 2018, JPION00470533–JPION00470560.

2. Authorized Generic Agreement, Jazz and Lupin Ltd., Lupin Pharmaceuticals, Inc., and Lupin Inc., June 12, 2018, JPION00470561–JPION00470590.

3.  Authorized Generic Agreement, Jazz and Par Pharmaceutical, Inc., January 9, 2018, JPION00470591–JPION00470620.

4.  Authorized Generic Agreement, Jazz and Roxane Laboratories, Inc., West-Ward Pharmaceuticals Corp., April 5, 2017, JPION00470654–JPION00470694.

5.  "Jazz BASES DTC Report," ZS Associates Presentation to Jazz, September 17, 2020, JPION00082449.

6.  License Agreement, Jazz and Alkem Laboratories Ltd., October 4, 2023, JPION00525278 –JPION00525294.

7.  License Agreement, Jazz and Amneal Pharmaceuticals LLC, October 11, 2018, JPION00470621–JPION00470636.

8.  License Agreement, Jazz and Lupin Ltd., Lupin Pharmaceuticals, Inc., and Lupin Inc., June 12, 2018, JPION00470637 –JPION00470653.

9.  License Agreement, Jazz and Mallinckrodt plc, Mallinckrodt Inc., Mallinckrodt LLC, June 4, 2018, JPION00470515–JPION00470532.

10. License Agreement, Jazz and Par Pharmaceutical, Inc., January 9, 2018, JPION00470719–JPION00470733.

11. License Agreement, Jazz and Roxane Laboratories, Inc., West-Ward Pharmaceuticals Corp., April 5, 2017, JPION00470823–JPION00470838.

12. License Agreement, Jazz and Sun Pharmaceutical Industries Ltd, Ohm Laboratories Inc., Ranbaxy Inc., May 9, 2016, JPION00470480–JPION00470496.

Tab 2

**Trial Exhibits**

| | | | |
|---|---|---|---|
| 1. DTX-0030 | 24. DTX-0690 | 47. DTX-1673 | 70. JTX-0129 |
| 2. DTX-0044 | 25. DTX-0692 | 48. DTX-1675 | 71. JTX-0130 |
| 3. DTX-0050 | 26. DTX-0750 | 49. DTX-1698 | 72. JTX-0132 |
| 4. DTX-0055 | 27. DTX-0875 | 50. DTX-1707 | 73. JTX-0133 |
| 5. DTX-0236 | 28. DTX-0916 | 51. JTX-0003 | 74. JTX-0135 |
| 6. DTX-0246 | 29. DTX-1177 | 52. JTX-0006 | 75. JTX-0136 |
| 7. DTX-0248 | 30. DTX-1232 | 53. JTX-0009 | 76. JTX-0137 |
| 8. DTX-0250 | 31. DTX-1254 | 54. JTX-0011 | 77. JTX-0138 |
| 9. DTX-0262 | 32. DTX-1268 | 55. JTX-0012 | 78. JTX-0140 |
| 10. DTX-0317 | 33. DTX-1274 | 56. JTX-0031 | 79. JTX-0142 |
| 11. DTX-0410 | 34. DTX-1321 | 57. JTX-0059 | 80. JTX-0147 |
| 12. DTX-0483 | 35. DTX-1361 | 58. JTX-0063 | 81. JTX-0151 |
| 13. DTX-0499 | 36. DTX-1366 | 59. JTX-0085 | 82. JTX-0200 |
| 14. DTX-0564 | 37. DTX-1367 | 60. JTX-0086 | 83. JTX-0202 |
| 15. DTX-0570 | 38. DTX-1396 | 61. JTX-0087 | 84. JTX-0213 |
| 16. DTX-0585 | 39. DTX-1406 | 62. JTX-0098 | 85. JTX-0214 |
| 17. DTX-0638 | 40. DTX-1412 | 63. JTX-0101 | 86. JTX-0221 |
| 18. DTX-0661 | 41. DTX-1423 | 64. JTX-0104 | 87. JTX-0225 |
| 19. DTX-0665 | 42. DTX-1426 | 65. JTX-0105 | 88. JTX-0226 |
| 20. DTX-0667 | 43. DTX-1454 | 66. JTX-0112 | 89. JTX-0227 |
| 21. DTX-0668 | 44. DTX-1518 | 67. JTX-0113 | 90. JTX-0228 |
| 22. DTX-0672 | 45. DTX-1644 | 68. JTX-0119 | 91. JTX-0230 |
| 23. DTX-0675 | 46. DTX-1645 | 69. JTX-0122 | 92. JTX-0236 |

Tab 2

| | | | |
|---|---|---|---|
| 93.  JTX-0237 | 103.  PTX-0109 | 113.  PTX-0618 | 123.  PTX-1955 |
| 94.  JTX-0240 | 104.  PTX-0164 | 114.  PTX-0726 | 124.  PTX-1956 |
| 95.  JTX-0242 | 105.  PTX-0165 | 115.  PTX-0737 | 125.  PTX-1966 |
| 96.  JTX-0246 | 106.  PTX-0266 | 116.  PTX-0906 | 126.  PTX-1977 |
| 97.  JTX-0251 | 107.  PTX-0295 | 117.  PTX-0963 | 127.  PTX-2004 |
| 98.  JTX-0253 | 108.  PTX-0300 | 118.  PTX-1167 | 128.  PTX-2006 |
| 99.  JTX-0259 | 109.  PTX-0312 | 119.  PTX-1174 | 129.  PTX-2009 |
| 100.  JTX-0260 | 110.  PTX-0338 | 120.  PTX-1242 | 130.  PTX-2011 |
| 101.  PTX-0060 | 111.  PTX-0486 | 121.  PTX-1899 | 131.  PTX-2016 |
| 102.  PTX-0087 | 112.  PTX-0614 | 122.  PTX-1901 | |

Highly Confidential

Tab 2

Tab 3



**Lumryz, Xyrem, and Xywav Net Revenues**
*Q1 2022 - Q4 2023*

**Sources:**
Lumryz: Avadel Pharmaceuticals Plc, Form 10-Q for the quarterly period ending June 30, 2023; Avadel Pharmaceuticals Plc, Form 10-Q for the quarterly period ending September 30, 2023, Avadel Pharmaceuticals Plc, Form 10-K For the fiscal year ended December 31, 2023.
Xyrem, Xywav: Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending March 31, 2023; Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending June 30, 2023; Jazz Pharmaceuticals, Form 10-Q for the quarterly period ending September 30, 2023; Jazz Pharmaceuticals, Form 10-K for the fiscal year ended December 31, 2023.

Tab 4



## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing

document were caused to be served on May 13, 2024 on the following counsel in the manner

indicated below.

### <u>VIA EMAIL:</u>

Jack B. Blumenfeld
Jeremy Tigan
Cameron Clark
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Catherine T. Mattes
Abigail DeMasi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com
catherinemattes@quinnemanuel.com
Abigaildemasi@quinnemanuel.com

*Attorneys for Plaintiffs*

Dated:  May 13, 2024                    */s/ Daniel M. Silver*
                                        Daniel M. Silver (#4758)