IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>                      Plaintiff,<br><br>    v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>                      Defendant. | C.A. No. 21-691-GBW<br><br>████████████████ |
| JAZZ PHARMACEUTICALS, INC.,<br><br>                      Plaintiff,<br><br>    v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>                      Defendant. | C.A. No. 21-1138-GBW<br><br>████████████████ |
| JAZZ PHARMACEUTICALS, INC.,<br><br>                      Plaintiff,<br><br>    v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>                      Defendant. | C.A. No. 21-1594-GBW<br><br>████████████████ |

**DECLARATION OF GREGORY J. DIVIS IN SUPPORT OF AVADEL'S OPPOSITION TO JAZZ'S MOTION FOR A PERMANENT INJUNCTION**

I, Gregory J. Divis, declare:

1. I am the CEO of Avadel. I testified during the jury trial in this case. I am submitting this Declaration in support of Avadel's Opposition to Jazz's Motion for a Permanent Injunction, to address factual issues relevant to Jazz's motion. I have personal knowledge of the facts I state below and would testify truthfully to them if called upon to do so.

## I. Avadel Will Not Survive An Injunction Because LUMRYZ Is Avadel's Only Product

2. I reviewed the public copy of Jazz's brief in support of its motion for a permanent injunction. I strongly disagree that the harm to Avadel from the injunction that Jazz wants is limited or self-inflicted. It is neither. ███████████████████████ LUMRYZ is our only product, and that is based on decisions we made in 2019, years before Jazz got the '782 patent in October 2021.

3. I have led Avadel since 2019. As I testified at trial, I was ultimately responsible for making the decision, in early 2019, that Avadel would focus on LUMRYZ only going forward. That was a fork in the road for Avadel. Before that, we had eight other approved products. But we did not have enough cash on hand to continue with our other products and ongoing development projects in addition to getting LUMRYZ through the clinical trial needed for FDA approval. We decided to focus on LUMRYZ because of the unmet need we saw for a once-nightly treatment for people with narcolepsy. We divested or terminated the other programs. That all happened in starting in 2019 and continuing into 2020.

4. We then invested all our efforts into getting LUMRYZ ready for FDA approval. We filed for FDA approval for LUMRYZ on December 15, 2020. By March, 2021, Avadel had invested approximately ███████ in LUMRYZ, including money spent conducting clinical trials and applying for FDA approval. Through to launch, we invested approximately ███████

to bring LUMRYZ to patients.

5. We are a small company, and LUMRYZ is Avadel's sole commercial product. We do not have any other product we can sell, and ███████████████████████ ███████████████████████████████████████████████████████████ Sales of LUMRYZ are our only source of revenue.

6. As I understand it, Jazz is asking for an injunction that would immediately halt sales of LUMRYZ to new patients, and would allow sales only to patients who already have a prescription for LUMRYZ as of the "effective date" of the injunction. To use the June 4, 2024 date of the hearing as a possible effective date, ███████████████████████ ███████████████████████████████████████████████████████████ ██████████████████████. Some of those patients receive free drug under Avadel's Temporary Access Program or under Avadel's Patient Assistance Program.[1] ███████████████ ███████████████████████████████████████████████████████████ ████████████ But not all of those patients will stay on LUMRYZ. All medications see patients discontinue therapy for a variety of reasons. I have seen estimates that for Xyrem and Xywav, as many as 25% of patients discontinue therapy within one month and approximately 50% within one year. I believe that many of those discontinuations are due to the burden of the middle-of-the-night dose, which is not an issue with LUMRYZ, but others are for reasons like a patient losing insurance or issues with oxybate itself, which is not the right treatment for every patient. Some LUMRYZ patients discontinue therapy for those reasons too or other reasons. Therefore,

---

[1] The Temporary Access Program provides free temporary treatment for patients who have commercial insurance but who are experience coverage delays for LUMRYZ. The Patient Assistance Program makes LUMRYZ available free of charge to patients who are un- or under-insured and who meet certain other financial and other criteria.

3

whatever our revenue is per month starting out (taking into account that we get no revenue from patients receiving free drug), that number would decline over time as some patients discontinue therapy.

