IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC., | ) | |
| | ) | **PUBLIC VERSION** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-691 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | ▮▮▮▮▮▮▮▮▮▮ |
| | ) | ▮▮▮▮▮ |
| Defendant. | ) | |

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1138 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | ▮▮▮▮▮▮▮▮▮▮ |
| | ) | ▮▮▮▮▮ |
| Defendant. | ) | |

| | | |
|---|---|---|
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED, | ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1594 (GBW) |
| | ) | |
| AVADEL CNS PHARMACEUTICALS LLC, | ) | ▮▮▮▮▮▮▮▮▮▮ |
| | ) | ▮▮▮▮▮ |
| Defendant. | ) | |

**DECLARATION OF RICHARD K. BOGAN
IN RESPONSE TO DR. STERN, DR. AJAYI, & MS. LAVENDER**

Confidential Version Filed: May 20, 2024
Public Version Filed: May 28, 2024

**TABLE OF CONTENTS**

**Page**

I. EXPERT QUALIFICATIONS ..................................................................................................1

II. MATERIALS CONSIDERED ................................................................................................3

III. RESPONSE TO DR. STERN, DR. AJAYI, & MS. LAVENDER .....................................4

    A. Idiopathic Hypersomnia & Narcolepsy Are Different Disorders With Different Diagnostic Criteria ................................................................................................4

    B. Xywav Once-Nightly Is Effective To Treat Idiopathic Hypersomnia .....................7

    C. Lumryz Is Not Safer or More Effective Than Xywav ............................................9

I, Richard K. Bogan, M.D., FCCP, submit this declaration in response to the declarations submitted by Dr. Thomas Stern, Dr. Akinyemi Ajayi, and Maggie Lavender, FNP in this proceeding.

## I. EXPERT QUALIFICATIONS

1. I am an expert in the field of sleep medicine and have a recognized reputation for patient care in the diagnosis and treatment of sleep disorders. With 35 years of experience in the sleep medicine field, I built the largest sleep company in the nation. I have also helped numerous board-certified pulmonologists and neurologists establish sleep disorder laboratories in local community hospitals and provided them with training, peer review, and support. I am American Board-certified in internal medicine, pulmonary disease, and sleep medicine. I am also an Associate Clinical Professor at the University of South Carolina Medical School, Columbia, South Carolina. I have nearly 50 years' experience practicing medicine, and have been involved in clinical trial investigations for more than 25 years, including for both Jazz Pharmaceuticals, Inc. ("Jazz") and Avadel CNS Pharmaceuticals, LLC ("Avadel").

2. I earned a Bachelor of Science degree from Wofford College, Spartanburg, South Carolina, in 1966. In 1970, I was awarded my Medical Degree from the Medical University of South Carolina, Charleston, South Carolina. From 1970-1971, I was an Intern at the University of Alabama Hospital and Clinics, Birmingham, Alabama. In 1974, I became a Resident in internal medicine at the University of Alabama Hospital and Clinics, and held that position until I was promoted to Chief Resident in 1975. In 1976, I earned a fellowship in the University of Alabama School of Medicine's Pulmonary Division, Department of Medicine, and held that position until 1978. I spent the brief absence from my educational background, from 1972-1974, serving as Lt. Commander in the United States Navy.

3. I am currently the owner of Bogan Sleep Consultants, LLC and the President of Bogan Sleep Consultants, PA. I am also Associate Clinical Professor at the University of South Carolina Medical School and Medical University of South Carolina. From 1999 to 2020, I was the Chief Medical Officer of SleepMed, Inc.

4. I have been licensed to practice medicine since 1971. I am licensed in South Carolina. In 1975, I became American Board-certified in Internal Medicine. In 1978, I gained my certification from the American Board of Pulmonary Diseases. In 1989, I became one of the first physicians in the nation to become American Board-certified in Sleep Medicine. In 2009, I obtained a Sleep Medicine Certificate from the American Board of Medicine.