7. ███████████████████████████████████

███████████████████████████████████

███ Avadel has not yet made any profit from LUMRYZ. Every month, we are losing more money than we make from sales of LUMRYZ. The revenue from LUMRYZ sales is now finally funding at least some of our expenses after years without any revenue, but it does not cover everything and we have been funding the rest through financing activities. ████████████

████████████████████████████████████████
████████████████████████████████████████

8. To provide additional context, for the remainder of the second quarter of 2024, we ████████████████████████████████ because we are still spending more money than LUMRYZ sales bring in. ████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████



9.

10.

11.

## II. Avadel's Investment In Idiopathic Hypersomnia (IH)

12. Avadel is about to start a clinical trial in patients with IH. We expect to enroll the first patient in the second half of 2024. We are conducting this trial, in part, because physicians and the sleep disorder community have been urging us to do so because they strongly believe LUMRYZ will benefit IH patients in the same way it has benefitted narcolepsy patients. This will be a major trial. We expect it to cost approximately ██████████ to complete.

13. Avadel is currently projecting that the trial will read out by ██████████ at which point we can apply for FDA approval for LUMRYZ in IH. We project that we could begin commercial sales of LUMRYZ for IH in approximately ██████████ That is later than it could have been. Avadel needed to focus its efforts on LUMRYZ's launch in narcolepsy after FDA approval, and that is why we have not yet started the trial. If Avadel had obtained FDA approval for LUMRYZ in 2021, as we were originally expecting before Jazz used its computer REMS patent to delay and then to block the FDA from approving LUMRYZ, that trial would be well underway by now, or possibly even done.

14. Avadel intends to apply for Orphan Drug Exclusivity (ODE) for LUMRYZ in IH, just as we did for narcolepsy. Based on the fact that most IH patients take Xywav twice-nightly, and based on the FDA's determination that LUMRYZ makes a major contribution to patient care over Xywav in narcolepsy based on the benefits of once-nightly dosing over twice-nightly dosing, I do not see any reason why the FDA would not follow its own precedent and award LUMRYZ ODE for IH. Certainly, Avadel intends to make that request to the FDA. The implication in Jazz's brief that LUMRYZ must not be superior to Xywav in IH because we do not yet have an ODE determination is not one that I agree with. That is just a matter of timing. I have every expectation that, once we file for ODE in IH, it will be granted.

15. Because LUMRYZ is approved for at least one indication, doctors are currently permitted to exercise their medical judgment and prescribe LUMRYZ off-label for use in IH. Avadel legally cannot promote off-label use, and to be absolutely clear, we do not promote that off-label use. We do have some insight into how much off-label use is happening. Based on our information, there are currently ███████ on LUMRYZ whose diagnosis is IH. In comparison, in its most recent Form 10-Q filing with the SEC, Jazz reported that are approximately 3,050 patients with IH taking Xywav. Our understanding is that the number of IH patients taking LUMRYZ off-label for IH is low because insurance coverage is not available for off-label use of LUMRYZ. Once we get approval, there should be insurance coverage for LUMRYZ for IH, and that is when we expect to see more patients taking LUMRYZ for IH.

### III. Other Matters

16. I understand that Jazz is claiming that Avadel is damaging Jazz's reputation with doctors and patients and that this is a reason why LUMRYZ sales to new patients should be enjoined. What we are hearing at Avadel is that Jazz itself is causing the medical community to have negative opinions about Jazz based on Jazz trying to take LUMRYZ away from patients through this court case. A key opinion leader (KOL) in the community recently reported to us that doctors were hearing about the lawsuit. That KOL expressed that Jazz has had 20 years as the only oxybate and thought that Jazz should have come up with something new itself rather than trying to take LUMRYZ away from patients through a lawsuit.

7

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on May 10, 2024

Washington, District of Columbia

_____
Gregory J. Divis

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on May 13, 2024 on the following counsel in the manner indicated below.

### **VIA EMAIL:**

Jack B. Blumenfeld
Jeremy Tigan
Cameron Clark
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Catherine T. Mattes
Abigail DeMasi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com
catherinemattes@quinnemanuel.com
Abigaildemasi@quinnemanuel.com

*Attorneys for Plaintiffs*

Dated: May 13, 2024

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)

ME1 48431672v.1