5. Since 1980, I have devoted my practice of medicine to the diagnosis and treatment of various sleep disorders. From 1978-1994, I also practiced in the field of pulmonary and critical care medicine. In 1994, I founded Sleep Disorder Centers of America, and served as its President until 1999. In 1999, Sleep Disorder Centers of America merged with DigiTrace Care Services, Inc. to form SleepMed, Inc. Upon merger, I was named Chairman, Chief Medical Officer, a position I held until a merger and subsequent sale. SleepMed, Inc. merged with Watermark Inc. in April 2013 to establish the largest sleep diagnostic, therapeutic, and research sleep company in the United States. SleepMed, Inc. still operates after acquisition in 2020 by BioSerenity, Inc. and has over one hundred hospital-based and freestanding sites. An estimated 200,000 sleep studies are performed each year at SleepMed, Inc.

6. In addition to practicing medicine, I have also been Principal Investigator on more than 120 clinical trials investigating sleep disorders. I am former Chairman of the National Sleep Foundation 2019-2021 and Director 2011-2021. In the past, I have also been Medical Director for both Premier Health Systems, Inc. and Baptist Physician Partners. I also served on the Board

of Directors for Premier Health Systems, Inc., as well as the American Lung Association, South Carolina.

7. Over my career, I have been a member of a number of professional organizations. These organizations include the American Academy of Sleep Medicine, American Medical Association, American College of Chest Physicians, American Thoracic Society, South Carolina Medical Association, and South Carolina Lung Association.

8. I have authored or co-authored more than 100 publications, including approximately 30 peer-reviewed publications and 80 abstracts focused on sleep disorder diagnosis and management, including narcolepsy and idiopathic hypersomnia ("IH"). I have published on behalf of both Jazz and Avadel. I have also been invited to give lectures on several occasions.

9. For a complete list of my professional experience, publications, and invited lectures, please see my curriculum vitae attached hereto as Exhibit A.

10. I am being compensated at my usual rate of $550/hour in connection with this proceeding. My compensation is not dependent in any way on the outcome of anything related to this declaration.

## II. MATERIALS CONSIDERED

11. The materials that I have reviewed in connection with my opinions include: the declarations submitted by Dr. Thomas Stern ("Stern Decl."), Dr. Akinyemi Ajayi ("Ajayi Decl."), and Maggie Lavender, FNP ("Lavender Decl."), and any other documents cited herein.

12. The opinions below are based on my education and the experience that I have acquired during the course of my clinical practice treating patients with sleep disorders, as well as the information available to me as of the date of this declaration.

3

### III. RESPONSE TO DR. STERN, DR. AJAYI, & MS. LAVENDER

#### A. Idiopathic Hypersomnia & Narcolepsy Are Different Disorders With Different Diagnostic Criteria

13. Narcolepsy and IH are two unique chronic sleep disorders with the common symptom of excessive daytime sleepiness ("EDS"). *See* Morse, A.M., et al., *Dosing Optimization of Low-Sodium Oxybate in Narcolepsy and Idiopathic Hypersomnia in Adults: Consensus Recommendations*, Neurol Ther. 2024 Apr 25, at p. 2, attached as Exhibit ("Ex.") B ("Morse 2024"). Patients with narcolepsy are generally diagnosed as having one of two types of narcolepsy. In both types, narcolepsy patients typically experience EDS, fragmented sleep, sleep paralysis where a patient is temporary unable to move or speak while falling asleep or waking up, and hypnagogic hallucinations (vivid images accompanying sleep paralysis). *Id.* In narcolepsy type 1, patients also suffer from cataplexy which is the sudden loss of muscle tone while a person is awake, often triggered by sudden, strong emotions such as laughter, fear, or anger. Patients with narcolepsy type 2 do not suffer cataplectic attacks.

14. Idiopathic hypersomnia is a different sleep disorder from narcolepsy. Patients with IH and narcolepsy both suffer from EDS. IH patients, however, present other symptoms that are typically distinct from narcolepsy such as sleep inertia where the patient experiences difficulty waking from a long sleep, unrefreshing naps, and long sleep times of 11 or more hours per 24-hour period. Ex. B, Morse 2024 at 2. In addition, pursuant to the International Classification of Sleep Disorders Third Edition ("ICSD-3"), a diagnostic criteria for IH is a finding of less than two sleep onset rapid eye movement periods ("SOREMPs") on the multiple sleep latency test ("MSLT"). Ex. C, Dauvilliers, Y., et al., *Clinical considerations for the diagnosis of idiopathic hypersomnia*, Sleep Med Rev. 2022 Dec:66:101709 ("Dauvilliers 2022") at Supplemental Table 1. The MSLT is a test used to determine whether a person is prone to

falling asleep during the daytime. REM sleep is a stage of sleep associated with dreaming and memory consolidation where your eyes move rapidly.

15. In their declarations, Dr. Stern and Ms. Lavender appear to imply that narcolepsy type 2 and IH are not separate conditions. Dr. Stern states that "Idiopathic hypersomnia is another rare sleep disorder that is best thought of as being on a spectrum with narcolepsy." Stern Decl. ¶ 14. Ms. Lavender states that "It makes no sense to me to think of it as something separate from narcolepsy." Lavender Decl. ¶ 9. I disagree.

16. Dr. Stern and Ms. Lavender appear to draw their conclusions regarding their perceived lack of distinction between IH and narcolepsy type 2 from instances where SOREMP MSLT results are not reproducible. *See* Stern Decl. ¶ 14; Lavender Decl. ¶ 9. The SOREMP MSLT, however, is not the only diagnostic criteria for IH. Rather, IH is also characterized by EDS, lack of cataplexy, at least one of mean sleep latency less than or equal to 8 minutes or total sleep time of 11 hours or more per 24 hours, and hypersomnolence and/or MSLT findings that are not better explained by other causes. Ex. C, Dauvilliers 2022 at Supplemental Table 1. I note that Dr. Stern and Ms. Lavender do not appear to disagree that the lack of cataplexy in IH distinguishes it from narcolepsy type 1.

17. In determining whether hypersomnolence or MSLT findings are better explained by other causes, the treating physician may consider other characteristic features of IH that distinguish it from narcolepsy type 2. For example, strong sleep inertia is typically more prevalent in IH than narcolepsy type 2. Also, IH patients typically have longer sleep time than narcolepsy type 2 patients who typically have fragmented sleep. In addition, patients with narcolepsy type 2 tend to find naps refreshing whereas IH patients may take long naps but they are usually not refreshing. I am a co-author of the Dauvilliers 2022 paper relied on by Dr. Stern

5

in his declaration and we included all of these features as being diagnostic distinctions between IH and narcolepsy type 2. *See* Ex. C, Dauvilliers 2022 at Fig. 2. Indeed, my coauthors and I concluded in our paper that "the well-informed healthcare practitioner is equipped to distinguish idiopathic hypersomnia from other conditions marked by EDS and other overlapping symptoms through thoughtful application of both clinical judgment and appropriate testing." *Id.* at 7. I did not see any statement by Dr. Stern or Ms. Lavender disagreeing with this statement, nor do I believe they would have a basis to do so. Rather, in my opinion, for physicians treating a patient with EDS, it would be well within their capabilities to distinguish between IH and narcolepsy type 2.

   18. My opinion in this regard is confirmed by the weight of the literature which consistently characterizes IH and narcolepsy type 2 as distinct diseases. *See* Ex. B, Morse 2024 at 2 ("Narcolepsy and idiopathic hypersomnia are unique chronic sleep disorders"); Ex. C, Dauvilliers 2022 at 7 ("Idiopathic hypersomnia may coexist with other disorders, such as depression, but is incompatible with others, such as narcolepsy"); Ex. D, Landzberg, D and Trotti, L.M., *Is Idiopathic Hypersomnia a Circadian Rhythm Disorder?*, Curr. Sleep. Med. Rep. 5(4):201-206 (2019) ("IH is diagnosed based on clinical history in combination with objective quantification of excessive daytime somnolence through the multiple sleep latency test, ad lib 24 hour polysomnography, or at least 7 days of ad lib actigraphy, after excluding other causes of sleepiness such as narcolepsy type 1 [and] narcolepsy type 2"); Ex. E, Bruck, D. and Parkes, J.D., *A comparison of idiopathic hypersomnia and narcolepsy-cataplexy using self report measures and sleep diary data*, JNNP 60:576-578 (1996) ("Idiopathic hypersomnia (IH) has been distinguished from narcolepsy on the basis of the presence of prolonged rather than short diurnal sleep periods and the absence of both cataplexy and episodes of rapid eye movement at

the onset of sleep"); Ex. F, Manfredi, R.L., et al., *Disorders of excessive sleepiness: narcolepsy and hypersomnia*, Semin. Neurol. 7(3):250-58 (1987) ("Nocturnal sleep is typically disrupted in narcolepsy, whereas in idiopathic hypersomnia it is prolonged"). Based on the above, in my opinion, a healthcare professional treating patients with sleep disorders would understand and recognize that IH and narcolepsy type 2 are distinct disease states. I note that the U.S. Food and Drug Administration ("FDA") required separate clinical trials for Xywav to be approved for treating IH in addition to the prior clinical trials required for approval to treat narcolepsy, which in my opinion, further supports that IH and narcolepsy are understood and recognized to be separate conditions.

      **B.    Xywav Once-Nightly Is Effective To Treat Idiopathic Hypersomnia**

      19.    Xywav is approved to treat IH with dosing both once-nightly and twice-nightly. Ex. G, Xywav package insert at 1. In their declarations, Dr. Stern and Ms. Lavender call into question the efficacy of Xywav administered once nightly to treat IH. Dr. Stern states that he believes that the once-nightly option for Xywav to treat IH is "is inferior for most patients." Stern Decl. ¶ 17. Ms. Lavender states that a "second dose is necessary to get effective relief." Lavender Decl. ¶ 9. In my opinion, though this might be Dr. Stern and Ms. Lavender's personal experience in whatever number of patients they treat, there is not any basis to apply these statements more broadly.

      20.    Neither Dr. Stern nor Ms. Lavender cite to any data to support their assertion that once-nightly Xywav lacks efficacy to treat IH. Indeed, I am not aware of any. To the contrary, I am aware of clinical data supporting the efficacy of once-nightly dosing of Xywav to treat IH. My sleep clinic was part of the clinical trial work that was the data supporting approval of Xywav for use in IH and some of my patients with IH were included in the study that formed the basis of the FDA's approval of once-nightly Xywav for IH.

21. Following the FDA's approval of once-nightly Xywav to treat IH in August 2021, I and others involved in the clinical trial published our findings in the article Dauvilliers, Y., et al., *Safety and efficacy of lower-sodium oxybate in adults with idiopathic hypersomnia: a phase 3, placebo-controlled, double-blind, randomised withdrawal study*, Lancet Neurol. 2022 Jan;21(1):53-65 ("Xywav IH Study") (attached as Ex. H.)

22. In the Xywav IH Study, my co-authors and I explained that we conducted a phase 3, placebo-controlled, double-blind, randomized withdrawal study in adults with IH in which Xywav demonstrated significant, clinically meaningful effects on EDS, IH symptom severity, and self-reported patient global impression of change. Ex. H, Xywav IH Study at 53. Randomized double blind placebo-controlled studies are considered the "gold standard" of epidemiologic studies because these types of studies have the ability to demonstrate causality.

23. In our study, IH patients were administered Xywav either once or twice nightly. Ex. H, Xywav IH Study at 53. The median dose total dose of Xywav administered was 4.5 g per night for once-nightly and 7.5 g per night for twice-nightly. *Id.* at 61. The primary efficacy parameter measured in the study was whether the patients' Epworth Sleepiness Scale ("ESS") score increased (worsened) for patients on placebo compared to patients on Xywav. The ESS is an assessment used to determine how daytime sleepiness affects a patient's ability to complete routine tasks. The data showed that for both once and twice-nightly dosing, ESS scores at the end of the study were maintained with double-blind Xywav treatment, whereas a significant and clinically meaningful increase (worsening) occurred with placebo. *Id.* at 63; Figure 2B.

24. Further, a statistical analysis conducted after completion of the study concluded that the ESS score primary efficacy results were similar across the dosing regimen (once or twice nightly) subgroups. Ex. H, Xywav IH Study at 63, supp. appendix p. 2. So, rather than being

inferior or not effective as suggested by Dr. Stern and Ms. Lavender, the once-nightly dose of Xywav administered to treat IH was found to be similarly effective to twice-nightly. Further, the median dose administered in the Xywav IH study for once-nightly dosing was 4.5 g per night which is lower than the 6 g per night permitted by the FDA-approved labeling for once-nightly IH dosing for Xywav. In my opinion, the FDA would not have approved Xywav for once-nightly dosing in IH without adequate clinical data establishing safety and efficacy for those patients.

25. As noted above, Dr. Stern and Ms. Lavender cite no data for their assertions that once-nightly dosing for Xywav is ineffective. Quite the opposite, the data presented in the Xywav IH Study establishes that Xywav is effective when administered once-nightly to treat IH. The data is also consistent with my experience treating IH patients with Xywav once nightly. In my opinion, a healthcare professional treating sleep disorder patients would understand that Xywav can safely and effectively be administered once-nightly to treat IH.

   **C.** **Lumryz Is Not Safer or More Effective Than Xywav**

26. There is no clinical data that I am aware of to show that Lumryz is either safer or more effective that Xywav in treating narcolepsy. The FDA agreed that there is no such data when it reviewed Avadel's application to market Lumryz. While I agree with Dr. Ajayi that the FDA found that in its judgment Lumryz makes a major contribution to patient care due to it being more convenient to patients, the FDA also made clear that there is no basis for Avadel or others to assert that Lumryz has greater safety or efficacy than twice-nightly oxybate. The FDA specifically found that "there is no evidence suggesting that the efficacy of Lumryz is different from that of Xyrem or Xywav." Ex. I, FDA determination of Lumryz orphan drug exclusivity at JTX-0112.28. Avadel specifically argued to the FDA that Lumryz would be safer than twice-

9

nightly oxybate but the FDA rejected this and "concluded that Avadel's arguments do not support a finding of greater safety of Lumryz over either Xyrem or Xywav." *Id.*

27. Despite the FDA's finding of no greater safety or efficacy for Lumryz, in their declarations, Dr. Stern, Dr. Ajayi, and Ms. Lavender appear to imply that Lumryz is better at treating the conditions of narcolepsy than Xywav. For example, Dr. Stern states that Lumryz offers patients "a normal sleep architecture" because there is no awakening for a second dose. Stern Decl. ¶ 13. Dr. Ajayi states that having patients wake for a second dose is "antithetical to the goal of consolidating nighttime sleep in narcolepsy patients." Ajayi Decl. ¶ 22. Ms. Lavender states that after switching to Lumryz a patient "no longer suffers from fragmented sleep." Lavender Decl. ¶ 18. To the extent that Dr. Stern, Dr. Ajayi, and Ms. Lavender are implying that narcolepsy patients taking Lumryz no longer suffer from disrupted sleep, I do not believe that is supported by any data.

28. The currently available data do not show that once-nightly dosing provides better or more effective sleep than twice-nightly oxybate. *See* Ex. J, Roth, T., et al., *Effect of FT218, a Once-Nightly Sodium Oxybate Formulation, on Disrupted Nighttime Sleep in Patients with Narcolepsy: Results from the Randomized Phase III REST-ON Trial*, 36 CNS Drugs 377, 385 (2022) ("Roth 2022") ("Whether the increase in [slow wave sleep] with ON-SXB confers additional clinical benefits merits further research."). While all patients with narcolepsy have many more awakenings than the average human, twice-nightly sodium oxybate therapy has been shown to significantly reduce those awakenings. *See* Ex. K, Black et al., *The Nightly Use of Sodium Oxybate Is Associated with a Reduction in Nocturnal Sleep Disruption: A Double-Blind, Placebo-Controlled Study in Patients with Narcolepsy*, 6(6) J. Clin. Sleep Medicine 596 (2010) ("The nocturnal administration of SXB to narcolepsy [patients] results in significant dose-related

10

changes in sleep architecture resulting in decreased sleep disruption and increased slow wave sleep. These findings are consistent with improvement in measures of sleep continuity and suggest SXB may promote some amelioration of the sleep fragmentation that is common in narcolepsy"). The number of awakenings and brief arousals as well as REM dissociative symptoms in untreated narcolepsy patients has been shown to significantly improve with oxybate therapy.

29. One awakening to take a twice-nightly oxybate is not considered material. There is no clinical or research data of which I am aware (or that Dr. Stern, Dr. Ajayi, or Ms. Lavender cites to) indicating that once-nightly dosing will eliminate nocturnal arousals, which are a normal component of any given individual's sleep cycles, and extremely prevalent in narcolepsy patients. The data from Avadel's study on Lumryz show nocturnal arousals for patients taking Lumryz. There, patients taking Lumryz went from a baseline around 80 nocturnal arousals to around 40 nocturnal arousals. *See* Ex. J, Roth 2022 at Fig. 2. So, the patients taking Lumryz still experienced nocturnal arousals, but they were reduced by the patients taking oxybate. This is not surprising given that I had previously worked with a group of researchers to determine the effects on sleep architecture in a placebo-controlled randomised study of twice-nightly sodium oxybate. *See* Ex., L, Mignot, E., et al., *Effects of Sodium Oxybate Treatment on Sleep Architecture in Paediatric Patients with Narcolepsy*, World Sleep (2019) ("Mignot"). The published data from our study shows a similar effect on nocturnal arousals for twice-nightly sodium oxybate as that observed for Lumryz. Specifically, in our study, we found that twice-nightly sodium oxybate reduced nocturnal arousals from around 80 at the beginning of the study to around 40 at the end of the study. Ex. L, Mignot at Fig. 2. While there are no head-to-head studies available for Lumryz and twice-nightly oxybate, the available data suggests that they

11

have a similar effect on sleep architecture. Dr. Stern, Dr. Ajayi, and Ms. Lavender do not cite any data to the contrary. Their analysis, instead, appears hypothetical.

30. Dr. Stern, Dr. Ajayi, and Ms. Lavender also cite to patient compliance with the dosing regimen as a perceived benefit of Lumryz over Xywav. *See* Stern Decl. ¶¶ 7, 10; Ajay Decl. ¶¶ 19, 21; Lavender Decl. ¶¶ 3, 12. In my opinion, however, compliance issues with Xywav in narcolepsy patients are not solely due to twice-nightly dosing. Rather, these compliance issues are also due to the nature of the oxybate drug given that it must be taken at night, at least 2 hours after eating, with enough time for its effects to wear off before the patient must awake and start their day. Also, oxybate is a strong central nervous system depressant that cannot be taken with other central nervous system depressants, including alcohol.

31. These issues with oxybate are unrelated to twice-nightly dosing and also apply to Lumryz. Also, Lumryz must be mixed with water and taken by the patient pursuant to a specific series of steps in the Lumryz instructions for use that are provided to a patient which also lead to compliance and dosing errors. *See* Ex. M. This has been borne out in adverse event data reported to the FDA since Avadel began marketing Lumryz.

32. The FDA maintains a database called the FDA Adverse Event Reporting System ("FAERS") that contains adverse event reports, medication error reports, and product quality complaints resulting in adverse events for drug products that were submitted to the FDA. The FDA makes this adverse event information available to the public through the FAERS dashboard, which allows for searching by drug product name at the FAERS dashboard website.[1] A report containing the adverse events reported to FAERS for Lumryz is attached as Ex. N.

---

[1] The FAERS dashboard can be searched at the website https://www.fda.gov/drugs/questions-and-answers-fdas-adverse-event-reporting-system-faers/fda-adverse-event-reporting-system-faers-public-dashboard.

33. Of the approximately 630 adverse event reports made so far for Lumryz, over 120 reports concerned a "dose omission," "product preparation error," "drug titration error," or "treatment noncompliance." *See* Ex. N. These types of errors are indicative of patients failing to comply with the dosage and administration instructions required for Lumryz. Consequently, in my opinion, removing the second nightly dose of oxybate for narcolepsy patients does not eliminate patient non-compliance issues for Lumryz as suggested by Dr. Stern, Dr. Ajayi, and Ms. Lavender.

34. Dr. Stern, Dr. Ajayi, and Ms. Lavender also discuss patient anxiety relating to twice nightly oxybate dosing. *See* Stern Decl. ¶ 11; Ajay Decl. ¶ 19; Lavender Decl. ¶ 12. But FAERS data reports over 40 patients experienced anxiety while taking Lumryz. *See* Ex. N. Ms. Lavender expressed concern over patients gaining weight while on Xyrem (Lavender Decl. ¶ 14) but at least 13 patients taking Lumryz have reported "hunger" or "weight increased" (Ex. N). In addition, there have been over 300 reports of patients experiencing insomnia, which is the opposite effect that Lumryz is intended to have, while taking Lumryz. Ex. N.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Richard K. Bogan, MD, FCCP.

Dated: May 20, 2024

13