# EXHIBIT A

**Richard K. Bogan, MD, FCCP, FAASM**
Bogan Sleep Consultants, LLC
1333 Taylor Street, Suite 6-B
Columbia, SC  29201
Phone : 803-251-3093
Fax : 803-376-1876
Email : richard.bogan@bogansleep.com

**EDUCATION:**

- **Wofford College**, Spartanburg, SC; B.S. (Chemistry), 1966
- **Medical University of South Carolina**, Charleston, SC; M.D. 1970
- **University of Alabama Hospital and Clinics**; Internship – Medicine, Birmingham, AL, 1970-1971
- **University of Alabama Hospital and Clinics**; Residency - Internal Medicine, Birmingham, AL, 1974-1975
- **University of Alabama School of Medicine**; Fellowship - Pulmonary Division, Department of Medicine, 1976-1978

**CREDENTIALS:**

- Certified, American Board of Internal Medicine, 1975
- Certified, American Board of Pulmonary Diseases, 06/1978
- Certified, American Board of Sleep Medicine, 04/1989
- Certified, American Board of Medicine, Sleep, 11/2009
- Certified, American Board of Critical Care, 11/1992 (expired)

**LICENSE NUMBERS:**

- South Carolina:   8796
- NPI 1538347661

**CURRENT POSITIONS:**

- Medical Practice – Sleep Medicine, 1994 to present
- Board of Directors, First Community Bank, Inc. 1994 to present, Emeritus
- Associate Clinical Professor, MUSC, Charleston, South Carolina
- Associate Clinical Professor, USC School of Medicine, Columbia, SC
- President, Bogan Consulting Services, PA Charleston, SC
- Owner, Bogan Sleep Consultants, LLC Columbia, SC

**PREVIOUS POSITIONS:**

- Medical Director, Premier Health Systems, Inc.
- Chairman, SleepMed, Inc., 1999-2013
- Chief Medical Officer, Board of Directors, SleepMed Inc. 1999-2020
- National Sleep Foundation Board, 2012 to 2021, Chairman 2019-2021, July 1
- Board of Directors, American Lung Association, South Carolina
- Board of Directors, Premier Health Systems, Inc.
- Medical Director, Baptist Physician Partners

**PROFESSIONAL EXPERIENCE:**

SleepMed, inc
1999-2020
Chief Medical Officer

SleepMed, Inc.
1999 - 2013
Chairman, CMO

Medical Practice
1994 - present
Sleep Medicine

Sleep Disorder Centers of America
1994 - 1999
Founder, President

Medical Practice
1978 - 1994
Pulmonary and Sleep Medicine

Medical Practice
1978 - 1994
 Pulmonary

University of Alabama School of Medicine
1976 - 1978
Instructor, Department of Medicine

University of Alabama School of Medicine
1976 - 1978
Fellow, Pulmonary Division, Department of Medicine

University of Alabama School of Medicine
1976 - 1978
Instructor, Pulmonary Division

University of Alabama Hospital and Clinics
1975 - 1976
Chief Resident, Internal Medicine

United States Navy
6/1972 - 6/1974
Lt. Commander, United States Navy
Active duty, Naval Air Station, Albany, GA

**PROFESSIONAL ORGANIZATIONS:**

- American Academy of Sleep Medicine
- American College of Chest Physicians
- American Thoracic Society
- South Carolina Medical Association

**RESEARCH/SCHOLARLY INTEREST:**

- Narcolepsy
- Insomnia
- Sleep Apnea
- Shift Work Sleep Disorder
- Restless Legs Syndrome/Periodic Limb Movement Disorder
- Chronic Fatigue/Fibromyalgia
- Circadian Rhythm Abnormality
- Pharmacology
- Gas Exchange
- Exercise Physiology

**INTERNATIONAL INVITED SPEAKER PRESENATIONS:**

- Richard K Bogan MD- invited lecturer entitled: <u>Functional Outcomes of CPAP Treated Obstructive Sleep Apnea.</u> IX World Congress on Sleep Apnea Seoul, South Korea; 2009.

- Richard K. Bogan MD Invited lecture: <u>Excessive Daytime Sleepiness: Treatment and Current Best Practices for Idiopathic Hypersomnia, Narcolepsy and</u>

<u>Obstructive Sleep Apnea.</u>  Mexican Sleep Meeting, Mexico City, Mexico; Oct. 2009.

- Richard K Bogan MD- invited lecturer entitled: <u>Functional Outcomes of CPAP Treated Obstructive Sleep Apnea.</u> The Sino-German Sleep Symposium, Chinese Society of Sleep Medicine; Chengdu 610041, Sichuan Province, China; Oct. 27- Nov.1, 2010.

## PUBLICATIONS:

- Barak-Shinar D, Amos Y, Bogan RK. Sleep disordered breathing analysis in a general population using standard pulse oximeter signals. Sleep Breath. 2013 Sep;17(3):1109-15.

- Black J, Duntley SP and Bogan RK. Recent Advances in The Treatment and Management of Excessive Daytime Sleepiness. CNS Spectr. 2007 Feb;12(2 Suppl 2) 1-14.

- Cairns A, Bogan R. Prevalence and Clinical Correlates of a Short Onset REM Period (SOREMP) during Routine PSG. Sleep. 2015 Oct 1;38(10):1575-81.

- Cairns A, Poulos G, Bogan R. Who is getting tested for obstructive sleep apnea using a portable recording system? Test results from 193,221 patients. J Clin Sleep Med. 2014 Nov 15;10(11):1193-8

- Colrain IM, Black J, Siegel LC, Bogan RK, Becker PM, Farid-Moayer M, Goldberg R, Lankford DA, Goldberg AN, Malhotra A multicenter evaluation of oral pressure therapy for the treatment of obstructive sleep apnea. Sleep Med. 2013 Sep;14(9):830-7.

- Bogan RK, Cheray JA. Restless legs syndrome: a review of diagnosis and management in primary care. Postgrad Med. 2013 May;125(3):99-111.

- Bogan RK, Roth T, Schwartz J, Miloslavsky M. Time to response with sodium oxybate for the treatment of excessive daytime sleepiness and cataplexy in patients with narcolepsy. J Clin Sleep Med. 2015 Apr 15;11(4):427-32.

- Bogan RK. From bench to bedside: An overview of rotigotine for the treatment of restless legs syndrome. Clin Ther. 2014 Mar 1;36(3):436-55.

- Bogan RK, Lee DO, Buchfuhrer MJ, Jaros MJ, Kim R, Shang G. Treatment response to sleep, pain, and mood disturbance and their correlation with sleep disturbance in adult patients with moderate-to-severe primary restless legs syndrome: Pooled analyses from 3 trials of gabapentin enacarbil. Ann Med. 2015 May;47(3):269-77.

- Bogan RK, Feldman N, Emsellem HA, Rosenberg R, Lu Y, Bream G, Khayrallah M, Lankford DA. Effect of oral JZP-110 (ADX-N05) treatment on wakefulness and sleepiness in adults with narcolepsy. Sleep Med. 2015 Sep;16(9):1102-8

- Bogan RK. Armodafinil in the treatment of excessive sleepiness. Expert Opin Pharmacother. 2010 Apr;11(6):993-1002.

- Bogan RK. Effects of Restless Legs Syndrome (RLS) On Sleep. Neuropsychiatric Disease and Treatment. 2006:2(4) 513-519.

- Bogan, Richard K., Fry, June M., Schmidt, Markus H., Carson, Stanley W., Ritchie, Sally Y. Ropinirole in the Treatment of Patients with Restless Legs Syndrome: A U.S.-Based Randomized, Double-Blind, Placebo-Controlled Clinical Trial.  Mayo Clinic Proceedings".  January 2006; 81 (1): 17-27.

- Bogan RK, Turner J. New Assessment Tools That Measure Sleep Vital Signs: The SleepMed Insomnia Index and the Sleep Matrix. Neuropsychiatric Disease and Treatment. 2007; 3(4) 509-518.

- Bogan RK, Widemed's Morpheus TM Clinical Sleep Information System. Sleep and Diagnosis Therapy. 2007; 2(3) 1-2.

- Bogan, Richard K., Zielinski, Mark R., Kline, Christopher E., Kripke, Daniel F., Youngstedt, Shawn D.  No Effect of 8-Week Time in Bed Restriction on Glucose Tolerance in Older Long Sleepers.  J. Sleep Res., 17, 412-419, April 30, 2008.

- Bogan R. Treatment Options for Insomnia-Pharmacodynamics of Zolpidem Extended-Release to Benefit Next-Day Performance.  Postgraduate Medicine, September 2008, Vol. 120, Issue 3.

- Bogan RK, Bornemann, M, Kushida C.et al.: XP060 Study Group Long-term Maintenance Treatment of Restless Legs Syndrome with Gabapentin Enacarbil: A Randomized Controlled Study" Mayo Clinic Proceedings: June 2010;85(6):512-521.

- Bogan, R.  "Long-Term Maintenance Treatment of Restless Legs Syndrome with Gabapentin Enacarbil: A Randomized Controlled Study."  Best of Sleep Medicine 2011; Annual Collection of Scientific Literature (Volume 2).  Ed. Lee-Chiong, Teofilo, Amazon Books, 2001. 214.

- Bogan, RK. Ropinirole treatment for restless legs syndrome. Expert Opinion on Pharmacotherapy. Vol. 9, No.4, March 2008, pp.611-623(13).

- Bogan, RK. "Armodafinil in the treatment of excessive daytime sleepiness." Expert Opinion on Pharmacotherapy. Vol.11, No.4, April 2010, pp. 993-1002(10).

- Hening WA, Allen RP, Ondo WG, Walters AS, Winkelman JW, Becker P, Bogan R, Fry JM, Kudrow DB, Lesh KW, Fichtner A, Schollmayer E; "SP792 Study Group. Rotigotine improves restless legs syndrome: a 6-month randomized, double-blind, placebo-controlled trial in the United States." Movement Disorders. August 2010 15:25(11): 1675-1683.

- Kline, C., Zielinski, M., Devlin, T., Kripke, D., Bogan, R., Youngstedt, S. "Self-Reported Long Sleep in Older Adults is Closely Related to Objective Time in Bed" . Sleep and Biological Rhythms: 2010: 8: 42-51.

- Ray MA, Youngstedt SD, Zhang H, Robb SW, Harmon BE, Jean-Louis G, Cai B, Hurley TG, Hébert JR, Bogan RK, Burch JB. Examination of wrist and hip actigraphy using a novel sleep estimation procedure. Sleep Sci. 2014 Jun;7(2):74-81.

- Ray, MA, Hébert JR, Youngstedt SD, Zhang H, Steck SE, Bogan RK, Burch JB. The National Veteran Sleep Disorder Study: Descriptive Epidemiology and Secular Trends, 2000-2010. Sleep. 2016 Apr 12.

- Rosenberg, R., Bogan, R., Armodafinil in the Treatment of Excessive Sleepiness. Nature and Science of Sleep: 2010:2:1-11.

- Rosenberg, R., Bogan, R., Tiller, J., Yang, R., Youakim, J., Earl, C., Roth, T., "A Phase 3, Double-Blind, Randomized, Placebo-Controlled Study of Armodafinil for Excessive Sleepiness Associated with Jet Lag Disorder" Mayo Clinic Proceedings: Web: June 7, 2010:

- Roth T, Bogan RK, Culpepper L, et al. "Excessive sleepiness: under-recognized and essential marker for sleep/wake disorder management." Current Medical Research & Opinion Vol. 26, Supplement 2, 2010, S3–S27

- Roth T, Bogan RK, Culpepper L, Doghramji K, Doghramji P, Drake C, Grauke JH, Knoepflmacher P, Sateia M, Silvershein D, Thorpy MJ.Excessive sleepiness: under-recognized and essential marker for sleep/wake disorder management. Curr Med Res Opin. 2010 Dec;26 Suppl 2: S3-24.

- Schwarz JR, Feldman NT, Bogan RK Et Al. Dosing Regimen Effects of Modafinil For Improving Daytime Wakefulness in Patients with Narcolepsy. Clin Neuropharmacol. 2003 Sep-Oct; 26(5):252-7.

- Schwarz JR, Feldman NT, Bogan RK. Dose Effects of Modafinil In Sustaining Wakefulness in Narcolepsy Patients with Residual Evening Sleepiness. J Neuropsychiatry Clin Neurosci.2005 Summer; 17(3):405-12.

- Youngstedt, S., Kline, C., Zielinski, M., Kripke, D., Devlin, T., Bogan, R., Wilcox, S., Hardin, J. Tolerance of Chronic 90-Minute Time-In-Bed Restriction in Older Long Sleepers.  SLEEP: November 2009: 1467-1479.

- Youngstedt SD, Kripke DF, Kline CE, Zielinski MR, Bogan RK. Lack of impairment in glucose tolerance: support for further investigation of sleep restriction in older long sleepers. J Sleep Res. 2010 Mar;19(1 Pt 1):116-7.

- Winkelman JW, Bogan RK, Schmidt MH, Hudson JD, Derossett SE, Hill-Zabala CE. Randomized polysomnography study of gabapentin enacarbil in subjects with restless legs syndrome. Movement Disorders. 2011 May 24.

- Wright KP Jr, Bogan RK, Wyatt JK. Shift work and the assessment and management of shift work disorder (SWD). Sleep Med Rev. 2013 Feb;17(1):41-54

**ABSTRACTS:**

- Becker, P., Bogan, R., Dreykluft, T., Grunstein, R., Ondo, W., Ferini-Strambi, L., Weerd, A. "An Early Onset of Action in RLS: Results from the Ropinirole Clinical Trials Program".  SLEEP: June 2004: 5-10.

- Bogan, R., Feldman, N., Schwartz, J. "Dose Response and Dose Regimen Effects of Modafinil in Sustaining Daytime Wakefulness in Narcolepsy Patients with Residual Evening Sleepiness". SLEEP: June 2004.

- Bogan, R. "Ropinirole Decreases Periodic Leg Movements and Improves Sleep Parameters in Patients with Restless Legs Syndrome when Compared with Placebo: RESET PLM*, a Multicenter, Double-Blind Study".  SLEEP: June 2004.

- Bogan R, Turner J, et al.   "Fundamental Frequency Measures with Morpheus of Human Sleep EEG in Severe Sleep Apnea with Early Intervention of Continuous Positive Airway Pressure (CPAP)".  CHEST. 2005; 128 (4): (suppl); 228S.

- Bogan R, Turner J, et al.  "Advanced Automated Analysis of Human EEG Using Multidimensional Mathematical Analyses of Frequency Changes Compared to Traditional R&K Scoring of a Known Biological Sleep Signal".  CHEST. 2005; 128 (4): (suppl); 381S.

- Becker, Philip M., Bogan, Richard K., Carson, Stanley W., Kwong, W. Jackie. "Ropinirole Improves Mood and Reduces Symptoms of Anxiety in Restless Legs Syndrome".  APA, May 2005.

- Becker, Philip M., Bogan, Richard K., Carson, Stanley W., Kwong, W. Jackie. "Ropinirole Improves Symptoms of Restless Legs Syndrome: 12-Week Placebo-Controlled Study".   APA, May 2005.

- Bogan, R., Connolly Jr, M.G., Rederich, G., Carson, S.W., Ritchie, S. "Ropinirole is Effective and Well Tolerated in the Treatment of Moderate-to-Severe Restless Legs Syndrome".   16th International Congress on Parkinson's Disease and Related Disorders, Berlin, Germany, June 2005.

- Bogan, R., Turner, J. "SleepMed Insomnia Index (SMI) as an Outcome Measure in Treated Insomnia". SLEEP: June 2005.

- Bogan, R., Turner, J. "The Sleep Matrix: A New Tool to Measure Sleep Vital Signs". SLEEP: June 2005.

- Bogan, R., Turner, J. "A New Tool to Measure Insomnia: The SleepMed Insomnia Index (SMI)".  SLEEP: June 2005.

- Bogan, R., Turner, J.A., Kwong, W.J. "Improvement in Sleep and Quality-of-Life Measures with Ropinirole Treatment in Patients with Restless Legs Syndrome". AANP: June 2005.

- Bogan, R. "Practical Pharmacotherapy for the Treatment of Narcolepsy and Associated Symptoms". Clinical Workshop for APSS, June 2005.

- Bogan, R. "Sodium Oxybate, Alone and in Combination with Modafinil, Produces Significant Improvements in Sleep Architecture in Narcolepsy". SLEEP: June 2005.

- Bogan, R. "An Early Onset of Action: Ropinirole Treatment for Moderate-to-Severe Restless Legs Syndrome". 9th EFNS Congress, Athens, Greece, September 2005.

- Bogan, Richard K. "Ropinirole Improves Sleep in Patients with RLS: Results from a Large Clinical Development Program". Nineteenth Annual Symposia on Etiology, Pathogenesis, and Treatment of Parkinson's Disease and Other Movement Disorders, September 2005.

- Bogan R, Watson C, Ziman R. "Onset of Symptom Improvement within 2 Nights in Patients with Restless Legs Syndrome (RLS) Treated with Ropinirole".  AAN: April 2006.

- Bogan R., Turner, J. "Comparison of Home Auto-Set CPAP Titration with Inpatient Sleep Lab Titration".  ATS: May 2006.

- Bogan, Richard, Hirshkowitz, Max, Niebler, Gwendolyn, Arora, Sanjay. "Armodafinil Improves Wakefulness and Memory in nCPAP-Adherent Patients with Excessive Sleepiness Associated with Obstructive Sleep Apnea/Hypopnea Syndrome". ATS: May 2006.

- Bogan, Richard K., Allen, Richard P, Earl, Nancy L. "Ropinirole: Effective for Restless Legs Syndrome Regardless of Age at Onset".  APA: May 2006.

- Ziman, Ronald, Bogan, Richard, Hosford, David. "Rapid Onset of Clinician- and Patient-Assessed Efficacy with Ropinirole in Patients with Restless Legs Syndrome Requiring Extended Treatment Coverage".  SLEEP: June 2006.

- Isaacson, Stuart H., Bogan, Richard K., Hosford, David A. "Ropinirole Reduces Sleep Disturbance in Patients with Primary Restless Legs Syndrome Who Report an Insufficient Amount of Sleep".  SLEEP: June 2006.

- Ferguson, James, Bogan, Richard K., Earl, Nancy L.  "Ropinirole CR Extended Release Demonstrates Improvements from the First Night of Treatment in Patients with Moderate-to-Severe Primary Restless Legs Syndrome (RLS)." AAN: April – May 2007.

- Ziman, Ronald B., Bogan, Richard K., Calloway, Michael O.  "Ropinirole CR – an Extended-Release Formulation – Improves Quality of Life in Patients with Moderate-to-Severe Primary Restless Legs Syndrome (RLS): Results from a 12-Week Pivotal Study".  AAN: April -May 2007.

- Bogan RK, Monaghan E. Ropinirole CR Extended Release Reduces Sleep Disturbance in Patients with Moderate-to-Severe Primary Restless Legs Syndrome: Results from a 12-Week, Randomized, Double-Blind, Placebo-Controlled Study. SLEEP 2007, Vol 40: A0831.

- Bogan RK, Monaghan E. Ropinirole CR Extended Release Improves Symptoms in Patients with Moderate-to-Severe Primary Restless Legs Syndrome: Results from a Pivotal, 12-Week Efficacy and Tolerability Study. SLEEP 2007, Vol 40: A0832.

- Ballard R, Bogan RK, Winkleman J, Koester J. three-month Effects of Pramipexole on Daytime Symptoms in Restless Legs Syndrome. SLEEP 2007, Vol 40: A0851.

- Ballard R, Bogan RK, Zee P, Albrecht S, Winkleman J. Improved Sleep as Rated by Several Measures in Patients Receiving Double-Blind Pramipexole for Restless Legs Syndrome. SLEEP 2007, Vol 40: A0852.

- Winkleman J, Bogan R, and Lainey E. Assessment of Daytime Somnolence Across Three Double-Blind Trials of Pramipexole for Restless Legs Syndrome. SLEEP 2007, Vol 40: A0858.

- Owens J, Bogan R, Lankford A, and Sheldon S. Modafinil is Well Tolerated in Children and Adolescents with Excessive Sleepiness and Obstructive Sleep Apnea: A 6-Week Double-Blind Study.  SLEEP 2007, Vol 40: A0257.

- Harsh J, Bogan R, and Roth T. Modafinil Improves Patients' Ability to Sustain Wakefulness in Everyday Situations: An Analysis of Responses to the Individual Questions of the Epworth Sleepiness Scale. Sleep 2007, Vol 40: A0501.

- Dinges D, Hirshkowitz M, Sangal R, and Bogan R. Modafinil Improves Behavioral Alertness in Patients with Obstructive Sleep Apnea Who Remain Sleepy on Nasal Continuous Positive Airway Pressure. SLEEP 2007, Vol 40: A0527.

- Becker P, Bogan RK, and Earl N. Ropinirole CR-A Novel Extended Release Formulation- Demonstrates onset of Symptom Improvement from The First Night of Treatment in Patients with Moderate-to-Severe Primary Restless Legs Syndrome. SLEEP 2007, Vol 40: A0823.

- Turner J, Bogan R, Mahaffey D, and James D. The SleepMed Insomnia Index, Epworth Sleepiness Scale, and International Restless Legs Scale as Clinical Measures of Assessment in Treated Subjects with Moderate to Severe Primary Restless Legs Syndrome. SLEEP 2007, Vol 40: A280.

- James, DS, Turner, JA, Bogan, RK, and Watson, CB. Symptomatic Improvement of Restless Legs Syndrome (RLS) Symptoms with Ropinirole CR Treatment. AANP: June 2007.

- Hening, W., Allen, R., Becker, P., Bogan, R., Fry, June., Keffel, J., Kudrow, D., Lesh, K., Ondo, W., Shollmayer, E., Vrooman, P., Walter, A., Winkelman, J. Rotigotine Transdermal Patch is Effective in the Treatment of Idiopathic RLS: Results of a 6-Month, Multicenter, Double Blind, Placebo-Controlled Trial. ANA: October 2007; SLEEP June 2008; 12th Annual International Congress of Parkinson's Disease and Movement Disorders, June 2008; European Federation of Neurological Society, Madrid, August 2008; ESRS, Glasgow, September 2008.

- Bogan, R., Hirshkowitz, M., Sangal, R., and Dinges, D. "Modafinil (Provigil) Improves the Ability to Sustain Attention in Patients with Obstructive Sleep Apnea and Residual Excessive Sleepiness Despite Regular CPAP Use".  US Psychiatric and Mental Health Congress, October 2007.

- Hill-Zabala, Christina, Bogan, Richard, Lee, Daniel, Lomax, Mark. A 52-Week, Open-Label Study to Assess the Long-Term Safety and Tolerability of Ropinirole

CR Extended Release Tablets in Patients with Restless Legs Syndrome (RLS), International Congress of Parkinson's Disease and Movement Disorders, June 2008.

- Bogan, RK and Turner JA. Correlates of Body Mass Index (BMI), Respiratory Disturbance Index (RDI), and Epworth Sleepiness Scale Scores (ESS) in an Out-Patient Sleep Population of Patients Undergoing Baseline Polysomnography (PSG): A Retrospective Analysis of 34,061 Patients. CHEST, 2008; 177 Suppl: A215.

- Bogan, RK, Turner JA, Reisfeld D, Zones T. Heart Rate Variability as a Measure of Autonomic Function in Treated Obstructive Sleep Apnea. CHEST, 2008; 177 Suppl: A478.

- Bogan, RK, Turner JA. Insomnia Assessment in Obstructive Sleep Apnea Using a New Tool: The Sleep Matrix. CHEST, 2008; 177 Suppl: A941.

- Bogan R and Turner J. Database Analysis of the Epworth Sleepiness Scale Score and the Respiratory Disturbance Index (RDI) Based on Body Mass Index (BMI) in Adults Presenting for Polysomnography (PSG) in One Out-Patient Sleep Clinic in South Carolina: A Retrospective Analysis of 1932 Consecutive Patients. SLEEP 2008, Vol. 31: A0467.

- Bogan R and Turner J. Pressure Profiles in Adult Heavy Snorers. SLEEP 2008, Vol. 31: A0468.

- Bogan R and Turner J, Todros K, Amos Y. Automated Signal Processing of EEG in Primary Insomnia Patients. SLEEP 2008, Vol. 31: A1014.

- Bogan R and Turner J, Todros K, Amos Y. High Frequency Spectral Patterns in Primary Insomnia. 19th Congress of the ESRS, SECC Glasgow, September 2008.

- Bogan R and Turner J, Todros K, Amos Y. Low Frequency Domains of EEG Segments in Primary Insomnia. 19th Congress of the ESRS, SECC Glasgow, September 2008.

- Bogan, RK, Turner JA, Reisfeld D, Zones T. Spectral Analysis of Heart Rate Variability in Treated Obstructive Sleep Apnea. ESRS, SECC Glasgow, September 2008.

- Bogan R and Turner J. The SleepMed Insomnia Index (SMI) and Epworth Sleepiness Scale (ESS) as Outcome Measures of Sleep Disturbance in Treated Narcolepsy. ESRS, SECC Glasgow, September 2008.

- Bogan R, Turner J, Todros K, Amos Y. Automated Scoring of Polysomnography First Night of Sleep in Primary Insomnia in a Cross-Over Research Design First Night in the Sleep Lab. CHEST 2008.

- Bornermann, M., Bogan R., Kushida, C., Tran, P., and Barrett, R.  Maintenance of Efficacy and Long-term Tolerability of Gabapentin Enacabril Compared with Placebo in Subjects with Restless Legs Syndrome.  Movement Disorder Society, Paris, France.  June 7-11, 2009.

- Schwartz, J., Becker, P., Tiller, J., Bogan, R.  Armodafinil Improves Patient-Reported Outcomes in Patients with Excessive Sleepiness Associated with Obstructive Sleep Apnea or Narcolepsy.  SLEEP 2009.

- Bogan, R., Rosenberg, R., Tiller, J., Yang, R., Youakim, J., Roth, T.  Armodafinil for Excessive Sleepiness Associated with Jet Lag Disorder.  SLEEP 2009.

- Bogan, R and Turner J. Natural History of Obstructive Sleep Apnea Treated with CPAP. Sleep, 2009: (Abstract supplement).

- Bogan R and Turner J, Todros K, Amos Y. Mean Segment Duration of Sleep EEG Spectral Domains: Examining the Pharmacodynamic Response to Therapy in Primary Insomnia. Sleep, 2009: (Abstract Supplement).

- Bogan R and Turner J, Todros K, Amos Y. Quantitative Changes in High and Low Frequency Spectral Domains in Primary Insomnia Distributed in Two Hour Intervals Across the Entire Night. Sleep, 2009: (Abstract Supplement).

- Bogan, R and Turner J. Distribution of Epworth Sleepiness Scale Scores (ESS) in 100998 Individuals Undergoing Polysomnography 2004-2008. Am. J. Respir. Crit. Care Med., Apr 2009;179.

- Bogan R and Turner J, Todros K, Amos Y Automated Analysis of Sleep EEG Examining the Pharmacodynamic Response to Therapy in Primary Insomnia. Am. J. Respir. Crit. Care Med., Apr 2009;179.

- Bogan, R and Turner J. Factor Analysis of Epworth Sleepiness Scale Questions in a Sleep Population Across Disease States. Chest Meeting 2009 Abstracts 136: 68S-a.

- Turner J and Bogan R. Assessment of Gender Related Differences of Obstructive Sleep Apnea Measured by the Epworth Sleepiness Scale. Chest Meeting 2009 Abstracts 136: 65S-a.

- Bogan R and Turner J, Todros K, Amos Y. Fundamental Frequency Below 4Hz as a Measure of EEG Synchrony in Treated Obstructive Sleep Apnea. WCSA, 2009.

- Bogan R and Turner J, Todros K, Amos Y. Heart Rate Variability in Treated Obstructive Sleep Apnea. WCSA, 2009.

- Bogan R and Turner J, Todros K, Amos Y. Automated Analysis of Human EEG Using Morpheus of Frequency Changes Compared to Traditional R&K Scoring of a Known Biological Signal. WCSA.

- Bogan R., Cramer B., Kushida C., Barrett, R. Evaluating Maintenance of Improvements in Sleep and Quality of Life in Subjects with Restless Legs Syndrome Treated with Gabapentin Enacarbil for up to 36 Weeks.  AAN, 2010.

- Bogan R., Ellenbogen A., Becker P., Ball E., Ondo W., Kushida C., Williams N., Caivano C. Gabapentin Enacarbil Improves Restless Legs Syndrome (RLS) Symptoms and Subjective Measures of Sleep in Subjects with Primary RLS with and without Severe Sleep Disturbance: Secondary Analyses from Two Studies. AAN, 2010.

- Bogan R., Bornemann M., Kushida C., Barrett R. Gabapentin Enacarbil Maintains Improvements in Sleep During Long-term Treatment in Subjects with Moderate-to-Severe Primary Restless Legs Syndrome, SLEEP, 2010.

-  Bogan R., Ellenbogen A., Ball E., Ondo W., Kushida C., Williams N., Caivano C., An Evaluation of Restless Legs Syndrome Symptom Augmentation in Subjects Treated with Gabapentin Enacarbil for 12 Weeks: Secondary Integrated Analyses from Two Studies, SLEEP, 2010.

- Bogan R and Turner J. Epworth Sleepiness Scale (ESS) and SleepMed Insomnia Index as Outcome Measures in Treated Insomnia.  63[th] AAN Annual Meeting, Toronto, Canada on April 10-17, 2010.

- Bogan R and Turner J. Outcomes of Sodium Oxybate in Narcolepsy in a Out-Patient Sleep Clinic Population. 63[th] AAN Annual Meeting, Toronto, Canada on April 10-17, 2010.

- Bogan R and Turner J. Degree of Sleepiness as Measured by the Epworth Sleepiness Scale in Mild to Moderately Severe Obstructive Sleep Apnea vs Sleep-Induced Hypoxemia *Chest October 1, 2010 138:914A. Slide Presentation.*

- Turner, J. and Bogan, RK. Prevalence of Alveolar Hypoventilation in 36,444 Patients Presenting for Evaluation of a Sleep Complaint Chest October 1, 2010 138:622A.

- Bogan R and Turner J. Insomnia in Obstructive Sleep Apnea (OSA) using the SleepMed Insomnia Index (SMI). American Thoracic Society. New Orleans, May 14-19, 2010.

- Bogan, RK, Price, R, and Turner J. Outcome Measures in Snoring and Mild Obstructive Sleep Apnea Treated with Provent [TM]. American Thoracic Society. New Orleans, May 14-19, 2010

- Turner, J. and Bogan, RK. Clinical Experience with Sleep Fragmentation in Narcolepsy Requiring Treatment. Sleep. Vol 33: A272, 2010.

- Turner, J. and Bogan, RK. Prevalence and Correlates of Slow Wave Sleep in Patients Undergoing Multiple Sleep Latency Testing (MSLT) for Hypersomnia. Sleep. Vol 33: A268, 2010.

- Bogan R and Turner J. Advanced Wavelet Analysis of High Frequency Spectral Domains across Two Hour Intervals in Insomnia. American Academy of Neurology 63rd Annual Meeting. Honolulu, Hawaii. April 13, 2011.

- Bogan R and Turner J. Correlation of Sleep Assessment Tools in Multiple Sleep Disorders Including Narcolepsy, Idiopathic Hypersomnia and Restless Legs Syndrome. American Academy of Neurology 63rd Annual Meeting. Honolulu, Hawaii. April 9- April 13, 2011.

- Bogan R and Turner J. Quantitative EEG and Clinical Outcome Measures in Treatment of Excessive Daytime Sleepiness with Sodium Oxybate. American Academy of Neurology 63rd Annual Meeting. Honolulu, Hawaii. April 13, 2011

- Bogan R and Turner J. 2011 ATS International Conference in Denver, Colorado. Correlates of Body Mass Index (BMI), Respiratory Disturbance Index (RDI), and Epworth Sleepiness Scale Scores (ESS) in an Out-Patient Sleep Population of Patients Undergoing Baseline Polysomnography (PSG): A Retrospective Analysis of 100,569 Patients. May 15, 2011.

- Bogan R and Turner J. 2011 ATS International Conference in Denver, Colorado. Clinical Correlates and Prevalence of Alveolar Hypoventilation in a Sleep Clinic Population. May 17, 2011.

- Turner, J. and Bogan, RK. Prevalence of Alveolar Hypoventilation in Men Age 40-65 Presenting for Evaluation of a Sleep Complaint. SLEEP 2011 25th Anniversary Meeting of the Associated Professional Sleep Societies, Minneapolis Convention Center in Minneapolis, Minnesota, June 13, 2011.

- Bogan R and Turner J. Prevalence of Alveolar Hypoventilation in Menopausal Women Presenting for Evaluation of a Sleep Complaint. Oral Presentation. SLEEP 2011 25th Anniversary Meeting of the Associated Professional Sleep Societies, Minneapolis Convention Center in Minneapolis, Minnesota, June 14, 2011.

- Bogan R and Turner J. EEG Segment Duration Calculated by Adaptive Segmentation as a Measure of Sleep State Stability in Insomnia.  SLEEP 2011 25th Anniversary Meeting of the Associated Professional Sleep Societies, Minneapolis Convention Center in Minneapolis, Minnesota, June 15, 2011.

- Bogan R and Turner J. Sleep EEG Power Spectra Transitions during Slow Wave Sleep in Primary Insomnia. SLEEP 2011 25th Anniversary Meeting of the Associated Professional Sleep Societies, Minneapolis Convention Center in Minneapolis, Minnesota, June 15, 2011.

- Kavanagh S, Caivano C, Ondo W, Becker P, Bogan, R et al. Gabapentin Enacarbil in Subjects with Moderate-to-Severe Primary Restless Legs Syndrome with and Without Severe Sleep Disturbance: Secondary Analyses of Novel Sleep Endpoints from Two Studies. Sleep 2011.

- Walters, A, Bogan R, Ondo, W, Allen, R. Sleep Improvement with Rotigotine Transdermal System in Patients with Moderate-to-Severe Idiopathic Restless Legs Syndrome: Results from Two 6-Month Placebo-Controlled Trials. Sleep 2011.

- Moran, K, Bogan, R, Stiasny-Kolster, K. Onset of Action of Rotigotine Transdermal System in the Treatment of Restless Legs. Sleep. Volume 34, 2011 Abstract Supplement.

- Bogan, RK and Turner JA. Changes in the Regulation of Breathing in Advanced Aged Adults 75 Years or Older. Chest. 2011;140(4_MeetingAbstracts):803A.

- Bogan, RK and Turner JA. Prevalence of Sleep Associated Alveolar Hypoventilation in a Young Adult Population Presenting for Evaluation of a Sleep Complaint. Chest. 2011;140(4_MeetingAbstracts):806A.

- Bogan, RK and Turner, JA. Prevalence of Sleep Associated Alveolar Hypoventilation in an Elderly Population Presenting for Evaluation of a Sleep Complaint. Chest. 2011;140(4_MeetingAbstracts):966A.

- Turner, JA, Bogan, RK. Gender Differences in Excessive Daytime Sleepiness Associated with Moderate to Severe Obstructive Sleep Apnea: A Review Of 103948 Cases. 2012: A5034, 10.1164/ajrccm-conference.2012.185.1_MeetingAbstracts.A5034.

- Bogan. RK and Turner, JA. Prevalence of Moderate to Severe Obstructive Sleep Apnea in Males and Females as A Function of BMI And Age in A Large Population of Patients Presenting to A Sleep Clinic for Evaluation of a Sleep Complaint. 2012: A5035, 10.1164/ajrccm-conference.2012.185.1_MeetingAbstracts.A5035.

- Malhotra, A, Bogan RK, Mehran , F. et al. Oral Pressure Therapy Improves Obstructive Sleep Apnea. 2012: A6810, 10.1164/ajrccm-conference.2012.185.1_MeetingAbstracts.A6810.

- Bogan. RK and Turner, JA. Gender Differences in Excessive Daytime Sleepiness Associated with Moderate to Severe Obstructive Sleep Apnea: A Review Of 103948 Cases. 2012: A5034, 10.1164/ajrccm-conference. 2012.185.1_MeetingAbstracts.A5034.

- Bogan, RK and Turner, JA. Prevalence of Moderate to Severe Obstructive Sleep Apnea in Males and Females as A Function of BMI And Age in A Large Population of Patients Presenting to A Sleep Clinic for Evaluation of a Sleep Complaint. 2012: A5035, 10.1164/ajrccm-conference.2012.185.1_MeetingAbstracts.A5035.

- Bogan RK, Feldman, N et al. A Double-blind, placebo-controlled, randomized, cross over study of the efficacy and safety of ADX-NO5 in the treatment of excessive daytime sleepiness in adult subjects for treatment of narcolepsy. Sleep. Volume 36 2013 Abstract Supplement.

- Mehran Farid-Moayer, Lawrence C. Siegel, Richard K. Bogan, Philip M. Becker, D A. Lankford. Safety and Effectiveness of Oral Pressure Therapy: 3-Month Treatment Evaluation. 2013: A2119, 10.1164/ajrccm-conference.2013.187.1_MeetingAbstracts.A2119.

- Cairns A. Poulos, G.  Bogan R. Evaluation of Obstructive Sleep Apnea Indices Using the ARES Portable Monitoring Device. 2014: A5614, 10.1164/ajrccm-conference. 2014.189.1_MeetingAbstracts.A5614.

- Mehran Farid-Moayer, Lawrence C. Siegel, Richard K. Bogan, Philip M. Becker, D A. Lankford. One Year Treatment of Obstructive Sleep Apnea with Oral Pressure Therapy. 2014: A5129, 10.1164/ajrccm-conference.2014.189.1_MeetingAbstracts.A5129.

- Mehran Farid-Moayer, Lawrence C. Siegel, Richard K. Bogan, Philip M. Becker, D A. Lankford. Oral Pressure Therapy with a new mouth piece for treatment of obstructive sleep apnea. 2014: A3609, 10.1164/ajrccm-conference.2014.189.1_MeetingAbstracts.A36.

- Cairns A. Poulos, Turner, J. Bogan R. Predictors of Sleep Apnea Based on Results From 200,421 Patients Undergoing Portable Recording. Chest. 2014; 146(4_MeetingAbstracts):941A.

- Bogan, RK, Cairns A. and Atwood, C. Portable Recording for The Diagnosis of OSA In Veterans Compared to General Clinic Patients: Are Veterans Really All

That Different? atsjournals.org/doi/abs/10.1164/ajrccm-conference. 2015.191.1_MeetingAbstracts.A3550.

- Bogan, RK, Cairns, A. Turner, JA. Prevalence and Clinical Correlates of Sleep Induced Hypoxemia In 146,195 Patients Undergoing Attended Polysomnography. 2015: A3549, 10.1164/ajrccm-conference. 2015.191.1_MeetingAbstracts.A3549.

- Cairns A. Poulos, Bogan R. Predictors of Abnormal AHI in High-Risk Veterans using Home Sleep Apnea Testing. Sleep, Volume 39, 2016 Abstract Supplement.

- Bogan, RK and Turner JA. Mean Segment Duration of Oxygen Desaturations (Seconds) in Sleep Induced Hypoxemia: A Review of 85886 Cases. A2533, 10.1164/ajrccm-conference.2016.193.1_MeetingAbstracts.A2533.

- Bogan, RK and Turner JA. Mean Segment Duration of Hypoxemia (MSD) In Obstructive Sleep Apnea: A Review Of 4041 Baseline Polysomnograms. ATS 2016: A2532, 10.1164/ajrccm-conference.2016.193.1_MeetingAbstracts.A2532

- Turner, J, Bogan RK. Mean Segment Duration of Hypoxemia in Obstructive Sleep Apnea: A Review of 94,045 Baseline Polysomnograms.  Sleep, Volume 39, 2016 Abstract Supplement.

- Bogan. RK. and Turner, J. Mean Segment Duration (MSD) in Seconds in Sleep Induced Hypoxemia: A review of 4041 Baseline Polysomnograms.  Sleep, Volume 39, 2016 Abstract Supplement.

- Bogan, RK, Evidente, VH, and Dojhrami, K. et al. Health Care Providers' Views and Practices Related to Augmentation in Restless Legs Syndrome (RLS): Results from an Electronic Survey. Sleep, Volume 39, 2016 Abstract Supplement.

- Bogan, RK, Evidente, VH, and Dojhrami, K. Understanding of Dosing of Restless Legs Syndrome (RLS) Approved Treatments by Sleep Specialists, Neurologists, and Other Health Care Providers (HCPs): Results from an Electronic Survey. Sleep, Volume 39, 2016 Abstract Supplement.

- Ruoff C. Bogan, RK, Emsellem, H. JZP-110 Has a Large Effect Size on the Maintenance of Wakefulness Test in Patients with Narcolepsy Independent of 20- or 40-Minute Censorship of the Data. Sleep. Volume 39, 2016 Abstract Supplement.

- Bogan, RK, Black, J, Swick, T. et al. Correlation of Changes in Patient-Reported Quality-of-Life with Physician-Rated Global Impression of Change in Patients with Narcolepsy Participating in a Clinical Trial of Sodium Oxybate. Sleep. Volume 39, 2016 Abstract Supplement.

**RESEARCH:**

**Principal Investigator:**

- Phase III Clinical Investigation Zithromax, 1991

- Phase III Clinical Investigation Centox, 1992

- A Nine-Week, Placebo-Controlled, Double-Blind, Randomized, Parallel-Group Study of the Safety and Efficacy of Two Fixed Doses (200 MG, 400 MG) of Oral Modafinil in Patients with Narcolepsy followed by a 40 Week, Open-Label, Flexible-Dose Continuation Study. 1994-1999. Research results published in the *Annals of Neurology*, January 1998.

- Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multi-Center Trial Comparing the Effects of Three Doses of Orally Administered Xyrem TM (gamma-hydroxybutyrate) for the Treatment of Narcolepsy Symptoms, 1997-1998.

- Evaluation of the Efficacy and Tolerability of Candesartan Cilexetil in Hypertensive Patients Across Several Aspects of Patient Demographics, 1998-1999.

- Long-Term, Open-Label, Multi-Center Extension Trial of Orally Administered Xyrem TM (gamma-hydroxybutyrate) for the Treatment of Narcolepsy Symptoms, 1998-2002.

- Open-Label, Multi-Center, Six-Month Trial of Xyrem TM (sodium oxybate) Oral Solution for the Treatment of Narcolepsy in Study Drug Naïve Patients, 1999-2000.

- Long-Term, Open-Label, Multi-Center Trial of Orally Administered Xyrem TM (sodium oxybate) Oral Solution for the Treatment of Narcolepsy, 1999-2002.

- A Double-Blind, Placebo-Controlled, Multi-Center, Randomized, Parallel-Group Study of the Effect of Four-Weeks of Provigil® (Modafinil) Treatment on Excessive Daytime Sleepiness in Obstructive Sleep Apnea Patients Treated with Nasal Continuous Positive Airway Pressure, 1999-2000.

- A Double-Blind Study Comparing Daily Doses of 200mg and 400mg of Oral PROVIGIL® (Modafinil) Using a Full-Day Profile of the Maintenance of Wakefulness Test in Patients with Narcolepsy Taking 1 of 3 Doses (200mg Once Daily, 400mg Once Daily, and 200mg Twice Daily), 2000.

- A Phase 3 Multi-Center, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Efficacy of 12 Weeks of 2 Oral Doses (200mg and 400mg Once Daily) of Provigil® (Modafinil) as Treatment for Adults with Excessive Daytime Sleepiness Associated with Obstructive Sleep

Apnea/Hypopnea Syndrome Followed by a 12-Month Open-Label Extension, 2000-2002.

- A Double-Blind, Placebo-Controlled Parallel Randomized Study of the Efficacy and Safety of (S)-Zopiclone in the Treatment of Adult Patients with Primary Insomnia, 2000-2001.

- Management of Excessive Daytime Sleepiness in Narcolepsy, 2000-2002.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Safety and Impact on Quality of Life of 12 Weeks of PROVIGIL® (Modafinil) Therapy at Dosages of 200 and 300mg Once Daily as Treatment for Adults with Excessive Sleepiness Associated with Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period, 2000-2002.

- A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060-MR-0102 in Patients with Chronic Sleep Maintenance Insomnia, 2001-2002.

- An Efficacy, Safety, and Dose Response Study of TAK-375 in Subjects with Chronic Insomnia, 2001-2002.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of 12 Weeks of PROVIGIL® (Modafinil) Therapy at a Dose of 200 mg as Treatment for Adults with Excessive Sleepiness Associated with Chronic Shift Work Sleep Disorder, Followed by a 12-Month Open-Label Extension Period, 2001-2003.

- A Randomized, Double-Blind, Placebo-Controlled Parallel, Two Week Objective Efficacy and Safety Study of Esopiclone in Elderly Subjects with Primary Insomnia, 2001-2002.

- A Randomized, Double-Blind, Placebo-Controlled, Dose-Response Study to Assess the Efficacy and Safety of a Modified Release Formulation of NBI-34060-MR-0103 in Elderly Patients with Chronic Sleep Maintenance Insomnia, 2002.

- Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Multi-Center Trial Comparing the Effects of Orally Administered Xyrem® (sodium oxybate) with Placebo for the Treatment of Narcolepsy, 2002-2004.

- A 12-Week, Double-Blind, Placebo-Controlled, Parallel Group Study to Assess the Efficacy, Safety and Tolerability of Ropinirole in Subjects with Restless Legs Syndrome (RLS) Suffering from Periodic Limb Movements of Sleep (PLMS), 2002.

- Comparison of efficacy and safety of zolpidem-MR 12.5 mg and placebo in patients with primary insomnia.  A double-blind, randomized, placebo-controlled, parallel-group study, 2002-2003.

- A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Long-Term Safety and Efficacy of Two Dose Levels of NBI-34060 in Adult Patients With primary Insomnia, 2002-2003.

- Open-Label, Multi-Center Safety Trial Studying the Effects of Orally Administered Xyrem (Sodium Oxybate), 2002-2004.

- A Randomized, Double-Blind, Active and Placebo Controlled 4-Way Crossover Study of the Safety and Efficacy of PD 0200390, Zolpidem, and Placebo in Primary Insomnia (Protocol A4251003), 2002.

- A Phase III, Randomized, Double-Blind, Placebo-Controlled, Crossover Study to Determine the Safety and Efficacy of TAK-375 in Elderly Subjects with Chronic Insomnia, 2002-2003.

- A Phase III, Open Label, Fixed-Dose Study to Determine the Safety of Long-Term Administration of TAK-375 in Subjects with Chronic Insomnia, 2002-2004.

- A 52-Week Open-Label Extension Study of the Long-Term Safety of Ropinirole in Subjects Suffering from Restless Legs Syndrome (RLS), 2002-2004.

- Validation of Snore Detection in Respironics' Stardust II, 2002.

- Validation of a New Comfort Mode Feature During Ventilatory Support for Patients with Respiratory Insufficiency, 2002-2003.

- A Phase III, Randomized, Double-Blind, Placebo-Controlled, Multicenter, Single-Dose Study of TAK-375 in Healthy Adult Volunteers in a Sleep Lab Model of Transient Insomnia, 2002-2003.

- Randomized, Double-Blind, Double-Dummy, Placebo-Controlled, Parallel-Group, Multi-Center Trial Comparing the Effects of Orally Administered Xyrem (sodium oxybate) with Modafinil with Placebo for the Treatment of Daytime Sleepiness in Narcolepsy.  2003-2004.

- Evaluation of a Therapy Mode Feature that Provides Average Volume Assured Pressure Support (AVAPS) to Patients with Respiratory Insufficiency, 2003.

- A Multicenter, randomized, Double-Blind, Active-and-Placebo-Controlled 5-Way Crossover Study of the Safety and Efficacy of PD 0299685, Zolpidem, and Placebo in Primary Insomnia (Protocol A4291004), 2003.

- A Randomized, Double-Blind, Placebo-Controlled, Multicenter, Phase III Study of Rosuvastatin (Crestor) 20 mg. in the Primary Prevention of Cardiovascular Events Among Subjects with Low Levels of LDL-Cholesterol and Elevated Levels of C-Reactive Protein, 2003-2008.

- Clinical Comparison of Respironics, Inc. BiPap Harmony 2 Versus Other Currently Marketed Home Ventilation Systems, 2003.

- A 12- Week, Double-Blind, Placebo Controlled, Parallel Group Study to Assess the Efficacy and Safety of Ropinirole in Patients Suffering from Restless Legs Syndrome (RLS) 101468/249, 2003-2004.

- Evaluation of the hypnotic properties of zolpidem-MR 12.5 mg and zolpidem 10 mg marketed product compared to placebo in patients with primary insomnia.  A double-blind, randomized, placebo-controlled, three way cross-over study, 2003.

- A Six-Month, Chronic Efficacy and Safety Study of Eszopiclone in Adult Subjects with Primary Insomnia: A Randomized Double-Blind, Placebo-Controlled Study, 2003-2004.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel Group, Multicenter, Fixed-Dose, Polysomnographic Study of PD 0200390 in Patients with Primary Insomnia, 2003-2004.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of GABITRIL® (4, 6, 8, and 10 mg) Treatment in Adult Patients with Primary Insomnia, 2004.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of GABITRIL® (2, 4, 6, and 8 mg) Treatment in Elderly Patients with Primary Insomnia, 2004.

- A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of CEP-10953 (150 and 250 mg/day) as Treatment for Adults with Excessive Sleepiness Associated with Narcolepsy, 2004.

- A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of CEP-10953 (150 mg) as Treatment for Adults with Excessive Sleepiness Associated with Chronic Shift Work Sleep Disorder, 2004.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Clinical Trial Comparing Fixed Doses of 0.25 mg, 0.50 mg, and 0.75 mg pramipexole (Mirapex®) Administered Orally to Investigate the Safety and Efficacy in Patients with Idiopathic Restless Legs Syndrome for 12 Weeks, 2004-2005.

- A North American, 4-Week, Multicenter, Phase IIB Double-Blind, Placebo-Controlled, Randomized, Multiple Dose, Parallel-Group Study of the Efficacy and Safety of 0.5 mg, 1.0 mg and 2.0 mg M100907 Tablets in the Treatment of Sleep Maintenance Insomnia, 2004.

- A Phase 3, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Assess the Efficacy and Safety of PROVIGIL® (Modafinil) Treatment (100, 200, and 400 mg/day) in Children and Adolescents with Excessive Sleepiness Associated with Narcolepsy, 2004-2006.

- A 1-Year Open-Label, Flexible-Dosage Extension Study to Assess the Safety and Continued Effectiveness of PROVIGIL® (Modafinil) Treatment in Children and Adolescents with Excessive Sleepiness Associated with Narcolepsy or Obstructive Sleep Apnea/Hypopnea Syndrome, 2004-2006.

- A Double-Blind, Randomized, Placebo-Controlled, Multicenter, 30-Night Polysomnographic Study of MK-0928 in Elderly Patients with Primary Insomnia, 2004-2006.

- A study to define the non-restorative sleep population, 2004-2005.

- Evaluation of the long-term efficacy and safety of zolpidem-MR 12.5-mg compared to placebo, when both are administered over a long-term period "as needed", in patients with chronic primary insomnia. (A randomized, double-blind, placebo-controlled, parallel group, multicentre, phase IIIb clinical study), 2004-2005.

- Evaluation of a New Device - HeartPAP™ - for the Treatment of Patients with Sleep Disorder Breathing, 2004-2005.

- REMstar® Pro with C-Flex™ - Therapy for Non-Sleepy Subjects: Comparison with Conventional CPAP Therapy, 2004-2005.

- The effect of vestibular stimulation on transient insomnia induced by a four-hour phase advance of sleep time, 2004-2005.

- Comparison of Respironics' Stardust II with PSG and Somté Sleep System, 2004-2005.

- A 12 Week, Double-Blind, Placebo Controlled, Twice Daily Dosing Study to Assess the Efficacy and Safety of Ropinirole in Patients Suffering from Restless Legs Syndrome (RLS) Requiring Extended Treatment Coverage, 2004-2006.

- A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of CEP-10953 (150 and 250 mg/day) as

Treatment for Adults with Residual Excessive Sleepiness Associated with Obstructive Sleep Apnea/Hypopnea Syndrome, 2004.

- A 12 Week, Double-Blind, Placebo-Controlled Study to Assess the Tolerability, Efficacy and Safety of Ropinirole Dosed PRN in Subjects with Restless Legs Syndrome (RLS) who Respond to Open-Label Treatment with Ropinirole. (TREAT RLS PRN), 2005-2006.

- A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group, Multicenter, Study of MK-0928 in Healthy Adult Volunteers Participating in a 4-hour Phase Advance Model of Transient Insomnia, 2005-2006.

- A Short-Term (8-Week) Open-Label Study, followed by a Long-Term Evaluation, To Assess Patient Satisfaction with Armodafinil Treatment (150 to 250 mg/day) for Excessive Sleepiness in Adults with Narcolepsy or Obstructive Sleep Apnea / Hypopnea Syndrome (OSAHS), 2005-2006.

- A Randomized, Double-Blind, Placebo-Controlled Study to Determine the Long-Term Efficacy and Safety of Ramelteon in Adults with Chronic Insomnia, 2006.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Multiple-Dose Plasma Concentration-Time Profiles of Armodafinil (150, 200, and 250 mg) and Provigil® (200 mg) in Patients with Chronic Shift Work Sleep Disorder, 2006.

- A 52-Week, Open-Label Study to Assess the Long-Term Safety of Ropinirole Extended Release (XR) in Patients with Restless Legs Syndrome (RLS), 2005-2007.

- A Randomized, Double-Blind, Placebo-Controlled, Cross-Over Study to Evaluate Effects of the APD125 in Patients with Insomnia, 2005-2007.

- An Open-Label Extension Trial to Investigate the Safety and Tolerability of Long-Term Treatment with Transdermal Rotigotine in Subjects with Idiopathic Restless Legs Syndrome,2005-2007.

- A 4-Week, Randomized, Double-Blind, Cohort Study to Evaluate the Safety and Tolerability of Converting from Ropinirole Immediate Release (IR) to Ropinirole Extended Release (XR) Formulation in Patients with Restless Legs Syndrome (RLS), 2006.

- Efficacy and Safety of Eplivanserin 5mg/day on Sleep Maintenance Insomnia: a 6-week, Multicenter, Randomized, Double-Blind, Placebo-Controlled Study, 2006 – 2007.

- A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel Study to Investigate the Efficacy and Safety of a Single Oral Dose of VEC-162 (20, 50, and 100 mg) and Matching Placebo in Healthy Male and Female Subjects with Induced Transient Insomnia, 2006.

- A 28 day, Polysomnographic and Subjective Assessment of GW679769, 10 and 30 mg, for the Treatment of Primary Insomnia:  A Randomized, Double-Blind, Parallel-Group, Placebo-Controlled Trial, 2006 – 2007.

- A Long-Term Study of XP13512 vs. Placebo Treatment Assessing Maintenance of Efficacy and Safety in Patients with Restless Legs Syndrome, 2006 – 2008.

- A Phase III, Randomized, Double-Blind, Placebo-Controlled, Outpatient Study to Assess the Long-Term Safety and Efficacy of Two Dose Levels or NB1-34060 in Adult Patients with Primary Insomnia, 2006.

- A Randomized, Double-Blind Comparison of 5 mg of LY2422347, 15 mg of LY2422347, and Placebo in the Treatment of Patients with Primary Insomnia, 2006.

- A phase IV randomized, double-blind, active and placebo-controlled, 6-week trial to investigate the efficacy and safety of a starting (and fixed) dose of 0.25 mg Pramipexole (Mirapex) in patients w idiopathic Restless Legs Syndrome, 2006-2007.

- Switch:  An open Label Prospective Study of Restless Legs Patients Switched to Ropinirole from Pramipexole To Help Determine the Equipotent Dose, 2006-2007.

- Efficacy and Safety of eplivanserin 5mg/day on Sleep Maintenance Insomnia:  a 12-week multicenter, randomized, double-blind, placebo-controlled study followed by an open treatment phase extension with eplivanserin for 40 weeks period, 2006-2007.

- A phase 2, Double-blind, randomized, placebo-controlled, parallel-group, Multicenter Proof-of-Concept Study to Evaluate the Safety and Efficacy of Ramelteon Taken in Combination with Doxepin for the Treatment of Subjects with Chronic Insomnia, 2006-2007.

- A Phase II Randomized, Double-blind, Double-dummy, Placebo and Comparator-Controlled, Parallel Group, Multi-Center Study to Investigate the Safety and Efficacy of a Single Dose of JNJ-17216498 Administered to Subjects with Narcolepsy, 2006-2008.

- A randomized, multicenter, double-blind, placebo-controlled, parallel group study to assess the hypnotic efficacy of EVT201 in the treatment of primary insomnia in elderly patients with daytime sleepiness, 2006.

- A 12-week, Multi-Center, Double-Blind, Placebo-Controlled, Parallel Group, Flexible Dose Polysomnography Study of Ropinirole and Periodic Limb Movements (PLM) During Sleep, 2006.

- A multi-center, randomized, open-label, active controlled, parallel arm study to compare the efficacy of 12 weeks of treatment with Vildagliptin 100 mg, qd to thiazolidinedione (TZD) as add-on therapy in patients with type 2 diabetes inadequately controlled with Metformin monotherapy in a community-based practice, 2006-2007.

- A Randomized, Double-Blind, Placebo-Controlled Dose-Response Study to Assess the Efficacy, Safety, and Pharmacokinetics of XP13512 in Patients with Restless Legs Syndrome, 2006-2007.

- An Open-Label, 52-Week Extension Study Assessing XP13512 Safety and Efficacy in Patients with Restless Legs Syndrome, 2007-2008.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel, Proof of Concept Study to Evaluate the Effectiveness of Ramelteon to Advance the Timing of Sleep in individuals with Delayed Sleep Phase Syndrome (DSPS), 2007-2008.

- A Randomized, Double Blind, Placebo-Controlled, Parallel Group Study to Demonstrate the Subjective Treatment Effects of Ramelteon on Sleep Using a Post Sleep Questionnaire – Interactive Voice Response System (PSQ-IVRS) in an "At-Home Setting" in an Adult Population with Chronic Insomnia, 2007.

- Multicenter, double-blind, randomized, placebo-controlled, 5-period, 5-treatment crossover, dose-finding study to evaluate the efficacy and safety of oral administration of ACT-078573 in elderly subjects with chronic primary insomnia, 2007.

- A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Armodafinil at a Target Dosage of 200 mg/day as Treatment for Adults with Excessive Sleepiness Associated with Obstructive Sleep Apnea/Hypopnea Syndrome with Comorbid Major Depressive Disorder or Dysthymic Disorder, 2007 – 2009.

- A Randomized, Double-blind, Placebo-controlled Subjective Study to Assess the Efficacy of APD125 in Patients with Primary Insomnia Characterized by Difficulty Maintaining Sleep, 2008.

- A Randomized, Double-Blind, Parallel Group, Placebo-controlled, Multicenter Outpatient Trial of PD 0200390 in Adults with Nonrestorative Sleep, 2008.

- A Three-Group Proof-Of-Principal Study to Evaluate and Compare Different Biometric Technologies Designed to Assess Quality of Sleep in Healthy Subjects, 2008.

- A 3-Day, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Effect of Armodafinil Treatment (50 and 150 mg/day) in Healthy Subjects with Excessive Sleepiness Associated with Jet Lag Disorder, 2008-2009.

- A polysomnography study of GSK1838262 (XP13512) sustained release tablets versus placebo in the treatment of Restless Legs Syndrome (RLS) and associated sleep disturbance, 2008-2009.

- Efficacy and safety of eplivanserin 5 mg/day in insomnia characterized by sleep maintenance difficulties: a 6-week, randomized, double-blind, placebo-controlled, polysomnography study, 2008-2009.

- A 12-Week, Randomized, Double-Blind, Placebo-Controlled, Parallel-Group, Fixed-Dosage Study to Evaluate the Efficacy and Safety of Armodafinil (50, 150, and 250 mg/day) as Treatment for Patients with Excessive Sleepiness Associated with Mild or Moderate Closed Traumatic Brain Injury, 2009 –2010.

- A Phase III, Multicenter, Randomized, Double-Blind, Placebo-Controlled, Parallel- Group, Long-Term Safety Study of MK-4305 in Patients with Primary Insomnia, 2009 –2011.

- A Phase IIb, Multicenter, Randomized, Double-Blind, Placebo-Controlled, 2-Period Adaptive Crossover Polysomnography Study to Evaluate the Safety and Efficacy of MK-6096 in Patients with Primary Insomnia, 2009 –2011.

- A Randomized, Double-Blind, Placebo-Controlled, 3-Way Crossover, Multicenter Polysomnography Study of Pregabalin And Pramipexole In Adults with Restless Legs Syndrome, 2009 –2011.

- Effects of Pregabalin On Sleep Maintenance in Subjects with Fibromyalgia Syndrome and Sleep Maintenance Disturbance: A Randomized Placebo-Controlled 2-Way Crossover Polysomnography Study, 2009 –2010.

- Pfizer 1015. Randomized Phase 2, Double-Blind, Placebo-Controlled, Cross-over Multicenter Study of PF-0365746 as a daily treatment for excessive sleepiness (EDS) Associated with Narcolepsy 2009-2012.

- Randomized, Double-Blind, 12-Month Study of Pregabalin In Subjects with Restless Legs Syndrome, 2009 –2012

- A prospective, multicenter, parallel group, sham-controlled, randomized, double-blinded clinical trial to compare the safety and effectiveness of the Provent™ Professional Sleep Apnea Therapy device to sham for the non-invasive treatment of obstructive sleep apnea-hypopnea, 2009 –2012

- Is Adaptive Servo-Ventilation Therapeutically More Effective Than Continuous Positive Airway Pressure in Treating Complex Sleep Apnea Syndrome? 2009 – 2012.

- GSK Summit: A Clinical Outcomes Study to Compare the Effect of Fluticasone Furoate/Vilanterol Inhalation Powder 100/25 mcg with Placebo on Survival of Subjects with Moderate Chronic Obstructive Pulmonary Disease (COPD) and an history of increased risk for cardiovascular disease 2010-2011.

- A Randomized, Double-Blind, Sham-Controlled, Multicenter Study of the Symphony™ Counter-stimulation Device in Restless Legs Syndrome, 2009.

- Cephalon 3067: A Twelve Week:  Randomized, Double-Blind placebo-controlled, Parallel- Group Fixed Dosage Study to Evaluate the Efficacy and Safety of Armodafinil (50, 150, and 250mg/day) as Treatment for Patients with excessive sleepiness associated with Mild to Moderate Closed Traumatic Brain Injury, 2009-2010.

- IMPAX RLS: A Randomized, Double-Blind, Placebo-Controlled Safety and Efficacy Study of IPX 159 in the treatment of Moderate to Severe Restless Legs Syndrome. 2011-2013.

- Merck 6096 Phase IIb Double Blind placebo-controlled 2 period adaptive crossover PSG study to evaluate the safety and efficacy in patients with insomnia, 2009-2011.

- Merck 4305 Phase III Double Blind placebo-controlled parallel long-term safety study in patients with primary insomnia 2009-2011.

- VSOM: The effect of Vestibular stimulation on chronic insomnia 2009-2011.

- Cephalon 4030, Double Blind placebo-controlled to Evaluate the Efficacy and Tolerability of Armodafinil Treatment in improving clinical condition late in the shift and improving patient reported outcomes in adult patients with excessive sleepiness associated with shift worker sleep disorder, 2010-2011.

- Glycosa/ResMed: Effect of CPAP Treatment on Glycemic Control in patients with Type II Diabetes Mellitus and Obstructive Sleep Apnea 2010-2012.

- Vanda: A Multicenter Randomized Double-Blind Placebo Controlled Parallel Study to Investigate the Efficacy and Safety of 20mg Tasimelton Versus Placebo in totally blind Subjects with N2HSWD Followed by an OLE Phase 2011-2014.

- APNEX: Pivotal Study of the Apnex Medical Hypoglossal Nerve Stimulation (HGNS) system to treat Obstructive Sleep Apnea 2011-2013.

- AERIAL: A four week, Double-blind, placebo-controlled, randomized, cross-over study of the safety and efficacy of ADX-N05 in the treatment of excessive daytime sleepiness 2011-2013.

- AERIAL: A twelve week, Double-blind, placebo-controlled, randomized, parallel-group study of the efficacy of ADX-NO5 in the treatment of excessive daytime sleepiness in subjects with narcolepsy 2012-2013.

- APNICURE FIT II: A Multicenter Prospective Variable Duration, Reiterative Development and Evaluation Study of ApniCure's Therapy System (s) for the Treatment of Obstructive Sleep Apnea. 2009-2011.

- APNICURE FIT III: A Multicenter Prospective Variable Duration, Reiterative Development and Evaluation Study of ApniCure's Therapy System (s) for the Treatment of Obstructive Sleep Apnea. 2012-2014.

- ATLAST Long-Term: A Multicenter Prospective Long-Term Study of the Attune Sleep Apnea System for the Treatment of Obstructive Sleep Apnea 2011-2013.

- CONCORD: A Randomized Double-Blind Placebo-Controlled Fixed Dose, Parallel Group Study to Compare Efficacy, Tolerability and Safety of 3 Doses of Gabapentin Enacarbil (GSK 1838262) With Placebo in the Treatment of Subjects with Moderate –To-Severe Restless Legs Syndrome (RLS) 2012-2013

- SCALE [TM]. Sleep Apnoea: Effect of Liraglutide in Obese Subjects with Moderate or Severe Obstructive Sleep Apnea. A 32-week randomized. Double-blind, placebo-controlled, parallel group, multi-center and multinational trial parallel group, multi-center and multinational trial. 2012-2013.

- Fisher and Paykel Healthcare FPH-083-01: Comparison study of the ICON [TM] CPAP series with and without Sens Awake [TM] 2013-2014.

- Eisai E 2006-G000-201: A Multicenter, randomized. Double-blind, placebo-controlled, parallel –group, Bayesian adaptive, randomization design, dose response study of the efficacy of E2006 in Adults and Elderly subjects with chronic insomnia. 2013-2014.

- BIG4CPAP (Phillips Respironics) PGI-BIG4-1331-MS): Educational Materials and Usage Feedback to Promote CPAP Adherence, 2013-2014.

- A Twelve-week, Double-blind, Placebo-controlled, Randomized, Parallel-group, Multicenter Study of the Safety and Efficacy of JZP-110 in the Treatment of Excessive Sleepiness in Subjects with Narcolepsy, Ph III,(JAZZ Pharmaceuticals, 2014-2015)

- A Twelve-week, Double-Blind, Placebo-Controlled, Randomized, Parallel-Group, Multicenter Study of the Safety and Efficacy of JZP-110 in the Treatment of Excessive Sleepiness in Subjects with Obstructive Sleep Apnea (OSA), Ph III,(JAZZ Pharmaceuticals, 2014-2015)

- A Randomized, Placebo-Controlled, Double-blind, Fixed-Dose, Multiple Cohort, Multiple Crossover, Dose-Finding Study of Oral BTD-001 in Adults with Idiopathic Hypersomnia or Narcolepsy Type 2, PhIIb, (Balance Therapeutics, Inc., 2015)

- A Double-Blind, Placebo-Controlled, Randomized-Withdrawal, Multicenter Study of the Efficacy and Safety of Xyrem with an Open-Label Pharmacokinetic Evaluation and Safety Extension in Pediatric Subjects with Narcolepsy with Cataplexy, PhII/III, (JAZZ Pharmaceuticals, 2014-2015)

- A Multicenter, Open-Label, Single-Dose Pharmacokinetic and Safety Evaluation of HORIZANT in Adolescents Aged 13-17 Years Old with Moderate-to-Severe Restless Legs Syndrome, Ph I (XenoPort,Inc., 2015)

- A Multicenter, Randomized, Double-Blind, Placebo-Controlled, Active Comparator, Parallel-Group Study of the Efficacy and Safety of Lemborexant in Subjects 55 and Older with Insomnia Disorder, PhIII, (EISAI Inc., 2016, E2006-G000-304).

- EXPRESS (Jazz 13-005): A Randomized, Double-Blind, Placebo-Controlled, Randomized –Withdrawl Multicenter Study of the Efficacy and Safety of Xyrem in an Open-Label Pharmacokinectic Evaluation and Safety Extension in Pediatric Subjects with Narcolepsy and Cataplexy.  2014-2017

**Expert Report, Deposition, and Testifying Experience (last 5 years)**

- *Jazz Pharmaceuticals, Inc. v. Amneal Pharmaceuticals LLC*, Civ. No. 13-391 (D.N.J.)

# EXHIBIT B

Neurol Ther
https://doi.org/10.1007/s40120-024-00607-8



**ORIGINAL RESEARCH**

# Dosing Optimization of Low-Sodium Oxybate in Narcolepsy and Idiopathic Hypersomnia in Adults: Consensus Recommendations

Anne Marie Morse ⓘ · Richard K. Bogan ⓘ · Asim Roy ·
Michael J. Thorpy ⓘ

Received: December 15, 2023 / Accepted: March 18, 2024
© The Author(s) 2024

## ABSTRACT

***Introduction***: Low-sodium oxybate (LXB) is approved for treatment of narcolepsy in patients aged 7 years and older and treatment of idiopathic hypersomnia in adults. LXB contains the same active moiety with 92% less sodium than sodium oxybate (SXB). As the indication for oxybate treatment in patients with idiopathic hypersomnia is new and allows for individualized dosing optimization, guidance for beginning LXB treatment is needed. In particular, clinicians may benefit from guidance regarding treatment initiation, dosing/regimen options, potential challenges, and treatment expectations. Additionally, pharmacokinetic

profiles differ slightly between both treatments, and further guidance on transitioning from SXB to LXB in patients with narcolepsy may aid clinicians.

***Methods***: An expert panel of five sleep specialists was convened to obtain consensus on recommendations for these topics using a modified Delphi process.

***Results***: Across two virtual meetings, the panel agreed on 31 recommendations with a high degree of consensus that fell into four overarching topics: (1) introducing LXB to patients; (2) initiating LXB for adult narcolepsy and idiopathic hypersomnia; (3) addressing challenges in using LXB; and (4) transitioning from SXB to LXB. The panel recommended that clinicians provide a clear overview of how LXB works for treating symptoms in narcolepsy or idiopathic hypersomnia, as appropriate for their patients, explain safety aspects, and set expectations prior to initiating LXB treatment. Strategies for initial dosing and regimen are provided. Strategies for adjusting the dose, regimen, timing, and consideration of individual factors were developed for specific instances in which patients may have trouble staying asleep or waking up, as well as guidance for addressing potential adverse events, such as nausea, dizziness, anxiety, and depression. Discussion points based on existing literature and clinical experience were included as relevant for each statement.

**Supplementary Information**   The online version contains supplementary material available at https://doi.org/10.1007/s40120-024-00607-8.

A. M. Morse (✉)
Janet Weis Children's Hospital, Geisinger Medical Center, 100 North Academy Avenue, Danville, PA 17822, USA
e-mail: amorse@geisinger.edu

R. K. Bogan
University of South Carolina School of Medicine, Columbia, SC, USA

A. Roy
Ohio Sleep Medicine and Neuroscience Institute, Dublin, OH, USA

M. J. Thorpy
Albert Einstein College of Medicine, Bronx, NY, USA

△ Adis

Neurol Ther

**Conclusion**: Clinicians may use this resource to guide LXB dosing optimization with patients.

**Keywords**: Consensus panel; Drug therapy; Idiopathic hypersomnia; Narcolepsy; Low-sodium oxybate; Recommendations; Titration

<div style="background:#e8911f; padding:4px;">

**Key Summary Points**

</div>

*Why carry out this study?*

As a result of the recent approval of low-sodium oxybate for treating idiopathic hypersomnia, in addition to the previously approved indication for narcolepsy, expert guidance on when and how to adjust dosing, as well as detailed guidance for patients who are transitioning from sodium oxybate to low-sodium oxybate, will be of great benefit to physicians.

An expert panel of five practicing physicians with extensive expertise in treating patients with narcolepsy and/or idiopathic hypersomnia developed a set of 31 recommendation statements to guide low-sodium oxybate treatment.

*What was learned from the study?*

The panel's recommendation statements were organized into four overarching topics: (1) introducing low-sodium oxybate to patients; (2) initiating low-sodium oxybate for adult narcolepsy and idiopathic hypersomnia; (3) addressing challenges in using low-sodium oxybate for adult narcolepsy and idiopathic hypersomnia; and (4) transitioning from sodium oxybate to low-sodium oxybate.

The panel recommended that clinicians explain how LXB works, explain safety aspects, and set expectations with their patients prior to starting treatment.

Strategies were recommended for optimizing LXB dosage based on individual efficacy and tolerability and ensuring adequate sleep duration.

# INTRODUCTION

Narcolepsy and idiopathic hypersomnia are unique chronic sleep disorders with the common symptom of excessive daytime sleepiness (EDS) [1]. Narcolepsy is also associated with cataplexy (narcolepsy type 1 only), disrupted nighttime sleep, sleep paralysis, and hypnagogic/hypnopompic hallucinations [1, 2]. Idiopathic hypersomnia symptoms include sleep inertia; long, unrefreshing naps; and long times (those who sleep $\geq$ 10 or 11 h per 24-h period often experience worse symptoms) [1, 3, 4]. The standard of care for patients with narcolepsy has been sodium oxybate (SXB, Xyrem® [Jazz Pharmaceuticals; Dublin, Ireland]), which is approved for treating EDS or cataplexy in people 7 years of age or older [5–9]. A new oxybate formulation (calcium, magnesium, potassium, and sodium oxybates), low-sodium oxybate (LXB, Xywav® [Jazz Pharmaceuticals; Dublin, Ireland]), was approved by the United States Food and Drug Administration (US FDA) in 2020 for patients with narcolepsy and in 2021 for adults with idiopathic hypersomnia [10–14]. Until US approval of LXB, no medication had been approved for treatment of idiopathic hypersomnia worldwide [10]. LXB has the same active moiety as the high-sodium oxybate SXB (i.e., gamma-hydroxybutyrate [GHB]) but has 92% less sodium [10, 15].

SXB and LXB are salts of GHB that are hypothesized to act on GABAergic circuits within the brain. GHB enhances sleep/wake state stability, thereby improving EDS and preventing cataplexy [9, 16]. Similar to SXB, LXB is administered as a liquid $\geq$ 2 h after eating and is taken while in bed. The pharmacokinetics of GHB are nonlinear [17], which is important to consider when assessing the pharmacodynamics of SXB and LXB. LXB meets bioequivalence criteria for area under the curve with SXB but has some pharmacokinetic/pharmacodynamic (PK/PD) differences [18]. In fasting individuals, LXB takes slightly longer than SXB to reach a maximum plasma concentration ($T_{max}$ median 1.00 h vs 0.52 h, respectively), and the maximum plasma concentration for LXB is lower than that of SXB ($C_{max}$ median 94.63 µg/mL vs

123.0 µg/mL, respectively). Nevertheless, LXB demonstrates robust efficacy over multiple symptoms in patients with narcolepsy or idiopathic hypersomnia [19, 20].

Although physicians have been prescribing SXB to patients with narcolepsy for 2 decades, recommendations for optimizing LXB dosing may be useful for prescribers given its newer indication for individuals with idiopathic hypersomnia, as well as its subtle PK/PD differences with SXB. LXB allows for flexible dosing paradigms, both in the titration of the dose amount in grams as well as the number of doses taken per night (for patients with idiopathic hypersomnia). The recommended maximum total nightly dose of LXB for patients with narcolepsy is 9 g, divided into two doses. For idiopathic hypersomnia, the recommended maximum dose is 6 g (once nightly) or 9 g (twice nightly) [10]. Based on experience with SXB, recommendations for LXB may include explaining to patients how LXB works and setting expectations on time to therapeutic effect.

Awareness of potential challenges with patients who are taking LXB, such as the need to individualize treatment regimens, can also be helpful. LXB, similar to SXB, should be taken twice nightly in participants with narcolepsy, and in a social media-based analysis of people with narcolepsy who took SXB, 65% of patients reported missing the second dose at least monthly [21]. FT218 is a newly approved fixed-dose high-sodium oxybate formulation (containing the same sodium per dose as SXB) that is taken once nightly for the treatment of narcolepsy [22, 23]. However, the ability to adjust dosing paradigms (either gram amount or nightly frequency), as with LXB, can be an asset in tailoring treatment to a patient's specific needs. A real-world survey of physicians treating patients with narcolepsy found that 48% of physicians adjusted their patients' nightly number of doses (e.g., from three nightly doses to two nightly doses, or from two to one) for reasons such as encouraging adherence or professional or family obligations [24]. The majority of physicians surveyed felt the ability to adjust oxybate dosing to accommodate routine changes was important or very important (88%)

and had a positive impact on their ability to provide care (88%).

As a result of this degree of flexibility, physicians may benefit from expert guidance on when and how to adjust LXB dosing, as well as detailed guidance for patients who are transitioning from SXB to LXB. To address this need, an expert panel was convened to develop consensus-based guidance for the treatment of narcolepsy and idiopathic hypersomnia with LXB.

# METHODS

## Expert Panel Selection and Topic Development

Five practicing physicians were selected for the expert panel on the basis of their extensive expertise in treating patients with narcolepsy and/or idiopathic hypersomnia; one of the five physicians (AMM) was chosen to serve as the panel chair (Fig. 1). The consensus panel's initial objectives, formulated by Jazz Pharmaceuticals and Interactive Forums, Inc. (IFI), were to develop consensus-based guidance for initiating and achieving optimal symptom management with LXB for narcolepsy and idiopathic hypersomnia within the parameters of the prescribing information. A modified Delphi process, previously described in the literature, was used that included the development of a literature summary and limited the number of rounds of ratings to two [25]. An outline of recommendation topics (derived from the LXB prescribing label and key literature) was drafted by IFI, and this was subsequently reviewed and revised by the panel chair. The panel chair, in collaboration with IFI, generated an extensive list of questions about the recommendation topics. The panel chair then reviewed and prioritized these questions for an online survey to be completed by the panel experts prior to the first consensus panel meeting.

As this article is based on a modified Delphi approach in which all participants originally consented to participate and author the present manuscript, no formal ethical approval was sought.



**Fig. 1** Modified Delphi consensus panel process

## Recommendation Statement Development

The online survey was posted and completed independently by each expert panel member prior to the first consensus panel meeting. The survey responses were compiled by IFI into recommendation comments with additional supportive comments. During the first consensus panel meeting (which was held virtually), the panel experts determined which recommendation content should receive priority. On the basis of discussions from the first consensus panel meeting, the panel chair directed the development of draft recommendation statements. Using a second online survey, the panel experts reviewed these draft statements, voted to establish initial consensus, and provided comments (based on their clinical judgment) to improve the statements. Under the direction of the panel chair, IFI revised the statements accordingly. During the second consensus panel

meeting (also held virtually), the panel experts finalized the recommendation statements and voted to determine final consensus. Jazz Pharmaceuticals did not provide input on these statements during development but reviewed each statement to ensure the guidance provided was consistent with the prescribing information.

## Establishing Consensus

The expert panel members voted on each recommendation statement using a scale from 0 (not at all agree) to 4 (very much agree). Voting for consensus occurred twice: first on the draft recommendation statements that were developed following the first panel meeting, and second on the revised recommendation statements during the second panel meeting.

Neurol Ther

## RESULTS

The first and second consensus panel meetings were held on September 16, 2022 and October 24, 2022, respectively. During the second meeting, revisions were made to 30 recommendations and one new recommendation was added. The recommendations were organized into four broad recommendation topics (i.e., 1. introducing LXB to patients; 2. initiating LXB for adult narcolepsy and idiopathic hypersomnia; 3. addressing challenges in using LXB for adult narcolepsy and idiopathic hypersomnia; 4. transitioning from SXB to LXB), each with at least one subtopic. This resulted in eight overall recommendation topics, several of which contained multiple recommendations. The panel experts achieved a high level of agreement, including 30 statements rated 4.0 and one statement rated 3.8; additionally, ancillary guidance was generated for each recommendation and is presented below. All recommendation statements are presented together in Supplemental Table S1.

### Introducing LXB to Patients

Recommendations comprising statements 1–3 are shown in Table 1.

#### Introducing LXB as a Therapeutic Option

A discussion of LXB PK/PD and oxybate mechanism of action will be beneficial to the patient's understanding of details such as nighttime administration in bed, safety precautions, and multiple-dose administration. LXB takes an average of 1.3 h to reach $C_{max}$ (in fasting individuals) and is metabolized quickly (the mean terminal elimination half-life of GHB is 0.66 h) [10]. Although the mechanism of action of LXB is not completely understood, it is hypothesized to exert its therapeutic effect through the $GABA_B$ receptor during sleep at noradrenergic and dopaminergic neurons, as well as at thalamocortical neurons [10].

#### Helping Patients Understand the Safety of LXB

Typical illicit GHB doses (11–18 g and usually repeated administrations) are higher than therapeutic oxybate doses (6–9 g oxybate salts, divided) [26, 27]; however, the risk for oxybates to be abused remains and warrants monitoring [10]. The Risk Evaluation and Mitigation Strategy (REMS) program, which has a central pharmacy that distributes oxybate prescriptions, tracks volumes of LXB and SXB dispensed and utilized, concomitant medications, illicit drug use, and medical problems [28]. In the post-marketing period from December 2016 through December 2017, 31 instances of oxybate abuse were reported through the REMS program, out of 17,037 enrolled individuals who received at least one SXB shipment during that period [29]. Additionally, there were 343 instances of misuse and 22 instances of diversion. As LXB was approved after the reporting period for the REMS program, the postmarketing study did not include people who were prescribed LXB.

LXB, along with other oxybates, is contraindicated with alcohol or sedative hypnotics as the combined use can increase the CNS depressant effects of LXB [9, 10, 23]. In cases where patients would like to consume an alcoholic beverage (e.g., at a party or event), they may discuss temporary dosing adjustments with their physician [24]. Concomitant use of LXB and divalproex sodium increases the systemic exposure to GHB [10]. For patients already taking LXB who are initiating divalproex sodium treatment, the LXB dose should be decreased by at least 20%. For patients already taking divalproex sodium who are initiating LXB treatment, a lower starting dosage of LXB is recommended (e.g., < 4.5 g per night).

#### Presenting Information Regarding Label Warnings

Symptoms of CNS depression that can occur from LXB treatment include decreased alertness, loss of consciousness, hypotension, respiratory depression, profound sedation, and death [10]. Patients are instructed not to drive (or do anything that requires them to be fully awake or is dangerous) for at least 6 h after taking LXB [10]. Rates of respiratory depression in clinical trials of SXB were relatively low: in one trial, 2 of 128 patients with narcolepsy had profound CNS depression that resolved after respiratory intervention [10], and in two controlled trials,

Neurol Ther

**Table 1** Introducing LXB to patients

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| Introducing LXB to patients | 1 | Prior to initiating LXB, discuss rationale for its use in narcolepsy and idiopathic hypersomnia and implications of its PK/PD profile. Explain that LXB contains oxybate, which is identical to an endogenous molecule made in the human brain, GHB. Oxybate has an inhibitory effect on alerting pathways in the brain, which enables it to improve the quality of sleep. In addition, oxybate is rapidly absorbed and metabolized, which is why LXB is taken in bed and typically in two doses (the recommended regimen for patients with narcolepsy, and a regimen option for patients with idiopathic hypersomnia), separated by 2.5–4 h. Due to its mechanism of action, patients with narcolepsy can expect improvement in both EDS and cataplexy; patients with idiopathic hypersomnia can expect improvement in their EDS and overall symptom burden | N/A[b], 4.0 |
| Helping patients understand the safety of LXB | 2 | (a) When introducing LXB to patients, emphasize prescribing parameters that ensure its safe use, including the REMS program and guidance to avoid use with alcohol or other CNS depressants. Mention data demonstrating safety and FDA approval of therapeutic oxybate in children and adults when used as prescribed | 2.8, 4.0 |
| | | (b) Consider explaining key differences between LXB and illicit GHB, including comparative doses utilized and common recreational use of GHB in combination with other substances | |

**Table 1** continued

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| Presenting information regarding label warnings | 3a: CNS depression, respiratory depression | (i) CNS depression: explain the potential for CNS depression with LXB and emphasize the importance of taking the medicine only when in bed and never in combination with alcohol or other CNS depressants. Discuss the REMS program and ongoing monitoring | i. 3.6, 4.0 |
| | | (ii) Respiratory depression: explain that respiratory depression and sleep-disordered breathing can occur. Inform the patient that starting dose is low and that therapeutic response and adverse effects will be monitored. Patients with sleep-disordered breathing should be counseled and monitored when appropriate | ii. 3.2, 4.0 |
| | 3b: abuse/misuse | Explain the potential for abuse, misuse, and diversion of the medication. Discuss the REMS program, role of central pharmacy, and ongoing monitoring | 3.4, 4.0 |
| | 3c: depression, suicidality, or psychiatric effects | Explain that depression, anxiety, or suicidality could emerge or intensify during treatment, and that these symptoms will be carefully assessed and monitored. Patients should be advised to report any worsening of these symptoms | 3.2, 3.8 |
| | 3d: parasomnias | If the patient has a history of parasomnias, counsel that events can worsen or reemerge. Rarely, events may emerge in patients without a prior history of parasomnias. Educate patients in maintaining a safe sleep environment. Patients should report any abnormal behavior during sleep | 3.2, 4.0 |

*CNS* central nervous system, *EDS* excessive daytime sleepiness, *FDA* US Food and Drug Administration, *GHB* gamma-hydroxybutyrate, *LXB* low-sodium oxybate, *PD* pharmacodynamics, *PK* pharmacokinetic, *REMS* Risk Evaluation and Mitigation Strategy

[a]On a scale of 0–4

[b]This statement was derived from comments and suggestions made by the panel during meeting #2. It was reviewed during a follow-up panel meeting and achieved a consensus agreement rating of 4.0

none of 40 patients with a baseline apnea–hypopnea index of 16–67 events per hour experienced clinically significant worsening of their sleep-disordered breathing [10]. In 50 patients with obstructive sleep apnea (OSA), 3 patients (6%) had oxygen desaturation ≤ 55% when taking 9 g of SXB [10]. A trial of pharmacotherapy (including SXB) in participants with OSA found that central apneas increased in those taking SXB, with clinically significant oxygen desaturations observed in three participants [30]. Approaches to managing obstructive versus central apneas vary somewhat. Management of OSA can involve

behavioral measures (e.g., abstaining from alcohol, weight loss), positive airway pressure, mandibular repositioning devices, or surgery [31]. Management of central sleep apnea includes positive pressure therapy (e.g., continuous positive airway pressure, adaptive servo-ventilation, and noninvasive positive pressure ventilation), phrenic nerve stimulation, and low-flow supplemental oxygen administration [32].

Most dangers associated with oxybate products, including LXB, are related to its combination with other substances. As mentioned in Sect. "Helping Patients Understand the Safety of LXB", the REMS central pharmacy tracks volumes of SXB and LXB dispensed and utilized, concomitant medications, illicit drug use, and medical problems [28]. Withdrawal symptoms associated with oxybate products can sometimes occur when a drug is suddenly stopped after being taken for a period of time. Several patients in clinical trials have reported insomnia after abruptly stopping LXB treatment (narcolepsy with cataplexy, $n = 1$; idiopathic hypersomnia, $n = 8$), and one patient with idiopathic hypersomnia reported visual/auditory hallucinations [10]. Although tolerance to oxybate medications has not been systematically studied, in long-term clinical studies of SXB in patients with narcolepsy, or LXB in patients with idiopathic hypersomnia, clinical efficacy was maintained without requiring subsequent dose increases [33, 34].

Before and during LXB treatment, it is critical to assess for depression, anxiety, and suicidality. Depression and depressive symptoms are more prevalent in people with narcolepsy or idiopathic hypersomnia than in the general population [35–38]. Presence or development of these symptoms may warrant co-management with psychiatry or psychology for added safety. In clinical trials for LXB, although current or past major depression was a trial exclusion criterion, depression and depressed mood were reported by 3% and 4% of participants with narcolepsy, and 1% and 3% of participants with idiopathic hypersomnia, respectively [10]. There were no reports of suicide or suicidal ideation by participants taking LXB in the idiopathic hypersomnia clinical trial [20]; however, it must be noted that two participants in the narcolepsy trial endorsed items on the Columbia-Suicide Severity Rating Scale (one each before and after discontinuing study medication) [19]. Four of 781 participants with narcolepsy ($< 1$%) taking SXB in clinical trials discontinued as a result of depression. Two suicides and two suicide attempts occurred in adult patients taking SXB in clinical trials ($N = 781$) [10]. Some instances of depression and of depression with suicidal ideation have been reported in individuals with narcolepsy who started taking SXB; these symptoms resolved upon either reducing the SXB dose or stopping SXB completely [39, 40]. Psychotic symptoms (e.g., daytime hallucinations) have occurred in people with narcolepsy, which also resolved upon reducing dose or stopping SXB [41–43]. One case of psychosis followed by suicidal ideation and a near-fatal suicide attempt was reported in an adolescent with narcolepsy; following cessation of SXB treatment, this individual's psychotic symptoms and suicidal ideations did not recur [44].

Parasomnias, such as sleep paralysis and sleepwalking, occur in the general population. Sleep paralysis has a prevalence of 7.5–35% [1], and a systematic review indicated that approximately 20% of individuals have experienced at least one episode of sleep paralysis [45]. A lifetime prevalence of 6.9% has been reported for sleepwalking from a systematic review of studies including more than 100,000 individuals [46]. In clinical trials for LXB, 6% of patients with narcolepsy and 5% of patients with idiopathic hypersomnia reported parasomnias such as sleepwalking (although the presence of clinically significant parasomnias was an exclusion criterion for participating in these trials) [10].

General guidance for managing parasomnias includes avoiding sleep deprivation, maintaining a regular sleep–wake schedule, and limiting or eliminating the use of alcohol and recreational drugs [47]. For sleep paralysis, sleeping in a lateral or prone (abdominal) position, as opposed to supine (on the back), may reduce episodes [48]. For patients who sleep with a partner, their partner may be able to rouse them from sleep paralysis, which may be indicated if the patient is heard uttering low vocalizations

in their sleep during the morning [48]. For sleepwalking, it is important to maintain a safe sleep environment using the following guidance: sleep on the lowest floor in the house; use a mattress on the floor; sleep alone or consider a larger (king-size) bed for co-sleeping; minimize or pad any furniture near the bed and ensure the floor is free from objects or debris that could lead to tripping or injury; place any lights above the bed and out of reach; use plastic cups or bottles if bedside water is necessary; consider using childproof door knobs, door wedges, or alarms; and remove or lock any weapons or dangerous household items [47].

It should be noted that label warnings for LXB are typically related to class effects of oxybate treatment. In particular, warnings regarding abuse and misuse; CNS and respiratory depression; depression, anxiety, and suicidality; and parasomnias are present in the prescribing information for all three approved oxybate medications [9, 10, 23].

## Initiating LXB for Adult Narcolepsy and Idiopathic Hypersomnia

Recommendations comprising statements 4 and 5a–c are shown in Table 2.

### Developing an Initial Schedule for Timing of Doses

In all cases, LXB should be taken $\geq 2$ h after eating, with the first dose taken at bedtime, while the patient is in bed. However, a variety of dosing titration options and regimen adjustments may be considered to tailor the treatment. For patients with narcolepsy, LXB should be taken twice nightly in equal or unequal doses, with the second dose scheduled (using an alarm) for 2.5 to 4 h after the first dose and taken while the patient is still in bed. Patients can set the alarm for 4 h after the first dose, but, if they wake spontaneously after at least 2.5 h, the second dose can be taken then. Approaches for adding the second dose in these patients include splitting the single dose into two equal or unequal doses followed by titration as appropriate (per the label guidance, the total dose should not be increased in an increment > 1.5 g per night per week). Only one participant took LXB thrice nightly in a clinical trial setting, but this is also an option for patients with idiopathic hypersomnia [49]. For patients with idiopathic hypersomnia who take a single dose and spontaneously wake 2.5 to 4 h after dosing, a second dose may be considered.

### Setting Expectations for Therapy

In the phase 3 clinical trials, the median (range) time to reach stable dose in participants analyzed for efficacy was 29.0 (1, 84) days in participants with narcolepsy and 48.5 (1, 97) days in participants with idiopathic hypersomnia [19, 49]; a substantial proportion (55/134 in the efficacy population) of participants in the narcolepsy trial transitioned from SXB, which may have contributed to shorter titration times. Some patients may not need to be titrated above the minimum approved doses of 4.5 g/night (divided into two doses) and 3 g/night (once nightly, idiopathic hypersomnia only) [10]. In participants with idiopathic hypersomnia, the greatest improvements in Epworth Sleepiness Scale (ESS) and Idiopathic Hypersomnia Severity Scale (IHSS) scores occurred during the first 4 weeks of LXB treatment [49]. Although time to therapeutic effect for LXB in patients with narcolepsy has not been formally assessed, analysis of two trials of SXB in participants with narcolepsy found a median (95% CI) time to therapeutic effect of 37 (31–50) days for EDS and 25 (17–29) days for cataplexy [50]. Median (95% CI) time to maximum effect was 106 (85–164) and 213 (94–279) days for EDS and cataplexy, respectively.

For patients with idiopathic hypersomnia, in addition to the overall IHSS score, analysis of the three IHSS component scores (i.e., component 1: items 5, 9, 10, 11, 12, 13, 14; component 2: items 1, 2, 3, 4, 8; and component 3: items 6 and 7) can provide more granular information on changes in daytime functioning, long sleep duration and sleep inertia, and napping, respectively, with LXB treatment [51]. LXB improved all three IHSS components similarly in patients with idiopathic hypersomnia [34].

Neurol Ther

**Table 2** Initiating LXB for adult narcolepsy and idiopathic hypersomnia

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| Developing an initial schedule for timing of doses | 4 | (a) In developing a schedule for LXB administration, ensure that total sleep opportunity is at least 7.5–8 h and that sleep and wake times are regular. For twice-nightly dosing, initiate LXB at 4.5 g divided into two equal doses. Both doses should be taken in bed, with the first dose administered at bedtime. Set an alarm to awaken for second administration 4 h later. If the patient wakes spontaneously at least 2.5 h after the first dose, the second dose can be administered. Advise food avoidance for at least 2 h before each dose | 3.0, 4.0 |
| | | (b) Once-nightly consideration in idiopathic hypersomnia: if patient prefers or is unlikely to wake for second dose, consider once-nightly dosing (starting at ≤ 3 g at bedtime) and titrate to a maximum dose of 6 g according to label instructions. If the patient wakes spontaneously 2.5–4 h after first dose, consider addition of a second dose | |
| Setting expectations for therapy | 5a: therapeutic effect | Inform that the dose and timing may need to be adjusted over weeks or months to achieve the optimal therapeutic effect. Time to initial therapeutic effect may be up to 6 weeks; time to optimal therapeutic effect may be up to 12 weeks | 3.2, 4.0 |
| | 5b: signals of effectiveness | (i) Narcolepsy: establish baseline ESS and/or cataplexy frequency and impact of symptoms on daily function and overall quality of life. Monitor for reduced severity and frequency of symptoms and improvement in daily functioning (e.g., reduced frequency of naps, cataplexy-free days, improved school/job performance, increased alertness, improved driving performance, increased overall patient satisfaction) | 3.6, 4.0 |
| | | (ii) Idiopathic hypersomnia: establish baseline daytime and nighttime symptoms. Obtain baseline ESS and determine impact of symptoms on daily function and overall quality of life. Consider obtaining baseline and subsequent IHSS scores. Monitor for severity and frequency of symptoms and improvement in daily functioning (e.g., improved sleep inertia, improved nocturnal sleep duration, reduced frequency of naps, improved school/job performance, increased alertness, improved driving performance, improved brain fog, increased overall patient satisfaction) | |
| | 5c: follow-up and monitoring | (i) Follow-up (in-person or virtual) should occur at least every 4–6 weeks after initiation of LXB and throughout the titration period. Subsequent visits should occur at least every 3 months until the patient is stable on therapy. After 1 year, routine visits depend on patient stability but should be at least every 6 months | 3.2, 4.0 |
| | | (ii) Monitoring includes adherence and response to therapy, timing and adjustment of doses, sleep effects, adverse events, review of concomitant medications, adherence to behavioral therapies, and changes of medical and psychiatric status/conditions | |

*ESS* Epworth Sleepiness Scale, *IHSS* Idiopathic Hypersomnia Severity Scale, *LXB* low-sodium oxybate

[a]On a scale of 0–4

In relation to recommendation statement 5, monitoring for "sleep effects" refers to pharmacodynamic effect of treatment including time to sleep onset, response of rapid eye movement (REM) dissociative symptoms (e.g., dream enactment, vocalizations, and motor behaviors during sleep), and duration of dose. Adherence to behavioral therapies includes adherence to a regular sleep schedule and other lifestyle approaches for symptom management. Electronic medical record messaging can be used as needed to augment follow-ups.

### Addressing Challenges in Using LXB for Adult Narcolepsy and Idiopathic Hypersomnia

Recommendations comprising statements 6a–f and 7a–n are shown in Table 3. Any recommendation to change (e.g., increase or decrease) one dose implies that the alternate dose remains the same. Clinicians should note that the troubleshooting strategies listed in statements 6 and 7 are options, not stepwise guidance. Any adverse event that does not subside after 5 to 7 days warrants action. For all adverse events, clinicians should consider scenarios that qualify for discontinuation of LXB and strategies for rechallenging.

### Sleep Initiation and Maintenance

Cognitive behavioral therapy for insomnia (CBT-I) typically consists of weekly meetings between the client and the therapist for approximately 6 to 8 weeks [52]. Two major foci of CBT-I are stimulus control therapy (limiting the amount of time spent awake in bed) and sleep restriction therapy (limiting the amount of time in bed to a duration during which the patient is most likely to sleep). These therapies can increase the drive for sleep. Additionally, CBT-I aims to reduce the anxiety and worry associated with not being able to fall asleep and often employs relaxation techniques. More recently, strategies for CBT for hypersomnia (CBT-H) have begun to be developed (e.g., using sleep–wake diaries to help structure daytime and nighttime activities, anxiety management), but these have not yet been validated or

thoroughly studied [53]. Nevertheless, CBT strategies such as sleep hygiene and delaying of bedtime may be helpful to patients with narcolepsy or idiopathic hypersomnia who have difficulty falling or remaining asleep.

For individuals with idiopathic hypersomnia who have difficulty waking for a second dose, one approach may be to titrate to 6 g once nightly until the patient is able to awaken to an alarm, at which time the dose may be split (equally or unequally) to achieve longer sleep duration. An additional approach may be to titrate to < 4.5 g once nightly until the patient is able to awaken to an alarm, at which time a second (unequal) dose may be added within the parameters of label guidance (titration increment should not exceed 1.5 g per night per week, to a maximum dose of 9 g per night).

Difficulty awakening in the morning could be related to the condition (i.e., sleep inertia) or treatment (i.e., lingering sedation). Sleep inertia would most likely be present before treatment was initiated, while lingering sedation would begin after initiation of LXB. These scenarios should be addressed differently: difficulty awakening from suboptimal treatment (i.e., incomplete titration to efficacy) should be addressed with uptitration, whereas difficulty awakening from lingering sedation from treatment (i.e., a side effect due to the second dose being too high or too late in the night) should be addressed with decreased dosing or earlier administration of the second dose. In particular, unequal dosing (when the second dose is lower than the first) may help to address lingering sedation from treatment.

### Adverse Events in Narcolepsy and Idiopathic Hypersomnia

Nausea, headache, and dizziness are among the most common side effects observed with LXB treatment [10]. A study of the duration of treatment-emergent adverse events (TEAEs) during the phase 3 clinical trial in participants with narcolepsy found most TEAEs occurred early and decreased in incidence over the course of the study [54]. In the case of headache, any other medical condition that may be causing headaches (e.g., morning headache due to development of OSA [55]) must first be ruled

Neurol Ther

**Table 3** Addressing challenges in using LXB for adult narcolepsy and idiopathic hypersomnia

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| Addressing challenges in sleep initiation and maintenance | 6a: difficulty falling asleep after first dose | Evaluate medical, psychiatric, social, behavioral, and environmental factors | 3.8, 4.0 |
| | | Evaluate role of food intake | |
| | | Evaluate and align timing of natural sleep/wake schedule with LXB administration | |
| | | Increase first dose | |
| | | Consider CBT-I/H | |
| | 6b: difficulty falling asleep after second dose | Evaluate medical, psychiatric, social, behavioral, and environmental factors | 3.6, 4.0 |
| | | Evaluate role of food intake | |
| | | Evaluate and align timing of natural sleep/wake schedule with LXB administration | |
| | | Increase second dose or decrease duration between doses | |
| | | Consider CBT-I/H | |
| | 6c: inability to sleep long enough after first dose | Evaluate medical, psychiatric, social, behavioral, and environmental factors | 3.6, 4.0 |
| | | Evaluate role of food intake | |
| | | Evaluate and align timing of natural sleep/wake schedule with LXB administration | |
| | | Increase first dose | |
| | | Allow for initial sleep period prior to administration of first dose | |
| | | Consider CBT-I/H | |
| | 6d: inability to sleep long enough after second dose | Evaluate medical, psychiatric, social, behavioral, and environmental factors | 3.6, 4.0 |
| | | Evaluate role of food intake | |
| | | Evaluate and align timing of natural sleep/wake schedule with LXB administration | |
| | | Delay second dose if patient is not waking spontaneously within 4 h of first dose | |
| | | Increase second dose | |
| | | Increase first dose and delay second dose | |
| | | Consider CBT-I/H | |

△ Adis

Neurol Ther

**Table 3** continued

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| | 6e: difficulty awakening for second dose | Ensure full 4 h between doses | 3.4, 4.0 |
| | | Evaluate and align timing of natural sleep/wake schedule with LXB administration | |
| | | Decrease first dose | |
| | | For idiopathic hypersomnia: switch to once nightly and titrate to maximum of 6 g. If patient awakens earlier than desired or becomes able to awaken by alarm, restart twice-nightly dosing | |
| | 6f: difficulty awakening at morning wake time | If condition-related: | 3.8, 4.0 |
| | | Evaluate and align timing of natural sleep/wake schedule with LXB administration | |
| | | Titrate to maximum dose | |
| | | Administer second dose earlier | |
| | | If treatment-related: | |
| | | Evaluate and align timing of natural sleep/wake schedule with LXB administration | |
| | | Decrease second dose | |
| | | Administer second dose earlier | |
| Addressing adverse events in narcolepsy and idiopathic hypersomnia | 7a: headache | Evaluate/treat for headache disorder or other medical conditions | 3.8, 4.0 |
| | | Optimize headache hygiene (e.g., caffeine, hydration, skipped meals) | |
| | | Give time for resolution if mild or moderate in severity | |
| | | Titrate more slowly | |
| | | Evaluate other medications | |
| | | Decrease total dose | |
| | | Decrease second dose | |

Neurol Ther

**Table 3** continued

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| | 7b: nausea at bedtime | Advise staying in bed after dose | 3.4, 4.0 |
| | | Give time for resolution | |
| | | Titrate more slowly | |
| | | Evaluate other medications | |
| | | Consume noncaffeinated beverage or crackers | |
| | | Decrease first dose | |
| | | Increase first dose (if prolonged sleep onset, i.e., $\geq$ 20–30 min) | |
| | | If refractory, consider nonsedating antiemetic medication | |
| | 7c: nausea at wake | Give time for resolution | 3.8, 4.0 |
| | | Titrate more slowly | |
| | | Consume noncaffeinated beverage or crackers | |
| | | Decrease second dose | |
| | | Administer second dose earlier | |
| | | If refractory, consider nonsedating antiemetic medication | |
| | 7d: dizziness at bedtime | Counsel on safety and avoidance of rapid postural changes | 3.4, 4.0 |
| | | Advise staying in bed after dose | |
| | | Review concomitant medications and time of administration | |
| | | Give time for resolution | |
| | | Increase first dose (to shorten sleep onset time) | |
| | | Decrease first dose (if falls asleep quickly) | |
| | 7e: dizziness during night | Advise staying in bed | 3.4, 4.0 |
| | | Counsel on safety and avoidance of rapid postural changes | |
| | | Review concomitant medications and time of administration | |
| | | Give time for resolution | |
| | | Reduce duration between doses | |
| | | Increase second dose (if prolonged return to sleep) | |
| | | Increase first dose (if waking earlier than desired) | |

Neurol Ther

**Table 3** continued

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| | 7f: dizziness upon awakening | Advise staying in bed until dizziness subsides | 3.8, 4.0 |
| | | Counsel on safety and avoidance of rapid postural changes | |
| | | Review concomitant medications and time of administration | |
| | | Give time for resolution | |
| | | Increase duration between second dose and waking | |
| | | Decrease second dose | |
| | 7g: decreased appetite/ weight loss | Give time for resolution | 3.8, 4.0 |
| | | Monitor weight loss progression/significance | |
| | | Evaluate other appetite-suppressing medications | |
| | | Increase caloric intake | |
| | | Consider nutritionist referral | |
| | | Decrease total dose | |
| | 7h: parasomnias | Counsel on safety | 3.4, 4.0 |
| | | Review concomitant medications and time of administration | |
| | | Titrate more slowly (if prior history of non-REM parasomnias) | |
| | | Evaluate and align timing of natural sleep/wake schedule with LXB administration | |
| | | Ensure adequate time for sleep (non-REM parasomnias) | |
| | | Decrease first dose (non-REM parasomnias) | |
| | | Increase total dose (REM parasomnias) | |
| | | For idiopathic hypersomnia: consider change from once to twice nightly (non-REM parasomnias) | |
| | 7i: diarrhea | Evaluate for underlying medical condition | 3.8, 4.0 |
| | | Evaluate dietary factors | |
| | | Titrate more slowly | |
| | | Decrease total dose | |
| | | Give time for resolution | |
| | | Consider antidiarrheal medication | |

**Table 3** continued

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| | 7j: hyperhidrosis | Evaluate for underlying medical condition | 3.8, 4.0 |
| | | Give time for resolution | |
| | | Optimize ambient temperature for sleep | |
| | | Decrease total dose | |
| | | Consider symptom medications | |
| | 7k: anxiety | Evaluate psychological issues | 3.4, 4.0 |
| | | Give time for resolution | |
| | | Titrate more slowly | |
| | | Decrease total dose | |
| | | Consider nonsedating anxiolytic medication | |
| | | Consider referral to psychologist/psychiatrist | |
| | 7l: depression | For suicidality, discontinue and refer immediately for psychiatric evaluation | 3.2, 4.0 |
| | | Evaluate psychological issues | |
| | | Titrate more slowly | |
| | | Decrease total dose | |
| | | Consider antidepressant medication | |
| | | Consider referral to psychologist/psychiatrist | |
| | 7m: vomiting | Evaluate for underlying medical condition | 3.8, 4.0 |
| | | Consume noncaffeinated beverage or crackers | |
| | | Titrate more slowly | |
| | | Give time for resolution | |
| | | Decrease total dose | |
| | | Consider nonsedating antiemetic medication | |

Neurol Ther

**Table 3** continued

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|-------|------------------|----------------|--------------------------------------|
| | 7n: enuresis | Urinate before bedtime and second dose | 3.8, 4.0 |
| | | Restrict fluids before bedtime | |
| | | Give time for resolution | |
| | | Titrate more slowly | |
| | | Decrease total dose based on timing of enuresis | |
| | | For idiopathic hypersomnia: consider switching to twice nightly | |

*CBT-H* cognitive behavioral therapy for hypersomnia, *CBT-I* cognitive behavioral therapy for insomnia, *LXB* low-sodium oxybate, *REM* rapid eye movement

[a]On a scale of 0–4

out before pursuing other strategies. Urgency of action is also dependent upon the level of severity; for mild and moderate headaches, granting time for resolution is more reasonable. If nausea occurs at bedtime, ensure that the patient is only using water (and not another type of beverage) as the diluent for LXB, and that the patient is not drinking anything else at the time of administration. For patients who have moderate or severe vomiting, a nonsedating antiemetic may be considered immediately. If the patient experiences dizziness after the first dose and has difficulty falling asleep right away, consider increasing the first dose to shorten the time to sleep onset. While increasing the dose may seem counterintuitive, helping the patient fall asleep faster may prevent dizziness from occurring. If the patient experiences dizziness but falls asleep quickly, consider lowering the first dose to reduce the adverse effect.

Oxybate treatment has been associated with weight loss across multiple prior studies [56–59]. This may be desirable in cases where patients are overweight or obese and have other cardiometabolic disorders, as are common in narcolepsy and idiopathic hypersomnia [60–62]. However, where weight loss is undesired or patients become underweight, discontinuing oxybates, including LXB, should be considered.

The option to increase or decrease dose to address parasomnias may be counterintuitive. The approach taken differs on the basis of whether the patient is experiencing REM (increase dose) or non-REM (decrease dose) parasomnias. This relates to oxybate's effect on sleep architecture, where SXB has been found to decrease awakenings, dose-dependently increase slow-wave sleep, and dose-dependently decrease REM sleep (following a brief increase in REM sleep during treatment initiation) [63]. Further, effects on REM efficiency appear to be dependent on time of day, with an early study showing REM efficiency is increased following administration of GHB (single 2.25 g dose) prior to a nocturnal sleep episode but not a morning nap [64].

For patients whose anxiety or depression becomes severe to the point of interfering with their daily life and relationships, clinical judgment should be used regarding discontinuing oxybate treatment, including LXB, and further psychiatric care should be sought.

### Transitioning from SXB to LXB

The recommendations for statement 8 are shown in Table 4.

#### Setting Expectations, Dose Adjustment, and Follow-up

There is limited information on the comparison of adverse events while taking SXB and after

Neurol Ther

**Table 4** Transitioning from SXB to LXB

| Topic | Statement number | Recommendation | Agreement rating[a] (initial, final) |
|---|---|---|---|
| Setting expectations, dose adjustment, and follow-up | 8 | When patients transition from SXB to LXB, they should expect a different taste but similar therapeutic response and side effects. Adjustment to dose and timing of doses may be required in some cases | 3.8, 4.0 |
| | | Initial patient contact should occur within 2–4 weeks after starting medication; if dose adjustment is required, follow-up contact should occur within 6 weeks. Following stabilization, regular follow-up visits should occur at least every 6 months | |

*LXB* low-sodium oxybate, *SXB* sodium oxybate

[a]On a scale of 0–4

switching to LXB. The $C_{max}$ of LXB is lower than that for SXB [18], which might be expected to result in some change in the frequency or severity of adverse events. In a real-world study of patients with narcolepsy transitioning from SXB to LXB over 8 weeks, participants experienced similar efficacy and safety with LXB as they had with SXB; most reported the transition process was easy and that they preferred LXB [65]. Similarly, in a real-world study of participants with narcolepsy assessed for 21 weeks after switching from SXB to LXB, participants experienced a maintenance of tolerability and efficacy and the majority preferred LXB to SXB at the end of the transition period [66, 67]. In particular, adverse events that may be related to a high sodium load, like hyperhidrosis and enuresis, decreased over time after participants switched from SXB to LXB.

Long-term data on the risk of cardiovascular diseases in patients taking LXB versus those taking SXB are not yet available. LXB may be associated with the development of fewer cardiovascular-related comorbidities (e.g., hypertension) due to the 92% reduction in sodium compared with SXB (which contains 1640 mg at the highest dose of 9 g). Patients with comorbid postural orthostatic tachycardia syndrome, for whom higher sodium intake (10–12 g of sodium daily) is recommended, in addition to other treatments, may benefit from taking SXB over LXB [68].

# DISCUSSION

An expert panel of five practicing physicians with extensive expertise in treating patients with narcolepsy and/or idiopathic hypersomnia developed the recommendation statements. These panel members were well positioned to provide detailed guidance on issues pertaining to LXB dosing, transitioning, expectations, safety, and adverse events, and high agreement was obtained on all statements. As a result of the current lack of literature on LXB dosing optimization, these recommendations were derived using a modified Delphi process, with many of them being based on the extensive clinical experience of the panel members, rather than research studies.

# CONCLUSION

This paper provides expert guidance on the optimization of LXB treatment for patients with narcolepsy or idiopathic hypersomnia. Healthcare professionals may use this resource to guide dosing decisions with their patients and to answer their patients' questions about the treatment.

Neurol Ther

# ACKNOWLEDGEMENTS

**Medical Writing and Editorial Assistance.** The authors thank Phyllis C. Zee, MD, PhD for her participation in and contributions to the consensus panel. The authors thank Stephen D. Lande, PhD and Emily Barker, PhD (employees of Interactive Forums, Inc.) for their contributions to this manuscript. Under the direction of the authors, Emily Bruggeman, PhD and Sean Anderson, PhD (employees of Peloton Advantage, LLC, an OPEN Health company) provided medical writing and editorial support. Jazz Pharmaceuticals provided funding to Peloton Advantage for medical writing and editorial support, and funded the journal's Rapid Service Fee.

**Authorship.** All authors have made substantial contributions to the conception or design of the work, or the acquisition, analysis, or interpretation of data, or the creation of new software used in the work; have drafted the work or revised it critically for important intellectual content; have approved the version to be published; and have agreed to be accountable for all aspects of the work in ensuring that questions related to the accuracy or integrity of any part of the work are appropriately investigated and resolved.

**Author Contributions.** Anne Marie Morse designed the study. Anne Marie Morse, Richard K. Bogan, Asim Roy, and Michael J. Thorpy contributed to data interpretation and to preparation, review, revision, and final approval of the manuscript.

**Funding.** The study and the journal's Rapid Service Fee were sponsored by Jazz Pharmaceuticals.

**Data Availability.** Data sharing is not applicable to this article, as no datasets were generated or analyzed during the current study.

## Declarations

**Conflict of Interest.** Anne Marie Morse has received research/grant support and consultancy fees from Jazz Pharmaceuticals, Harmony Biosciences, Avadel Pharmaceuticals, Takeda Pharmaceuticals, Eisai, Alkermes, National Institutes of Health, and Geisinger Health Plan. She is the CEO and founder of DAMM Good Sleep, LLC. Richard K. Bogan is a shareholder of WaterMark Medical and Healthy Humming LLC. He serves on the board of directors for WaterMark Medical. He has served as a consultant to Jazz Pharmaceuticals, Harmony Biosciences, Takeda, Avadel, and Oventus. He has participated in industry-funded research for Avadel, BresoTec, Idorsia, Suven, Jazz Pharmaceuticals, Balance, Vanda, Merck, Eisai, Phillips, Fresca, Takeda, Liva Nova, Roche, Sommetrics, NLS, Sanofi, and Apinemed. He has taken part in speakers bureaus for Jazz Pharmaceuticals, Eisai, Harmony, and Idorsia. Asim Roy has received consultancy fees from Takeda, Avadel, and Inspire. He has participated in industry-sponsored research for Jazz Pharmaceuticals, Harmony, NLS, Eisai, Fisher Paykel, Inspire, Nyxoah, Signifier. Michael J. Thorpy has received fees for serving as a consultant or on advisory boards for Axsome, Balance Therapeutics, Flamel/Avadel, Harmony Biosciences, LLC, Jazz Pharmaceuticals, Suven Life Sciences Ltd., Takeda Pharmaceutical Co., Ltd, NLS Pharmaceuticals, XW Pharma, Idorsia Pharmaceuticals, and Eisai Pharmaceuticals.

**Ethical Approval.** This article is based on a modified Delphi approach in which all participants originally consented to participate and author the present manuscript. As acknowledged, Phyllis C. Zee, MD, PhD contributed to the consensus panel meetings and participated in the initial drafts of the manuscript. As a result of institutional regulations at a new position, she terminated her participation as an author prior to submission, but provided consent for publication and acknowledgement of her contributions. At the time of her participation, she had served on scientific advisory boards for Jazz Pharmaceuticals plc, Eisai, and Harmony

Biosciences; was a consultant for CVS Caremark; and owned stock in Teva.

***Open Access.*** This article is licensed under a Creative Commons Attribution-Non-Commercial 4.0 International License, which permits any non-commercial use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by-nc/4.0/.

# REFERENCES

1. American Academy of Sleep Medicine. International classification of sleep disorders—third edition, text revision. Darien: American Academy of Sleep Medicine; 2023.

2. Scammell TE. Narcolepsy. N Engl J Med. 2015;373(27):2654–62.

3. Trotti LM, Ong JC, Plante DT, Friederich Murray C, King R, Bliwise DL. Disease symptomatology and response to treatment in people with idiopathic hypersomnia: initial data from the Hypersomnia Foundation Registry. Sleep Med. 2020;75:343–9.

4. Vernet C, Arnulf I. Idiopathic hypersomnia with and without long sleep time: a controlled series of 75 patients. Sleep. 2009;32(6):753–9.

5. Maski K, Trotti LM, Kotagal S, et al. Treatment of central disorders of hypersomnolence: an American Academy of Sleep Medicine clinical practice guideline. J Clin Sleep Med. 2021;17(9):1881–93.

6. Lopez R, Arnulf I, Drouot X, Lecendreux M, Dauvilliers Y. French consensus. Management of patients with hypersomnia: which strategy? Rev Neurol (Paris). 2017;173(1–2):8–18.

7. Bassetti CLA, Kallweit U, Vignatelli L, et al. European guideline and expert statements on the management of narcolepsy in adults and children. J Sleep Res. 2021;20:e13387.

8. Xyrem [summary of product characteristics]. Brussels: UCB Pharma; 2022.

9. Xyrem® (sodium oxybate) oral solution, CIII [prescribing information]. Palo Alto: Jazz Pharmaceuticals, Inc.; 2023.

10. Xywav® (calcium, magnesium, potassium, and sodium oxybates) oral solution, CIII [prescribing information]. Palo Alto: Jazz Pharmaceuticals, Inc.; 2023.

11. Dauvilliers Y, Bogan RK, Sonka K, Partinen M, Foldvary-Schaefer N, Thorpy MJ. Calcium, magnesium, potassium, and sodium oxybates oral solution: a lower-sodium alternative for cataplexy or excessive daytime sleepiness associated with narcolepsy. Nat Sci Sleep. 2022;14:531–43.

12. Szarfman A, Kuchenberg T, Soreth J, Lajmanovich S. Declaring the sodium content of drug products. N Engl J Med. 1995;333(19):1291.

13. US Food and Drug Administration. Quantitative labeling of sodium, potassium, and phosphorus for human over-the-counter and prescription drug products. Guidance for industry. US Food and Drug Administration; 2022.

14. US Food and Drug Administration. Clinical review for Binosto, NDA 202344. US Food and Drug Administration; 2012.

15. Junnarkar G, Allphin C, Profant J, et al. Development of a lower-sodium oxybate formulation for the treatment of patients with narcolepsy and idiopathic hypersomnia. Expert Opin Drug Discov. 2022;17(2):109–19.

16. Thorpy MJ, Bogan RK. Update on the pharmacologic management of narcolepsy: mechanisms of action and clinical implications. Sleep Med. 2020;68:97–109.

17. Felmlee MA, Morse BL, Morris ME. γ-Hydroxybutyric acid: pharmacokinetics, pharmacodynamics, and toxicology. AAPS J. 2021;23(1):22.

18. Chen C, Jenkins J, Zomorodi K, Skowronski R. Pharmacokinetics, bioavailability, and bioequivalence of lower-sodium oxybate in healthy participants in 2 open-label, randomized, crossover studies. Clin Transl Sci. 2021;14(6):2278–87.

19. Bogan RK, Thorpy MJ, Dauvilliers Y, et al. Efficacy and safety of calcium, magnesium, potassium, and sodium oxybates (lower-sodium oxybate [LXB]; JZP-

258) in a placebo-controlled, double-blind, ran-domized withdrawal study in adults with nar-colepsy with cataplexy. Sleep. 2021;44(3):zsaa206.

20. Dauvilliers Y, Arnulf I, Foldvary-Schaefer N, et al. Safety and efficacy of lower-sodium oxybate in adults with idiopathic hypersomnia: a phase 3, placebo-controlled, double-blind, randomised withdrawal study. Lancet Neurol. 2022;21(1):53–65.

21. Horsnell M, Zhang E, Cook R, et al. Understanding the patient experience with sodium oxybate ther-apy for narcolepsy [poster]. In: Advances in sleep and circadian science; February 17–20, 2023; Clearwater Beach.

22. Bogan R, Thorpy MJ, Winkelman JW, Dubow J, Gudeman J, Seiden D. Randomized, crossover, open-label study of the relative bioavailability and safety of FT218, a once-nightly sodium oxybate formulation: phase 1 study in healthy volunteers. Sleep Med. 2022;100:442–7.

23. Lumryz™ (sodium oxybate) for extended-release oral solution, CIII [prescribing information]. Chesterfield: Avadel CNS Pharmaceuticals; 2023.

24. Roy A, Ito D, Morris S, Candler S, Profant J, Bae C. Individualized treatment patterns for patients with narcolepsy treated with oxybate: a clinical practice perspective. Nat Sci Sleep. 2023;15:767–78.

25. Broder MS, Gibbs SN, Yermilov I. An adaptation of the RAND/UCLA modified Delphi panel method in the time of COVID-19. J Healthc Leadersh. 2022;14:63–70.

26. Carter LP, Pardi D, Gorsline J, Griffiths RR. Illicit gamma-hydroxybutyrate (GHB) and pharmaceuti-cal sodium oxybate (Xyrem): differences in char-acteristics and misuse. Drug Alcohol Depend. 2009;104(1–2):1–10.

27. Kamal RM, van Noorden MS, Franzek E, Dijkstra BA, Loonen AJ, De Jong CA. The neurobiological mechanisms of gamma-hydroxybutyrate depen-dence and withdrawal and their clinical relevance: a review. Neuropsychobiology. 2016;73(2):65–80.

28. Xywav and Xyrem REMS prescriber brochure: Jazz Pharmaceuticals; 2021. https://www.xywavxyremrems.com/. Accessed Feb 21, 2023.

29. Strunc MJ, Black J, Lillaney P, et al. The Xyrem® (sodium oxybate) Risk Evaluation and Mitigation Strategy (REMS) program in the USA: results from 2016 to 2017. Drugs Real World Outcomes. 2021;8(1):15–28.

30. George CF, Feldman N, Inhaber N, et al. A safety trial of sodium oxybate in patients with obstructive sleep apnea: acute effects on sleep-disordered breathing. Sleep Med. 2010;11(1):38–42.

31. Gottlieb DJ, Punjabi NM. Diagnosis and manage-ment of obstructive sleep apnea: a review. JAMA. 2020;323(14):1389–400.

32. Badr MS, Dingell JD, Javaheri S. Central sleep apnea: a brief review. Curr Pulmonol Rep. 2019;8(1):14–21.

33. US Xyrem Multicenter Study Group. A 12-month, open-label, multicenter extension trial of orally administered sodium oxybate for the treatment of narcolepsy. Sleep. 2003;26(1):31–5.

34. Morse AM, Dauvilliers Y, Arnulf I, et al. Long-term efficacy and safety of low-sodium oxybate in an open-label extension period of a placebo-con-trolled, double-blind, randomized withdrawal study in adults with idiopathic hypersomnia. J Clin Sleep Med. 2023;19(10):1811–22.

35. Ohayon MM. Narcolepsy is complicated by high medical and psychiatric comorbidities: a compar-ison with the general population. Sleep Med. 2013;14(6):488–92.

36. Cohen A, Mandrekar J, St Louis EK, Silber MH, Kotagal S. Comorbidities in a community sample of narcolepsy. Sleep Med. 2018;43:14–8.

37. Dauvilliers Y, Lopez R, Ohayon M, Bayard S. Hypersomnia and depressive symptoms: method-ological and clinical aspects. BMC Med. 2013;11:78.

38. Vernet C, Leu-Semenescu S, Buzare MA, Arnulf I. Subjective symptoms in idiopathic hypersomnia: beyond excessive sleepiness. J Sleep Res. 2010;19(4):525–34.

39. Ortega-Albás JJ, López-Bernabé R, García AL, Gómez JR. Suicidal ideation secondary to sodium oxybate. J Neuropsychiatry Clin Neurosci. 2010;22(3):352r.e26-e26.

40. Rossetti AO, Heinzer RC, Tafti M, Buclin T. Rapid occurrence of depression following addition of sodium oxybate to modafinil. Sleep Med. 2010;11(5):500–1.

41. Sarkanen T, Niemelä V, Landtblom AM, Partinen M. Psychosis in patients with narcolepsy as an adverse effect of sodium oxybate. Front Neurol. 2014;5:136.

42. Buckley PJ, Wolf CT. Psychosis in a 22-year-old woman with narcolepsy after restarting sodium oxybate. Psychosomatics. 2018;59(3):298–301.

43. Canellas-Dols F, Delgado C, Arango-Lopez C, Peraita-Adrados R. Narcolepsy-cataplexy and psychosis: a case study. Rev Neurol. 2017;65(2):70–4.

44. Chien J, Ostermann G, Turkel SB. Sodium oxybate-induced psychosis and suicide attempt in an 18-year-old girl. J Child Adolesc Psychopharmacol. 2013;23(4):300–1.

45. Sharpless BA, Barber JP. Lifetime prevalence rates of sleep paralysis: a systematic review. Sleep Med Rev. 2011;15(5):311–5.

46. Stallman HM, Kohler M. Prevalence of sleepwalking: a systematic review and meta-analysis. PLoS ONE. 2016;11(11): e0164769.

47. Fleetham JA, Fleming JA. Parasomnias. CMAJ. 2014;186(8):E273–80.

48. Stefani A, Högl B. Nightmare disorder and isolated sleep paralysis. Neurotherapeutics. 2021;18(1): 100–6.

49. Thorpy MJ, Arnulf I, Foldvary-Schaefer N, et al. Efficacy and safety of lower-sodium oxybate in an open-label titration period of a phase 3 clinical study in adults with idiopathic hypersomnia. Nat Sci Sleep. 2022;14:1901–17.

50. Bogan RK, Roth T, Schwartz J, Miloslavsky M. Time to response with sodium oxybate for the treatment of excessive daytime sleepiness and cataplexy in patients with narcolepsy. J Clin Sleep Med. 2015;11(4):427–32.

51. Rassu AL, Evangelista E, Barateau L, et al. Idiopathic Hypersomnia Severity Scale to better quantify symptoms severity and their consequences in idiopathic hypersomnia. J Clin Sleep Med. 2022;18(2): 617–29.

52. Pigeon WR. Treatment of adult insomnia with cognitive-behavioral therapy. J Clin Psychol. 2010;66(11):1148–60.

53. Ong JC, Dawson SC, Mundt JM, Moore C. Developing a cognitive behavioral therapy for hypersomnia using telehealth: a feasibility study. J Clin Sleep Med. 2020;16(12):2047–62.

54. Bogan RK, Foldvary-Schaefer N, Skowronski R, Chen A, Thorpy MJ. Long-term safety and tolerability during a clinical trial and open-label extension of lower-sodium oxybate in participants with narcolepsy with cataplexy. CNS Drugs. 2023;37(4): 323–35.

55. Goksan B, Gunduz A, Karadeniz D, et al. Morning headache in sleep apnoea: clinical and polysomnographic evaluation and response to nasal continuous positive airway pressure. Cephalalgia. 2009;29(6):635–41.

56. Plazzi G, Ruoff C, Lecendreux M, et al. Treatment of paediatric narcolepsy with sodium oxybate: a double-blind, placebo-controlled, randomised-withdrawal multicentre study and open-label investigation. Lancet Child Adolesc Health. 2018;2(7):483–94.

57. Schinkelshoek MS, Smolders IM, Donjacour CE, et al. Decreased body mass index during treatment with sodium oxybate in narcolepsy type 1. J Sleep Res. 2019;28(3):e12684.

58. Husain AM, Ristanovic RK, Bogan RK. Weight loss in narcolepsy patients treated with sodium oxybate. Sleep Med. 2009;10(6):661–3.

59. Ponziani V, Pizza F, Zenesini C, Vignatelli L, Pession A, Plazzi G. BMI changes in pediatric type 1 narcolepsy under sodium oxybate treatment. Sleep. 2021;44(7):1–7.

60. Black J, Reaven NL, Funk SE, et al. Medical comorbidity in narcolepsy: findings from the Burden of Narcolepsy Disease (BOND) study. Sleep Med. 2017;33:13–8.

61. Saad R, Ben-Joseph RH, Prince P, Stack C, Bujanover S, Taylor B. Clinical presentation prior to idiopathic hypersomnia diagnosis among US adults: a retrospective, real-world claims analysis [poster 497]. Annual Meeting of the Associated Professional Sleep Societies; June 10–13, 2021.

62. Saad R, Prince P, Taylor B, Ben-Joseph RH. Characteristics of adults newly diagnosed with idiopathic hypersomnia in the United States. Sleep Epidemiol. 2023. https://doi.org/10.1016/j.sleepe.2023.100059.

63. Mamelak M, Black J, Montplaisir J, Ristanovic R. A pilot study on the effects of sodium oxybate on sleep architecture and daytime alertness in narcolepsy. Sleep. 2004;27(7):1327–34.

64. Lapierre O, Montplaisir J, Lamarre M, Bedard MA. The effect of gamma-hydroxybutyrate on nocturnal and diurnal sleep of normal subjects: further considerations on REM sleep-triggering mechanisms. Sleep. 1990;13(1):24–30.

65. Leary EB, Kirby MT, Skowronski R, Xu K, Pfister C, Macfadden W. Effectiveness and treatment optimization among participants with narcolepsy switching from sodium oxybate to lower-sodium oxybate: interim data from the SEGUE study [poster 138]. Annual Meeting of the Associated Professional Sleep Societies; June 4–8, 2022; Charlotte, NC.

Neurol Ther

66. Bae CJ, Zee PC, Leary EB, et al. Effectiveness and tolerability in people with narcolepsy transitioning from high-sodium oxybate to low-sodium oxybate: data from the real-world TENOR study. Sleep Med. 2023;109:65–74.

67. Husain AM, Zee PC, Leary EB, et al. Dosing and transition characteristics in people with narcolepsy transitioning from sodium oxybate to low-sodium oxybate: data from the real-world TENOR study. Sleep Med. 2024;113:328–37.

68. Miller AJ, Raj SR. Pharmacotherapy for postural tachycardia syndrome. Auton Neurosci. 2018;215:28–36.

# EXHIBIT C

Sleep Medicine Reviews 66 (2022) 101709



Contents lists available at ScienceDirect

# Sleep Medicine Reviews

journal homepage: www.elsevier.com/locate/smrv



# Clinical considerations for the diagnosis of idiopathic hypersomnia

Yves Dauvilliers [a, b, *], Richard K. Bogan [c], Isabelle Arnulf [d], Thomas E. Scammell [e], Erik K. St Louis [f], Michael J. Thorpy [g]

[a] *Sleep and Wake Disorders Centre, Department of Neurology, Gui de Chauliac Hospital, Montpellier, France*
[b] *University of Montpellier, INSERM Institute Neuroscience Montpellier (INM), Montpellier, France*
[c] *University of South Carolina School of Medicine, Columbia, SC, USA*
[d] *Sleep Disorder Unit, Pitié-Salpêtrière Hospital and Sorbonne University, Paris, France*
[e] *Beth Israel Deaconess Medical Center, Boston, MA, USA*
[f] *Mayo Center for Sleep Medicine, Mayo Clinic, Rochester, MN, USA*
[g] *Albert Einstein College of Medicine, Bronx, NY, USA*

## ARTICLE INFO

*Article history:*
Received 27 June 2022
Received in revised form
19 September 2022
Accepted 14 October 2022
Available online 31 October 2022

*Keywords:*
Idiopathic hypersomnia
Diagnosis
Excessive daytime sleepiness
Sleep inertia
Polysomnography
Hypersomnia

## ABSTRACT

Idiopathic hypersomnia is a sleep disorder of neurologic origin characterized by excessive daytime sleepiness, with sleep inertia, long, unrefreshing naps, and prolonged nighttime sleep being key symptoms in many patients. Idiopathic hypersomnia is described in the *International Classification of Sleep Disorders*, 3rd Edition as a central disorder of hypersomnolence with distinct clinical features and diagnostic criteria; however, confirming the diagnosis of idiopathic hypersomnia is often challenging. Diagnosis of idiopathic hypersomnia is based on objective sleep testing and the presence of associated clinical features but may be difficult for clinicians to recognize and correctly diagnose because of its low prevalence, clinical heterogeneity, and symptoms, which are similar to those of other sleep disorders. The testing required for diagnosis of idiopathic hypersomnia also presents logistical barriers, and reliability of objective sleep measures is suboptimal. The pathophysiology of idiopathic hypersomnia remains unknown. In this review, clinical considerations related to the pathogenesis, diagnosis, and management of idiopathic hypersomnia will be discussed, including perspectives from the European Union and United States.

© 2022 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

## 1. Introduction

Hypersomnolence, including excessive daytime sleepiness (EDS) and excessive quantity of sleep (extended nocturnal sleep and long naps, collectively called hypersomnia), is a common complaint in the general population and negatively impacts everyday life [1]. EDS is distinct from fatigue (lack of energy or exhaustion, and difficulty sustaining activity levels), and refers to daily periods of irrepressible need to sleep or daytime lapses into sleep [2,3]. EDS and severe EDS are present in 15%–33% and 3.8%–11.8%, respectively, of the general population [1,4,5]. Risk factors for EDS include age, sleep deprivation, and medical conditions (eg, depression, anxiety, obesity, anemia, diabetes, and hypertension) [4,6]. EDS is a core diagnostic feature of idiopathic hypersomnia and a common symptom of many other disorders [2,7]. Subjective EDS

can be measured using the Epworth sleepiness scale (ESS), a short, self-administered questionnaire for adults [8], and objective EDS can be measured using the multiple sleep latency test (MSLT) and maintenance of wakefulness test (MWT) [9].

Excessive quantity of sleep, also termed long sleep time (LST), occurs frequently in the general population, with approximately 8% of adults self-reporting ≥9 h in a typical 24-h period [10]. LST is related to sex and age, being more commonly reported by women and individuals ≤24 and ≥65 years of age [10]. The presence of long (>1 h), unrefreshing daytime naps is associated with long nighttime sleep [11]. Sleep duration can be captured using sleep diaries, wrist actigraphy, or polysomnography (PSG) in a laboratory setting [2].

Another feature sometimes associated with hypersomnolence disorders is sleep inertia (difficulty transitioning from sleep to wake), characterized by persistent sleepiness and poorly restorative sleep quality, frequent reentries into sleep, impaired performance, reduced vigilance, confusion, and irritability [2,12]. Sleep inertia is reported by 26% of healthy controls [13], but a severe form

\* Corresponding author. 80 Avenue Augustin Fliche, Montpellier, 34295, France.
*E-mail address:* y-dauvilliers@chu-montpellier.fr (Y. Dauvilliers).

https://doi.org/10.1016/j.smrv.2022.101709
1087-0792/© 2022 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

Y. Dauvilliers, R.K. Bogan, I. Arnulf et al.

Sleep Medicine Reviews 66 (2022) 101709

| Abbreviations | | | |
|---|---|---|---|
| AHI | apnea-hypopnea index | IHSS | idiopathic hypersomnia severity scale |
| CPAP | continuous positive airway pressure | ISS | insufficient sleep syndrome |
| CSF | cerebrospinal fluid | LST | long sleep time |
| EDS | excessive daytime sleepiness | MSL | mean sleep latency |
| ESS | Epworth sleepiness scale | MSLT | multiple sleep latency test |
| GABA | gamma-aminobutyric acid | NT1 | narcolepsy type 1 |
| ICSD | *International Classification of Sleep Disorders* | NT2 | narcolepsy type 2 |
| ICSD-2 | *International Classification of Sleep Disorders*, 2nd Edition | OSA | obstructive sleep apnea |
| | | PLMS | periodic leg movements of sleep |
| ICSD-3 | *International Classification of Sleep Disorders*, 3rd Edition | PSG | polysomnography |
| | | SOREMP | sleep onset rapid eye movement period |
| | | TST | total sleep time |

of sleep inertia, sometimes called "sleep drunkenness," does not occur in healthy controls [13]. Sleep inertia and other symptoms of hypersomnolence, including EDS and LST, can also be associated with sleep deprivation, delayed sleep phase, other sleep disorders (eg, obstructive sleep apnea [OSA]), medication or substance use/abuse, and psychiatric disorders (most typically depression) [2].

Idiopathic hypersomnia is a debilitating neurologic disorder of hypersomnolence with heterogeneous presentation. A recent claims analysis indicated a limited-duration prevalence estimate of 10.3 per 100,000 persons [14]. The primary symptom is EDS, with additional variable features of prolonged nighttime sleep, long (>1 h), unrefreshing naps, sleep inertia, and cognitive impairment [2,15]. Per the *International Classification of Sleep Disorders*, 3rd Edition (ICSD-3), EDS is present in all individuals with idiopathic hypersomnia [2], but appears to manifest differently than in narcolepsy type 1 (NT1); "sleep attacks" seem more specific to narcolepsy [16]. Patients with sleep inertia may depend on external sources (loud alarms; family members) to wake up in the morning, and even after exhausting these measures, may not awaken or may rapidly return to sleep, negatively impacting their work, school, and family life [15]. Sleep inertia is at least mild in 78%–100% of individuals with idiopathic hypersomnia [13,17–19], and severe (harder to awaken and greater tendency to return to sleep, with sluggishness, poor balance, and impaired reflexes [12]) in 36% [13], irrespective of sleep time [20]. After morning sleep inertia fades, individuals are usually able to remain awake throughout the day, but feel persistently drowsy, with brain fog (including memory and attention problems, frequently misplacing and forgetting things, and a feeling of one's mind "going blank" [7,13]) and renewed sleep inertia after naps. Prolonged sleep ($\geq$11 h over a 24-h period, or $\geq$19 h over 32 h), as determined by objective sleep testing, is common [2,21]. Across studies, sleep duration $\geq$10 h has been reported in approximately 30%–50% of individuals with idiopathic hypersomnia, but could be present in up to approximately 70% in the authors' experience [2,19,22,24]. The prevalence of prolonged sleep may be underestimated since most sleep centers cannot perform extended PSG (>24 h) [15] and patients' responsibilities may prevent them from sleeping for the required duration; actigraphy monitoring remains underutilized.

Idiopathic hypersomnia was initially described in the early 1970s [23], and was included in the original *International Classification of Sleep Disorders* (ICSD; first published in 1990) as of its last iteration in 2001 [24]. In 2005, ICSD, 2nd Edition (ICSD-2) described two clinical phenotypes of idiopathic hypersomnia: with LST ($\geq$10 h) and without LST (<10 h) [25]. However, the most recent 3rd Edition (ICSD-3, 2014) includes both phenotypes under one definition (mean sleep latency [MSL] $\leq$8 min or total sleep time [TST] $\geq$11 h), although research continues into whether these may be

separate entities [11]. A 24-h TST $\geq$11 h is common but not mandatory for diagnosis [2].

In summary, idiopathic hypersomnia may be challenging for clinicians to recognize and diagnose because it is rare, clinically heterogeneous, and has symptoms that overlap with other disorders. Additionally, EDS is present in approximately one-third of the general population and can be comorbid with sleep apnea, depression, and other conditions, further complicating diagnosis [4]. This review will discuss clinical considerations related to the pathogenesis, diagnosis, and management of idiopathic hypersomnia, including perspectives from the European Union and United States.

## 2. Current idiopathic hypersomnia diagnostic criteria and considerations

### 2.1. Core features of idiopathic hypersomnia

Diagnosis of idiopathic hypersomnia involves careful clinical evaluation to exclude other disorders with similar symptoms, plus objective sleep testing (Fig. 1). Current ICSD-3 diagnostic criteria require the presence of EDS for $\geq$3 months, absence of cataplexy, and confirmatory objective sleep testing (Supplemental Table 1) [2,7], including MSL $\leq$8 min on MSLT and/or total 24-h TST of $\geq$660 min on PSG or wrist actigraphy (the latter also requiring a sleep log showing averaged 24-h TST $\geq$11 h daily over $\geq$7 days). In children and adolescents, normal sleep time for age should be considered when using 24-h TST to confirm diagnosis [2]. Age or sex do not significantly influence MSLT results (ie, sleep latency and number of SOREMPs) in a pediatric population [26]. The finding of two sleep onset rapid eye movement periods (SOREMPs) on MSLT (or less than one if nocturnal rapid eye movement [REM] latency was $\leq$15 min) is currently an exclusion criterion. An ESS score that is not persistently high may suggest a different disorder.

The SOREMP requirement for diagnosis remains controversial in the case of patients with MSL >8 min on MSLT but with confirmed sleep duration $\geq$660 min on a 24-h PSG. A patient with $\geq$2 SOREMPs, MSL >8 min, and 24-h TST $\geq$660 min should be considered for a diagnosis of idiopathic hypersomnia, despite not meeting ICSD-3 criteria for either narcolepsy or idiopathic hypersomnia. Recommending sleep extension prior to scheduling diagnostic testing may be helpful to exclude normal long sleep, because long sleepers will generally note resolution of EDS symptoms and feel fully refreshed upon awakening when they meet their individual sleep need. Because of frequently normal MSLT findings in idiopathic hypersomnia with LST [20,22] and low MSLT test-retest reliability [27], researchers have proposed objective evidence of LST as a more reliable endpoint [3]. However, 2014 ICSD-3 criteria

Y. Dauvilliers, R.K. Bogan, I. Arnulf et al.                                                                                                          Sleep Medicine Reviews 66 (2022) 101709



**Fig. 1.** An Initial Approach to Diagnosis of Idiopathic Hypersomnia or Other Sleep Disorders in Individuals Presenting With a Complaint of EDS
Dashed boxes indicate follow-up diagnostic testing.
BMI, body mass index; BPD, bipolar disorder; CPAP, continuous positive airway pressure; EDS, excessive daytime sleepiness; IH, idiopathic hypersomnia; ISS, insufficient sleep syndrome; MDD, major depressive disorder; MSLT, multiple sleep latency test; NT1, narcolepsy type 1; NT2, narcolepsy type 2; OCST, out-of-center sleep testing; OSA, obstructive sleep apnea; PSG, polysomnography; TST, total sleep time.

remain the standard for diagnosis, with contemporary modifications proposed in 2020 [3], including stricter criteria and use of extended-duration objective sleep testing involving in-laboratory PSG or outpatient prolonged PSG and/or electroencephalography testing protocols [21,28].

## 2.2. Ancillary features of idiopathic hypersomnia

Per ICSD-3 criteria, sleep inertia is not required for diagnosing idiopathic hypersomnia, but is an important, common symptom that clinicians should recognize and quantify [2]. Sleep inertia can be measured using several instruments, including the sleep inertia questionnaire (which has been validated only in individuals with depression) [29], the hypersomnia severity index (a nine-item tool to measure hypersomnia severity, distress, and impairment, which has been validated in patients with sleep disorders) [30], the psychomotor vigilance task (PVT; a short and simple tool to measure behavioral alertness and sustained attention, which correlates with symptoms of sleep inertia in patients with central hypersomnolence disorders) [31,32], and the idiopathic hypersomnia severity scale (IHSS; a 14-item, patient-reported, validated questionnaire assessing idiopathic hypersomnia symptoms' frequency, duration, and impacts, which has demonstrated specificity and reliability in detecting significant changes following treatment) [33,34]. The severity of sleep inertia in idiopathic hypersomnia, assessed with the IHSS, correlates with impairment of PVT performance [31]. However, PVT results do not discriminate among disorders with severe sleep inertia [31], and none of these questionnaires have yet been used as a screening tool in clinical practice.

Patients frequently report automatic behaviors upon waking and when drowsy during the day, whereas hypnagogic hallucinations and sleep paralysis are less frequent [13,15,22]. These latter symptoms are not uncommon in the general population; the prevalence of hallucinations has been estimated at 6.6% (hypnopompic) to 24.8% (hypnagogic), and the prevalence of sleep paralysis as 7.6% [35,36]. Nightmares in idiopathic hypersomnia are rare, and half of patients report frequent "blackout" of their nights upon awakening, whereas around 20% complain of "dreaming too much" [37]. Although there is no definition of "good" sleep in idiopathic hypersomnia (in contrast with disrupted sleep in other disorders), other than the supportive finding of sleep efficiency ≥90% [2], one may expect that criteria for other disorders would be absent in people with idiopathic hypersomnia (eg, apnea-hypopnea index [AHI] <5, and periodic leg movements of sleep [PLMS] <15/hour). Some patients with idiopathic hypersomnia may have variable sleep-wake patterns due to their long naps and nocturnal sleep (when feasible); therefore, it is always important to stabilize bedtimes and wake times with an appropriate duration of time in bed prior to establishing the diagnosis.

## 3. Diagnostic challenges in idiopathic hypersomnia

Objective sleep testing required for diagnosing idiopathic hypersomnia presents many challenges. Despite the inclusion of sleep test results in ICSD-3 diagnostic criteria, prolonged PSG recordings are less likely to be performed in the United States than in Europe due to expense and reimbursement issues, sometimes preventing complete diagnostic evaluation.

Sleep Medicine Reviews 66 (2022) 101709

The MSLT has poor test-retest reliability in clinical populations with central nervous system hypersomnolence disorders [27,38,39], especially idiopathic hypersomnia, because of MSL variability and number of SOREMPs across testing sessions. In a retrospective study, 25% of patients meeting MSLT criteria initially met criteria again during a second test [27]. In another retrospective study, >30% of patients crossed the threshold of $\geq2$ SOREMPs between sleep studies, changing from a diagnosis of idiopathic hypersomnia (based on initial MSLT findings) to narcolepsy type 2 (NT2; based on the second MSLT) [38]. Low test-retest reliability could be explained by intrinsic features of the MSLT or by spontaneous fluctuations in symptom severity in idiopathic hypersomnia and NT2, implying that there may be substantial phenotypic overlap between these categories. These findings challenge the validity of the required 8-min MSL cutoff or TST $\geq11$ h and reinforce a possibility for reassessment in patients with a clinical presentation suggestive of idiopathic hypersomnia who do not fulfill ICSD-3 diagnostic criteria. Patients with idiopathic hypersomnia whose hypersomnolence resolved or improved during long-term treatment with wake-promoting medications should be reassessed under drug-free conditions, as the disorder may improve or spontaneously remit in approximately 14%–26% of cases [40,41]. Consideration of MSLT parameters besides MSL and number of SOREMPs has been proposed for differential diagnosis of central hypersomnolence disorders, including sustained sleep latency, REM sleep latency, time spent in REM sleep, and sleep stage sequence [42–44].

The PSG also has limitations, and efforts are underway to develop more precise and specific diagnostic criteria based on this tool [15]. Extended-duration PSG protocols have been proposed for confirming idiopathic hypersomnia, as long sleep may be a more reliable symptom than propensity to fall asleep during the day [15,20,21,45]. The current ICSD-3 diagnostic criteria call for $\geq660$ min of sleep in a 24-h period on PSG based on one study [20], or wrist actigraphy in association with a sleep log, but do not otherwise specify details of the protocol (eg, setting) nor account for factors expected to impact total sleep duration (eg, age) [2]. That 48-h protocol includes an overnight PSG, then daytime MSLT, then a second PSG of 18–20 h comprising overnight sleep and uninterrupted naps; this protocol has normative data on long-term sleep monitoring [15,20]. Another standardized protocol includes PSG and modified MSLT, then a 32-h bed rest recording (one night, one day, one night) [15,21] with normative data reported. A 60-h protocol includes PSG recording for 48 h, then an MSLT [15,45]. These extended-duration protocols could be performed in any region, but are not uniformly available or used outside their originating groups; they are only performed regularly in select European Union countries. Both extended-duration PSG and actigraphy have limitations for measuring extended sleep duration in idiopathic hypersomnia [15,46]. There are few standard protocols (ie, sleep time, time in bed, possible activity, light, etc) or normative measures (ie, with good specificity and sensitivity) for extended-duration PSG, as outlined in the protocols above. Extended-duration actigraphy has not been validated in idiopathic hypersomnia versus healthy controls. Additionally, optimal actigraphic settings have not been established, and the procedure is not typically reimbursed by insurance in the United States and European Union. For both extended-length procedures, there is increased cost and inconsistent availability. Further study of extended-length protocols, which allow for quantification of excessive sleep duration to diagnose idiopathic hypersomnia with LST, is needed. However, it is still unclear whether recording excessive sleep duration can aid in formally discriminating among the diagnoses of NT2, idiopathic hypersomnia with LST, and physiological long sleep [3]. Also, as LST is not currently a requirement for diagnosis of

idiopathic hypersomnia, and a subset of patients does not exhibit the LST phenotype [2], extended monitoring procedures are unlikely to become the only method of diagnosing idiopathic hypersomnia unless the criteria regarding long sleep are modified. New tools and technologies must be developed to record sleep while individuals are in their daily living environments, with analysis possibly aided by artificial intelligence. Moreover, the absence of any pathognomonic clinical features or known biomarkers further hinders the diagnosis of idiopathic hypersomnia [16].

Idiopathic hypersomnia, as currently defined, remains a diagnosis of exclusion [47]. A challenge is in not only discriminating idiopathic hypersomnia from other disorders of hypersomnolence, but in establishing whether symptoms or test results are due to neurologic, psychiatric, or other medical causes [47]. EDS is a symptom of several sleep disorders that must be considered in the differential diagnosis of idiopathic hypersomnia [2,7,48], such as OSA, narcolepsy, insufficient sleep syndrome (ISS; especially in normal long sleep), and circadian phase delay. Also, non-REM parasomnias, which can cause EDS [49–51], may be comorbid, albeit rarely, in idiopathic hypersomnia [52]. Other diagnoses must be considered, as well as head injury and obesity. EDS can persist in OSA despite adherence to continuous positive airway pressure (CPAP) therapy [53,54]. Furthermore, even in the absence of OSA, obesity can be associated with EDS and LST, which appears to be related to a metabolic and/or circadian abnormality [55,56].

Therefore, to accurately diagnose idiopathic hypersomnia, one must consider the overall picture, beyond just ICSD-3 criteria. The individual patient's characteristics, signs, and symptoms must be elicited and synthesized to inform an appropriate, efficient approach to diagnostic testing (Fig. 1). A diagnostic algorithm based on standard practice in France is available in the literature [47]; however, national and international variations in practice (eg, with regard to adoption of prolonged PSG testing) preclude development of a universal algorithm.

### 3.1. Idiopathic hypersomnia versus narcolepsy

NT1 and NT2 have the same MSL diagnostic criterion as idiopathic hypersomnia ($\leq8$ min) but require two or more SOREMPs, as opposed to fewer than two SOREMPs [2] (Figs. 1 and 2). The presence of cataplexy or low cerebrospinal fluid (CSF) levels of hypocretin-1 clearly differentiates NT1 [2]. Distinguishing idiopathic hypersomnia from NT2 is more challenging, as these disorders may differ only by the presence of REM sleep during MSLT naps (ie, number of SOREMPs) [2]. Sleep inertia is more common and often more severe in idiopathic hypersomnia compared with NT2 (Figs. 1 and 2) [15,19]. The severity of sleepiness in idiopathic hypersomnia did not differ from that in narcolepsy (mean ESS scores ranged from 14.1 to 17.9 in idiopathic hypersomnia, 14.5 to 16.7 in NT2, and 16.6 to 18.5 in NT1 [17,18,33,57,58]). However, people with idiopathic hypersomnia tend to feel sleepy all day, and are unrefreshed after long naps, but are generally able to remain awake, whereas people with narcolepsy may feel temporarily refreshed after short naps with dream content, and sometimes experience episodes of severe, irresistible sleepiness ("sleep attacks") [2,17,18,57,58]. Abnormal REM sleep phenomena such as frequent vivid dreams, sleep paralysis, and hypnagogic hallucinations are more frequent in narcolepsy [52] (Fig. 2).

In contrast to narcolepsy, the frequency of the HLA DQB1*0602 haplotype in idiopathic hypersomnia is similar to the general population [40]. Carrier frequency of the HLA DQB1*0602 haplotype ranges from 18%– 31% in idiopathic hypersomnia, 95%–98% in narcolepsy with cataplexy, 26%–100% in narcolepsy without cataplexy and normal CSF hypocretin levels, and 15%–40% in controls (40.2% in African American controls) [20,40,59–61].

Y. Dauvilliers, R.K. Bogan, I. Arnulf et al.

Sleep Medicine Reviews 66 (2022) 101709



**Fig. 2.** Diagnostic Features of NT1, NT2, and Idiopathic Hypersomnia [2,12,27,105,106]
CSF, cerebrospinal fluid; ESS, Epworth Sleepiness Scale; MSLT, multiple sleep latency test; NT1, narcolepsy type 1; NT2, narcolepsy type 2; PSG, polysomnography; REM, rapid eye movement; SOREMP, sleep onset rapid eye movement period.

### 3.2. Idiopathic hypersomnia versus OSA

In contrast with idiopathic hypersomnia (Fig. 1), OSA is often diagnosed in middle-aged or older men with higher body mass indices [2,20,40,62]. Similar to idiopathic hypersomnia, patients with OSA lack cataplexy; however, they have normal nighttime sleep durations and excessive snoring [2,18]. Patients with idiopathic hypersomnia often have severe sleep inertia, whereas patients with OSA typically do not [2,19,32]. Diagnostic testing for OSA may begin with testing (PSG or out-of-center sleep testing); if positive, that may be followed by a trial of CPAP if desired [2].

### 3.3. Idiopathic hypersomnia versus ISS

In ISS, TST is shorter than expected for age due to intentional curtailment (typically during the week), and EDS resolves with extension of sleep time [2,63]. ISS can occur at any age and is approximately equally prevalent in males and females (Fig. 1) [2]. ISS is similar to idiopathic hypersomnia in that patients may experience some sleep inertia, depressive symptoms, and hallucinations; however, symptoms in ISS result from suboptimal sleep [2,18,63], whereas in idiopathic hypersomnia, symptoms do not resolve with additional sleep [2,64].

### 3.4. Idiopathic hypersomnia versus mood disorders

Claims analyses support the presence of comorbid conditions that share symptoms with idiopathic hypersomnia, which may confound diagnosis [65]. Consistent with clinical experience described earlier, common comorbidities in adults with newly diagnosed idiopathic hypersomnia include mood disorders (32.1%), depressive disorders (31.0%), and anxiety disorders (30.7%). Sleep apnea and mood disorders should be treated before diagnosing idiopathic hypersomnia.

Hypersomnia in mood disorders, especially depression, can present as sleepiness with difficulty getting out of bed in the morning [64]. However, sleep inertia may be more severe in people with idiopathic hypersomnia, who more frequently require assistance from another person to awaken [64]. Some patients with depression may desire to remain in bed and overestimate their sleep duration because they include time in bed when estimating sleep time [28] (Fig. 1). In depression, both EDS and LST can be present [66]. In the authors' experience, the sleepiness and sleep inertia of depression are more marked in the morning (which is also true in idiopathic hypersomnia) and, importantly, often congruent with low mood, which improves in the late afternoon. LST may persist during euthymic periods [67]. Symptoms of depressed mood are common in patients with idiopathic hypersomnia [20,57]; however, although subjective sleepiness has been associated with increased odds of depressive symptoms, objective sleepiness on the MSLT has been associated with decreased odds of depressive symptoms [68], and medications may confound the validity of objective sleep testing [69–71] (Fig. 1). TST and sleep efficiency are greater, and MSL on the MSLT is shorter, in people with idiopathic hypersomnia compared with hypersomnia associated with a psychiatric disorder [64]. MSL is usually >8 min with mood disorders or hypersomnia associated with a psychiatric disorder [72]. For clinical reasons, it may not be possible to discontinue antidepressants prior to sleep testing, in which case the clinician must determine whether information from an MSLT performed during antidepressant treatment is helpful in the diagnosis.

### 3.5. Iatrogenic hypersomnolence

Medication/Substance use/abuse complicates differential diagnosis. Drug-induced hypersomnolence can occur due to sedatives, hypnotics, and other medications that cause sedation incidentally [73], including antidepressants, H1 antihistamines, antipsychotics, and hypocretin antagonists. Stimulant withdrawal can also result in

*Y. Dauvilliers, R.K. Bogan, I. Arnulf et al.*                                    *Sleep Medicine Reviews 66 (2022) 101709*

hypersomnolence. A careful clinical history is usually sufficient to unveil medication or substance use/abuse, but depending on the clinical setting, we may recommend a urine drug screen at the time of objective sleep testing to exclude confounding substances.

## 4. Pathogenesis

The pathophysiology of idiopathic hypersomnia remains unknown. No consistent abnormalities in the key wakefulness-promoting or sleep-wake circuit neurotransmitters have been found [2], with normal levels of CSF hypocretin-1, histamine, and tele-methylhistamine [74−77], albeit with some inconsistencies [59,78]. A recent study found no striking differences in CSF biogenic amines, their metabolites, or trace amine levels in participants with idiopathic hypersomnia, NT1, or NT2 and individuals without objective EDS [79]. Interestingly, the presence of an endogenous gamma-aminobutyric acid (GABA)-like substance in the CSF of individuals with idiopathic hypersomnia (and other stimulant-resistant disorders of hypersomnolence) that modulates GABA-mediated inhibitory effects on arousal [80,81] has been reported, but not replicated [82]. Another proposed contributor to idiopathic hypersomnia is circadian mechanisms (eg, longer circadian period or long biological night) [20,83−86]. The frequent family history of idiopathic hypersomnia symptoms suggests genetic predisposition [7,87], but no specific genetic locus or inheritance pattern has been demonstrated. Family history of excessive sleepiness, idiopathic hypersomnia, or another disorder of hypersomnolence is seen in 34%−37% of patients with idiopathic hypersomnia [40,41,62].

Neuroimaging suggests that persistent sleepiness in idiopathic hypersomnia may relate to abnormal neural activity in an arousal system and intrusion of a sleep-like state during wakefulness [15]. The first positron emission tomography study in participants with NT1 and idiopathic hypersomnia showed hypermetabolism in the anterior and middle cingulate and insula in the resting wake state, compared with controls, which was hypothesized to represent an altered arousal system [88]. Brain scintigraphy in participants with idiopathic hypersomnia showed regional cerebral blood flow decreases in the medial prefrontal cortex and posterior cingulate cortex, and increases in the amygdala and temporo-occipital cortices, during resting wakefulness; this pattern is similar to regional cerebral blood flow during non-REM sleep, potentially consistent with incomplete transitions between sleep-wake states [89]. Hypermetabolism in the precuneus and inferior parietal lobule was observed in participants with NT1 and idiopathic hypersomnia compared with controls, although regional patterns of hypermetabolism differed between the groups [90].

Classical PSG findings in idiopathic hypersomnia with LST demonstrate normal architecture, with prolonged, high sleep efficiency that may include one to several additional sleep cycles [20,28]. However, there have been reports of other heterogeneous PSG abnormalities [91−93], decreased percentage of slow-wave sleep [91], increased REM sleep [91], and altered sleep quality and stability [92], likely due to differing diagnostic criteria across studies.

The heterogeneous nature of symptoms belonging to currently broadly defined idiopathic hypersomnia suggests the possibility of different etiologies [3,47]. There appear to be separate phenotypes for individuals requiring increased sleep duration compared with a normal amount of sleep [3]. A cluster analysis including nighttime and daytime symptoms, nocturnal PSG, and MSLT in 96 patients with central hypersomnolence disorders differentiated three main clusters, including NT1, NT2 and idiopathic hypersomnia without

LST, and idiopathic hypersomnia with LST, suggesting that this last category has a homogeneous phenotype [22]. Distinguishing these phenotypes will likely require novel discoveries providing better insight into the underlying neurobiology and pathophysiology [2].

## 5. Treatment

In the United States, lower-sodium oxybate (LXB; Xywav®) has been approved to treat idiopathic hypersomnia in adults since August 2021 [94]. In a phase 3, placebo-controlled, double-blind, randomized withdrawal study in adults with idiopathic hypersomnia, LXB demonstrated statistically significant, clinically meaningful effects on EDS, idiopathic hypersomnia symptom severity, and self-reported patient global impression of change [95]. This study marked the first use of the IHSS in a clinical trial of an idiopathic hypersomnia treatment [95]. LXB is approved for use in adults with idiopathic hypersomnia [94]; no treatments are approved for use in pediatric patients, and no clinical studies of pediatric idiopathic hypersomnia have been performed. LXB is not approved for the treatment of idiopathic hypersomnia outside of the United States.

Treatments typically used off-label for treating idiopathic hypersomnia include alerting agents (wake-promoting agents or stimulants), despite limited evidence for efficacy in this population [96]. Modafinil was previously approved in Europe to treat idiopathic hypersomnia, although this indication was rescinded in 2010 [97]. Pharmacotherapy reportedly controls EDS satisfactorily in approximately 65%−72% of patients; modafinil, methylphenidate, and dextroamphetamine monotherapy are frequently used, while high-dose monotherapy or combination polytherapy may be necessary in up to one-third of patients [40,41,62]. Few randomized, placebo-controlled trials have been conducted in idiopathic hypersomnia; most data are from observational studies and case series [96]. However, randomized, double-blind, placebo-controlled clinical trials showed that modafinil was an effective treatment for EDS in participants with idiopathic hypersomnia without LST [97,98]. Other medications, including clarithromycin [99,100], flumazenil [81], and pitolisant [81,101], have shown some effect on EDS in participants with hypersomnolence. A GABA$_B$ receptor agonist, baclofen, has also been reported as a potential treatment [19].

## 6. Discussion and expert opinion

Distinguishing EDS with its various causes from idiopathic hypersomnia is challenging. In the absence of pathognomonic features, suspicion for idiopathic hypersomnia can be raised by characteristic, albeit nonspecific features (Fig. 1), including early-life onset of symptoms and female sex [2]. This contrasts with the typically older, predominantly male OSA population [2]. Assessment of qualitative daytime hypersomnolence symptoms may provide additional clues. For example, severe sleep inertia and long, unrefreshing naps are characteristic of idiopathic hypersomnia and suggest that NT1 is unlikely, whereas clear cataplexy establishes an NT1 diagnosis and excludes idiopathic hypersomnia [2]. Extended nocturnal sleep duration suggests idiopathic hypersomnia, but is not observed in idiopathic hypersomnia without LST, and is found in the general population as an isolated finding without daytime somnolence (ie, long sleepers [typically defined as adults sleeping ≥10 h/night or children sleeping >2 h more than normal for age]) [2]. Sleep extension during weekends or other periods, suggesting unfulfilled sleep need, may represent a clinical biomarker of

Y. Dauvilliers, R.K. Bogan, I. Arnulf et al.

Sleep Medicine Reviews 66 (2022) 101709

idiopathic hypersomnia after exclusion of ISS [28,102]. It has been found that patients with idiopathic hypersomnia sleep an average of 3 h longer on weekends and holidays than during the week [13], and many patients extended their sleep duration and time in bed during the COVID-19 pandemic and associated lockdown [103,104].

Due to high sleep efficiency and generally normal REM sleep physiology in idiopathic hypersomnia, nighttime symptoms (eg, sleep paralysis, hypnogogic/hypnopompic hallucinations) are rare. Although nonspecific, these symptoms, if frequent and intensive, can help differentiate idiopathic hypersomnia and narcolepsy [52]. Nightmares are not more frequent than in the general population, and REM sleep behavior disorder is not comorbid to idiopathic hypersomnia, unlike narcolepsy [52]. Other nocturnal sleep characteristics may be difficult to elicit because patients frequently lack insight into their sleep behaviors. Therefore, history from a sleep companion, caregiver, or parent regarding disruptive snoring, breathing pauses, or parasomnia behaviors may inform diagnostic considerations. Disruptive snoring is most frequent in OSA, yet snoring and obesity can be comorbid in patients with narcolepsy but rarely in idiopathic hypersomnia [2,95]. Disrupted nighttime sleep is common in NT1 and uncommon in idiopathic hypersomnia [92].

Environmental influences are other components of screening for idiopathic hypersomnia. Inadequate sleep must be corrected before the evaluation continues, ensuring patients allocate enough time for sleep and that their sleep is not disrupted by using electronic devices in bed, or other environmental factors (eg, noisy or hot bedroom) that could reduce sleep quality or quantity. ISS can be difficult to exclude, and a careful history of the daily sleep pattern, including weekend sleep, should be taken, ideally using sleep logs or actigraphy. A trial of extended sleep duration should be undertaken if ISS is suspected. We recommend the patient keep a sleep log for about a month, and after a 2-week baseline, extend their sleep by 1−2 h for 2 weeks while logging their level of daytime sleepiness with the ESS. If sleepiness does not improve, we then test for other causes of sleepiness using PSG and MSLT, ideally with confirmatory actigraphy to ensure accurate estimation of sleep duration prior to laboratory testing [2]. Use of sedating substances (eg, medications, alcohol) is another potential source of EDS to consider.

In most patients presenting with hypersomnolence, narrowing diagnostic possibilities to a single disorder after screening, history, and physical examination is difficult, except when there is unambiguous cataplexy. In the authors' experience, symptoms of idiopathic hypersomnia vary across time within an individual patient's disease course. Thus, screening should weigh which disorders are most likely so that the subsequent workup (diagnostic testing) can rapidly lead to a clear diagnosis (Fig. 1). Although EDS is currently required in diagnostic criteria, EDS may appear to be absent in patients with idiopathic hypersomnia with LST in clinical practice (although this is rare) because long sleep duration may offset any potential EDS. However, in most cases, patients with idiopathic hypersomnia complain of EDS, drowsiness, fatigue, and sleep inertia, regardless of their TST. Total 24-h sleep time ≥660 min is included among diagnostic criteria (though not required for diagnosis, if mean sleep latency on MSLT is ≤8 min [2]), but extended PSG [20] is not feasible for all patients (eg, due to reimbursement issues). However, in these and other cases, idiopathic hypersomnia can still be identified and distinguished from normal long sleep by the presence of other characteristic symptoms, such as sleep inertia [2]. Furthermore, ESS scores do not differentiate among idiopathic hypersomnia, NT1, and NT2 [17,18,33,57,58]. Updated ICSD-3 criteria are needed, as recently proposed by a consensus of European experts, to emphasize a new criterion: excessive quantity of sleep, which usually cannot be accommodated because of work and other responsibilities [3].

Testing for idiopathic hypersomnia begins with PSG and MSLT, often with preceding actigraphy monitoring and/or sleep diary to document adequate sleep and time in bed. Preparation before sleep testing and careful attention to protocol are important for reliable results, including counseling on adequate time in bed, as is tapering of antidepressants and other confounding sedating and/or REM sleep suppressant medications in advance whenever feasible and safe. For example, if the sleep period is truncated after 8 h for a long sleeper patient, or even at the 6-h mark, the resulting sleepiness can affect the MSLT. Possibly reflecting differences in sleep duration as part of sleep testing, one study showed that 71% of patients with idiopathic hypersomnia with LST had MSL >8 min [20], and other studies showed that some patients had MSL of 4−10 min [21,22]. Repetition of sleep testing is expensive and inconvenient.

Idiopathic hypersomnia may coexist with other disorders, such as depression, but is incompatible with others, such as narcolepsy. If doubt remains following initial tests, CSF hypocretin levels can rule out NT1 in those with demonstrated genetic predisposition (ie, HLA DQB1*0602 positivity; however, a caveat is that DQB1*0602 positivity alone is nonspecific and insufficient for NT1 diagnosis, given its relatively high prevalence in the general population [2]). An iterative approach employing other tests or trials of therapy (eg, treatment with CPAP or other measures to address sleep-disordered breathing) may be necessary to identify and address confounding comorbid conditions. Current diagnostic criteria for idiopathic hypersomnia are controversial; thus, the search for additional biomarkers and debate about borders between sleep disorders must continue.

In summary, the well-informed healthcare practitioner is equipped to distinguish idiopathic hypersomnia from other conditions marked by EDS and other overlapping symptoms through thoughtful application of both clinical judgment and appropriate testing, thus enabling patients to receive the most effective treatment for this debilitating sleep disorder.

## 7. Practice points

1. Idiopathic hypersomnia is a sleep disorder of unknown etiology and low prevalence characterized by excessive daytime sleepiness, with or without long sleep duration, unrefreshing naps, and sleep inertia.
2. Demographic (eg, higher female prevalence) and symptomatic features of the idiopathic hypersomnia population form a typical profile, but with high heterogeneity and substantial overlap with other sleep disorders.
3. Careful clinical history, with consideration of associated comorbidities and documentation of sleep patterns over at least 2 weeks, is important before considering sleep testing.
4. Efficient screening and workup are important to reduce diagnostic delay so that patients may receive timely, effective therapy.
5. The United States Food and Drug Administration approved lower-sodium oxybate in 2021 for the treatment of idiopathic hypersomnia in adults.

## 8. Research agenda

1. More research is needed into protocols for diagnostic testing to improve accuracy, reliability, and convenience, especially approaches for in-laboratory and in-home recordings for extended sleep duration.

Y. Dauvilliers, R.K. Bogan, I. Arnulf et al.

Sleep Medicine Reviews 66 (2022) 101709

2. The degree of distinction and possible overlap between idiopathic hypersomnia and narcolepsy type 2, both in terms of pathophysiology and diagnostic features, should be further examined.
3. Better understanding of idiopathic hypersomnia as a disease state would lead to the identification of reliable biomarkers and inform rational treatment strategies.
4. The IHSS should be considered for disease characterization.

## Declaration of competing interest

Y Dauvilliers is a consultant for and has participated in advisory boards for Jazz Pharmaceuticals, UCB Pharma, Avadel, Harmony Biosciences, Idorsia, Orexia, Takeda, Paladin, and Bioprojet. RK Bogan is a shareholder of Watermark Medical and Healthy Humming, LLC; serves on the board of directors for Watermark; is a medical consultant to Jazz Pharmaceuticals, Harmony Biosciences, Avadel Pharmaceuticals, Takeda, and Oventus; has conducted industry-funded research for Avadel, Axsome, Bresotec, Bayer, Idorsia, Suven, Jazz, Balance, NLS, Vanda, Merck, Eisai, Philips, Fresca, Takeda, LivaNova, Roche, Sanofi, Sommetrics, and Noctrix; and is on the speakers bureau for Jazz, Eisai, and Harmony. I Arnulf has participated in advisory boards for UCB Pharm, Idorsia, Ono Pharma, and Roche Pharma. TE Scammell has consulted for Avadel, Axsome, Consynance, Eisai, Harmony Biosciences, Idorsia, Jazz Pharmaceuticals, Merck, Orion Pharma, Takeda, and Tris Pharmaceuticals and has received research grants from the National Institutes of Health, Merck, Jazz, and Takeda. EK St Louis receives research support from the National Institutes of Health, the National Institute of Neurological Disease and Stroke, the National Institute on Aging, and the National Heart, Lung, and Blood Institute. MJ Thorpy has received research/grant support and consultancy fees from Jazz Pharmaceuticals, Harmony Biosciences, Balance Therapeutics, Axsome Therapeutics, and Avadel Pharmaceuticals.

## Acknowledgments

Under the direction of the authors, Judith Bammert Adams, PharmD, employee of Peloton Advantage, LLC, an OPEN Health company, provided medical writing assistance funded by Jazz Pharmaceuticals; editorial assistance in formatting, proofreading, copyediting, and fact-checking was also provided by Peloton Advantage.

## Appendix A. Supplementary data

Supplementary data related to this article can be found at https://doi.org/10.1016/j.smrv.2022.101709.

## References

[*] Key reference

[1] Ohayon MM. From wakefulness to excessive sleepiness: what we know and still need to know. Sleep Med Rev 2008;12:129–41.
[2] * American Academy of Sleep Medicine. International classification of sleep disorders. third ed. Darien, IL: American Academy of Sleep Medicine; 2014.
[3] * Lammers GJ, Bassetti CLA, Dolenc-Groselj L, Jennum PJ, Kallweit U, Khatami R, et al. Diagnosis of central disorders of hypersomnolence: a reappraisal by European experts. Sleep Med Rev 2020;52:101306.
[4] Jaussent I, Morin CM, Ivers H, Dauvilliers Y. Incidence, worsening and risk factors of daytime sleepiness in a population-based 5-year longitudinal study. Sci Rep 2017;7:1372.
[5] Ohayon MM, Dauvilliers Y, Reynolds 3rd CF. Operational definitions and algorithms for excessive sleepiness in the general population: implications for DSM-5 nosology. Arch Gen Psychiatr 2012;69:71–9.
[6] Fernandez-Mendoza J, Vgontzas AN, Kritikou I, Calhoun SL, Liao D, Bixler EO. Natural history of excessive daytime sleepiness: role of obesity, weight loss, depression, and sleep propensity. Sleep 2015;38:351–60.

[7] Trotti LM. Idiopathic hypersomnia. Sleep Med Clin 2017;12:331–44.
[8] Johns MW. Reliability and factor analysis of the Epworth sleepiness scale. Sleep 1992;15:376–81.
[9] Krahn LE, Arand DL, Avidan AY, Davila DG, DeBassio WA, Ruoff CM, et al. Recommended protocols for the multiple sleep latency test and maintenance of wakefulness test in adults: guidance from the American Academy of Sleep Medicine. J Clin Sleep Med 2021;17:2489–98.
[10] Ohayon MM, Reynolds 3rd CF, Dauvilliers Y. Excessive sleep duration and quality of life. Ann Neurol 2013;73:785–94.
[11] * Nevsimalova S, Susta M, Prihodova I, Maurovich Horvat E, Milata M, Sonka K. Idiopathic hypersomnia: a homogeneous or heterogeneous disease?. Sleep Med 2021;80:86–91.
[12] Trotti LM. Waking up is the hardest thing all day: sleep inertia and sleep drunkenness. Sleep Med Rev 2017;35:76–84.
[13] Vernet C, Leu-Semenescu S, Buzare MA, Arnulf I. Subjective symptoms in idiopathic hypersomnia: beyond excessive sleepiness. J Sleep Res 2010;19:525–34.
[14] Acquavella J, Mehra R, Bron M, Suomi JMH, Hess GP. Prevalence of narcolepsy, other sleep disorders, and diagnostic tests from 2013–2016: insured patients actively seeking care. J Clin Sleep Med 2020;16:1255–63.
[15] * Arnulf I, Leu-Semenescu S, Dodet P. Precision medicine for idiopathic hypersomnia. Sleep Med Clin 2019;14:333–50.
[16] Billiard M, Sonka K. Idiopathic hypersomnia. Sleep Med Rev 2016;29:23–33.
[17] Leu-Semenescu S, Louis P, Arnulf I. Benefits and risk of sodium oxybate in idiopathic hypersomnia versus narcolepsy type 1: a chart review. Sleep Med 2016;17:38–44.
[18] Kretzschmar U, Werth E, Sturzenegger C, Khatami R, Bassetti CL, Baumann CR. Which diagnostic findings in disorders with excessive daytime sleepiness are really helpful? A retrospective study. J Sleep Res 2016;25:307–13.
[19] * Trotti LM, Ong JC, Plante DT, Friederich Murray C, King R, Bliwise DL. Disease symptomatology and response to treatment in people with idiopathic hypersomnia: initial data from the Hypersomnia Foundation registry. Sleep Med 2020;75:343–9.
[20] Vernet C, Arnulf I. Idiopathic hypersomnia with and without long sleep time: a controlled series of 75 patients. Sleep 2009;32:753–9.
[21] * Evangelista E, Lopez R, Barateau L, Chenini S, Bosco A, Jaussent I, et al. Alternative diagnostic criteria for idiopathic hypersomnia: a 32-hour protocol. Ann Neurol 2018;83:235–47.
[22] Sonka K, Susta M, Billiard M. Narcolepsy with and without cataplexy, idiopathic hypersomnia with and without long sleep time: a cluster analysis. Sleep Med 2015;16:225–31.
[23] Roth B, Nevsimalova S, Rechtschaffen A. Hypersomnia with "sleep drunkenness. Arch Gen Psychiatr 1972;26:456–62.
[24] American Academy of Sleep Medicine. International classification of sleep disorders, revised: diagnostic and coding manual. Chicago, IL: American Academy of Sleep Medicine; 2001.
[25] American Academy of Sleep Medicine. Idiopathic hypersomnia with long sleep time. In: International classification of sleep disorders: diagnostic and coding manual. second ed. Westchester, IL: American Academy of Sleep Medicine; 2005. p. 98–103.
[26] Pizza F, Barateau L, Jaussent I, Vandi S, Antelmi E, Mignot E, et al. Validation of multiple sleep latency test for the diagnosis of pediatric narcolepsy type 1. Neurology 2019;93:e1034–44.
[27] Lopez R, Doukkali A, Barateau L, Evangelista E, Chenini S, Jaussent I, et al. Test-retest reliability of the multiple sleep latency test in central disorders of hypersomnolence. Sleep 2017;40:zsx164.
[28] Evangelista E, Rassu AL, Barateau L, Lopez R, Chenini S, Jaussent I, et al. Characteristics associated with hypersomnia and excessive daytime sleepiness identified by extended polysomnography recording. Sleep 2021;44:zsaa264.
[29] Kanady JC, Harvey AG. Development and validation of the Sleep Inertia Questionnaire (SIQ) and assessment of sleep inertia in analogue and clinical depression. Cognit Ther Res 2015;39:601–12.
[30] Fernandez-Mendoza J, Puzino K, Amatrudo G, Bourchtein E, Calhoun SL, Plante DT, et al. The Hypersomnia Severity Index: reliability, construct, and criterion validity in a clinical sample of patients with sleep disorders. J Clin Sleep Med 2021;17:2249–56.
[31] * Evangelista E, Rassu AL, Lopez R, Biagioli N, Chenini S, Barateau L, et al. Sleep inertia measurement with the psychomotor vigilance task in idiopathic hypersomnia. Sleep 2022;45:zsab220.
[32] * Trotti LM, Saini P, Bremer E, Mariano C, Moron D, Rye DB, et al. The Psychomotor Vigilance Test as a measure of alertness and sleep inertia in people with central disorders of hypersomnia. J Clin Sleep Med 2022;18(5):1395–403.
[33] * Dauvilliers Y, Evangelista E, Barateau L, Lopez R, Chenini S, Delbos C, et al. Measurement of symptoms in idiopathic hypersomnia: the idiopathic hypersomnia severity scale. Neurology 2019;92:e1754–62.
[34] Rassu AL, Evangelista E, Barateau L, Chenini S, Lopez R, Jaussent I, et al. Idiopathic Hypersomnia Severity Scale to better quantify symptoms severity and their consequences in idiopathic hypersomnia. J Clin Sleep Med 2022;18:617–29.
[35] Ohayon MM. Prevalence of hallucinations and their pathological associations in the general population. Psychiatr Res 2000;97:153–64.

Y. Dauvilliers, R.K. Bogan, I. Arnulf et al.                                                                                                    Sleep Medicine Reviews 66 (2022) 101709

[36] Sharpless BA, Barber JP. Lifetime prevalence rates of sleep paralysis: a systematic review. Sleep Med Rev 2011;15:311–5.

[37] Chabani E, Vionnet MC, Beauté R, Leu-Semenescu S, Dodet P, Arnulf I. Blackout of my nights: contentless, timeless and selfless report from the night in patients with central hypersomnias. Conscious Cogn 2020;81: 102931.

[38] Trotti LM, Staab BA, Rye DB. Test-retest reliability of the multiple sleep latency test in narcolepsy without cataplexy and idiopathic hypersomnia. J Clin Sleep Med 2013;9:789–95.

[39] Ruoff C, Pizza F, Trotti LM, Sonka K, Vandi S, Cheung J, et al. The MSLT is repeatable in narcolepsy type 1 but not narcolepsy type 2: a retrospective patient study. J Clin Sleep Med 2018;14:65–74.

[40] Anderson KN, Pilsworth S, Sharples LD, Smith IE, Shneerson JM. Idiopathic hypersomnia: a study of 77 cases. Sleep 2007;30:1274–81.

[41] Bassetti C, Aldrich MS. Idiopathic hypersomnia. A series of 42 patients. Brain 1997;120(Pt 8):1423–35.

[42] Pizza F, Vandi S, Detto S, Poli F, Franceschini C, Montagna P, et al. Different sleep onset criteria at the multiple sleep latency test (MSLT): an additional marker to differentiate central nervous system (CNS) hypersomnias. J Sleep Res 2011;20:250–6.

[43] Zhang Z, Mayer G, Dauvilliers Y, Plazzi G, Pizza F, Fronczek R, et al. Exploring the clinical features of narcolepsy type 1 versus narcolepsy type 2 from European Narcolepsy Network database with machine learning. Sci Rep 2018;8:10628.

[44] Murer T, Imbach LL, Hackius M, Taddei RN, Werth E, Poryazova R, et al. Optimizing MSLT specificity in narcolepsy with cataplexy. Sleep 2017;40: zsx173.

[45] Pizza F, Ferri R, Poli F, Vandi S, Cosentino FI, Plazzi G. Polysomnographic study of nocturnal sleep in idiopathic hypersomnia without long sleep time. J Sleep Res 2013;22:185–96.

[46] Cook JD, Eftekari SC, Leavitt LA, Prairie ML, Plante DT. Optimizing actigraphic estimation of sleep duration in suspected idiopathic hypersomnia. J Clin Sleep Med 2019;15:597–602.

[47] Leu-Semenescu S, Quera-Salva MA, Dauvilliers Y. French consensus. Idiopathic hypersomnia: investigations and follow-up. Rev Neurol (Paris) 2017;173:32–7.

[48] Plante DT. Hypersomnia in mood disorders: a rapidly changing landscape. Curr Sleep Med Rep 2015;1:122–30.

[49] Lopez R, Jaussent I, Scholz S, Bayard S, Montplaisir J, Dauvilliers Y. Functional impairment in adult sleepwalkers: a case-control study. Sleep 2013;36: 345–51.

[50] Lopez R, Jaussent I, Dauvilliers Y. Objective daytime sleepiness in patients with somnambulism or sleep terrors. Neurology 2014;83:2070–6.

[51] Carrillo-Solano M, Leu-Semenescu S, Golmard JL, Groos E, Arnulf I. Sleepiness in sleepwalking and sleep terrors: a higher sleep pressure? Sleep Med 2016;26:54–9.

[52] Leu-Semenescu S, Maranci JB, Lopez R, Drouot X, Dodet P, Gales A, et al. Comorbid parasomnias in narcolepsy and idiopathic hypersomnia: more REM than NREM parasomnias. J Clin Sleep Med 2022;18:1355–64.

[53] Gasa M, Tamisier R, Launois SH, Sapene M, Martin F, Stach B, et al. Residual sleepiness in sleep apnea patients treated by continuous positive airway pressure. J Sleep Res 2013;22:389–97.

[54] Pepin JL, Viot-Blanc V, Escourrou P, Racineux JL, Sapene M, Levy P, et al. Prevalence of residual excessive sleepiness in CPAP-treated sleep apnoea patients: the French multicentre study. Eur Respir J 2009;33:1062–7.

[55] Vgontzas AN, Bixler EO, Tan TL, Kantner D, Martin LF, Kales A. Obesity without sleep apnea is associated with daytime sleepiness. Arch Intern Med 1998;158:1333–7.

[56] Panossian LA, Veasey SC. Daytime sleepiness in obesity: mechanisms beyond obstructive sleep apnea—a review. Sleep 2012;35:605–15.

[57] Dauvilliers Y, Paquereau J, Bastuji H, Drouot X, Weil JS, Viot-Blanc V. Psychological health in central hypersomnias: the French Harmony study. J Neurol Neurosurg Psychiatry 2009;80:636–41.

[58] Ozaki A, Inoue Y, Nakajima T, Hayashida K, Honda M, Komada Y, et al. Health-related quality of life among drug-naive patients with narcolepsy with cataplexy, narcolepsy without cataplexy, and idiopathic hypersomnia without long sleep time. J Clin Sleep Med 2008;4:572–8.

[59] Kanbayashi T, Kodama T, Kondo H, Satoh S, Inoue Y, Chiba S, et al. CSF histamine contents in narcolepsy, idiopathic hypersomnia and obstructive sleep apnea syndrome. Sleep 2009;32:181–7.

[60] Andlauer O, Moore Ht, Hong SC, Dauvilliers Y, Kanbayashi T, Nishino S, et al. Predictors of hypocretin (orexin) deficiency in narcolepsy without cataplexy. Sleep 2012;35:1247–55.

[61] Mignot E, Hayduk R, Black J, Grumet FC, Guilleminault C. HLA DQB1*0602 is associated with cataplexy in 509 narcoleptic patients. Sleep 1997;20: 1012–20.

[62] Ali M, Auger RR, Slocumb NL, Morgenthaler TI. Idiopathic hypersomnia: clinical features and response to treatment. J Clin Sleep Med 2009;5:562–8.

[63] Pizza F, Filardi M, Moresco M, Antelmi E, Vandi S, Neccia G, et al. Excessive daytime sleepiness in narcolepsy and central nervous system hypersomnias. Sleep Breath 2020;24:605–14.

[64] Bušková J, Novák T, Miletínová E, Králová R, Kost Álová J, Klíková M, et al. Self-reported symptoms and objective measures in idiopathic hypersomnia and hypersomnia associated with psychiatric disorders: a prospective cross-sectional study. J Clin Sleep Med 2022;18:713–20.

[65] Saad R, Ben-Joseph RH, Prince P, Stack C, Bujanover S, Taylor B. Clinical presentation prior to idiopathic hypersomnia diagnosis among US adults: a retrospective, real-world claims analysis [poster 497]. Annual Meeting of the Associated Professional Sleep Societies; 2021.

[66] American Psychiatric Association. Diagnostic and statistical manual of mental disorders. fifth ed., DSM-5. Washington, DC: American Psychiatric Publishing; 2013.

[67] Baldwin DS, Papakostas GI. Symptoms of fatigue and sleepiness in major depressive disorder. J Clin Psychiatry 2006;67(suppl 6):9–15.

[68] Plante DT, Finn LA, Hagen EW, Mignot E, Peppard PE. Subjective and objective measures of hypersomnolence demonstrate divergent associations with depression among participants in the Wisconsin Sleep Cohort Study. J Clin Sleep Med 2016;12:571–8.

[69] Arand DL, Bonnet MH. The multiple sleep latency test. Handb Clin Neurol 2019;160:393–403.

[70] Kolla BP, Jahani Kondori M, Silber MH, Samman H, Dhanikar S, Mansukhani MP. Advance taper of antidepressants prior to multiple sleep latency testing increases the number of sleep-onset rapid eye movement periods and reduces mean sleep latency. J Clin Sleep Med 2020;16:1921–7.

[71] Mansukhani MP, Dhanikar S, Kotagal S, Kolla BP. The influence of antidepressants and actigraphy-derived sleep characteristics on pediatric multiple sleep latency testing. J Clin Sleep Med 2021;17:2179–85.

[72] Galušková K, Sonka K. Idiopathic hypersomnia and depression, the challenge for clinicians and researchers. Prague Med Rep 2021;122:127–39.

[73] Pagel JF. Drug-induced hypersomnolence. Sleep Med Clin 2017;12:383–93.

[74] Mignot E, Lammers GJ, Ripley B, Okun M, Nevsimalova S, Overeem S, et al. The role of cerebrospinal fluid hypocretin measurement in the diagnosis of narcolepsy and other hypersomnias. Arch Neurol 2002;59:1553–62.

[75] Kanbayashi T, Inoue Y, Chiba S, Aizawa R, Saito Y, Tsukamoto H, et al. CSF hypocretin-1 (orexin-A) concentrations in narcolepsy with and without cataplexy and idiopathic hypersomnia. J Sleep Res 2002;11:91–3.

[76] Dauvilliers Y, Baumann CR, Carlander B, Bischof M, Blatter T, Lecendreux M, et al. CSF hypocretin-1 levels in narcolepsy, Kleine-Levin syndrome, and other hypersomnias and neurological conditions. J Neurol Neurosurg Psychiatry 2003;74:1667–73.

[77] Dauvilliers Y, Delallee N, Jaussent I, Scholz S, Bayard S, Croyal M, et al. Normal cerebrospinal fluid histamine and tele-methylhistamine levels in hypersomnia conditions. Sleep 2012;35:1359–66.

[78] Ebrahim IO, Sharief MK, de Lacy S, Semra YK, Howard RS, Kopelman MD, et al. Hypocretin (orexin) deficiency in narcolepsy and primary hypersomnia. J Neurol Neurosurg Psychiatry 2003;74:127–30.

[79] Barateau L, Jaussent I, Roeser J, Ciardiello C, Kilduff TS, Dauvilliers Y. Cerebrospinal fluid monoamine levels in central disorders of hypersomnolence. Sleep 2021;44:zsab012.

[80] Rye DB, Bliwise DL, Parker K, Trotti LM, Saini P, Fairley J, et al. Modulation of vigilance in the primary hypersomnias by endogenous enhancement of GABA$_A$ receptors. Sci Transl Med 2012;4:161ra151.

[81] Trotti LM, Saini P, Koola C, LaBarbera V, Bliwise DL, Rye DB. Flumazenil for the treatment of refractory hypersomnolence: clinical experience with 153 patients. J Clin Sleep Med 2016;12:1389–94.

[82] Dauvilliers Y, Evangelista E, Lopez R, Barateau L, Jaussent I, Cens T, et al. Absence of gamma-aminobutyric acid-a receptor potentiation in central hypersomnolence disorders. Ann Neurol 2016;80:259–68.

[83] Landzberg D, Trotti LM. Is idiopathic hypersomnia a circadian rhythm disorder? Curr Sleep Med Rep 2019;5:201–6.

[84] Lippert J, Halfter H, Heidbreder A, Röhr D, Gess B, Boentert M, et al. Altered dynamics in the circadian oscillation of clock genes in dermal fibroblasts of patients suffering from idiopathic hypersomnia. PLoS One 2014;9:e85255.

[85] Materna L, Halfter H, Heidbreder A, Boentert M, Lippert J, Koch R, et al. Idiopathic hypersomnia patients revealed longer circadian period length in peripheral skin fibroblasts. Front Neurol 2018;9:424.

[86] Thomas RJ, Bianchi MT. A circadian mechanism for idiopathic hypersomnia—a long biological night. Sleep 2020;74:31–2.

[87] Dauvilliers Y, Bassetti CL. Idiopathic hypersomnia. In: Kryger M, Roth T, Dement WC, editors. Principles and practice of sleep medicine. sixth ed. Philadelphia, PA: Elsevier; 2017. p. 883–91.

[88] Dauvilliers Y, Evangelista E, de Verbizier D, Barateau L, Peigneux P. [18F] Fludeoxyglucose-positron emission tomography evidence for cerebral hypermetabolism in the awake state in narcolepsy and idiopathic hypersomnia. Front Neurol 2017;8:350.

[89] Boucetta S, Montplaisir J, Zadra A, Lachapelle F, Soucy JP, Gravel P, et al. Altered regional cerebral blood flow in idiopathic hypersomnia. Sleep 2017;40:zsx140.

[90] Trotti LM, Saini P, Crosson B, Meltzer CC, Rye DB, Nye JA. Regional brain metabolism differs between narcolepsy type 1 and idiopathic hypersomnia. Sleep 2021;44(8):zsab050.

[91] Plante DT. Nocturnal sleep architecture in idiopathic hypersomnia: a systematic review and meta-analysis. Sleep Med 2018;45:17–24.

[92] * Maski KP, Colclasure A, Little E, Steinhart E, Scammell TE, Navidi W, et al. Stability of nocturnal wake and sleep stages defines CNS disorders of hypersomnolence. Sleep 2021;44(7):zsab021.

[93] Cairns A, Bogan R. Comparison of the macro and microstructure of sleep in a sample of sleep clinic hypersomnia cases. Neurobiol Sleep Circadian Rhythms 2019;6:62–9.

*Y. Dauvilliers, R.K. Bogan, I. Arnulf et al.*

*Sleep Medicine Reviews 66 (2022) 101709*

[94] Xywav® (calcium, magnesium, potassium, and sodium oxybates) oral solution, CIII [prescribing information]. Palo Alto, CA: Jazz Pharmaceuticals, Inc.; 2021.

[95] Dauvilliers Y, Arnulf I, Foldvary-Schaefer N, Morse AM, Sonka K, Thorpy MJ, et al. Safety and efficacy of lower-sodium oxybate in adults with idiopathic hypersomnia: a phase 3, placebo-controlled, double-blind, randomised withdrawal study. Lancet Neurol 2022;21:53—65.

[96] Evangelista E, Lopez R, Dauvilliers Y. Update on treatment for idiopathic hypersomnia. Expet Opin Invest Drugs 2018;27:187—92.

[97] Mayer G, Benes H, Young P, Bitterlich M, Rodenbeck A. Modafinil in the treatment of idiopathic hypersomnia without long sleep time—a randomized, double-blind, placebo-controlled study. J Sleep Res 2015;24:74—81.

[98] Inoue Y, Tabata T, Tsukimori N. Efficacy and safety of modafinil in patients with idiopathic hypersomnia without long sleep time: a multicenter, randomized, double-blind, placebo-controlled, parallel-group comparison study. Sleep Med 2021;80:315—21.

[99] Trotti LM, Saini P, Freeman AA, Bliwise DL, García PS, Jenkins A, et al. Improvement in daytime sleepiness with clarithromycin in patients with GABA-related hypersomnia: clinical experience. J Psychopharmacol 2014;28: 697—702.

[100] Trotti LM, Saini P, Bliwise DL, Freeman AA, Jenkins A, Rye DB. Clarithromycin in γ-aminobutyric acid-related hypersomnolence: a randomized, crossover trial. Ann Neurol 2015;78:454—65.

[101] Leu-Semenescu S, Nittur N, Golmard JL, Arnulf I. Effects of pitolisant, a histamine H3 inverse agonist, in drug-resistant idiopathic and symptomatic hypersomnia: a chart review. Sleep Med 2014;15:681—7.

[102] Gool JK, Zhang Z, Oei M, Mathias S, Dauvilliers Y, Mayer G, et al. Data-driven phenotyping of central disorders of hypersomnolence with unsupervised clustering. Neurology 2022;98:e2387—400.

[103] Barateau L, Chenini S, Rassu AL, Denis C, Lorber Q, Dhalluin C, et al. Changes in sleep pattern during the COVID-19 lockdown in patients with narcolepsy, idiopathic hypersomnia, and restless legs syndrome. Neurology 2022;99: e1475—85.

[104] Nigam M, Hippolyte A, Dodet P, Gales A, Maranci JB, Al-Youssef S, et al. Sleeping through a pandemic: impact of COVID-19-related restrictions on narcolepsy and idiopathic hypersomnia. J Clin Sleep Med 2022;18:255—63.

[105] Johns MW. A new method for measuring daytime sleepiness: the Epworth Sleepiness Scale. Sleep 1991;14:540—5.

[106] Bassetti C, Gugger M, Bischof M, Mathis J, Sturzenegger C, Werth E, et al. The narcoleptic borderland: a multimodal diagnostic approach including cerebrospinal fluid levels of hypocretin-1 (orexin A). Sleep Med 2003;4:7—12.

**Supplemental Table 1.** ICSD-3 Diagnostic Criteria for Idiopathic Hypersomnia [1]

| |
|---|
| Daily periods of irrepressible need to sleep or daytime lapses into sleep, present for ≥3 months |
| Absence of cataplexy |
| Presence of at least 1 of the following: Mean sleep latency ≤8 minutes on MSLT Total 24-hour sleep time ≥660 minutes on 24-hour PSG or wrist actigraphy in association with a sleep log (averaged over ≥7 days) |
| Fewer than 2 SOREMPs on MSLT (or <1 if nocturnal REM latency was ≤15 minutes) |
| Insufficient sleep syndrome is ruled out |
| Hypersomnolence and/or MSLT findings are not better explained by other causes |

ICSD-3, *International Classification of Sleep Disorders*, 3rd Edition; MSLT, multiple sleep latency test; PSG, polysomnography; REM, rapid eye movement; SOREMP, sleep onset rapid eye movement period.

**Reference:**

[1]  American Academy of Sleep Medicine. International Classification of Sleep Disorders. 3rd ed. Darien, IL: American Academy of Sleep Medicine; 2014.

# EXHIBIT D

## HHS Public Access

Author manuscript

*Curr Sleep Med Rep*. Author manuscript; available in PMC 2020 December 11.

Published in final edited form as:
*Curr Sleep Med Rep*. 2019 December ; 5(4): 201–206. doi:10.1007/s40675-019-00154-x.

# Is Idiopathic Hypersomnia a Circadian Rhythm Disorder?

**David Landzberg, MD**, **Lynn Marie Trotti, MD, MSc**

Emory Sleep Center and Department of Neurology, Emory University School of Medicine

## Abstract

**Purpose of review—**The pathophysiology of idiopathic hypersomnia remains unclear, but some of its clinical features suggest the possibility of circadian dysfunction. This review will provide an overview of recent studies of circadian biology that have begun to elucidate the potential role of circadian rhythm dysfunction in idiopathic hypersomnia.

**Recent findings—**Clinically, people with idiopathic hypersomnia tend to have both a late chronotype and prominent sleep inertia or sleep drunkenness. Melatonin and cortisol profiles in people with IH confirm this tendency toward phase delay. More recently, it has been suggested that the night phase as defined by melatonin profile or period length as defined by BMA1 in dermal fibroblasts may also be prolonged in people with IH. Additionally, amplitude of melatonin rhythm and circadian gene expression, particularly BMAL1, PER1, and PER2, may be impaired in this disease.

**Summary—**Clinical features, melatonin profiles, and circadian gene expression all suggest abnormalities of the circadian system may be a contributor to the pathogenesis of IH.

### Keywords

Idiopathic hypersomnia; circadian rhythm sleep wake disorders; delayed sleep phase syndrome; circadian rhythm genetics; sleep inertia; sleep drunkenness

## I.    Introduction

Idiopathic hypersomnia (IH) is a central disorder of hypersomnolence characterized by excessive daytime sleepiness that is not better explained by another disorder. In addition to sleepiness, there are several ancillary symptoms that are commonly present, including "sleep drunkenness", long sleep times, prolonged non-refreshing naps, "brain fog" and hypovigilance. IH is diagnosed based on clinical history in combination with objective quantification of excessive daytime somnolence through the multiple sleep latency test, ad

**Corresponding Author & Address for Reprints:** Lynn Marie Trotti, MD, MSc, 12 Executive Park Dr NE, Atlanta, GA 30329, Phone: (404)-712-7240 Fax:(404)-712-8145, Lbecke2@emory.edu.

**Conflicts of Interest**: Dr. Trotti reports fees to her institution from Jazz Pharmaceuticals, Balance Therapeutics, and Harmony Biosciences, outside this work. There are no financial or other conflicts of interest related to this article.

Human and Animal Rights Informed Consent
This article does not contain any studies with human or animal subjects performed by any of the authors.

**Publisher's Disclaimer:** This Author Accepted Manuscript is a PDF file of a an unedited peer-reviewed manuscript that has been accepted for publication but has not been copyedited or corrected. The official version of record that is published in the journal is kept up to date and so may therefore differ from this version.

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

lib 24 hour polysomnography, or at least 7 days of ad lib actigraphy, after excluding other causes of sleepiness such as narcolepsy type 1, narcolepsy type 2, insufficient sleep syndrome, causal medical or comorbid psychiatric illnesses, and medication side effects [1]. Importantly, the diagnosis of IH requires exclusion of circadian rhythm sleep wake disorders that are causal to the symptoms of sleepiness, such as delayed sleep phase syndrome. However, as this review will highlight, there may still be aspects of circadian dysfunction present in people diagnosed with IH.

The etiology of IH is currently unknown and no single biomarker has been firmly established. However, there are several non-mutually exclusive, proposed hypotheses for its pathophysiology. Some of these hypotheses involve alterations of key wake-sleep regulatory pathways including mono-aminergic and GABAergic neurotransmitter systems, sleep-wake instability and disrupted sleep homeostasis [2, 3]. Other proposed mechanisms for IH include dysfunction of the autonomic nervous system and changes in the brain's default mode network or other regional changes in brain connectivity or metabolism [4-6].

Another important component of sleep-wake regulation is the circadian system. As our understanding of circadian rhythms has increased over the last few decades, the study of circadian function in idiopathic hypersomnia patients has become an intriguing possibility. There have been recent studies exploring circadian gene associations, expression of clock proteins and circadian phase mapping in patients with idiopathic hypersomnia. Although it is premature to conclude that IH is a circadian rhythm disorder, these studies provide increasing evidence that circadian dysfunction may contribute to at least some cases of IH. The aim of this review is to provide an overview of recent circadian studies in IH and to explore the role of circadian rhythm dysfunction in idiopathic hypersomnia.

## II.   Overview of the Circadian System

Many human activities, including numerous behavioral and metabolic processes, function on a diurnal cycle. Perhaps the most dramatic example of a diurnal cycle is the sleep-wake cycle, but other processes ranging from food intake to ovulation also exhibit clear diurnal cycles [7]. All of these processes are controlled by an internal timing system referred to as a circadian rhythm. The biological pacemaker for this process is the suprachiasmatic nucleus (SCN), which is located in the anterior hypothalamus, and consists of neurons with self-sustained rhythmic properties. This endogenous rhythm typically has cycles of approximately, but rarely precisely, 24 hours [8].

Generation and maintenance of this circadian rhythm are accomplished by the expression of core circadian proteins that form an auto-regulatory transcriptional/translational feedback loop. The process starts during the biological daytime when two transcription factors, circadian locomotor output cycles kaput (CLOCK) and brain and muscle arnt-like protein 1 (BMAL1), form a heterodimer. This CLOCK-BMAL1 transcription factor complex binds to an enhancer box, promoting transcription of proteins including two key regulating proteins period (PER) and cryptochrome (CRY). As PER and CRY build up in the cytoplasm throughout the biological day, the proteins form a complex that travels back into the nucleus where it degrades the CLOCK-BMAL1 transcription factor. This inhibitory component

allows for the biological nighttime. PER and CRY concentrations decrease throughout the biological night, due to the degradation of CLOCK-BMAL1 complexes and an additional phosphorylation process, allowing this regulatory process to reset for the next biological day [9].

Clock gene expression is preserved across the majority of cell types and is found in both central and peripheral cells. Many peripheral cells exhibit rhythmic properties even in vitro (i.e., separated from the influence of the SCN), and these cells are considered part of the peripheral circadian clock [10, 9]. The SCN asserts dominant control over this system through endocrine and neuronal outputs, allowing for an orchestrated whole body clock. However, the presence of peripheral circadian clock cells provides an attractive and accessible way to investigate circadian genetics and function.

Because the endogenous circadian rhythm is rarely precisely 24 hours in length, the endogenous rhythm must be synchronized daily to the surrounding environment. Through a process called entrainment, the SCN uses inputs such as light to align its intrinsic cycle with the environment. Depending on the timing, duration and intensity of the light signal, exposure to light can cause either circadian phase advancement or delay [9].

Circadian phases can be mapped by measuring diurnal processes, such as temperature or hormones that are expressed in rhythm to the body's circadian cycle. Melatonin, a commonly measured circadian marker, is produced by the pineal gland, which has direct connections from the SCN. During the biological day, melatonin production is suppressed, resulting in a low melatonin concentration. This concentration begins to rise in the evening before peaking during the biological night. Dim light melatonin onset (DLMO), the time melatonin levels rise above baseline under dim light exposure, is an important measure of melatonin thought to represent the start of the biological night and typically occurs between 19:30 and 22:00 [11].

Sleep-wake processes are driven in part by the circadian rhythm. This endogenous rhythm promotes the expression of wake processes during the biological day and sleep processes during the biological night. Dysfunction of the circadian rhythm can present as a delayed or advanced onset of sleep, diminished amplitude, or impaired regulation of a circadian phase. The manifestations of these effects have a wide range of symptoms, and are important to investigate in IH.

## III.    Symptomatology of IH as a clue to circadian dysfunction

Idiopathic hypersomnia can have several clinical presentations, and current understanding of this syndrome is heavily influenced by case series of IH patients that have characterized the symptom profiles [12-21•]. While there is no single pathognomonic symptom, commonly reported symptoms of IH include long sleep times, prolonged non-refreshing naps, memory problems, attention deficits, automatic behaviors, and sleep drunkenness.

Although not considered as a part of the diagnostic criteria for the disorder, IH tends to be accompanied by a late chronotype. The three major chronotypes are early, intermediate, and late, where early type patients have a tendency to be alert in the morning and late type

patients have a tendency to be alert in the evening. A person's chronotype is thought to represent the behavioral phenotype of their underlying circadian processes. Numerous large genome wide association studies have shown an association of SNPs from key circadian genes with different chronotype presentations [22-24]. A commonly used grading scale is the Horne-Ostberg scale (HO), in which a lower score represents a later chronotype [25]. In one of the largest cohort studies of IH patients to date, Vernet et al reported that IH patients were significantly more alert in the evening with an HO score of 47.8, as compared to an HO score of 55.2 in controls [21•]. In a smaller sample, no significant difference in HO scores was seen between IH patients and controls (43.3 in IH vs 53.2 in controls, p = 0.09), but this may have reflected Type II error [26••].

Because of this tendency toward late chronotype, IH shares similarities to the circadian rhythm sleep-wake disorder, delayed sleep phase syndrome (DSPS). People with DSPS may also experience severe daytime sleepiness and pronounced sleep inertia. However, in DSPS these symptoms are attributed to chronic, partial sleep deprivation caused by a misalignment of chronotype and daily activities, e.g., needing to awaken in time for school or work. As such, DSPS patients should have resolution of sleepiness and sleep inertia with adjustment of their behavioral schedule to their circadian cycle. In contrast, while IH patients may have an evening chronotype, their symptoms would not be expected to abate with such alignment. DSPS symptomatology is from consequences of the internal circadian rhythm being misaligned with society's preferences, while IH patients continue to have symptoms despite increased sleep time or adjustment of their behaviors. At present, the precise mechanism of late chronotype in IH is still unknown.

An additional finding commonly shared between DSPS and IH is sleep drunkenness, the symptom of having great difficulty awakening from sleep, with prolonged cognitive dysfunction and lapses back into sleep. These symptoms are similar to sleep inertia, which is the physiologic transitional state between sleep and wake that is characterized by hypovigilance and impaired cognition. However, while sleep inertia is considered a normal biologic process, sleep drunkenness is considered pathologic, with much more severe symptoms. It is reported that 78% of IH patients have difficulty awakening with a reported range of 12.5 – 55.1% having sleep drunkenness [20•, 27••]. It is not currently known whether sleep drunkenness represents an exaggerated form of sleep inertia or represents a distinct process.

In healthy controls, sleep inertia is worsened with waking during the biological night [28]. In individuals with delayed sleep phase syndrome, sleep drunkenness occurs as a manifestation of phase delay, such that the difficulty awakening and propensity to fall back asleep arise from a person trying to awaken when their circadian rhythm is still in the biological night phase [1]. Thus, because IH patients tend to have a late chronotype, sleep drunkenness in IH patients could in part be explained by circadian misalignment. This is supported by the fact that lower HO scores are found in IH patients with sleep drunkenness than in patients without this symptom [20•]. However, if sleep drunkenness in IH was purely circadian, sleeping later into the environmental day resulting in awakening during the biological day would be expected to alleviate these symptoms, and daytime naps would not be expected to cause sleep drunkenness. However, increased total sleep time does not decrease sleep

Author Manuscript

drunkenness symptoms in IH patients and patients frequently report daytime naps are a trigger for sleep drunkenness [20•].

Thus, both sleep drunkenness and late chronotype symptoms in IH patients suggest that there may be an aspect of circadian dysfunction in IH, although such circadian dysfunction is unlikely to fully explain the phenotype.

## IV.    Measurement of Circadian Phase Timing and Duration in Idiopathic Hypersomnia

The first study to objectively measure circadian phases in idiopathic hypersomnia was by Nevsimalova et al in 2000, who measured salivary levels of both melatonin and cortisol to map circadian phases in IH and control patients [29••]. Salivary melatonin and cortisol had previously been shown to correlate well with serum melatonin, the gold standard for phase markers [30]. Salivary samples were taken over a 24 hour time period in a group of 15 patients with idiopathic hypersomnia with long sleep times and sleep drunkenness and 15 controls [29••]. IH patients had evidence for delayed circadian rhythms of both melatonin and cortisol. The evening melatonin rise was delayed by nearly 2 hours (occurring at a mean of 23:12 in IH patients and 21:32 in controls, p < 0.01). The morning decline was delayed by nearly 3 hours (8:41 in IH vs 5:56 in controls, p < 0.01). Morning cortisol rise was delayed by over an hour (5:31 in IH vs 4:22 in controls, p < 0.01). In addition to this evidence for phase delay in IH, the IH patients demonstrated significant lower nighttime melatonin concentration (21.3 pg/ml in IH vs 29.0 pg/ml in controls, p < 0.05). There was a suggestion that IH patients might have a longer duration of the night phase, as the length of the melatonin signal was longer by 91 minutes in IH patients than controls (9.68 hours in IH patients vs 8.17 hours in controls), but this finding was not statistically significant [29••].

A recent abstract has provided additional data in support of the idea that people with IH may have an abnormally long night phase duration, contributing to long sleep times and daytime sleepiness [31]. In this work, urine melatonin metabolites (urine 6-sulfatoxy melatonin) were measured in 50 IH patients, although control values were not provided. The average duration of biological night, as measured by urinary melatonin metabolites, was long at 16 +/− 1.2 hours. In only 10/50 (20%) patients, the biological night was considered to be of normal duration, i.e., 9 hours or less. Unspecified treatment response to bright light therapy occurred in 80% (32/40) of the patients with a baseline long biological night.

Recent breakthroughs in the understanding of dermal fibroblast cells have made it possible to directly investigate circadian phases in peripheral clock cells of IH patients. Dermal fibroblasts are peripheral clock cells and because circadian gene expression is preserved in these cells, the circadian phases in dermal fibroblasts can be used as surrogates for the circadian phases in central circadian clocks. Materna et al. examined the circadian period length of dermal fibroblasts in fifteen IH patients and compared them with sixteen healthy controls [26••]. Circadian period length of fibroblasts was measured using a lentiviral bioluminescence assay that transfected a luciferase gene under the control of BMAL1 promoter into human fibroblast cells. IH patients had significantly longer circadian period lengths than controls, by an average of 0.82 hours longer (average period length of 25.3

Author Manuscript    Author Manuscript    Author Manuscript    Author Manuscript

hours in IH patients vs 24.5 hours in controls; 95% CI for the difference of 0.44 to 1.2 hours).

## V. Circadian Genetics in Idiopathic Hypersomnia

A case report identified a family that had three members with IH confirmed by clinical assessment and PSG, suggesting a genetic predisposition to IH in this family with an autosomal dominant inheritance pattern [32]. Other, larger studies have confirmed a predisposition to sleepiness in family members of IH patients, with affected family members in 26.9 to 39.1% of cases [17, 19, 33, 34]. Family predisposition, however, has been categorized largely by subjective accounts of daytime sleepiness in these relatives, as opposed to objective family diagnoses of IH.

To date, there have not been any published genetic association studies exclusively containing idiopathic hypersomnia patients. However, a few candidate–gene association studies have been performed on cohorts where large portions of the included patients met criteria for IH. One such study examined single nucleotide polymorphism (SNP) mutations in circadian genes with a cohort of patients with hypersomnia of central origin where 44.2% (38/86) of patients had idiopathic hypersomnia with long sleep time [35•]. Ten circadian SNPs (in CRY1, CRY2, and BMAL1) were investigated, and one SNP within CRY1 significantly differed between the central hypersomnia patients and controls. The frequency of this SNPs in the different included hypersomnia syndromes was not recorded, so it is unknown if this CRY1 gene polymorphism is independently associated with IH.

Dermal fibroblasts have also been used to investigate circadian genetic expression in IH and have produced intriguing evidence that key circadian genes are abnormally expressed in IH. Ten IH patients were chosen after rigorous diagnostic evaluation including clinical, PSG and MSLT assessment and dermal fibroblasts were obtained by skin biopsy [36••]. The expression of key circadian proteins was measured over two consecutive 24-hour periods and compared to concentrations in a healthy control group. The circadian amplitudes of the expressed genes BMAL1, PER1 and PER2 were decreased in fibroblasts of IH patients as compared to that of healthy controls. The largest decrease was in the BMAL1 gene, in which the amplitude of expression was decreased by 63% in the first diurnal cycle and by 46% in the second cycle. PER1 and PER2 gene expression were also were also decreased in the first diurnal cycle by 45% and 32%, respectively. CRY1 and CRY2 expression did not differ between IH and control samples. The only difference in gene transcription rate for the two groups was in BMAL1, which was significantly lower in IH patients than controls [36••].

Despite the many similarities between central and peripheral clock cells, differences in expression as well as function of certain genes are thought to exist [10]. Therefore, we cannot extrapolate whether the central circadian clock cells in IH also exhibit the impaired circadian gene expression found in fibroblast cells. Additionally it is still unclear whether the altered expression of clock genes is due to genetic mutations or instead due to disrupted sleep, as it has recently been shown that disrupted sleep may alter fibroblast circadian gene expression [37].

Nonetheless, the demonstration of impaired gene expression of circadian protein BMAL1, and to a lesser extent circadian proteins PER1 and PER2, in fibroblasts of IH patients identify possible molecular drivers of the previous findings of delayed and prolonged circadian phases in IH.

## VI.  Conclusion

Idiopathic hypersomnia is a central disorder of hypersomnolence that is associated with late chronotype and sleep drunkenness. Clinical phenotype and melatonin and cortisol rhythms are consistent with a circadian phase delay. A longer circadian period or longer night phase is suggested by studies of dermal fibroblasts and urinary melatonin metabolites, respectively. Decreased circadian amplitude is seen in both melatonin levels and expression of circadian genes BMAL1, PER1, and PER2. A SNP within circadian gene CRY1 is associated with the central disorders of hypersomnolence as a group, including idiopathic hypersomnia. Further investigation is needed to better understand the disrupted circadian phases and altered gene expression observed in idiopathic hypersomnia patients and whether these are playing a causative role in symptoms.

Research Agenda:

**a.**  Determine the mechanisms of the symptoms of sleep drunkenness and late chronotype in IH. A study comparing the evening rise and morning decline of melatonin between IH patients with and without a late chronotype as well as IH patients with and without sleep drunkenness would examine if these symptoms are from a delayed night phase.

**b.**  Determine underlying pathophysiology behind the delayed and prolonged night phase. While BMAL1 appears to play an important role in IH, it may be that key transcriptional regulators of BMAL1, as opposed to mutations of the BMAL1 gene, are the driver as the expression of BMAL1 rather than protein function has been found to be abnormal.

**c.**  Examine if using circadian rhythm therapies improve symptoms as well as improve phase delay in IH patients.

## Acknowledgments

**Support**: This was supported by the National Institute of Neurological Disorders And Stroke of the National Institutes of Health under Award Number K23 NS083748. The content is solely the responsibility of the authors and does not necessarily represent the official views of the National Institutes of Health

## References

1. International classification of sleep disorders. 3rd ed. Darien, IL: American Acad. of Sleep Medicine.

2. Billiard M, Sonka K. Idiopathic hypersomnia. Sleep Med Rev. 2016;29:23–33. doi:10.1016/j.smrv.2015.08.007. [PubMed: 26599679]

3. Rye DB, Bliwise DL, Parker K, Trotti LM, Saini P, Fairley J et al. Modulation of vigilance in the primary hypersomnias by endogenous enhancement of GABAA receptors. Sci Transl Med. 2012;4(161):161ra51. doi:10.1126/scitranslmed.3004685.

4. Sforza E, Roche F, Barthelemy JC, Pichot V. Diurnal and nocturnal cardiovascular variability and heart rate arousal response in idiopathic hypersomnia. Sleep Med. 2016;24:131–6. doi:10.1016/j.sleep.2016.07.012. [PubMed: 27810179]

5. Boucetta S, Montplaisir J, Zadra A, Lachapelle F, Soucy JP, Gravel P et al. Altered Regional Cerebral Blood Flow in Idiopathic Hypersomnia. Sleep. 2017;40(10). doi:10.1093/sleep/zsx140.

6. Dauvilliers Y, Evangelista E, de Verbizier D, Barateau L, Peigneux P. [18F]Fludeoxyglucose-Positron Emission Tomography Evidence for Cerebral Hypermetabolism in the Awake State in Narcolepsy and Idiopathic Hypersomnia. Front Neurol. 2017;8:350. doi:10.3389/fneur.2017.00350. [PubMed: 28775709]

7. Silver R, Kriegsfeld LJ. Circadian rhythms have broad implications for understanding brain and behavior. Eur J Neurosci. 2014;39(11):1866–80. doi:10.1111/ejn.12593. [PubMed: 24799154]

8. Czeisler CA, Duffy JF, Shanahan TL, Brown EN, Mitchell JF, Rimmer DW et al. Stability, precision, and near-24-hour period of the human circadian pacemaker. Science. 1999;284(5423):2177–81. [PubMed: 10381883]

9. Fonken LK, Nelson RJ. The effects of light at night on circadian clocks and metabolism. Endocr Rev. 2014;35(4):648–70. doi:10.1210/er.2013-1051 10.1210/er.9013-1051. [PubMed: 24673196]

10. Mohawk JA, Green CB, Takahashi JS. Central and peripheral circadian clocks in mammals. Annu Rev Neurosci. 2012;35:445–62. doi:10.1146/annurev-neuro-060909-153128. [PubMed: 22483041]

11. Pandi-Perumal SR, Smits M, Spence W, Srinivasan V, Cardinali DP, Lowe AD et al. Dim light melatonin onset (DLMO): a tool for the analysis of circadian phase in human sleep and chronobiological disorders. Prog Neuropsychopharmacol Biol Psychiatry. 2007;31(1):1–11. doi:10.1016/j.pnpbp.2006.06.020. [PubMed: 16884842]

12. Roth B. Narcolepsy and hypersomnia: review and classification of 642 personally observed cases. Schweiz Arch Neurol Neurochir Psychiatr. 1976;119(1):31–41. [PubMed: 981985]

13. Aldrich MS. The clinical spectrum of narcolepsy and idiopathic hypersomnia. Neurology. 1996;46(2):393–401. doi:10.1212/wnl.46.2.393. [PubMed: 8614501]

14. Billiard M, Merle C, Carlander B, Ondze B, Alvarez D, Besset A. Idiopathic hypersomnia. Psychiatry Clin Neurosci. 1998;52(2):125–9. doi:10.1111/j.1440-1819.1998.tb00987.x. [PubMed: 9628108]

15. Bassetti C, Aldrich MS. Idiopathic hypersomnia. A series of 42 patients. Brain. 1997;120 ( Pt 8):1423–35. doi:10.1093/brain/120.8.1423. [PubMed: 9278632]

16. Komada Y, Inoue Y, Mukai J, Shirakawa S, Takahashi K, Honda Y. Difference in the characteristics of subjective and objective sleepiness between narcolepsy and essential hypersomnia. Psychiatry Clin Neurosci. 2005;59(2):194–9. doi:10.1111/j.1440-1819.2005.01357.x. [PubMed: 15823167]

17. Anderson KN, Pilsworth S, Sharples LD, Smith IE, Shneerson JM. Idiopathic hypersomnia: a study of 77 cases. Sleep. 2007;30(10):1274–81. doi:10.1093/sleep/30.10.1274. [PubMed: 17969461]

18. Sonka K, Susta M, Billiard M. Narcolepsy with and without cataplexy, idiopathic hypersomnia with and without long sleep time: a cluster analysis. Sleep Med. 2015;16(2):225–31. doi:10.1016/j.sleep.2014.09.016. [PubMed: 25576137]

19. Ali M, Auger RR, Slocumb NL, Morgenthaler TI. Idiopathic hypersomnia: clinical features and response to treatment. J Clin Sleep Med. 2009;5(6):562–8. [PubMed: 20465024]

20•. Vernet C, Leu-Semenescu S, Buzare MA, Arnulf I. Subjective symptoms in idiopathic hypersomnia: beyond excessive sleepiness. J Sleep Res. 2010;19(4):525–34. doi:10.1111/j.1365-2869.2010.00824.x. [PubMed: 20408941] This controlled cohort study reports subjective symptoms of idiopathic hypersomnia patients including the frequency of sleep drunkenness and chronotype HO scores.

21•. Vernet C, Arnulf I. Idiopathic hypersomnia with and without long sleep time: a controlled series of 75 patients. Sleep. 2009;32(6):753–9. doi:10.1093/sleep/32.6.753. [PubMed: 19544751] This controlled prospective cohort study compares symptoms of IH patients with those of healthy controls including HO scores.

22. Lane JM, Vlasac I, Anderson SG, Kyle SD, Dixon WG, Bechtold DA et al. Genome-wide association analysis identifies novel loci for chronotype in 100,420 individuals from the UK Biobank. Nat Commun. 2016;7:10889. doi:10.1038/ncomms10889. [PubMed: 26955885]

23. Jones SE, Tyrrell J, Wood AR, Beaumont RN, Ruth KS, Tuke MA et al. Genome-Wide Association Analyses in 128,266 Individuals Identifies New Morningness and Sleep Duration Loci. PLoS Genet. 2016;12(8):e1006125. doi:10.1371/journal.pgen.1006125. [PubMed: 27494321]

24. Hu Y, Shmygelska A, Tran D, Eriksson N, Tung JY, Hinds DA. GWAS of 89,283 individuals identifies genetic variants associated with self-reporting of being a morning person. Nat Commun. 2016;7:10448. doi:10.1038/ncomms10448. [PubMed: 26835600]

25. Horne JA, Ostberg O. A self-assessment questionnaire to determine morningness-eveningness in human circadian rhythms. Int J Chronobiol. 1976;4(2):97–110. [PubMed: 1027738]

26••. Materna L, Halfter H, Heidbreder A, Boentert M, Lippert J, Koch R et al. Idiopathic Hypersomnia Patients Revealed Longer Circadian Period Length in Peripheral Skin Fibroblasts. Front Neurol. 2018;9:424. doi:10.3389/fneur.2018.00424. [PubMed: 29930532] This study investigates the circadian period length in IH patients compared to healthy controls by using peripheral circadian clock cells.

27••. Trotti LM. Waking up is the hardest thing I do all day: Sleep inertia and sleep drunkenness. Sleep Med Rev. 2017;35:76–84. doi:10.1016/j.smrv.2016.08.005. [PubMed: 27692973] This review article reports alleviating and aggravating factors of both sleep inertia and sleep drunkenness.

28. Scheer FA, Shea TJ, Hilton MF, Shea SA. An endogenous circadian rhythm in sleep inertia results in greatest cognitive impairment upon awakening during the biological night. J Biol Rhythms. 2008;23(4):353–61. doi:10.1177/0748730408318081. [PubMed: 18663242]

29••. Nevsimalova S, Blazejova K, Illnerova H, Hajek I, Vankova J, Pretl M et al. A contribution to pathophysiology of idiopathic hypersomnia. Suppl Clin Neurophysiol. 2000;53:366–70. [PubMed: 12741022] This controlled cohort study provides evidence of delayed circadian phases in IH patients by examining salivary melatonin and cortisol levels.

30. Nowak R, McMillen IC, Redman J, Short RV. The correlation between serum and salivary melatonin concentrations and urinary 6-hydroxymelatonin sulphate excretion rates: two non-invasive techniques for monitoring human circadian rhythmicity. Clin Endocrinol (Oxf). 1987;27(4):445–52. [PubMed: 3436070]

31. Thomas R, Naik S. The Circadian Variant of Idiopathic Hypersomnia. Sleep. 2017;40(1):a243.

32. Janackova S, Motte J, Bakchine S, Sforza E. Idiopathic hypersomnia: a report of three adolescent-onset cases in a two-generation family. J Child Neurol. 2011;26(4):522–5. doi:10.1177/0883073810384865. [PubMed: 21270467]

33. Nevsimalova-Bruhova S, Roth B. Heredofamilial aspects of narcolepsy and hypersomnia. Schweiz Arch Neurol Neurochir Psychiatr. 1972;110(1):45–54. [PubMed: 4337591]

34. Billiard M, Dauvilliers Y. Idiopathic Hypersomnia. Sleep Med Rev. 2001;5(5):349–58. doi:10.1053/smrv.2001.0168. [PubMed: 12530998]

35•. Schirmacher AHH, Heidbreder A, Happe S, Kelsch R, Kuhlenbäumer G, Mayer G, Young P. Sequence variants in circadian rhythmic genes in a cohort of patients suffering from hypersomnia of central origin. Biological Rhythm Research. 2011;42:5:407–16. doi:10.1080/09291016.2010.525382This candidate-gene associations study examines polymorphisms of circadian rhythmic genes in patients with EDS.

36••. Lippert J, Halfter H, Heidbreder A, Rohr D, Gess B, Boentert M et al. Altered dynamics in the circadian oscillation of clock genes in dermal fibroblasts of patients suffering from idiopathic hypersomnia. PLoS One. 2014;9(1):e85255. doi:10.1371/journal.pone.0085255. [PubMed: 24454829] This cohort control study provides evidence of impaired gene expression of peripheral circadian clock genes in IH patients.

37. Moller-Levet CS, Archer SN, Bucca G, Laing EE, Slak A, Kabiljo R et al. Effects of insufficient sleep on circadian rhythmicity and expression amplitude of the human blood transcriptome. Proc Natl Acad Sci USA. 2013;110(12):E1132–41. doi:10.1073/pnas.1217154110. [PubMed: 23440187]

# EXHIBIT E

576

*Journal of Neurology, Neurosurgery, and Psychiatry* 1996;60:576–578

# SHORT REPORT

# A comparison of idiopathic hypersomnia and narcolepsy-cataplexy using self report measures and sleep diary data

Dorothy Bruck, J D Parkes

## Abstract

**Eighteen patients with idiopathic hypersomnia (IH) were compared with 50 patients with the narcoleptic syndrome of cataplexy and daytime sleepiness (NLS) using self report questionnaires and a diary of sleep/wake patterns. The IH group reported more consolidated nocturnal sleep, a lower propensity to nap, greater refreshment after naps, and a greater improvement in excessive daytime sleepiness since onset than the NLS group. In IH, the onset of excessive daytime sleepiness was predominantly associated with familial inheritance or a viral illness. Two variables—number of reported awakenings during nocturnal sleep and the reported change in sleepiness since onset—provided maximum discrimination between the IH and NLS groups. Confusional arousals, extended nap or nocturnal sleep, autonomic nervous system dysfunction, low ratings of medication effectiveness, or side effects of medication were not associated differentially with either IH or NLS.**

*(J Neurol Neurosurg Psychiatry* 1996;60:576–578)

Keywords: idiopathic hypersomnia; narcolepsy; excessive daytime sleepiness

Idiopathic hypersomnia (IH) has been distinguished from narcolepsy on the basis of the presence of prolonged rather than short diurnal sleep periods and the absence of both cataplexy and episodes of rapid eye movement at the onset of sleep. Several studies have associated IH with longer nocturnal and nap sleep, less refreshing naps, more confusional arousals, and deeper sleep with fewer awakenings than in the narcoleptic syndrome (NLS).[1-4] Stimulant medication may be less effective and poorly tolerated by patients with IH.[5 6]

Three clinical variants of IH have been described.[1 7] (1) Familial history of excessive daytime sleepiness with symptoms suggesting autonomic nervous system instability. (2) Postinfective onset (commonly infectious mononucleosis). (3) No familial or postinfective history.

Department of Psychology, Victoria University, St Albans, PO Box 14428, MCMC Melbourne 8001, Australia
D Bruck
Department of Neurology, Institute of Psychiatry, De Crespigny Park, Denmark Hill, London SE5 8A, UK
J D Parkes
Correspondence to: Dr Bruck.
Received 8 September 1995 and in revised form 5 January 1996
Accepted 12 January 1996

Published data comparing patients with IH and patients with NLS outside the sleep laboratory are scarce. Using self report questionnaires and sleep diary data our aim was to determine the extent of group differences and which variables best discriminated between IH and NLS.

## Patients and methods

DIAGNOSTIC CRITERIA

*Idiopathic hypersomnia*

Patients were selected with a complaint of excessive daytime sleepiness without cataplexy and with no evidence of any medical, psychological, drug related, or respiratory disorder. All patients met diagnostic criteria ascertained from questionnaire responses: Epworth sleepiness scale score[8] > 13; duration of excessive daytime sleepiness > five years, profile of mood states depression-dejection scale score within one SD of outpatient norms,[9] no cataplexy,[10] no clinical evidence of sleep apnoea or upper airway resistance syndrome, neck circumference < 16·5 inches, snoring amount and volume moderate level or less, no suggestion of chronic insomnia, no excessive alcohol intake, no other medical condition that may contribute to excessive daytime sleepiness, and no head injury within 12 months of onset of excessive daytime sleepiness. In addition, all patients with IH met minimal and additional criteria of the International Classification of Sleep Disorders (ICSD) for IH.[4]

NARCOLEPTIC SYNDROME

All patients with NLS met the minimal ICSD criteria[4] for narcolepsy and had unequivocal cataplexy as established through both clinical interview and their score on the postural atonia rating scale.[10]

RESPONSE RATE AND PATIENTS

*Idiopathic hypersomnia*

The questionnaires (see later) were circulated to 209 patients who had attended the sleep clinic at the Maudsley Hospital, London over a period of 10 years and whose primary diagnosis was hypersomnia of unknown origin. Sixty three returns were obtained and 42 patients returned evaluable questionnaires. Twenty four of these were excluded as their responses were outside the defined criteria.

Table 1  *Mean (SD) ratings by patients with IH and patients with NLS (n = 50)*

|  | IH (n = 18) | NLS (n = 50) |
|---|---|---|
| Confusion on awakening 1–5: never–always | 2·7 (1·1) | 2·9 (0·9) |
| Confusion from night sleep 1–5: never–always | 2·1 (0·9) | 2·3 (1·0) |
| Refreshed from naps 1–5: never–always | 2·5 (1·2) | 3·2 (1·1)* |
| Refreshed in morning 1–5: never–always | 2·8 (1·2) | 2·9 (1·2) |
| Sleepiness five years ago 1–5: lot worse–lot better | 3·4 (1·2) | 2·9 (1·1) |
| Sleepiness at onset 1–5: lot worse–lot better | 3·5 (1·6) | 2·7 (1·7)* |
| Medication effectiveness 1–5: not at all–extremely | 3·2 (1·1) | 3·8 (1·1) |
| Medication side effects 1–5: not at all–extreme | 2·5 (1·6) | 2·3 (1·3) |
| Arousal threshold during sleep 0–100: easy–hard to wake | 60·0 (29·5) | 53·2 (30·1) |
| Epworth sleepiness score 0–24: no propensity–very high | 18·7 (3·1) | 20·3 (2·7)* |
| Estimated TV nap duration (minutes) | 50·9 (67·8) | 31·0 (44·3) |
| Estimated afternoon nap duration (minutes) | 75·8 (54·5) | 65·4 (45·4) |
| Body weight (pounds) | 156·8 (28·6) | 177·8 (32·0)* |
| Insomnia score 0–100: like "a log"–severe | 37·6 (38·9) | 47·7 (30·4) |

*$P < 0.05$; *t* test. 1–5, 0–100, 0–24 indicate intervals on response scale.

The final IH sample (eight male, 10 female) had an average age of 45·61 (SD 17·06, range 18–70) years.

*Narcoleptic syndrome*
The questionnaires were circulated to 132 patients with NLS from the same clinic who had previously participated in a questionnaire study. Fifty eight questionnaires were returned complete and 50 patients aged 70 or less were included to obtain an age matched sample. The NLS sample (24 male, 26 female) had a mean age of 52·18 (SD 15·12, range 15–70) years.

QUESTIONNAIRES
The questionnaires consisted of three parts. (1) A five page questionnaire required responses on a five point scale (100 mm line) or a yes/no answer. (2) The sleep diary about sleep, medication, and alcohol intake completed for three consecutive days. Stimulant medication was to be avoided as much as pos-

sible. (3) Profile of mood states[8] checklist to be completed after breakfast.

DATA ANALYSIS
Student's *t* tests, $\chi^2$ analyses, and logistical discriminant analysis were used as appropriate. Sleep diaries that indicated stimulant use were excluded and the sleepiest day was chosen for analysis.

**Results**
EXCESSIVE DAYTIME SLEEPINESS ONSET, DURATION, AND SEVERITY
The IH and NLS groups were similar in terms of reported duration of excessive daytime sleepiness (23·4 and 29 years) and age of onset of excessive daytime sleepiness (22·3 and 23·1 years). The propensity to fall asleep (Epworth) was slightly lower in the IH group than the NLS group ($t(66) = 2·1$, P = 0·04). Patients with IH reported a slight improvement in severity of excessive daytime sleepiness after onset, whereas patients with NLS reported a slight deterioration ($t (63) = 2·4$, P = 0·017). Table 1 shows all questionnaire mean values.

Those reporting a first degree relative with excessive daytime sleepiness were in the minority (0·38 IH; 0·24 NLS). No familial member with sleep paralysis or NLS was reported in the IH group, but such members were present in the NLS group (0·25 and 0·10 respectively). Glandular fever (or an illness of similar symptoms) in the six month period to onset of excessive daytime sleepiness was reported more often by the IH group (0·31) than the NLS group (0·16). There was no overlap between the six patients with IH who reported such an illness before the onset of excessive daytime sleepiness and the six patients with IH reporting familial excessive daytime sleepiness.

DAYTIME SLEEP-WAKE BEHAVIOUR
Patients with IH were less likely to feel refreshed after a nap than patients with NLS ($t (63) = 2·22$, P = 0·03). Confusion on waking from naps or night sleep did not differ between groups; nor did the extent of refreshment felt in the morning. Half of each group said they were most alert in the morning (0·56 IH; 0·48 NLS). The average duration of each nap was similar in both groups (see tables 1 and 2).

NOCTURNAL SLEEP-WAKE BEHAVIOUR
The sleep diary (table 2) showed that nocturnal sleep in the IH group was characterised by significantly fewer awakenings ($t (40) = 3·7$, P = 0·001) and reduced wake duration ($t (40) = 2·2$, P = 0·015) than in the NLS group. Other nocturnal sleep variables did not differ between groups.

Most parasomnias were noted in similar proportions in both groups. These included muscle jerking during sleep (0·56; 0·50), sleep talking (0·43; 0·58), and sleep walking (0·13; 0·14). However, NLS was associated with more night terrors (0·52; 0·31) and nightmares (0·64; 0·19) than IH, with nightmares showing a significant group difference ($\chi^2 = 7·49$, df =

Table 2  *Mean (SD) and range for sleep diary variables comparing patients with IH and patients with NLS (all stimulant free)*

|  | IH (n = 13) | NLS (n = 23) |
|---|---|---|
| Number of naps | 2·4 (1·2) 0–4 | 3·4 (1·7) 0–8 |
| Total nap time (min) | 70·7 (61·8) 0–240 | 113·1 (91·3) 30–420 |
| Average nap duration (min) | 36·6 (32·7) 5–120 | 37·3 (26·6) 10–105 |
| Nocturnal sleep latency (min) | 15·2 (12·3) 1–45 | 11·8 (13·1) 1–40 |
| No of nocturnal awakenings | 1·3 (1·22) 0–3 | 3·3 (1·8)** 1–8 |
| Duration nocturnal wake (min) | 7·7 (10·7) 0–40 | 34·4 (49·7)* 2–240 |
| Nocturnal time in bed (min) | 521·0 (138·9) 395–810 | 491·7 (86·9) 300–780 |
| Nocturnal total sleep time (min) | 498·2 (139·5) 340–780 | 447·6 (94·4) 225–900 |
| Minutes asleep over 24 hours | 568·5 (183·8) 400–1020 | 567·5 (128·45) 359–877 |

*$P < 0.05$; **$P < 0.005$; *t* test.

1, P = 0·006). More patients with NLS (0·32) reported breath holding during sleep than patients with IH (0·06).

STIMULANT DRUG AND ALCOHOL INTAKE

The groups' ratings of effectiveness of stimulant medication and medication side effects did not differ. Caffeine and alcohol intake did not differ between groups.

AUTONOMIC NERVOUS SYSTEM DYSFUNCTION

About equivalent proportions of patients with IH and patients with NLS reported moderate to severe headaches (0·38; 0·52), migraines (0·00; 0·12), very cold hands and feet (0·3; 0·44), and fainting spells (0·13; 0·08). Such dysfunctional responses were not differentially clustered in the six patients with IH reporting familial excessive daytime sleepiness. These symptoms were not related to stimulant use.

BODY WEIGHT

Mean body weight was less in the IH group than the NLS group ($t$ (60) = 2·27, P = 0·027). Use of anticataplectic drugs was not a significant factor affecting body weight within the NLS group.

MOOD

The profile of mood states factors of tension, depression, anger, vigour, fatigue, and confusion showed no differences between the groups.

DISCRIMINANT ANALYSIS

Relevant interval and nominal variables were submitted to a stepwise logistical regression. Variables that best discriminated groups were the number of awakenings during nocturnal sleep and reported change in sleepiness level since excessive daytime sleepiness onset. These two items correctly classified 86% of patients. The discriminant function was developed using 75% of the sample and tested on the remaining 25% (assuming a 1:5 probability of IH versus NLS occurring in the population[3]). This cross validation method upheld the validity of the initial discrimination with 90% of the test group being correctly classified.

**Discussion**

The day-night sleep pattern was different between patients with IH and those with NLS. Propensity to daytime sleepiness, nap frequency, and refreshment after naps was lower in patients with IH than those with NLS. Nocturnal awakenings were less frequent in the IH group than in the NLS group. Patients with IH in this study reported improvement in excessive daytime sleepiness after the initial onset. This contrasts with earlier reports of symptom stability over decades.[1] The main differences in sleep-wake patterns found between the patients with IH and patients with NLS were in the number of nocturnal awakenings and in the reported sleepiness change since excessive daytime sleepiness onset. These two variables correctly discriminated 86% of the sample.

As in previous studies of IH, three distinct subgroups were identified: familial history, postinfective onset, and a group reporting neither. By contrast with previous reports,[6 7] symptoms of autonomic nervous system dysfunction were no more prevalent in IH than NLS and were not clustered into any IH subgroup.

The differential diagnosis between IH and NLS is sometimes difficult, especially when there is a long period between the onset of excessive daytime sleepiness and cataplexy. This study suggests that there is little value in focusing on issues such as confusional arousals, perceived depth of sleep, or longer duration of nocturnal or nap sleep. The most important discriminators of the two sleep disorders as disclosed by this study will typically only become evident over time. The frequent nocturnal awakenings typical of NLS often only appear several years after onset of excessive daytime sleepiness[11 12] while the rating of change since onset requires a period for retrospection. It is unlikely that IH will be a single diagnostic entity. Those patients without a definite familial or postinfective onset may need detailed clinical evaluations to exclude upper airway resistance syndromes, atypical depression, or drug abuse, all conditions which sometimes mimic IH.

Many thanks to Wayne Dunham, University of Ottawa, for assistance with the discriminant analysis. DB was supported financially by Victoria University, Melbourne, Australia.

1 Roth B. *Narcolepsy and hypersomnia*. Basel: Karger, 1980.
2 Parkes JD. Idiopathic hypersomnia. In: *Sleep and its disorders*. London: Saunders, 1985:267–73.
3 Chanellas F, Nougier J, Tafti M, Billiard M. Nighttime and daytime sleep in idiopathic central nervous system hypersomnolent subjects in comparison with narcoleptic subjects. *Sleep Res* 1989;18:211.
4 Billiard M. Other hypersomnias. In: Thorpy MJ, ed. *Handbook of sleep disorders*. New York: Marcel Dekker, 1990:353–71.
5 American Sleep Disorders Association Diagnostic Classification Steering Committee. *The international classification of sleep disorders: diagnostic and reading manual*. Rochester: ASDA, 1990.
6 Chokroverty S. Sleep, breathing and neurological disorders. In: Chokroverty S, ed. *Sleep disorders medicine*. London: Butterworth-Heinemann, 1994:319–21.
7 Guilliminault C. Disorders of excessive sleepiness. *Ann Clin Res* 1985:17:209–19.
8 Johns MW. A new method for measuring daytime sleepiness: the Epworth sleepiness scale. *Sleep* 1991:14; 540–5.
9 McNair DM, Lorr M, Droppleman LF. *Profile of mood states manual*. San Diego, CA: Educational and Industrial Testing Service, 1992.
10 Parkes JD, Dahlitz MJ, Cliff S, Chen S. What is cataplexy? *J Sleep Res* 1994: 3 (suppl 1):192.
11 Broughton RJ. Narcolepsy. In: Thorpy MJ, ed. *Handbook of sleep disorders*. New York: Marcel Dekker, 1990:197–216.
12 Billiard M, Bessett A, Cadilhac J. The clinical and polygraphic development of narcolepsy. In: Guilleminault C, Lugaresi E, eds. *Sleep/wake disorders: natural history, epidemiology, and long-term evolution*. New York: Raven Press, 1983:171–85.

# EXHIBIT F

SEMINARS IN NEUROLOGY — VOLUME 7, NUMBER 3   *SEPTEMBER 1987*

# Disorders of Excessive Sleepiness: Narcolepsy and Hypersomnia

*Rocco L. Manfredi, M.D., Robert W. Brennan, M.D., and Roger J. Cadieux, M.D.*

Excessive daytime sleepiness is a relatively common symptom of various conditions that include narcolepsy, hypersomnia, and sleep apnea.[1-6] Narcolepsy is characterized by periods of irresistible sleep of brief duration and often by certain auxiliary symptoms; hypersomnia is distinguished by periods of excessive sleepiness that are relatively more resistible but longer in duration, and by an absence of auxiliary symptoms. Sleep apnea is discussed by Lugaresi and Vela-Bueno in this issue of *Seminars*.

Both narcolepsy and hypersomnia cause the patient significant inconvenience and distress. Most often these two disorders can be differentiated based on the patient's history and current symptoms. This article focuses specifically on the clinical presentations and underlying neurologic mechanisms of these two disorders for the purposes of accurate diagnosis and effective treatment.

## NARCOLEPSY

About 1 in 1000 persons has narcolepsy,[7] with men and women being equally affected.[2-5] It typically begins before the age of 25 years and has a chronic clinical course without major remissions. Physicians report that about 0.5% of their adult patients have this disorder.[8]

### CLINICAL CHARACTERISTICS

Narcoleptic patients can be evaluated easily in the neurologist's office, since most patients give a classic description of their symptoms. Typically, they complain of excessive daytime sleepiness and irresistible sleep attacks most often occurring in conjunction with one or more of three auxiliary symptoms: cataplexy, sleep paralysis, and hypnagogic hallucinations,[2-6,9] which are defined later. The sleep attacks may be precipitated by sedentary, monotonous situations, such as watching television, reading, or driving and may last from a few seconds to half an hour. However, the narcoleptic patient often experiences a sleep attack at work, during a conversation, or under other circumstances that ordinarily are considered to be stimulating.

The auxiliary symptom that most commonly accompanies the sleep attacks is cataplexy. This is often described by patients as a brief (lasting a few seconds to about 2 minutes), sudden loss of muscle control that may cause them to collapse, while remaining conscious.[3,9] Milder episodes involve only slight knee buckling or drooping of the head or jaw. The loss of muscle tone often occurs in relation to strong emotional experiences, such as laughter, surprise, or anger. Many narcoleptic patients develop a flat affect and generalized inexpressiveness, probably in an attempt to control the emotions that could trigger a cataplectic attack.[5,10]

The other two auxiliary symptoms, sleep paralysis and hypnagogic hallucinations, are reported less frequently than is cataplexy. Although 70 to 80% of narcoleptic patients report cataplexy, about one-fourth to one-half of such patients will report one of these two auxiliary symptoms.[2-6] Both symptoms occur during the period of transition between wakefulness and sleep and last for only a minute or less. During sleep paralysis, there is a temporary loss of muscle tone and an inability to move. Hypnagogic hallucinations are vivid, formed hallucinatory perceptions (usually visual or auditory) that occur particularly while falling asleep.

Sleep Research and Treatment Center and Department of Psychiatry, and Division of Neurology, Department of Internal Medicine, Pennsylvania State University, College of Medicine, Hershey, Pennsylvania

Reprint requests: Dr. Manfredi, Sleep Research and Treatment Center, Hershey Medical Center, Hershey, PA 17033

*Publisher:* Thieme Medical Publishers, Inc., 381 Park Avenue South, New York, NY 10016

Infrequent episodes of sleep paralysis or hypnagogic hallucinations may occur even in normal persons, but in patients with narcolepsy they may occur far more frequently, up to several times in a week.

The initial symptoms of narcolepsy, which are usually excessive daytime sleepiness and sleep attacks, most often develop during late childhood or early adolescence.[2-5] The other auxiliary symptoms, when present, generally appear several years after the onset of sleep attacks. About half of narcoleptic patients complain of disturbed nocturnal sleep associated with frequent awakenings.[2-5] Sleep disruption may be a direct effect of the disorder or of the therapeutic use of stimulant medication or both.[11] This is clinically important because sleep attacks are reported to be more frequent and of longer duration after a night of poor sleep. In some cases, irregular sleep habits and sleep deprivation have been reported to precede the development of narcolepsy.[2]

Complex automatic behavior that may last up to several hours also occurs in about 50% of patients with narcolepsy.[12] During periods of altered consciousness, patients may continue to speak, write, drive, and perform other activities in an impaired, mechanical fashion. Subsequently, they typically are amnesic for the events.

Independent narcolepsy refers to the condition existing in about 20 to 30% of patients with sleep attacks who do not experience any of the auxiliary symptoms.[2] In some cases, cataplexy is the first symptom of narcolepsy and precedes the onset of excessive sleepiness and sleep attacks by several years.[12] Cataplexy may also occur independently. A familial type of independent cataplexy has been described in which the disorder was passed from one generation to the next by an autosomal dominant mode of inheritance.[13]

## ETIOLOGIC FACTORS

Symptoms of narcolepsy are most likely related to dysfunctions of dopaminergic systems in the central nervous system (CNS). Subnormal concentrations of free dopamine have been found in the cerebrospinal fluid (CSF) of narcoleptic patients.[14] Furthermore, narcoleptic animals have been found to exhibit deficits in CNS dopamine combined with higher interneuronal degradation of this neurotransmitter.[15]

The neurophysiologic mechanisms that govern rapid eye movement (REM) sleep are probably responsible for the sleep attacks and certain of the auxiliary symptoms of narcolepsy.[9,16,17] During REM sleep, two lower brainstem centers discharge together. The nucleus reticularis pontis caudalis stimulates an ascending activating system and this stimulation results in electroencephalographic (EEG) patterns of arousal, REM bursts, autonomic irregularity, myoclonic twitches, and pontogeniculo-occipital spikes. Conversely, the locus ceruleus triggers a descending inhibitory system causing areflexia and loss of muscle tone.[16] In addition to REM mechanisms, the generation of sleep episodes may involve a dysfunction of the activating part of the reticular formation.[2,16] The hypnagogic hallucinations can be viewed as dreamlike experiences accompanying REM sleep, whereas the intense muscle atonia of cataplexy and sleep paralysis are probably more directly related to stimulation of the descending inhibitory pathway.

Clinical findings indicate that sleep attacks and the auxiliary symptoms are the results of different mechanisms. Thus, the sleep attacks often precede the development of auxiliary symptoms by many years if they appear at all, and the different symptoms respond to different medications.[2,5] Furthermore, pharmacologic studies of cataplexy suggest that serotonergic neuronal systems are involved in its pathophysiology, but not in the associated daytime somnolence.[18]

There have been isolated reports of narcolepsy secondary to neuropathologic diseases, including brain trauma and brain tumors.[2] Although an association between narcolepsy and multiple sclerosis has been reported, it is not clear if the relationship is coincidental or etiologic.[19] Structural brain lesions have been described consisting of focal gliosis of the ventrolateral caudal pons and the periventricular anterior hypothalamus.[20] One patient who developed the full narcoleptic tetrad soon after recovering from an episode of cardiopulmonary arrest was found on magnetic resonance imaging to have focal regions of abnormal spin-echo signals in the ventral pons.[21] Also, one case of independent cataplexy secondary to a glioblastoma of the rostral brainstem has been reported.[22] Such reports suggest that, on rare occasions, the manifestations of narcolepsy may be generated by lesions involving the anatomic regions responsible for the sleep-wake cycle within the hypothalamus, midbrain, and pons. Epilepsy, however, has not been shown to be etiologic in narcolepsy.

Narcolepsy is clearly found more often among family members of identified patients than in the general population. Although the exact pattern of inheritance has not been established, investigators have reported that 10 to 50% of narcoleptic patients have an affected first degree relative.[4,23-25] Analysis of family history data has supported a two-threshold, multifactorial mode of inheritance in which the most prevalent disorder in the fami-

lies of narcoleptic probands is hypersomnia and the least prevalent, narcolepsy.[4,24,26]

Genetic studies of narcoleptic patients have identified HLA antigen markers that occurred significantly more frequently in patients than in control subjects.[27,28] A recent study showed a prevalence of HLA-DR2 of 100% in narcoleptic patients,[29] although more recent studies could not support this high prevalence.[30,31] Investigators postulate that the disorder results from a gene-transmitted defect of a neurotransmitter or receptor factor. In a canine model of narcolepsy, both genetic and developmental etiologic determinants have been identified.[32]

Another abnormality identified among narcoleptic patients pertains to their circadian rhythms. This is reflected both clinically and polygraphically by their disturbed nocturnal sleep and abnormal timing of REM sleep.[11] Nonetheless, the exact nature and extent of the chronobiologic disturbance in narcolepsy has not yet been determined. Studies of the circadian secretion of cortisol have failed to show an abnormal pattern in narcoleptic patients.[33,34] In contrast, nocturnal growth hormone release and prolactin levels were found to be decreased in narcolepsy.[34,35] Also, a recent study reported an abnormal 24-hour rhythm of core temperature in narcoleptics[36] who demonstrated higher nocturnal temperatures and an earlier occurrence of their temperature minimum compared with control subjects. Furthermore, a more recent study provided evidence that the normal nocturnal dampening of ultradian rhythms of daytime vigilance may be lost in narcolepsy.[11]

Narcoleptic patients often receive psychiatric diagnoses instead of or in addition to their diagnosis of narcolepsy. Although these patients do show high levels of psychopathologic states, this is a secondary reaction to the disorder and its effects rather than a primary cause.[5,10] Nevertheless, the psychosocial consequences of narcolepsy usually are severe because the disorder can have deleterious effects on the patient's family life, work situation, and social interactions.[2,5,10] There is often the misconception that the symptoms are under volitional control, and, thus, the patient is misconstrued as lazy, malingering, dull, or psychiatrically disturbed (Table 1).

## EVALUATION

As with other sleep disorders, the evaluation of narcolepsy begins with taking a sleep history from the patient, with supplemental descriptions of the symptoms provided by parents, the spouse, a roommate, or friend.[5,37] A complete physical examination that includes a comprehensive neurologic evaluation should follow. Sleep attacks usually occur in boring or monotonous situations, whereas cataplectic episodes are precipitated by strong emotions, such as fear, surprise, laughter, or anger. When cataplexy and the other auxiliary symptoms are present, which is the case for the majority of patients, the diagnosis is readily made. Independent cataplexy, or cataplexy that precedes the onset of other symptoms, may be mistaken for drop attacks, which are due to cerebrovascular insufficiency.[12] Narcolepsy has sometimes been misdiagnosed as hypothyroidism, hypoglycemia, epilepsy, myasthenia gravis, or multiple sclerosis.[6,12] In the rare case that positive findings are demonstrated on the neurologic examination, a more thorough workup for structural brain lesions is recommended.

Narcoleptics who have cataplexy invariably have sleep-onset REM periods. The presence of a short sleep latency (less than 5 minutes) or a REM onset of less than 10 minutes on either of two 1-hour daytime naps was shown to reach a diagnostic sensitivity of 84% and a specificity of 80% in 50 patients with narcolepsy and cataplexy.[38] Thus, sleep recordings are indicated only for those patients who lack the auxiliary symptoms. Multiple daytime nap recordings can easily be performed in the clinical EEG facility, which is usually attached to the neurology clinic. Under these conditions, either sleep-onset REM periods or extremely short sleep latencies may be demonstrated[38,39] (Fig. 1).

## TREATMENT RECOMMENDATIONS

The pharmacologic treatment of narcolepsy may involve separate treatments for the sleep at-

**Table 1.  Psychosocial Consequences of Narcolepsy and Cataplexy**

| Life Area | Effects |
|---|---|
| Interpersonal relations | Significant others may feel symptoms are under patient's volitional control; fear of precipitating symptoms leads to restriction of emotions; social interaction decreases to avoid negative experiences |
| Vocational | Symptoms cause impaired performance and decreased productivity; potential for accidents and injury is high; supervisors may misinterpret symptoms of disorder |
| Educational | Teachers interpret symptoms as indicating dullness or laziness; decreased achievement may occur; interaction with peers may be impaired |
| Marital or family | General increase in tension may occur; symptoms may be misunderstood; household and driving accidents may be more frequent |

Reprinted with permission from Kales et al.[5]





**Figure 1.** In the lower part of the figure, nocturnal sleep cycles of a normal subject are depicted: REM sleep (darkened area) has its onset at about 90 minutes after sleep onset, and thereafter occurs cyclically throughout the night. Sleep cycles of a narcoleptic patient are illustrated in the upper part of the figure: the onset of REM sleep coincides with sleep onset.

tacks[2,3,5] and for the auxiliary symptoms.[2,5,40,41] The medications used for treatment of this disorder are discussed in more detail by Manfredi and Kales in this issue of *Seminars*. Although many patients present with the full tetrad of symptoms, often only one symptom interferes significantly with overall functioning. Thus, the patient's most troublesome symptom (usually sleep attacks) should be treated first.

Methylphenidate is an appropriate medication to choose for treating the sleep attacks of narcolepsy. It is rapidly absorbed and has few side effects.[3] It can be given once a day or, if needed, in divided doses. Treatment should begin at the lowest possible level (5 mg) and may be increased gradually (usually not to exceed a total daily dose of 60 mg), depending on the patient's response and on the time of day when drowsiness is worst.

The amphetamines, particularly methamphetamine,[42] are also effective for the treatment of narcoleptic sleep attacks. Infrequently, amphetamine therapy can lead to drug dependency or amphetamine psychosis.[2] Because both methylphenidate and amphetamines may disturb nocturnal sleep, early evening doses should be lower if they are needed.

The auxiliary symptom of cataplexy is most often treated with imipramine.[2,6,40,41] This drug also alleviates sleep paralysis but has little effect on narcoleptic sleep attacks. Investigators have also reported that clomipramine,[18,43] desipramine,[41] zimelidine,[18] viloxazine,[44] and protriptyline[45] are effective for treating auxiliary symptoms. Gamma-hydroxybutyrate has demonstrated some efficacy in treating both sleep attacks and cataplexy.[46,47] Propranolol,[48] mazindol[49] and pemoline[50] are reported to be effective in alleviating excessive daytime sleepiness but not cataplexy.

The psychosocial management of narcolepsy is also important because this chronic disorder is frequently misunderstood.[2,5,10] Anxiety and depression are typical reactions to the negative attitudes frequently demonstrated by family members, friends, or employers. Both the patient and significant others need to be thoroughly educated that narcolepsy is a physical illness and not under voluntary control. Educating the patient about therapeutic naps to enhance alertness for daytime tasks is often helpful. Also, the patient should be warned about the potential dangers of driving or undertaking activities in situations that could expose him and others to danger if he were to have a sleep attack or cataplectic episode. Physicians should also be aware of local regulations regarding the legal responsibility for reporting narcoleptic patients to the Department of Motor Vehicles.

## HYPERSOMNIA

Hypersomnia is a disorder of excessive diurnal and nocturnal sleep.[1,2,6] In contrast to narcolepsy, the excessive daytime somnolence in hypersomnia is less paroxysmal and more prolonged, and there are no auxiliary symptoms. About 5 per 1000 of the population are estimated to be affected by the condition, with a slight male predominance.[1,2,6] Physicians report a 2.9% prevalence of hypersomnia in their patient population.[8]

### CLINICAL CHARACTERISTICS

Hypersomnia is characterized by recurrent, lengthy periods of excessive sleepiness.[1,2,6,51,52] During the daytime, the patients complain of constant but rather resistible sleepiness. Naps are often necessary and frequently are preceded by a period of drowsiness; the nap itself tends to last several hours and usually the patient awakens feeling unrefreshed. The nighttime sleep of these patients is prolonged, often lasting up to several days, and rarely is interrupted by awakenings. They typically fall asleep at night extremely quickly, that is within a few seconds. Difficulty with awakening in the morning and sleep drunkenness, a rather prolonged

state of confusion on awakening, are common complaints.

In addition to discrete periods of excessive sleep, these patients often complain of long periods of intense sleepiness, which in some cases is more or less permanent.[1,2,6,51,52] Often, the symptom is only alleviated by movement, exercise, stimulating activities, or caffeinated beverages. Sleepiness often is exacerbated after eating and during monotonous activities.

Most often, hypersomnia develops in puberty and then remains throughout life without major remissions.[1,2,6,51,52] The disorder is suspected clinically whenever the complaint of constant and persistent daytime sleepiness is discovered in the absence of the auxiliary symptoms of narcolepsy or loud nocturnal snoring, the presence of the latter being suggestive of sleep apnea. When excessive sleepiness is secondary to mental disorders, sleep is not only prolonged, but also restless and generally disturbed; the patients generally feel worse on arising in the morning, but they do not present with the confusion that is characteristic of sleep drunkenness.

## *ETIOLOGIC FACTORS*

The disorder of hypersomnia may be categorized as idiopathic, secondary, or periodic.

### Idiopathic Hypersomnia

As the term "idiopathic" denotes, the cause of this type of hypersomnia is not clear.[1,2,53] Nonetheless, several studies have shown a familial incidence of this disorder.[1,2,4,6,25,29] As already mentioned, analysis of family history data indicates a close link between narcolepsy and hypersomnia along the lines of a two-threshold multifactorial mode of inheritance.[4,24,26] Studies of HLA antigens in hypersomnia have demonstrated an association of the condition with HLA-Cw2.[29] The absence of HLA-DR2 in hypersomnolent patients clearly demonstrates that, despite their heredofamilial link, narcolepsy and hypersomnia are two distinct entities.[29]

The neurochemical basis of hypersomnia would appear to involve metabolic disorders of the serotonergic, cholinergic, or dopaminergic systems. A study measuring the concentrations of monoamine metabolites in lumbar CSF of hypersomniac patients has demonstrated increased levels of 3,4-dihydroxyphenylacetic acid and homovanillic acid (HVA), which suggests increased dopamine turnover.[54] Another study has shown low levels of dopamine in the CSF with normal levels of HVA, suggesting a decline in the excitation of dopamine receptors (resulting from either lowered release or enhanced reuptake of dopamine) with no significant effect on dopamine metabolism.[14] Indolamine (tryptamine) metabolism has also been shown to be decreased in hypersomniac patients.[14] Dopamine and tryptamine are found in highest concentrations in striatum, especially the caudate nucleus, implicating a possible involvement of this structure in the pathophysiology of primary hypersomnia.

### Secondary Hypersomnia

Neurologic factors play a major role in the occurrence of secondary hypersomnia. Arousing and activating systems in the brain are largely concentrated in the junction between the rostral midbrain and the posterior diencephalon.[55] Destruction of this area is always followed by deep coma, and the patient is unarousable, both clinically and electroencephalographically.[56] This behavior is similar to that observed in cats with a midbrain transection (*cerveau isole*).[55] Lesions of the posterior hypothalamus sparing the midbrain reticular formation produce the most typical cases of hypersomnia,[57] and lesions involving extensive cortical areas cause loss of both consciousness and arousal reaction.[58]

Von Economo[59] described two groups of patients in his classic reports on encephalitis lethargica. One group of patients was hypersomnic or comatose and had pathologic findings mainly of mesencephalic or diencephalic origin. The other group of patients, who displayed excessive movements, unresponsiveness, and an inability to sleep, had lesions predominantly in the area of the preoptic nucleus.[16]

Other neurologic causative factors of secondary hypersomnia include head injuries with or without hemorrhage, cerebrovascular insufficiency, brain tumors and other expansive lesions, and in rare cases other brain conditions (for example, Kearns-Sayre syndrome).[2,51,60,61] Although hypersomnia may be caused by a variety of lesions, their common characteristic is an interruption of the ascending reticular pathways.

Besides strictly neurologic causes, other common medical causes of hypersomnia are metabolic disorders, conditions leading to brain hypoxia, and various toxic influences. Metabolic disorders include hepatic encephalopathy, renal insufficiency, hypoglycemia, and adrenal insufficiency.[2,51] Conditions leading to brain hypoxia are most often secondary to severe cardiovascular insufficiency, anemia, or pulmonary disease. Finally, intoxication with certain industrial poisons, for example methylchloride and trichloroethylene, and various medications, such as hypnotics, anxiolytics, and antihistamines, may also lead to hypersomnia.[2]

DISORDERS OF EXCESSIVE SLEEPINESS—Manfredi, Brennan, Cadieux

The sleep patterns of patients with affective illness have been studied extensively.[2,62,63] Hypersomnia has been described after significant life stress events. It has also been demonstrated in patients with bipolar disorders[64] and among young depressed patients.[65]

Excessive daytime sleepiness is a common complaint of patients with obstructive sleep apnea.[51,52] Typically, they have repetitive episodes of breath cessation, each of which ends in a brief arousal. It has been hypothesized that the daytime hypersomnolence associated with this condition is the result of severe sleep disruption. However, brain hypoxia and other factors may be more decisive for the occurrence of hypersomnolence in sleep apnea.

### Periodic Hypersomnia

Periodic hypersomnia is characterized by discrete periods of excessive sleep lasting from 1 day to several weeks, separated by relatively long periods of normal sleep.[2,51] The frequency of attacks is variable and may range from monthly to one every few years or more. During an attack, the patient is difficult to arouse, has few spontaneous awakenings, and sleep drunkenness is common. During the interval between attacks, the sleep-wake cycle typically is normal.

The Kleine-Levin syndrome is a rare disorder characterized by periodic hypersomnia associated with hyperphagia.[2,66,67] Typically, the patient sleeps for extended periods of time, arising from bed only to eat or excrete. Often, the eating periods resemble binge episodes. The attacks occur two to three times a year, with each episode lasting for periods of 2 to 3 weeks. Often, the attacks are associated with irritability, aggression, or dysphoria and may be followed by periods of increased sexual drive.[2,66,67] The onset of the disorder is usually during adolescence, with a strong male predominance. The cause remains unclear, but may involve diencephalic dysfunction;[2,67] diffuse paroxysmal slowing on the EEG of some patients suggests a seizure disorder.[68]

Periodic hypersomnia has been described to fluctuate regularly with the menstrual cycle in some women, who also demonstrate the hyperphagia and other psychologic features of the Kleine-Levin syndrome, suggesting a hormonal cause of the disorder.[69,70] Understanding of the nature of periodic hypersomnias, however, remains incomplete. Most research supports the concept of small lesions in the mesodiencephalic region, particularly of the hypothalamus and limbic areas.[2,51,67] There are few data to support a functional cause of the disorder.

### EVALUATION

The history from the hypersomnia patient should include the age at onset, the frequency and duration of episodes, their time of occurrence, precipitating circumstances, the ability to resist sleepiness, the presence or absence of auxiliary symptoms and sleep drunkenness, the duration and quality of nocturnal sleep, the presence or absence of snoring or interrupted breathing during the night, and the patient's general daytime behavior and adjustment[2,37,51-53] (Table 2). Questioning the spouse, parent, or other family members for the presence of snoring with interrupted nocturnal breathing is important in ruling out sleep apnea: The physician, thus, determines if there are frequent periods of interrupted nocturnal breathing associated with snoring, gasping, gurgling, choking, periodic loud snorting or morning headache.[37,51,52] If sleep apnea is suspected on clinical grounds, sleep laboratory evaluation should be conducted to determine the number of any apneic events and the degree of oxygen desaturation that may be associated with these events.

The medical history focuses on previous conditions or injuries that may have a bearing on the current symptoms, such as head injuries, organic

**Table 2.   Differentiation Among Disorders of Excessive Sleep**

| Characteristic | Narcolepsy | Idiopathic Hypersomnia | Psychogenic Hypersomnia | Obstructive Sleep Apnea |
|---|---|---|---|---|
| Sleepiness | Paroxysmal | Constant | Variable | Varies with severity |
| Sleep attacks | Relatively brief and irresistible | Prolonged and rather resistible | May be present and rather resistible | May be present and resistible |
| Auxiliary symptoms | Present | Absent | Absent | Absent |
| Nocturnal sleep | Disrupted | Prolonged | Variable | Interrupted |
| Sleep drunkenness | Absent | Often present | Absent | Some confusion |
| Usual onset | Adolescence | Variable | Variable | Middle age |
| Hereditary factors | Present | Present | Absent | Possible |
| Psychopathology | Secondary | Secondary? | Primary | Secondary |
| Loud snorting, breath cessation | Absent | Absent | Absent | Present |

255

brain disease, and exposure to toxins.[2,51–53] Distinguishing hypersomnia from narcolepsy can be accomplished based on the history by determining the quality and duration of a typical sleep episode, any periodicity of attacks of excessive daytime sleepiness, the quality of nocturnal sleep, and the presence or absence of auxiliary symptoms of narcolepsy.

A psychiatric evaluation focuses on current mental status and past history of affective disturbance.[2,37,51–53] Ancillary studies, including psychologic testing, such as the Minnesota Multiphasic Personality Inventory (MMPI), are helpful to rule out emotional factors contributing to the patient's condition. MMPI studies reveal greater psychopathologic findings among narcoleptics than hypersomniacs.[10] When present in hypersomniacs, the depression is usually atypical and therefore difficult to diagnose. More often, it represents the depressive phase of a bipolar disorder.[51] If indicated by the history or by findings on the physical or neurologic examinations, other ancillary studies can be helpful in individual cases. These include skull radiographs, brain computed tomography (CT) and magnetic resonance scans, CSF analysis, and other clinical laboratory tests for endocrine, hepatic and renal functions.

Polysomnographic studies of hypersomniac patients usually reveal normal sleep patterns and distribution of sleep stages.[71–73] The disrupted sleep typically seen in narcolepsy is not found in hypersomnia. In addition, the sleep of the hypersomniac patient is longer and more consolidated. In most cases, the clinical EEG should be carefully evaluated for the presence of seizure activity or other abnormalities.

### TREATMENT RECOMMENDATIONS

Hypersomnia can be a disabling problem that is usually not well controlled by stimulant medication or therapeutic naps.[2,53] Nonetheless, the mainstay of its treatment is stimulant medication in about the same dose levels as in narcolepsy.[2,51,52] Tricyclic antidepressants and monoamine oxidase (MAO) inhibitors have no effect on the disease unless it is secondary to affective disturbance. Most often, the stimulant medication should be taken immediately on awakening, especially when sleep drunkenness is present. Paradoxically, some patients find it helpful to take their medication before falling asleep at night; in this way, they sleep less deeply and find it easier to arise the next morning.

With periodic hypersomnia, therapy is palliative using stimulant medication given during the period of the prolonged sleep attack. Often, severe depression accompanies this condition. In such cases tricyclic antidepressants or MAO inhibitors are indicated. There are also a few reports of successful treatment of periodic hypersomnia with lithium carbonate.[2,51,52]

In cases of hypersomnia secondary to neurologic or other medical conditions, treatment of the underlying etiologic factors takes precedence. When hypersomnia is secondary to affective disturbance, antidepressant medication or psychotherapy should be applied, depending on the type, severity, and other clinical characteristics of the individual case. As with narcolepsy, the psychosocial consequences of hypersomnia may be severe. Therefore, psychiatric intervention is often necessary to reduce the patient's reaction to the disorder.

### SUMMARY

Besides sleep apnea, the main disorders of excessive daytime sleepiness include narcolepsy and hypersomnia. Narcolepsy is characterized by periods of irresistible sleepiness and sleep attacks of brief duration and, most often, by one or more of the auxiliary symptoms: cataplexy, sleep paralysis, and hypnogogic hallucinations. Generally, sleepiness and sleep attacks in hypersomnia are of longer duration and are more resistible than in narcolepsy; also, the auxiliary symptoms are absent. There are three types of hypersomnia: idiopathic, secondary, and periodic. Nocturnal sleep is typically disrupted in narcolepsy, whereas in idiopathic hypersomnia it is prolonged and in secondary hypersomnia it is variable.

The exact causes of narcolepsy and idiopathic hypersomnia are unknown; however, there is evidence for genetic predisposition for either disorder. In secondary hypersomnia causative factors include: neurologic, such as head injuries, cerebrovascular insufficiency, and brain tumors; general medical, such as metabolic disorders, various intoxications, and conditions leading to brain hypoxia; and psychiatric, most notably depression. Although the cause of periodic hypersomnia is unclear, most research supports the notion of underlying organic disease.

Often, the evaluation of patients with excessive daytime sleepiness can be completed in the office setting, based on the sleep history and a thorough neurologic, general medical, and psychiatric assessment. Whenever indicated, ancillary laboratory studies, such as computed tomography and magnetic resonance scans, should be performed. Sleep laboratory recordings generally are not necessary unless there is suspicion of sleep apnea or narcolepsy in the absence of auxiliary symptoms.

DISORDERS OF EXCESSIVE SLEEPINESS—Manfredi, Brennan, Cadieux

Treatment of secondary hypersomnia should be directed toward the underlying etiologic factors. Treatment for the symptoms of sleepiness and sleep attacks of narcolepsy and hypersomnia involves administration of methylphenidate or other stimulant medication. Therapeutic naps also should be prescribed. Imipramine or other medications are used in treating the auxiliary symptoms of narcolepsy.

# REFERENCES

1. Roth B. Functional hypersomnia. In: Guilleminault C, Dement WC, Passouant P, eds. Narcolepsy. New York: Spectrum Publications, 1976; 333–50

2. Roth B. Narcolepsy and hypersomnia. Prague: Avicenum-Czechoslovak Medical Press. Revised and edited by Broughton R. Basel: S Karger, 1980

3. Daly DD, Yoss RE. Narcolepsy. In: Magnus O, Lorentz de Haas M, eds. The epilepsies, handbook of clinical neurology, vol. 15. Amsterdam: North-Holland Publishing, 1974; 836–52

4. Kales, A, Cadieux RJ, Soldatos CR, et al. Narcolepsy-cataplexy: I. Clinical and electrophysiologic characteristics. Arch Neurol 1982; 39:164–8

5. Kales A, Vela-Bueno A, Kales JD. Sleep disorders: sleep apnea and narcolepsy. Ann Intern Med 1987; 106:434–43

6. Parkes JD. Sleep and its disorders. London: W.B. Saunders, 1985

7. Dement WC, Carskadon M, Ley R. The prevalence of narcolepsy II. Sleep Res 1973; 2:147

8. Bixler EO, Kales A, Soldatos CR. Sleep disorders encountered in medical practice: a national survey of physicians. Behav Med 1979; 6:1–6

9. Dement WC, Rechtschaffen A, Gulevitch G. The nature of the narcoleptic sleep attack. Neurology (Minneap) 1966; 16:18–33

10. Kales A, Soldatos CR, Bixler EO, et al. Narcolepsy-cataplexy: II. Psychosocial consequences and associated pychopathology. Arch Neurol 1982; 39:169–71

11. Bixler EO, Kales A, Vela-Bueno A, Drozdiak RA, Jacoby JA, Manfredi RL. Narcolepsy/cataplexy III: nocturnal sleep and wakefulness patterns. Int J Neurosci 1986; 29:305–16

12. Guilleminault C, Dement WC, Passouant P, eds. Narcolepsy. New York, Spectrum Publications, 1976

13. Vela-Bueno A, Campos Castello J, Jimenez Baos RR. Hereditary cataplexy: is it primary cataplexy? Waking Sleeping 1978; 2:125–6

14. Montplaisir J, DeChamplain J, Young SN, et al. Narcolepsy and idiopathic hypersomnia: biogenic amines and related compounds in CSF. Neurology (NY) 1982; 32:1299–302

15. Mefford IN, Baker TL, Boehme R, et al. Narcolepsy: biogenic amine deficits in an animal model. Science 1983; 220:629–32

16. Broughton R. Neurology and sleep research. Can Psychiatr Assoc J 1971; 16:283–93

17. Rechtschaffen A, Dement WC. Narcolepsy and hypersomnia. In: Kales A, ed. Sleep: physiology and pathology. Philadelphia: J.B. Lippincott, 1969; 119–30

18. Montplaisir J, Godbout R. Serotoninergic reuptake mechanisms in the control of cataplexy. Sleep 1986; 9:280-4

19. Poirier G, Montplaisir J, Dumont M, et al. Clinical and sleep laboratory study of narcoleptic symptoms in multiple sclerosis. Neurology (Cleve) 1987; 37:693–5

20. Erlich SS, Itabashi HH. Narcolepsy: a neuropathologic study. Sleep 1986; 9:126–32

21. Rivera VM, Meyer JS, Hata T, Ishikawa Y, Imai A.

22. Narcolepsy following cerebral hypoxic ischemia. Ann Neurol 1986; 19:505–8

22. Stahl SM, Layzer RB, Aminoff MJ, Townsend JJ, Feldon S. Continuous cataplexy in a patient with a midbrain tumor: the limp man syndrome. Neurology (NY) 1980; 30:1115–8

23. Baraister M, Parkes JD. Genetic study of narcoleptic syndrome. J Med Genet 1978; 15:254–9

24. Kessler S, Guilleminault C, Dement WC. A family study of 50 REM narcoleptics. Acta Neurol Scand 1974; 50:503–12

25. Nevsimalova-Bruhova S, Roth B. Heredofamilial aspects of narcolepsy and hypersomnia. Schweiz Arch Neurol Neurochir Psychiatr 1972; 110:45–54

26. Leckman JF, Gershon ES. A genetic model of narcolepsy. Br J Psychiatry 1976; 128:276–9

27. Langdon N, van Dam M, Welsh KI, Vaughan RW, Parkes D. Genetic markers in narcolepsy. Lancet 1984; 2:1178–80

28. Terasaki PI, ed. Histocompatibility testing 1980. Los Angeles, UCLA Tissue Typing Laboratory 1981; 955–1226

29. Poirier G, Montplaisir J, Decary F, Momege D, Lebrun A. HLA antigens in narcolepsy and idiopathic central nervous system hypersomnolence. Sleep 1986; 9:153–8

30. Langdon N, Lock C, Welsh K, et al. Immune factors in narcolepsy. Sleep 1986; 9:143–8

31. Mueller-Eckhardt G, Meier-Ewert K, Schendel DJ, Reinecker FB, Multhoff G, Mueller-Eckhardt C. HLA and narcolepsy in a German population. Tissue Antigens 1986; 28:163–9

32. Baker TL, Foutz AS, McNerney V, Mitler MM, Dement WC. Canine model of narcolepsy: genetic and developmental determinants. Exp Neurol 1982; 75:729–42

33. Besset A, Bonardet A, Billiard M, Descomps B, Craste De Paulet A, Passouant P. Circadian patterns of growth hormone and cortisol secretions in narcoleptic patients. Chronobiologia 1979; 6:19–31

34. Higuchi T, Takahashi Y, Takahashi K, Niimi Y, Niyasita A. Twenty-four-hour secretory patterns of growth hormone, prolactin and cortisol in narcolepsy. J Clin Endocrinol Metab 1979; 49:197–204

35. Clark RW, Schmidt HS, Malarkey WB. Disordered growth hormone and prolactin secretion in primary disorders of sleep. Neurology (NY) 1979; 29:855–61

36. Mosko SS, Holowach JB, Sassin JF. The 24-hour rhythm of core temperature in narcolepsy. Sleep 1983; 6:137–46

37. Kales A, Soldatos CR, Kales JD. Taking a sleep history. Am Fam Physician 1980; 22:101–8

38. Kales A, Bixler EO, Soldatos CR, Cadieux RJ, Manfredi R, Vela-Bueno A. Narcolepsy/cataplexy. IV: diagnostic value of daytime nap recordings. Acta Neurol Scand 1987; 75:223–30

39. Mitler MM. The multiple sleep latency test as an evaluation for excessive somnolence. In: Guilleminault C, ed. Sleeping and waking disorders. Stoneham, MA: Butterworth, 1982; 145–53

40. Akimoto H, Honda Y, Takahashi Y. Pharmacotherapy in narcolepsy. Dis Nerv System 1960; 21:1–3

41. Hishikawa Y, Ida H, Nakai K, Kaneko Z. Treatment of narcolepsy with imipramine (Tofranil) and desmethylimipramine (Pertofran). J Neurol Sci 1966; 3:453–61

42. Parkes JD. Amphetamines and alertness. In: Guilleminault C, Dement WC, Passouant P, eds. Narcolepsy. New York, Spectrum Publications, 1976; 643–58

43. Guilleminault C, Raynal D, Takahashi S, Carskadon M, Dement W. Evaluation of short-term and long-term treatment of the narcolepsy syndrome with chlorimipramine hydrochloride. Acta Neurol Scand 1976; 54:71–87

44. Guilleminault C, Mancuso J, Quera Salva MA, et al. Viloxazine hydrochloride in narcolepsy: a preliminary report. Sleep 1986; 9:275–9

45. Schmidt HS, Clark RW, Hyman PR. Protriptyline: an

effective agent in the treatment of the narcolepsy-cataplexy syndrome and hypersomnia. Am J Psychiatry 1977; 134:183–5

46. Broughton R, Mamelak M. The treatment of narcolepsy-cataplexy with nocturnal gamma-hydroxybutyrate. Can J Neurol Sci 1979; 6:1–6

47. Scharf MB, Brown D, Woods M, Brown L, Hirschowitz J. The effects and effectiveness of γ-hydroxybutyrate in patients with narcolepsy. J Clin Psychiatry 1985; 46:222–5

48. Meier-Ewert K, Matsubayashi K, Benter L. Propranolol: long-term treatment in narcolepsy-cataplexy. Sleep 1985; 8:95–104

49. Parkes JD, Schachter M. Mazindol in the treatment of narcolepsy. Acta Neurol Scand 1979; 60:250–4

50. Honda Y, Hishikawa Y. A long-term treatment of narcolepsy and excessive daytime sleepiness with pemoline (Betanamin). Curr Ther Res 1980; 27:429–41

51. Kales A, Soldatos CR, Kales JD. Sleep disorders: evaluation and management in the office setting. In: Arieti S, ed. American handbook of psychiatry, vol. 7. New York: Basic Books, Inc, 1981; 423–54

52. Kales JD, Soldatos CR, Kales A. Diagnosis and treatment of sleep disorders. In: Greist JH, Jefferson JW, Spitzer RL, eds. Treatment of mental disorders. New York: Oxford University Press, 1982; 473–500

53. Guilleminault C, Faull KF. Sleepiness in non-narcoleptic, non-sleep apneic EDS patients: the idiopathic CNS hypersomnolence. Sleep 1982; 5:S175–81

54. Faull KF, Guilleminault C, Berger PH, Barchas JD. Cerebrospinal fluid monoamine metabolites in narcolepsy and hypersomnia. Ann Neurol 1983; 13:258–63

55. Bricolo A. Neurosurgical exploration and neurological pathology as a means for investigating human sleep semiology and mechanisms. In: Lairy GC, Salzarulo P, eds. The experimental study of human sleep: methodological problems. Amsterdam: Elsevier Scientific Publishing, 1975

56. Bricolo A, Turella G, Dalle Ore G, Terzian H. A proposal for electroencephalographic evaluation of acute traumatic coma in neurosurgical practice. Electroenceph Clin Neurophysiol 1973; 34:789

57. Jouvet M, Pellin B, Mounier D. Etude polygraphique des differentes phases du sommeil au cours des troubles de conscience chronique (comas prolonges). Rev Neurol (Paris) 1961; 105:181–6

58. Brierley J, Adams J, Graham D, Simpson J. Neocortical death after cardiac arrest. A clinical, neurophysiological and neuropathological report of two cases. Lancet 1971; 2:560–5

59. Economo von C. Sleep as a problem of localization. J Nerv Ment Dis 1930; 71:249–59

60. Kotagal S, Archer CR, Walsh JK, Gomez C. Hypersomnia, bithalamic lesions, and altered sleep architecture in Kearns-Sayre syndrome. Neurology (Cleve) 1985; 35:574–7

61. Guilleminault C, Faull KF, Miles L, van den Hoed J. Posttraumatic excessive daytime sleepiness: a review of 20 patients. Neurology (Cleve) 1983; 33:1584–9

62. Smith CM. Comments and observations on psychogenic hypersomnia. Arch Neurol Psychiatry 1958; 80:619–24

63. Akiskal HS, Lemmi H, Dickson H, King D, Yerevanian B, Van Valkenburg C. Chronic depressions. Part 2. Sleep EEG differentiation of primary dysthymic disorders from anxious depressions. J Affective Dis 1984; 6:287–95

64. Kupfer DJ, Himmelhock JM, Schwartzburg M, Anderson C, Byck R, Detre TP. Hypersomnia in manic-depressive disease. Dis Nerv Syst 1972; 33:720–4

65. Hawkins DR, Taub JM, Van de Castle R. Extended sleep (hypersomnia) in young depressed patients. Am J Psychiatry 1985; 142:905–10

66. Gilbert GJ. Periodic hypersomnia and bulimia. The Kleine-Levin syndrome. Neurology (Minneap) 1964; 14:844–50

67. Orlosky MJ. The Kleine-Levin syndrome: a review. Psychosomatics 1982; 23:609–21

68. Reynolds CF, Black RS, Coble P, Holzer B, Kupfer DJ. Similarities in EEG sleep findings for Kleine-Levin syndrome and unipolar depression. Am J Psychiatry 1980; 137:116–8

69. Billiard M, Guilleminault C, Dement WC. A menstruation-linked periodic hypersomnia. Kleine-Levin syndrome or new clinical entity? Neurology (Minneap) 1975; 25:436–43

70. Sachs C, Persson HE, Hagenfeldt K. Menstruation-related periodic hypersomnia: a case study with successful treatment. Neurology (NY) 1982; 32:1376–9

71. Baker TL, Guilleminault C, Nino-Murcia G, Dement WC. Comparative polysomnographic study of narcolepsy and idiopathic central nervous system hypersomnia. Sleep 1986; 9:232–42

72. van den Hoed J, Kraemer H, Guilleminault C, et al. Disorders of excessive daytime somnolence: polygraphic and clinical data for 100 patients. Sleep 1981; 4:23–37

73. Roth B, Nevsimalova S, Sonka K, Docekal P. A quantitative polygraphic study of daytime somnolence and sleep in patients with excessive diurnal sleepiness. Schweiz Arch Neurol Neurochir Psychiatr 1984; 135:265–72

# EXHIBIT G

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to use
XYWAV safely and effectively. See full prescribing information for
XYWAV.**

**XYWAV® (calcium, magnesium, potassium, and sodium oxybates) oral
solution, CIII**
**Initial U.S. Approval: 2002**

---

**WARNING: CENTRAL NERVOUS SYSTEM (CNS) DEPRESSION
and ABUSE AND MISUSE.**
*See full prescribing information for complete boxed warning.*

**Central Nervous System Depression**
•**XYWAV is a CNS depressant, and respiratory depression can occur
with XYWAV use (5.1, 5.4)**
**Abuse and Misuse**
•**The active moiety of XYWAV is oxybate or gamma-hydroxybutyrate
(GHB). Abuse or misuse of illicit GHB is associated with CNS adverse
reactions, including seizure, respiratory depression, decreased
consciousness, coma, and death (5.2, 9.2)**
**XYWAV is available only through a restricted program called the
XYWAV and XYREM REMS (5.3)**

---

-----------------------------**INDICATIONS AND USAGE**-----------------------------
XYWAV is a central nervous system depressant indicated for the treatment
of:
- Cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of
  age and older with narcolepsy (1.1).
- Idiopathic Hypersomnia (IH) in adults (1.2).

-----------------------**DOSAGE AND ADMINISTRATION**----------------------
See Full Prescribing Information for complete dosing instructions (2.1-2.7).

Dosage for Adult Patients with Narcolepsy
- Initiate dosage at 4.5 g per night orally, divided into two doses (2.1).
- Titrate in increments of up to 1.5 g per night per week (2.1).
- Recommended dosage range: 6 g to 9 g per night orally, divided into two
  doses (2.1).
- Doses may be divided equally or unequally and the first dose taken at
  bedtime and the second dose taken 2.5 to 4 hours later (2.1).

Dosage for Pediatric Patients with Narcolepsy (7 Years of Age and Older)
- The recommended starting dosage, titration regimen, and maximum total
  nightly dosage are based on body weight (2.2).

Dosage for Adult Patients with Idiopathic Hypersomnia
- XYWAV can be administered as a twice or once nightly regimen in adults
  (2.3).
- Twice nightly: Initiate dosage at 4.5 g or less per night orally, divided into
  two doses. Titrate to effect in increments of up to 1.5 g per night per week,
  up to 9 g total nightly dose (2.3).
- Once nightly: Initiate dosage at 3 g or less per night orally, as one dose.
  Titrate to effect in increments of up to 1.5 g per night per week, up to 6 g
  total nightly dose (2.3).

Important Administration Information
- Administer XYWAV at least 2 hours after eating (2.4).
- Prepare XYWAV prior to bedtime; dilute with approximately ¼ cup
  of water in pharmacy-provided containers (2.4).
- Take XYWAV while in bed and lie down after dosing (2.4).

For Patients Transitioning from Xyrem to XYWAV: Initiate at the same
dose and regimen as Xyrem (gram for gram). Titrate as needed based on
efficacy and tolerability (2.5).

Patients with Hepatic Impairment
Recommended starting dosage is one-half of the original dosage per night
administered orally, divided into two doses (2.6).

--------------------**DOSAGE FORMS AND STRENGTHS**--------------------
Oral solution: 0.5 g/mL total salts (equivalent to 0.413 g/mL of oxybate)
(3)

----------------------------**CONTRAINDICATIONS**----------------------------
- In combination with sedative hypnotics or alcohol (4)
- Succinic semialdehyde dehydrogenase deficiency (4)

--------------------**WARNINGS AND PRECAUTIONS**--------------------
- CNS depression: Use caution when considering the concurrent use of
  XYWAV with other CNS depressants (5.1).
- Caution patients against hazardous activities requiring complete mental
  alertness or motor coordination within the first 6 hours of dosing or after
  first initiating treatment until certain that XYWAV does not affect them
  adversely (5.1).
- Depression and suicidality: Monitor patients for emergent or increased
  depression and suicidality (5.5).
- Confusion/Anxiety: Monitor for impaired motor/cognitive function
  (5.6).
- Parasomnias: Evaluate episodes of sleepwalking (5.7).

----------------------------**ADVERSE REACTIONS**----------------------------
Most common adverse reactions in adults with narcolepsy or IH (≥5%)
were nausea, headache, dizziness, anxiety, insomnia, decreased appetite,
hyperhidrosis, vomiting, diarrhea, dry mouth, parasomnia, somnolence,
fatigue, and tremor (6.1).

In a pediatric study with sodium oxybate (same active moiety as
XYWAV), the most common adverse reactions (≥5%) were nausea,
enuresis, vomiting, headache, weight decreased, decreased appetite,
dizziness, and sleepwalking (6.1).

**To report SUSPECTED ADVERSE REACTIONS, contact Jazz
Pharmaceuticals, Inc. at 1-800-520-5568, or FDA at 1-800-FDA-1088
or www.fda.gov/Medwatch.**

----------------------------**DRUG INTERACTIONS**----------------------------
- Concomitant use with divalproex sodium: An initial reduction in
  XYWAV dose of at least 20% is recommended (2.7, 7.2).

----------------------**USE IN SPECIFIC POPULATIONS**----------------------
- Pregnancy: Based on animal data, may cause fetal harm (8.1).
- Geriatric patients: Monitor for impaired motor and/or cognitive function
  when taking XYWAV (8.5).

**See 17 for PATIENT COUNSELING INFORMATION and
Medication Guide**

**Revised: 4/2023**

**FULL PRESCRIBING INFORMATION: CONTENTS\***
**WARNING: CENTRAL NERVOUS SYSTEM (CNS)**
**DEPRESSION and ABUSE AND MISUSE**

**1      INDICATIONS AND USAGE**
   1.1    Narcolepsy
   1.2    Idiopathic Hypersomnia
**2      DOSAGE AND ADMINISTRATION**
   2.1    Dosing Information in Adult Patients with Narcolepsy
   2.2    Dosing Information in Pediatric Patients with Narcolepsy
   2.3    Dosing Information in Adult Patients with Idiopathic Hypersomnia (IH)
   2.4    Important Administration Instructions for All Patients
   2.5    Patients Transitioning from Xyrem to XYWAV
   2.6    Dosage Modification in Patients with Hepatic Impairment
   2.7    Dosage Adjustment with Co-administration of Divalproex Sodium
**3      DOSAGE FORMS AND STRENGTHS**
**4      CONTRAINDICATIONS**
**5      WARNINGS AND PRECAUTIONS**
   5.1    Central Nervous System Depression
   5.2    Abuse and Misuse
   5.3    XYWAV and XYREM REMS
   5.4    Respiratory Depression and Sleep-Disordered Breathing
   5.5    Depression and Suicidality
   5.6    Other Behavioral or Psychiatric Adverse Reactions
   5.7    Parasomnias
**6      ADVERSE REACTIONS**
   6.1    Clinical Trials Experience
   6.2    Postmarketing Experience
**7      DRUG INTERACTIONS**
   7.1    Alcohol, Sedative Hypnotics, and CNS Depressants
   7.2    Divalproex Sodium

**8      USE IN SPECIFIC POPULATIONS**
   8.1    Pregnancy
   8.2    Lactation
   8.4    Pediatric Use
   8.5    Geriatric Use
   8.6    Hepatic Impairment
**9      DRUG ABUSE AND DEPENDENCE**
   9.1    Controlled Substance
   9.2    Abuse
   9.3    Dependence
**10     OVERDOSAGE**
   10.1   Human Experience
   10.2   Signs and Symptoms
   10.3   Recommended Treatment of Overdose
   10.4   Poison Control Center
**11     DESCRIPTION**
**12     CLINICAL PHARMACOLOGY**
   12.1   Mechanism of Action
   12.3   Pharmacokinetics
**13     NONCLINICAL TOXICOLOGY**
   13.1   Carcinogenesis, Mutagenesis, Impairment of Fertility
**14     CLINICAL STUDIES**
   14.1   Cataplexy and Excessive Daytime Sleepiness (EDS) in Adult Narcolepsy
   14.2   Cataplexy and Excessive Daytime Sleepiness in Pediatric Narcolepsy
   14.3   Idiopathic Hypersomnia (IH) in Adults
**16     HOW SUPPLIED/STORAGE AND HANDLING**
   16.1   How Supplied
   16.2   Storage
   16.3   Handling and Disposal
**17     PATIENT COUNSELING INFORMATION**

  \*Sections or subsections omitted from the full prescribing information are not listed.

**FULL PRESCRIBING INFORMATION**

---

<div style="border:1px solid black">

**WARNING:  CENTRAL NERVOUS SYSTEM DEPRESSION
and ABUSE AND MISUSE.**

- **Central Nervous System Depression**
  **XYWAV is a CNS depressant. Clinically significant respiratory depression and obtundation may occur in patients treated with XYWAV at recommended doses *[see Warnings and Precautions (5.1, 5.4)]*. Many patients who received XYWAV during clinical trials in narcolepsy and idiopathic hypersomnia were receiving central nervous system stimulants *[see Clinical Studies (14.1, 14.2, 14.3)]*.**

- **Abuse and Misuse**
  **The active moiety of XYWAV is oxybate or gamma-hydroxybutyrate (GHB). Abuse or misuse of illicit GHB, either alone or in combination with other CNS depressants, is associated with CNS adverse reactions, including seizure, respiratory depression, decreases in the level of consciousness, coma, and death *[see Warnings and Precautions (5.2)]*.**

  **Because of the risks of CNS depression and abuse and misuse, XYWAV is available only through a restricted program under a Risk Evaluation and Mitigation Strategy (REMS) called the XYWAV and XYREM REMS *[see Warnings and Precautions (5.3)]*.**

</div>

## 1   INDICATIONS AND USAGE

### 1.1 Narcolepsy

XYWAV is indicated for the treatment of cataplexy or excessive daytime sleepiness (EDS) in patients 7 years of age and older with narcolepsy.

### 1.2 Idiopathic Hypersomnia

XYWAV is indicated for the treatment of idiopathic hypersomnia (IH) in adults.

## 2   DOSAGE AND ADMINISTRATION

### 2.1 Dosing Information in Adult Patients with Narcolepsy

The recommended starting dosage is 4.5 grams (g) per night administered orally, divided into two doses: 2.25 g at bedtime and 2.25 g taken 2.5 to 4 hours later (see Table 1). Increase the dosage by up to 1.5 g per night per week (e.g., 0.75 g at bedtime and 0.75 g taken 2.5 to 4 hours later), to the recommended dosage range of 6 g to 9 g per night. The dosage may be gradually titrated based on efficacy and tolerability. Some patients may achieve better responses with unequal doses at bedtime and 2.5 to 4 hours later. Doses higher than 9 g per night have not been studied and ordinarily should not be administered.

**Table 1: Recommended Adult XYWAV Dosage Regimen (g = grams)**

| If a Patient's Total Nightly Dosage Is: | Take at Bedtime: | Take 2.5 to 4 Hours Later: |
|---|---|---|
| 4.5 g per night | 2.25 g | 2.25 g |
| 6 g per night | 3 g | 3 g |
| 7.5 g per night | 3.75 g | 3.75 g |
| 9 g per night | 4.5 g | 4.5 g |

Note: Some patients may achieve better responses with unequal nightly doses at bedtime and 2.5 to 4 hours later.

## 2.2 Dosing Information in Pediatric Patients with Narcolepsy

For pediatric patients 7 years of age and older, XYWAV is administered orally twice per night. The recommended starting pediatric dosage, titration regimen, and maximum total nightly dosage are based on patient weight, as specified in Table 2. The dosage may be gradually titrated based on efficacy and tolerability. Doses higher than 9 g per night have not been studied and ordinarily should not be administered.

**Table 2: Recommended XYWAV Dosage for Patients 7 Years of Age and Older***

| Patient Weight | Initial Dosage | | Maximum Weekly Dosage Increase | | Maximum Recommended Dosage | |
|---|---|---|---|---|---|---|
| | Take at Bedtime: | Take 2.5 to 4 Hours Later: | Take at Bedtime: | Take 2.5 to 4 Hours Later: | Take at Bedtime: | Take 2.5 to 4 Hours Later: |
| <20 kg** | There is insufficient information to provide specific dosing recommendations for patients who weigh less than 20 kg. | | | | | |
| 20 kg to <30 kg | ≤1 g | ≤1 g | 0.5 g | 0.5 g | 3 g | 3 g |
| 30 kg to <45 kg | ≤1.5 g | ≤1.5 g | 0.5 g | 0.5 g | 3.75 g | 3.75 g |
| ≥45 kg | ≤2.25 g | ≤2.25 g | 0.75 g | 0.75 g | 4.5 g | 4.5 g |

* For patients who sleep more than 8 hours per night, the first nightly dose of XYWAV may be given at bedtime or after an initial period of sleep.

** If XYWAV is used in patients 7 years of age and older who weigh less than 20 kg, a lower starting dosage, lower maximum weekly dosage increases, and lower total maximum nightly dosage should be considered.

Note: Some patients may achieve better responses with unequal nightly doses at bedtime and 2.5 to 4 hours later.

### 2.3 Dosing Information in Adult Patients with Idiopathic Hypersomnia (IH)

The dosage and regimen of XYWAV should be individualized based on clinical presentation *[see Clinical Studies (14.3)]*.

XYWAV can be administered as a twice nightly or once nightly regimen. The recommended starting dose, titration guidance, and maximum nightly doses appear in Table 3:

**Table 3: Recommended Nightly Dosage in Adult Patients with IH**

| Dosing Regimen | Starting Nightly Dose | Titration Increments | Maximum Total Nightly Dose |
|---|---|---|---|
| Twice nightly*,† | ≤4.5 g per night divided into two doses (e.g., 2.25 g each) | ≤1.5 g per night per week (divided into two doses) | 9 g (divided into two doses) |
| Once nightly | ≤3 g per night | ≤1.5 g per night per week | 6 g |

\* Some patients may achieve better responses with unequal nightly doses at bedtime and 2.5 to 4 hours later.

† The first dose should be taken at bedtime and the second dose taken 2.5 to 4 hours later.

The increase in the total nightly dose should not exceed 1.5 g /week. During titration, the dosing regimen may be changed between twice nightly and once nightly, as needed based on efficacy and tolerability *[see Clinical Studies (14.3)]*. Doses higher than 9 g per night or single dose administrations higher than 6 g have not been studied and should not be administered.

### 2.4 Important Administration Instructions for All Patients

Administer XYWAV at least 2 hours after eating *[see Clinical Pharmacology (12.3)]*. Prepare all doses of XYWAV prior to bedtime. Prior to ingestion, each dose of XYWAV should be diluted with approximately ¼ cup (approximately 60 mL) of water in the empty pharmacy-provided containers. Solutions prepared following dilution should be consumed within 24 hours.

Patients should take each dose of XYWAV while in bed and lie down immediately after dosing, and remain in bed following ingestion of each dose. XYWAV may cause patients to fall asleep abruptly without first feeling drowsy *[see Adverse Reactions (6.2)]*.

Patients will often fall asleep within 5 minutes of taking XYWAV, and will usually fall asleep within 15 minutes, though the time it takes any individual patient to fall asleep may vary from night to night.

If dosing twice nightly, patients may need to set an alarm to awaken for the second dose. If the second dose is missed, that dose should be skipped and XYWAV should not be taken again until the next night. Two XYWAV doses should never be taken at one time.

### 2.5 Patients Transitioning from Xyrem to XYWAV

On the first night of dosing with XYWAV, initiate treatment at the same dose (gram for gram) and regimen as Xyrem. Titrate as needed based on efficacy and tolerability *[see Dosage and Administration (2.1)]*.

### 2.6 Dosage Modification in Patients with Hepatic Impairment

The recommended starting dosage in patients with hepatic impairment is one-half of the original dosage per night administered orally, divided into two doses *[see Use in Specific Populations (8.6) and Clinical Pharmacology (12.3)]*.

### 2.7 Dosage Adjustment with Co-administration of Divalproex Sodium

When initiating divalproex sodium in patients taking a stable dosage of XYWAV, a reduction of the XYWAV dosage by at least 20% is recommended with initial concomitant use *[see Drug Interactions (7.2) and Clinical Pharmacology (12.3)]*. When initiating XYWAV in patients already taking divalproex sodium, a lower starting dosage of XYWAV is recommended.

Subsequently, the dosage of XYWAV can be adjusted based on individual clinical response and tolerability.

## 3   DOSAGE FORMS AND STRENGTHS

XYWAV is a clear to slightly opalescent oral solution at a total salt concentration of 0.5 g per mL. Each mL contains 0.5 g of total salts present as 0.234 g calcium oxybate, 0.096 g magnesium oxybate, 0.13 g potassium oxybate, and 0.04 g sodium oxybate (equivalent to 0.413 g total oxybate).

## 4   CONTRAINDICATIONS

XYWAV is contraindicated for use in:

- combination with sedative hypnotics *[see Warnings and Precautions (5.1)]*.
- combination with alcohol *[see Warnings and Precautions (5.1, 5.2)]*.
- patients with succinic semialdehyde dehydrogenase deficiency *[see Clinical Pharmacology (12.3)]*.

## 5   WARNINGS AND PRECAUTIONS

### 5.1 Central Nervous System Depression

XYWAV is a central nervous system (CNS) depressant. Clinically significant respiratory depression and obtundation has occurred in adult patients taking sodium oxybate (same active moiety as XYWAV) at recommended doses in clinical trials and may occur in patients treated with XYWAV at recommended doses. XYWAV is contraindicated in combination with alcohol and sedative hypnotics. The concurrent use of XYWAV with other CNS depressants, including but not limited to opioid analgesics, benzodiazepines, sedating antidepressants or antipsychotics, sedating anti-epileptic drugs, general anesthetics, muscle relaxants, and/or illicit CNS depressants, may increase the risk of respiratory depression, hypotension, profound sedation, syncope, and death.

If use of these CNS depressants in combination with XYWAV is required, dose reduction or discontinuation of one or more CNS depressants (including XYWAV) should be considered. In addition, if short-term use of an opioid (e.g., post- or perioperative) is required, interruption of treatment with XYWAV should be considered.

Healthcare providers should caution patients about operating hazardous machinery, including automobiles or airplanes, until they are reasonably certain that XYWAV does not affect them adversely (e.g., impair judgment, thinking, or motor skills). Patients should not engage in hazardous occupations or activities requiring complete mental alertness or motor coordination, such as operating machinery or a motor vehicle or flying an airplane, for at least 6 hours after taking XYWAV. Patients should be queried about CNS depression-related events upon initiation of XYWAV therapy and periodically thereafter.

XYWAV is available only through a restricted program under a REMS *[see Warnings and Precautions (5.3)]*.

### 5.2 Abuse and Misuse

XYWAV is a Schedule III controlled substance. The active moiety of XYWAV is oxybate, also known as gamma-hydroxybutyrate (GHB), a Schedule I controlled substance. Abuse of illicit GHB, either alone or in combination with other CNS depressants, is associated with CNS adverse reactions, including seizure, respiratory depression, decreases in the level of consciousness, coma, and death. The rapid onset of sedation, coupled with the amnestic features of GHB, particularly when combined with alcohol, has proven to be dangerous for the voluntary and involuntary user (e.g., assault victim). Because illicit use and abuse of GHB have been

6

reported, healthcare providers should carefully evaluate patients for a history of drug abuse and follow them closely, particularly for signs of misuse or abuse of GHB (including but not limited to increase in size or frequency of dosing, drug-seeking behavior, feigned cataplexy) *[see Drug Abuse and Dependence (9.2)]*. If abuse is suspected, treatment with XYWAV should be discontinued.

XYWAV is available only through a restricted program under a REMS *[see Warnings and Precautions (5.3)]*.

## 5.3 XYWAV and XYREM REMS

XYWAV is available only through a restricted distribution program called the XYWAV and XYREM REMS because of the risks of central nervous system depression, and abuse and misuse *[see Warnings and Precautions (5.1, 5.2)]*.

Notable requirements of the XYWAV and XYREM REMS include the following:

- Healthcare Providers who prescribe XYWAV are specially certified
- XYWAV will be dispensed only by the central pharmacy that is specially certified
- XYWAV will be dispensed and shipped only to patients who are enrolled in the XYWAV and XYREM REMS with documentation of safe use.

Further information is available at www.XYWAVXYREMREMS.com or 1-866-997-3688.

## 5.4 Respiratory Depression and Sleep-Disordered Breathing

XYWAV may impair respiratory drive, especially in patients with compromised respiratory function. In overdoses of oxybate and with illicit use of GHB, life-threatening respiratory depression has been reported *[see Overdosage (10)]*.

Increased apnea and reduced oxygenation may occur with XYWAV administration in adult and pediatric patients. A significant increase in the number of central apneas and clinically significant oxygen desaturation may occur in patients with obstructive sleep apnea treated with XYWAV.

In a study assessing the respiratory-depressant effects of Xyrem (same active moiety as XYWAV) at doses up to 9 g per night in 21 adult patients with narcolepsy, no dose-related changes in oxygen saturation were demonstrated in the group as a whole. One of the four patients with preexisting moderate-to-severe sleep apnea had significant worsening of the apnea/hypopnea index during treatment.

In a study assessing the effects of Xyrem 9 g per night in 50 adult patients with obstructive sleep apnea, Xyrem did not increase the severity of sleep-disordered breathing and did not adversely affect the average duration and severity of oxygen desaturation overall. However, there was a significant increase in the number of central apneas in patients taking Xyrem, and clinically significant oxygen desaturation ($\leq 55\%$) was measured in three patients (6%) after Xyrem administration, with one patient withdrawing from the study and two continuing after single brief instances of desaturation.

During polysomnographic evaluation (PSG), central sleep apnea and oxygen desaturation were observed in pediatric patients with narcolepsy treated with Xyrem.

Prescribers should be aware that increased central apneas and clinically relevant oxygen desaturation events have been observed with sodium oxybate administration in adult and pediatric patients.

In clinical trials of Xyrem in 128 adult patients with narcolepsy, two patients had profound CNS depression, which resolved after supportive respiratory intervention. Two other patients discontinued sodium oxybate because of severe difficulty breathing and an increase in obstructive sleep apnea. In two controlled trials assessing PSG measures in adult patients with narcolepsy, 40 of 477 patients were included with a baseline apnea/hypopnea index of 16 to

67 events per hour, indicative of mild to severe sleep-disordered breathing. None of the 40 patients had a clinically significant worsening of respiratory function, as measured by apnea/hypopnea index and pulse oximetry at doses of 4.5 g to 9 g per night.

Prescribers should be aware that sleep-related breathing disorders tend to be more prevalent in obese patients, in men, in postmenopausal women not on hormone replacement therapy, and among patients with narcolepsy.

## 5.5 Depression and Suicidality

Depression, and suicidal ideation and behavior can occur in patients treated with XYWAV.

In Study 1 *[see Clinical Studies (14.1)]*, depression and depressed mood were reported in 3% and 4%, respectively, of patients treated with XYWAV. Two patients (1%) discontinued XYWAV because of depression, but in most cases, no change in XYWAV treatment was required.

In Study 2 *[see Clinical Studies (14.3)]*, depression and depressed mood were reported in 1 patient (1%) and in 5 patients (3%), respectively, of patients treated with XYWAV, all of whom continued XYWAV treatment.

In clinical trials of Xyrem (same active moiety as XYWAV) in adult patients with narcolepsy (n=781), there were two suicides and two attempted suicides in patients treated with Xyrem, including three patients with a previous history of depressive psychiatric disorder. Of the two suicides, one patient used Xyrem in conjunction with other drugs. Xyrem was not involved in the second suicide. Adverse reactions of depression were reported by 7% of 781 patients treated with Xyrem, with four patients (<1%) discontinuing because of depression. In most cases, no change in Xyrem treatment was required. In a clinical trial with Xyrem in pediatric patients with narcolepsy (n=104), one patient experienced suicidal ideation and two patients reported depression while taking Xyrem.

The emergence of depression in patients treated with XYWAV requires careful and immediate evaluation. Patients with a previous history of a depressive illness and/or suicide attempt should be monitored carefully for the emergence of depressive symptoms while taking XYWAV.

## 5.6 Other Behavioral or Psychiatric Adverse Reactions

Other behavioral and psychiatric adverse reactions can occur in patients taking XYWAV.

In Study 1, confusion occurred in 1% of patients treated with XYWAV and anxiety occurred in 5% of patients treated with XYWAV. One patient experienced visual hallucinations and confusion after ingesting approximately 9 grams of XYWAV.

In Study 2, confusion occurred in 3% of patients treated with XYWAV, and anxiety occurred in 16% patients treated with XYWAV. One patient experienced visual hallucinations which led to discontinuation of XYWAV.

Other neuropsychiatric reactions reported in clinical trials of Xyrem (same active moiety as XYWAV) in adult patients with narcolepsy and in the postmarketing setting included hallucinations, paranoia, psychosis, aggression, and agitation.

In a pediatric clinical trial with Xyrem in patients with narcolepsy, neuropsychiatric reactions, including acute psychosis, confusion, and anxiety, were reported while taking Xyrem.

The emergence or increase in the occurrence of behavioral or psychiatric events in patients taking XYWAV should be carefully monitored.

## 5.7 Parasomnias

Parasomnias can occur in patients taking XYWAV.

In Study 1, parasomnias, including sleepwalking, were reported in 6% of patients treated with XYWAV.

In Study 2, parasomnias, including sleepwalking, were reported in 5% of patients treated with XYWAV.

In a clinical trial of Xyrem (same active moiety as XYWAV) in adult patients with narcolepsy, five instances of sleepwalking with potential injury or significant injury were reported. Parasomnias, including sleepwalking, also have been reported in a pediatric clinical trial with sodium oxybate and in postmarketing experience with sodium oxybate.

Episodes of sleepwalking should be fully evaluated and appropriate interventions considered.

# 6   ADVERSE REACTIONS

The following clinically significant adverse reactions appear in other sections of the labeling:

- CNS depression *[see Warnings and Precautions (5.1)]*
- Abuse and Misuse *[see Warnings and Precautions (5.2)]*
- Respiratory Depression and Sleep-Disordered Breathing *[see Warnings and Precautions (5.4)]*
- Depression and Suicidality *[see Warnings and Precautions (5.5)]*
- Other Behavioral or Psychiatric Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Parasomnias *[see Warnings and Precautions (5.7)]*

## 6.1  Clinical Trials Experience

Because clinical trials are conducted under widely varying conditions, adverse reaction rates observed in the clinical trials of a drug cannot be directly compared to rates in the clinical trials of another drug and may not reflect the rates observed in clinical practice.

Adult Patients with Narcolepsy

The safety of XYWAV was evaluated in a 16-week double-blind placebo-controlled randomized-withdrawal study in patients with narcolepsy with cataplexy (Study 1), which was followed by an open-label extension phase lasting 24 weeks *[see Clinical Studies (14.1)]*. Study 1 included an open-label titration period (OL OTTP), a stable-dose period (SDP), and a double-blind, placebo-controlled, randomized-withdrawal period (DB RWP). A total of 201 patients, ages 18 to 70 years, received XYWAV at individually titrated doses for 14 weeks, followed by randomization to XYWAV or matching placebo for 2 weeks of treatment. The mean exposure to XYWAV during this study, including titration, the randomized withdrawal period, and the open-label extension, was 151 days. In patients who remained on treatment, adverse reactions tended to occur early and diminish over time.

*Adverse Reactions Leading to Treatment Discontinuation in Study 1*

In Study 1, 9 of 201 patients (4%) reported adverse reactions that led to withdrawal from the study (anxiety, decreased appetite, depressed mood, depression, fatigue, headache, irritability, nausea, pain in extremity, parasomnia, somnolence, and vomiting). The most common adverse reaction leading to discontinuation was nausea (1.5%). The majority of adverse reactions leading to discontinuation began during the first few weeks of treatment.

*Commonly Observed Adverse Reactions*

The most common adverse reactions in Study 1 (incidence ≥5% of XYWAV-treated patients) were headache, nausea, dizziness, decreased appetite, parasomnia, diarrhea, hyperhidrosis, anxiety, and vomiting.

*Adverse Reactions Occurring at an Incidence of 2% or Greater:*

Table 4 lists adverse reactions observed in the open-label titration and stable dose periods of Study 1 that occurred at a frequency of 2% or greater in adult patients treated with XYWAV.

**Table 4: Adverse Reactions Occurring in ≥2% of Adult Patients Treated with XYWAV in the Open-Label Titration and Stable Dose Periods in Study 1[\*]**

| Adverse Reaction | Open-Label Titration Period + Stable Dose Period (14 weeks) (N=201) % |
|---|---|
| Headache | 20 |
| Nausea | 13 |
| Dizziness | 10 |
| Decreased appetite | 8 |
| Parasomnia[†] | 6 |
| Diarrhea | 6 |
| Hyperhidrosis[‡] | 6 |
| Anxiety[§] | 5 |
| Vomiting | 5 |
| Fatigue[¶] | 4 |
| Dry mouth | 4 |
| Depressed mood | 4 |
| Enuresis | 4 |
| Irritability | 3 |
| Paresthesia | 3 |
| Depression | 3 |
| Tremor | 3 |
| Somnolence | 2 |
| Muscle spasms | 2 |

[\*]Adverse reactions related to XYWAV were reported less frequently, as an overall incidence, in patients on Xyrem at study entry than in Xyrem-naïve patients.
[†]Includes abnormal dreams, abnormal sleep-related event, rapid eye movements sleep abnormal, sleep paralysis, sleep talking, sleep terror, sleep-related eating disorder, somnambulism
[‡]Includes hyperhidrosis and night sweats
[§]Includes anxiety, agitation, panic attack, tension
[¶]Includes fatigue and asthenia

<u>Pediatric Patients (7 Years of Age and Older) with Narcolepsy</u>

In the pediatric clinical trial with Xyrem (same active moiety as XYWAV), 104 patients aged 7 to 17 years (37 patients aged 7 to 11 years; 67 patients aged 12 to 17 years) with narcolepsy received Xyrem for up to one year *[see Clinical Studies (14.2)]*. This study included

an open-label safety continuation period in which eligible patients received Xyrem for up to an additional 2 years. The median and maximum exposure across the entire study were 371 and 987 days, respectively.

*Adverse Reactions Leading to Treatment Discontinuation*

In the pediatric clinical trial with Xyrem, 7 of 104 patients reported adverse reactions that led to withdrawal from the study (hallucination, tactile; suicidal ideation; weight decreased; sleep apnea syndrome; affect lability; anger, anxiety, depression; and headache).

*Adverse Reactions in the Xyrem Pediatric Clinical Trial*

The most common adverse reactions (≥5%) were nausea (20%), enuresis (19%), vomiting (18%), headache (17%), weight decreased (13%), decreased appetite (9%), dizziness (8%), and sleepwalking (6%).

Additional information regarding safety in pediatric patients appears in the following sections:

- Respiratory Depression and Sleep-Disordered Breathing *[see Warnings and Precautions (5.4)]*
- Depression and Suicidality *[see Warnings and Precautions (5.5)]*
- Other Behavioral or Psychiatric Adverse Reactions *[see Warnings and Precautions (5.6)]*
- Parasomnias *[see Warnings and Precautions (5.7)]*

The overall adverse reaction profile of Xyrem in the pediatric clinical trial was similar to that seen in the adult clinical trial program. The safety profile in pediatric patients with XYWAV is expected to be similar to that of adult patients treated with XYWAV and to that of pediatric patients treated with Xyrem.

<u>Adult Patients with Idiopathic Hypersomnia</u>

The safety of XYWAV was evaluated in a double-blind placebo-controlled randomized-withdrawal study in patients with IH (Study 2). This study consisted of an open-label titration period (OL OTTP) up to 14 weeks, a stable-dose period (SDP) for 2 weeks, a double-blind, placebo-controlled, randomized-withdrawal period (DB RWP) for 2 weeks, and an open-label extension period for 24 weeks (all study periods up to 42 weeks) *[see Clinical Studies (14.3)]*. The study was conducted in 154 adult male and female patients ages 19 to 75 years of age with IH. The mean exposure to XYWAV during this study, including titration, the randomized withdrawal period, and the open-label extension, was 204 days. In patients who remained on treatment, adverse reactions tended to occur early and diminish over time.

*Adverse Reactions Leading to Treatment Discontinuation in Study 2*

In Study 2, across all study periods (excluding placebo during the DB RWP) (up to 42 weeks), 17 of 154 patients (11%) reported adverse reactions that led to withdrawal from the study (anxiety, nausea, insomnia, vomiting, fatigue, feeling abnormal, fall, decreased appetite, dizziness, paresthesia, tremor, parasomnia, confusional state, hallucination visual, and irritability). The most common adverse reaction leading to discontinuation was anxiety (3.2%). The majority of adverse reactions leading to discontinuation began during the first few weeks of treatment.

*Commonly Observed Adverse Reactions*

The most common adverse reactions in Study 2 (incidence ≥5% of XYWAV-treated patients) in addition to those observed in Study 1 as most common were insomnia, dry mouth, fatigue, somnolence, and tremor.

The safety profile observed in Study 2 was similar to that of Study 1. Adverse reactions occurring in ≥2% of patients treated with XYWAV in the open-label titration and stable dose periods in Study 2 are shown in Table 5:

**Table 5: Adverse Reactions Occurring in ≥2% of Patients Treated with XYWAV in the Open-Label Titration and Stable Dose Periods in Study 2**

| Adverse Reaction | Open-Label Titration Period + Stable Dose Period (up to 16 weeks) (N=154) % |
|---|---|
| Nausea | 21 |
| Headache | 16 |
| Anxiety[*] | 12 |
| Dizziness | 12 |
| Insomnia[†] | 9 |
| Hyperhidrosis[‡] | 8 |
| Decreased appetite | 8 |
| Vomiting | 7 |
| Dry mouth | 6 |
| Diarrhea | 5 |
| Fatigue[§] | 5 |
| Somnolence[¶] | 5 |
| Tremor | 5 |
| Parasomnia[#] | 5 |
| Balance disorder[♦] | 3 |
| Muscle spasms | 3 |
| Fall | 3 |
| Paresthesia | 3 |
| Snoring | 3 |
| Weight decreased | 3 |
| Bruxism | 3 |
| Confusional state | 3 |
| Depressed mood | 3 |
| Feeling drunk | 3 |
| Irritability | 3 |

12

**Table 5: Adverse Reactions Occurring in ≥2% of Patients Treated with XYWAV in the Open-Label Titration and Stable Dose Periods in Study 2**

| Adverse Reaction | Open-Label Titration Period + Stable Dose Period (up to 16 weeks) (N=154) % |
|---|---|
| | |

*includes anxiety, nervousness, and panic attack
†includes middle insomnia, initial insomnia, insomnia, and terminal insomnia
‡ includes hyperhidrosis and night sweats
§ includes fatigue and asthenia
¶includes somnolence and sedation
# includes confusional arousal, sleep paralysis, nightmare, sleep talking, somnambulism, and hypnopompic hallucination
♦includes balance disorder and ataxia

Additional Adverse Reactions

Adverse reactions observed in clinical studies with Xyrem (≥2%), but not observed in Study 1 or Study 2 at a frequency of higher than 2%, and which may be relevant for XYWAV:

Pain, pain in extremity, cataplexy, disturbance in attention, sleep paralysis, and disorientation.

## 6.2 Postmarketing Experience

The following adverse reactions have been identified during postapproval use of sodium oxybate. Because these reactions are reported voluntarily from a population of uncertain size, it is not always possible to reliably estimate their frequency or establish a causal relationship to drug exposure:

Arthralgia, fall*, fluid retention, hangover, hypersensitivity, hypertension, memory impairment, nocturia, and vision blurred.

*The sudden onset of sleep in patients taking sodium oxybate, including in a standing position or while rising from bed, has led to falls complicated by injuries, in some cases requiring hospitalization.

## 7    DRUG INTERACTIONS

## 7.1 Alcohol, Sedative Hypnotics, and CNS Depressants

XYWAV is contraindicated for use in combination with alcohol or sedative hypnotics. Use of other CNS depressants may potentiate the CNS-depressant effects of XYWAV *[see Warnings and Precautions (5.1)]*.

## 7.2 Divalproex Sodium

Concomitant use of sodium oxybate with divalproex sodium results in an increase in systemic exposure to GHB, which was shown to cause a greater impairment on some tests of attention and working memory in a clinical study *[see Clinical Pharmacology (12.3)]*. A similar increase in exposure is expected with concomitant use of XYWAV and divalproex sodium; therefore, an initial dose reduction of XYWAV is recommended when used concomitantly with divalproex sodium *[see Dosage and Administration (2.7)]*. Prescribers are advised to monitor patient response closely and adjust dose accordingly if concomitant use of XYWAV and divalproex sodium is warranted.

## 8    USE IN SPECIFIC POPULATIONS

### 8.1  Pregnancy

Risk Summary

There are no adequate data on the developmental risk associated with the use of XYWAV or sodium oxybate in pregnant women. Oral administration of sodium oxybate to pregnant rats (0, 150, 350, or 1,000 mg/kg/day) or rabbits (0, 300, 600, or 1,200 mg/kg/day) throughout organogenesis produced no clear evidence of developmental toxicity; however, oral administration to rats throughout pregnancy and lactation resulted in increased stillbirths and decreased offspring postnatal viability and growth, at a clinically relevant dose *[see Data]*.

In the U.S. general population, the estimated background risk of major birth defects and miscarriage in clinically recognized pregnancies is 2-4% and 15-20%, respectively. The background risk of major birth defects and miscarriage for the indicated population is unknown.

Clinical Considerations

*Labor or Delivery*

XYWAV has not been studied in labor or delivery. In obstetric anesthesia using an injectable formulation of sodium oxybate, newborns had stable cardiovascular and respiratory measures but were very sleepy, causing a slight decrease in Apgar scores. There was a fall in the rate of uterine contractions 20 minutes after injection. Placental transfer is rapid, and gamma-hydroxybutyrate (GHB) has been detected in newborns at delivery after intravenous administration of GHB to mothers. Subsequent effects of sodium oxybate on later growth, development, and maturation in humans are unknown.

Data

*Animal Data*

Oral administration of sodium oxybate to pregnant rats (0, 150, 350, or 1,000 mg/kg/day) or rabbits (0, 300, 600, or 1,200 mg/kg/day) throughout organogenesis produced no clear evidence of developmental toxicity. The highest doses of sodium oxybate tested in rats and rabbits were approximately 1 and 3 times, respectively, the maximum recommended human dose (MRHD) of 9 g per night on a body surface area (mg/m$^2$) basis.

Additionally, oral administration of sodium oxybate (0, 150, 350, or 1,000 mg/kg/day) to rats throughout pregnancy and lactation resulted in increased stillbirths and decreased offspring postnatal viability and body weight gain at the highest dose tested. The no-effect dose for pre- and post-natal developmental toxicity in rats is less than the MRHD on a mg/m$^2$ basis.

### 8.2  Lactation

Risk Summary

GHB is excreted in human milk after oral administration of sodium oxybate. There is insufficient information on the risk to a breastfed infant, and there is insufficient information on milk production in nursing mothers. The developmental and health benefits of breastfeeding should be considered along with the mother's clinical need for XYWAV and any potential adverse effects on the breastfed infant from XYWAV or from the underlying maternal condition.

### 8.4 Pediatric Use

Narcolepsy

The safety and effectiveness of XYWAV for the treatment of cataplexy or excessive daytime sleepiness in pediatric patients 7 years of age and older with narcolepsy have been established. XYWAV has not been studied in a pediatric clinical trial. Use of XYWAV in pediatric patients 7 years of age and older with narcolepsy is supported by evidence from an

adequate and well-controlled study of sodium oxybate in pediatric patients 7 to 17 years of age, a study in adults showing a treatment effect of XYWAV similar to that observed with sodium oxybate, pharmacokinetic data of sodium oxybate from adult and pediatric patients, and pharmacokinetic data of XYWAV from healthy adult volunteers *[see Adverse Reactions (6.1) and Clinical Studies (14.1, 14.2)]*.

In the pediatric clinical trial with sodium oxybate administration in patients with narcolepsy, serious adverse reactions of central sleep apnea and oxygen desaturation documented by polysomnography evaluation; depression; suicidal ideation; neuropsychiatric reactions including acute psychosis, confusion, and anxiety; and parasomnias, including sleepwalking, have been reported *[see Warnings and Precautions (5.4, 5.5, 5.6, 5.7) and Adverse Reactions (6.1)]*.

Safety and effectiveness of XYWAV for the treatment of cataplexy or excessive daytime sleepiness in pediatric patients below the age of 7 years have not been established.

Idiopathic Hypersomnia

Safety and effectiveness of XYWAV for the treatment of idiopathic hypersomnia in pediatric patients have not been established.

Juvenile Animal Toxicity Data

In a study in which sodium oxybate (0, 100, 300, or 900 mg/kg/day) was orally administered to rats during the juvenile period of development (postnatal days 21 through 90), mortality was observed at the two highest doses tested. Deaths occurred during the first week of dosing and were associated with clinical signs (including decreased activity and respiratory rate) consistent with the pharmacological effects of the drug. Reduced body weight gain in males and females and delayed sexual maturation in males were observed at the highest dose tested. The no-effect dose for adverse effects in juvenile rats is associated with plasma exposures (AUC) less than that at the maximum recommended human dose (9 g/night).

## 8.5 Geriatric Use

Clinical studies of XYWAV or Xyrem in patients with narcolepsy or IH did not include sufficient numbers of subjects age 65 years and older to determine whether they respond differently from younger subjects.

In clinical studies of sodium oxybate in another population, 39 (5%) of 874 patients were 65 years or older. Discontinuations of treatment due to adverse reactions were increased in the elderly compared to younger adults (21% vs. 19%). Frequency of headaches was markedly increased in the elderly (39% vs. 19%). The most common adverse reactions were similar in both age categories. In general, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased hepatic, renal, or cardiac function, and of concomitant disease or other drug therapy.

## 8.6 Hepatic Impairment

Because of an increase in exposure to XYWAV, the starting dose should be reduced by half in patients with hepatic impairment *[see Dosage and Administration (2.6) and Clinical Pharmacology (12.3)]*.

# 9   DRUG ABUSE AND DEPENDENCE

## 9.1 Controlled Substance

XYWAV is a Schedule III controlled substance under the Federal Controlled Substances Act. Non-medical use of XYWAV could lead to penalties assessed under the higher Schedule I controls.

## 9.2  Abuse

The active moiety of XYWAV, oxybate, produces dose-dependent central nervous system effects, including hypnotic and positive subjective reinforcing effects. The onset of effect is rapid, enhancing its potential for abuse or misuse.

Drug abuse is the intentional non-therapeutic use of a drug product or substance, even once, for its desirable psychological or physiological effects. Misuse is the intentional use, for therapeutic purposes of a drug by an individual in a way other than prescribed by a health care provider or for whom it was not prescribed. Drug misuse and abuse may occur with or without progression to addiction. Drug addiction is a cluster of behavioral, cognitive, and physiological phenomena that may include a strong desire to take the drug, difficulties in controlling drug use (e.g., continuing drug use despite harmful consequences, giving a higher priority to drug use than other activities and obligations), and possible tolerance or physical dependence.

The rapid onset of sedation, coupled with the amnestic features of GHB, particularly when combined with alcohol, has proven to be dangerous for the voluntary and involuntary user (e.g., assault victim).

Illicit GHB is abused in social settings primarily by young adults. Some of the doses estimated to be abused are in a similar dosage range to that used for treatment of patients with cataplexy. GHB has some commonalities with ethanol over a limited dose range, and some cross tolerance with ethanol has been reported as well. Cases of severe dependence and craving for GHB have been reported when the drug is taken around the clock. Patterns of abuse indicative of dependence include: 1) the use of increasingly large doses, 2) increased frequency of use, and 3) continued use despite adverse consequences.

Because illicit use and abuse of GHB have been reported, physicians should carefully evaluate patients for a history of drug abuse and follow such patients closely, observing them for signs of misuse or abuse of GHB (e.g., increase in size or frequency of dosing, drug-seeking behavior, feigned cataplexy). Dispose of XYWAV according to state and federal regulations. It is safe to dispose of XYWAV down the sanitary sewer.

## 9.3  Dependence

Dependence

Physical dependence is a state that develops as a result of physiological adaptation in response to repeated drug use, manifested by withdrawal signs and symptoms after abrupt discontinuation or a significant dose reduction of a drug. There have been case reports of withdrawal, ranging from mild to severe, following discontinuation of illicit use of GHB at frequent repeated doses (18 g to 250 g per day) in excess of the recommended dosage range. Signs and symptoms of GHB withdrawal following abrupt discontinuation included insomnia, restlessness, anxiety, psychosis, lethargy, nausea, tremor, sweating, muscle cramps, tachycardia, headache, dizziness, rebound fatigue and sleepiness, confusion, and, particularly in the case of severe withdrawal, visual hallucinations, agitation, and delirium. These symptoms generally abated in 3 to 14 days. In cases of severe withdrawal, hospitalization may be required. In the clinical trial experience with Xyrem in narcolepsy/cataplexy patients at recommended doses, two patients reported anxiety and one reported insomnia following abrupt discontinuation at the termination of the clinical trial; in the two patients with anxiety, the frequency of cataplexy had increased markedly at the same time. In the XYWAV clinical trial in adult narcolepsy/cataplexy patients at recommended doses, one patient reported insomnia following abrupt discontinuation of XYWAV. In the XYWAV clinical trial in adult idiopathic hypersomnia patients at recommended doses, six patients reported insomnia, two patients reported early insomnia, and

one patient reported visual and auditory hallucinations following abrupt discontinuation of XYWAV.

Tolerance

Tolerance is a physiological state characterized by a reduced response to a drug after repeated administration (i.e., a higher dose of a drug is required to produce the same effect that was once obtained at a lower dose). Tolerance to XYWAV has not been systematically studied in controlled clinical trials. There have been some case reports of symptoms of tolerance developing after illicit use at dosages far in excess of the recommended XYWAV dosage regimen. Clinical studies of sodium oxybate in the treatment of alcohol withdrawal suggest a potential cross-tolerance with alcohol. The safety and effectiveness of XYWAV in the treatment of alcohol withdrawal have not been established.

## 10   OVERDOSAGE

### 10.1 Human Experience

Information regarding overdose with XYWAV is derived largely from reports in the medical literature that describe symptoms and signs in individuals who have ingested GHB illicitly. In these circumstances the co-ingestion of other drugs and alcohol was common, and may have influenced the presentation and severity of clinical manifestations of overdose.

In adult clinical trials with Xyrem (same active moiety as XYWAV), two cases of overdose were reported. In the first case, an estimated dose of 150 g, more than 15 times the maximum recommended dose, caused a patient to be unresponsive with brief periods of apnea and to be incontinent of urine and feces. This individual recovered without sequelae. In the second case, death was reported following a multiple drug overdose consisting of Xyrem and numerous other drugs. No cases of overdose (greater than 9 g) with XYWAV were reported in the XYWAV clinical trials.

### 10.2 Signs and Symptoms

Information about signs and symptoms associated with overdosage with XYWAV derives from reports of illicit use of GHB. Patient presentation following overdose is influenced by the dose ingested, the time since ingestion, the co-ingestion of other drugs and alcohol, and the fed or fasted state. Patients have exhibited varying degrees of depressed consciousness that may fluctuate rapidly between a confusional, agitated combative state with ataxia and coma. Emesis (even when obtunded), diaphoresis, headache, and impaired psychomotor skills have been observed. No typical pupillary changes have been described to assist in diagnosis; pupillary reactivity to light is maintained. Blurred vision has been reported. An increasing depth of coma and acidosis have been observed at higher doses. Myoclonus and tonic-clonic seizures have been reported. Respiration may be unaffected or compromised in rate and depth. Cheyne-Stokes respiration and apnea have been observed. Bradycardia and hypothermia may accompany unconsciousness, as well as muscular hypotonia, but tendon reflexes remain intact.

### 10.3 Recommended Treatment of Overdose

General symptomatic and supportive care should be instituted immediately, and gastric decontamination may be considered if co-ingestants are suspected. Because emesis may occur in the presence of obtundation, appropriate posture (left lateral recumbent position) and protection of the airway by intubation may be warranted. Although the gag reflex may be absent in deeply comatose patients, even unconscious patients may become combative to intubation, and rapid-sequence induction (without the use of sedative) should be considered. Vital signs and consciousness should be closely monitored. The bradycardia reported with GHB overdose has been responsive to atropine intravenous administration. No reversal of the central depressant

effects of XYWAV can be expected from naloxone or flumazenil administration. The use of hemodialysis and other forms of extracorporeal drug removal have not been studied in GHB overdose, but have been reported in cases of acidosis associated with GHB ingestions of 125 g or greater; however, due to the rapid metabolism of oxybate, these measures may not be warranted.

### 10.4 Poison Control Center

As with the management of all cases of drug overdosage, the possibility of multiple drug ingestion should be considered. The healthcare provider is encouraged to collect urine and blood samples for routine toxicologic screening, and to consult with a regional poison control center (1-800-222-1222) for current treatment recommendations.

## 11  DESCRIPTION

XYWAV oral solution contains oxybate, a CNS depressant. The chemical name of oxybate is gamma-hydroxybutyrate (GHB). XYWAV contains a mixture of calcium oxybate, magnesium oxybate, potassium oxybate, and sodium oxybate equivalent to 0.5 g/mL, which corresponds to 0.413 g/mL oxybate.

Each mL of XYWAV contains: 0.234 g calcium oxybate, $Ca(C_4H_7O_3)_2$; 0.096 g magnesium oxybate, $Mg(C_4H_7O_3)_2$; 0.13 g potassium oxybate, $K(C_4H_7O_3)$; and 0.04 g sodium oxybate, $Na(C_4H_7O_3)$ in dissociated form in the solution. The molecular weights of each are as follows: calcium oxybate is 246.3, magnesium oxybate is 230.5, potassium oxybate is 142.2, and sodium oxybate is 126.1.

The chemical structure is:

$$\left[\begin{array}{c} Ca^{++} \\ K^{+} \\ Mg^{++} \\ Na^{+} \end{array}\right] \left[\ ^{-}O\!-\!\overset{\displaystyle O}{\overset{\|}{C}}\!-\!CH_2\!-\!CH_2\!-\!CH_2\!-\!OH\ \right]_{y\ (aq)}$$

$y$=1 for $Na^+$ and $K^+$; $y$=2 for $Mg^{2+}$ and $Ca^{2+}$

The inactive ingredients are purified water and sucralose.

XYWAV contains no ingredient made from a gluten-containing grain (wheat, barley, or rye).

## 12  CLINICAL PHARMACOLOGY

### 12.1 Mechanism of Action

XYWAV is a CNS depressant. The exact mechanism of action of XYWAV in the treatment of narcolepsy and idiopathic hypersomnia is unknown. XYWAV is a mixture of calcium oxybate, magnesium oxybate, potassium oxybate, and sodium oxybate (gamma-hydroxybutyrate). Gamma-hydroxybutyrate (GHB) is an endogenous compound and metabolite of the neurotransmitter GABA. It is hypothesized that the therapeutic effects of XYWAV are mediated through $GABA_B$ actions during sleep at noradrenergic and dopaminergic neurons, as well as at thalamocortical neurons.

## 12.3  Pharmacokinetics

Pharmacokinetics of GHB are nonlinear and are similar following single or repeat dosing. The pharmacokinetics of oxybate following administration of XYWAV are similar between healthy subjects and patients with narcolepsy or patients with idiopathic hypersomnia.

<u>Absorption</u>

Following oral administration of XYWAV, the average time to peak plasma concentration ($T_{max}$) was about 1.3 hours in healthy adults in the fasted state.

Following oral administration of XYWAV, the plasma levels of GHB increased more than dose-proportionally, with $C_{max}$ increasing approximately 2-fold and AUC increasing 2.9-fold as the dose was doubled from 2.25 g to 4.5 g.

*Effect of Food*

Administration of XYWAV immediately after a high-fat meal resulted in a mean reduction in $C_{max}$ of GHB by 33%, and mean reduction in systemic exposure (AUC) by 16% *[see Dosage and Administration (2.4)]*.

<u>Distribution</u>

GHB has an apparent volume of distribution averaging 190 mL/kg to 384 mL/kg. At GHB concentrations ranging from 3 mcg/mL to 300 mcg/mL. Less than 1% is bound to plasma proteins.

<u>Elimination</u>
*Metabolism*

Animal studies indicate that metabolism is the major elimination pathway for GHB, producing carbon dioxide and water via the tricarboxylic acid (Krebs) cycle and secondarily by beta-oxidation. The primary pathway involves a cytosolic $NADP^{+}$-linked enzyme, GHB dehydrogenase, that catalyzes the conversion of GHB to succinic semialdehyde, which is then biotransformed to succinic acid by the enzyme succinic semialdehyde dehydrogenase. Succinic acid enters the Krebs cycle where it is metabolized to carbon dioxide and water. A second mitochondrial oxidoreductase enzyme, a transhydrogenase, also catalyzes the conversion to succinic semialdehyde in the presence of α-ketoglutarate. An alternate pathway of biotransformation involves β-oxidation via 3,4-dihydroxybutyrate to carbon dioxide and water. No active metabolites have been identified.

*Excretion*

The clearance of GHB is almost entirely by biotransformation to carbon dioxide, which is then eliminated by expiration. On average, less than 5% of unchanged drug appears in human urine within 6 to 8 hours after dosing. Fecal excretion is negligible. GHB has a mean terminal elimination half-life of 0.66 hours.

<u>Specific Populations</u>
*Geriatric Patients*

There is limited experience with sodium oxybate and no experience with XYWAV in the elderly. Results from a pharmacokinetic study (n=20) in another studied population indicate that the pharmacokinetic characteristics of GHB are consistent among younger (ages 48 to 64 years) and older (ages 65 to 75 years) adults.

*Pediatric Patients*

The pharmacokinetics of XYWAV has not been directly evaluated in pediatric patients.

The pharmacokinetics of sodium oxybate was evaluated in pediatric patients aged 7 to 17 years and demonstrated similar PK properties as adults. A population pharmacokinetic model

was developed with sodium oxybate data from pediatric and adult patients and healthy volunteers and with XYWAV data from healthy adult volunteers. The population PK model analyses demonstrate that body weight is the major intrinsic factor affecting GHB pharmacokinetics following sodium oxybate or XYWAV dosing. Additionally, XYWAV has similar PK characteristics (more than dose proportionality) as sodium oxybate in pediatric patients, supporting the same dose regimen as sodium oxybate and 1-to-1 dose switch from sodium oxybate to XYWAV in pediatric patients.

*Male and Female Patients*

In a study of 18 female and 18 male healthy adult volunteers, no gender differences were detected in the pharmacokinetics of GHB following a single Xyrem oral dose of 4.5 g.

*Racial or Ethnic Groups*

There are insufficient data to evaluate any pharmacokinetic differences among races.

*Patients with Renal Impairment*

No pharmacokinetic study in patients with renal impairment has been conducted.

*Patients with Hepatic Impairment*

The pharmacokinetics of GHB in 16 cirrhotic patients, half without ascites (Child's Class A) and half with ascites (Child's Class C), were compared to the kinetics in 8 subjects with normal hepatic function after a single sodium oxybate oral dose of 25 mg/kg. AUC values were double in the cirrhotic patients, with apparent oral clearance reduced from 9.1 mL/min/kg in healthy adults to 4.5 and 4.1 mL/min/kg in Class A and Class C patients, respectively. Elimination half-life was significantly longer in Class C and Class A patients than in control patients (mean $t_{1/2}$ of 59 and 32 minutes, respectively, versus 22 minutes). The starting dose of XYWAV should be reduced in patients with hepatic impairment *[see Dosage and Administration (2.6) and Use in Specific Populations (8.6)]*.

Drug Interactions Studies

Studies *in vitro* with pooled human liver microsomes indicate that sodium oxybate does not significantly inhibit the activities of the human isoenzymes CYP1A2, CYP2C9, CYP2C19, CYP2D6, CYP2E1, or CYP3A up to the concentration of 3 mM (378 mcg/mL), a level considerably higher than levels achieved with recommended doses.

Drug interaction studies in healthy adults (age 18 to 50 years) were conducted with sodium oxybate and divalproex sodium, diclofenac, and ibuprofen.

- Divalproex sodium: Co-administration of sodium oxybate (6 g per day as two equal doses of 3 grams dosed four hours apart) with divalproex sodium (valproic acid, 1250 mg per day) increased mean systemic exposure to GHB as shown by AUC by approximately 25% (AUC ratio range of 0.8 to 1.7), while $C_{max}$ was comparable. Co-administration did not appear to affect the pharmacokinetics of valproic acid. A greater impairment on some tests of attention and working memory was observed with co-administration of both drugs than with either drug alone *[see Drug Interactions (7.2) and Dosage and Administration (2.7)]*.
- Diclofenac: Co-administration of sodium oxybate (6 g per day as two equal doses of 3 grams dosed four hours apart) with diclofenac (50 mg/dose twice per day) showed no significant differences in systemic exposure to GHB. Co-administration did not appear to affect the pharmacokinetics of diclofenac.
- Ibuprofen: Co-administration of sodium oxybate (6 g per day as two equal doses of 3 grams dosed four hours apart) with ibuprofen (800 mg/dose four times per day also dosed four hours apart) resulted in comparable systemic exposure to GHB as shown by

plasma $C_{max}$ and AUC values. Co-administration did not affect the pharmacokinetics of ibuprofen.

Drug interaction studies in healthy adults demonstrated no pharmacokinetic interactions between sodium oxybate and protriptyline hydrochloride, zolpidem tartrate, and modafinil. Also, there were no pharmacokinetic interactions with the alcohol dehydrogenase inhibitor fomepizole. However, pharmacodynamic interactions with these drugs cannot be ruled out. Alteration of gastric pH with omeprazole produced no significant change in the pharmacokinetics of GHB. In addition, drug interaction studies in healthy adults demonstrated no pharmacokinetic or clinically significant pharmacodynamic interactions between sodium oxybate and duloxetine HCl.

## 13   NONCLINICAL TOXICOLOGY

## 13.1 Carcinogenesis, Mutagenesis, Impairment of Fertility

Carcinogenesis

Administration of sodium oxybate to rats at oral doses of up to 1,000 mg/kg/day for 83 (males) or 104 (females) weeks resulted in no increase in tumors. Plasma exposure (AUC) at the highest dose tested was 2 times that in humans at the maximum recommended human dose (MRHD) of 9 g per night.

The results of 2-year carcinogenicity studies in mouse and rat with gamma-butyrolactone, a compound that is metabolized to oxybate *in vivo*, showed no clear evidence of carcinogenic activity. The plasma AUCs of oxybate achieved at the highest doses tested in these studies were less than that in humans at the MRHD.

Mutagenesis

Sodium oxybate was negative in the *in vitro* bacterial gene mutation assay, an *in vitro* chromosomal aberration assay in mammalian cells, and in an *in vivo* rat micronucleus assay.

Impairment of Fertility

Oral administration of sodium oxybate (0, 150, 350, or 1,000 mg/kg/day) to male and female rats prior to and throughout mating and continuing in females through early gestation resulted in no adverse effects on fertility. The highest dose tested is approximately equal to the MRHD on a mg/m$^2$ basis.

## 14   CLINICAL STUDIES

## 14.1 Cataplexy and Excessive Daytime Sleepiness (EDS) in Adult Narcolepsy

Efficacy of XYWAV for the treatment of cataplexy and excessive daytime sleepiness in adult patients with narcolepsy was established in a double-blind, placebo-controlled, randomized-withdrawal study (Study 1; NCT03030599). This study had two parts, consisting of the main study, followed by an optional 24-week open-label extension (OLE). The main study consisted of a 12-week open-label optimized treatment and titration period (OL OTTP), followed by a 2-week stable-dose period (SDP), and finally a 2-week double-blind randomized-withdrawal period (DB RWP).

Study 1 enrolled 201 patients with narcolepsy with cataplexy, 18 to 70 years of age, with a baseline history of at least 14 cataplexy attacks in a typical 2-week period prior to any treatment for narcolepsy symptoms. Of the 201 patients, 134 were randomized 1:1 to continue treatment with XYWAV or to placebo in the 2-week DB RWP. In the safety population, overall, the median age was 36.0 years (range: 18 to 70). The majority of subjects were female (61%), and most were white (88%) and not Hispanic or Latino (84%).

21

Patients entering the study were taking a stable dosage of 1) Xyrem only, 2) Xyrem + another anticataplectic, 3) a non-Xyrem anticataplectic, or 4) were cataplexy-treatment naïve. Patients taking Xyrem at study entry were switched (at a gram for gram dose) from Xyrem to XYWAV for a minimum of 2 weeks and titrated, if needed, to a stable, tolerable, and effective dosage over 8 weeks. Most patients who switched from Xyrem to XYWAV (41/59; 69%) had no change in dosage from study entry to the stable dose period; 27% (16/59) had an increase in dosage, and 3% (2/59) had a decrease in dosage. Among patients whose dosage was changed, most changes were within one titration step (≤1.5 g). Patients not taking Xyrem at study entry were initiated at 4.5 g/night of XYWAV and titrated at a rate of 1 or 1.5 g/night/week to a tolerable dose of XYWAV. Patients taking an anticataplectic other than Xyrem were tapered off the non-Xyrem anticataplectic over 2 to 8 weeks. All patients continued to receive XYWAV only, for the treatment of cataplexy during the last 2 weeks of the OL OTTP.

CNS stimulants were allowed at entry, and approximately 59% of patients continued taking a stable dose of stimulant throughout the SDP and DB RWP.

The total nightly dose of XYWAV was administered in two equally divided doses in 90% (62/69) of patients. Unequal doses were administered in 10% (7/69) of patients treated with XYWAV.

The primary efficacy endpoint was the change in frequency of cataplexy attacks from the 2 weeks of the SDP to the 2 weeks of the DB RWP. The key secondary endpoint was the change in the Epworth Sleepiness Scale (ESS) score, as a measure of reduction in EDS from the end of the SDP to the end of the DB RWP.

Patients taking stable doses of XYWAV who discontinued XYWAV treatment and were randomized to placebo during the DB RWP experienced a significant worsening in the average weekly number of cataplexy attacks and in ESS score, compared with patients randomized to continue treatment with XYWAV (see Table 6).

**Table 6: Mean and Median Number of Weekly Cataplexy Attacks and Epworth Sleepiness Scale (ESS)**

| | Average Weekly Number of Cataplexy Attacks | | ESS SCORE | |
|---|---|---|---|---|
| | Placebo (N=65) | XYWAV (N=69) | Placebo (N=65) | XYWAV (N=69) |
| **Baseline (2 Weeks of the Stable Dose Period)** | | | | |
| Mean (SD) | 7.2 (14.4) | 8.9 (16.8) | 12.6 (5.5) | 13.6 (5.3) |
| Median | 1.0 | 1.1 | 13.0 | 14.0 |
| **Change from Baseline (2 Weeks of the Stable Dose Period) to the 2 Weeks of the DB RWP** | | | **Change from End of Stable Dose Period to End of DB RWP** | |
| Mean (SD) | 11.5 (24.8) | 0.1 (5.8) | 3.0 (4.7) | 0.0 (2.9) |
| Median | 2.4 | 0.0 | 2.0 | 0.0 |
| p-value | <0.0001 | | <0.0001 | |

DB RWP=Double-blind Randomized-withdrawal Period; SD=standard deviation

## 14.2  Cataplexy and Excessive Daytime Sleepiness in Pediatric Narcolepsy

The effectiveness of XYWAV in pediatric patients is based upon a clinical study in patients treated with Xyrem, as described below, and additional pharmacokinetic information *[see Use in Specific Populations (8.4)]*.

The effectiveness of Xyrem in the treatment of cataplexy and excessive daytime sleepiness in pediatric patients 7 years of age and older with narcolepsy was established in a double-blind,

placebo-controlled, randomized-withdrawal study (NCT02221869). The study was conducted in 106 pediatric patients (median age: 12 years; range: 7 to 17 years) with a baseline history of at least 14 cataplexy attacks in a typical 2-week period prior to any treatment for narcolepsy symptoms. Of the 106 patients, 2 did not receive study drug and 63 patients were randomized 1:1 either to continued treatment with Xyrem or to placebo. Randomization to placebo was stopped early as the efficacy criterion was met at the pre-planned interim analysis.

Patients entered the study either taking a stable dosage of Xyrem or were Xyrem-naïve. CNS stimulants were allowed at entry, and approximately 50% of patients continued taking a stable dose of stimulant throughout the stable-dose and double-blind periods. Xyrem-naïve patients were initiated and titrated based on body weight over a period of up to 10 weeks. The total nightly dose was administered in two divided doses, with the first dose given at nighttime and the second given 2.5 to 4 hours later *[see Dosage and Administration (2.2)]*. Once a stable dosage of Xyrem had been achieved, these patients entered the 2-week stable-dose period; patients on a stable dosage of Xyrem at study entry remained on this dosage for 3 weeks prior to randomization. Efficacy was established at dosages ranging from 3 g to 9 g of Xyrem per night.

The primary efficacy measure was the change in frequency of cataplexy attacks. In addition, change in cataplexy severity was evaluated with the Clinical Global Impression of Change for cataplexy severity. The efficacy of Xyrem in the treatment of excessive daytime sleepiness in pediatric patients with narcolepsy was evaluated with the change in the Epworth Sleepiness Scale (Child and Adolescent) score. The Epworth Sleepiness Scale (Child and Adolescent) is a modified version of the scale used in the adult clinical trial described above. The overall change in narcolepsy condition was assessed by the Clinical Global Impression of Change for narcolepsy overall. Efficacy was assessed during or at the end of the 2-week double-blind treatment period, relative to the last 2 weeks or end of the stable-dose period (see Tables 7 and 8).

Pediatric patients taking stable dosages of Xyrem who discontinued Xyrem treatment and were randomized to placebo during the double-blind treatment period experienced a statistically significant increase in weekly cataplexy attacks compared with patients who were randomized to continue treatment with Xyrem. Patients randomized to receive placebo during the double-blind treatment period experienced a statistically significant worsening of EDS compared with patients randomized to continue receiving Xyrem (see Table 7).

**Table 7: Number of Weekly Cataplexy Attacks and Epworth Sleepiness Scale (Child and Adolescent) Score**

| Treatment Group | Baseline[*,†] | Double-blind Treatment Period[‡,§] | Median Change from Baseline | Comparison to Placebo (p-value[¶]) |
|---|---|---|---|---|
| **Median Number of Cataplexy Attacks (attacks/week)** | | | | |
| **Placebo** (n=32) | 4.7 | 21.3 | 12.7 | - |
| **Xyrem** (n=31) | 3.5 | 3.8 | 0.3 | <0.0001 |
| **Median Epworth Sleepiness Scale (Child and Adolescent) Score** | | | | |
| **Placebo** (n=31**) | 11 | 12 | 3 | - |
| **Xyrem** (n=30**) | 8 | 9 | 0 | 0.0004 |

* For weekly number of cataplexy attacks, baseline value is calculated from the last 14 days of the stable-dose period.
† For Epworth Sleepiness Scale score, baseline value is collected at the end of stable-dose period.
‡ Weekly number of cataplexy attacks is calculated from all days within the double-blind treatment period.

§ For Epworth Sleepiness Scale, value is collected at the end of the double-blind treatment period.
¶ P-value from rank-based analysis of covariance (ANCOVA) with treatment as a factor and rank baseline value as a covariate.
** One patient in each of the treatment groups did not have baseline ESS score available and were not included in this analysis.

Patients randomized to receive placebo during the double-blind treatment period experienced a statistically significant worsening of cataplexy severity and narcolepsy overall according to the clinician's assessment compared with patients randomized to continue receiving Xyrem (see Table 8).

**Table 8: Clinical Global Impression of Change (CGIc) for Cataplexy Severity and Narcolepsy Overall**

| | CGIc Cataplexy Severity[*] | | CGIc Narcolepsy Overall[*] | |
|---|---|---|---|---|
| Worsened, %[†] | Placebo (n=32) | Xyrem (n=29)[‡] | Placebo (n=32) | Xyrem (n=29)[‡] |
| **Much worse or very much worse** | 66% | 17% | 59% | 10% |
| **p-value[§]** | 0.0001 | | <0.0001 | |

[*] Responses indicate change of severity or symptoms relative to receiving Xyrem treatment at baseline.
[†] Percentages based on total number of observed values.
[‡] Two patients randomized to Xyrem did not have the CGIc assessments completed and were excluded from the analysis.
[§] P-value from Pearson's chi-square test.

## 14.3 Idiopathic Hypersomnia (IH) in Adults

Efficacy of XYWAV for the treatment of IH in adult patients as a once or twice nightly regimen was established in a double-blind, placebo-controlled, randomized-withdrawal, study (Study 2, NCT03533114). Study 2 consisted of a minimum of 10-week open-label treatment titration and optimization period (OL OTTP), (with up to 4 additional weeks) to allow for an optimally effective and tolerable dose and regimen followed by a 2-week stable dose period (SDP), a 2-week double-blind, randomized withdrawal period (DB RWP), and a 24-week open label safety extension period (OLE).

Study 2 enrolled 154 patients with idiopathic hypersomnia, 19 to 75 years of age. Of the 154 patients, 115 were evaluable for efficacy data and were randomized 1:1 to continue treatment with XYWAV or to placebo in the 2-week DB RWP. In the safety population, overall, the median age was 39 years (range: 19 to 75). At baseline, 2% of patients were taking Xyrem only, 4% of patients were taking Xyrem and an additional stimulant or alerting agent, 54% of patients were not currently taking Xyrem but were taking a stimulant or alerting agent, and 41% were treatment naïve. CNS stimulants were allowed at entry, and approximately 57% of patients continued taking a stable dose of stimulant throughout the SDP and DB RWP.

The majority of subjects were female (71%), and most were white (81%) and not Hispanic or Latino (79%).

The XYWAV dosing regimen was initiated at the discretion of the investigator according to clinical presentation. Patients were considered for XYWAV once nightly if they reported difficulty awakening as a result of sleep inertia or long sleep time. Patients were considered for twice nightly dosing if they reported disrupted nighttime sleep or difficulty with sleep maintenance. For twice nightly regimens, doses were divided equally or unequally, with the first dose administered at bedtime and the second dose administered 2.5 to 4 hours later.

Based on clinical response during the OTTP, investigators were permitted to switch patients between twice nightly and once nightly dosing regimens. When patients were switched from a twice nightly to a once nightly dosing regimen, the total nightly dose was initially the same as the first dose of the twice nightly dosing regimen. When patients were switched from a once

nightly to a twice nightly dosing regimen, the total nightly dose was no more than 1.5 g higher than the current dose, divided into two doses.

At the start of the DB RWP, 23% (27/115) of patients were taking XYWAV once nightly (median nightly dose 4.5 g), and 77% (88/115) of patients were taking XYWAV twice nightly (median nightly dose 7.5 g). There were no meaningful differences in demographics, baseline characteristics or disease severity between patients receiving XYWAV once nightly vs twice nightly.

The primary efficacy endpoint was the change in Epworth Sleepiness Scale (ESS) score, as a measure of reduction in EDS from the end of the SDP to the end of the DB RWP. The ESS is an 8-item self-reported questionnaire by which patients rate their perceived likelihood of falling asleep during usual daily life activities. Each of the 8 items on the ESS is rated from 0 (would never doze) to 3 (high chance of dozing), with a maximum score of 24. Key secondary efficacy endpoints included patient global impression of change (PGIc) and the Idiopathic Hypersomnia Severity Scale (IHSS), both assessed as a change from the end of the SDP to the end of the DB RWP. The IHSS is a 14-item self-reported questionnaire assessing the severity of IH symptoms of excessive sleepiness, prolonged sleep duration, cognitive impairment, and sleep inertia. Total scores can range from 0-50, with higher scores indicating a greater severity or frequency of symptoms.

**Change in ESS**

Patients in Study 2 taking stable doses of XYWAV who were withdrawn from XYWAV treatment and randomized to placebo during DB RWP experienced significant worsening in ESS score compared with patients randomized to continue treatment with XYWAV (p<0.0001) across all dosing regimens (see Table 9). These two treatment groups had comparable median ESS scores (Placebo=17; XYWAV=16) at entry into the OTTP.

**Table 9: Median Change in Epworth Sleepiness Scale (ESS)**

| ESS Score | | |
|---|---|---|
| | **Placebo (N=59)** | **XYWAV (N=56)** |
| **Baseline End of 2-Week SDP** | | |
| Median | 5.0 | 6.5 |
| **End of 2-Week DB RWP** | | |
| Median | 14.0 | 7.0 |
| **Median Change from End of 2-Week SDP to End of 2-Week DB RWP** | | |
| Median | 8.0 | 0.0 |
| p-value | <0.0001 | |

SDP=Stable Dose Period
DB RWP=Double-blind Randomized-withdrawal Period

**PGIc**

Patient Global Impression of change (PGIc) ratings showed that patients randomized to placebo experienced a worsening of symptoms of idiopathic hypersomnia overall compared with patients randomized to XYWAV (Table 10). The percentage of patients with worsening PGIc scores for IH overall (defined as scores of Minimally, Much Worse, or Very Much Worse) was

greater for patients receiving placebo (88.1%) compared with patients receiving XYWAV (21.4%) (p<0.0001).

**Table 10: PGIc* at End of the DB RWP†**

| | PGIc* IH Overall | |
|---|---|---|
| **Worsened,%** ‡† | **Placebo (N=59) n (%)** | **XYWAV (N=56) n (%)** |
| Proportion Worsened (minimally, much, or very much worse) | 52 (88.1) | 12 (21.4) |
| p-value | <0.0001 | n/a |

*PGIc is a 7-point patient-reported scale by which patients rated their symptom change from "very much improved" to "very much worse."

†DB RWP=Double-blind Randomized-withdrawal Period.

‡At the end of the DB RWP/early termination visit, patients rated the change in their condition since the end of the Open-Label Stable-Dose Period.

**IHSS**

At end of DB RWP, patients randomized to placebo experienced a worsening in IHSS total score, compared to patients randomized to XYWAV (p<0.0001) (see Table 11). These two treatment groups had comparable median IHSS scores (Placebo=33; XYWAV=33) at entry into the OTTP.

**Table 11: Median Changes in IHSS Total Score**

| Total Score | | |
|---|---|---|
| | **Placebo (N=59)** | **XYWAV (N=56)** |
| **Baseline End of 2-Week SDP** | | |
| **Median** | 14.0 | 14.0 |
| **End of 2-Week DB RWP** | | |
| **Median** | 29.0 | 16.0 |
| **Median Change from End of 2-Week SDP to End of 2-Week DB RWP** | | |
| **Median** | 14.0 | 0.0 |
| p-value | <0.0001 | |

SDP=Stable Dose Period

DB RWP=Double-blind Randomized-withdrawal Period

## 16   HOW SUPPLIED/STORAGE AND HANDLING

### 16.1  How Supplied

XYWAV is a clear to slightly opalescent oral solution. Each prescription includes at least one bottle of XYWAV with attached press in bottle adaptor, an oral measuring device (plastic syringe), and a Medication Guide. The pharmacy provides two empty containers with child-resistant caps with each XYWAV shipment.

Each amber bottle contains XYWAV oral solution at a concentration of 0.5 g/mL and has a child-resistant cap.

One 180 mL bottle: NDC 68727-150-01

### 16.2  Storage

Keep out of reach of children.

XYWAV should be stored between 20°C to 25°C (68°F to 77°F); excursions permitted between 15°C and 30°C (59°F and 86°F) (see USP Controlled Room Temperature).

Dispense in tight containers.

Solutions prepared following dilution should be consumed within 24 hours.

### 16.3  Handling and Disposal

XYWAV is a Schedule III drug under the Controlled Substances Act. XYWAV should be handled according to state and federal regulations. It is safe to dispose of XYWAV down the sanitary sewer.

## 17   PATIENT COUNSELING INFORMATION

Advise the patient and/or caregiver to read the FDA-approved patient labeling (Medication Guide and Instructions for Use).

Central Nervous System Depression

Inform patients and/or caregivers that XYWAV can cause central nervous system depression, including respiratory depression, hypotension, profound sedation, syncope, and death. Instruct patients not to engage in activities requiring mental alertness or motor coordination, including operating hazardous machinery, for at least 6 hours after taking XYWAV. Instruct patients and/or their caregivers to inform their healthcare providers of all the medications they take *[see Warnings and Precautions (5.1)]*.

Abuse and Misuse

Inform patients and/or caregivers that the active ingredient of XYWAV is gamma-hydroxybutyrate (GHB), which is associated with serious adverse reactions with illicit use and abuse *[see Warnings and Precautions (5.2)]*.

XYWAV and XYREM REMS

XYWAV is available only through a restricted program called the XYWAV and XYREM REMS *[see Warnings and Precautions (5.3)]*. Inform the patient and/or caregiver of the following notable requirements:

- XYWAV is dispensed only by the central pharmacy
- XYWAV will be dispensed and shipped only to patients enrolled in the XYWAV and XYREM REMS

XYWAV is available only from the central pharmacy participating in the program. Therefore, provide patients and/or caregivers with the telephone number and website for information on how to obtain the product.

Alcohol or Sedative Hypnotics

Advise patients and/or caregivers that alcohol and other sedative hypnotics should not be taken with XYWAV *[see Contraindications (4)]*.

Sedation

Inform patients and/or caregivers that the patient is likely to fall asleep quickly after taking XYWAV (often within 5 and usually within 15 minutes), but the time it takes to fall asleep can vary from night to night. The sudden onset of sleep, including in a standing position or while rising from bed, has led to falls complicated by injuries, in some cases requiring hospitalization *[see Adverse Reactions (6.2)]*. Instruct patients and/or caregivers that the patient should remain in bed following ingestion of each dose. Instruct patients and/or caregivers that the patient should

not take a subsequent nightly dose until at least 2.5 to 4 hours after the previous dose *[see Dosage and Administration (2.4)]*.

Administration Instructions

Inform patients to administer XYWAV at least 2 hours after eating. Inform patients and/or caregivers of patients taking XYWAV twice nightly, that the total nightly dosage of XYWAV is divided into two doses *[see Dosage and Administration (2.4)]*.

Inform patients if their nightly dose requires multiple draws. Instruct patients on how to perform the draws from the bottle.

Respiratory Depression and Sleep-Disordered Breathing

Inform patients that XYWAV may impair respiratory drive, especially in patients with compromised respiratory function, and may cause apnea *[see Warnings and Precautions (5.4)]*.

Depression and Suicidality

Instruct patients and/or caregivers to contact a healthcare provider immediately if the patient develops depressed mood, markedly diminished interest or pleasure in usual activities, significant change in weight and/or appetite, psychomotor agitation or retardation, increased fatigue, feelings of guilt or worthlessness, slowed thinking or impaired concentration, or suicidal ideation *[see Warnings and Precautions (5.5)]*.

Other Behavioral or Psychiatric Adverse Reactions

Inform patients and/or caregivers that XYWAV can cause behavioral or psychiatric adverse reactions, including confusion, anxiety, and psychosis. Instruct them to notify their healthcare provider if any of these types of symptoms occur *[see Warnings and Precautions (5.6)]*.

Sleepwalking

Instruct patients and/or caregivers that XYWAV has been associated with sleepwalking and other behaviors during sleep, and to contact their healthcare provider if this occurs *[see Warnings and Precautions (5.7)]*.

Distributed By:

Jazz Pharmaceuticals, Inc.
Palo Alto, CA 94304

Protected by U.S. Patent Nos. 8,591,922; 8,772,306; 8,901,173; 9,050,302; 9,132,107; 9,486,426; 9,555,017; 10,195,168; 10,213,400; 10,675,258; 10,864,181; 11,253,494; 11,554,102; and 11,426,373.

**MEDICATION GUIDE**
**XYWAV® (ZYE wave)**
**(calcium, magnesium, potassium, and sodium oxybates)**
**oral solution, CIII**

Read this Medication Guide carefully before you start or your child starts taking XYWAV, and each time you get or your child gets a refill. There may be new information. This information does not take the place of talking to your doctor about your or your child's medical condition or treatment.

**What is the most important information I should know about XYWAV?**

- XYWAV is a central nervous system (CNS) depressant. Taking XYWAV with other CNS depressants, such as medicines used to make you or your child fall asleep, including opioid analgesics, benzodiazepines, sedating antidepressants, antipsychotics, sedating anti-epileptic medicines, general anesthetics, muscle relaxants, alcohol, or street drugs, may cause serious medical problems, including:
  - o   trouble breathing (respiratory depression)
  - o   low blood pressure (hypotension)
  - o   changes in alertness (drowsiness)
  - o   fainting (syncope)
  - o   death

  Ask your doctor if you are not sure if you are, or your child is, taking a medicine listed above.

- XYWAV is a federal controlled substance (CIII). The active ingredient of XYWAV is a form of gamma-hydroxybutyrate (GHB) that is also a federal controlled substance (CI). Abuse of illegal GHB, either alone or with other CNS depressants, may cause serious medical problems, including:
  - o   seizure
  - o   trouble breathing (respiratory depression)
  - o   changes in alertness (drowsiness)
  - o   coma
  - o   death

  Call your doctor right away if you have or your child has any of these serious side effects.

- Anyone who takes XYWAV should not do anything that requires them to be fully awake or is dangerous, including driving a car, using heavy machinery, or flying an airplane, for at least 6 hours after taking XYWAV. Those activities should not be done until you know how XYWAV affects you or your child.

- Keep XYWAV in a safe place to prevent abuse and misuse. Selling or giving away XYWAV may harm others and is against the law. Tell your doctor if you have ever abused or been dependent on alcohol, prescription medicines, or street drugs.

- Because of the risk of CNS depression, abuse, and misuse, XYWAV is available only by prescription, and filled through the central pharmacy in the XYWAV and XYREM REMS. You or your child must be enrolled in the XYWAV and XYREM REMS to receive XYWAV. For information on how to receive XYWAV, visit www.XYWAVXYREMREMS.com. Before you receive or your child receives XYWAV, your doctor or pharmacist will make sure that you understand how to take XYWAV safely and effectively. If you have any questions about XYWAV, ask your doctor or call the XYWAV and XYREM REMS at 1-866-997-3688.

**What is XYWAV?**

XYWAV is a prescription medicine used to treat:

- the following symptoms in people 7 years of age or older with narcolepsy:
  - o   sudden onset of weak or paralyzed muscles (cataplexy), or
  - o   excessive daytime sleepiness (EDS)
- idiopathic hypersomnia (IH) in adults

It is not known if XYWAV is safe and effective in children less than 7 years of age with narcolepsy.
It is not known if XYWAV is safe and effective in children with IH.

**Do not take XYWAV if you or your child:**

- takes other sleep medicines or sedatives (medicines that cause sleepiness)
- drinks alcohol
- has a rare problem called succinic semialdehyde dehydrogenase deficiency

**Before taking XYWAV, tell your doctor about all medical conditions, including if you or your child:**

- have a history of drug abuse.
- have short periods of not breathing while sleeping (sleep apnea).
- has trouble breathing or has lung problems. You or your child may have a higher chance of having serious breathing problems when taking XYWAV.
- have or had depression or has tried to harm yourself or themselves. You or your child should be watched carefully for new symptoms of depression.
- has or had behavior or other psychiatric problems such as:

| | |
|---|---|
| o anxiety | o seeing or hearing things that are not real (hallucinations) |
| o feeling more suspicious (paranoia) | o being out of touch with reality (psychosis) |
| o acting aggressive | o agitation |

- have liver problems.
- are pregnant or plan to become pregnant. It is not known if XYWAV can harm your unborn baby.
- are breastfeeding or plan to breastfeed. XYWAV passes into breast milk. You and your doctor should decide if you or your child will take XYWAV or breastfeed.

**Tell your doctor about all the medicines you take or your child takes**, including prescription and over-the-counter medicines, vitamins, and herbal supplements.

Especially, tell your doctor if you take or your child takes other medicines to help you or your child sleep (sedatives). Know the medicines you take or your child takes. Keep a list of them to show your doctor and pharmacist when you get or your child gets a new medicine.

**How should I take or give XYWAV?**

- Read the **Instructions for Use** at the end of this Medication Guide for detailed instructions on how to take XYWAV.
- Take or give XYWAV exactly as your doctor tells you to take or give it. Your doctor may change the dose or dosing routine if needed.
- Wait at least 2 hours after eating before taking or giving XYWAV.
- XYWAV can cause physical dependence and craving for the medicine when it is not taken as directed.
- Never change the dose without talking to your doctor.
- XYWAV can cause sleep very quickly without feeling drowsy. Some people fall asleep within 5 minutes and most fall asleep within 15 minutes. The time it takes to fall asleep might be different from night to night.
- Falling asleep quickly, including while standing or while getting up from the bed, has led to falls with injuries that have required some people to be hospitalized.
- XYWAV can be taken 1 time or 2 times a night as prescribed by your doctor.
- **If you or your child have been prescribed XYWAV 2 times a night:** divide the total nightly dose into 2 doses to be taken at bedtime and 2½ to 4 hours later.
  - o **Adults:** Take the first XYWAV dose at bedtime while you are in bed and lie down immediately. Take the second XYWAV dose 2½ to 4 hours after the first XYWAV dose. You may want to set an alarm clock to make sure you wake up to take the second XYWAV dose. You should remain in bed after taking the first and second doses of XYWAV.
  - o **Children:** Give the first XYWAV dose at bedtime or after an initial period of sleep, while your child is in bed and have them lie down immediately. Give the second XYWAV dose 2½ to 4 hours after the first XYWAV dose. You may want to set an alarm clock to make sure you wake up to give the second XYWAV dose. Your child should remain in bed after taking the first and second doses of XYWAV.
  - o If you miss or your child misses the second XYWAV dose, skip that dose and do not take or give XYWAV again until the next night. Never take or give 2 XYWAV doses at 1 time.
- **If you have been prescribed XYWAV 1 time a night:** Take your XYWAV dose at bedtime while you are in bed and lie down immediately. You should remain in bed after taking XYWAV.
- If you take or your child takes too much XYWAV, call your doctor or go to the nearest hospital emergency room right away.

2

**What are the possible side effects of XYWAV?**
**XYWAV can cause serious side effects, including:**
- See **"What is the most important information I should know about XYWAV?"**
- **breathing problems, including:**
  - slower breathing.
  - trouble breathing.
  - short periods of not breathing while sleeping (sleep apnea). People who already have breathing or lung problems have a higher chance of having breathing problems when they take XYWAV.
- **mental health problems, including:**
  - confusion
  - seeing or hearing things that are not real (hallucinations)
  - unusual or disturbing thoughts (abnormal thinking)
  - feeling anxious or upset
  - depression
  - thoughts of killing yourself or trying to kill yourself
  - increased tiredness
  - feelings of guilt or worthlessness
  - difficulty concentrating

  **Call your doctor right away if you have or your child has symptoms of mental health problems, or a change in weight or appetite.**
- **sleepwalking.** Sleepwalking can cause injuries. Call your doctor if you start or your child starts sleepwalking. Your doctor should check you or your child.

**The most common side effects of XYWAV in adults with narcolepsy or IH include:**
- nausea
- headache
- dizziness
- anxiety
- insomnia
- decreased appetite
- excessive sweating (hyperhidrosis)
- vomiting
- diarrhea
- dry mouth
- parasomnia (a sleep disorder that can include abnormal dreams, abnormal rapid eye movement (REM) sleep, sleep paralysis, sleep talking, sleep terror, sleep-related eating disorder, sleepwalking and other abnormal sleep-related events)
- somnolence
- fatigue
- tremor

**The most common side effects of XYREM (which also contains oxybate like XYWAV) in children include:**
- nausea
- bedwetting
- vomiting
- headache
- weight decrease
- decreased appetite
- dizziness
- sleepwalking

These are not all the possible side effects of XYWAV. **For more information, ask your doctor or pharmacist.**
**Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.**

**How should I store XYWAV?**
- Store XYWAV in the original bottle prior to mixing with water. After mixing with water, store XYWAV in the pharmacy containers with child-resistant caps provided by the pharmacy.
- Store XYWAV at room temperature between 68°F to 77°F (20°C to 25°C).
- XYWAV solution prepared after mixing with water should be taken within 24 hours.
- When you have finished using a XYWAV bottle:
  - empty any unused XYWAV down the sink drain.
  - cross out the label on the XYWAV bottle with a marker.
  - place the empty XYWAV bottle in the trash.

XYWAV comes in a child-resistant package.
**Keep XYWAV and all medicines out of the reach of children and pets.**

**General information about the safe and effective use of XYWAV.**
Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use XYWAV for a condition for which it was not prescribed. Do not give XYWAV to other people, even if they have the same symptoms. It may harm them.
You can ask your pharmacist or doctor for information about XYWAV that is written for health professionals.

**What are the ingredients in XYWAV?**
**Active ingredients:** calcium oxybate, magnesium oxybate, potassium oxybate, and sodium oxybate (gamma-hydroxybutyrate (GHB)).
**Inactive ingredients:** purified water and sucralose
**Distributed By:**
Jazz Pharmaceuticals, Inc.
Palo Alto, CA 94304
For more information, go to www.XYWAVXYREMREMS.com or call the XYWAV and XYREM REMS at 1-866-997-3688.

This Medication Guide has been approved by the U.S. Food and Drug Administration                    Revised: 08/2021

**INSTRUCTIONS FOR USE**
**XYWAV® (ZYE wave)**
**(calcium, magnesium, potassium, and sodium oxybates)**
**oral solution, CIII**

This Instructions for Use contains information on how to take XYWAV. Read this Instructions for Use carefully before you (or your child) start taking XYWAV and each time you (or your child) get a refill. There may be new information. This information does not take the place of talking to your doctor about your (or your child's) medical condition or treatment.

**Important Information:**

- **Your doctor and pharmacist will provide instructions to take XYWAV 2 times a night or 1 time a night.**

  o **For 2 times a night, you will need to split your (or your child's) prescribed XYWAV dose into 2 separate pharmacy containers for mixing.**

  o **For 1 time a night, you will use the dosing syringe to draw up your prescribed XYWAV dose and empty the dose into 1 pharmacy container for mixing. You will only need 1 pharmacy container to prepare your dose.**

- **You (or your child) should take XYWAV while in bed. Lie down immediately after taking XYWAV and remain in bed afterwards.**

- **You will need to mix XYWAV with water before you take or give your child the dose.**

- **Safely store the prepared XYWAV doses and take within 24 hours after mixing. If the prepared dose was not taken within this time, throw the mixture away. See "Throwing away (disposing of) XYWAV" section below for instructions about how to safely throw away XYWAV.**

- **The pharmacy container(s) may be rinsed out with water and emptied into the sink drain.**

1

Supplies you will need for mixing and taking (or giving your child) XYWAV. See Figure A:

- Bottle of XYWAV medicine

- Dosing syringe for measuring and dispensing the XYWAV dose

- Measuring cup that is able to measure about ¼ cup of water (not provided with the XYWAV shipment)

- 1 or 2 **empty** pharmacy containers with child-resistant caps for mixing, storing, and taking the XYWAV doses

- Alarm clock if you take XYWAV 2 times a night (not pictured)

- Medication Guide



**Figure A**

**Note: If you or your child are prescribed XYWAV 2 times a night, see the instructions for 2 times a night dosing. If you are prescribed XYWAV 1 time a night, see the instructions for 1 time a night dosing.**

| **2 times a night dosing** | |
| --- | --- |
| **Step 1. Setup** <br><br> • Take the XYWAV bottle, syringe, and pharmacy containers out of the shipping box. <br><br> • Take the syringe out of the plastic wrapper. Use only the syringe provided with the XYWAV prescription. <br><br> • Fill a measuring cup (not provided) with about ¼ cup of water available for mixing your (or your child's) dose. | |
| • **Make sure the pharmacy containers are empty.** <br><br> • Open both pharmacy containers by holding the tab under the cap and turning counterclockwise (to the left). See Figure B |  <br><br> **Figure B** |
| • Remove the tamper evident band by pulling at the perforations and then remove the child-resistant bottle cap from the XYWAV bottle by pushing down while turning the cap counterclockwise. See Figure C |  <br><br> **Figure C** |
| **Step 2. Prepare the first XYWAV dose (prepare before bedtime)** <br><br> Place the XYWAV bottle on a hard, flat surface and grip the bottle with one hand. Firmly press the syringe into the center opening of the bottle with the other hand. See Figure D |  <br><br> **Figure D** |

3

| | |
|---|---|
| Pull back on the plunger until the medicine flows into the syringe and the liquid level is lined up with the marking on the syringe that matches your or your child's dose. See Figure E | <br>**Figure E**<br><br>**Note: The XYWAV medicine will not flow into the syringe unless you keep the bottle upright.** |
| Figure F shows an example of drawing up a 2.25 g dose of XYWAV. Figure G shows an example if an air space forms when drawing up the medicine.<br><br>**Note:** If an air space forms between the plunger and the liquid when drawing up the medicine, line up the liquid level with the marking on the syringe that matches your (or your child's) dose. See Figure G |  |
| • After you draw up the first divided dose, remove the syringe from the opening of the XYWAV bottle.<br>• Empty all of the medicine from the syringe into one of the provided **empty** pharmacy containers by pushing down on the plunger until it stops. See Figure H | <br>**Figure H** |

4

- Using a measuring cup, pour about ¼ cup of water into the pharmacy container. **Be careful to add only water to the pharmacy container and not more XYWAV.**

- **All shipped bottles of XYWAV contain the concentrated medicine. Water for mixing the medicine is not provided in the shipment.**

- After mixing the medicine and water in the provided pharmacy container, place the child-resistant cap on the filled pharmacy container and turn the cap clockwise (to the right) until it clicks and locks into its child-resistant position. See Figure I.

- Caution: the pharmacy container cap is reversible with a non-child resistant side. See Figure J. Make sure the child-resistant side of the cap is used to prevent access to the medicine by children.



**Cap shown in child-resistant position.**

**Figure I**

**Note: Do not place the cap back on the container in a non-child resistant position as shown.**

**Figure J**

**Step 3. Prepare the second XYWAV dose (prepare before bedtime)**
- Repeat Step 2 drawing up the amount of medicine prescribed for your (or your child's) second dose:
  - emptying the syringe into the second pharmacy container
  - adding about ¼ cup of water and
  - closing the pharmacy container

**Step 4. Store the prepared XYWAV doses**
- Put the cap back on the XYWAV bottle and store the XYWAV bottle and both prepared doses in a safe and secure place. Store in a locked place if needed.
- Keep the XYWAV bottle and both prepared XYWAV doses out of the reach of children and pets.
- Rinse the syringe out with water and squirt the liquid into the sink drain by pushing down on the plunger until it stops.

**Step 5. Take or give the first XYWAV dose**

- At bedtime, and before you take (or give) the first XYWAV dose, put the second XYWAV dose in a safe place. Caregivers should make sure all XYWAV doses are kept in a safe place until given. You may want to set an alarm clock for 2½ to 4 hours later to make sure you wake up to take (or give) the second dose.
- When it is time to take (or give) the first XYWAV dose, remove the cap from the pharmacy container by pressing down on the child-resistant locking tab and turning the cap counterclockwise.
- Drink (or have your child drink) all of the first XYWAV dose while sitting in bed. Put the cap back on the first pharmacy container and immediately lie down to sleep (or have your child lie down to sleep).
- You (or your child) should fall asleep soon. Some people fall asleep within 5 minutes and most fall asleep within 15 minutes. Some patients take less time to fall asleep, and some take more time. The time it takes you (or your child) to fall asleep might be different from night to night.

**Step 6. Take or give the second XYWAV dose**

- When you wake up 2½ to 4 hours later for your (or your child's) second dose of XYWAV, take the cap off the second pharmacy container.
- If you (or your child) wake up before the alarm and it has been at least 2½ hours since the first XYWAV dose, turn off the alarm and take (or give your child) the second XYWAV dose.
- Drink (or have your child drink) all of the second XYWAV dose while sitting in bed. Put the cap back on the second pharmacy container and immediately lie down (or have your child lie down) to continue sleeping.

| | |
|---|---|
| **1 time a night dosing** <br> for use in adults with idiopathic hypersomnia | |

**Step 1. Setup**

- Take the XYWAV bottle, syringe, and 1 pharmacy container out of the shipping box.
- Take the syringe out of the plastic wrapper. Use only the syringe provided with the XYWAV prescription.
- Fill a measuring cup (not provided) with about ¼ cup of water available for mixing with your dose.

| | |
|---|---|
| • **Make sure the pharmacy container is empty.** <br><br> • Open the pharmacy container by holding the tab under the cap and turning counterclockwise (to the left). See Figure B |  <br> **Figure B** |
| • Remove the tamper evident band by pulling at the perforations and then remove the child-resistant bottle cap from the XYWAV bottle by pushing down while turning the cap counterclockwise. See Figure C |  <br> **Figure C** |
| **Step 2. Prepare the XYWAV dose (prepare before bedtime)** <br><br> Place the XYWAV bottle on a hard, flat surface and grip the bottle with one hand. Firmly press the syringe into the center opening of the bottle with the other hand. See Figure D |  <br> **Figure D** |

7

| | |
|---|---|
| Pull back on the plunger until the medicine flows into the syringe and the liquid level is lined up with the marking on the syringe that matches your dose. You may need to draw up the medicine a second time to make up your total prescribed dose.<br><br>See Figure E | <br><br>**Figure E**<br><br>**Note: The XYWAV medicine will not flow into the syringe unless you keep the bottle upright.** |
| Figure F shows an example of drawing up 2.25 g of XYWAV. Figure G shows an example if an air space forms when drawing up the medicine.<br><br>**Note:** If an air space forms between the plunger and the liquid when drawing up the medicine, line up the liquid level with the marking on the syringe that matches your dose. See Figure G |  |
| • After you draw up the medicine, remove the syringe from the opening of the XYWAV bottle.<br><br>• Empty all of the medicine from the syringe into a single provided **empty** pharmacy container by pushing down on the plunger until it stops. See Figure H<br><br>• For doses requiring 2 draws from the XYWAV bottle, empty the second draw into the same pharmacy container. | <br><br>**Figure H** |

8

- After you finish adding your XYWAV dose to the pharmacy container, use a measuring cup to pour about ¼ cup of water into the pharmacy container. **Be careful to add only water to the pharmacy container and not more XYWAV.**

- **All shipped bottles of XYWAV contain the concentrated medicine. Water for mixing the medicine is not provided in the shipment.**

- After mixing the medicine and water in the provided pharmacy container, place the child-resistant cap on the filled pharmacy container and turn the cap clockwise (to the right) until it clicks and locks into its child-resistant position. See Figure I.

- Caution: the pharmacy container cap is reversible with a non-child resistant side. See Figure J. Make sure the child-resistant side of the cap is used to prevent access to the medicine by children.



**Cap shown in child-resistant position.**

**Figure I**



**Note: Do not place the cap back on the container in a non-child resistant position as shown.**

**Figure J**

| |
|---|
| **Step 3. Store the prepared XYWAV dose** |
| • Put the cap back on the XYWAV bottle and store the XYWAV bottle and the prepared dose in a safe and secure place. Store in a locked place if needed. |
| • Keep the XYWAV bottle and the prepared XYWAV dose out of the reach of children and pets. |
| • Rinse the syringe out with water and squirt the liquid into the sink drain by pushing down on the plunger until it stops. |
| **Step 4. Take the XYWAV dose** |
| • Make sure the XYWAV dose is kept in a safe place until taken. |
| • When it is time to take the XYWAV dose, remove the cap from the pharmacy container by pressing down on the child-resistant locking tab and turning the cap counterclockwise. |
| • Drink all of the XYWAV dose while sitting in bed. Put the cap back on the pharmacy container and immediately lie down to sleep. |
| • You should fall asleep soon. Some people fall asleep within 5 minutes and most fall asleep within 15 minutes. Some patients take less time to fall asleep, and some take more time. The time it takes you to fall asleep might be different from night to night. |

**How should I store XYWAV?**

- Store XYWAV in the original bottle prior to mixing with water. After mixing, store XYWAV in the pharmacy containers provided by the pharmacy. The cap on the original bottle is child-resistant. The pharmacy container cap is child-resistant only when the child-resistant side of the cap is used.

- Store XYWAV at room temperature between 68°F to 77°F (20°C to 25°C).

- XYWAV solution prepared after mixing with water should be taken within 24 hours or emptied down the sink drain.

9

**Throwing away (disposing of) XYWAV**

- When you have finished using a XYWAV bottle:
  - empty any unused XYWAV down the sink drain
  - cross out the label on the XYWAV bottle with a marker (not provided with the XYWAV shipment)
  - place the empty XYWAV bottle in the trash
- **Keep XYWAV and all medicines out of the reach of children and pets.**

**Distributed By:**
Jazz Pharmaceuticals, Inc.
Palo Alto, CA 94304

This Instructions for Use has been approved by the U.S. Food and Drug Administration.        Revised: 4/2023

# EXHIBIT H

# Safety and efficacy of lower-sodium oxybate in adults with idiopathic hypersomnia: a phase 3, placebo-controlled, double-blind, randomised withdrawal study



*Yves Dauvilliers, Isabelle Arnulf, Nancy Foldvary-Schaefer, Anne Marie Morse, Karel Šonka, Michael J Thorpy, Emmanuel Mignot, Patricia Chandler, Rupa Parvataneni, Jed Black, Amanda Sterkel, Dan Chen, Franck Skobieranda, Richard K Bogan*

## Summary

**Background** Idiopathic hypersomnia is a central hypersomnolence disorder mainly characterised by excessive daytime sleepiness, with prolonged night-time sleep and pronounced sleep inertia. Until August, 2021, no medication had regulatory approval for the treatment of idiopathic hypersomnia. This study aimed to evaluate the safety and efficacy of lower-sodium oxybate in idiopathic hypersomnia.

**Methods** This was a phase 3, multicentre (50 specialist sleep centres; six EU countries and the USA), placebo-controlled, double-blind, randomised withdrawal study. Participants (aged 18–75 years) with idiopathic hypersomnia (meeting criteria from the International Classification of Sleep Disorders, 2nd or 3rd editions) began lower-sodium oxybate treatment (oral solution once or twice nightly) in an open-label titration and optimisation period (10–14 weeks), followed by a 2-week, open-label, stable-dose period. After these open-label periods, participants were randomised (1:1) by means of an interactive web recognition system, stratified by participants' baseline medication use, to either placebo or lower-sodium oxybate (individually optimised dose; range 2·5–9·0 g/night) during a 2-week, double-blind, randomised withdrawal period. To maintain masking of treatment assignment, placebo and lower-sodium oxybate oral solutions were matched in volume, appearance, and taste. During the double-blind, randomised withdrawal period, participants and investigators were unaware of treatment assignments. The primary efficacy endpoint was change in Epworth Sleepiness Scale (ESS) score from the end of the stable-dose period to the end of the double-blind, randomised withdrawal period, which was assessed in the modified intention-to-treat population (defined as all participants who were randomly assigned, took at least one dose of study medication during the double blind, randomised withdrawal period, and had at least one set of post-randomisation assessments for the primary or key secondary endpoints). Adverse events were assessed in the safety population (defined as all participants who took at least one dose of study medication). This study is registered at ClinicalTrials.gov, NCT03533114, and at EU Clinical Trials, 2018-001311-79, and is complete.

**Findings** Between Nov 27, 2018, and March 6, 2020, 154 participants were enrolled and comprised the safety population. ESS scores decreased from a mean of 15·7 (SD 3·8) at baseline to 6·1 (4·0) by the end of the stable-dose period. After the open-label periods, 115 participants were randomly assigned either placebo (n=59) or lower-sodium oxybate (n=56) and comprised the modified intention-to-treat population. During the double-blind, randomised withdrawal period, ESS scores increased (worsened) in participants randomly assigned to placebo but remained stable in those assigned to lower-sodium oxybate (least squares mean difference −6·5; 95% CI −8·0 to −5·0; p<0·0001). Treatment-emergent adverse events included nausea (34 [22%] of 154), headache (27 [18%] of 154), dizziness (19 [12%] of 154), anxiety (17 [11%] 154), and vomiting (17 [11%] 154). No deaths were reported during the study.

**Interpretation** Lower-sodium oxybate treatment resulted in a clinically meaningful improvement in idiopathic hypersomnia symptoms, with an overall safety profile consistent with that reported for narcolepsy. Lower-sodium oxybate was approved in August, 2021, by the US Food and Drug Administration for the treatment of idiopathic hypersomnia in adults.

**Funding** Jazz Pharmaceuticals.

**Copyright** © 2021 Elsevier Ltd. All rights reserved.

## Introduction

Idiopathic hypersomnia is a debilitating central disorder of hypersomnolence.[1] Symptoms of idiopathic hypersomnia include excessive daytime sleepiness, prolonged night-time sleep, and pronounced sleep inertia, leading to profound impairment in quality of life and function.[1,2]

The International Classification of Sleep Disorders, 2nd edition (ICSD-2) describes two subtypes of idiopathic hypersomnia, one with night-time long sleep time (>10 h of nocturnal sleep) and the other without night-time long sleep time (>6 h but <10 h of nocturnal sleep). However, the 3rd edition (ICSD-3) does not include this distinction.[1,3]

*Lancet Neurol* 2022; 21: 53–65

See **Comment** page 25

Sleep and Wake Disorders Centre, Department of Neurology, Gui de Chauliac Hospital, Montpellier, France (Prof Y Dauvilliers MD); University of Montpellier, INSERM Institute Neuroscience Montpellier, Montpellier, France (Prof Y Dauvilliers); Sleep Disorder Unit, Pitié-Salpêtrière Hospital and Sorbonne University, Paris, France (Prof I Arnulf MD); Cleveland Clinic Lerner College of Medicine, Cleveland, OH, USA (Prof N Foldvary-Schaefer DO); Janet Weis Children's Hospital, Geisinger, Danville, PA, USA (A M Morse DO); Department of Neurology, First Faculty of Medicine, Charles University and General University Hospital, Prague, Czech Republic (Prof K Šonka MD); Albert Einstein College of Medicine, Bronx, NY, USA (Prof M J Thorpy MD); Stanford University Center for Narcolepsy, Redwood City, CA, USA (Prof E Mignot MD); Jazz Pharmaceuticals, Palo Alto, CA, USA (P Chandler MD, J Black MD, A Sterkel PhD, R Parvataneni MS, D Chen MD); Stanford Center for Sleep Sciences and Medicine, Palo Alto, CA, USA (J Black); Jazz Pharmaceuticals, Philadelphia, PA, USA (F Skobieranda MD); University of South Carolina School of Medicine, Columbia, SC, USA (R K Bogan MD)

Correspondence to:
Dr Yves Dauvilliers, Sleep and Wake Disorders Centre, Department of Neurology, Gui de Chauliac Hospital, Montpellier 34295, France
ydauvilliers@yahoo.fr

**Research in context**

**Evidence before this study**
On Aug 18, 2021, we searched PubMed with the keywords "idiopathic hypersomnia" AND ("randomized" OR "retrospective" OR "prospective" OR "observational") for any clinical studies, with no restriction on language or date of publication. Nine studies were identified; four were excluded as they did not include participants with idiopathic hypersomnia or studied a mixed group of participants with narcolepsy or idiopathic hypersomnia. Two double-blind, placebo-controlled randomised studies found that modafinil treatment significantly improved excessive daytime sleepiness in participants with idiopathic hypersomnia. In a retrospective chart review study, open-label administration of sodium oxybate was associated with improvement in excessive daytime sleepiness and sleep inertia, and shortened night-time sleep duration, in adults with idiopathic hypersomnia. A retrospective chart review of patients treated with mazindol, and an open-label prospective study of patients treated with levothyroxine, indicated that both drugs significantly reduced excessive daytime sleepiness. Up until August, 2021, no medication had regulatory approval for the treatment of idiopathic hypersomnia, and many patients were treated with off-label medications, with little success.

**Added value of this study**
This study is the first and largest double-blind, placebo-controlled, randomised withdrawal study of calcium,

magnesium, potassium, and sodium oxybates (lower-sodium oxybate) in idiopathic hypersomnia. In this study, the use of endpoints assessing multiple symptoms and consequences of idiopathic hypersomnia, including newer measures (eg, Idiopathic Hypersomnia Severity Scale and visual analogue scale for sleep inertia), exceeds the scope of previous studies that were generally limited to a single symptom (eg, excessive daytime sleepiness), and provides a more holistic picture of the disease state and therapeutic benefit of lower-sodium oxybate.

**Implications of all the available evidence**
Idiopathic hypersomnia is a therapeutic area with few clinical studies and, consequently, relatively little empirical basis for treatment decisions. This clinical study showed clinically meaningful improvements in excessive daytime sleepiness and other symptoms of idiopathic hypersomnia, with a safety profile consistent with use of lower-sodium oxybate in narcolepsy. The results strongly suggest lower-sodium oxybate might be a useful first-line therapy, as monotherapy or in combination with alerting agents, for the treatment of idiopathic hypersomnia, a disease state for which there are no other approved treatments.

Until August, 2021, no medication had regulatory approval for the treatment of idiopathic hypersomnia. Alerting agents (stimulants and wake-promoting agents) are used off-label with varied effects, but prolonged night-time sleep and sleep inertia are not typically improved.[4,5] Consensus guidelines recommend the use of modafinil, partly on the basis of findings of a small (n=31) randomised controlled trial.[6,7] A subsequent, larger (n=71), double-blind, randomised, controlled trial of modafinil confirmed that the drug improved excessive daytime sleepiness in participants with idiopathic hypersomnia.[8]

Sodium oxybate is approved in the USA to treat cataplexy or excessive daytime sleepiness in patients aged 7 years and older with narcolepsy.[9] In a retrospective chart review of open-label sodium oxybate administration in adults with idiopathic hypersomnia, sodium oxybate was associated with improvement in excessive daytime sleepiness and sleep inertia and shortened night-time sleep duration.[10] Calcium, magnesium, potassium, and sodium oxybates (lower-sodium oxybate) contains the same active moiety at the same concentration and a unique composition of cations, resulting in 92% less sodium.[11] Lower-sodium oxybate was approved in the USA in 2020 for the same indications in narcolepsy as sodium oxybate, and in August, 2021, for the treatment of idiopathic hypersomnia in adults.[12] The US Food and

Drug Administration has recognised lower-sodium oxybate as clinically superior to sodium oxybate in narcolepsy by virtue of greater safety, because lower-sodium oxybate reduces sodium burden and, therefore, cardiovascular morbidity.[13]

The aim of this study was to assess safety and efficacy of lower-sodium oxybate for the treatment of idiopathic hypersomnia. An additional aim (to be reported elsewhere) was to characterise the pharmacokinetics of lower-sodium oxybate in idiopathic hypersomnia.

## Methods

### Study design

A phase 3, double-blind, placebo-controlled, randomised withdrawal study was done at 50 specialist sleep centres in Belgium, Czech Republic, Finland, France, Poland, Spain, and the USA. The study consisted of a screening period of at least 30 days, an open-label titration and optimisation period (OLT; 10–14 weeks), a stable-dose period (SDP; 2 weeks), a double-blind, randomised withdrawal period (DBRWP; 2 weeks), an open-label safety extension period (OLE; 24 weeks), and a safety follow-up period (2 weeks; appendix p 4). The protocol was approved by either an independent ethics committee or an institutional review board at each site. The study was done in accordance with the International Conference on Harmonisation

See **Online** for appendix

For the **protocol** see https://clinicaltrials.gov/ct2/show/NCT03533114 and https://www.clinicaltrialsregister.eu/ctr-search/search?query=2018-001311-79

Guidelines for Good Clinical Practice and the Declaration of Helsinki.

## Participants

Eligible participants (recruited by investigators) were aged 18–75 years with a primary diagnosis of idiopathic hypersomnia (meeting ICSD-2 or ICSD-3 criteria)[1,3] and average nocturnal total sleep time of 7 h or more. Individuals with the long sleep time phenotype were identified clinically by investigators. Participants could be taking medications for idiopathic hypersomnia symptoms, including sodium oxybate, alerting agents, or both, or could be treatment naive. Individuals treated with alerting agents were required to have been taking the same dose and regimen for at least 2 months before screening and to agree to take the same dose throughout the study. An Epworth Sleepiness Scale (ESS[14]) score of 11 or more was required at screening and baseline for all participants except those taking sodium oxybate at study entry, who were instead required to have had clinical improvement of excessive daytime sleepiness with sodium oxybate treatment per the investigator's clinical judgment.

Key exclusion criteria were hypersomnia due to another medical, behavioural, sleep, or psychiatric disorder; evidence of untreated or inadequately treated sleep-disordered breathing, known or suspected respiratory difficulty, or any condition that might compromise breathing; history of bipolar or psychotic disorders, current or past (within 1 year) major depressive episode, or current suicidal risk; usual bedtime later than 0100 h; or a positive urine screen for benzodiazepines or other drugs of abuse, a positive alcohol test, history of substance abuse, or unwillingness to refrain from consuming alcohol. Use of alerting agents in participants who were not on a stable dose of these medications or any CNS sedating agents was prohibited. Participants provided written informed consent.

## Randomisation and masking

Participants who met randomisation criteria (appendix p 1) at the end of the SDP were randomly assigned 1:1 (via an interactive web recognition system) to either lower-sodium oxybate (same dose and regimen as in the SDP) or placebo (volume and regimen equivalent to the stable lower-sodium oxybate dose) for 2 weeks during the DBRWP. Randomisation was stratified by use of idiopathic hypersomnia treatment at study entry (sodium oxybate only, sodium oxybate plus alerting agent, alerting agent only, or treatment naive). A statistician (interactive web recognition system vendor) who was not involved in the conduct or analysis of this study prepared and retained the master randomisation code. Participants and investigators were aware of dosing during the OLT and the SDP, but during the DBRWP, participants and investigators were unaware of treatment assignments. Lower-sodium oxybate and placebo oral solution were

matched in volume, appearance, and taste to ensure adequate masking. A phase 1 taste study that was done in healthy individuals suggested that most (82%) participants could not distinguish between lower-sodium oxybate and placebo (sodium citrate oral solution with sucralose).

## Procedures

Participants taking sodium oxybate at study entry transitioned to lower-sodium oxybate (oral solution) at the same dose and regimen as for sodium oxybate gram for gram. Participants not taking sodium oxybate at study entry entered the OLT and initiated lower-sodium oxybate treatment on a once-nightly or twice-nightly dosing regimen, at the investigator's discretion.

A once-nightly dose was taken at bedtime or after an initial sleep period. The maximum starting dose allowed for once-nightly dosing was 3 g. For twice-nightly dosing, the total nightly dose was divided into two doses, with the first dose taken at bedtime or after an initial sleep period, and the second dose taken 2·5–4 h later. The maximum total nightly starting dose allowed for twice-nightly dosing was 4·5 g/night (ie, two doses of 2·25 g each). For all participants, lower-sodium oxybate dosing could be increased by no more than 1·5 g/night per week to optimise efficacy and tolerability during the OLT, or could be reduced at any time for tolerability. The maximum single dose allowed was 6 g, and the maximum total nightly dose allowed was 9 g. Unequally divided twice-nightly dosing was allowed, if needed.

No food or fluid restrictions related to dosing were imposed, which is contrary to the restriction of food and fluid within 2 h before dosing as directed in a previous study on narcolepsy[11] and as recommended in the prescribing information.[12] Suggested guidelines for switching dosing regimens are provided in the appendix (p 1). Thrice-nightly dosing was allowed after initiation at once-nightly or twice-nightly dosing.

During the SDP, participants remained on their individually optimised stable lower-sodium oxybate dose, unchanged, for 2 weeks. With the exception of individuals who were being treated with sodium oxybate at study entry, participants were required to show a benefit of lower-sodium oxybate (at the end of the SDP, compared with baseline) to enter the DBRWP. On completing the DBRWP, participants entered a 24-week OLE period and had a safety follow-up visit 2 weeks after the OLE.

Scheduled clinic visits occurred at screening, at baseline (OLT day 1), during the OLT (weeks 1, 4, and 8), at the end of the OLT and the start of the SDP, at the end of the SDP and the start of the DBRWP, at the end of the DBRWP or early termination, during the OLE (weeks 2, 6, and 14), at the end of the OLE or early termination, and at a safety follow-up visit 2 weeks after completion of the OLE or early termination. The schedule of efficacy and safety assessments is described in the appendix (p 5). Reasons for early discontinuation are listed in the appendix (p 1).

## Outcomes

The primary efficacy endpoint was change in ESS score from the end of the SDP to the end of the DBRWP. Although a clinically meaningful change in ESS score for participants with idiopathic hypersomnia has not yet been defined, a reduction of 2 points has been suggested as clinically significant across patients with central disorders of hypersomnolence in the current treatment guidelines from the American Academy of Sleep Medicine.[15]

Key secondary endpoints were change in Idiopathic Hypersomnia Severity Scale (IHSS) score from the end of the SDP to the end of the DBRWP, and the proportion of participants reporting worsening of symptoms (minimally, much, or very much worse) on the Patient Global Impression of Change (PGIc) at the end of the DBRWP relative to the end of the SDP. The IHSS, a validated and reliable instrument to evaluate the severity and functional consequences of symptoms of idiopathic hypersomnia, is sensitive to clinical changes following treatment.[16,17] Other protocol-defined secondary endpoints were the proportion of participants rated by investigators as worse (minimally, much, or very much worse) on the Clinical Global Impression of Change (CGIc) at the end of the DBRWP, and the change in Functional Outcomes of Sleep Questionnaire, short version (FOSQ-10)[18] total score from the end of the SDP to the end of the DBRWP.

Prespecified analyses for the primary, key secondary, and other secondary endpoints were done in the overall modified intention-to-treat population. This population comprised all participants who were randomly assigned, who took at least one dose of study medication during the DBRWP, and who had at least one set of post-randomisation assessments for ESS or IHSS, or PGIc.

Post-hoc analyses for the primary and key secondary endpoints were done in subgroups of participants. These subgroups were based on sex, dosing regimen of lower-sodium oxybate (once or twice nightly), idiopathic hypersomnia phenotype (with or without long sleep time), and baseline idiopathic hypersomnia treatment (taking idiopathic hypersomnia medication or treatment naive).

A protocol-defined exploratory endpoint was change in mean visual analogue scale for sleep inertia (VAS-SI) daily scores from the last week of the SDP to the last week of the DBRWP. The VAS-SI is a self-reported measure of difficulty awakening. Participants used an electronic hand-held device each morning by marking a point on a 100-point scale with anchors labelled as very easy (0) and very difficult (100). An additional protocol-defined exploratory endpoint was change in the Work Productivity and Activity Impairment Questionnaire: Specific Health Problem (WPAI:SHP)[19] from the end of the SDP to the end of the DBRWP, with four items: percentage of work time missed owing to idiopathic hypersomnia (absenteeism); percentage impairment while working due to idiopathic hypersomnia (presenteeism); percentage overall work impairment due to idiopathic hypersomnia (absenteeism plus presenteeism); and percentage activity impairment due to idiopathic hypersomnia. Items relating to work productivity were completed by participants in employment; the item relating to activity impairment was completed by all participants. A final protocol-defined exploratory endpoint was total sleep time, collected by means of sleep diaries completed by participants. Findings for total sleep time are not reported here because the funder established that participants had incorrectly entered information into their sleep diaries, and these data could not be used as recorded.

Safety assessments included treatment-emergent adverse events (TEAEs), defined as any events with an onset date on or after the first dose of study drug, including adverse events that occurred until 30 days after the last dose. Safety assessments included collection of participant-reported TEAEs from investigators. Other safety assessments were physical examinations, vital signs, electrocardiograms, clinical laboratory tests, and the Columbia-Suicide Severity Rating Scale (C-SSRS).[20] A full schedule of safety assessments is provided in the appendix (p 5). All safety assessments were done in the safety population, which included all participants who took at least one dose of study medication. A post-hoc safety analysis was done in participants taking lower-sodium oxybate once or twice nightly during the open-label periods. Another post-hoc safety analysis was done in participants exposed or not exposed to a single dose greater than 4·5 g at any time during the study.

## Statistical analysis

The planned sample size was 56 participants randomly assigned per treatment group (total randomised sample size of 112 participants), which would provide 91·8% power to detect a difference of 3·5 points in ESS between lower-sodium oxybate and placebo, from the end of the SDP to the end of the DBRWP. This study was originally designed to include an optional interim analysis for efficacy and, thus, calculations were based on a two-sample Z test with a group-sequential design, including one interim analysis at 60% information fraction, which used a Lan-DeMets alpha spending function that approximates the O'Brien-Fleming boundaries, a common SD of 5·5 points in the change in ESS for both groups, and a two-sided significance level of 0·05. Assuming a 20% dropout rate before randomisation, approximately 140 participants were planned to be enrolled. A data monitoring committee was specified for the optional interim analysis before efficacy database lock; however, this analysis was later deemed unnecessary and was not done.

Efficacy analyses include data obtained up to the end of the OLE; all observed data are reported. The primary efficacy endpoint was analysed by an ANCOVA model including treatment group and baseline medication group as fixed effects and ESS score at the end of the SDP as a covariate. Changes in IHSS score and FOSQ-10 score were analysed similarly to the primary efficacy



*Figure 1:* **Trial profile**
SXB=sodium oxybate. DBRWP=double-blind, randomised withdrawal period. OLE=open-label extension. *Primary reason for not being enrolled; some participants had more than one reason. †Other reasons included lack of efficacy (n=5), protocol deviation (n=1), withdrawal by participant (n=3), lost to follow-up (n=1), and noncompliance with study drug (n=1). ‡Both participants were treatment naïve at study entry; one had a Patient Global Impression of Change rating of much worse at end of the SDP compared with baseline, and the other had no change in Epworth Sleepiness Scale score or PGIc score at end of the SDP compared with baseline. §Other reasons included lack of efficacy (n=1), withdrawal by participant (n=1), and investigator decision (n=1); details for participants not meeting randomisation criteria (n=2) are described in the appendix (p 2). ¶This participant had a PGIc rating of minimally worse at the end of the SDP compared with baseline.

**Articles**

| | Enrolled participants (safety population; n=154) | Randomised treatment group (modified intention-to-treat population; n=115) | |
|---|---|---|---|
| | | Lower-sodium oxybate group (n=56) | Placebo group (n=59) |
| **Age, years** | | | |
| Mean | 40·3 (13·7) | 43·4 (14·4) | 38·5 (13·0) |
| Median | 39·0 (29·0–49·0) | 43·0 (31·0–52·5) | 35·0 (28·0–44·0) |
| **Sex** | | | |
| Male | 49 (32%) | 17 (30%) | 16 (27%) |
| Female | 105 (68%) | 39 (70%) | 43 (73%) |
| **Body-mass index, kg/m²** | | | |
| Mean | 27·4 (7·4) | 28·7 (9·7) | 27·2 (6·1) |
| Median | 26·2 (22·6–30·0) | 26·6 (23·4–31·3) | 26·3 (22·5–30·3) |
| **Race** | | | |
| White | 129 (84%) | 48 (86%) | 45 (76%) |
| Black or African American | 9 (6%) | 3 (5%) | 4 (7%) |
| Asian | 0 | 0 | 0 |
| American Indian or Alaska Native | 0 | 0 | 0 |
| Native Hawaiian or other Pacific Islander | 1 (1%) | 0 | 1 (2%) |
| Declined to state | 14 (9%) | 5 (9%) | 8 (14%) |
| Multiple | 1 (1%) | 0 | 1 (2%) |
| **Region** | | | |
| North America | 104 (68%) | 35 (63%) | 42 (71%) |
| Europe | 50 (32%) | 21 (38%) | 17 (29%) |
| **Treatment at study entry** | | | |
| Sodium oxybate | 2 (1%) | 1 (2%) | 1 (2%) |
| Sodium oxybate plus alerting agent* | 4 (3%) | 1 (2%) | 3 (5%) |
| Alerting agent only* | 82 (53%) | 31 (55%) | 31 (53%) |
| Treatment naive | 66 (43%) | 23 (41%) | 24 (41%) |
| **Idiopathic hypersomnia diagnosis** | | | |
| With long sleep time | 31 (20%) | 13 (23%) | 11 (19%) |
| Without long sleep time | 123 (80%) | 43 (77%) | 48 (81%) |
| **Baseline ESS†** | | | |
| Mean | 16·1 (3·6) | 15·6 (3·3) | 15·9 (4·2) |
| Median | 16·5 (14–19) | 16 (14–17·5) | 17 (14–19) |
| **Baseline Idiopathic Hypersomnia Severity Scale‡ total score** | | | |
| Mean | 32·1 (8·0) | 31·1 (8·2) | 32·0 (8·5) |
| Median | 33·0 (28–37) | 33·0 (26·5–36) | 33·0 (27–39) |
| **Baseline CGIs** | | | |
| Normal, not at all ill | 0 | 0 | 0 |
| Borderline ill | 1 (1%) | 1 (2%) | 0 |
| Mildly ill | 4 (3%) | 4 (7%) | 0 |
| Moderately ill | 55 (36%) | 21 (38%) | 24 (41%) |
| Markedly ill | 63 (41%) | 19 (34%) | 21 (36%) |
| Severely ill | 30 (19%) | 11 (20%) | 13 (22%) |
| Among the most extremely ill | 1 (1%) | 0 | 1 (2%) |

Data are mean (SD), median (IQR), or n (%). CGI=Clinical Global Impression of Severity. ESS=Epworth Sleepiness Scale. *Alerting agents are defined as either traditional stimulants or wake-promoting agents. Traditional stimulants are primarily methylphenidates or amphetamines; wake-promoting agents include modafinil, armodafinil, pitolisant, or solriamfetol. †The ESS is a self-administered questionnaire consisting of eight questions that assess the likelihood of falling asleep in different situations; the ESS total score ranges from 0 to 24, with higher scores indicating greater daytime sleepiness.⁴⁸ ‡The IHSS is a 14-item self-administered questionnaire that assesses the severity of idiopathic hypersomnia, including symptom frequency, intensity, and consequences; the Idiopathic Hypersomnia Severity Scale score ranges from 0 to 50, with higher scores indicating more severe and frequent symptoms.⁴⁶

*Table 1:* Baseline characteristics

endpoint, by means of ANCOVA. The proportion of participants with worsening of symptoms on PGIc and CGIc was compared between treatment groups by means of the Cochran-Mantel-Haenszel test stratified by baseline idiopathic hypersomnia medication group.

A hierarchical fixed-sequence testing strategy was implemented to preserve the family-wise type 1 error rate at the 0·05 significance level for two-sided testing of the primary endpoint followed by the key secondary endpoints (PGIc, then IHSS). All other secondary and exploratory endpoints and subgroup analyses were tested without adjustments for multiplicity; these p values are considered nominal.

Statistical analyses were done using SAS version 9.4 (or higher). Additional statistical details, including post-hoc analyses of exploratory endpoints and safety data, and

post-hoc analyses of primary and key secondary endpoints by subgroups defined by sex, dosing regimen, long sleep phenotype, and baseline medication, are described in the appendix (pp 1–2).

The study is registered online with ClinicalTrials.gov, NCT03533114, and EU Clinical Trials, 2018-001311-79.

### Role of the funding source
PC, AS, FS, JB, RP, and DC are (or were) employees of the funder and had a role in study design, data collection, data analysis, data interpretation, or writing of the report.

### Results
Enrolment began on Nov 27, 2018, and was completed on March 6, 2020. Of 244 candidates screened, 154 were enrolled and received at least one dose of treatment during



**Figure 2:** Change in ESS scores from the start of the OLT to the end of the DBRWP and difference between groups (primary outcome analysis; A) and post-hoc subgroup analysis of difference in ESS scores between groups (B)
Datapoints in (A) are mean and error bars show SD. DBRWP=double-blind, randomised withdrawal period. OLT=open-label titration and optimisation period. SDP=stable-dose period. *n=114 at weeks 1 and 8.

| | Lower-sodium oxybate group (n=56) | | | Placebo group (n=59) | | | Difference between groups | p value |
|---|---|---|---|---|---|---|---|---|
| | Baseline | End of SDP | End of DBRWP | Baseline | End of SDP | End of DBRWP | | |
| **Primary outcome** | | | | | | | | |
| Epworth Sleepiness Scale | 15·6 (3·3) | 6·3 (4·3) | 7·0 (5·0) | 15·9 (4·2) | 5·8 (3·7) | 13·3 (4·1) | Least squares mean difference (95% CI): −6·5 (−8·0 to −5·0) | <0·0001 |
| **Key secondary outcomes** | | | | | | | | |
| Idiopathic Hypersomnia Severity Scale | 31·1 (8·2) | 15·5 (9·2) | 16·9 (8·1) | 32·0 (8·6) | 15·2 (7·8) | 28·5 (9·0) | Estimated median difference (95% CI) −12·0 (−15·0 to −8·0) | <0·0001 |
| Patient Global Impression of Change | | | | | | | | |
| Very much improved | .. | .. | 5 (9%) | .. | .. | 0 | .. | .. |
| Much improved | .. | .. | 13 (23%) | .. | .. | 3 (5%) | .. | .. |
| Minimally improved | .. | .. | 3 (5%) | .. | .. | 1 (2%) | .. | .. |
| No change | .. | .. | 23 (41%) | .. | .. | 3 (5%) | .. | .. |
| Minimally worse | .. | .. | 9 (16%) | .. | .. | 14 (24%) | .. | .. |
| Much worse | .. | .. | 2 (4%) | .. | .. | 22 (37%) | .. | .. |
| Very much worse | .. | .. | 1 (2%) | .. | .. | 16 (27%) | .. | .. |
| Proportion worsened (minimally, much, or very much worse) | .. | .. | 12 (21%) | .. | .. | 52 (88%) | Difference in proportion (95% CI) −67 (−80 to −53) | <0·0001 |
| **Other secondary outcomes** | | | | | | | | |
| Clinical Global Impression of Change | .. | .. | .. | .. | .. | .. | .. | .. |
| Very much improved | .. | .. | 8 (14%) | .. | .. | 0 | .. | .. |
| Much improved | .. | .. | 8 (14%) | .. | .. | 5 (8%) | .. | .. |
| Minimally improved | .. | .. | 6 (11%) | .. | .. | 1 (2%) | .. | .. |
| No change | .. | .. | 22 (39%) | .. | .. | 1 (2%) | .. | .. |
| Minimally worse | .. | .. | 9 (16%) | .. | .. | 9 (15%) | .. | .. |
| Much worse | .. | .. | 2 (4%) | .. | .. | 26 (44%) | .. | .. |
| Very much worse | .. | .. | 1 (2%) | .. | .. | 17 (29%) | .. | .. |
| Proportion worsened (minimally, much, or very much worse) | .. | .. | 12 (21%) | .. | .. | 52 (88%) | Difference in proportion (95% CI) −67 (−80 to −53) | <0·0001* |
| Functional Outcomes of Sleep Questionnaire, short version | .. | 17·3 (15·8 to 19·3) | 17·4 (14·7 to 18·7) | .. | 17·5 (15·2 to 19·0) | 12·7 (10·8 to 14·5) | Estimated median difference (95% CI) 3·7 (2·5 to 5·0) | <0·0001* |

Data are mean (SD), n (%), or median (IQR) unless stated otherwise. DBRWP=double-blind, randomised withdrawal period. SDP=stable-dose period. *p value is nominal.

*Table 2:* Scores on primary, key secondary, and other secondary outcomes in the modified intention-to-treat population

the OLT (safety population; figure 1). 31 participants, none taking sodium oxybate at study entry, discontinued before the SDP. Seven participants, none taking sodium oxybate at study entry, discontinued after the SDP and before the DBRWP (appendix p 2). 116 participants were randomly assigned either lower-sodium oxybate (n=57) or placebo (n=59). Two participants in the placebo group did not complete the DBRWP but met criteria for inclusion in the modified intention-to-treat population, and one participant assigned lower-sodium oxybate did not complete the DBRWP and was excluded from the modified intention-to-treat population owing to having missed the post-randomisation efficacy assessments (appendix p 2). Therefore, 115 participants were included in the modified intention-to-treat population (lower-sodium oxybate, n=56; placebo, n=59). The last participant completed the DBRWP

on June 12, 2020. 95 participants completed the OLE. The last participant visit was Dec 18, 2020.

In the safety population, the median age of participants was 39·0 (IQR 29·0–49·0) years, and most were female (105 [68%]) and White (129 [84%]; table 1). The mean baseline ESS score was 16·1 (SD 3·6) and the IHSS total score was 32·1 (8·0). On the Clinical Global Impression of Severity scale, most participants were moderately (55 [36%]), markedly (63 [41%]), or severely (30 [19%]) ill at baseline.

40 (26%) of 154 participants initiated lower-sodium oxybate treatment with a once-nightly regimen. During the SDP, 27 (23%) of 115 participants in the modified intention-to-treat population were taking a once-nightly regimen, of whom 13 (48%) initiated treatment once nightly during the OLT. 88 (77%) of 115 participants in



***Figure 3:*** **Change in Idiopathic Hypersomnia Severity Scale scores from the start of the OLT to the end of the DBRWP and difference between groups (A) and PGIc ratings at the end of the DBRWP (B)**

Datapoints in (A) are mean and error bars show SD. DBRWP=double-blind, randomised withdrawal period. OLT=open-label titration and optimisation period. PGIc=Patient Global Impression of Change. SDP=stable-dose period. *n=114 at weeks 1 and 8.

the modified intention-to-treat population were taking a twice-nightly regimen, of whom 76 (86%) initiated treatment twice nightly during the OLT. The median total dose of lower-sodium oxybate during the SDP was 4·5 (IQR 3·0–5·0) g/night (once nightly) and 7·5 (6·5–8·1) g/night (twice nightly).

ESS scores decreased (indicating improvement) with lower-sodium oxybate treatment during the OLT, and the decrease was maintained during the SDP (figure 2A; table 2). In the overall modified intention-to-treat population, mean ESS scores were 15·7 (SD 3·8) at baseline and 6·1 (SD 4·0) at the end of the SDP. From

the end of the SDP to the end of the DBRWP, ESS scores remained stable in participants randomly assigned to continue lower-sodium oxybate treatment (6·3 [SD 4·3] at end of the SDP; 7·0 [5·0] at end of the DBRWP; change from the SDP, 0·7 [3·2]) and increased (indicating worsening) in participants randomised to placebo (5·8 [3·7] at end of the SDP; 13·3 [4·1] at end of the DBRWP; change from the SDP, 7·4 [5·2]). At the end of the DBRWP, the least squares mean difference between groups in change in ESS score was −6·5 (95% CI −8·0 to −5·0; p<0·0001). Post-hoc analyses of the primary endpoint indicated that the results were similar in

|  | Enrolled participants (n=154) | Treatment at study entry | |
|---|---|---|---|
|  |  | Taking idiopathic hypersomnia medication† (n=88) | Treatment naive‡ (n=66) |
| Participants with ≥1 treatment-emergent adverse event | 123 (80%) | 73 (83%) | 50 (76%) |
| Preferred term in ≥5% of participants | | | |
| Nausea | 34 (22%) | 21 (24%) | 13 (20%) |
| Headache | 27 (18%) | 15 (17%) | 12 (18%) |
| Dizziness | 19 (12%) | 8 (9%) | 11 (17%) |
| Anxiety | 17 (11%) | 10 (11%) | 7 (11%) |
| Vomiting | 17 (11%) | 14 (16%) | 3 (5%) |
| Decreased appetite | 14 (9%) | 7 (8%) | 7 (11%) |
| Diarrhoea | 12 (8%) | 9 (10%) | 3 (5%) |
| Nasopharyngitis | 12 (8%) | 6 (7%) | 6 (9%) |
| Upper respiratory tract infection | 12 (8%) | 7 (8%) | 5 (8%) |
| Urinary tract infection | 12 (8%) | 6 (7%) | 6 (9%) |
| Fatigue | 11 (7%) | 7 (8%) | 4 (6%) |
| Insomnia | 11 (7%) | 9 (10%) | 2 (3%) |
| Dry mouth | 10 (6%) | 8 (9%) | 2 (3%) |
| Night sweats | 9 (6%) | 7 (8%) | 2 (3%) |
| Tremor | 9 (6%) | 9 (10%) | 0 |
| Muscle spasms | 8 (5%) | 7 (8%) | 1 (2%) |

Data are n (%). *Through completion of the open-label extension period (last participant visit on Dec 18, 2020). †Includes participants taking sodium oxybate or an alerting agent, or both, at study entry. ‡Includes participants not taking sodium oxybate or an alerting agent at study entry.

*Table 3:* Treatment-emergent adverse events across all study periods* (excluding placebo data), by treatment at study entry (safety population)

subgroups defined by sex, dosing regimen, long sleep phenotype, and baseline medication (figure 2B; appendix p 2).

IHSS scores decreased (indicating improvement) with lower-sodium oxybate treatment during the OLT, and the decrease was maintained during the SDP (figure 3A; table 2). From the end of the SDP to the end of the DBRWP, mean IHSS scores remained stable in participants randomly assigned to continue lower-sodium oxybate treatment (15·5 [SD 9·2] at the end of the SDP; 16·9 [8·1] at the end of the DBRWP) and increased (indicating worsening) in participants randomly assigned to placebo (15·2 [7·8] at the end of the SDP; 28·5 [9·0] at the end of the DBRWP). The difference in change in IHSS score was significant (estimated median difference in change −12·0; 95% CI −15·0 to −8·0; p<0·0001).

The distribution of PGIc ratings at the end of the DBRWP showed that more participants randomly assigned to placebo (52 [88%] of 59) reported worsening (minimally, much, or very much worse) of idiopathic hypersomnia

symptoms compared with those randomly assigned to continue lower-sodium oxybate treatment (12 [21%] of 56; figure 3B), corresponding to a difference of −67 percentage points (95% CI −80 to −53; p<0·0001; table 2). Similarly, the distribution of CGIc ratings showed worsening in fewer participants randomly assigned to lower-sodium oxybate (table 2).

Post-hoc analyses of baseline ESS and IHSS scores by treatment at study entry, and subgroup analyses of ESS and IHSS scores by idiopathic hypersomnia long sleep phenotype, are shown in the appendix (pp 2–3).

FOSQ-10 scores increased (indicating improvement) with lower-sodium oxybate treatment from baseline to the end of the SDP, then remained stable during the DBRWP in the group randomly assigned to lower-sodium oxybate and decreased in the placebo group (estimated median difference 3·7; 95% CI 2·5–5·0; p<0·0001; table 2). VAS-SI results indicated improvement with lower-sodium oxybate on sleep inertia, and WPAI:SHP results indicated improvement with lower-sodium oxybate on work–activity impairment (appendix pp 3, 6).

In all study periods, TEAEs were reported by 123 of 154 participants (safety population), including 73 (83%) of 88 participants taking medication at study entry for the treatment of idiopathic hypersomnia symptoms and 50 (76%) of 66 participants who were treatment naive at study entry (table 3). Most participants had TEAEs that were mild (114 [74%] of 154) or moderate (77 [50%]) in severity; a severe TEAE was reported for one (1%) participant who had dysmenorrhoea, which was deemed by the investigator to be not related to the study drug. There were no deaths. TEAEs reported by more than 10% of participants across all study periods (excluding placebo data) were nausea (34 [22%] of 154), headache (27 [18%]), dizziness (19 [12%]), anxiety (17 [11%]), and vomiting (17 [11%]). TEAEs reported by 5% or more enrolled participants are shown in table 3.

Four participants had nine serious TEAEs, none of which were deemed to be related to study drug by the investigator. One participant reported a serious TEAE of rhabdomyolysis (without myoglobinuria) during the OLT, while taking lower-sodium oxybate, after initiating a new exercise programme. One participant with a medical history of sponge kidney had multiple serious TEAEs of nephrolithiasis during the OLT and the OLE, and one serious TEAE of pyelonephritis during the OLE, while taking lower-sodium oxybate. One participant had a serious TEAE of non-cardiac chest pain during the OLE, while taking lower-sodium oxybate. One participant with a medical history of syncope had a serious TEAE of syncope during the safety follow-up period.

TEAEs leading to study discontinuation occurred in 26 (17%) of 154 participants while receiving lower-sodium oxybate treatment; of these, 20 (13%) occurred during the OLT, two (1%) during the SDP, one (1%) during the DBRWP, and three (2%) during the OLE. One participant

had a TEAE leading to discontinuation while randomly assigned to placebo during the DBRWP. The most common TEAEs leading to discontinuation were in the Medical Dictionary for Regulatory Activities (version 19.1) system organ class of psychiatric disorders, with 13 (8%) participants reporting at least one TEAE leading to discontinuation within this category. TEAEs leading to discontinuation that were reported by multiple participants included anxiety (n=4), insomnia (n=3), nausea (n=3), and confusion (n=2); all other TEAEs leading to discontinuation were reported by one participant each. One participant withdrew from the study owing to a TEAE of paraesthesia during the OLT, which was considered by the investigator to be unrelated to study drug administration. At the early termination visit, this participant reported a positive response on the C-SSRS. All C-SSRS responses were negative at the safety follow-up visit. There were no other positive responses to the C-SSRS by any participant during the study.

TEAEs were similar in participants taking lower-sodium oxybate once or twice nightly (post-hoc analysis) and in participants exposed or not exposed to a single dose greater than 4·5 g (post-hoc analysis; appendix pp 3, 7, 8).

There were no clinically relevant changes in clinical laboratory evaluations, physical examinations, or electrocardiograms. Vital signs were generally unremarkable; markedly abnormal systolic or diastolic blood pressure or heart rate values were infrequent, and none occurred in more than one participant taking lower-sodium oxybate across all study periods. No participants reported TEAEs of suicidal ideation or suicidal behaviour.

## Discussion

In this phase 3, placebo-controlled, double-blind, randomised withdrawal study, lower-sodium oxybate showed clinically meaningful improvements in excessive daytime sleepiness and overall idiopathic hypersomnia symptoms, and reduced the impact of idiopathic hypersomnia symptoms on daily life, sleep inertia, and quality of life, in adults with idiopathic hypersomnia.

Overall, demographics were similar between randomised treatment groups, given overlapping means and large variance in age and body-mass index. Most participants had moderate-to-severe idiopathic hypersomnia at study entry. Age and sex of the study population were representative of the idiopathic hypersomnia population.[21,22] The mean baseline ESS score in the safety population (16·1) was well above the normal range (≤10 points) and similar to that in other idiopathic hypersomnia studies.[10,16,23–25] The mean baseline ESS score was 5·7 in participants entering the study taking sodium oxybate (n=6). Low ESS scores at the end of the SDP were maintained with double-blind lower-sodium oxybate treatment, whereas a significant and clinically meaningful increase (worsening) occurred with placebo. These

primary efficacy results were similar across subgroups stratified by idiopathic hypersomnia phenotype (with and without long sleep time), sex, dosing regimen, and baseline idiopathic hypersomnia treatment. The reduction in mean ESS score from baseline to 6·1 at the end of the SDP (in the modified intention-to-treat population) represents a substantial treatment effect.

The mean baseline IHSS score in the safety population (32·1) is consistent with the score reported in untreated patients with idiopathic hypersomnia (32·1), and well above that for healthy controls (10·5) in a previous study.[16] The mean baseline IHSS score was 15·1 in participants entering the study taking sodium oxybate. Mean IHSS scores declined (improved) to 15·3 at the end of the SDP (in the modified intention-to-treat population), then remained stable with continuing lower-sodium oxybate treatment and increased in participants randomly assigned to placebo during the DBRWP. These effects suggest a positive effect of lower-sodium oxybate on idiopathic hypersomnia symptoms and consequences. Furthermore, lower-sodium oxybate treatment was associated with benefits in overall idiopathic hypersomnia symptoms (PGIc and CGIc), sleep inertia (VAS-SI), daily activities (FOSQ-10), and work productivity (WPAI:SHP).

In the safety analysis, 123 (80%) of 154 participants reported TEAEs, mostly mild or moderate in severity. Commonly reported TEAEs, as expected from previous studies of lower-sodium oxybate and sodium oxybate, included nausea, headache, dizziness, anxiety, and vomiting. TEAEs in participants (n=34) who took any dose of lower-sodium oxybate greater than 4·5 g were similar.

This study has strengths. This is, we believe, the first large, international, randomised, double-blind, placebo-controlled study showing a significant benefit of treatment with oxybate in idiopathic hypersomnia. The findings represent an advance in a therapeutic area with few clinical studies and, consequently, little empirical basis for treatment decisions. The study design afforded several benefits. The OLT allowed individualisation of lower-sodium oxybate dosing (with once-nightly or twice-nightly options), similar to the real-world scenario, rather than assigned dosing. Individualised dosing might be important, given the presumed heterogeneity of idiopathic hypersomnia. The 2-week DBRWP minimised placebo exposure while maintaining sensitivity to detect clinically meaningful and significant differences between randomised treatment groups, as shown in previous lower-sodium oxybate and sodium oxybate narcolepsy studies.[11,26] Use of endpoints assessing multiple symptoms and consequences of idiopathic hypersomnia, including newer measures (eg, IHSS, VAS-SI), exceeds the scope of previous studies that were generally limited to single symptoms (eg, excessive daytime sleepiness) and provides a more holistic picture of the disease state and therapeutic benefit of lower-sodium oxybate. Results

show the efficacy of lower-sodium oxybate on key symptoms of idiopathic hypersomnia (excessive daytime sleepiness, prolonged night-time sleep, sleep inertia), measured either directly (ESS, VAS-SI) or as part of more comprehensive measures of idiopathic hypersomnia symptom severity and consequences (IHSS, PGIc, CGIc), as well as on functioning and quality of life (FOSQ-10, WPAI:SHP). Finally, the study population was large for a rare disease, and appeared to represent the broader idiopathic hypersomnia population in the nature and severity of symptoms (eg, significant excessive daytime sleepiness; IHSS scores consistent with untreated people with idiopathic hypersomnia). Considering this and the consistency of results across subgroups, the findings are probably generalisable.

The study has limitations. Because participants entering the study taking sodium oxybate had to have documented clinical improvement of excessive daytime sleepiness with that treatment, they represent an enriched population; however, because six of 154 participants entered the study taking sodium oxybate, this enrichment had minimal effect. The OLT period also enriches for lower-sodium oxybate response because only participants who showed improvement were randomly assigned. Three participants did not meet criteria for response to lower-sodium oxybate; two were excluded from randomisation and one was randomly assigned in error and did not complete the DBRWP. 31 participants (20 owing to TEAEs) discontinued the study before the SDP, possibly affecting the generalisability of the results. Owing to the study design, participants can become accustomed to the effects of open-label treatment, potentially leading to inadvertent unmasking at randomised withdrawal. The study included participants with and without long sleep time; thus, the population might be non-uniform.[27] Analysis showed good response in both subgroups; however, the smaller number of participants with long sleep time might limit the certainty of those findings.

The mechanism of action of lower-sodium oxybate in idiopathic hypersomnia is not fully understood. The effects of oxybate on excessive daytime sleepiness and cataplexy are hypothesised to be mediated through inhibitory $GABA_B$ receptor actions at dopaminergic, noradrenergic, and thalamocortical neurons during sleep, which could lead to improved function during the day.[9,12,28] In contrast to other central disorders of hypersomnolence, night-time sleep in idiopathic hypersomnia is believed to be relatively consolidated,[29] particularly with long sleep time,[30] although disturbed slow-wave sleep and sleep fragmentation can occur.[31,32] Better understanding of the disease state and nocturnal sleep characteristics, and the effect of lower-sodium oxybate on sleep in idiopathic hypersomnia, is needed.

In conclusion, this study of adults with idiopathic hypersomnia suggests that night-time administration of lower-sodium oxybate is well tolerated and associated with clinically meaningful improvements, including for

participants with and without long sleep time and with once-nightly and twice-nightly dosing. Idiopathic hypersomnia is a disease with a key unmet need, as off-label medications often have little success. An approved, effective medication for idiopathic hypersomnia will benefit patients by enabling increased participation in academic, social, and work domains, and will support clinician recognition of the necessity to accurately diagnose and effectively manage idiopathic hypersomnia. These findings indicate that lower-sodium oxybate might be useful for the management of idiopathic hypersomnia as a first-line therapy and in combination with an alerting agent.

### Contributors
YD participated in the study design, provided the Idiopathic Hypersomnia Severity Scale, enrolled participants, verified the underlying data, and wrote parts of the manuscript with input from other authors. IA participated in the study design, enrolled participants, and wrote parts of the manuscript with input from other authors. NF-S, AMM, KŠ, MJT, and EM enrolled participants. PC participated in the study design, verified the underlying data, and had oversight of the study. RP participated in the study design, verified the underlying data, and did the statistical analyses. JB and AS participated in the study design.DC participated in the study design and had oversight of the study. FS had oversight of the study. RKB enrolled participants. All authors had full access to all data in the study, critically revised the manuscript, and had final responsibility for the decision to submit for publication. The final manuscript was approved by all authors.

### Declaration of interests
YD is a consultant for and has participated in advisory boards for Jazz Pharmaceuticals, UCB Pharma, Avadel, Idorsia, Takeda, Theranexus, and Bioprojet. IA has participated in an advisory board for Idorsia. NF-S has received research grants or contracts from Jazz Pharmaceuticals, Suven, and Takeda; served on an advisory committee for Jazz Pharmaceuticals; received support for attending meetings or travel from Jazz Pharmaceuticals; and participated in clinical trials supported by Jazz Pharmaceuticals, Suven, and Takeda. AMM has received research funding from the National Institutes of Health, Geisinger Health Plan, and the Klarman Foundation; has been a site investigator for Avadel Pharmaceuticals and Jazz Pharmaceuticals; has served on an advisory board/speakers bureau for Jazz Pharmaceuticals; has received payment or honoraria from Harmony Biosciences; and has served on an AASM public advocacy committee. KŠ has served on the speakers' bureau for Sanofi, Angelini, and Stada and as a consultant for AOP Orphan; participated in advisory boards for UCB and in clinical trials for Jazz Pharmaceuticals, Flamel-Avadel, and Luitpold Pharmaceuticals; and received funding from the Ministry of Health, Czech Republic, and the Michael J Fox Foundation. MJT has received research or grant support and consultancy fees from Jazz Pharmaceuticals, Harmony Biosciences, Balance Therapeutics, Axsome Therapeutics, and Avadel Pharmaceuticals; and has participated in data safety monitoring or advisory boards for Axsome, Balance Therapeutics, Eisai Pharmaceuticals, Flamel–Avadel, Harmony Biosciences, LLC, Jazz Pharmaceuticals, NLS Pharmaceuticals, Suven Life Sciences, Takeda Pharmaceutical, and XW Pharma. EM has received research support from Apple, Jazz Pharmaceuticals, Merck, Takeda, and Huami; is a consultant for Dreem, Alerion, Orexia, and Inexia; and is on the speakers' bureau for Vox Media. PC, AS, and FS are full-time employees of Jazz Pharmaceuticals who, in the course of this employment, have received stock options exercisable for, and other stock awards of, ordinary shares of Jazz Pharmaceuticals. RP and DC are former full-time employees of Jazz Pharmaceuticals who, in the course of this employment, received stock options exercisable for, and other stock awards of, ordinary shares of Jazz Pharmaceuticals. JB is a part-time employee of Jazz Pharmaceuticals and shareholder of Jazz Pharmaceuticals. RKB has served on the speakers' bureau and participated in advisory boards for Jazz Pharmaceuticals; has received consulting fees from

Jazz Pharmaceuticals and Harmony Biosciences; and has received payment or honoraria from Eisai.

**Data sharing**

All relevant data are provided within the article and appendix. Additional data might be made available on request following an evaluation of research need. Please direct requests to Patricia.Chandler@jazzpharma.com.

**Acknowledgments**

The authors thank the study participants, study investigators, and study staff for their contributions to this research. This study was sponsored by Jazz Pharmaceuticals. Under the direction of the authors, Karyn Liu (an employee of Peloton Advantage, LLC, an OPEN Health company) provided medical writing and editorial support. Jazz Pharmaceuticals provided funding to Peloton Advantage for medical writing and editorial support.

**References**

1    American Academy of Sleep Medicine. Idiopathic hypersomnia. In: International classification of sleep disorders, 3rd edn. Darien, IL: American Academy of Sleep Medicine, 2014.

2    Srivastava B, Morris S, Banderas B, Lowe C, Dauvilliers Y. Patient-reported symptoms and health-related quality of life impacts of idiopathic hypersomnia. 146th annual meeting of the American Neurological Association; Oct 17–19, 2021 (abstract 282).

3    American Academy of Sleep Medicine. The international classification of sleep disorders: diagnostic & coding manual, 2nd edn. Westchester, IL: American Academy of Sleep Medicine, 2005.

4    Arnulf I, Leu-Semenescu S, Dodet P. Precision medicine for idiopathic hypersomnia. Sleep Med Clin 2019; 14: 333–50.

5    Evangelista E, Lopez R, Dauvilliers Y. Update on treatment for idiopathic hypersomnia. Expert Opin Investig Drugs 2018; 27: 187–92.

6    Maski K, Trotti LM, Kotagal S, et al. Treatment of central disorders of hypersomnolence: an American Academy of Sleep Medicine clinical practice guideline. J Clin Sleep Med 2021; 17: 1881–93.

7    Mayer G, Benes H, Young P, Bitterlich M, Rodenbeck A. Modafinil in the treatment of idiopathic hypersomnia without long sleep time—a randomized, double-blind, placebo-controlled study. J Sleep Res 2015; 24: 74–81.

8    Inoue Y, Tabata T, Tsukimori N. Efficacy and safety of modafinil in patients with idiopathic hypersomnia without long sleep time: a multicenter, randomized, double-blind, placebo-controlled, parallel-group comparison study. Sleep Med 2021; 80: 315–21.

9    Xyrem (sodium oxybate) oral solution, CIII. [prescribing information] Palo Alto, CA: Jazz Pharmaceuticals, 2020.

10   Leu-Semenescu S, Louis P, Arnulf I. Benefits and risk of sodium oxybate in idiopathic hypersomnia versus narcolepsy type 1: a chart review. Sleep Med 2016; 17: 38–44.

11   Bogan RK, Thorpy MJ, Dauvilliers Y, et al. Efficacy and safety of calcium, magnesium, potassium, and sodium oxybates (lower-sodium oxybate [LXB]; JZP-258) in a placebo-controlled, double-blind, randomized withdrawal study in adults with narcolepsy with cataplexy. Sleep 2021; 44: zsaa206.

12   Xywav (calcium, magnesium, potassium, and sodium oxybates) oral solution, CIII. [prescribing information] Palo Alto, CA: Jazz Pharmaceuticals, 2021.

13   US Food and Drug Administration. Clinical superiority findings. 2021. https://www.fda.gov/industry/designating-orphan-product-drugs-and-biological-products/clinical-superiority-findings (accessed July 9, 2021).

14   Johns MW. A new method for measuring daytime sleepiness: the Epworth sleepiness scale. Sleep 1991; 14: 540–45.

15   Maski K, Trotti LM, Kotagal S, et al. Treatment of central disorders of hypersomnolence: an American Academy of Sleep Medicine systematic review, meta-analysis, and GRADE assessment. J Clin Sleep Med 2021; 17: 1895–945.

16   Dauvilliers Y, Evangelista E, Barateau L, et al. Measurement of symptoms in idiopathic hypersomnia: the Idiopathic Hypersomnia Severity Scale. Neurology 2019; 92: e1754–62.

17   Rassu AL, Evangelista E, Barateau L, et al. Idiopathic Hypersomnia Severity Scale to better quantify symptoms severity and their consequences in idiopathic hypersomnia. J Clin Sleep Med 2021; published online Oct 4. https://doi.org/10.5664/jcsm.9682.

18   Chasens ER, Ratcliffe SJ, Weaver TE. Development of the FOSQ-10: a short version of the Functional Outcomes of Sleep Questionnaire. Sleep 2009; 32: 915–19.

19   Reilly MC, Zbrozek AS, Dukes EM. The validity and reproducibility of a work productivity and activity impairment instrument. PharmacoEconomics 1993; 4: 353–65.

20   Posner K, Brown GK, Stanley B, et al. The Columbia-Suicide Severity Rating Scale: initial validity and internal consistency findings from three multisite studies with adolescents and adults. Am J Psychiatry 2011; 168: 1266–77.

21   Ali M, Auger RR, Slocumb NL, Morgenthaler TI. Idiopathic hypersomnia: clinical features and response to treatment. J Clin Sleep Med 2009; 5: 562–68.

22   Anderson KN, Pilsworth S, Sharples LD, Smith IE, Shneerson JM. Idiopathic hypersomnia: a study of 77 cases. Sleep 2007; 30: 1274–81.

23   Dauvilliers Y, Paquereau J, Bastuji H, Drouot X, Weil JS, Viot-Blanc V. Psychological health in central hypersomnias: the French Harmony study. J Neurol Neurosurg Psychiatry 2009; 80: 636–41.

24   Ozaki A, Inoue Y, Nakajima T, et al. Health-related quality of life among drug-naïve patients with narcolepsy with cataplexy, narcolepsy without cataplexy, and idiopathic hypersomnia without long sleep time. J Clin Sleep Med 2008; 4: 572–78.

25   Kretzschmar U, Werth E, Sturzenegger C, Khatami R, Bassetti CL, Baumann CR. Which diagnostic findings in disorders with excessive daytime sleepiness are really helpful? A retrospective study. J Sleep Res 2016; 25: 307–13.

26   Plazzi G, Ruoff C, Lecendreux M, et al. Treatment of paediatric narcolepsy with sodium oxybate: a double-blind, placebo-controlled, randomised-withdrawal multicentre study and open-label investigation. Lancet Child Adolesc Health 2018; 2: 483–94.

27   Lammers GJ, Bassetti CLA, Dolenc-Groselj L, et al. Diagnosis of central disorders of hypersomnolence: a reappraisal by European experts. Sleep Med Rev 2020; 52: 101306.

28   Pardi D, Black J. gamma-Hydroxybutyrate/sodium oxybate: neurobiology, and impact on sleep and wakefulness. CNS Drugs 2006; 20: 993–1018.

29   Evangelista E, Lopez R, Barateau L, et al. Alternative diagnostic criteria for idiopathic hypersomnia: a 32-hour protocol. Ann Neurol 2018; 83: 235–47.

30   Evangelista E, Rassu AL, Barateau L, et al. Characteristics associated with hypersomnia and excessive daytime sleepiness identified by extended polysomnography recording. Sleep 2021; 44: zsaa264.

31   Plante DT. Nocturnal sleep architecture in idiopathic hypersomnia: a systematic review and meta-analysis. Sleep Med 2018; 45: 17–24.

32   Cairns A, Bogan R. Comparison of the macro and microstructure of sleep in a sample of sleep clinic hypersomnia cases. Neurobiol Sleep Circadian Rhythms 2019; 6: 62–69.

# THE LANCET
## Neurology

## Supplementary appendix

This appendix formed part of the original submission and has been peer reviewed. We post it as supplied by the authors.

Supplement to: Dauvilliers Y, Arnulf I, Foldvary-Schaefer N, et al. Safety and efficacy of lower-sodium oxybate in adults with idiopathic hypersomnia: a phase 3, placebo-controlled, double-blind, randomised withdrawal study. *Lancet Neurol* 2022; **21:** 53–65.

# Appendix

**Randomization Criteria**
Randomization criteria were as follows: the dose and regimen of lower-sodium oxybate remained unchanged during SDP, with demonstrated adequate adherence; no ongoing treatment-emergent adverse events occurred due to lower-sodium oxybate treatment that would require dose adjustment or treatment discontinuation during DBRWP; participants who were taking sodium oxybate at study entry must have had Patient Global Impression of Change (PGIc) scale ratings of no change or improved (minimal, much, or very much) compared with baseline; and participants who were not taking sodium oxybate at study entry must have had improved PGIc scale ratings compared with baseline and a lower Epworth Sleepiness Scale (ESS) score at end of SDP compared with the baseline visit.

**Dosing of Lower-Sodium Oxybate**
Suggested considerations for initiating once-nightly or twice-nightly regimens were significant difficulty awakening from nighttime sleep in order to take a second dose or long sleep time (LST; for a once-nightly regimen), or the need to ensure adequate sleep duration (for a twice-nightly regimen). Investigators could change the dosing regimen during OLT.

If participants changed from once-nightly to twice-nightly dosing, the total starting nightly dose was to be the same as or ≤1·5 g higher than the once-nightly dose, and the timing of dosing was to be the same as for initial twice-nightly dosing (ie, first dose taken at bedtime or after an initial period of sleep; second dose taken 2·5 to 4 hours later). If participants changed from twice-nightly to once-nightly dosing, the same first dose taken in the twice-nightly regimen could have been the starting dose when switching to once-nightly dosing.

**Reasons for Early Termination**
All participants were free to withdraw from participation in the study at any time and for any reason, and the investigator, sponsor, or its designee could remove a participant from the study at any time and for any reason. If any of the following criteria were met during the study, study drug administration was required to be stopped and the participant discontinued from the study: suicide risk reported or assessed by the Columbia-Suicide Severity Rating Scale (C-SSRS); three-fold or greater elevation above the upper limit of normal (ULN) of alanine transaminase (ALT) or aspartate transaminase (AST) accompanied by an elevation of serum total bilirubin greater than two times the ULN; liver enzyme (AST, ALT) value greater than or equal to five times the ULN; creatinine >176 μmol/L; positive alcohol or urine drug screen; or positive pregnancy test.

**Statistical Analysis**
Changes in mean visual analog scale for sleep inertia (VAS-SI) daily score, Functional Outcomes of Sleep Questionnaire, short version (FOSQ-10) score, and Work Productivity and Activity Impairment Questionnaire: Specific Health Problem (WPAI:SHP) scores were analyzed similarly to the primary efficacy endpoint, using analysis of covariance (ANCOVA). Mean VAS-SI daily scores in the last week of SDP and the last week of DBRWP, calculated by summing the VAS-SI scores over each 7-day interval and dividing by the number of days in which the VAS-SI was completed, were used for these analyses.

If the normality assumption of the residuals from the ANCOVA model failed the Shapiro-Wilk test at 0·05 significance level, the reported *P* value was based on an ANCOVA model with the covariate and response variables replaced by the rank value. The estimated median difference in endpoint between the treatment groups and asymptotic 95% CI are presented using the Hodges-Lehmann estimator.

Safety analyses were performed on the safety population. TEAEs were summarized using descriptive statistics (counts and percentages). TEAEs were coded to system organ class and preferred term using the Medical Dictionary for Regulatory Activities (MedDRA, version 19·1), and summarized for the overall safety population and by baseline medication group, across the entire study (excluding TEAEs during DBRWP for those randomized to placebo) up to 30 days after the last dose. Additional TEAE summaries

1

were generated for participants who were exposed or not exposed to a single dose of lower-sodium oxybate >4·5 g at any time during the study (preplanned analysis) and for subgroups of participants by lower-sodium oxybate dosing regimen (once nightly or twice nightly) during OLT and SDP (post hoc analysis).

Post hoc analyses of primary and key secondary endpoints were performed using similar analysis methods. Change in ESS score from end of SDP to end of DBRWP was assessed in subgroups of participants defined by IH phenotype (with or without long sleep time [LST]), sex, dosing regimen (once or twice nightly), and baseline IH treatment (taking IH medication at study entry or treatment naive). Change in IHSS score from end of SDP to end of DBRWP and proportion of participants reporting worsening of symptoms on the PGIc at end of DBRWP relative to end of SDP were assessed in subgroups defined by IH phenotype (with or without LST).

Baseline ESS and IHSS scores were examined in participants who were taking IH medication (alerting agents and/or sodium oxybate) at study entry compared with participants who were treatment naive (safety population), and in participants who were taking sodium oxybate at study entry compared with participants who were taking alerting agents (without sodium oxybate) at study entry.

**Participant Disposition**

Among the seven participants who discontinued after SDP and before DBRWP, the two participants who did not meet randomization criteria were treatment naive at study entry. For one participant, ESS score improved (19 at baseline, 18 at end of SDP), the PGIc rating was "much worse" at end of SDP compared with baseline, and IHSS score worsened (36 at baseline, 38 at end of SDP). The other participant had no change in ESS score (21 at baseline, 21 at end of SDP), a PGIc rating of "no change" at end of SDP compared with baseline, and worsened IHSS score (40 at baseline, 41 at end of SDP).

Among the three participants who entered but did not complete DBRWP, the participant who was randomized to placebo in error (sodium oxybate + alerting agent group at study entry) had no change in ESS score (7 at baseline, 7 at end of SDP), a PGIc rating of "minimally worse" at end of SDP compared with baseline, and worsened IHSS score (17 at baseline, 22 at end of SDP).

**Subgroup Analyses: ESS, IHSS, and PGIc**

Subgroup analyses demonstrated that the difference in change in ESS score in the randomized treatment groups was similar across subgroups defined by idiopathic hypersomnia phenotype (LS mean difference [95% CI] with or without LST, −7·8 [−11·4, −4·2] and −6·2 [−7·8, −4·6], respectively), sex, dosing regimen (once or twice nightly), and baseline idiopathic hypersomnia treatment (taking idiopathic hypersomnia medication at study entry or treatment naive; **Figure 3B**), and that the estimated median difference (95% CI) in change in IHSS score was consistent in participants with LST (−15·0 [−20·0, −9·0]; $P<0.0001$) and without LST (−11·0 [−14·0, −7·0]; $P<0.0001$). In participants with LST, the proportion rating their idiopathic hypersomnia as worsened on the PGIc was 23% (all minimally worse) for lower-sodium oxybate (n=13) and 100% (minimally, much, very much worse: 18%, 27%, 55%) for placebo (n=11), corresponding to a difference of −77 percentage points (95% CI: −100%, −54%; $P=0.0003$). In participants without LST, the proportion rating their idiopathic hypersomnia as worsened was 21% (minimally, much, very much worse: 14%, 5%, 2%) for lower-sodium oxybate (n=43) and 85% (minimally, much, very much worse: 25%, 40%, 21%) for placebo (n=48), corresponding to a difference of −64 percentage points (95% CI: −80%, −49%; $P<0.0001$).

In participants who were taking idiopathic hypersomnia medication (alerting agents and/or sodium oxybate) at study entry compared with treatment-naive participants (safety population), mean (SD) baseline ESS scores were 15·7 (4·1) and 16·7 (2·7), respectively, and mean (SD) baseline IHSS scores were 31·8 (8·3) and 32·4 (7·6), respectively. In participants who were taking sodium oxybate at study entry compared with participants who were taking alerting agents (without sodium oxybate) at study entry, mean (SD) baseline ESS scores were 5·7 (4·9) and 16·4 (2·9), respectively, and mean (SD) baseline IHSS scores were 15·1 (7·1) and 33·0 (7·0), respectively.

2

**VAS-SI and WPAI:SHP**

VAS-SI scores decreased (indicating improvement) with lower-sodium oxybate treatment from baseline (last week of screening) to end of SDP, then remained stable during DBRWP in the group randomized to lower-sodium oxybate and increased in the placebo group (LS mean difference [95% CI]: −22·2 [−29·7, −14·8]; $P<0·0001$; **Appendix Table 2** [p 6]).

Scores on the WPAI:SHP item assessing percent work time missed due to idiopathic hypersomnia (absenteeism) were highly variable; therefore, a ranked test was employed to analyze the difference between the randomized treatment groups in change in absenteeism from end of SDP to end of DBRWP (estimated median difference [95% CI]: 0 [−3·2, 0]; $P=0·0092$). The result of this test reflects the increased number of participants with worsening in the placebo group compared with the lower-sodium oxybate group. On the other three WPAI:SHP items, scores decreased (indicating improvement) with open-label lower-sodium oxybate treatment from baseline to end of SDP, then remained stable from end of SDP to end of DBRWP in participants randomized to continue lower-sodium oxybate treatment and increased in participants randomized to placebo (all $P<0·0001$; **Appendix Table 2** [p 6]).

Improvement in these outcomes from day 1 through SDP was maintained throughout OLE, excluding the 2-week DBRWP; mean (SD) or median (Q1, Q3) values at end of OLE were 5·3 (3·6) for ESS, 14·7 (8·5) for IHSS total score, 18·0 (16·3, 19·2) for FOSQ-10, 0 (0, 4·3) for WPAI:SHP absenteeism, 20·3 (20·4) for WPAI:SHP presenteeism, 23·5 (22·8) for WPAI:SHP absenteeism + presenteeism, and 26·2 (23·9) for WPAI:SHP activity impairment. At end of OLE relative to baseline (OLT day 1), 49/96 participants (51%) and 33/96 (34%) participants rated their change in condition on the PGIc as very much improved or much improved, respectively.

**Subgroup Analyses: Safety**

Single doses of lower-sodium oxybate up to 6 g were allowed in the study as part of a once-nightly or twice-nightly regimen. The incidence of TEAEs during OLT and SDP was similar in participants who initiated and remained on a once-nightly regimen compared with those who initiated and remained on a twice-nightly regimen (pre-planned analysis; **Appendix Table 3** [p 7]). The incidence and type of TEAEs during all study periods in the 34 participants exposed to a single dose greater than 4·5 g (median total nightly dose, 6 g; **Appendix Table 4** [p 8]) were similar to those of the safety population (post hoc analysis).

**Appendix Figure 1. Study design.** DBRWP, double-blind randomized withdrawal period; LXB, lower-sodium oxybate; OLE, open-label extension period; OLT, open-label titration and optimization period; SDP, stable-dose period; SXB, sodium oxybate.



**Appendix Table 1. Schedule of assessments**

| Assessment | Screening | Baseline (OLT Day 1) | OLT Week 1 | OLT Week 4 | OLT Week 8 | End of OLT/Start of SDP | End of SDP/Start of DBRWP | End of DBRWP/ET | OLE Week 2 | OLE Week 6 | OLE Week 14 | End of OLE/ET | SFU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Efficacy** | | | | | | | | | | | | | |
| ESS | X | X | X | X | X | X | X | X | X | X | X | X | |
| IHSS | | X | X | X | X | X | X | X | X | X | X | X | |
| PGIc | | | X | X | X | X | X | X | X | X | X | X | |
| CGIs | | X | | | | | | | | | | | |
| CGIc | | | X | X | X | X | X | X | X | X | X | X | |
| VAS-SI | X | X | | | | | X | X | | | | | |
| FOSQ-10 | | X | | | | | X | X | | X | X | X | |
| WPAI:SHP | | X | | | | | X | X | | X | X | X | |
| **Safety** | | | | | | | | | | | | | |
| AE reporting | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Physical examination | X | | | | | | X | X | | | | X | X |
| Vital signs | X | X | X | X | X | X | X | X | X | X | X | X | X |
| 12-lead ECG | X | | | | | | X | X | | | | X | |
| Hematology, serum chemistry | X | | | | | | X | | | | | X | |
| Urinalysis | X | | | | | | X | | | | | X | |
| Drug screen | X | X | X | X | X | X | X | X | X | X | X | X | |
| Pregnancy test | X | X | X | X | X | X | X | X | X | X | X | X | X |
| C-SSRS | X | X | X | X | X | X | X | X | X | X | X | X | X |

AE, adverse event; CGIc, Clinical Global Impression of Change; CGIs, Clinical Global Impression of Severity; C-SSRS, Columbia-Suicide Severity Rating Scale; DBRWP, double-blind randomized withdrawal period; ECG, electrocardiogram; ESS, Epworth Sleepiness Scale; ET, early termination; FOSQ-10, Functional Outcomes of Sleep Questionnaire, short form; IHSS, Idiopathic Hypersomnia Severity Scale; OLE, open-label extension; OLT, open-label titration and optimization period; PGIc, Patient Global Impression of Change; SDP, stable-dose period; SFU, safety follow-up; VAS-SI, visual analog scale for sleep inertia; WPAI:SHP, Work Productivity and Activity Impairment Questionnaire: Specific Health Problem.

**Appendix Table 2. Scores on exploratory endpoints (VAS-SI, WPAI:SHP) in the mITT population and randomized treatment groups (lower-sodium oxybate and placebo)**

| | Lower-sodium oxybate (n=56) | | | Placebo (n=59) | | | Difference between groups | *P* value[a] |
|---|---|---|---|---|---|---|---|---|
| | Baseline | End of SDP | End of DBRWP | Baseline | End of SDP | End of DBRWP | | |
| VAS-SI, mean (SD) | -- | 24·8 (21·1) | 28·3 (20·0) | -- | 32·3 (18·4) | 55·3 (25·0) | LS mean difference (95% CI): −22·2 (−29·7, −14·8) | <0·0001 |
| **WPAI:SHP** | | | | | | | | |
| Percent work time missed due to IH, median (Q1, Q3) | -- | 0 (0, 0) | 0 (0, 0) | -- | 0 (0, 0) | 0 (0, 13·3) | Estimated median difference (95% CI): 0 (−3·2, 0) | 0·0092 |
| Percent impairment while working due to IH, mean (SD) | -- | 21·3 (19·4) | 30 (22·2) | -- | 20·9 (19·8) | 58·2 (26·1) | LS mean difference (95% CI): −27·5 (−37·1, −17·9) | <0·0001 |
| Percent overall work impairment due to IH, mean (SD) | -- | 22·3 (20·6) | 31·0 (23·0) | -- | 22·0 (21·2) | 63·2 (23·5) | LS mean difference (95% CI): −30·8 (−39·9, −21·7) | <0·0001 |
| Percent overall activity impairment due to IH, mean (SD) | -- | 24·8 (20·7) | 31·3 (25·3) | -- | 26·3 (21·4) | 63·4 (24·3) | LS mean difference (95% CI): −31·7 (−40·0, −23·5) | <0·0001 |

CI, confidence interval; DBRWP, double-blind randomized withdrawal period; IH, idiopathic hypersomnia; LS, least squares; mITT, modified intent-to-treat; OLT, open-label titration and optimization period; Q1, first quartile; Q3, third quartile; SD, standard deviation; SDP, stable-dose period; VAS-SI, visual analog scale for sleep inertia; WPAI:SHP, Work Productivity and Activity Impairment Questionnaire: Specific Health Problem.

[a]*P* value is nominal.

**Appendix Table 3. TEAEs in OLT and SDP by lower-sodium oxybate dosing regimen (safety population; pre-planned analysis)**

| TEAE in ≥5% of participants, n (%) | Initiated and remained on once-nightly regimen (n=21) | Initiated and remained on twice-nightly regimen (n=93) | Changed regimen once or more[a] (n=40) |
|---|---|---|---|
| Any TEAE | 13 (61·9) | 69 (74·2) | 33 (82·5) |
| Nausea | 5 (23·8) | 20 (21·5) | 7 (17·5) |
| Headache | 3 (14·3) | 15 (16·1) | 6 (15·0) |
| Dizziness | 4 (19·0)[b] | 7 (7·5) | 7 (17·5) |
| Anxiety | 2 (9·5) | 9 (9·7) | 3 (7·5) |
| Decreased appetite | 3 (14·3) | 9 (9·7) | 0 |
| Vomiting | 1 (4·8) | 6 (6·5) | 3 (7·5) |
| Dry mouth | 0 | 8 (8·6) | 1 (2·5) |
| Urinary tract infection | 1 (4·8) | 5 (5·4) | 3 (7·5) |
| Diarrhea | 1 (4·8) | 6 (6·5) | 1 (2·5) |
| Insomnia | 1 (4·8) | 6 (6·5) | 1 (2·5) |
| Tremor | 0 | 5 (5·4) | 3 (7·5) |
| Somnolence | 0 | 3 (3·2) | 4 (10·0) |
| Upper respiratory tract infection | 0 | 6 (6·5) | 1 (2·5) |
| Back pain | 0 | 4 (4·3) | 2 (5·0) |

OLT, open-label titration and optimization period; SDP, stable-dose period; TEAE, treatment-emergent adverse event.

[a]Includes participants who initiated once nightly and changed 1 time to twice nightly (n=15), initiated twice nightly and changed 1 time to once nightly (n=15), or changed regimens twice or more (n=10).

[b]All four participants with TEAEs of dizziness in the once-nightly group were taking lower-sodium oxybate 3 g/night at the time of the event.

**Appendix Table 4. TEAEs across all study periods[a] (excluding placebo data) in ≥5% of total participants, in participants taking any single dose of lower-sodium oxybate >4·5 g, if TEAE onset occurred while participant received >4·5 g, vs not taking any single dose of lower-sodium oxybate >4·5 g (safety population; post hoc analysis)**

| Preferred term in ≥5% of total participants, n (%) | Took a single dose of lower-sodium oxybate >4·5 g[b,c] (n=34) | Took only doses of lower-sodium oxybate ≤4·5 g[c] (n=120) |
|---|---|---|
| Nausea | 0 (0) | 32 (26·7) |
| Headache | 4 (11·8) | 18 (15·0) |
| Dizziness | 1 (2·9) | 15 (12·5) |
| Anxiety | 0 (0) | 14 (11·7) |
| Vomiting | 0 (0) | 15 (12·5) |
| Decreased appetite | 1 (2·9) | 13 (10·8) |
| Diarrhea | 0 (0) | 11 (9·2) |
| Nasopharyngitis | 3 (8·8) | 8 (6·7) |
| Upper respiratory tract infection | 1 (2·9) | 11 (9·2) |
| Urinary tract infection | 1 (2·9) | 8 (6·7) |
| Dry mouth | 0 (0) | 10 (8·3) |
| Fatigue | 0 (0) | 9 (7·5) |
| Insomnia | 1 (2·9) | 8 (6·7) |
| Night sweats | 1 (2·9) | 8 (6·7) |
| Tremor | 0 (0) | 9 (7·5) |
| Hyperhidrosis | 0 (0) | 6 (5·0) |
| Muscle spasms | 1 (2·9) | 6 (5·0) |
| Somnolence | 0 (0) | 7 (5·8) |
| Pharyngitis | 2 (5·9) | 4 (3·3) |
| Hypertension | 2 (5·9) | 2 (1·7) |
| Ataxia | 2 (5·9) | 0 (0) |
| Dermatitis contact | 2 (5·9) | 0 (0) |

SDP, stable-dose period; TEAE, treatment-emergent adverse event.

[a]Through last participant visit on December 18, 2020.

[b]TEAEs are included if the participant took a single dose of lower-sodium oxybate >4·5 g immediately prior to the start date of the TEAE; percentages are based on participants who took a single dose of lower-sodium oxybate >4·5 g at any time during the study.

[c]The median total nightly dose in each group (established at end of SDP, or last dose before termination, if before SDP) was 6 g for those participants who took a single dose of lower-sodium oxybate >4·5 g and 7 g for those participants who took only doses of lower-sodium oxybate ≤4·5 g.

# EXHIBIT I

Jazz Pharmaceuticals, Inc. v.
Avadel CNS Pharmaceuticals LLC

**JTX-0112**

C.A. No. 21-691 (GBW), 21-1138(GBW),
21-1594 (GBS)



**U.S. FOOD & DRUG**
ADMINISTRATION

Office of Orphan Products Development
Food and Drug Administration
10903 New Hampshire Avenue
WO32-5271
Silver Spring, MD 20993

May 1, 2023

ProPharma Group
1129 20th Street Northwest
Suite 600
Washington, DC 20036

Attention:    Marla Scarola, MS
US Agent for Flamel Ireland Limited dba Avadel Ireland
marla.scarola@propharma.com

Dear Ms. Scarola:

Please find enclosed a copy of FDA's response to Sidley Austin LLP on behalf of Jazz
Pharmaceuticals, Inc. regarding the agency's determination that Xywav's (NDA 212690)
unexpired orphan-drug exclusivity does not block approval of Lumryz (NDA 214755).

Sandra
Retzky -S

Digitally signed by
Sandra Retzky -S
Date: 2023.05.01
10:00:10 -04'00'

Sandra S. Retzky, D.O., J.D., M.P.H.
Director
Office of Orphan Products Development

Meyer

Exhibit No.:
011

Kiara Miller 2023-11-20

AVDL_01395354



**FDA U.S. FOOD & DRUG** ADMINISTRATION

Office of Orphan Products Development
Food and Drug Administration
10903 New Hampshire Avenue
WO32-5271
Silver Spring, MD 20993

May 1, 2023

Sidley Austin LLP
Counsel to Jazz Pharmaceuticals, Inc.
1501 K Street, N.W.
Washington, D.C. 20005

Attention: Sean C. Griffin and Kwaku A. Akowuah

Re: Determination that Xywav's (NDA 212690) unexpired orphan-drug exclusivity ("ODE")
does not block approval of Lumryz (NDA 214755)

Dear Mr. Griffin and Mr. Akowuah:

We have considered the submissions described in greater detail herein from Jazz
Pharmaceuticals, Inc. ("Jazz") and Sidley Austin LLP ("Sidley") as counsel to Jazz. FDA's
Office of Orphan Products Development ("OOPD" or "we") provides the response below.

## I.  Introduction

Herein, this analysis evaluates whether the ODE for Xywav (calcium, magnesium, potassium,
and sodium oxybates) blocks the approval of NDA 214755 for Lumryz (sodium oxybate) for
extended-release oral suspension submitted by Avadel CNS Pharmaceuticals, LLC ("Avadel")
for the treatment of cataplexy or excessive daytime sleepiness ("EDS") in adults with narcolepsy.
Xywav became eligible for ODE for the treatment of cataplexy or EDS in patients 7 years of age
and older with narcolepsy because its sponsor, Jazz, demonstrated at the time of approval that
Xywav was clinically superior to Xyrem, which was previously approved for the same
indication. Under section 527(a) of the Federal Food, Drug, & Cosmetic Act ("FD&C Act"), the
ODE for Xywav prevents FDA from approving a new drug product that is the "same drug" as
Xywav for the same use or indication until its exclusivity expires on July 21, 2027.[1] By
regulation, a drug is the "same drug" as Xywav if it contains the same active moiety (oxybate)

---

[1] Section 527(a) of the FD&C Act; *see also* 21 CFR § 316.31. *See also* FDA, Clarification of Orphan-Drug
Exclusivity Following *Catalyst Pharms., Inc. v. Becerra*, 88 Fed. Reg. 4086 (Jan. 24, 2023).

1

AVDL_01395355

**JTX-0112.2**

for the same use or indication (the treatment of cataplexy or EDS in patients 7 years of age and older with narcolepsy)[2] unless the new drug product is clinically superior to Xywav.[3] For the reasons described below, we conclude that Lumryz is clinically superior to Xywav and is thus not considered to be the "same drug" as Xywav within the meaning of 21 CFR § 316.3(b)(14) and section 527(a) of the FD&C Act. Therefore, Xywav's ODE does not block approval of NDA 214755 for Lumryz for the treatment of cataplexy or EDS in adults with narcolepsy.

We also conclude that Lumryz is eligible for its own term of ODE because it is clinically superior to both Xywav and Xyrem. Under section 527(c)(1) of the FD&C Act, if FDA has previously approved a drug that is otherwise the same drug for the same use or indication, the subsequent drug may be eligible for its own term of ODE if the sponsor demonstrates that its product is clinically superior to every such previously approved drug.[4] As set forth below, we have determined that Avadel has demonstrated Lumryz's clinical superiority to every previously approved oxybate drug for the same use or indication, i.e., both Xywav and Xyrem. Therefore, Lumryz is eligible for its own term of ODE for the treatment of cataplexy or EDS in adults with narcolepsy.

OOPD consulted with agency sleep experts and the Division of Neurology 1 ("DN1") in making this determination,[5] and their scientific thinking and expert opinions have been integral to this decision. As discussed below, FDA's determination is based on careful consideration of the relevant scientific, legal, and regulatory issues raised and the materials submitted by outside parties. On December 15, 2020, Avadel submitted to OOPD and to the file for NDA 214755 an "exclusivity claim."[6] On July 14, 2021, Avadel submitted to OOPD and to the file for NDA 214755 a supplement to its "exclusivity claim."[7] On July 21, 2021, Avadel sent a letter to OOPD and to FDA's Office of Chief Counsel ("OCC") presenting arguments why Lumryz's NDA should be eligible for approval notwithstanding Xywav's ODE.[8] On October 25, 2021, Latham & Watkins LLP as counsel to Avadel sent OCC a letter presenting arguments about the approvability of Lumryz's NDA.[9] On August 30, 2022, Avadel sent a letter to OOPD with additional arguments about clinical superiority.[10]

---

[2] The indication for Lumryz is "the treatment of cataplexy or EDS in adults with narcolepsy," which is not co-extensive with, but falls entirely within, the scope of Xywav's ODE because Xywav's ODE includes a broader age range.

[3] 21 CFR § 316.3(b)(14).

[4] Section 527(c)(1) of the FD&C Act; *see also* 21 CFR § 316.34(c).

[5] *See* Mahadevappa Hunasikatti MD FCCP and Nargues Weir MD FCCP FAASM ATSF, *Consult request on Lumryz* (Apr. 29, 2023) [hereinafter Sleep Expert Consult]; DN1, *Office of Orphan Products Development Consult Request #16-5302* at (May 1, 2023) [hereinafter DN1 Lumryz Consult].

[6] Avadel, *Exclusivity Claim* (Dec. 15, 2020).

[7] Avadel, *Exclusivity Claim – Supplemental Information in Demonstration of Clinical Superiority of FT218* (Jul. 14, 2021).

[8] Letter from Jerad G. Seurer to Nicole Wolanski and Mark Raza, *Approval and Orphan Drug Exclusivity for FT218 (sodium oxybate for extended-release oral suspension)* (Jul. 21, 2021).

[9] Letter from John R. Manthei to Elizabeth Dickinson, *Lumryz (sodium oxybate) for extended-release oral suspension (NDA 214755)* (Oct. 25, 2021).

[10] Letter from Jennifer Gudeman to Sandra Retzky, *Orphan Drug Considerations for LUMRYZ (sodium oxybate) for Extended-Release Oral Suspension – DRU 2016-5302* (Aug. 30, 2022).

2

AVDL_01395356

JTX-0112.3

In addition to the submissions OOPD received from Avadel and its counsel, OOPD received submissions from Jazz. On September 16, 2021, Jazz sent a letter to OOPD presenting arguments why Lumryz is not clinically superior to Xywav ("Jazz's September 2021 Letter").[11] On December 6, 2022, Sidley as counsel to Jazz sent OCC a letter presenting arguments why Lumryz is not clinically superior to Xywav ("Sidley Letter") and requested a meeting with OCC.[12] On January 18, 2023, FDA met with Sidley during which Sidley presented a slide deck ("Sidley Slides").[13] In this analysis, the arguments presented in Jazz's September 2021 Letter, the Sidley Letter, and the Sidley Slides are collectively referred to as Jazz's arguments.[14]

## II. Legal Background

### A. Orphan-Drug Designation ("ODD")

Congress enacted the Orphan Drug Act in 1983 to provide incentives for the development of drugs for rare diseases or conditions that would not otherwise be developed due to the small patient population and lack of profitability of such drugs.[15] Section 526 of the FD&C Act defines a "rare disease or condition," in relevant part, as any disease or condition that affects less than 200,000 persons in the United States.[16] To be eligible for ODD incentives — including tax credits for qualified clinical testing, exemption from the application user fee, and, potentially, ODE — the sponsor of a drug must request ODD for a rare disease or condition under section 526 of the FD&C Act, and FDA must grant ODD.[17] FDA's regulations at 21 CFR Part 316 lay out the requirements for an ODD submission.[18] A sponsor of a drug that is "otherwise the same as an already approved drug may seek and obtain ODD for the subsequent drug for the same rare disease or condition if it can present a plausible hypothesis that its drug may be clinically superior to the first drug."[19]

---

[11] Letter from Dennis Ahern to Sandra Retzky, *Considerations Regarding Clinical Superiority for Oxybate Products* (Sep 16, 2021) [hereinafter Jazz's September 2021 Letter].

[12] Letter from Sean C. Griffin to Shoshana Hutchinson, *Orphan Drug Exclusivity for NDA 212690* (Dec. 6, 2022) [hereinafter Sidley Letter].

[13] *See* Sidley, Presentation to the Office of Chief Counsel on behalf of Jazz Pharmaceuticals, Inc. (Jan. 18, 2023) [hereinafter Sidley Slides]. This meeting was listening only for FDA.

[14] We also note that on November 29, 2022, TREND Community, a patient advocacy organization, sent a letter to OOPD presenting arguments and patient testimonials why there is a need for a once-nightly oxybate therapy. Letter from Maria Picone to FDA (Nov. 29, 2022). Then on January 2, 2023, Clete A. Kushida, M.D., Ph.D. sent a letter to OOPD to present arguments that Lumryz is clinically superior to the existing oxybate therapies, Xyrem and Xywav. Letter from Clete A. Kushida to Sandra Retzky (Jan. 3, 2023). These letters did not serve as a basis for FDA's decision.

[15] Pub. L. No. 97-414, 96 Stat. 2049 (1983).

[16] *See* section 526(a)(2)(A) of the FD&C Act.

[17] *See* section 526(a)(1) of the FD&C Act. A sponsor must request ODD prior to submitting a marketing application for the drug for the relevant disease.

[18] *See, e.g.*, 21 CFR §§ 316.20-21.

[19] 21 CFR § 316.20(a).

3

## B. ODE

One important incentive Congress provided in the Orphan Drug Act for sponsors developing drugs for rare diseases is the potential for a drug to become eligible for ODE. Section 527(a) states, in relevant part:

> Except as provided in subsection (b), if the Secretary-
>
> (1) approves an application filed pursuant to section 505, or
>
> (2) issues a license under section 351 of the Public Health Service Act
>
> for a drug designated under section 526 for a rare disease or condition, the Secretary may not approve another application . . . or issue another license . . . for the same drug for the same disease or condition for a person who is not the holder of such approved application or of such license until the expiration of seven years from the date of the approval of the approved application or the issuance of the license. . . .

In short, ODE prevents FDA from approving or licensing the same drug for the same use or indication for a person who is not the holder of such approved application or of such license until the expiration of seven years from the date of approval or licensure.[20]

The statute provides two exceptions to ODE at section 527(b), under which FDA may approve an application for the same drug as a drug with ODE for the same use or indication. First, FDA may approve such an application if the agency finds that the sponsor of the drug with ODE cannot "ensure the availability of sufficient quantities of the drug to meet the needs of persons with the disease or condition."[21] Second, FDA may also approve such an application if the sponsor of the drug with ODE consents to the approval of the application.[22]

As explained below, FDA interprets section 527(a) in two contexts: 1) to determine whether a drug is eligible for ODE and 2) to determine whether certain pending drugs may be approved during an approved drug's unexpired ODE (i.e., the scope of ODE).

### i. Eligibility for ODE

An orphan-designated drug becomes eligible for ODE under section 527(a) of the FD&C Act once FDA approves or licenses it for the designated rare disease or condition, subject to the additional condition of clinical superiority in section 527(c) of the FD&C Act, when applicable. Section 527(c)(1) states:

> If a sponsor of a drug that is designated under section 526 and is otherwise the same, as determined by the Secretary, as an already approved or licensed drug is seeking exclusive approval or exclusive licensure described in subsection (a) for the same rare disease or condition as the already approved drug, the Secretary shall require such sponsor, as a

---

[20] *See* section 527(a) of the FD&C Act; *see also, e.g.*, 21 CFR §§ 316.31, 316.34, 316.3(b)(14).

[21] Section 527(b)(1) of the FD&C Act.

[22] Section 527(b)(2) of the FD&C Act.

4

AVDL_01395358

JTX-0112.5

> condition of such exclusive approval or licensure, to demonstrate that such drug is
> clinically superior to any already approved or licensed drug that is the same drug.

When applicable, FDA requires the sponsor of a subsequent drug to demonstrate clinical
superiority to all (i.e., each and every) previously approved drugs with the same active moiety
for the same indication or use to be eligible for its own term of ODE.[23]

Section 527(c)(2) of the FD&C Act defines "clinically superior" for the purposes of meeting the
condition of clinical superiority in section 527(c)(1) to mean "the drug provides a significant
therapeutic advantage over and above an already approved or licensed drug in terms of greater
efficacy, greater safety, or by providing a major contribution to patient care."[24]  The orphan-drug
regulations at 21 CFR § 316.3(b)(3) define "clinically superior" as follows:

> *Clinically superior* means that a drug is shown to provide a significant therapeutic
> advantage over and above that provided by an approved drug (that is otherwise the same
> drug) in one or more of the following ways:
>
>> (i) Greater effectiveness than an approved drug (as assessed by effect on a
>> clinically meaningful endpoint in adequate and well controlled clinical trials).
>> Generally, this would represent the same kind of evidence needed to support a
>> comparative effectiveness claim for two different drugs; in most cases, direct
>> comparative clinical trials would be necessary; or
>>
>> (ii) Greater safety in a substantial portion of the target populations, for example,
>> by the elimination of an ingredient or contaminant that is associated with
>> relatively frequent adverse effects. In some cases, direct comparative clinical
>> trials will be necessary; or
>>
>> (iii) In unusual cases, where neither greater safety nor greater effectiveness has
>> been shown, a demonstration that the drug otherwise makes a major contribution
>> to patient care.[25]

Section 527(c) of the FD&C Act was enacted by Congress under the FDA Reauthorization Act
of 2017 ("FDARA"), and the applicability of the section was clarified in the Consolidated
Appropriations Act, 2021 (2020). Prior to FDARA, FDA had relied upon its regulations to
require a drug that is otherwise the same drug as a previously approved drug for the same use or
indication to demonstrate clinical superiority to the previously approved drug for it to be eligible
for ODE. *See, e.g.*, 21 CFR § 316.34(c) stating that "If a drug is otherwise the same drug as a
previously approved drug for the same use or indication, FDA will not recognize orphan-drug
exclusive approval if the sponsor fails to demonstrate upon approval that the drug is clinically
superior to the previously approved drug." *See also* 21 CFR § 316.3(b)(3) & § 316.3(b)(14). In

---

[23] 21 CFR § 316.3(b)(14) defines "same drug" to mean, in relevant part, "a drug that contains the same active moiety as a previously approved drug and is intended for the same use . . . except that if the subsequent drug can be shown to be clinically superior to the first drug, it will not be considered to be the same drug." Further discussion of this definition appears in the subsequent subsection.

[24] Section 527(c)(2) of the FD&C Act.

[25] 21 CFR § 316.3(b)(3).

5

AVDL_01395359

response to court losses on the specific issue of whether FDA could impose such a clinical superiority requirement as a precondition for eligibility for ODE, Congress amended the statute to give the agency explicit statutory authority to do so.

Section 527(c)(1) states that if a sponsor "is seeking exclusive approval or exclusive licensure described in subsection (a)" for an otherwise same drug that has already been approved or licensed for the same disease or condition, "as a condition of such exclusive approval or licensure," the sponsor must demonstrate "that such drug is clinically superior to any already approved or licensed drug that is the same drug." As the text demonstrates, section 527(c) only concerns potential eligibility of a subsequent drug for its own period of ODE and does not address whether a subsequent drug's approval is blocked by another drug's ODE even where clinical superiority of the subsequent drug has been shown. As described further below, the blocking effect of ODE of a previously approved drug is instead described in 527(a) of the FD&C Act.

### ii. Scope of ODE

As explained above, under section 527(a) of the FD&C Act, ODE prevents FDA from approving or licensing the same drug for the same use or indication for a person who is not the holder of such approved application or of such license until the expiration of seven years from the date of approval or licensure. FDA looks to the definition of "same drug" at 21 CFR § 316.3(b)(14) in determining whether a subsequent drug is the same drug for the same indication or use as a previously approved drug with unexpired ODE. That regulation defines "same drug" to mean, in relevant part, "a drug that contains the same active moiety as a previously approved drug and is intended for the same use . . . except that if the subsequent drug can be shown to be clinically superior to the first drug, it will not be considered to be the same drug." [26] Thus, under FDA's validly promulgated and longstanding regulations, the "same drug" definition has a chemical and clinical component. In the 1992 Final Rule for the orphan-drug regulations, FDA explained that "two drugs would be considered the same drug if the principal, but not necessarily all, structural features of the two drugs were the same, unless the subsequent drug were shown to be clinically superior" and that "either differences in active moiety or clinical superiority will be sufficient to make two micromolecular drugs different." [27] Accordingly, if the sponsor of the subsequent drug for the same indication or use can demonstrate that its drug has a different active moiety[28] or is clinically superior[29] to the drug with ODE (i.e., the "first drug"), the subsequent drug will not be considered to be the "same drug" as the drug with ODE, and that drug's ODE will not block approval of the application for the subsequent drug for the same indication or use. [30]

Interpreting section 527(a) of the FD&C Act in this manner does not create an exception to ODE analogous to those codified at section 527(b) of the FD&C Act that were discussed above; the

---

[26] 21 CFR § 316.3(b)(14).

[27] *See* FDA, *Orphan Drug Regulations, Final Rule,* 57 Fed. Reg. 62076, 62078 (Dec. 29, 1992) [hereinafter 1992 Final Rule].

[28] *See* 21 CFR § 316.3(b)(2) for orphan-drug definition of "active moiety."

[29] *See* 21 CFR § 316.3(b)(3) defining "clinically superior."

[30] 1992 Final Rule, 57 Fed. Reg. at 62078 ("Assuming that a subsequent drug's marketing application is otherwise approvable, FDA will not interpret the Orphan Drug Act to block approval of any drug proved to be clinically superior to a drug with currently effective exclusive marketing rights.").

6

AVDL_01395360

exceptions at 527(b) concern instances where FDA determines that a drug is the same drug for the same indication or use but is approvable nonetheless despite another same drug's unexpired ODE. Drugs that are approved under the exceptions at section 527(b) would be chemically and clinically the same as the drug with unexpired ODE and would not include clinically superior drugs.

In summary, for a determination under section 527(a) as to whether a drug's unexpired ODE blocks approval of a subsequent drug, FDA compares the subsequent drug to the drug with unexpired ODE. In circumstances in which the subsequent drug contains the same active moiety for the same indication or use as the drug with unexpired ODE, FDA determines whether the subsequent drug is clinically superior to the drug with ODE. If it is clinically superior, the subsequent drug is not considered to be the "same drug," and thus its approval for the same indication or use is not blocked. By contrast, for a determination under section 527(c) of the FD&C Act as to whether a subsequent drug with the same active moiety for the same indication or use as a previously approved drug is eligible under section 527(a) for its own term of ODE, FDA compares the subsequent drug to all such previously approved drugs, even if ODE for those drugs has expired. If the subsequent drug is clinically superior to each, then it is eligible for its own term of ODE.

## C. Clinical Superiority

As explained above, section 527(c)(2) of the FD&C Act defines clinically superior to mean that "the drug provides a significant therapeutic advantage over and above an already approved or licensed drug in terms of greater efficacy, greater safety, *or* by providing a [MCTPC]," and 21 CFR § 316.3(b)(3) defines clinically superior to mean that "a drug is shown to provide a significant therapeutic advantage over and above that provided by an approved drug (that is otherwise the same drug) in *one or more* of the following ways:" greater effectiveness, greater safety, or a MCTPC (emphasis added). In both definitions, the subsequent drug must provide a significant therapeutic advantage "over and above" an already approved drug in just one way—greater efficacy, greater safety, *or* by providing a MCTPC—to be considered clinically superior. Neither the plain reading of the statute nor that of the regulation imposes an additional requirement that in order to provide a significant therapeutic advantage in one of the three measures, the drug must also be at least comparable in the other two measures.

There is at least one instance in which FDA determined that a subsequent drug is clinically superior based on greater efficacy even though the drug was less safe in one measure than the previously approved drug with ODE. Specifically, FDA considered whether different interferon beta products for relapsing remitting multiple sclerosis ("RRMS") were clinically superior to one another. This situation involved three interferon beta products for the same use. The first interferon beta for treatment of RRMS, Betaseron, was approved on July 23, 1993, and was eligible for ODE until July 23, 2000. During Betaseron's period of ODE, a different sponsor, Biogen, sought marketing approval for another interferon beta product for RRMS called Avonex. FDA determined that Biogen demonstrated that Avonex was clinically superior to Betaseron because Avonex was safer due to elimination of skin necrosis at injection sites.[31] As a result,

---

[31] FDA, *Memorandum, Clinical Superiority of Biogen's interferon product, Avonex*, DRU-1991-627 (Apr. 16, 1996).

7

Avonex was a different drug than Betaseron under the orphan-drug regulations, and Betaseron's ODE did not block its approval. On May 17, 1996, FDA approved Avonex for RRMS, and it was eligible for its own term of ODE until May 17, 2003. Subsequently, during Avonex's period of ODE, a third sponsor, Serono, sought approval for an interferon beta product for RRMS called Rebif. Serono demonstrated that Rebif was more effective than Avonex based on a study showing that patients taking Rebif were less likely to experience multiple sclerosis exacerbations than patients taking Avonex.[32] However, Rebif patients experienced skin necrosis at injection sites that Avonex patients did not (i.e., the same adverse event that was present with Betaseron that led to the determination that Avonex was clinically superior to Betaseron based on safety).[33]

FDA concluded that Rebif was clinically superior to Avonex based on greater effectiveness, and that the safety considerations of Rebif compared to Avonex were "not directly relevant" to the clinical superiority determination.[34] In making its decision, FDA explained the following:

> [T]he regulations do not state that clinical superiority must be based on overall risk benefit being deemed superior for the subsequent product compared to the prior product. In fact, the regulations indicate that only a selected aspect may constitute a sufficient basis to reach a conclusion of clinical superiority. That is, the aspects not selected by the sponsor for focus (e.g., safety when efficacy is selected; efficacy when safety is selected) do not require a comparative assessment. The regulations require neither that all aspects of known efficacy nor all aspects of safety be shown to be superior. Nor do the regulations indicate that other aspects of safety or efficacy be shown "comparable" when only one specific aspect of safety or efficacy is shown to be superior.[35]

FDA also stated:

> There is no additional requirement that the subsequent product, although clinically superior in one parameter, must also be shown to be at least equal in all others. This would set an inappropriate and nearly impossible burden (in terms of clinical trial design) on the sponsor of a second product. A more meaningful standard is a significant therapeutic benefit in terms of increased effectiveness and adequate safety, or increased safety and adequate effectiveness. The balancing of risks and benefits embodied in a drug product as a whole is done when the agency determines whether the drug may be approved for the particular use.[36]

### D. MCTPC

---

[32] *See* FDA, *BLA STN 103780/0 Comparative Study of Rebif to Avonex and Orphan Exclusivity* at 20 (Mar. 7, 2002) [hereinafter CBER Rebif memo].

[33] *Id.*

[34] *Id.*

[35] *Id.* at 3-4. *See also id.* at 10-11 ("Orphan drug regulations do not state that all known clinical actions of a product must be shown superior to the competitor."); *id.* at 20 ("[T]he orphan drug regulations do not require that safety be superior or even identical between two drugs when a clinical efficacy comparison is employed for the demonstration of being not the 'same drug.'").

[36] FDA, *Memorandum, OOPD Analysis of Exclusivity Issues Raised in the Serono BLA for Rebif* at 3 (Mar. 7, 2002) [hereinafter OOPD Rebif memo].

8

AVDL_01395362

Because of the diverse ways in which drugs may qualify as clinically superior (and therefore not the "same drug") under the law, FDA evaluates clinical superiority on a case-by-case basis.[37] Specifically, with respect to MCTPC, to preserve the statutory incentive to develop orphan drugs, the agency has stated that MCTPC is "intended to constitute a narrow category."[38] Regarding how to demonstrate a MCTPC, the agency has also stated:

- "There is no way to quantify such superiority in a general way. The amount and kind of superiority needed would vary depending on many factors, including the nature and severity of the disease or condition, the quality of the evidence presented, and diverse other factors."[39]

- "The following factors, when applicable to severe or life-threatening diseases, may in appropriate cases be taken into consideration when determining whether a drug makes a major contribution to patient care: convenient treatment location; duration of treatment; patient comfort; reduced treatment burden; advances in ease and comfort of drug administration; longer periods between doses; and potential for self-administration."[40]

- MCTPC "determinations can be complex and encompass consideration of a number of factors that potentially implicate safety and effectiveness, which are evaluated on a case-by-case basis for each drug product."[41]

Relative effectiveness and safety of the drug may be relevant in assessing whether a drug makes a MCTPC, and a drug must meet FDA's safety and effectiveness standards to obtain approval, but, as explained above, nothing in the statute or regulation requires comparable effectiveness and safety. In the Rebif example noted above, FDA stated with respect to MCTPC:

This analysis may involve multiple aspects of the drug product, since the benefit to the patient is likely to be greater convenience or less discomfort, and the very term "major contribution to patient care" implies a more global assessment. So, for example, an assessment of the safety or effectiveness of the new form of the subsequent product might be considered in determining whether the drug made a major contribution to patient care. However, even in this instance, there can not [sic] be an infinite number of comparison criteria if this provision of the regulation is to be meaningful.[42]

For example, if the administration of a drug were changed from intravenous (IV) to oral, FDA would consider, if appropriate, whether any adverse events diminished the advantage of the

---

[37] *See* FDA, *Orphan Drug Regulations, Proposed Rule*, 56 Fed. Reg. 3338, 3340 (Jan. 29, 1991) [hereinafter 1991 Proposed Rule] ("The content of this evidence [needed for a demonstration of clinical superiority] will depend on the nature of the superiority claimed."); *see also* 1992 Final Rule, 57 Fed. Reg. at 62079 (stating that a major contribution to patient care "determination will have to be made on a case-by-case basis.").

[38] 1991 Proposed Rule, 56 Fed. Reg. at 3343.

[39] 1992 Final Rule, 57 Fed. Reg. at 62078.

[40] FDA, *Orphan Drug Regulations, Final Rule*, 78 Fed. Reg. 35117, 35125 (Jun. 12, 2013) [hereinafter 2013 Final Rule].

[41] *Id*. at 35124.

[42] CBER Rebif memo, *supra* note 32, at 3.

9

AVDL_01395363

change in administration from IV or oral. In that respect, safety concerns could inform the MCTPC analysis, but a safety concern present in a subsequent drug that was not present in the previous drug would not automatically defeat a MCTPC finding. That determination would be made on a case-by-case basis and depend upon the nature of the safety concern weighed against the benefits of the MCTPC.

## III. Factual Background

This matter involves three different drug products that contain the same active moiety (oxybate)[43] for the treatment of cataplexy or EDS in patients with narcolepsy. Jazz is the current sponsor of Xyrem (sodium oxybate) and Xywav (calcium, magnesium, potassium, and sodium oxybates). Avadel is the sponsor of Lumryz (sodium oxybate).

### A. Normal Sleep and Narcolepsy

The following background concerning normal sleep and narcolepsy is based on OOPD's consultation with two board certified sleep experts in FDA ("Sleep Expert Consult").[44]

Adequate sleep is essential for humans as it physically and psychologically restores bodily functions.[45] Without adequate sleep, humans function poorly and may die prematurely.[46] Chronic sleep loss, sometimes called sleep debt, is well known to cause reduced performance, increased risk for accidents and death, and detrimental effects on both psychological and physical health.[47]

Normal sleep architecture is characterized in adults as a progression of 90 to 120 minute sleep cycles starting with non-REM Stage 1 sleep (NREM or N1 sleep), then non-REM Stage 2 (NREM or N2) sleep, then non-REM Stage 3 (NREM or N3) sleep, and ending in Rapid Eye Movement (REM or Stage R) sleep.[48] Rapid eye movements and dreaming occur during Stage R.[49] After Stage R, the normal adult has a very brief return to Stage Wake (Stage W), in the transition of going from cycle to cycle, though this awakening is not typically remembered, is normal and does not contribute to sleep fragmentation, sleep loss, or daytime sleepiness.[50] The

---

[43] The active moiety oxybate may also be referred to as gamma-hydroxybutyrate (GHB).

[44] Sleep Expert Consult, *supra* note 5. These physicians are boarded in (1) internal medicine; (2) pulmonology; (3) critical care medicine; (4) and sleep. One of the consultants continues to see patients in a sleep clinic. Statements in this subsection of the document are based on statements in this consult.

[45] Kiran Maski, *Insufficient sleep: Evaluation and management*, UpToDate (May 23, 2022), https://www.uptodate.com/contents/insufficient-sleep-evaluation-and-management.

[46] Chiara Cirelli, *Insufficient sleep: Definition, epidemiology, and adverse outcomes*, UpToDate (Oct 10, 2022), https://www.uptodate.com/contents/insufficient-sleep-definition-epidemiology-and-adverse-outcomes.

[47] *Id.*

[48] Douglas Kirsch, *Stages and architecture of normal sleep*, UpToDate (Sep 12, 2022), https://www.uptodate.com/contents/stages-and-architecture-of-normal-sleep.

[49] James A. Rowley & M. Safwan Badr, *Chapter 1: Normal Sleep*, *in* Essentials of Sleep Medicine 3, at 5 (M. Safwan Badr & Jennifer L. Martin eds., 2nd ed. 2022).

[50] Mary A. Carskadon & William C. Dement, *Monitoring and staging humas sleep, Chapter 2—Normal Human Sleep: An Overview*, *in* Principles and practice of sleep medicine at 12 (M.H. Kryger et al., eds., 5th ed. 2011); *see also* Rowley, *supra* note 49, at 5 (Fig. 1.2).

10

AVDL_01395364

normal sleep cyclical pattern typically repeats four to five times per night.[51] Cycling progression through these stages is the basic structural organization of normal sleep and is called "sleep architecture."[52]

Each sleep stage has unique features. Stage N1 sleep is light sleep (easily arousable), Stage N2 sleep is intermediate in depth (less light sleep), and Stage N3 is deep sleep, otherwise known as restorative sleep, slow-wave sleep (SWS), or delta sleep.[53] Brain activity is low during Stage N3 sleep, and importantly, many recovery functions in the body occur only in this stage of sleep.[54] Normally, the sleep cycles progress through the night with increasing time in Stage N3 during initial sleep cycles and increasing REM sleep in each later sleep cycle during the night.[55]

Stage N3 sleep has a unique and important role in restoring the mind and body.[56] With sleep loss or deprivation or interruption, one enters Stage N3 sleep earlier and with increased quantity during the night.[57] Thus, the body attempts to achieve sleep equilibrium by rapidly restoring this critical stage of sleep.[58] On polysomnography (PSG)—a diagnostic full sleep study with an electroencephalogram (EEG)—REM sleep is a time of active brain EEG waves and physiological instability characterized by somewhat irregular heart rate and breathing patterns.[59] REM is associated with paralysis of all muscles except the essential respiratory muscles (e.g., the diaphragm).[60]

When an arousal occurs (e.g., when waking up to take medication during the night after falling asleep), there is a shift in an EEG pattern—one that leads to a longer Stage W with alertness or consciousness, even if not remembered.[61] That duration of time in Stage W is prolonged and will adversely impact a clinical measure called Wake After Sleep Onset (WASO)—a metric of how much wakefulness happens in a night of sleep.[62] In treating sleep disorders, including narcolepsy, the goal is to maximize the time in sleep and minimize wake time (i.e., minimize WASO).[63] Disruption of sleep leads to the inability to enter Stage N3, or disruption of N3, and such individuals will revert back to Stage W and subsequently progress to Stage N1 sleep and so

[51] Kirsch, *supra* note 48.

[52] Rowley, *supra* note 49, at 5.

[53] Carskadon, *supra* note 50, at 11.

[54] Derk-Jan Dijk, *Regulation and Functional Correlates of Slow Wave Sleep*, Supp. To Vol. 5 No. 2 Journal of Clinical Sleep Medicine, S6, at S6 (2009).

[55] Carskadon, *supra* note 50, at 11.

[56] Lixia Chen et al., *The association between sleep architecture, quality of life, and hypertension in patients with obstructive sleep apnea*, 27 Sleep and Breathing 191, at 192 (2023).

[57] Kirsch, *supra* note 48; *see also* Carskadon. *supra* note 50, at 15.

[58] *See* Sleep Expert Consult, *supra* note 5, at 4.

[59] Ye Zhang et al., *Polysomnographic nighttime features of narcolepsy: A systematic review and meta-analysis*, 58 Sleep Medicine Reviews at 1 (2021); *see also* David W. Carley & Sarah S. Farabi, *Physiology of Sleep*, 29 Diabetes Spectr. 5, at 6; *see also* Kirsch, *supra* note 48; *see also* Carskadon, *supra* note 50, at 3-4.

[60] Rowley, *supra* note 49 at 5.

[61] Kirsch, *supra* note 48; *see also* Pierre Philip et al., *Sleep Fragmentation in Normals: A Model for Sleepiness Associated with Upper Airway Resistance Syndrome*, 17 Sleep 242, at 244-245 (1994).

[62] Eric Suni, *Wakefulness After Sleep Onset*, Sleep Foundation (updated Jan. 18, 2023), https://www.sleepfoundation.org/sleep-studies/wakefulness-after-sleep-onset.

[63] *See* Sleep Expert Consult, *supra* note 5, at 5.

11

AVDL_01395365

forth.[64] The disruption changes sleep architecture and will increase WASO.[65] This disruption is something to be avoided in the narcoleptic patient, if possible.[66]

Narcolepsy is a disorder of REM intrusion into wakefulness.[67] Sudden REM sleep onset during wakefulness causes loss of motor tone (i.e., sleep paralysis) along with a dream like state called cataplexy.[68] REM intrusion can also occur during sleep, disrupting the normal sleep architecture described above.[69] Individuals with narcolepsy "generally fall asleep rapidly but can spontaneously awaken several times during the night and have difficulty returning to sleep. This sleep maintenance insomnia seems paradoxical in a disorder characterized by daytime sleepiness, and it may reflect a low threshold to transition from sleep to wakefulness."[70] REM intrusion in sleep shifts sleep stages and prevents sleep continuity (also called sleep consolidation), fragments normal sleep architecture, and prevents sufficient deep sleep (i.e., prevents N3 restorative sleep from occurring because the sleep stages keep shifting to lighter sleep).[71] Often Stage N1 increases at the debt of Stage N3 sleep given the increased number of shifts between sleep stages.[72] This results in daytime sleepiness with the consequences of sleep fragmentation or sleep deprivation (i.e., altered sleep architecture which may affect daytime performance).[73]

EDS is the most common and chronic symptom of narcolepsy.[74] Per Scammell: "[t]he sleepiness may be so severe that patients with narcolepsy can rapidly doze off with little warning; these episodes are commonly referred to as 'sleep attacks.'"[75] Another symptom of narcolepsy, cataplexy, is an "emotionally-triggered transient muscle weakness" that can cause a patient to collapse.[76]

For narcolepsy, the goals of therapy are "to achieve 'normal' alertness during conventional waking hours or to maximize alertness at important times of the day, (e.g., during work, school, or while driving)," and to the extent possible, promote normal sleep at night.[77] Management of narcolepsy is multimodal and includes non-pharmacologic and pharmacologic treatment.[78] Non-pharmacologic care, including "sleep hygiene," is "critical to obtaining adequate, quality sleep

[64] Richard Berry et al., The AASM Manual for the Scoring of Sleep and Associated Events, Rules, Terminology and Technical Specifications, American Academy of Sleep Medicine (AASM) (2020), version 2.6 at 22-33.
[65] *See* Sleep Expert Consult, *supra* note 5, at 6.
[66] *Id.*
[67] Thomas E Scammell, *Clinical features and diagnosis of narcolepsy in adults*, UpToDate (Jul. 12, 2022), https://www.uptodate.com/contents/clinical-features-and-diagnosis-of-narcolepsy-in-adults.
[68] *Id.*
[69] Imran Ahmed & Michael Thorpy, *Chapter 15: Narcolepsy and Idiopathic Hypersomnia, in* Essentials of Sleep Medicine 327, at 328 (M. Safwan Badr & Jennifer L. Martin eds., 2nd ed. 2022).
[70] Scammell, *Clinical*, *supra* note 67.
[71] Michelle T. Cao & Christian Guilleminault, *Chapter 90: Narcolepsy: Diagnosis and Management, in* Neurologic Disorders 873, at 873; *see also* Zhang, *supra* note 59 at 11.
[72] Sleep Expert Consult, *supra* note 5, at 6.
[73] *Id.* at 6-7.
[74] Scammell, *Clinical*, *supra* note 67; *see also* Cao, *supra* note 71, at 873.
[75] Scammell, *Clinical*, *supra* note 67.
[76] *Id.*
[77] Thomas E Scammell, *Treatment of narcolepsy in adults*, UpToDate (Nov. 14, 2022), https://www.uptodate.com/contents/treatment-of-narcolepsy-in-adults.
[78] Kiran Maski et al., *Treatment of central disorders of hypersomnolence: an American Academy of Sleep Medicine clinical practice guideline*, 17 Journal of Clinical Sleep Medicine 1881, at 1892 (2021).

12

on an ongoing basis."[79] Sleep hygiene means consistent sleep scheduling, a bedtime routine of personal care, napping, daily exercise, and a sleep environment conducive to sleep without interruptions.[80]

In addition to behavioral changes promoting good sleep hygiene, most patients with narcolepsy also require pharmacotherapy.[81] Oxybate salts are one class of drugs that improves symptoms of EDS and decreases episodes of cataplexy.[82] Per Scammell, especially for patients with severe and disabling sleepiness:

> Oxybates have a different mechanism of action than other narcolepsy medications and act primarily through *consolidating nighttime sleep.* Although risks and side effects, as well as cost, may be higher with oxybates, they can offer the best chance of optimal symptom control with monotherapy. For patients with a good response to oxybates, other wake-promoting medications may be able to be tapered.[83]

As explained above, "consolidating nighttime sleep" means ensuring sleep continuity through the normal stages of sleep architecture. Therefore, oxybate products are intended to decrease nocturnal arousals (also known as nighttime or nocturnal awakenings) to decrease sleep fragmentation that leads to poor quality sleep. Importantly, as explained in more detail below, the effectiveness of Xyrem and Xywav wanes during the night, so their labeling recommends that patients awaken for a second dose. Lumryz, as a once nightly formulation, will eliminate such nocturnal arousal, thus minimizing disturbances and decreasing sleep fragmentation.

## B. Regulatory History of Oxybate Products for Narcolepsy

On November 7, 1994, FDA granted ODD to Jazz's predecessor Orphan Medical, Inc. for oxybate[84] for the treatment of narcolepsy. On July 17, 2002, FDA approved Xyrem for the treatment of cataplexy associated with narcolepsy, and Xyrem was eligible for ODE for the treatment of cataplexy associated with narcolepsy until July 17, 2009. On November 18, 2005, FDA approved Xyrem for a new indication, the treatment of EDS in patients with narcolepsy, and Xyrem was eligible for a new term of ODE for the treatment of EDS in patients with narcolepsy until November 18, 2012. Both of those periods of ODE have since expired. Finally, on October 26, 2018, FDA approved Xyrem for the treatment of cataplexy or EDS in pediatric patients 7 years of age and older with narcolepsy. Prior to this approval, the safety and effectiveness of Xyrem in pediatric patients had not been established, and therefore this approval

---

[79] Maski, *Insufficient, supra* note 45.

[80] *See* National Sleep Foundation, *10 Tips for a Better Night's Sleep,* https://www.thensf.org/sleep-tips/; *see also* American Academy of Sleep Medicine, *How to sleep better,* https://aasm.org/resources/pdf/products/howtosleepbetter_web.pdf; *see also* Ahmed, *supra* note 69 at 340.

[81] Timothy I. Morgenthaler et al., *Practice Parameters for the Treatment of Narcolepsy and other Hypersomnias of Central Origin,* 30 Sleep 1705 at 1705-1711 (2007).

[82] Scammell, *Treatment, supra* note 77.

[83] *Id.* (emphasis added).

[84] We note that ODD letters and the ODD database often refer to the generic name of the drug the sponsor uses in its request for designation rather than the active moiety, but the ODD applies to the active moiety (here, oxybate for the treatment of narcolepsy).

13

AVDL_01395367

expanded the indication to a new patient population. Xyrem was eligible for ODE for the treatment of cataplexy or EDS in pediatric patients 7 years of age and older with narcolepsy, which will run until October 26, 2025.[85]

Xyrem has a concentration of 0.5 grams (g)/milliliter (mL) of sodium oxybate, equivalent to 0.413 g/mL of oxybate.[86] Xyrem is taken in 2 doses at night, the first dose at bedtime with the second dose taken 2.5 to 4 hours later.[87] For adults, the initial starting dose is 4.5 g per night, which can be increased in increments of 1.5 g per night at weekly intervals to a maximum of 9 g per night.[88] The maximum dose of 9 g contains approximately 1,640 milligrams (mg) of sodium.[89] This amount can make up a large portion of the maximum daily recommended sodium (for example, CDC guidelines recommend less than 2,300 mg of sodium each day as part of a healthy eating pattern).[90] Due to its high sodium content, Xyrem's labeling includes a Warning and Precaution on use of the drug in patients sensitive to high sodium intake and recommends consideration of the amount of daily sodium intake in each dose of Xyrem for patients sensitive to sodium intake (e.g., those with heart failure, hypertension, or renal impairment).[91] The sodium warning is listed last of eight warnings, and warnings are listed in order of relative clinical significance.[92]

Subsequently, Jazz developed a low-sodium alternative to Xyrem called Xywav. Xywav consists of 4 active ingredients, all of which have oxybate as the active moiety: calcium oxybate (0.234 g/mL), potassium oxybate (0.130 g/mL), magnesium oxybate (0.096 g/mL), and sodium oxybate (0.040 g/mL) — equivalent to 0.413 g/mL of oxybate, the same as Xyrem.[93] The total salt concentration is 0.5 g/mL.[94] Also like Xyrem, the recommended starting dosage for Xywav in adults is 4.5 g per night administered orally, divided into two doses, one at bedtime with the second dose to be taken 2.5 to 4 hours later.[95] Xywav can be titrated by increments of up to 1.5 g per night per week to the recommended maximum dosage of 9 g per night.[96] At the maximum

---

[85] Pediatric exclusivity extends Xyrem's ODE until April 26, 2026.

[86] Xyrem FDA-Approved Labeling at Section 3 (Apr. 2023), available at:
https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/021196s042lbl.pdf [hereinafter Xyrem 2023 Labeling].
[87] *Id.* at section 2.1. Note that the labeling describes dosage "per night" regardless of whether the patient primarily sleeps during the day or night. This analysis will also use the word "night" to refer to the patient's bedtime.
[88] *Id.* at section 2.1.
[89] *Id.* at section 5.8.
[90] *See* CDC, *About Sodium*, available at: https://www.cdc.gov/salt/food.htm.
[91] Xyrem 2023 Labeling, supra note 86, at section 5.8. The warning states, "Xyrem has a high salt content. In patients sensitive to salt intake (e.g., those with heart failure, hypertension, or renal impairment), consider the amount of daily sodium intake in each dose of Xyrem. Table 3 provides the approximate sodium content per Xyrem dose."
[92] *See* FDA, Guidance for Industry, *Warnings and Precautions, Contraindications, and Boxed Warning Sections of Labeling for Human Prescription Drug and Biological Products — Content and Format* at 7 (Oct. 2011) (available at: https://www.fda.gov/regulatory-information/search-fda-guidance-documents/warnings-and-precautions-contraindications-and-boxed-warning-sections-labeling-human-prescription) ("The order in which adverse reactions are presented in the WARNINGS AND PRECAUTIONS section should reflect the relative clinical significance of the adverse reactions").
[93] Xywav FDA-Approved Labeling at section 3 (Apr. 2023), available at:
https://www.accessdata.fda.gov/drugsatfda_docs/label/2023/212690s011lbl.pdf [hereinafter Xywav 2023 Labeling].
[94] *Id.*
[95] *Id.* at section 2.1.
[96] *Id.*

14

AVDL_01395368

dose for adults, the sodium content of Xywav is 131 mg.[97] Therefore, unlike Xyrem, there are no Warnings and Precautions in Xywav's labeling related to that drug's use in patients sensitive to high sodium intake.

Because the active moiety in Xywav is also oxybate, Xywav is covered by Jazz's ODD for oxybate for the treatment of narcolepsy. On July 21, 2020, FDA approved Xywav for the treatment of cataplexy or EDS in patients 7 years of age and older with narcolepsy. In order for Xywav to be eligible for ODE, Jazz was required to demonstrate that Xywav was clinically superior to Xyrem.[98] OOPD determined that Xywav was clinically superior to Xyrem because the reduced sodium in Xywav provides greater safety in a substantial portion of the target population.[99] Specifically, at the effective daily dose of 6 g to 9 g, Xyrem adds approximately 1,100 mg to 1,640 mg of sodium to each patient's daily sodium intake, compared to Xywav, which adds only 87 to 131 mg of sodium to each patient's daily sodium intake for the same recommended daily dose.[100] OOPD concluded, "the differences in the sodium content of the two products at the recommended doses will be clinically meaningful in reducing cardiovascular morbidity in a substantial proportion of patients for whom the drug is indicated."[101] OOPD noted that whether sodium content of Xyrem increases cardiovascular risks in patients with narcolepsy has never been specifically or adequately investigated; however, the general base of knowledge about the effects of sodium support that the amount of sodium in Xyrem would increase cardiovascular risks in patients with narcolepsy.[102]

Because FDA found Xywav to be clinically superior to Xyrem, Xywav was eligible for ODE.[103] On June 24, 2021, OOPD sent a letter to Jazz stating that it is eligible for ODE for Xywav for the treatment of cataplexy or EDS in patients 7 years of age and older with narcolepsy, effective as of the July 21, 2020, approval of NDA 212690.[104] Xywav's ODE for this indication will run until July 21, 2027.

---

[97] NDA 212690 Clinical Review at 7 (available at:
https://www.accessdata.fda.gov/drugsatfda_docs/nda/2020/212690Orig1s000MedR.pdf).
[98] Section 527(c)(1) of the FD&C Act.
[99] *See* FDA, *Exclusivity Memorandum DRU-1994-858, Xywav (calcium, magnesium, potassium, and sodium oxybates)* at 6 (Sep. 30, 2021) [hereinafter Xywav Exclusivity Memo]. During OOPD's assessment of Xywav's clinical superiority over Xyrem, OOPD received and considered two letters from Jazz containing arguments why Xywav is clinically superior to Xyrem. *See* letter from Arthur Merlin d'Estreux to Janet Maynard, *Orphan Drug Exclusivity for JZP-258, NDA No. 212690* (Apr. 24, 2020); *see also* letter from Robert Iannone to Janey Maynard, *Request to Expedite Recognition of Orphan Drug Exclusivity for XYWAV (NDA 212690)* (Apr. 19, 2021). Additionally, OOPD received and considered a letter from Avadel providing arguments why Xywav is not clinically superior to Xyrem. *See* letter from Jennifer Gudeman to Janet Maynard, *Sodium Oxybate for the Treatment of Narcolepsy* (Dec. 8, 2020). OOPD also consulted with the Division of Neurology 1 ("DN1") in the Center for Drug Evaluation and Research ("CDER"). *See* DN1, *Consult Request NDA 212690 Xywav* (Nov. 27, 2020) [hereinafter DN1 2020 Xywav Consult]; *See also* DN1, *Consult Request NDA 212690 Xywav* (Mar. 8, 2021).
[100] Xywav Exclusivity Memo, *supra* note 99, at 3.
[101] FDA, *Clinical Superiority Findings*, available at https://www.fda.gov/industry/designating-orphan-product-drugs-and-biological-products/clinical-superiority-findings.
[102] Xywav Exclusivity Memo, *supra* note 99, at 5.
[103] *See* section 527(c) of the FD&C Act.
[104] Letter from Nicole Wolanski to Jazz Pharmaceuticals, Inc., *Orphan-Drug Exclusivity Letter DRU-1994-858* (June 24, 2021). OOPD also responded to Avadel's letter to explain that we considered their arguments before concluding that Xywav was eligible for ODE. *See* letter from Nicole Wolanski to Jennifer Gudeman, *Sodium Oxybate for the Treatment of Narcolepsy* (Jun. 24, 2021).

15

AVDL_01395369

Concurrently, Avadel developed Lumryz, an extended-release oral suspension version of sodium oxybate for the treatment of narcolepsy. The active moiety in Lumryz, like both Xyrem and Xywav, is oxybate. While Xyrem and Xywav are both dosed twice per night, with the patient instructed to wake from sleep to take the second dose, Lumryz is dosed once per night before sleep. Therefore, Lumryz's labeling does not advise an awakening to take a second dose for proper administration.[105] At the recommended daily dose of 6 g to 9 g, Xyrem and Lumryz both have the same sodium content (approximately 1,100 mg to 1,640 mg). As explained above, at the same recommended daily dose of 6 g to 9 g, Xywav has a lower sodium content of 87 mg to 131 mg. See Table 1 for a summary of the differences among the drugs.

Table 1: Comparison of Xyrem, Xywav, and Lumryz Dosing and Sodium Content per Daily Dose

| Drug | Dosing | Amount of sodium at the recommended daily dose of 6 g to 9 g |
|------|--------|--------------------------------------------------------------|
| Xyrem | Twice-per-night | 1,100 mg to 1,640 mg |
| Xywav | Twice-per-night | 87 mg to 131 mg |
| Lumryz | Once-per-night | 1,100 mg to 1,640 mg |

On April 20, 2016, Avadel[106] requested ODD for oxybate[107] for the treatment of narcolepsy. At the time of the request for designation, Xyrem was already approved for a narcolepsy indication, but Xywav was not yet approved. Because Avadel was seeking ODD for oxybate for the same disease for which Xyrem was approved, Avadel was required to provide a plausible hypothesis that its drug was clinically superior to Xyrem to be eligible for ODD.[108]

Upon review of the initial request for designation, OOPD asked Avadel to provide additional support for its hypothesis for clinical superiority.[109] Avadel submitted an amendment to its request for designation on October 13, 2017. At that time, to determine whether the plausible hypothesis standard for ODD had been met, OOPD consulted with clinical experts in the Division of Neurology Products (DNP) regarding the benefit of Lumryz's once-per-night dosing over Xyrem's twice-per-night dosing.[110] DNP stated that if a formulation of sodium oxybate can be administered only once each night, it would have advantages over a sodium oxybate drug administered twice-per-night, like Xyrem.[111] DNP cited several reasons such a formulation could be clinically superior, including that a drug administered once per night would be much more convenient and less disruptive for patients, and that a drug administered once-per-night may present less risk to patients, for example risks from falls when waking up to take the second

[105] Lumryz, FDA-Approved Labeling (May 2023) [hereinafter Lumryz Labeling].

[106] Avadel submitted the request for designation under the name Flamel Ireland Limited. In 2017, there was a cross-border merger of Flamel and Avadel; the latter entity survived the merger as the public holding company.

[107] At the time, Avadel referred to its product as FT218 or sodium oxybate for extended-release oral suspension. *See also supra* note 84.

[108] 21 CFR § 316.20(a).

[109] FDA, *Review of Request for ODD for sodium oxybate, DRU-2016-5302* at 5 (Jul. 28, 2016); *see also* Letter from Gayatri R. Rao to The Weinberg Group, Inc., *Deficiency Letter, DRU-2016-5302* (Aug. 23, 2016).

[110] As the result of a reorganization of the CDER, the review division responsible for oxybate drug products for the treatment of narcolepsy is now called the Division of Neurology 1 (DN1).

[111] Division of Neurology Products, *Sodium Oxybate Consultation Request* at 9 (Nov. 24, 2017).

16

dose. [112] DNP's response supported OOPD's conclusion that there was a plausible hypothesis that Lumryz may be clinically superior to Xyrem based on providing greater safety or by making a MCTPC over Xyrem. [113] Therefore, on January 8, 2018, FDA granted Avadel's request for ODD for oxybate for treatment of narcolepsy. [114]

On December 15, 2020, Avadel submitted NDA 214755 for Lumryz. On July 18, 2022, FDA tentatively approved Lumryz for the treatment of cataplexy or EDS in adults with narcolepsy. The Tentative Approval Letter stated, "This letter does not address whether any orphan drug exclusivity (ODE) recognized for Xyrem under NDA 021196 or for Xywav (calcium, magnesium, potassium, and sodium oxybates) oral solution under NDA 212690 affects the approvability of Avadel's application." [115] On March 1, 2023, Avadel submitted an amendment to NDA 214755 requesting final approval.

## IV.  Discussion

### A.  Applicability of the Clinical Superiority Standard

Xywav currently has ODE for the treatment of cataplexy or EDS in patients 7 years of age and older with narcolepsy, and as such, FDA may not approve another sponsor's marketing application for the same drug for the same use or indication until its exclusivity expires on July 21, 2027. [116] Lumryz contains the same active moiety as Xywav (oxybate), and Avadel is seeking approval for Lumryz for an indication covered by Xywav's unexpired ODE (the treatment of cataplexy or EDS in adults with narcolepsy). Under the orphan-drug regulations, Lumryz is the "same drug" as Xywav unless Lumryz is clinically superior to Xywav. [117] If Lumryz is clinically superior to Xywav, then it is not the "same drug" as Xywav, and Xywav's ODE will not block Lumryz's approval. [118]

---

[112] *Id.* at 8-9.

[113] FDA, *Review of Amended Request for Orphan Drug Designation for sodium oxybate, DRU-2016-5302* at 4-6 (Dec. 21, 2017). The standard for ODD is a "plausible hypothesis" that the subsequent drug may be clinically superior to the first drug. When FDA grants ODD to a drug that is otherwise the same drug as a previously approved drug for the same rare disease or condition based on a plausible hypothesis of clinical superiority, that means FDA agrees that the sponsor "may be able to produce a clinically superior drug," not that the sponsor has provided evidence that its drug in fact would be clinically superior. *See* 1991 Proposed Rule, 56 Fed. Reg. at 3340. This is a lower standard than is required to demonstrate clinical superiority for the purposes of determining whether a drug's ODE blocks approval of another drug or determining eligibility for ODE.

[114] Letter from Debra Y. Lewis to The Weinberg Group Inc., *Designation letter for sodium oxybate, DRU-2016-5302* (Jan. 8, 2018). See also *supra* note 84.

[115] Letter from Teresa Buracchio to Marla E. Scarola, *Tentative Approval Letter* (Jul. 18, 2022).

[116] Section 527(a) of the FD&C Act; 21 CFR §§ 316.31 & 316.3(b)(14).

[117] 21 CFR § 316.3(b)(14).

[118] Jazz asserts that for FDA to approve Lumryz, Lumryz must be clinically superior to Xywav. *See* Sidley Letter, *supra* note 12, at 5-8. We agree with this conclusion but note that Jazz at one point appears to arrive at this conclusion based on an incorrect interpretation of the law, citing to section 527(c) of the FD&C Act (the condition of clinical superiority to be eligible for ODE) as an exception to ODE. *See, e.g., id.* at 7 ("Thus, section 527(c)(1) provides that a later-in-time applicant can break through unexpired exclusivity (or obtain new exclusivity) only by demonstrating that its proposed drug will be 'clinically superior to *any already approved or licensed drug that is the same drug.*' 21 U.S.C. § 360cc(c)(1) . . ."). Later, Jazz changed its position during the meeting between Sidley and OCC. *See* Sidley Slides, *supra* note 13, at 10 (stating that section 527(c) cannot be read as a third exception to ODE

17

AVDL_01395371

Avadel is not seeking approval for Lumryz for an indication covered by Xyrem's unexpired ODE.[119] Upon approval, in order to be eligible for its own term of ODE, an orphan-designated drug must be clinically superior to all otherwise same drugs previously approved for the same use or indication.[120] Accordingly, if Lumryz is clinically superior to Xywav and Xyrem, then it will be eligible for its own term of ODE.

### i. Clinical superiority can overcome ODE

As explained above, the definition of "same drug" in the orphan-drug regulations states that if a subsequent drug that has the same active moiety and is for the same use as a previously approved drug "can be shown to be clinically superior to the first drug, it will not be considered to be the same drug."[121] Accordingly, if a subsequent drug is clinically superior to a drug with ODE that has the same active moiety and is for the same indication or use, approval of the subsequent drug is not blocked by that drug's ODE. Jazz provides three arguments why FDA cannot apply the definition of "same drug" here to determine that Lumryz is a different drug than Xywav, and thus not blocked by Xywav's ODE.

First, Jazz argues that *Depomed* and *Eagle* struck down FDA's definition of "same drug."[122] As a threshold matter, *Depomed* and *Eagle* concerned a different set of facts and a distinct legal issue. Those cases addressed FDA's authority to require a demonstration of clinical superiority as a condition for eligibility for ODE prior to the addition of section 527(c) to the FD&C Act. Jazz acknowledges this, stating, "Section 527(c) thus addresses the specific factual scenario at issue in *Depomed*, *Eagle*, and *United Therapeutics* by providing that subsequent periods of ODE cannot be obtained without proof of clinical superiority."[123] Thus, the holdings of these cases concern eligibility for ODE, not the scope of ODE (i.e., what ODE blocks). The district court in *Eagle Pharms* explicitly stated: "[t]he scope of Bendeka's exclusivity is an issue that the FDA must determine in the first instance."[124]

---

and that section 527(c) addresses only serial grants of exclusivity). Section 527(c) only concerns potential eligibility of a subsequent drug (like Lumryz) for its own period of ODE; it does not address whether a subsequent drug's (Lumryz's) approval is blocked by Xywav's ODE. See section II.B of document for further explanation.

[119] Avadel is only seeking approval for the treatment of cataplexy or EDS in the adult population with narcolepsy, and Xyrem's ODE only blocks approval of the same drug for the treatment of cataplexy or EDS in the pediatric population. Jazz acknowledges that "[. . .] the unexpired ODE for XYREM is not at issue (because Avadel's proposed labeling omits pediatric use)." Sidley Slides, *supra* note 13, at 7.

[120] Section 527(c)(1) of the FD&C Act.

[121] 21 CFR § 316.3(b)(14)(i); *see also* similar language in 316.3(b)(14)(ii).

[122] Sidley Letter, *supra* note 12, at 6; *see also* Sidley Slides, *supra* note 13, at 14.

[123] Sidley Slides, *supra* note 13, at 10.

[124] *Eagle Pharms., Inc. v. Azar*, No. CV 16-790 (TJK), 2018 WL 3838223, at *3 (D.D.C. Aug. 1, 2018). *See also id.* at *2 ("But the Order did not adopt Eagle's (or any other party's) interpretation of the scope of Bendeka's exclusivity."); *id.* ("And as Defendants repeatedly and correctly assert, the scope of Bendeka's exclusivity was not before the Court in this litigation. *See, e.g.*, Defs.' Mot. at 7 ('Eagle repeatedly emphasized that the scope of exclusivity for Bendeka was a separate issue from the existence of any such exclusivity, indicating that only the latter was properly before this Court.'). Rather, the issue was whether Bendeka should enjoy orphan-drug exclusivity at all. Accordingly, that was the only issue that the Court's Opinion and Order addressed, as Defendants acknowledge. *See id.* at 2, 9; Defs.' Reply at 2. And doing so did not require the Court to address whether Bendeka is the same drug as Treanda under either the FDA's regulations or the statute."). *See also* FDA, *Dear Applicants for*

18

Jazz nonetheless points to several quotations from the cases in looking for support, but these quotations do not speak directly to the situation at issue with Lumryz. The first quotation,[125] from the background section of the *Depomed* decision, simply describes how the definition of "same drug" "effectively limits the scope of exclusivity," but neither *Depomed* nor *Eagle* addressed the scope of the plaintiffs' exclusivity (i.e., whether approval of another sponsor's drug was blocked by the plaintiffs' exclusivity).[126] Jazz also quotes language in the *Depomed* decision stating, "This Court will not impute to Congress an intention to authorize an exception that Congress itself did not think worth enacting."[127] However, the regulatory definition of "same drug" does not create an extra-statutory "exception" to ODE. As explained in section II.B above, under section 527(a), FDA may not approve another sponsor's application for the same drug for the same use or indication as a drug with ODE.[128] Exceptions to ODE describe situations where FDA can nevertheless approve another sponsor's application for the same drug for the same use or indication during a period of unexpired ODE.[129] Instead of creating such an exception to ODE where same drugs for the same indications or uses can be approved despite a drug's unexpired ODE, the definition of "same drug" identifies certain drugs that are not the same (e.g., clinically superior drugs) and, in this context, helps clarify the scope of ODE once it has attached. When a subsequent drug that is otherwise the same drug (i.e., contains the same active moiety and is for the same use or indication) as a drug with unexpired ODE and is found to be clinically superior to that drug with unexpired ODE, then the subsequent drug is not the "same drug," and the unexpired ODE cannot block approval of that drug under section 527(a) of the FD&C Act (because such ODE can only block same drugs for the same uses or indications).[130] That section 527(b) enumerates two exceptions to ODE does not undermine the

---

*Certain Products Containing Bendamustine Letter*, Docket No. FDA-2018-N-3773 (Feb. 20, 2019) ("FDA has . . . determined that the agency will continue to apply its existing 'same drug' regulation when determining the scope of Bendeka's exclusivity (i.e., exclusivity prevents the approval of any other drug with the same active moiety (here, bendamustine) for the exclusivity-protected indications.").

[125] Sidley Slides, *supra* note 13, at 14 (quoting *Depomed v. HHS*, 66 F. Supp. 3d 217 (D.D.C. 2014) ("FDA's 'insertion of the 'same drug' concept ... effectively limits the scope of exclusivity protection because under the regulations, only if a new drug uses the same [active moiety] to treat the same disease or condition ... and the new drug is also not found to be 'clinically superior' to the existing orphan drug will the FDA ... forbid its marketing within the exclusivity period.'").

[126] *Depomed.v. HHS*, 66 F. Supp. 3d 217 (D.D.C. 2014); *see also Eagle Pharms., Inc. v. Azar*, 952 F.3d 323 (D.C. Cir. 2020).

[127] Sidley Letter, supra note 12, at 6; see also Sidley Slides, supra note 13, at 14. Similarly, the Sidley Letter also later quotes from *Depomed*, "Where Congress explicitly enumerates certain exceptions to a general prohibition, additional exceptions are not to be implied." Sidley Letter, supra note 12, at 8.

[128] Section 527(a) of the FD&C Act.

[129] The exceptions to 527(a) of the FD&C Act are enumerated in section 527(b).

[130] This distinction between an exception to ODE and a definitional exclusion from the term "same drug" is a meaningful one. The exceptions to ODE under section 527(b) set forth the circumstances under which FDA may approve an application even though it is for the same drug for the same indication or use as the drug that has ODE. Meanwhile, a subsequent drug that is clinically superior to the drug with ODE is simply not the same drug as the drug that has ODE and is therefore excluded from the scope of subsequent drugs that are blocked by that ODE. A standard illustration of this distinction, familiar to most law students, is the evidentiary rule against hearsay. Federal Rule of Evidence 802 provides that hearsay is generally inadmissible. Rules 801(c)-(d) exclude certain statements from the definition of hearsay: 801(c) limits hearsay to out-of-court statements offered for their truth, while 801(d) further specifies certain statements that are "not hearsay." Meanwhile, Rules 803, 804, and 807 provide for certain exceptions to the rule against hearsay—statements that meet the definition of hearsay, but that are nevertheless not

19

agency's conclusion that a clinically superior drug is definitionally not the "same drug," and therefore its approval is not blocked by ODE.

Jazz also cites quotations from *Eagle* critiquing "FDA's imposition of its clinical-superiority requirement" and that FDA's "interpretation reads a limitation into the text that is not there."[131] Again, *Eagle* concerned FDA's imposition of the condition of clinical superiority for a sponsor to be eligible for its own period of ODE, which is not at issue here. We have already recognized that Xywav is eligible for ODE. Xywav's ODE, however, only blocks approval of the same drug for the same indication or use.

Second, Jazz argues that the enactment of section 527(c) of the FD&C Act superseded and invalidated the regulatory definition of "same drug." Specifically, Jazz argues that the regulatory definition of "same drug" is inconsistent with section 527(c)(1), because the statute does not contain what Jazz refers to as the "'not-the-same' fiction."[132] However, Jazz ignores crucial words in the statute. As explained above, Section 527(c)(1) requires a demonstration of clinical superiority when the sponsor of a drug is seeking ODE for "a drug that is designated under section 526 and *is otherwise the same*, as determined by the Secretary, as an already approved or licensed drug" for the same use or indication.[133] The orphan-drug regulations, which predate section 527(c)(1), use this same phrase; *see, e.g.,* 21 CFR § 316.3(b)(3) (stating "that a drug is shown to provide a significant therapeutic advantage over and above that provided by an approved drug (that is *otherwise the same drug*)" (emphasis added)); 21 CFR § 316.34(c) ("If a drug is *otherwise the same drug* as a previously approved drug for the same use or indication, FDA will not recognize orphan-drug exclusive approval if the sponsor fails to demonstrate upon approval that the drug is clinically superior to the previously approved drug." (emphasis added)); Congress legislated against this backdrop. Black's Law Dictionary defines "otherwise" as:

> **otherwise** *adv.* (bef. 12c) **1.** In a different way; in another manner <David Berkowitz, otherwise known as Son of Sam>. **2.** By other causes or means <to succeed by hard work and otherwise>. **3.** In other conditions or circumstances <to know him otherwise than through law practice>. **4.** Except for what has just been mentioned <page 99 was illegible; otherwise, the records were easy to decipher>. **5.** Busy doing something else <she was otherwise engaged that day>. **6.** To the contrary; differently <although the economists say that legal markets are soft, many law-firm leaders think otherwise>. • The term *otherwise* tends to be quite broad in scope.

---

subject to the rule against hearsay. Exceptions to the rule against hearsay and exclusions from its definition are therefore addressed separately. The same is true here.

[131] Sidley Letter, supra note 12, at 6; see also Sidley Slides, supra note 13, at 14.

[132] Sidley Slides, *supra* note 13, at 15-16. *Id.* at 15 (arguing that "[t]he statute does not rely on any legal fiction and does not pretend that a clinically superior product is no longer "the same" as prior drugs that contain the same active moiety; that "[i]nstead, the statute created a clinical superiority requirement that embraces 'sameness;'" that "[p]ursuant to section 527(c)(1), a second or further period of ODE is conditioned on a demonstration that the proposed drug is 'clinically superior to any already approved or licensed drug that is the same drug;'" and that "[p]er the statute XYWAV remains 'the same drug' as other oxybates even though it is clinically superior").

[133] Section 527(c)(1) of the FD&C Act (emphasis added).

20

AVDL_01395374

JTX-0112.21

These dictionary definitions make clear that "otherwise" connotes difference. By using the phrase "otherwise the same" the statute (and regulations) acknowledges that a clinically superior drug is not, in fact, considered to be the same as a previously approved drug. The orphan-drug regulations defining "same drug" state that "if the subsequent drug can be shown to be clinically superior to the first drug, it will not be considered to be the same drug," which is entirely consistent with section 527(c)'s description of a clinical superior drug as one that is "otherwise the same" as (i.e., different than) a previously approved drug. FDA has previously considered whether the enactment of the FDARA provisions at section 527 conflicted with its regulations and concluded that "FDA's current regulations are consistent with FDARA."[134]

Third, Jazz argues that allowing a clinically superior drug to overcome the ODE of an otherwise same drug goes against the intent of Congress and renders ODE meaningless.[135] FDA disagrees. As Jazz itself acknowledges, Congress expressed an interest in incentivizing the development of clinically superior products.[136] The ODE framework executes that intention in two ways: first, clinically superior drugs can be eligible for their own terms of ODE; second, clinically superior drugs can be approved during the ODE period for a drug that is otherwise the same as the clinically superior drug because they fall outside the scope of that drug's ODE. Although ODE does not block as much as Jazz would prefer in this instance, that does not render ODE "meaningless." Xywav's ODE blocks FDA approval of all applications from other sponsors for the same drug for the same use or indication for seven years (subject to the exceptions in section 527(b)), a valuable benefit that is not just limited to blocking FDA's approval of generic drugs referencing Xywav.

### ii. MCTPC in Relation to Safety

As explained above, Lumryz may demonstrate clinical superiority to Xywav by showing that it provides a significant therapeutic advantage through greater effectiveness, greater safety, or by making a MCTPC. Doing so would render Lumryz a different drug than Xywav such that Xywav's ODE would not block Lumryz's approval. Importantly, as explained above, one drug can demonstrate a MCTPC over a previously approved drug even if the drug is not as effective or safe in every respect as the previously approved drug. Jazz tries to argue otherwise. Jazz claims that "longstanding FDA policy requires the second-in-time drug to achieve at least comparable safety as the earlier drug" in order to be clinically superior.[137] Additionally, Jazz claims that "to be eligible for clinical superiority a drug must also provide safety at least comparable to the approved drug" and that "a new drug that is less safe than an already approved orphan drug cannot be considered 'clinically superior' to the first drug."[138] The same argument is also made in the Sidley Letter, which states, "clinical superiority cannot be demonstrated through tradeoffs—a later drug is not clinically superior if it sacrifices the safety or efficacy

---

[134] *Dear Applicants for Certain Products Containing Bendamustine Letter, supra* note 124. Jazz points to section 527(d) of the FD&C Act to suggest that the agency cannot apply its definition of "same drug" to interpret the statute and its regulations at Subpart D of Part 316. As noted here, FDA has previously considered this issue and concluded that FDA's current regulations are consistent with FDARA.

[135] Sidley Letter, *supra* note 12, at 8; *see also* Sidley Slides, *supra* note 13, at 17.

[136] Sidley Slides, *supra* note 13, at 17.

[137] Jazz's September 2021 Letter, *supra* note 11, at 1.

[138] *Id.* at 2.

21

AVDL_01395375

achieved by its predecessors."[139]  In the Sidley Slides, Jazz relies on the words "over and above" in section 527(c)(2) to argue that clinical superiority requires "progress" and thus a drug cannot be clinically superior to a previously approved drug if it is also less safe than the previously approved drug.  These assertions are not correct.

First, the words "over and above," in the context of the statute and regulation at 21 CFR § 316.3(b)(3), cannot be read to mean a drug must be as safe as a previously approved drug to make a MCTPC.  As explained in section II.C above, section 527(c)(2) of the FD&C Act defines clinically superior to mean that "the drug provides a significant therapeutic advantage over and above an already approved or licensed drug in terms of greater efficacy, greater safety, *or* by providing a [MCTPC]," and 21 CFR § 316.3(b)(3) defines clinically superior to mean that "a drug is shown to provide a significant therapeutic advantage over and above that provided by an approved drug (that is otherwise the same drug) in *one or more* of the following ways:" greater effectiveness, greater safety, or a MCTPC (emphasis added).  Jazz conveniently ignores the italicized statutory and regulatory language in these definitions.  In both definitions, the subsequent drug must provide a significant therapeutic advantage "over and above" an already approved drug in just one way—greater efficacy, greater safety, *or* by providing a MCTPC—to be considered clinically superior.  The plain reading of both the statute and the regulation does not impose an additional requirement that in order to provide a significant therapeutic advantage in one of the three measures, the drug must also be at least comparable in the other two measures.  The relative effectiveness and safety of the drug may be relevant in assessing whether a drug makes a MCTPC, and a drug must meet FDA's fundamental safety and effectiveness thresholds to obtain approval (see section II.D above), but nothing in the statute or regulation requires comparable effectiveness and safety in every respect.

In fact, in the 2011 proposed rule for amending the orphan-drug regulations, FDA proposed adding such a requirement to the regulation.[140]  Specifically, FDA proposed adding that a demonstration of MCTPC must also include "a demonstration that the drug provides safety and effectiveness comparable to the approved drug."[141]  In the 2013 final rule, however, FDA did not adopt that proposed change, so as not to create "a new standard" for MCTPC.[142]  Instead, FDA stated that MCTPC "determinations can be complex and encompass consideration of a number of factors that potentially implicate safety and effectiveness, which are evaluated on a case-by-case basis for each drug product."[143]

Jazz points to the 2011 proposed rule to argue that a "comparable safety showing" is "consistent with longstanding FDA policy."[144]  To the contrary, as discussed above, the final rule makes clear that requiring a showing of comparable safety and effectiveness for a MCTPC would create a "new standard."[145]  Jazz also claims that it "could find no precedent where FDA has endorsed a

---

[139] Sidley Letter, *supra* note 12, at 8-9; *see also* Sidley Slides, *supra* note 13, at 29.

[140] FDA, *Orphan Drug Regulations, Proposed Rule*, 76 Fed. Reg. 64868, 64871 (Oct. 19, 2011) [hereinafter 2011 Proposed Rule].

[141] *Id.* at 64878.

[142] 2013 Final Rule, 78 Fed. Reg. at 35124.

[143] *Id.*

[144] Jazz's September 2021 Letter, *supra* note 11, at 2 footnote 4 (referencing 2011 Proposed Rule, 76 Fed. Reg. at 64876).

[145] 2013 Final Rule, 78 Fed. Reg. at 35124.

22

AVDL_01395376

comparably effective but less safe product as clinically superior."[146] However, more importantly, based on our review, agency precedent is devoid of instances in which we refused to find a MCTPC for a drug based on a failure to show comparable safety or efficacy.[147] As explained above, safety concerns could inform a MCTPC analysis, but a safety concern present in a subsequent drug that was not present in the previous drug would not automatically defeat a finding of MCTPC. That determination would be made on a case-by-case basis and depend upon the nature of the safety concern weighed against the benefits of the MCTPC. As described in detail in section II.C, FDA's ODE determination regarding Rebif provides at least one instance where we found a drug to be clinically superior based on greater efficacy even though the drug was less safe in one measure than the previously approved drug with ODE. As noted above, Rebif patients experienced skin necrosis at injection sites that patients on a previously approved drug (Avonex) did not (i.e., the same adverse event that was present with the previously approved drug Betaseron that led to the determination that Avonex was clinically superior to Betaseron based on safety).[148] While this clinical superiority determination was not based on a MCTPC finding, the example nonetheless demonstrates that the agency does not require comparable safety and efficacy to be considered clinically superior.

Jazz claims that FDA's clinical superiority analyses include an assessment of whether the subsequent drug is at least "not less safe than" the previously approved drug to support its assertion that "a new drug that is less safe than an already approved orphan drug cannot be considered 'clinically superior' to the first drug."[149] To support these claims, Jazz cites examples where FDA considered whether a previously approved drug is at least not less safe.[150] As discussed below, although these examples discuss the relative safety of two drugs, they do not support a conclusion that a drug *must* be at least "not less safe" than an already approved drug to be clinically superior to that drug. FDA has considered whether a subsequent drug has comparable safety and efficacy to the previously approved drug as part of an overall assessment of whether the subsequent drug makes a MCTPC. For example, to reiterate what we said above, where certain adverse events associated with a change in administration raise safety concerns for a subsequent drug that are not present for a previous drug, FDA could consider such information to determine whether the safety concerns affect the agency's finding that certain benefits of the drug create a MCTPC, but such safety concerns would not automatically lead FDA to deny the drug approval or exclusivity based on a finding that the drug was not clinically superior.

The specific examples provided by Jazz do not counsel otherwise. First, Jazz cites to OOPD's statements, in determining that Revcovi (elapegademase-lvlr) is clinically superior to Adagen (pegademase bovine), that "OOPD does not need to determine whether Revcovi is in fact more safe than Adagen. Clinical superiority based on effectiveness has been demonstrated, and

---

[146] Jazz's September 2021 Letter, *supra* note 11, at 1.

[147] We are aware of certain language in agency documents that could be interpreted as suggesting FDA has such a policy. As described further below, despite these statements, none of FDA's past precedents that OOPD reviewed manifest application of such a policy upon approval when FDA is determining eligibility for ODE or when it is considering whether a drug may be approved in light of another sponsor's ODE. Given the quantum of information suggesting otherwise, it is clear that those statements do not reflect such an agency policy.

[148] CBER Rebif memo, *supra* note 32, at 20.

[149] Jazz's September 2021 Letter, *supra* note 11, at 2.

[150] *Id.* at 2 footnote 4; *see also* Sidley Slides, *supra* note 13, at 30.

23

AVDL_01395377

Revcovi is at least not less safe than Adagen."[151]  Revcovi and Adagen are both enzyme replacement therapies used to treat adenosine deaminase ("ADA") deficiency in patients with severe combined immunodeficiency. Adagen is derived from a bovine source, while Revcovi is recombinant (i.e., made in a laboratory). OOPD determined that Revcovi is clinically superior to Adagen based on a consult with expert clinicians in the review division, who found that Revcovi is more effective as it provides more stable plasma ADA activity, more consistently above the therapeutic threshold associated with clinical benefit associated with long term survival.[152] Because OOPD found Revcovi to be clinically superior based on greater efficacy, it did not need to determine if Revcovi also provided greater safety. Efficacy and safety are alternative prongs for clinical superiority. Nothing in OOPD's reasoning suggests that the fact that Revcovi was "not less safe than Adagen" was a factor in OOPD's finding of clinical superiority based on greater effectiveness or that if Revcovi had been less safe, then Revcovi could not have been found to be clinically superior. Nor do OOPD's statements mean that FDA has a policy that in order to be clinically superior based on efficacy, a subsequent drug must also provide safety at least comparable to the previously approved drug.

Second, Jazz cites an ODD memo regarding a potential plausible hypothesis of clinical superiority of enteric-coated cysteamine (later named Procysbi (cysteamine bitartrate)) over another cysteamine product for the treatment of cystinosis.[153] Enteric-coated cysteamine had ODD for the treatment of cystinosis based on a plausible hypothesis that enteric-coated cysteamine may be clinically superior to the previously approved cysteamine product for the same disease based on safety by causing less nausea and vomiting.[154] Note that at the time of the cited memo, OOPD was not conducting an analysis of whether the sponsor had, in fact, demonstrated clinical superiority. The memo responded to a June 23, 2008, letter from the sponsor asking to update the hypothesis that was the basis of the ODD.[155] OOPD reviewed this request, and in the memo cited by Jazz, explained that OOPD assesses MCTPC "individually" (on a case-by-case basis) and considers factors including "the nature of the orphan indication, course of treatment for the indication, and benefits that could be obtained from the new product."[156] The memo then states, as cited by Jazz, "Inherent in this analysis is the general assumption that changes in drug administration would maintain a similar or improved adverse event profile and similar efficacy."[157] As explained below, this statement is consistent with and reflects the MCTPC standard we described above.

At the ODD stage, as is the case in the Procysbi memo, FDA does not have full safety, efficacy, and other data for the drug necessary to make a definitive determination about clinical

---

[151] Jazz's September 2021 Letter, *supra* note 11, at 2 footnote 4.

[152] FDA, *Exclusivity Memorandum, DRU-2014-4675, Revcovi (elapegademase-lvlr)* at 3 (Oct. 14, 2020).

[153] Jazz's September 2021 Letter, *supra* note 11, at 2 footnote 4; *see also* Sidley Slides, *supra* note 13, at 30.

[154] FDA, Review of Request for ODD for enteric-coated cysteamine, DRU-2006-2310 (Oct. 10, 2006) [hereinafter Procysbi Designation Memo].

[155] Letter from Ted Daley to Timothy Cote, *Orphan Drug Exclusivity Determination for Delayed-release Cysteamine Bitartrate Capsules (i.e., enteric-coated beads) for Treatment of Cystinosis, DRU-2006-2310* (Jun. 23, 2008). Note that there is no requirement for a sponsor to update the hypothesis of clinical superiority upon which an ODD is based. This sponsor seemingly wanted to know if OOPD would accept the hypothesis for clinical superiority as it anticipated later submitting a marketing application for which it wanted ODE.

[156] FDA, *Memorandum, Request for OOPD Opinion, DRU-2006-2310* (Mar. 3, 2009) [hereinafter Procysbi 2009 memo].

[157] *Id.*

24

AVDL_01395378

superiority; therefore, for the plausible hypothesis analysis at the ODD stage, unless a safety or efficacy concern is readily apparent to the agency absent receipt of safety and efficacy data in the sponsor's application for approval, we generally assume that the drug provides comparable safety and efficacy.[158] At the approval stage, once such safety and efficacy data about the drug has been submitted in an application for marketing approval, that general assumption may or may not still apply, depending on what the submitted data shows. As we stated above, FDA may consider whether, for example, any adverse events documented within the drug's safety data submitted in its application for approval diminish the advantages of, for example, a change in route or frequency of administration. In that respect, as explained above, safety concerns could inform the MCTPC analysis, but a safety concern present in a subsequent drug that was not present in the previous drug would not automatically disqualify the drug from obtaining a MCTPC finding. As stated above, clinical superiority analyses can "vary depending on many factors"[159] and MCTPC "implies a more global assessment."[160]

In the case of Procysbi, upon approval, FDA found that Procysbi was clinically superior to the previously approved cysteamine product Cystagon based upon a MCTPC finding. The reviewer noted that the safety profile for Procysbi and Cystagon were similar "although a higher incidence of GI AEs were observed in the pivotal trial with delayed-release cysteamine in comparison to Cystagon."[161] If anything, this example shows that FDA has made a MCTPC finding upon approval where a drug was potentially less safe in at least one respect than the previously approved drug.

Third, Jazz cites to a memo about the clinical superiority of BeneFix (coagulation factor IX (recombinant)) based on safety to previously approved factor IX products for the prevention of bleeding in hemophilia B.[162] The memo considers whether a demonstration of greater safety under 21 CFR § 316.3(b)(3)(ii) requires a demonstration of a single safety advantage without regard for other safety considerations, or a demonstration of an overall increase in safety considering all aspects of safety.[163] The memo does not conclude which standard is applicable, but finds that BeneFix provides greater safety under both standards.[164] Each of the quotations

---

[158] Jazz also cites to FDA's review of a request for ODD for Ravicti as another example of a requirement for comparable safety. *See* Sidley Slides, *supra* note 13, at 30. This is another example of FDA considering whether there is a plausible hypothesis of clinical superiority, not a demonstration of clinical superiority. In this example, FDA was concerned that the sponsor did not adequately explain why the new dosage form would represent a significant advantage over the previous dosage form, and FDA was concerned that the new dosage form could introduce new safety risks that were not accounted for in the sponsor's hypothesis. *See* FDA, *Review of Request for Orphan-Drug Designation*, 05-2035, Glyceryl tri(4-phenylbutyrate) at 4 (Sep. 2, 2005) ("[I]t is unclear whether the glycerol byproduct of GT4P metabolism would pose its own safety risk in chronic use of the drug."). Thus, a safety concern was readily apparent to the agency at the designation stage absent receipt of safety data in the sponsor's application for approval. Without additional information about the potential safety of the drug and without additional information about the advantages of the drug, FDA was unable to determine there was a plausibly hypothesis of clinical superiority that would warrant ODE.

[159] 1992 Final Rule, 57 Fed. Reg. at 62078.

[160] OOPD Rebif memo, *supra* note 36, at 3.

[161] FDA, *Review of an Amended Request for Orphan Drug Designation, 2006-2310, Procysbi (enteric-coated cysteamine)* at 6 (May 28, 2013) [hereinafter Procysbi Exclusivity Memo].

[162] Jazz's September 2021 Letter, *supra* note 11, at 2 footnote 4.

[163] FDA, *Memorandum, Orphan Product Status of BeneFix Coagulation Factor IX (Recombinant)* (Jan. 21, 1997) [hereinafter "BeneFix memo"].

[164] *Id.*

25

AVDL_01395379

that Jazz cites are in the context of considering whether one safety advantage needs to be compared to safety concerns in order to make an assessment about greater safety under 21 CFR § 316.3(b)(3)(ii). This is a different question than whether a drug can be clinically superior overall if it is less safe in one respect than the previously approved drug. The first quotation (i.e., "A significant risk associated with the new drug, that is not shared by the approved orphan, would likely render the new drug unapprovable") is making the obvious point that significant new safety risks inform FDA's evaluation of the fundamental safety of a drug for marketing approval under section 505 of the FD&C Act. The other two quotations (i.e., "it would be unreasonable to ignore an apparent risk that may outweigh the purported advantage of a new drug," and "[s]ince there is no established risk to 'outweigh' the enhanced viral safety of BeneFix, the significant therapeutic advantage of BeneFix has not been outweighed by anything") describe a situation where a safety risk associated with the subsequent drug would need to be considered in an overall assessment of safety, but not necessarily prevent a finding of greater safety. These quotations do not support Jazz's position.

Fourth, Jazz cites FDA's determination that Signifor LAR (pasireotide)—a "long-acting release" formulation—made a MCTPC by providing once-per-month dosing as compared to twice-per-day pasireotide to treat Cushing's disease.[165] Specifically, Jazz cites to the statement that "[t]here are no notable differences in the safety and efficacy profiles between the immediate release and long-acting formulations."[166] Again, stating that there are no notable differences in safety is not the same as stating that if Signifor LAR were less safe then it could not make a MCTPC. The exclusivity memorandum for Signifor LAR does not state that having comparable safety was a requirement to finding a MCTPC.[167]

Overall, none of these examples support that FDA will consider a new drug to be clinically superior to a previously approved drug only if the new drug is at least as safe as the previously approved drug.

Finally, Jazz tries to argue from a policy perspective that finding clinical superiority based on one significant advantage to patients even if the drug is less safe in some other measure would undermine the value of the ODE incentive.[168] FDA disagrees. FDA interprets the purpose of the Orphan Drug Act to incentivize the development of better versions of drugs for the treatment or prevention of rare diseases or conditions. FDA believes that a drug may provide a significant therapeutic advantage to patients over a previously approved drug even if, for example, it is less safe in one measure than the previously approved drug. If new drugs were required to be at least as safe as the previously approved drugs, that would prevent a drug that provides a significant therapeutic advantage and otherwise meets FDA's approval standard from coming to the market during the duration of the previously approved drug's ODE. Implementing ODE requires balancing the need to incentivize the development of drugs for rare diseases or conditions and the need for patients to access better versions of such drugs. Requiring comparable safety on

---

[165] Sidley Slides, *supra* note 13, at 30.

[166] *Id.* (quoting clinical superiority findings available at https://www.fda.gov/industry/designating-orphan-product-drugs-and-biological-products/clinical-superiority-findings).

[167] FDA, *Exclusivity Memorandum*, 09-2887 Signifor LAR (Apr. 3, 2019) [*hereinafter* Signifor Exclusivity Memo].

[168] Jazz's September 2021 Letter, *supra* note 11, at 20. *See also id.* at 1 ("Because the concept of clinical superiority does not include regression, longstanding FDA policy requires the second-in-time drug to achieve at least comparable safety as the earlier drug").

26

AVDL_01395380

every measure before a drug can be found to be clinically superior would be an arbitrarily rigid requirement that would significantly delay approval of drugs with important therapeutic advantages for patients with rare diseases.

FDA has adopted a more nuanced approach to clinical superiority, where a potential MCTPC is considered in the overall context of the safety, efficacy, and other features of the drug to determine if there is an overall significant therapeutic advantage of the new drug. As FDA has stated, MCTPC "determinations can be complex and encompass consideration of a number of factors that potentially implicate safety and effectiveness, which are evaluated on a case-by-case basis for each drug product."[169] Improvements to drugs are not necessarily linear, where every version of a drug builds off and is better in every respect than the one that came before. An improvement in one respect may benefit patients, even if there is a disadvantage in another aspect of the drug. As FDA has stated, "there can not [sic] be an infinite number of comparison criteria if this provision of the regulation is to be meaningful."[170] That is not to say that a small advantage provided by a new drug should overcome a large disadvantage also introduced by the drug; however, it would not serve the purpose of the Orphan Drug Act—and public health—if a drug were automatically disqualified from being clinically superior if it were less safe in one regard, while still meeting FDA's approval standards for safety.

## B. Lumryz is Clinically Superior to Xyrem and Xywav

Avadel has not contended that Lumryz has greater effectiveness than Xyrem and Xywav, and DN1 has concluded that "[t]here is no evidence suggesting that the efficacy of Lumryz is different from that of Xyrem or Xywav."[171] Avadel did present arguments why it believes that Lumryz provides greater safety than Xyrem and Xywav,[172] but OOPD concludes that Avadel has not demonstrated that Lumryz provides greater safety than either Xyrem or Xywav.[173] DN1 has also concluded that Avadel's arguments do not support a finding of greater safety of Lumryz over either Xyrem or Xywav.[174] Because Avadel has not demonstrated either greater effectiveness or greater safety, Lumryz can be deemed to be clinically superior over Xyrem and Xywav only if Lumryz makes a MCTPC over the previously approved drugs.[175] As explained below, FDA concludes that Lumryz makes a MCTPC over Xyrem and Xywav.

Based on a review of the arguments submitted by Avadel and Jazz, consultation with DN1,[176] and consultation with two board certified sleep experts in FDA,[177] OOPD finds that Lumryz makes a MCTPC over Xyrem and Xywav by providing a once-nightly dosing regimen that

[169] 2013 Final Rule, 78 Fed. Reg. at 35124.

[170] *See* OOPD Rebif memo, *supra* note 36, at 3 (emphasis added).

[171] DN1 Lumryz Consult, *supra* note 5, at 3. There has been no head-to-head study to directly compare Lumryz to Xyrem or Xywav.

[172] *See* Avadel's Exclusivity Claim, *supra* note 6; *see also* Avadel's Exclusivity Claim Supplement, *supra* note 7.

[173] For the purposes of this analysis, OOPD will not include a response to each of Avadel's claims of greater safety. OOPD ultimately finds Lumryz to be clinically superior to Xyrem and Xywav based on making a MCTPC, and Avadel's arguments about greater safety do not factor into the MCTPC finding.

[174] DN1 Lumryz Consult, *supra* note 5, at 3.

[175] 21 CFR § 316.3(b)(3)(iii).

[176] DN1 Lumryz Consult, *supra* note 5.

[177] *See* Sleep Expert Consult, *supra* note 5.

27

avoids a nocturnal arousal to take a second dose. Crucial to this finding is that the three oxybate products are for the treatment of symptoms of narcolepsy—a chronic sleep disorder. The purpose of oxybate treatment is to consolidate a narcoleptic's sleep to improve daytime symptoms of EDS and cataplexy.[178] As explained in more detail below, waking up to take a second dose of Xyrem and Xywav is antithetical to the goal of improving sleep. This is compounded by the fact that narcolepsy is a chronic condition and patients may need treatment for the remainder of their lives.

As explained by FDA's sleep experts in greater detail in their consult, even with a single nocturnal arousal, there can be impairment of alertness and decline in cognitive performance the following day.[179] It is known that disrupting sleep, even briefly, changes sleep architecture—the normal pattern of NREM and REM cycles requisite for daily restoration.[180] As explained in section III.A of this document and by FDA's sleep experts, when an arousal occurs (e.g., when waking up to take medication during the night after falling asleep), there is a shift in an EEG pattern—one that leads to a longer Stage W with alertness or consciousness, even if not remembered.[181] The duration of time in Stage W necessary to take the second dose and fall back asleep is prolonged and will adversely impact WASO.[182] In treating sleep disorders, including narcolepsy, the goal is to maximize the time in sleep and minimize wake time (i.e., minimize WASO).[183] Hence, nocturnal arousals should be avoided—especially in those with sleep disorders—as the goal of treatment is to restore normal sleep architecture.[184]

Xyrem and Xywav are administered in two divided doses, with the first dose taken at bedtime and second dose taken 2.5 to 4 hours later. FDA's sleep experts have concluded that awakening to take a second dose of Xyrem or Xywav is not optimally supportive of the continual sleep necessary for narcolepsy patients to restore sleep architecture and daytime alertness with more normal functioning.[185] Such dosing necessitates awakening from sleep, prompting a nocturnal arousal.[186] Both Xyrem and Xywav labeling explain that after a dose, it usually takes at least 5 to 15 minutes to fall asleep, which means it usually takes at least 5 to 15 minutes to fall back asleep after taking the second dose.[187] Awakening to take a second dose necessarily disrupts sleep and causes fragmented sleep.[188] A person with disrupted sleep cannot simply return to sleep and resume their normal sleep cycle.[189] Disruption of sleep leads to the inability to enter Stage N3, or disruption of N3, and such individuals will revert back to Stage W and subsequently progress to Stage N1 sleep and so forth.[190] So, upon taking a second dose of Xyrem or Xywav,

---

[178] Scammell, *Treatment*, *supra* note 77.

[179] *See* Sleep Expert Consult, *supra* note 5, at 7-8; *see also* Cirelli, *supra* note 46.

[180] Sleep Expert Consult, *supra* note 5, at 8; *see also* Philip, *supra* note 61, at 244-245.

[181] Kirsch, *supra* note 48; *see also* Philip, *supra* note 61, at 244-245.

[182] Sleep Expert Consult, *supra* note 5, at 5; *see also* Suni, *supra* note 62.

[183] Sleep Expert Consult, *supra* note 5, at 5.

[184] *Id.* at 6; *see also* Scammell, *Treatment*, *supra* note 77.

[185] *See* Sleep Expert Consult, *supra* note 5, at 7.

[186] *Id.* at 7 footnote 45 ("It is self-evident that an arousal occurs upon taking the second dose of Xyrem or Xywav because some degree of consciousness or alertness is needed for the voluntary movements involved in taking medicine").

[187] Xyrem 2023 Labeling, *supra* note 86, at section 2.3; Xywav 2023 Labeling, *supra* note 93, at section 2.4.

[188] Sleep Expert Consult, *supra* note 5, at 5.

[189] Sleep Expert Consult, *supra* note 5, at 8.

[190] *Id.* at 6; *see also* Berry *supra* note 64, at 22-33.

28

after the minimum 5-15 minutes to return to sleep, such sleep does not resume where the patient left off to take their medication.[191] If patients do not intentionally awaken to take the second dose (e.g., by setting an alarm), the effect of the drug will wear off, and the patients may awaken anyway and need the second dosing to return to sleep.[192] As explained above, the disruption changes sleep architecture and will increase WASO and is something to be avoided in the narcoleptic patient, if possible.[193]

In contrast to Xyrem and Xywav, Lumryz is an extended-release formulation that is indicated to be administered once daily at bedtime. Importantly, patients on Lumryz do not need to wake mid-sleep to take a second dose. The dosing regimen of Lumryz "provides an opportunity for narcolepsy patients to achieve normal sleep architecture, which is not a possibility for a patient on Xyrem or Xywav who must either wake up to take a second dose (disrupting sleep architecture) or allow the drug to wear off after 2.5-4 hours (reverting patients back to their naturally occurring, disrupted sleep architecture)."[194] This is medically relevant because the purpose of oxybate therapy is to improve sleep consolidation.[195] Additionally, the benefit provided by the dosing regimen of Lumryz is germane to several of the factors that FDA may consider when determining if a drug makes a MCTPC.[196] Lumryz's extended release properties provide for longer periods between doses, which is significant not only because it reduces the nightly number of doses from two to one but also because it eliminates the need to awaken in the middle of sleep to take a second dose. FDA considers this to be significantly more convenient for patients, an advancement in the ease of drug administration, and a reduction in treatment burden. As explained by FDA's sleep experts, patients taking Xyrem and Xywav typically prepare both doses before bed, may need to set an alarm to wake up at the proper time to take the second dose, and then may require 5-15 or more minutes to return to sleep. Aside from the medical benefits of not having to awaken to take a second dose already explained above, it is inherently more convenient, easier, and less burdensome for patients to forgo that process on a nightly basis. Importantly, this is in the context of a chronic neurological condition that requires potentially lifelong treatment.

### i. MCTPC Finding Consistent with Past Precedent

Our basis for finding a MCTPC for Lumryz is similar to FDA's MCTPC finding for Procysbi. As introduced above, Procysbi is an enteric-coated cysteamine product that has ODD for the treatment of cystinosis. The ODD was based in part on a plausible hypothesis that enteric-coated cysteamine would be clinically superior to the previously approved cysteamine product, Cystagon, for the same disease based on safety by causing less nausea and vomiting.[197] Procysbi

---

[191] Sleep Expert Consult, *supra* note 5, at 8.

[192] *Id.* at 7.

[193] *Id.* at 6.

[194] *Id.* at 8.

[195] Scammell, *Treatment*, *supra* note 77.

[196] *See, e.g.*, 2013 Final Rule, 78 Fed. Reg. at 35125 ("The following factors, when applicable to severe or life-threatening diseases, may in appropriate cases be taken into consideration when determining whether a drug makes a major contribution to patient care: convenient treatment location; duration of treatment; patient comfort; reduced treatment burden; advances in ease and comfort of drug administration; longer periods between doses; and potential for self-administration").

[197] Procysbi Designation Memo, *supra* note 154.

29

AVDL_01395383

was first approved on April 20, 2013, and to be eligible for ODE, FDA required a demonstration of clinical superiority over Cystagon. Cystagon was labeled to be dosed every six hours, whereas Procysbi was labeled to be dosed every 12 hours (a reduction of 50%).[198] By requiring dosing every six hours, patients taking Cystagon would be required to awaken from sleep to take a dose in order to administer the drug as labeled.[199] FDA concluded that many patients taking Cystagon were unable to follow the strict six-hour-dosing schedule, and that strict six-hour-dosing was required for the drug to be clinically beneficial (by maintaining white blood cell cystine levels below 1.0 nmol/½ cystine/mg protein).[200] FDA found that Procysbi made a MCTPC over Cystagon, because Procysbi is effective at 12-hour-dosing, and many patients are unable to follow Cystagon's strict six-hour-dosing, especially due to the need to awaken from sleep to ensure a timely dose.[201] Similar to Procysbi, Lumryz provides for 50% reduction in dosing frequency that eliminates the need to awaken to take a dose in order to achieve the medication's intended benefit.

### ii. Consideration of Sodium Differences

OOPD has also considered whether other relevant factors inform whether Lumryz makes a MCTPC over Xyrem and Xywav.[202] Specifically, we considered the sodium differences between Lumryz and Xywav. At the recommended daily dose of 6 g to 9 g, Lumryz contains approximately 1,100 mg to 1,640 mg of sodium whereas Xywav contains 87 mg to 131 mg.

At the recommended daily dose of 6 g to 9 g, Xyrem and Lumryz both have the same sodium content (approximately 1,100 mg to 1,640 mg). The difference in sodium content between Xywav and Xyrem was explained in a DN1 consult for OOPD's Xywav ODE determination:

> Given the differences in sodium content between Xywav and Xyrem, Xywav is safer and thus clinically superior to Xyrem in the following: all patients with narcolepsy; the substantial proportion of the narcolepsy population that is salt-sensitive (i.e., individuals who have greater changes in blood pressure with changes in salt intake than those who are not salt sensitive, representing about 50% of the general population); the substantial proportion of the narcolepsy population that is hypertensive (about 30% of the general population is hypertensive); and the substantial proportion of the narcolepsy population (39%) who cannot be prescribed Xyrem due to co-existing medical conditions that can be made worse as a result of the high sodium content of Xyrem.[203]

This division consult also states:

---

[198] Procysbi Exclusivity Memo, *supra* note 161, at 9-10.

[199] *Id* at 5.

[200] *Id.* at 9.

[201] *Id.* at 10. The reviewer also observed that the safety profile for Procysbi and Cystagon were similar "although a higher incidence of GI AEs were observed in the pivotal trial with delayed-release cysteamine in comparison to Cystagon." *Id.* at 6. The clinical superiority finding for Procysbi reflects multiple MCTPC factors, such as longer period between doses, increased ease of administration, and reduced treatment burden.

[202] *See* OOPD Rebif memo, *supra* note 36, at 3 ("an assessment of the safety or effectiveness of the new form of the subsequent product might be considered in determining whether the drug made a major contribution to patient care").

[203] DN1 2020 Xywav Consult, *supra* note 99, at 6.

30

> The relationship between daily salt intake and cardiovascular morbidity is widely accepted, as is the need for salt intake to be generally restricted and not only in subjects with conditions such as hypertension, cardiac failure, and impaired renal function. The difference in sodium content between Xywav and Xyrem is both substantial and clinically meaningful when daily sodium intake requires restriction in patients who concomitantly have conditions such as cardiac failure, hypertension, and renal impairment. Xywav rather than Xyrem will be the medication of choice in such patients. Such patients, especially those with hypertension, may constitute a significant proportion of those with cataplexy and excessive daytime sleepiness in narcolepsy. The difference in sodium content between Xywav and Xyrem is also very likely to be clinically meaningful in all patients with narcolepsy, including those who are salt sensitive.[204]

OOPD found Xywav to be clinically superior (within the meaning of the orphan-drug regulations) to Xyrem because the reduction of sodium "will be clinically meaningful in reducing cardiovascular morbidity in a substantial proportion of patients for whom the drug is indicated."[205]

OOPD acknowledges that the sodium content of Lumryz raises the same safety concern that was present for Xyrem and that is not present with Xywav. The agency stated in the consult response quoted above that the difference in sodium content between Xywav and Xyrem is "very likely to be clinically meaningful in all patients with narcolepsy"[206] and that "[g]iven the differences in sodium content between Xywav and Xyrem, Xywav is safer and thus clinically superior to Xyrem in [. . .] all patients with narcolepsy."[207] The logic of these statements, if extended here, would mean that the difference in sodium content between Xywav and Lumryz is likely to be clinically meaningful in all patients with narcolepsy and that Xywav is safer than Lumryz in all such patients, albeit based solely on one specific measure, i.e., reduced sodium. Nonetheless, FDA has concluded that Lumryz is clinically superior to Xywav as a MCTPC given the benefit of Lumryz's once-nightly dosing despite Xywav's greater safety due to reduced sodium. First, as explained above, there is no requirement for comparable safety when making a MCTPC finding, and finding clinical superiority based on one parameter — greater safety, greater efficacy, or a MCTPC — is sufficient to meet the clinical superiority standard.[208] Second, for the reasons explained below, we believe that the benefit of Lumryz's once-nightly dosing outweighs the safety concern raised by its increased sodium content for a substantial number of narcolepsy patients. Neither the statute nor regulations require a MCTPC to benefit the entire patient population for which a drug is intended.

Although it is widely accepted that individuals should limit sodium intake generally, the warning in Lumryz's labeling regarding sodium is directed only at "patients sensitive to sodium intake"

---

[204] *Id.* at 9-10.

[205] FDA, Clinical Superiority Findings, available at https://www.fda.gov/industry/designating-orphan-product-drugs-and-biological-products/clinical-superiority-findings.

[206] DN1 2020 Xywav Consult, *supra* note 99, at 10.

[207] *Id.* at 6.

[208] As OOPD stated in the Rebif example above, for one drug to be clinically superior in one parameter, it does not also need to be at least equal in all others. *See* OOPD Rebif memo, *supra* note 36, at 3.

31

AVDL_01395385

such as "those with heart failure, hypertension, or renal impairment."[209] For narcolepsy patients who are not sensitive to sodium intake, OOPD concludes that a once-nightly dosed oxybate drug will provide a significant therapeutic advantage. It is true that patients who are not sensitive to sodium could also benefit from a reduction in sodium, but we consider the benefit offered by once-nightly dosing to outweigh the risk of increased sodium intake in such patients because having to wake up to take a second dose is antithetical to oxybate's goal of improving sleep; disrupting sleep contributes to chronic sleep loss, which is well known to cause reduced performance, increased risk for accidents and death, and detrimental effects on both psychological and physical health; and there are other ways such patients may reduce sodium in their diet.[210] For narcolepsy patients who are sensitive to sodium, healthcare practitioners would need to weigh the benefits of once-nightly dosing against the severity of the patient's sodium sensitivity and the nature of their comorbidities to determine whether, in the practitioners' judgment, use of Lumryz or Xywav was appropriate. For certain sodium-sensitive patients with narcolepsy, the benefit offered by once-nightly dosing would outweigh the risk of increased sodium intake for the same reasons (e.g., having to wake up to take a second dose is antithetical to oxybate's goal of improving sleep; disrupting sleep contributes to chronic sleep loss, which is well known to cause reduced performance, increased risk for accidents and death, and detrimental effects on both psychological and physical health; and there are other ways such patients may reduce sodium in their diet).[211]

For a drug to make a MCTPC, the drug should provide adequate safety to meet the approval standard (not necessarily the same or greater safety as a previously approved drug). FDA has weighed the benefits and the risks of Lumryz and determined that the safety profile is adequate to meet the requirements for marketing approval.[212] Thus, although Lumryz has an increased sodium burden compared to Xywav, the safety risk from such an increase is not significant enough to preclude Lumryz from meeting the requirements for marketing approval. The safety risk associated with sodium for Lumryz is mitigated by labeling with an appropriate warning and precaution for patients sensitive to high sodium intake,[213] as has been done for Xyrem.[214]

In summary, OOPD concludes that the benefits of Lumryz's once-nightly dosing rise to the level of making a MCTPC because Lumryz's dosing provides for oxybate therapy that does not involve disrupting or fragmenting sleep, whereas Xyrem and Xywav necessitate a nocturnal awakening to take a second dose, which disrupts sleep architecture in patients with known sleep

---

[209] Lumryz labeling, *supra* note 105, at section 5.8.

[210] Sleep Expert Consult, *supra* note 5, at 2. Jazz argues that approving Lumryz would undermine FDA's policy regarding the benefits of reducing daily sodium intake. Jazz's September 2021 Letter, *supra* note 11, at 20. FDA acknowledges the importance of reducing sodium intake generally, and this determination does not erode that stance merely because we have concluded that sodium can be reduced by other means for patients who would benefit from taking this drug.

[211] We note that the DN1 Lumryz Consult explains that "the available safety data for Lumryz do not indicate that the higher sodium content of each dose of that drug is reflected in a greater incidence of adverse events than is observed with equivalent doses of Xywav." DN1 Lumryz Consult, *supra* note 5, at 3.

[212] DN1 Lumryz Consult, *supra* note 5, at 3 ("the safety profile of Lumryz meets the Agency's standards for approval."). *See also* OOPD Rebif memo, *supra* note 36, at 3 ("A more meaningful standard is a significant therapeutic benefit in terms of increased effectiveness and adequate safety, or increased safety and adequate effectiveness.").

[213] *See* Lumryz Labeling, *supra* note 105, at section 5.8.

[214] *See* Xyrem 2023 Labeling, *supra* note 86, at section 5.8.

32

disorder. This decision is based on consultations with DN1 and FDA sleep experts and relies on the scientific understanding about treating narcolepsy by minimizing nocturnal arousals and consolidating sleep. OOPD believes that the science supports a finding that the MCTPC provided by Lumryz over Xyrem and Xywav has been demonstrated.

## V.    Jazz's Arguments Are Not Persuasive

### A. Safety

Jazz argues that Lumryz does not provide greater safety than Xyrem and Xywav and is less safe than Xyrem and Xywav in several ways.[215] As explained above, OOPD's determination that Lumryz is clinically superior to Xyrem and Xywav is not based on Lumryz providing greater safety than Xyrem and Xywav. Therefore, OOPD has not responded to each safety argument from Jazz.[216] In addition, OOPD has acknowledged above that Lumryz has a higher sodium content than Xywav and addressed why Lumryz is still clinically superior to Xywav. Finally, as explained below, OOPD is not convinced by Jazz's remaining arguments that there are additional ways that Lumryz is less safe than Xyrem and Xywav.

First, Jazz argues that the risk of falls may be greater with Lumryz than with Xyrem and Xywav.[217] Jazz characterizes its argument as speculation ("one can equally speculate about alternate scenarios in which nocturnal awakenings and falls increase due to [Lumryz's] extended-release formulation") and hypothesis ("[Lumryz] introduces its own hypothetical fall risks").[218] Jazz speculates that because Lumryz is an extended release formulation, if a patient were to awaken and get out of bed, the patient using Lumryz would have more active drug in their blood compared to Xyrem and Xywav and could be at a higher risk for falls.[219] Jazz also states that Lumryz has "apparently higher rates of enuresis" (i.e., bedwetting), which may lead to more falls.[220] Jazz's claim is based on a cross-study comparison showing a higher rate of enuresis with Lumryz compared to Xyrem and Xywav. Cross-study comparisons refers to drug studies in which a given drug is independently investigated from a second drug and does not allow direct comparison of results from one study to the other. Inferences cannot be reliably drawn as the two study populations and conditions of each study may not be the same. OOPD consistently has rejected use of such comparisons to conclude one drug has a higher rate of an adverse event than another drug. Nevertheless, even if Lumryz were to have a higher rate of enuresis than Xyrem and Xywav, Jazz's argument is based on speculation that enuresis may lead to falls, because the patient may wake up, get out of bed, and change their sheets.[221] DN1 agrees

---

[215] Jazz's September 2021 Letter, *supra* note 11, at 6-15.

[216] *See* Jazz's September 2021 Letter, *supra* note 11, at 6-15. These arguments include that the pivotal REST-ON study was not designed to detect superiority (at 7-8), that findings of greater safety for other drugs were based on more data than is available for Lumryz (at 8-9), that there is insufficient evidence to support that the risk of falls is reduced with Lumryz compared to Xyrem and Xywav (at 10-13), that there is insufficient evidence to support that Lumryz will have better rates of adherence than Xyrem and Xywav (at 13-15), and that there is insufficient evidence to support that Lumryz will have lower rates of diversion (i.e., illegally transferring the drug to another person) than Xyrem and Xywav (at 15).

[217] Jazz's September 2021 Letter, *supra* note 11, at 12-13.

[218] *Id.*

[219] *Id.* at 12.

[220] *Id.*

[221] *Id.*

33

AVDL_01395387

that Jazz's arguments are speculative and is not aware of any data to support their arguments.[222] Ultimately, as Jazz admits, its arguments are based on speculation and hypotheses, and there are no scientific data to support a conclusion that there is a higher risk for falls with Lumryz compared to Xyrem and Xywav.

Second, Jazz argues that Lumryz may have worse adherence rates than Xyrem and Xywav.[223] Jazz states that patients taking Lumryz may decide to skip taking their medication on nights when they do not expect to get 8-10 hours of sleep before they need to awaken the next day, or on nights where they do not limit fluid intake or consume alcohol.[224] Jazz contrasts this with patients taking Xyrem or Xywav who, according to Jazz, in similar situations may choose to forgo the second dose on a given night instead of forgoing oxybate treatment entirely on such a night.[225] These assertions that Lumryz will have lower rates of adherence than Xyrem and Xywav appear to be based upon speculation,[226] and we are unaware of any scientifically valid evidence to suggest that adherence should be different between the two drugs.[227]

Third, Jazz speculates that Lumryz may have higher rates of diversion (i.e., illegally transferring the drug to another person) than Xyrem and Xywav.[228] Jazz suggests without evidence that Lumryz has "greater concealability and ease of transport" compared to Xyrem and Xywav, which would make Lumryz easier to divert.[229] Jazz also suggests without evidence that multiple doses of Lumryz can more easily be combined into a single, more powerful dose than Xyrem and Xywav.[230] Jazz presents no evidence that Lumryz would be easier to conceal, transport, and combine into a large dose than Xyrem and Xywav, and FDA is not aware of any such data.[231]

Fourth and finally, Jazz argues that Lumryz is less safe than Xyrem and Xywav because the dose of Lumryz cannot be adjusted, whereas the dose of Xyrem and Xywav can be adjusted. Specifically, Lumryz comes in four dosage strengths: 4.5 g, 6 g, 7.5 g, and 9 g,[232] and thus the dose of Lumryz can be adjusted to those four strengths. Xyrem and Xywav are oral solutions, in concentrations of 0.5 g per mL,[233] and administered using a dosing syringe that measures dosing

---

[222] DN1 Lumryz Consult, *supra* note 5 at 6.

[223] Jazz's September 2021 Letter, *supra* note 11, at 14-15.

[224] *Id.* at 14.

[225] *Id.*

[226] We also note that alcohol ingestion is contraindicated for all three medicines.

[227] Jazz also argues: "FT218 patients who do take their medication in these scenarios may also be non-adherent and at greater risk. Patients who take their FT218 with less than 8-10 hours to spend in bed before arising the next morning will be at greater risk of next-day impairment. And patients who do not follow Avadel's recommendation to limit fluid intake for 'several hours before dosing,' or who ingest alcohol, will be at greater risk of enuresis, bed exits, falls, serious respiratory depression, and death." Jazz's September 2021 Letter, *supra* note 11, at 14. The DN1 consult states, and OOPD agrees that: "This is again a speculative argument. There should not be a significant difference in the risks cited between Lumryz and Xywav/Xyrem, if those drugs are used as recommended in labeling." DN1 Lumryz Consult, *supra* note 5, at 6.

[228] Jazz's September 2021 Letter, *supra* note 11, at 15.

[229] *Id.*

[230] *Id.*

[231] DN1 Lumryz Consult, *supra* note 5, at 7.

[232] Lumryz labeling, *supra* note 105, at section 3.

[233] Xyrem 2023 Labeling, *supra* note 86, at section 3; Xywav 2023 Labeling, *supra* note 93, at section 3.

34

AVDL_01395388

increments of 0.25 g.[234] Jazz argues that the limited ability to dose adjust Lumryz makes it less safe than Xyrem and Xywav for patients who would need to adjust the dose, including patients taking the anti-epileptic medication divalproex, patients taking other central nervous system ("CNS") depressants, and patients who are hepatically impaired.[235]

Regarding patients taking divalproex sodium, no significant pharmacokinetic interaction between Lumryz and divalproex sodium was observed in a drug-drug interaction study conducted by Avadel, so Lumryz's labeling does not include a specific dose reduction recommendation when Lumryz is co-administered with divalproex sodium.[236] Therefore, a specific dose reduction recommendation, such as that present in Xyrem and Xywav's labeling related to Xyrem and Xywav patients taking divalproex sodium, is not necessary for Lumryz patients also taking divalproex sodium. Although FDA concluded that a pharmacodynamic interaction between Lumryz and divalproex sodium cannot be ruled out given that both Lumryz and divalproex sodium are CNS depressants, it has determined that the description of the general risks associated with use of CNS depressants in section 5.1 of Lumryz's labeling is sufficient to inform healthcare prescribers of the risks associated with using Lumryz with other CNS depressants, including divalproex sodium.[237]

Regarding patients taking CNS depressants, the labeling for Xyrem, Xywav, and Lumryz have a contraindication for the use of some CNS depressants (i.e., alcohol and sedative hypnotics) with each of those drugs. The labeling for all three drugs contains the same warning that "Use of other CNS depressants may potentiate the CNS-depressant effects of" Xyrem/Xywav/and Lumryz,[238] and a recommendation that "[i]f use of these CNS depressants in combination with" Xyrem/Xywav/Lumryz "is required, dose reduction or discontinuation of one or more CNS depressants" (including Xyrem/Xywav/Lumryz) "should be considered."[239] Therefore, a patient taking Xyrem or Xywav and another CNS depressant has the option to reduce the dose of Xyrem/Xywav or the other CNS depressant (along with the option to discontinue Xyrem/Xywav or the other CNS depressant). A patient taking Lumryz and another CNS depressant has the option to reduce the dose of Lumryz to one of the set doses below the maximum of 9 g (4.5 g, 6 g, 7.5 g) or reduce the dose of the other CNS depressant (along with the option to discontinue Lumryz or the other CNS depressant). A patient taking Xyrem or Xywav and another CNS depressant may have more options for dose adjustment than a patient taking Lumryz and another CNS depressant, but this does not mean that Lumryz is less safe than Xywav and Xyrem in patients taking another CNS depressant. Lumryz's labeling mitigates the risk posed by concurrent use of another CNS depressant by providing the same warning in section 5.1 as provided by Xyrem and Xywav. Lumryz patients have the option to reduce the dose of Lumryz to one of the set doses or reduce the dose of the other CNS depressant. Patients who cannot

---

[234] Xyrem 2023 Labeling, *supra* note 86, at Instructions for Use; Xywav 2023 Labeling, *supra* note 93, at Instructions for use.

[235] Jazz's September 2021 Letter, *supra* note 11, at 19-20.

[236] DN1 Lumryz Consult, *supra* note 5, at 7.

[237] *See* Clinical Pharmacology Review, NDA 214755 (October 14, 2021); *see* Addendum to Clinical Pharmacology Review, NDA 214755 (May 24, 2022).

[238] Xyrem 2023 Labeling, *supra* note 86, at section 7.1; Xywav 2023 Labeling, *supra* note 93, at section 7.1; and Lumryz Labeling, *supra* note 105, at section 7.1.

[239] Xyrem 2023 Labeling, *supra* note 86, at section 5.1; Xywav 2023 Labeling, *supra* note 93, at section 5.1; and Lumryz Labeling, *supra* note 105, at section 5.1.

35

AVDL_01395389

reduce the dose of the other CNS depressant and need to reduce the dose of oxybate below 4.5 g or at more precise increments than 1.5 g might not be able to use Lumryz but may be able to use Xyrem and Xywav. This in theory could be a disadvantage of Lumryz for this very particular set of patients (i.e., patients taking oxybate and another CNS depressant who cannot reduce the dose of the other CNS depressant and need to reduce the dose of oxybate below 4.5 g or at more precise increments than 1.5 g), but Jazz has provided no evidence to support and FDA is not aware of any such evidence that this population even exists.[240]

Finally, regarding patients who are hepatically impaired, Jazz's September 2021 Letter states that "1.8% of U.S. adults have been diagnosed with liver disease," and that "it is reported that diseases of the digestive system (including liver disease) are more frequently reported in patients with narcolepsy compared to the general population."[241] This statistic does not provide an estimate of the number of narcolepsy patients with hepatic impairment, but according to DN1, patients with narcolepsy have not been reported to have coexisting hepatic impairment.[242] Nevertheless, for patients with hepatic impairment, the labeling for Xyrem and Xywav recommends that the starting dose should be reduced by half,[243] whereas the labeling for Lumryz states that Lumryz "should not be initiated in patients with hepatic impairment because appropriate dosage adjustments for initiation of LUMRYZ cannot be made with the available dosage strengths."[244] However, the labeling also states that "[p]atients with hepatic impairment who have been titrated to a maintenance dosage of another oxybate product can be switched to LUMRYZ if the appropriate dosage strength is available."[245] Therefore, Lumryz is labeled for use by some patients with hepatic impairment, but not all such patients. This does not mean that Lumryz is less safe than Xyrem and Xywav in patients with hepatic impairment because when used as labeled, Lumryz should not be used in patients with hepatic impairment who cannot be switched to Lumryz.

In summary, the limited ability to adjust Lumryz's dosage compared to Xyrem and Xywav does not make Lumryz less safe than Xyrem or Xywav. At most, the increased ability to adjust the dose of Xyrem and Xywav compared to Lumryz provides a minor convenience. For the potential limited number of patients who require a lower or more adjustable dose (i.e., (1) patients taking oxybate and another CNS depressant who cannot reduce the dose of the other CNS depressant and need to reduce the dose of oxybate below 4.5 g or at more precise increments than 1.5 g, and (2) patients with hepatic impairment that cannot be switched to Lumryz), Lumryz may not be the right product for them. Nevertheless, given the paucity of evidence supporting the existence of such population, we still conclude that Lumryz makes a MCTPC over Xyrem and Xywav by providing a once-nightly dosing regimen. As discussed above, MCTPC requires a "global assessment" and there "can not [sic] be an infinite number of

---

[240] Jazz's September 2021 Letter, *supra* note 11, at 19 footnote 104 states, "in the latest Xywav and Xyrem REMS Assessment Report, e.g., 6.2% of patients reported use of benzodiazepines, 4.6% reported use of muscle relaxants, and 4.3% reported use of opioid analgesics and subsequently received a shipment of Xyrem or Xywav." This does not reflect a percentage of patients who cannot reduce the dose of the other CNS depressant and need to reduce the dose of oxybate below 4.5 g or at more precise increments than 1.5 g.

[241] Jazz's September 2021 Letter, *supra* note 11, at 19 footnote 104.

[242] DN1 Lumryz Consult, *supra* note 5, at 8.

[243] Xyrem 2023 Labeling, *supra* note 86, at section 8.6; Xywav 2023 Labeling, *supra* note 93, at section 8.6.

[244] Lumryz Labeling, *supra* note 105, at section 8.6.

[245] *Id.*

36

comparison criteria."[246]  The advantage of Lumryz's once-nightly dosing is a significant advantage for patients who can take Lumryz and rises to the level of a MCTPC.  What is more, Jazz has not demonstrated any safety concerns regarding Lumryz compared to Xyrem and Xywav, aside from the previously discussed lower sodium of Xywav compared to Lumryz.  OOPD has already factored in the safety risk associated with the differences in the content of sodium between Lumryz and Xywav, as discussed above, and concluded that Lumryz makes a MCTPC.

## B.  MCTPC

Jazz also raised several arguments why Avadel has not met the standard to demonstrate that Lumryz makes a MCTPC over Xyrem and Xywav.

First, Jazz suggests that head-to-head comparative trials should be required for FDA to find that Lumryz makes a MCTPC.[247]  We do not agree; comparative trials are not required for a demonstration of MCTPC.  The definition of "clinically superior" in the regulation states that demonstrating greater effectiveness requires direct comparative clinical trials "in most cases," and that demonstrating greater safety requires direct comparative clinical trials "in some cases,"[248] but similar or comparable language for a MCTPC is absent.[249]  Consistent with the regulation, FDA does not require direct comparative clinical trials to demonstrate that a drug makes a MCTPC.[250]  Additionally, the types of factors that FDA considers when determining MCTPC (e.g., convenient treatment location; duration of treatment; patient comfort; reduced treatment burden; advances in ease and comfort of drug administration; longer periods between doses; and potential for self-administration)[251] are not typically studied in a clinical trial for marketing approval.

---

[246] OOPD Rebif memo, *supra* note 36, at 3.

[247] Jazz's September 2021 Letter, *supra* note 11, at 15; *see also* Sidley Letter, *supra* note 12, at 9; *see also* Sidley Slides, *supra* note 13, at 31.

[248] The clinical superiority findings for BeneFix and Xywav are two examples where FDA found greater safety without direct comparative trials.  For BeneFix, FDA concluded that even without direct comparative trials, there was an established epidemiological understanding that certain viruses can be transmitted by plasma-derived coagulation factor IX preparations, and that because those viruses do not exist in the source material for BeneFix, it was reasonable to conclude that the risk of transmitting these viruses is removed for treatment with BeneFix compared to the previously approved drugs.  *See* BeneFix memo, *supra* note 163, at 2.  Similarly for Xywav, FDA concluded that even without comparative trials, Xywav was clinically superior to Xyrem based on the established scientific knowledge that Xywav's reduced sodium would be clinically meaningful in reducing cardiovascular morbidity as compared to Xyrem. *See* Xywav Exclusivity Memo, *supra* note 99.

[249] 21 CFR § 316.3(b)(3).

[250] *See, e.g.*, FDA, *Exclusivity Memorandum DRU-2012-3825, Valtoco (diazepam nasal spray)* (Jan. 10, 2020) (finding an intranasal spray formulation makes a MCTPC over a rectal gel formulation without head-to-head comparative trials, because rectal administration is inherently invasive for the patient and difficult to administer, whereas intranasal administration is inherently more comfortable); Signifor Exclusivity Memo, *supra* note 167 (finding an intramuscular injection dosed once monthly makes a MCTPC over a subcutaneous injection dosed twice daily without head-to-head comparative trials, because of the greatly reduced injections per month); FDA, *Exclusivity Memorandum DRU-2015-5130, Ultomiris (ravulizumab-cwvz)* (Sep. 4, 2020) (finding dosing every eight weeks makes a MCTPC over dosing every two weeks without head-to-head comparative trials, because of the heavy burden associated with each dose); Procysbi Exclusivity Memo, *supra* note 161 (finding dosing every 12 hours makes a MCTPC over dosing every six hours without head-to-head comparative trials, because many patients were unable to follow a strict six-hour-dosing, especially due to the need to awaken from sleep to ensure a timely dose).

[251] 2013 Final Rule, 78 Fed. Reg. at 35125.

37

AVDL_01395391

Jazz points to quotations from the regulation preambles to suggest that head-to-head comparative trials should be required for FDA to find that Lumryz makes a MCTPC. Specifically, Jazz cites the 1992 Final Rule, where it states, "While comparative trials are, of course, preferred and will usually be required, it is possible that, in some circumstances, a demonstration of a major contribution to patient care can be made without such trials."[252] Although this comment in the preamble could suggest that findings of MCTPC will usually be supported by comparative trials, the statement makes clear that a demonstration of MCTPC does not require such trials.[253] More importantly, in practice, FDA has not required comparative trials to support findings of MCTPC.[254] Jazz also points to the 1992 Final Rule, where it states, "As stated, the kinds of data needed to demonstrate clinical superiority for purposes of the Orphan Drug Act will be the same as the kinds of data required to allow label claims of superiority."[255] In context, this quotation is discussing the final rule, and the words "[a]s stated" mean "as stated in the final rule."[256] As explained above, the final rule requires clinical trials "in most cases" to demonstrate greater efficacy, and "in some cases" to demonstrate greater safety, but does not require clinical trials for a MCTPC.[257] Because the quotation is referring to what is stated in the final rule, it cannot be read to superimpose a requirement that there be clinical trials to demonstrate a MCTPC particularly in light of text in the final rule that suggests otherwise.[258] Additionally, in context, the quotation is responding to a comment on the proposed rule that suggested FDA require rigorous double-blind, head-to-head comparative clinical trials such as those required to support other comparative safety and efficacy claims.[259] The comment only addressed types of studies for safety and efficacy claims. Thus, FDA's response to the comment only addresses clinical superiority based on greater safety and efficacy. As stated above, in practice, FDA has not required comparative trials to support findings of MCTPC.[260] Finally, if comparative trials were required to demonstrate a MCTPC, that would be inconsistent with FDA's statements that MCTPC is judged on a case-by-case basis and that FDA may take into consideration factors, such as convenient treatment location and patient comfort. Comparative trials are not required to find that Lumryz makes a MCTPC.

Second, Jazz argues that the standard for finding a demonstration of clinical superiority is higher than the standard for finding a plausible hypothesis of clinical superiority and that Avadel has not met that standard for Lumryz. Jazz states that a "mere hypothesis is not enough to support a

---

[252] Jazz's September 2021 Letter, *supra* note 11, at 15 (quoting 1992 Final Rule, 57 Fed. Reg. at 62079); *see also* Sidley Slides, *supra* note 13, at 31.

[253] To the extent the statement could also be read to be discussing clinical superiority generally, it is simply restating the commonly accepted preference for demonstrating clinical superiority through greater efficacy or greater safety using comparative clinical trials, yet a sponsor can also demonstrate clinical superiority through a MCTPC without such trials.

[254] *See supra* note 250.

[255] Sidley Letter, *supra* note 12, at 9 (quoting 1992 Final Rule, 57 Fed. Reg. at 62078).

[256] *See* 1992 Final Rule, 57 Fed. Reg. at 62078.

[257] 21 CFR § 316.3(b)(3).

[258] Jazz also cites to 21 CFR § 202.1(e)(6)(ii) regarding the level of evidence required for advertising claims. *See* Sidley Letter, *supra* note 12, at 9. The level of evidence required to make advertising claims comes from a different part of the regulation and is not connected to the level of evidence required to demonstrate clinical superiority for the purposes of the orphan-drug regulations.

[259] *See* 1992 Final Rule, 57 Fed. Reg. at 62078.

[260] *See supra* note 250.

38

finding of clinical superiority,"[261] because the standard for being eligible for ODE is higher than the "plausible hypothesis" standard and the sponsor bears the burden to demonstrate that its drug is in fact clinically superior to the previously approved drug.[262]

As a threshold matter, FDA agrees that the standard for clinical superiority for approval and ODE eligibility is higher than the "plausible hypothesis standard" for ODD.[263] Specifically, the condition of clinical superiority for ODE eligibility requires that a sponsor "demonstrate" clinical superiority,[264] and "different drug" status for a drug that is otherwise same drug as one with ODE also requires a demonstration of clinical superiority.[265] FDA has explained that the difference in standards is meant to meet the intent of the Orphan Drug Act by encouraging "the development of improved versions of existing drugs" by having a lower standard for designation, "while protecting any applicable orphan-drug exclusivity" by requiring an actual demonstration of clinical superiority to overcome such ODE.[266]

Jazz argues that Avadel's evidence for clinical superiority is hypothetical and does not meet the demonstration standard.[267] Jazz appears to base this argument on an assumption as to what evidence and arguments Avadel has submitted to FDA and what FDA has found compelling in demonstrating clinical superiority. Specifically, Jazz cites public statements from Avadel about market research concerning patient preference for a once-nightly formulation and prescriber surveys that dosing-related challenges are to blame for oxybate-eligible patients not taking oxybate.[268] OOPD, however, is not relying on the cited market research and prescriber surveys in its determination that Lumryz makes a MCTPC, and therefore Jazz's arguments about these sources are moot.

The clinical superiority of Lumryz is not merely hypothetical. As explained above, the science underlying sleep hygiene supports the finding that in the context of oxybate drugs for the treatment of narcolepsy, where the purpose of therapy is to promote sleep consolidation, a drug with once-nightly dosing that avoids disrupting sleep consolidation by avoiding a nocturnal awakening to take a second dose makes a MCTPC over the previously approved drugs for which the patient awakens and disrupts sleep consolidation to take a second dose. Awakening to take a second dose of Xyrem or Xywav fragments sleep and disrupts sleep architecture. If possible, this should be avoided in a narcoleptic patient. Sleep consolidation is the intended purpose of oxybate therapy. Lumryz provides a treatment option that avoids the need to awaken to take a second dose. Thus, based on its scientific expertise and consultation of the literature, FDA has determined that the clinical superiority of Lumryz has been demonstrated.

---

[261] Jazz's September 2021 Letter, *supra* note 11, at 2; *see also* Sidley Slides, *supra* note 13, at 21.

[262] Jazz's September 2021 Letter, *supra* note 11, at 3.

[263] 21 CFR § 316.20(a).

[264] Section 527(c)(1) of the FD&C Act.

[265] 2013 Final Rule, 78 Fed. Reg. at 35122 ("allowing the subsequent drug to be approved during the pendency of the already approved drug's exclusivity period (if any) . . . provided that clinical superiority is demonstrated upon approval").

[266] *Id.*

[267] Jazz's September 2021 Letter, *supra* note 11, at 16-18.

[268] *Id.* at 16; *see also* Sidley Slides, *supra* note 13, at 31.

39

AVDL_01395393

JTX-0112.40

The type of evidence on which FDA is basing its finding of Lumryz's demonstration of clinical superiority over Xywav and Xyrem is quite similar to the type of evidence on which FDA based its finding of Xywav's demonstration of clinical superiority over Xyrem. FDA found Xywav clinically superior to Xyrem based on greater safety because Xywav provided less sodium than Xyrem, and scientific literature exists that shows reduced dietary sodium generally would be clinically meaningful in reducing cardiovascular morbidity in the general population.[269] Jazz did not conduct a head-to-head trial to compare the safety of Xywav and Xyrem.[270] Nevertheless, the underlying science supported that "[t]he relationship between daily salt intake and cardiovascular morbidity is widely accepted, as is the need for salt intake to be generally restricted."[271] That was sufficient for OOPD to conclude that Xywav was clinically superior to Xyrem, because, as OOPD explained, "although it has never been specifically and adequately investigated whether the sodium content of Xyrem increases cardiovascular risks in patients with narcolepsy, the general base of knowledge about the effects of sodium support that the amount of sodium in Xyrem would increase cardiovascular risks in patients with narcolepsy."[272] By similar logic, for Lumryz, FDA has found that the scientific knowledge of sleep hygiene and the importance of consolidating sleep to treat narcolepsy supports its finding that a drug that avoids a nocturnal awakening to take a second dose provides a significant therapeutic advantage over and above that provided by a drug that necessitates a nocturnal awakening to take a complete nightly dosage.

Third, Jazz argues that Lumryz does not meet the standard for clinical superiority because the change from Xyrem and Xywav's twice-nightly dosing to Lumryz's once-nightly dosing does not meet the "high bar" to be considered a MCTPC.[273] Jazz argues that because MCTPC represents a "narrow category"[274] of "unusual cases,"[275] FDA's prior MCTPC findings have been based on "much more substantial quantitative and qualitative improvements" than Lumryz's "50% decrease in dosing frequency relative to Xyrem and Xywav."[276] Jazz cites to two examples where FDA found a MCTPC for a drug going from twice-a-day dosing to once-monthly dosing and a drug going from administration that took one hour to taking one minute.[277] FDA does not agree with Jazz's arguments and finds that Lumryz's benefit meets the narrow category of MCTPC. All MCTPC determinations are made on a case-by-case basis, and the nature and severity of the disease or condition is a relevant factor.[278] More goes into a MCTPC determination than merely a quantitative assessment of the percentage reduction in dosing frequency. For Lumryz, the reduction in the number of doses makes a MCTPC because the dosing eliminates the need to awaken in the middle of sleep to take the second dose. This is relevant in the context of treating narcolepsy with oxybate because the goal of narcolepsy therapy is to enhance sleep consolidation; awakening to take a second dose works directly

[269] Xywav Exclusivity Memo, *supra* note 99, at 3.
[270] *Id.*
[271] *Id.* (quoting DN1 2020 Xywav Consult).
[272] Xywav Exclusivity Memo, *supra* note 99, at 5.
[273] Jazz's September 2021 Letter, *supra* note 11, at 15-16.
[274] *Id.*, at 15 (quoting 1991 Proposed Rule, 56 Fed. Reg. at 3343).
[275] *Id.* (quoting 21 CFR § 316.3(b)(3)).
[276] *Id.* at 16.
[277] *Id.*
[278] 1992 Final Rule, 57 Fed. Reg. at 62078.

AVDL_01395394

JTX-0112.41

against this goal. Furthermore, as noted above, our basis for finding a MCTPC for Lumryz is similar to our basis for FDA's MCTPC finding for Procysbi.

Fourth, and finally, Jazz argues that FDA should not consider Lumryz to make a MCTPC because FDA did not grant priority review for Lumryz's marketing application.[279] Jazz notes that the standard for priority review is similar to the standard for clinical superiority.[280] A review designation type (standard or priority review) for a marketing application is determined on a case-by-case basis at the time that an application is filed based on the information and data available at the time the application is submitted.[281] As described in the guidance for industry, *Expedited Programs for Serious Conditions – Drug and Biologics* (May 2014), "[a]n application will receive priority review designation if it is for a drug that treats a serious condition and, if approved, would provide a significant improvement in safety or effectiveness."[282] "Significant improvement" may be illustrated by the following examples: (1) evidence of increased effectiveness in treatment, prevention, or diagnosis of a serious or life-threatening condition; (2) elimination or substantial reduction of a treatment-limiting adverse reaction; (3) documented enhancement of patient compliance that is expected to lead to an improvement in serious outcomes; or (4) evidence of safety and effectiveness in a new subpopulation.[283]

The clinical superiority standard, as described throughout this analysis, includes that "the drug provides a significant therapeutic advantage over and above an already approved or licensed drug in terms of greater efficacy, greater safety, or by providing a major contribution to patient care."[284] FDA makes clinical superiority determinations for the purposes of approval and ODE eligibility *after* the agency has conducted a full and substantive review of the relevant marketing application and determined if the drug meets the safety and efficacy requirements for approval; whereas, the priority review designation is made at the time of submission of the marketing application, based upon a "[p]reliminary review."[285] Although the concepts of "clinical superiority" in the orphan-drug context and "significant improvement" in the priority review context may have some practical overlap, the standard for demonstrating clinical superiority differs from the standard for priority review designation; the analyses are conducted at different times in the review of a marketing application and involve different levels of data scrutiny. Given these differences, there are many reasons why FDA could deny priority review for a marketing application for a drug and find clinical superiority for that drug.[286] FDA's decision not to grant priority review for the Lumryz application is not inconsistent with its determination that Lumryz makes a MCTPC over Xyrem and Xywav.

---

[279] Jazz's September 2021 Letter, *supra* note 11, at 16; *see also* Sidley Slides, *supra* note 13, at 34.
[280] Sidley Slides, *supra* note 13, at 34.
[281] *See* CDER's Manual of Policies and Procedures 6020.3 Rev. 2, Review Designation Policy: Priority (P) and Standard (S) at 3-4, June 2013, https://www.fda.gov/media/72723/download.
[282] *Expedited Programs for Serious Conditions – Drug and Biologics* (May 2014) at 2-3 (accessed at https://www.fda.gov/media/86377/download).
[283] *Id.*
[284] Section 527(c)(2) of the FD&C Act; *see also* 21 CFR § 316.3(b)(3).
[285] MAPP 6020.3 Rev. 2, *supra* note 281, at 6.
[286] The drug Valtoco (diazepam nasal spray) is another recent example where FDA granted standard review designation for an application but found clinical superiority over a previously approved otherwise same drug for the same indication or use upon approval.

41

AVDL_01395395

**JTX-0112.42**

In sum, FDA finds Jazz's arguments about why Lumryz does not make a MCTPC over Xyrem and Xywav unpersuasive.

## VI. Conclusion

For the reasons explained above, we have determined that Lumryz, which is dosed once nightly, is clinically superior to Xyrem and Xywav, which are dosed twice nightly. *See* 21 CFR § 316.3(b)(3). Because Lumryz is clinically superior to Xywav and, therefore, not the "same drug" as Xywav under 21 CFR § 316.3(b)(14) and section 527(a) of the FD&C Act, Xywav's unexpired ODE does not block marketing approval of Lumryz. Additionally, because of its clinical superiority to Xyrem and Xywav, Lumryz has met the condition set forth at section 527(c) of the FD&C Act, and Lumryz is eligible for its own term of ODE for the treatment of cataplexy or EDS in adults with narcolepsy under section 527(a) of the FD&C Act.

<div style="text-align:center">

Sandra Retzky -S
Digitally signed by Sandra Retzky -S
Date: 2023.05.01 09:58:53 -04'00'

</div>

Sandra S. Retzky, D.O., J.D., M.P.H.
Director
Office of Orphan Products Development

cc:
Jazz Pharmaceuticals, Inc.
Attn: Arthur Merlin d'Estreux
Arthur.MerlindEstreux@jazzpharma.com

ProPharma Group
U.S. Agent for Flamel Ireland Ltd. dba Avadel Ireland
Attn: Marla Scarola
marla.scarola@propharmagroup.com

42

AVDL_01395396

JTX-0112.43

# EXHIBIT J

CNS Drugs (2022) 36:377–387
https://doi.org/10.1007/s40263-022-00904-6

ORIGINAL RESEARCH ARTICLE



# Effect of FT218, a Once-Nightly Sodium Oxybate Formulation, on Disrupted Nighttime Sleep in Patients with Narcolepsy: Results from the Randomized Phase III REST-ON Trial

Thomas Roth[1] · Yves Dauvilliers[2] · Michael J. Thorpy[3] · Clete Kushida[4] · Bruce C. Corser[5] · Richard Bogan[6] · Russell Rosenberg[7] · Jordan Dubow[8] · David Seiden[8]

Accepted: 23 January 2022 / Published online: 5 April 2022
© Avadel Pharmaceuticals 2022

## Abstract

**Background** Sodium oxybate has been recognized as a gold standard for the treatment of disrupted nighttime sleep due to narcolepsy. Its short half-life and immediate-release formulation require patients to awaken 2.5–4 h after their bedtime dose to take a second dose. A novel extended-release, once-nightly sodium oxybate formulation (ON-SXB; FT218) is under US Food and Drug Administration review for the treatment of adults with narcolepsy.

**Objective** A phase III trial of ON-SXB in individuals with narcolepsy type 1 (NT1) or 2 (NT2) [the REST-ON trial; NCT02720744] has been conducted and the primary results reported elsewhere. Secondary objectives from REST-ON were to assess the efficacy of ON-SXB on disrupted nighttime sleep; the results of this analysis are reported here.

**Methods** In the double-blind, phase III REST-ON trial, patients aged $\geq$ 16 years were randomly assigned 1:1 to ON-SXB (1 week, 4.5 g; 2 weeks, 6 g; 5 weeks, 7.5 g; 5 weeks, 9 g) or placebo. Secondary endpoints included polysomnographic measures of sleep stage shifts and nocturnal arousals and patient-reported assessments of sleep quality and refreshing nature of sleep at 6, 7.5, and 9 g; post hoc analyses included changes in time spent in each sleep stage, delta power, and assessments in stimulant-use subgroups for prespecified endpoints.

**Results** In total, 190 participants ($n = 97$, ON-SXB; $n = 93$, placebo) were included in the efficacy analyses. All three ON-SXB doses demonstrated a clinically meaningful, statistically significant decrease vs placebo in the number of transitions to wake/N1 from N1, N2, and rapid eye movement (REM) stages (all doses $p < 0.001$) and the number of nocturnal arousals ($p < 0.05$ ON-SXB 6 g; $p < 0.001$ 7.5 and 9 g). Sleep quality and refreshing nature of sleep were significantly improved with all three ON-SXB doses vs placebo ($p < 0.001$). Post hoc analyses revealed a significant reduction in time spent in N1 ($p < 0.05$ ON-SXB 6 g; $p < 0.001$ 7.5 and 9 g) and REM (all $p < 0.001$) and increased time spent in N3 with ON-SXB vs placebo (all $p < 0.001$), with a significant increase in delta power ($p < 0.01$ ON-SXB 6 g; $p < 0.05$ 7.5 g; $p < 0.001$ 9 g) and increased REM latency (ON-SXB 7.5 g vs placebo; $p < 0.05$). Significant improvements in disrupted nighttime sleep were observed regardless of concomitant stimulant use.

**Conclusions** The clinically beneficial, single nighttime dose of ON-SXB significantly improved disrupted nighttime sleep in patients with narcolepsy.

**Clinical Trial Registration** ClinicalTrials.gov NCT02720744.

At the time the study was conducted, Dr. Jordan Dubow's affiliation was Clinical Development and Medical Affairs, Avadel Pharmaceuticals, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005, USA

✉ David Seiden
Dseiden@avadel.com

Extended author information available on the last page of the article

## 1 Introduction

Narcolepsy is a chronic sleep disorder affecting approximately 1 out of every 2000 individuals [1, 2]. Narcolepsy is characterized by a pentad of symptoms, including excessive daytime sleepiness (EDS), cataplexy, disrupted nighttime sleep (DNS; also known as disturbed nocturnal sleep), sleep paralysis (SP), and hypnagogic/hypnopompic hallucinations [1, 3]. Although DNS is universally seen as a narcolepsy disease-related symptom, a wide range of prevalence

**Key Points**

One of the most frequently reported symptoms of narcolepsy is disturbed nocturnal sleep/disrupted nighttime sleep, characterized by a disruption in sleep architecture and sleep continuity. FT218 is an investigational, novel, once-nightly formulation of sodium oxybate.

In this randomized controlled clinical trial, both subjective and objective measures of disrupted nighttime sleep were significantly improved for the once-nightly formulation of sodium oxybate at 6, 7.5, and 9 g vs placebo.

The results from this trial support the use of a once-nightly formulation of sodium oxybate for the nocturnal symptoms of narcolepsy, as well as an improvement in patients' perception of their sleep, including in those taking concomitant stimulants and/or wake-promoting agents.

estimates is reported (~ 30–95%) [4]. Numerous factors such as the presence of rapid eye movement (REM) sleep behavior disorder, nightmares, periodic limb movements of sleep, obstructive sleep apnea, depression, anxiety, hallucinations, sleep paralysis, and obesity contribute to DNS [4–7]. Furthermore, varying definitions of DNS in narcolepsy are employed in both the literature and clinical practice, contributing to the wide range of DNS prevalence rates [4, 8]. A recently validated 15-item self-administered questionnaire, the Narcolepsy Severity Scale, includes an item to assess the presence and frequency of DNS [8]. In a study of patients with narcolepsy type 1 (NT1) that used the Narcolepsy Severity Scale, DNS was reported to be the third most frequent symptom (95.5% of untreated patients with three symptoms), exceeded only by EDS and cataplexy. Despite its high prevalence, it is unclear whether clinicians routinely assess or monitor this symptom. Additionally, sleep fragmentation is a frequent finding in polysomnographic (PSG) recordings in individuals with narcolepsy. Less time in slow-wave sleep (SWS), frequent awakenings/arousals, more N1 sleep, and more frequent awakenings from deeper stages of sleep are consistently found on PSG recordings in patients with narcolepsy [4].

Sodium oxybate (SXB), the sodium salt of γ-hydroxybutyrate, has been recognized as the gold standard for disrupted sleep due to narcolepsy [9]. However, the immediate-release formulations require the patients to awaken for the second dose 2.5–4 h after the first dose owing to the short half-life of γ-hydroxybutyrate (i.e., 30–60 min) [10, 11]. This required awakening disrupts sleep continuity. Results describing improvements in DNS with

immediate-release SXB have been published; however, the data are presented as bifurcated segments of sleep [12]. This bifurcation and disruption of sleep highlights an unmet medical need in the treatment of nighttime symptoms in patients with narcolepsy.

FT218 is an investigational, extended-release, once-nightly formulation of SXB (ON-SXB). In a randomized, open-label, crossover pilot study evaluating the pharmacokinetic properties of ON-SXB, a single 6-g dose was shown to be bioequivalent in drug exposure (i.e., area under the curve) to two 3-g doses of immediate-release SXB administered 4 h apart [13]. In the 13-week, phase III, REST-ON clinical trial (NCT02720744) of patients with narcolepsy, all three evaluated doses of ON-SXB (6, 7.5, and 9 g) were effective on all three coprimary endpoints and demonstrated clinically meaningful and statistically significant improvements compared with placebo in EDS as assessed by the Maintenance of Wakefulness Test, overall condition as measured by Clinical Global Impression of Improvement, and frequency of cataplexy attacks, all with $p < 0.001$ [14]. Significant results were observed at week 3, the earliest formal assessment with the 6-g dose. In REST-ON, ON-SXB was generally well tolerated. Most adverse events were mild or moderate in severity and diminished over time. The most common adverse reactions with ON-SXB were consistent with the well-characterized safety profile of SXB and included vomiting, dizziness, and enuresis [10, 15].

Secondary endpoints of the REST-ON trial reported here included both objective and subjective assessments of DNS in patients with narcolepsy. These assessments include PSG measures of sleep instability (i.e., shifts to wake or N1 from N1, N2, N3, and REM) and nocturnal arousals (NAs), as well as patient-reported assessments of both sleep quality and refreshing nature of sleep.

# 2 Methods

## 2.1 Study Design

REST-ON was a multicenter, randomized, double-blind, placebo-controlled, phase III clinical trial (NCT02720744). The study design, which consisted of a 3-week screening period, a 13-week treatment period, and a 1-week follow-up period, was described previously [14]. The study was approved by an institutional review board or independent ethics committee for each study center. REST-ON was performed in accordance with the Declaration of Helsinki, Good Clinical Practice guidelines, International Council for Harmonisation guidelines, and any applicable regulatory requirements at the local and national level. Written informed consent was provided by all adult participants (≥ 18 years old). Young adults (16 and 17 years old) must have been capable of

giving assent followed by consent from a legally authorized guardian.

## 2.2 Participants

Eligible participants were aged 16 years or older, with a diagnosis of NT1 or narcolepsy type 2 (NT2) as defined by the criteria listed in the *International Classification of Sleep Disorders, Third Edition* [16]. Participants who previously used SXB were excluded (except use of SXB ≤ 4.5 g for ≤ 2 weeks and ≥ 1 year before study entry), as were those who had a diagnosis of sleep apnea (apnea-hypopnea index ≥ 15) or any other sleep disorder known to cause EDS as determined by PSG findings and sleep history. Concomitant stimulant use was allowed (initiated ≥ 3 weeks before starting the screening process and the same stimulant regimen continued throughout the entire study period). Detailed participant inclusion/exclusion criteria can be found in the primary REST-ON publication [14].

## 2.3 Treatment

Stratified randomization was performed based on the presence of narcolepsy type (NT1 or NT2), with patients assigned in a 1:1 ratio to treatment with ON-SXB or placebo. Doses of study medication were 4.5 g for 1 week, 6 g for 2 weeks, 7.5 g for 5 weeks, and 9 g for 5 weeks taken once nightly at bedtime. The dosing paradigm was designed this way to demonstrate the efficacy and safety of 6, 7.5 and 9 g of ON-SXB. All study personnel were blinded to the study treatments, and a double-blind approach was used to ensure the integrity of the study blinding.

## 2.4 Assessments

Secondary efficacy endpoints were change from baseline in (1) frequency of sleep stage transitions, (2) NAs, and (3) patient-reported quality of sleep and refreshing nature of sleep. Overnight, in-clinic PSG was performed at baseline and at weeks 3, 8, and 13. Stage transitions were assessed as the number of shifts from N1 (light sleep), N2, N3 (deep sleep), and REM sleep to wake and from N2, N3, and REM sleep to N1. Nocturnal arousals were defined as the number of transient arousals on nocturnal PSG following the American Academy of Sleep Medicine Scoring Guidelines for PSG [17], i.e., an abrupt shift of electroencephalography frequency including alpha, theta, and/or frequencies greater than 16 Hz (but not spindles), greater than 3 s of changed frequency on electroencephalography, at least 10 s of stable sleep preceding the change, and in REM sleep, an increase in submental electromyography for at least 1 second. Quality of sleep and refreshing nature of sleep were assessed using a visual analog scale (VAS) and were recorded daily

in an electronic sleep diary. The VAS ranged from 1 to 100, with 1 indicating "did not sleep"/"not refreshed" and 100 indicating "slept very well"/"refreshed." Post hoc analyses included the amount of time spent in N1, N2, N3, and REM sleep; REM latency; shifts from REM to wake/N1; and delta power for non-REM sleep in the whole-night recording as an objective measure of DNS and the assessment of prespecified endpoints associated with DNS (i.e., shifts, arousals, sleep quality, and refreshing nature of sleep) in subgroups of participants who were vs who were not taking concomitant stimulants and/or wake-promoting medications.

## 2.5 Statistical Analyses

Efficacy analyses were based on the modified intent-to-treat population, defined as all patients randomized to treatment with at least one efficacy measurement after receiving either the 6-g dose of ON-SXB or placebo. Least-squares mean (LSM) differences vs placebo, associated 95% confidence intervals (CIs), and *p*-values were calculated. LSM change from baseline in the PSG and VAS measures were analyzed using a mixed-effects model for repeated measures that included treatment, time at which measurements were taken, treatment-by-time interaction, site (USA or non-USA), and baseline score as fixed effects, and subjects as random effects. For stage shifts, the *p*-value was estimated using a mixed-effects model for repeated measures with additional criteria including change from baseline in the number of wakefulness or N1 stages after sleep onset as the response variable, covariate of baseline number of wakefulness or N1 stages after sleep onset, and unstructured variance-covariance structure. Mean VAS responses were averaged over the 14 days preceding the test day. Post hoc analyses included changes from baseline in total time spent in N1, N2, N3, and REM sleep; REM latency; and delta power. All statistical tests were performed using a two-sided alpha test with a 5% overall significance level, unless otherwise noted. Secondary efficacy endpoints did not take multiplicity into account.

## 3 Results

### 3.1 Patient Disposition and Demographics

Of the 413 candidates who were screened, 222 (53.8%) were randomized 1:1 to ON-SXB or placebo (*n* = 111, each), and 212 of those randomized (95.5%) received one or more doses of the study drug. Baseline demographics and clinical characteristics of all randomized patients in the REST-ON trial were generally similar between treatment arms; full patient demographics and disposition information have been previously published [14]. The majority of patients were female (*n* = 144; 67.9%) and white (*n* = 160; 75.5%) with a mean

**Fig. 1** Change from baseline in sleep stage shifts (modified intent-to-treat population). A mixed-effects model for repeated measures was used for analyses of sleep stage shifts. Least-squares mean (LSM) change from baseline in sleep stage shifts for patients receiving once-nightly sodium oxybate (ON-SXB) or matching placebo. *CI* confidence interval, *SD* standard deviation, *SE* standard error



age of 31.2 years (range, 16–72 years). Overall, 162 (76.4%) participants had NT1 (ON-SXB, $n = 80$ [74.8%]; placebo, $n = 82$ [78.1%]) and 50 (23.6%) had NT2 (ON-SXB, $n = 27$ [25.2%]; placebo, $n = 23$ [21.9%]). The modified intent-to-treat population consisted of 190 (85.6%) participants; 145 (65.3%) participants had NT1 (ON-SXB, $n = 73$ [65.8%]; placebo, $n = 72$ [64.9%]).

Only one participant had prior SXB exposure ($\leq 4.5$ g for $\leq 2$ weeks and $\geq 1$ year before study entry). In total, 63% of participants in the modified intent-to-treat population were receiving concomitant stimulants. The most common concomitant stimulants were modafinil (ON-SXB, 21.5%; placebo, 21.0%), armodafinil (ON-SXB, 12.1%; placebo, 6.7%), dextroamphetamine (ON-SXB, 9.3%; placebo, 7.6%), mixed amphetamine salts (ON-SXB, 10.3%; placebo, 5.7%), lisdexamfetamine (ON-SXB, 4.7%; placebo, 5.7%), and methylphenidate (ON-SXB, 10.3%; placebo, 6.7%).

### 3.2 Efficacy

#### 3.2.1 Stage Shifts

The number of stage shifts was similar between the ON-SXB and placebo arms at baseline (60.1 and 60.3, respectively). The total number of transitions from sleep to wake or N1 from N1, N2, N3, and REM was significantly reduced with ON-SXB vs placebo at week 3 for the 6-g dose (LSM change from baseline, $-9.7$ vs 1.3; $p < 0.001$); at week 8 for the 7.5-g dose ($-15.0$ vs 2.7, respectively; $p < 0.001$); and at week 13 for the 9-g dose ($-20.5$ vs 2.1, respectively; $p < 0.001$) (all Fig. 1).

#### 3.2.2 NAs

At baseline, the number of NAs was similar in the ON-SXB and placebo arms at baseline (81.8 and 77.2, respectively). The LSM change from baseline in the number of NAs was significantly reduced with ON-SXB vs placebo at week 3 for the 6-g dose ($-31.3$ vs $-20.0$, respectively; $p < 0.05$); at week 8 for the 7.5-g dose ($-39.26$ vs $-19.8$, respectively; $p < 0.001$); and at week 13 for the 9-g dose ($-39.4$ vs $-15.7$, respectively; $p < 0.001$) (all Fig. 2).

#### 3.2.3 Sleep Quality

Patient-reported sleep quality was similar between the ON-SXB and placebo arms at baseline (mean VAS score, 53.8 and 55.9). Patient-reported sleep quality was significantly improved with ON-SXB vs placebo at week 3 for the 6-g dose (LSM change from baseline, 11.9 vs 5.0; $p < 0.001$); at week 8 for the 7.5-g dose (18.8 vs 9.0, respectively; $p < 0.001$); and at week 13 for the 9-g dose (21.4 vs 11.0, respectively; $p < 0.001$) (all Fig. 3).

#### 3.2.4 Refreshing Nature of Sleep

Refreshing nature of sleep reported by participants at baseline was similar between the ON-SXB and placebo arms (mean VAS score, 46.5 and 49.9, respectively). The LSM change from baseline in patient-reported refreshing nature of sleep was significantly increased with ON-SXB vs placebo at week 3 for the 6-g dose (13.0 vs 6.7, respectively; $p < 0.001$); at week 8 for the 7.5-g dose (20.6 vs 9.3,



**Fig. 2** Change from baseline in nocturnal arousals (modified intent-to-treat population). A mixed-effects model for repeated measures was used for analyses of nocturnal arousals. Least-squares mean (LSM) change from baseline in nocturnal arousals for patients receiving once-nightly sodium oxybate (ON-SXB) or matching placebo. *CI* confidence interval, *PSG* polysomnography, *SD* standard deviation, *SE* standard error



**Fig. 3** Change from baseline in sleep quality (modified intent-to-treat population). A mixed-effects model for repeated measures was used for sleep quality analyses. Least-squares mean (LSM) change from baseline in patient-reported sleep quality for patients receiving once-nightly sodium oxybate (ON-SXB) or matching placebo. *CI* confidence interval, *SD* standard deviation, *SE* standard error, *VAS* visual analog scale

respectively; $p < 0.001$); and at week 13 for the 9-g dose (23.8 vs 12.4, respectively; $p < 0.001$) (all Fig. 4).

### 3.2.5 Post Hoc Analyses

A significantly reduced amount of time was spent in N1 with ON-SXB vs placebo at week 3 for the 6-g dose ($p < 0.05$); at week 8 for the 7.5-g dose ($p < 0.001$); and at week 13 for

the 9-g dose ($p < 0.001$) (all Table 1). No significant change in time spent in N2 was observed at any dose of ON-SXB vs placebo. A significantly increased amount of time was spent in N3 with ON-SXB vs placebo at week 3 for the 6-g dose ($p < 0.001$); at week 8 for the 7.5-g dose ($p < 0.001$); and at week 13 for the 9-g dose ($p < 0.001$). A significant increase in delta power for non-REM sleep occurred with all doses of ON-SXB vs placebo ($p < 0.01$ ON-SXB 6 g [week 3];

**Fig. 4** Change from baseline in refreshing nature of sleep (modified intent-to-treat population). A mixed-effects model for repeated measures was used for refreshing nature of sleep analyses. Least-squares mean (LSM) change from baseline in patient-reported refreshing nature of sleep for patients receiving once-nightly sodium oxybate (ON-SXB) or matching placebo. *CI* confidence interval, *SD* standard deviation, *SE* standard error, *VAS* visual analog scale



$p < 0.05$ ON-SXB 7.5 g [week 8]; $p < 0.001$ ON-SXB 9 g [week 13]). The change from baseline in time in REM was significantly reduced with ON-SXB vs placebo at week 3 for the 6-g dose ($p < 0.001$); at week 8 for the 7.5-g dose ($p < 0.001$); and at week 13 for the 9-g dose ($p < 0.001$). Rapid eye movement latency increased with ON-SXB at all doses (range, 14.2–20.8 min) vs a decrease at all timepoints with placebo (range $-2.4$ to $-3.4$ min; $p < 0.05$ ON-SXB 7.5 g [week 8] vs placebo); while not statistically significant at week 3 (6-g dose) and week 13 (9-g dose), numerical increases in REM latency were observed.

The efficacy of ON-SXB vs placebo was investigated in the subgroups of participants who did or did not receive concurrent stimulant treatment during the trial (Table 2). The number of sleep shifts was significantly reduced with ON-SXB vs placebo at all three doses in both the stimulant use subgroup (6 g, $p < 0.01$; 7.5 g, $p < 0.001$; 9 g, $p < 0.001$) and the no stimulant use subgroup (all $p < 0.001$). A significant reduction from baseline in NAs with ON-SXB vs placebo was also observed with the 7.5-g and 9-g doses in the stimulant use subgroup ($p < 0.01$ and $p < 0.001$, respectively) and at all doses in the no stimulant use subgroup (6 g and 7.5 g, $p < 0.05$; 9 g, $p \leq 0.01$). Significant improvements in patient-reported sleep quality with ON-SXB vs placebo were observed at all assessed doses in both the stimulant use (6 g and 7.5 g, $p < 0.01$; 9 g, $p < 0.05$) and no stimulant use (all $p < 0.001$) subgroups. Similarly, improvements in patient-reported refreshing nature of sleep with ON-SXB vs placebo were observed at all assessed doses in both the stimulant use (6 g and 9 g, $p < 0.05$; 7.5 g, $p < 0.001$) and

no stimulant use subgroups (6 g and 7.5 g, $p < 0.01$; 9 g, $p < 0.001$).

## 4 Discussion

The data reported in this paper expand our understanding of the efficacy of ON-SXB for the treatment of the symptoms of narcolepsy. These results demonstrate that ON-SXB is associated with clinically significant improvements in sleep continuity, sleep architecture, and patient satisfaction with both the quality and refreshing nature of their sleep. Reductions in the number of transitions from sleep to wake and deeper stages of sleep to light sleep with ON-SXB treatment vs placebo were statistically significant, and NAs were also significantly reduced with ON-SXB treatment. Consistent with these improvements, a significant reduction in the length of time spent in N1, a significant increase in the time spent in N3, and increased delta power further support ON-SXB positively affecting sleep in patients with narcolepsy. In further alignment with the clinical efficacy demonstrated by the REST-ON primary efficacy results [14], significant improvements in patient-reported sleep quality and refreshing nature of sleep with ON-SXB treatment were reported. Overall, these significant findings provide additional support for the efficacy of ON-SXB in patients with narcolepsy. Moreover, they illustrate that for patients with narcolepsy, pharmacotherapy can improve nocturnal symptoms and patient perceptions of both sleep quality and feeling refreshed after sleep.

**Table 1** Post hoc analysis: change from baseline in time spent in sleep stages, delta power, REM, and REM latency (modified intent-to-treat population)

| Parameter | Week 0 | | Week 3 | | Week 8 | | Week 13 | |
|---|---|---|---|---|---|---|---|---|
| | ON-SXB $n = 97$ | Placebo $n = 93$ | ON-SXB 6 g $n = 97$ | Placebo $n = 93$ | ON-SXB 7.5 g $n = 97$ | Placebo $n = 93$ | ON-SXB 9 g $n = 97$ | Placebo $n = 93$ |
| **N1 sleep** | | | | | | | | |
| Time spent in N1 sleep at baseline, minutes | | | | | | | | |
| Mean (SD) | 40.2 (22.1) | 42.6 (21.2) | | | | | | |
| Change from baseline in N1, minutes | | | | | | | | |
| LSM (SE) | | | − 6.2 (1.7) | − 0.3 (1.7) | − 10.3 (2.0) | 0.73 (1.9) | − 13.2 (1.8) | 0.15 (1.7) |
| LSMD (95% CI) | | | − 5.9 (− 10.7 to − 1.1)* | | − 11.0 (− 16.5 to − 5.5)*** | | − 13.4 (− 18.4 to − 8.4)*** | |
| **N2 sleep** | | | | | | | | |
| Time spent in N2 sleep at baseline, minutes | | | | | | | | |
| Mean (SD) | 215.9 (52.2) | 211.6 (48.3) | | | | | | |
| Change from baseline in N2, minutes | | | | | | | | |
| LSM (SE) | | | − 8.5 (4.1) | − 1.9 (4.1) | 2.7 (4.4) | − 1.0 (4.3) | − 11.5 (5.0) | 2.0 (4.7) |
| LSMD (95% CI) | | | − 6.6 (− 18.1 to 4.9) | | 3.6 (− 8.4 to 15.7) | | − 13.5 (− 27.1 to 0.1) | |
| **N3 sleep** | | | | | | | | |
| Time spent in N3 sleep at baseline, minutes | | | | | | | | |
| Mean (SD) | 68.8 (31.5) | 68.8 (28.1) | | | | | | |
| Change from baseline in N3, minutes | | | | | | | | |
| LSM (SE) | | | 27.6 (3.0) | 5.5 (3.0) | 30.4 (3.7) | 3.6 (3.6) | 39.5 (4.3) | 1.1 (4.1) |
| LSMD (95% CI) | | | 22.1 (13.6–30.5)*** | | 26.8 (16.6–37.0)*** | | 38.4 (26.7–50.1)*** | |
| **Delta power in NREM** | | | | | | | | |
| Baseline delta power in NREM | | | | | | | | |
| Mean (SD) | 460.8 (336.8) | 545.6 (656.5) | | | | | | |
| Change from baseline in delta power in NREM | | | | | | | | |
| LSM (SE) | | | 239.4 (62.4) | − 6.5 (63.5) | 400.3 (95.3) | 90.2 (101.3) | 640.8 (110.8) | 67.2 (106.3) |
| LSMD (95% CI) | | | 245.8 (69.0–422.7)** | | 310.0 (33.3–586.7)* | | 573.6 (266.8–880.4)*** | |
| **Total REM sleep** | | | | | | | | |
| Total REM sleep at baseline, minutes | | | | | | | | |
| Mean (SD) | 76.7 (30.8) | 78.3 (27.7) | | | | | | |
| Change from baseline in total REM sleep, minutes | | | | | | | | |
| LSM (SE) | | | − 16.1 (2.6) | 0.6 (2.6) | − 21.3 (2.7) | 5.9 (2.7) | − 22.8 (3.3) | 1.7 (3.1) |
| LSMD (95% CI) | | | − 16.7 (− 23.9 to − 9.5)*** | | − 27.2 (− 34.8 to − 19.6)*** | | − 24.5 (− 33.4 to − 15.6)*** | |
| **REM latency** | | | | | | | | |
| Baseline REM latency, minutes | | | | | | | | |
| Mean (SD) | 69.1 (68.0) | 56.0 (45.9) | | | | | | |
| Change from baseline in REM latency, minutes | | | | | | | | |
| LSM (SE) | | | 14.2 (6.8) | − 3.4 (6.8) | 19.7 (7.6) | − 3.4 (7.5) | 20.8 (8.6) | − 2.4 (8.1) |
| LSMD (95% CI) | | | 17.6 (− 1.4 to 36.6) | | 23.1 (2.0–44.2)* | | 23.2 (− 0.21 to 46.6) | |

Mixed-effects model for repeated measures used to assess significance at each timepoint

*CI* confidence interval, *LSM* least-squares mean, *LSMD* least-squares mean difference, *NREM* non-rapid eye movement, *ON-SXB* once-nightly sodium oxybate, *REM* rapid eye movement, *SD* standard deviation, *SE* standard error

*$p < 0.05$; **$p < 0.01$; ***$p < 0.001$

A previous assessment of twice-nightly SXB also showed increases in time spent in N3 and corresponding decreases in N1 and REM sleep, whereas N2 remains unaffected [12]; however, these data are presented separated into the first and the second half of the night owing to the need to awaken for

the second middle-of-the-night dose required to cover a full night of sleep [10]. A required awakening for the second dose 2.5–4 h after the first bedtime dose by definition is a disruption of sleep. Although immediate-release SXB has been shown to increase the overall amount of time spent in

T. Roth et al.

**Table 2** Post hoc analysis: sleep stage shifts, NAs, sleep quality, and refreshing nature of sleep by stimulant use (modified intent-to-treat population)

| Parameter | Baseline | | Week 3 | | Week 8 | | Week 13 | |
|---|---|---|---|---|---|---|---|---|
| | ON-SXB | Placebo | ON-SXB 6 g | Placebo | ON-SXB 7.5 g | Placebo | ON-SXB 9 g | Placebo |
| Sleep stage shifts | | | | | | | | |
| Stimulant use | $n = 66$ | $n = 53$ | | | | | | |
| Baseline, mean (SD) | 59.2 (24.5) | 64.0 (22.8) | | | | | | |
| LSM change from baseline (SE) | | | − 8.4 (2.2) | 0.6 (2.4) | − 12.8 (3.0) | 3.4 (3.1) | − 19.6 (2.6) | 1.5 (2.6) |
| LSMD (95% CI) | | | − 9.0 (− 15.5 to − 2.5)** | | − 16.2 (− 24.8 to − 7.6)*** | | − 21.1 (− 28.5 to − 13.8)*** | |
| No stimulant use | $n = 31$ | $n = 40$ | | | | | | |
| Baseline, mean (SD) | 62.1 (21.0) | 55.3 (19.5) | | | | | | |
| LSM change from baseline (SE) | | | − 13.4 (2.8) | − 3.5 (2.5) | − 20.2 (3.6) | 2.8 (3.2) | − 23.4 (4.1) | 4.1 (3.6) |
| LSMD (95% CI) | | | − 16.9 (− 24.5 to − 9.3)*** | | − 23.0 (− 32.8 to − 13.3)*** | | − 27.6 (− 38.4 to − 16.7)*** | |
| NAs | | | | | | | | |
| Stimulant use | $n = 66$ | $n = 53$ | | | | | | |
| Baseline, mean (SD) | 78.5 (46.4) | 76.4 (30.6) | | | | | | |
| LSM change from baseline (SE) | | | − 26.6 (4.2) | − 20.2 (4.5) | − 35.8 (4.2) | − 17.1 (4.4) | − 36.0 (4.6) | − 14.7 (4.5) |
| LSMD (95% CI) | | | − 6.4 (− 18.7 to 5.9) | | − 18.8 (− 30.8 to − 6.8)** | | − 21.3 (− 34.1 to − 8.5)*** | |
| No stimulant use | $n = 31$ | $n = 40$ | | | | | | |
| Baseline, mean (SD) | 89.0 (36.8) | 78.2 (46.7) | | | | | | |
| LSM change from baseline (SE) | | | − 40.2 (6.2) | − 20.7 (5.5) | − 45.6 (7.7) | − 23.5 (6.8) | − 46.0 (8.2) | − 17.0 (7.2) |
| LSMD (95% CI) | | | − 19.5 (− 36.0 to − 3.0)* | | − 22.1 (− 42.6 to − 1.6)* | | − 29.0 (− 50.8 to − 7.1)** | |
| VAS sleep quality[a] | | | | | | | | |
| Stimulant use | $n = 66$ | $n = 53$ | | | | | | |
| Baseline, mean (SD) | 54.7 (19.1) | 55.5 (19.0) | | | | | | |
| LSM change from baseline (SE) | | | 10.7 (1.3) | 5.4 (1.4) | 18.3 (1.6) | 10.9 (1.7) | 19.5 (1.9) | 13.0 (2.0) |
| LSMD (95% CI) | | | 5.4 (1.6–9.1)** | | 7.4 (2.9–12.0)** | | 6.5 (1.1–11.9)* | |
| No stimulant use | $n = 31$ | $n = 40$ | | | | | | |
| Baseline, mean (SD) | 51.8 (24.3) | 56.5 (27.0) | | | | | | |
| LSM change from baseline (SE) | | | 14.7 (2.1) | 4.5 (1.8) | 19.4 (2.8) | 6.2 (2.5) | 24.9 (3.2) | 8.2 (2.8) |
| LSMD (95% CI) | | | 10.2 (4.6–15.9)*** | | 13.2 (5.7–20.8)*** | | 16.7 (8.1–25.3)*** | |
| VAS refreshing nature of sleep[a] | | | | | | | | |
| Stimulant use | $n = 66$ | $n = 53$ | | | | | | |
| Baseline, mean (SD) | 49.0 (20.4) | 50.9 (21.8) | | | | | | |

**Table 2** (continued)

| Parameter | Baseline | | Week 3 | | Week 8 | | Week 13 | |
|---|---|---|---|---|---|---|---|---|
| | ON-SXB | Placebo | ON-SXB 6 g | Placebo | ON-SXB 7.5 g | Placebo | ON-SXB 9 g | Placebo |
| LSM change from baseline (SE) | | | 11.5 (1.4) | 7.0 (1.6) | 20.5 (1.7) | 11.7 (1.8) | 22.6 (2.0) | 15.1 (2.1) |
| LSMD (95% CI) | | | 4.5 (0.3–8.7)* | | 8.8 (3.9–13.6)*** | | 7.6 (1.8–13.3)* | |
| No stimulant use | n = 31 | n = 40 | | | | | | |
| Baseline, mean (SD) | 41.3 (24.1) | 48.6 (25.3) | | | | | | |
| LSM change from baseline (SE) | | | 16.1 (2.4) | 6.4 (2.0) | 20.6 (3.4) | 6.1 (2.9) | 25.7 (3.8) | 8.8 (3.2) |
| LSMD (95% CI) | | | 9.7 (3.5–15.8)** | | 14.5 (5.6–23.4)** | | 16.9 (7.0–26.8)*** | |

Mixed-effects model for repeated measures used to assess significance at each timepoint

*CI* confidence interval, *LSM* least-squares mean, *LSMD* least-squares mean difference, *NA* nocturnal arousal, *ON-SXB* once-nightly sodium oxybate, *REM* rapid eye movement, *SD* standard deviation, *SE* standard error, *VAS* visual analog scale, *$p < 0.05$; **$p \leq 0.01$; ***$p < 0.001$

aVAS of 1–100, with 1 indicating "did not sleep"/"not refreshed" and 100 indicating "slept very well"/"refreshed"

SWS [12, 18, 19], the larger increase was observed in the second half of the night [12], which is in contrast to when SWS typically occurs following the homeostatic drive to sleep after a period of wakefulness [20].

Slow-wave sleep is considered the deepest and most restorative stage of sleep and is associated with sleep quality and maintenance of sleep [20–23]. A recently completed systematic review and meta-analysis showed that SWS is diminished in people with narcolepsy compared with controls ($n = 65$ studies) and similar in NT1 vs NT2 ($n = 41$ studies) [24]. During SWS, there is a reduction in sympathetic activity; a reduction in this sleep stage may adversely affect blood pressure and contribute to hypertension [25–27]. Whether the increase in SWS with ON-SXB confers additional clinical benefits merits further research.

A significant reduction in overall REM sleep was demonstrated with all three ON-SXB doses, which was previously demonstrated with the 9-g dose of twice-nightly SXB [12]. ON-SXB increased REM sleep latency at all doses compared with placebo, which was statistically significant at the 7.5-g dose. The clinical implications of SXB modifying REM sleep are not entirely known, although nocturnal REM suppression may theoretically decrease SP, hypnagogic/hypnopompic hallucinations, and vivid dreaming.

The magnitude of change in measures of DNS was greater for participants who were not taking concomitant stimulants, although no statistical comparisons were made between groups given that these are post hoc analyses. Significant improvements in sleep stage transitions, NAs, and patient-reported sleep quality and refreshing nature of sleep were observed with ON-SXB vs placebo regardless of concurrent stimulant use. Polypharmacy may be necessary for patients with narcolepsy, and many take stimulants for daytime

sleepiness [28, 29]. Thus, these findings provide reassuring evidence that the efficacy of ON-SXB for the treatment of DNS in narcolepsy will likely be maintained whether or not the patients are using concurrent stimulants.

The analyses conducted in this trial have some limitations. Efficacy results presented are secondary endpoints, not powered for a multiplicity analysis, and some were conducted post hoc. However, improvements with ON-SXB treatment were consistent over time and increased in a dose-dependent manner, further substantiating the results and decreasing the likelihood of a type 1 error.

## 5 Conclusions

The efficacy of a single bedtime dose of SXB was demonstrated for the treatment of DNS in participants with narcolepsy. Clinically relevant improvements were observed in both objective measures (i.e., PSG-recorded decreases in stage shifts and NAs) and subjective findings with participants reporting both improved quality and refreshing nature of sleep. At all doses evaluated (6, 7.5, and 9 g), ON-SXB treatment demonstrated a significant consolidation of nocturnal sleep, a significant improvement in time spent in deep sleep, and a significant decrease in time spent in lighter sleep vs placebo.

**Acknowledgments** The authors thank the REST-ON trial participants and their families. People who participate in clinical trials play a key role in advancing science and medicine and we would like to acknowledge those individuals who participated in this trial. A statistical review of the manuscript was provided by Robert Flikkema, PhD, with funding from Avadel Pharmaceuticals (Chesterfield, MO, USA). Medical writing support was provided by Judy Fallon, PharmD, and Jennifer Fetting, PhD, of The Curry Rockefeller Group, LLC (Tarrytown, NY,

USA), and was funded by Avadel Pharmaceuticals (Chesterfield, MO, USA).

## Declarations

**Funding** This study was funded by Avadel Ireland. Avadel was involved in the study design; in the collection, analysis, and interpretation of data; in the writing of the report; and in the decision to submit the article for publication. Open access publication was funded by Avadel Ireland.

**Conflicts of interest/Competing interests** TR is a consultant for Jazz Pharmaceuticals, Takeda Pharmaceutical Co., Orexo, Avadel Pharmaceuticals, Eisai, Merck & Co., and Idorsia. YD has served as a consultant or on advisory boards for Avadel Pharmaceuticals, Jazz Pharmaceuticals, UCB, Takeda Pharmaceutical Co., Theranexus, Harmony Biosciences, Bioprojet Pharma, and Idorsia. MJT has served as a consultant or on advisory boards for Axsome Therapeutics, Balance Therapeutics, Eisai, Avadel Pharmaceuticals, Harmony Biosciences, Jazz Pharmaceuticals, NLS Pharmaceuticals, Suven Life Sciences Ltd., and Takeda Pharmaceutical Co. CK is a consultant of Avadel Pharmaceuticals and XW Pharma. BCC is a member of the speakers bureaus and has received honoraria from Jazz Pharmaceuticals, Eisai, and Harmony Biosciences. He is an advisor and has received consulting fees and honoraria from Jazz Pharmaceuticals, Eisai, Harmony Biosciences, and Avadel Pharmaceuticals. He is a member of the speakers bureau for Merck & Co. Inc., Jazz Pharmaceuticals, Eisai, and Harmony Biosciences. RB is a shareholder in WaterMark Medical and Healthy Humming, LLC; serves on the board of directors for the National Sleep Foundation and WaterMark Medical; is a consultant for Jazz Pharmaceuticals, Takeda Pharmaceutical Co., Avadel Pharmaceuticals, and Oventus; has received industry-funded research grants from Avadel Pharmaceuticals, BrescoTec, Bayer, Idorsia, Suven Life Sciences Ltd, Jazz Pharmaceuticals, Balance, Vanda, Merck & Co., Eisai, Philips, FRESCA Medical, Takeda Pharmaceutical Co., LivaNova, Roche, and Sommetrics; and has served on speakers bureaus for Jazz Pharmaceuticals, Eisai, and Harmony Biosciences. RR received research grant funding by Avadel Pharmaceuticals to conduct the current study. He has also received research grant support from Jazz Pharmaceuticals, Eisai, Merck & Co., Apnimed, Inc., Idorsia, Biohaven, and Suven Life Sciences Ltd. He has participated in advisory boards for Jazz Pharmaceuticals, Eisai, and Harmony Biosciences. DS is an employee of Avadel Pharmaceuticals. JD is a consultant to, stockholder, and former employee of Avadel Pharmaceuticals.

**Ethics approval** The REST-ON protocol was approved by the centers' institutional review board or appropriate independent ethics committee.

**Consent to participate** All participants provided written informed consent (and assent for participants aged 16 or 17 years of age) before participation.

**Consent for publication** Not applicable.

**Availability of data and material** The data underlying this article will be shared on reasonable request to the corresponding author.

**Code availability** Not applicable.

**Authors' contributions** TR, YD, JD, and DS participated in study conception and design. TR, YD, CK, MJT, BCC,RB, RR, JD, and DS participated in the acquisition and/or analysis of data. TR, YD, CK, MJT, BCC, RB, RR, JD, and DS participated in drafting a significant portion of the manuscript or figures, approved the final version for submission, and agree to be accountable for the work presented.

**Open Access** This article is licensed under a Creative Commons Attribution-NonCommercial 4.0 International License, which permits any non-commercial use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by-nc/4.0/.

## References

1. Kornum BR, Knudsen S, Ollila HM, et al. Narcolepsy. Nat Rev Dis Primers. 2017;3:16100.
2. Longstreth JRWT, Koepsell TD, Ton TG, et al. The epidemiology of narcolepsy. Sleep. 2007;30:13–26.
3. Dauvilliers Y, Arnulf I, Mignot E. Narcolepsy with cataplexy. Lancet. 2007;369:499–511.
4. Roth T, Dauvilliers Y, Mignot E, et al. Disrupted nighttime sleep in narcolepsy. J Clin Sleep Med. 2013;9:955–65.
5. Mamelak M. Narcolepsy and depression and the neurobiology of gammahydroxybutyrate. Prog Neurobiol. 2009;89:193–219.
6. Alfano CA, Reynolds K, Scott N, et al. Polysomnographic sleep patterns of non-depressed, non-medicated children with generalized anxiety disorder. J Affect Disord. 2013;147:379–84.
7. Hargens TA, Kaleth AS, Edwards ES, et al. Association between sleep disorders, obesity, and exercise: a review. Nat Sci Sleep. 2013;5:27–35.
8. Dauvilliers Y, Barateau L, Lopez R, et al. Narcolepsy Severity Scale: a reliable tool assessing symptom severity and consequences. Sleep. 2020;43:zsaa009.
9. Morgenthaler TI, Kapur VK, Brown T, et al. Practice parameters for the treatment of narcolepsy and other hypersomnias of central origin. Sleep. 2007;30:1705–11.
10. Jazz Pharmaceuticals. Xyrem (sodium oxybate oral solution, CIII). Full prescribing information. Palo Alto: Jazz Pharmaceuticals; 2020.
11. Barateau L, Lopez R, Dauvilliers Y. Treatment options for narcolepsy. CNS Drugs. 2016;30:369–79.
12. Black J, Pardi D, Hornfeldt CS, et al. The nightly use of sodium oxybate is associated with a reduction in nocturnal sleep disruption: a double-blind, placebo-controlled study in patients with narcolepsy. J Clin Sleep Med. 2010;6:596–602.
13. Seiden D, Tyler C, Dubow J. Pharmacokinetics of FT218, a once-nightly sodium oxybate formulation in healthy adults. Clin Ther. 2021;43(672):e1-14.
14. Kushida CA, Shapiro CM, Roth T, et al. Once-nightly sodium oxybate (FT218) demonstrated improvement of symptoms in a phase 3 randomized clinical trial in patients with narcolepsy. Sleep. 2021. https://doi.org/10.1093/sleep/zsab200.
15. U. S. Xyrem Multicenter Study Group. A randomized, double blind, placebo-controlled multicenter trial comparing the effects of three doses of orally administered sodium oxybate with placebo for the treatment of narcolepsy. Sleep. 2002;25:42–9.
16. American Academy of Sleep Medicine. International classification of sleep disorders. 3rd ed. Darien: American Academy of Sleep Medicine; 2014.
17. Berry RB, Brooks R, Gamaldo C, et al. AASM scoring manual updates for 2017 (Version 2.4). J Clin Sleep Med. 2017;13:665–6.

18. Scrima L, Hartman PG, Johnson FH Jr, et al. The effects of gamma-hydroxybutyrate on the sleep of narcolepsy patients: a double-blind study. Sleep. 1990;13:479–90.

19. Lapierre O, Montplaisir J, Lamarre M, et al. The effect of gamma-hydroxybutyrate on nocturnal and diurnal sleep of normal subjects: further considerations on REM sleep-triggering mechanisms. Sleep. 1990;13:24–30.

20. Akerstedt T, Hume K, Minors D, et al. Good sleep: its timing and physiological sleep characteristics. J Sleep Res. 1997;6:221–9.

21. Parekh A, Mullins AE, Kam K, et al. Slow-wave activity surrounding stage N2 K-complexes and daytime function measured by psychomotor vigilance test in obstructive sleep apnea. Sleep. 2019;42:zsy256.

22. Dijk DJ. Regulation and functional correlates of slow wave sleep. J Clin Sleep Med. 2009;5:S6-15.

23. Dijk DJ, Groeger J, Deacon S, et al. Association between individual differences in slow wave sleep, slow wave activity and sleep continuity in young, middle-aged and older men and women. Eur Neuropsychopharmacol. 2006;16:S538.

24. Zhang Y, Ren R, Yang L, et al. Polysomnographic nighttime features of narcolepsy: a systematic review and meta-analysis. Sleep Med Rev. 2021;58:101488.

25. Nagai M, Hoshide S, Kario K. Sleep duration as a risk factor for cardiovascular disease: a review of the recent literature. Curr Cardiol Rev. 2010;6:54–61.

26. Jennum PJ, Plazzi G, Silvani A, et al. Cardiovascular disorders in narcolepsy: review of associations and determinants. Sleep Med Rev. 2021;58:101440.

27. Bosco A, Lopez R, Barateau L, et al. Effect of psychostimulants on blood pressure profile and endothelial function in narcolepsy. Neurology. 2018;90:e479–91.

28. Thorpy MJ. Recently approved and upcoming treatments for narcolepsy. CNS Drugs. 2020;34:9–27.

29. Maski K, Trotti LM, Kotagal S, et al. Treatment of central disorders of hypersomnolence: an American Academy of Sleep Medicine clinical practice guideline. J Clin Sleep Med. 2021;17:1881–93.

## Authors and Affiliations

**Thomas Roth[1] · Yves Dauvilliers[2] · Michael J. Thorpy[3] · Clete Kushida[4] · Bruce C. Corser[5] · Richard Bogan[6] · Russell Rosenberg[7] · Jordan Dubow[8] · David Seiden[8]**

[1] Henry Ford Hospital, Detroit, MI, USA

[2] National Reference Centre for Orphan Diseases, Narcolepsy, Rare Hypersomnia, Sleep Unit, Department of Neurology, CHU Montpellier, Institute for Neuroscience of Montpellier INM, University of Montpellier, INSERM, Montpellier, France

[3] Albert Einstein College of Medicine, Bronx, NY, USA

[4] Stanford Sleep Medicine Center, Redwood City, CA, USA

[5] Sleep Management Institute, Cincinnati, OH, USA

[6] University of South Carolina School of Medicine, Columbia, SC, USA

[7] Neurotrials Research, Atlanta, GA, USA

[8] Clinical Development and Medical Affairs, Avadel Pharmaceuticals, 16640 Chesterfield Grove Road, Suite 200, Chesterfield, MO 63005, USA

# EXHIBIT K



NEW RESEARCH

ICSM
Journal of Clinical
Sleep Medicine

# The Nightly Use of Sodium Oxybate Is Associated with a Reduction in Nocturnal Sleep Disruption: A Double-Blind, Placebo-Controlled Study in Patients with Narcolepsy

Jed Black, M.D.[1]; Daniel Pardi, M.S.[2]; Carl S. Hornfeldt, Ph.D.[2]; Neil Inhaber, M.D.[2]

[1]Stanford Sleep Disorders Clinic, Stanford, CA; [2]Jazz Pharmaceuticals, Inc., Palo Alto, CA

**SCIENTIFIC INVESTIGATIONS**

**Objective:** To further explore the effects of sodium oxybate (SXB) administration on nocturnal sleep in narcolepsy patients during a double-blind, placebo-controlled, parallel group study conducted with 228 adult patients with narcolepsy/cataplexy in the United States, Canada, and Europe.

**Method:** Patients were withdrawn from antidepressants and sedative/hypnotics, and then randomized to receive 4.5, 6, or 9 g SXB or placebo nightly for 8 weeks. Patients receiving 6 and 9 g/night doses were titrated to their final dose in weekly 1.5 g increments, while patients receiving placebo were randomized to undergo a similar mock dose titration. The use of stimulant therapy continued unchanged. Changes in sleep architecture were measured using centrally scored nocturnal polysomnograms. Daily diaries were used to record changes in narcolepsy symptoms and adverse events.

**Results:** Following 8 weeks of SXB treatment, study patients demonstrated significant dose-related increases in the duration of stage 3 and 4 sleep, reaching a median increase of 52.5 minutes

in patients receiving 9 g nightly. Compared to placebo-treated patients, delta power was significantly increased in all dose groups. Stage 1 sleep and the frequency of nocturnal awakenings were each significantly decreased at the 6 and 9 g/night doses. The changes in nocturnal sleep coincided with significant decreases in the severity and frequency of narcolepsy symptoms.

**Conclusions:** The nightly administration of SXB to narcolepsy patients significantly impacts measures of slow wave sleep, wake after sleep onset, awakenings, total sleep time, and stage 1 sleep in a dose-related manner. The frequency and severity of narcolepsy symptoms decreased with treatment.

**Keywords:** Narcolepsy, polysomnography, sodium oxybate, sleep architecture, delta power

**Citation:** Black J; Pardi D; Hornfeldt CS; Inhaber N. The nightly use of sodium oxybate is associated with a reduction in nocturnal sleep disruption: a double-blind, placebo-controlled study in patients with narcolepsy. *J Clin Sleep Med* 2010;6(6):596-602.

The efficacy of nightly administered sodium oxybate (SXB) for the treatment of cataplexy and excessive daytime sleepiness (EDS) in patients with narcolepsy has been well established.[1-5] While the mechanism whereby SXB diminishes the diurnal symptoms of narcolepsy is unknown, it has been observed that SXB also has pharmacodynamic effects on nocturnal sleep, which is frequently disrupted in patients with narcolepsy.[6] Of particular interest, SXB has been shown to consistently increase the duration of stage 3 and 4 (slow wave or delta) sleep.[7-10]

An initial 10-week pilot study in 21 patients with narcolepsy tested the hypothesis that nightly SXB administration produces dose-related changes in sleep architecture. After withdrawing patients from antidepressants and sedative-hypnotics, the administration of SXB decreased nightly awakenings and increased the duration of sleep stages 3 and 4. In addition, delta power was significantly increased at all doses tested. The duration of REM sleep increased initially, and then decreased modestly over the duration of the 10-week trial.[11] As the patients in this preliminary study were titrated from 4.5 to 9 g nightly, it was not possible to determine whether the effects of SXB were dependent upon the dose used, the 10-week duration of therapy, or a combination of both.

**BRIEF SUMMARY**

**Current Knowledge/Study Rationale:** The efficacy of sodium oxybate (SXB) for the treatment of cataplexy and excessive daytime sleepiness in patients with narcolepsy has been previously demonstrated in randomized controlled trials and may be due, in part, to SXB-related improvement in disrupted nocturnal sleep. The present study is the first, large, randomized, controlled, parallel group trial in patients with narcolepsy examining the impact of nightly administration of SXB on sleep architecture and narcolepsy symptoms.

**Study Impact:** The nocturnal administration of SXB to narcolepsy results in significant dose-related changes in sleep architecture resulting in decreased sleep disruption and increased slow wave sleep. These findings are consistent with improvement in measures of sleep continuity and suggest SXB may promote some amelioration of the sleep fragmentation that is common in narcolepsy.

The following double-blind, placebo-controlled, parallel group study, designed to assess the efficacy of SXB for the treatment of excessive daytime sleepiness in narcolepsy, permitted further examination of the effects of nightly SXB administration on sleep architecture. Specifically, changes in nocturnal polysomnography (PSG) parameters were measured, providing additional information on the effects of SXB on nocturnal sleep. Other measures of efficacy have been published elsewhere.[1-5,12]

## METHODS

### Subjects

Patients included in the trial were $\geq$ 16 years of age and met the following criteria: diagnosis of narcolepsy based on an overnight PSG and multiple sleep latency test (MSLT)[13], and current symptoms of narcolepsy, including excessive daytime sleepiness, cataplexy, and recurrent sleep attacks for > 3 months (all patients met current ICSD-2 criteria for narcolepsy with cataplexy). Additional criteria included: willingness to forgo operating a car or heavy machinery if indicated by the investigator; and willingness to complete the entire trial as described in the protocol by signing an informed consent. Women of child-bearing potential agreed to use a medically accepted method of birth control, unless surgically sterile or 2 years post-menopausal.

The following criteria were used to exclude patients from the trial: use of SXB or investigational drug therapy within 30 days of trial entry; sleep apnea or any other cause of daytime sleepiness; use of hypnotics, anxiolytics, or any other sedating medications; any unstable disease that might place the patient at risk during the study or might compromise the study objectives; history of a substance abuse disorder; serum creatinine > 2.0 mg/dL, liver function tests more than twice the normal upper limit, serum bilirubin > 1.5 times the normal upper limit, or an ECG demonstrating clinically significant arrhythmias; history of myocardial infarction within 6 months; an occupation requiring changing shifts or routine night shifts; or history of seizure disorder, head trauma, or invasive intracranial surgery. Patients were also excluded from the study if the initial PSG study revealed the presence of moderate to severe sleep apnea syndrome, defined as an apnea index of > 10/h, or apnea/hypopnea index > 15/h, or any sleep disorder except narcolepsy.

### Dosing and Administration of Study Drug

Trial medication consisted of a concentrated oral solution containing 500 mg/mL SXB; placebo consisted of a sodium citrate solution that was equimolar to the study drug with respect to sodium. Previous taste tests confirmed the placebo is indistinguishable from SXB solution (Jazz Pharmaceuticals, Inc., data on file). Study drug or placebo was administered in 2 equally divided doses each night. Patients participating in the trial were instructed to take the second dose of SXB 2.5 to 4 h following the first dose, when dosing the medication at home. However, during the in-lab PSG nights, the total PSG-recording duration was set at exactly 8 h and the 8-h night was split into 2 consecutive 4-h periods. SXB was dosed at the beginning of each 4-h period.

Overall, 78% of patients were taking CNS stimulants for the treatment of EDS; the dosage of these medications was held constant throughout the trial. A post hoc analysis revealed the use of stimulant medications was uniformly distributed across placebo and active drug groups (range 74.6% to 83.6%) (Jazz Pharmaceuticals, Inc., data on file). Patients were cautioned against the use of alcoholic beverages and potentially sedating medications such as opiate analgesics or skeletal muscle relaxants at any time during the trial and were required to discuss the use of all medicines with a study investigator.

### Study Design

The study design, including visit number and frequency, is illustrated in **Figure 1**. Following clinic Visit 1, patients recorded narcolepsy symptoms and adverse events associated with current narcolepsy treatments in daily diaries during a 14-day lead-in period. Following clinic Visit 2, patients were gradually tapered from antidepressants or any other medication used for the treatment of cataplexy during a 21-day withdrawal period. This was followed by a washout period lasting 5 days or 5 times the half-life of the discontinued drug, whichever was longer, but not exceeding 18 days. Withdrawal from fluoxetine was initiated at clinic Visit 1 due to its very long half-life. If withdrawal from an antidepressant was not required, patients entered a mock 5-day washout period.

Following the washout period, patients entered a 14-day baseline period and received placebo in single-blind fashion. During this phase of the trial, patients were acclimated to the use of daily diaries, and baseline assessments of narcolepsy symptoms were recorded. The 14-day baseline period was extended to 21 days if, in the opinion of the investigator, the frequency of cataplexy attacks had not stabilized. To remain eligible for the double-blind phase of the trial, each patient was required to record a minimum average of 8 cataplexy attacks per week during the baseline period. Patients were kept unaware of this requirement. To be classified as cataplexy for this trial, the event must have had sudden onset, been localized to a specific muscle group(s) or part of the body in a bilateral manner, and occurred while the patient was lucid (i.e., not experiencing a sleep attack or microsleep).

The dose-titration phase (Visit 5) was conducted in randomized, double-blind fashion as follows:

*Week 1*: One-fourth of the study patients received placebo, while three-fourths received 4.5 g SXB nightly.

*Week 2*: One-third of patients receiving SXB remained at the 4.5 g/night dose, while two-thirds increased their dose to 6 g nightly; two-thirds of placebo patients increased the volume of their placebo dose by an equivalent amount to match the 6 g/night dose.

*Week 3*: One-half of patients taking SXB at the 6 g/night dose remained at this dose, while the remaining half increased their dose to 7.5 g nightly; one-half of the placebo patients taking the mock 6 g/night dose continued taking the same volume, while the remaining half increased their volume of their placebo dose to match the 7.5 g/night dose.

*Week 4*: All patients taking the 7.5 g/night SXB dose increased their dose to 9 g nightly, while the placebo patients taking the mock 7.5 g/night dose increased the volume of their dose by an equivalent amount.

Each subject returned to the clinic at Visit 6 when study measures for efficacy were conducted and safety assessments were made. Patients then continued at their assigned dose for the remaining 28 days of the study before returning for the final efficacy and safety assessments at Visit 7. PSG and MWT were performed at Visits 2, 5, 6, and 7; and awakenings, defined as the average number of awakenings during the night per week based on diary data from the 2 weeks immediately preceding the visit, were recorded.

### Polysomnographic Recordings

The PSG data were obtained as described elsewhere[11] using previously described techniques.[14] Briefly, data from electro-

J Black, D Pardi, CS Hornfeldt et al

## Figure 1



Baseline cataplexy frequency was recorded during the 2-week lead-in phase. Antidepressant medications used for the treatment of cataplexy were withdrawn over a 21-day period following Visit 2 with the exception of fluoxetine, which was withdrawn beginning at Visit 1. The washout period lasted 5 days or 5 times the half-life of the withdrawn medication, whichever was longer, but did not exceed 18 days. Following randomization, patients were started on placebo in single-blind fashion and recorded baseline cataplexy occurrences over a 14-day period; however, this was extended to 21 days if the investigator felt cataplexy had not yet stabilized. Patients then received study medication or placebo and were titrated to their final dose, as shown. Polysomnography, the maintenance of wakefulness test, and assessment of narcolepsy symptoms were performed at Visits 2, 5, 6, and 7.

encephalographic (EEG) and other parameters, including eye movements (EOG), submentalis muscle tone (chin-EMG), electrocardiogram (ECG), and right and left anterior tibialis muscle activity (leg-EMG) as well as nasal air flow, thoracic and abdominal effort, and oxygen saturation, were digitally recorded and manually scored by trained registered polysomnographers in a blind manner using a validated software program.

The following variables were measured during each half of the night, corresponding with the first and second doses of SXB, and were subsequently added together for the entire night: sleep latency; total sleep time (TST); wake after sleep onset (WASO); duration of stages 1, 2, 3 and 4, and REM sleep; sleep stage shifts per hour; and nocturnal awakenings. REM density was defined as the percent of 2-sec REM epochs containing one or more rapid eye movements; REM sleep latency was examined for the first half of the night only; delta power was defined as the accumulated EEG signal power for all frequencies between and including 0.5 Hz and 4 Hz.

### Data Analysis

All computations were performed using the Statistical Analysis System (SAS; SAS Institute Inc., Cary, NC) and were performed on an intent-to-treat basis using patients who received trial drug and completed at least one post-treatment evaluation visit. All analyses were based on the change from baseline to endpoint. Baseline was defined as the PSG measures at Visit 5. Endpoint was defined as the PSG measures at Visit 7, or in the absence of Visit 7 data, Visit 6. The test for a normal distribution of data was performed using the Wilks-Shapiro test, and homogeneity of the variability was examined graphically. If the data were found to be normal and homogeneous in distribution, an analysis of variance (ANOVA) model was used to analyze the data. Factors in the ANOVA model included treatment group, trial site, and the interaction between treatment and trial site. If the interaction was not found to be statistically significant (p ≥ 0.10) the term was dropped from the model. If a significant interaction effect was found, the nature of the interactions and the impact on the study conclusion was assessed. If a significant difference between treatment groups was found, each of the treatment groups was compared to placebo using the Dunnett test. If the data were not normally distributed, nonparametric tests were used. The Kruskal-Wallis test was used to assess the differences between treatment groups in the change from baseline. The Wilcoxon signed rank test was used to assess the change from baseline within treatment groups, and the Mann-Whitney test was used for pairwise comparisons of active treatment versus placebo. Interpretation and generalization of the study results in this multi-center study were assessed by examining the treatment by trial site interactions. In the data analysis involving ANOVA models, treatment by trial site interaction was tested and if the interaction was significant, the impact on the study results was evaluated. This interaction was modeled as a fixed effect, although modeling as a random effect may further increase the ability to generalize these results. The dose-response

relationship in the PSG measures was assessed by testing the slope of simple linear regression model of individual PSG measure and dose, using data from the 3 active treatment groups. Statistical significance was accepted if the adjusted p-value was < 0.05. The significance of the mean change from baseline for each treatment group was determined using a paired *t*-test.

## Ethics

This trial was conducted at 42 sites between November 2000 and March 2004 in the United States, Canada, United Kingdom, Germany, France, Switzerland, Netherlands, and the Czech Republic, and was approved by the institutional review board/ethics committee of each participating trial center. Written informed consent was obtained from each patient prior to initiation of the study. This study was conducted in accordance with the ethical principles delineated in the Helsinki Declaration of 1975, as revised in 1997.

## RESULTS

Of 401 patients who signed informed consent and entered the screening phase, 353 were enrolled, 285 were randomized to treatment, 246 received at least one dose of study drug, and 228 entered the double-blind phase of the trial. The intent-to-treat (ITT) population included these 228 patients who received at least one dose of study drug and had baseline PSG efficacy data and week 4 (Visit 6) and/or week 8 (Visit 7) PSG data. Of the patients randomized to treatment (285), 78% were taking stimulants, 14.7% (42/285) were taking tricyclic antidepressants (TCAs), and 14% (40/285) were taking serotonin selective reuptake inhibitors (SSRIs).

Of the ITT population, 149 (65.4%) were female and 79 (34.6%) were male. The average age was 40.5 years (range 16–75); the average height was 168.1 cm (range 139.7–202.0); the average weight was 85.7 kg (range 46.3–170.6). A total of 196 patients were Caucasian, 25 were of African descent, 2 were Asian, 2 were Hispanic, and 2 were of other ethnic origins. An analysis across all treatment groups indicated that patients were evenly distributed with respect to the above demographic parameters. The study was completed by 206 patients and polysomnographic data were available at weeks 4 and 8 for 191 and 193 patients, respectively. The duration of REM sleep and NREM sleep were found to be normally distributed and were analyzed with ANOVA models. For the other variables, nonparametric methods were used.

## Effect of Sodium Oxybate on Nocturnal Polysomnography Variables

### Sleep Latency and Total Sleep Time

Sleep latency was not significantly different among the treatment groups after the initial dose or after the 2nd dose (data not shown). TST was increased after 8 weeks of treatment, reaching significance at the 9 g/night dose (**Table 2**), but no change was seen at 4 weeks (**Table 1**). At 8 weeks, there was a significant relationship between dose and increased TST (p = 0.0127)

### Awakenings and Wake after Sleep Onset

The number of nocturnal awakenings was significantly decreased in all dose groups at 4 weeks (**Table 1**) and in the 6 g/

night and 9 g/night groups at 8 weeks (**Table 2**). There was a significant relationship between increased dose and decreased number of awakenings at 8 weeks (p = 0.0444). WASO was significantly decreased in the 9 g/night group at 8 weeks (**Table 2**). There was a significant dose relationship for the decrease in WASO at 8 weeks as well (p = 0.0075). Sleep stage shifts per hour was not different between the treatment groups at either time point.

### Stage 1 and 2 Sleep

The duration of Stage 1 sleep was significantly decreased in all SXB treatment groups at 4 weeks (**Table 1**) and in the 6 g/night and 9 g/night groups at 8 weeks of treatment (**Table 2**). There was a significant dose relationship for the decrease in stage 1 sleep (p = 0.0355). The duration of stage 2 sleep was not significantly different among the treatment groups at either 4 or 8 weeks.

### Stage 3 and 4 Sleep

The duration of stage 3 and 4 sleep was significantly increased for the 6 g/night and 9 g/night groups at 4 weeks (**Table 1**) and for all 3 SXB treatment groups at 8 weeks (**Table 2**). As shown in **Tables 1** and **2**, substantial increases occurred during both halves of the night. This increase in stage 3 and 4 sleep was significantly dose-related at both 4 weeks (p < 0.0001) and 8 weeks (p < 0.0001).

### Delta Power

Median delta power was significantly increased in all SXB treatment groups at both 4 weeks (**Table 1**) and 8 weeks (**Table 2**). These increases were proportionately greater during the second half of the night (**Tables 1** and **2**). A significant dose relationship was not observed (p = 0.1353 at 4 weeks and p = 0.1323 at 8 weeks) due to high variability.

### REM Sleep Latency and Duration

Sodium oxybate administration had no appreciable effect on REM sleep. The duration of REM sleep was significantly decreased in the 9 g/night group at 4 weeks (**Table 1**) and 8 weeks (**Table 2**).

## Effect of Sodium Oxybate on the Symptoms of Narcolepsy

Data reported elsewhere[4,5] indicate that the nightly administration of 4.5, 6, and 9 g/night doses of SXB resulted in significant decreases in median weekly cataplexy attacks. Patients also experienced significant improvements in both subjective and objective measures of excessive daytime sleepiness (Epworth Sleepiness Scale; 40-min maintenance of wakefulness test) and quality of life,[12] as well as significant improvements in the clinical investigator-rated evaluation of disease severity.

## Safety

Twenty-one patients discontinued the trial due to an adverse event, with most occurring in the 9 g/night dose group; 15 unique events occurred overall with a frequency significantly greater than placebo. Nausea, headache, dizziness, nasopharyngitis, and enuresis occurred with an overall incidence greater than 5%. Of these, only nausea and dizziness reached a level of

J Black, D Pardi, CS Hornfeldt et al

**Table 1**—Changes in polysomnographic parameters following 4 weeks of treatment*† (change from baseline; median)

| | Placebo N = 48 | SXB 4.5 g N = 59 | SXB 6 g N = 49 | SXB 9 g N = 35 | | Placebo N = 48 | SXB 4.5 g N = 59 | SXB 6 g N = 49 | SXB 9 g N = 35 |
|---|---|---|---|---|---|---|---|---|---|
| **Total Sleep Time (min)** | | | | | **Stage 3 and 4 Sleep (min)** | | | | |
| 1st Half | 1.50 | 1.75 | -0.25 | -1.50 | 1st Half | 0.00 | 1.00 | 9.75 | 27.50 |
| 2nd Half | 0.00 | 0.00 | 9.25 | 9.00 | 2nd Half | 0.00 | 0.50 | 5.75 | 34.00 |
| TOTAL | 1.75 | 1.00 | 9.25 | 7.00 | TOTAL | 0.00 | 3.25 | 19.25 | 71.00 |
| | — | NS | NS | NS | | — | NS | p = 0.002 | p < 0.001 |
| **Total NREM Sleep (min)** | | | | | **Wake After Sleep Onset (min)** | | | | |
| 1st Half | 9.25 | 6.75 | 0.50 | 8.50 | 1st Half | -2.50 | -3.75 | -2.50 | -0.50 |
| 2nd Half | -0.50 | 10.00 | 15.50 | 38.50 | 2nd Half | 1.25 | 2.25 | -8.50 | -8.00 |
| TOTAL | 4.25 | 16.25 | 13.00 | 41.50 | TOTAL | -3.75 | -0.25 | -13.75 | -7.50 |
| | — | NS | NS | p = 0.001 | | — | NS | NS | NS |
| **Total REM Sleep (min)** | | | | | **Sleep Stage Shifts Per Hour** | | | | |
| 1st Half | -5.25 | -0.25 | -3.50 | -9.50 | 1st Half | 0.07 | -1.32 | 1.59 | -4.08 |
| 2nd Half | -1.75 | 1.00 | -5.50 | -19.00 | 2nd Half | -3.13 | -1.67 | -2.64 | -1.05 |
| TOTAL | -8.50 | -0.50 | -8.00 | -22.00 | AVERAGE | -0.59 | -0.55 | -0.20 | -1.86 |
| | — | NS | NS | p = 0.010 | | — | NS | NS | NS |
| **REM Sleep Latency (min)** | | | | | **Delta Power (microvolts^2/Hz)** | | | | |
| | -0.75 | -3.25 | -9.00 | 1.00 | 1st Half | -3720.20 | 5320.09 | 14868.03 | 26498.77 |
| | — | NS | NS | NS | 2nd Half | 1142.55 | 7889.88 | 17058.46 | 28035.86 |
| | | | | | AVERAGE | -782.46 | 4842.03 | 14812.20 | 29629.76 |
| **Stage 1 Sleep (min)** | | | | | | — | p = 0.026 | p < 0.001 | p < 0.001 |
| 1st Half | -1.50 | -6.75 | -6.00 | -9.00 | **Nocturnal Awakenings** | | | | |
| 2nd Half | 0.00 | -7.50 | -13.00 | -12.50 | 1st Half | 0.00 | -3.50 | -3.00 | -4.00 |
| TOTAL | -0.50 | -11.75 | -17.00 | -22.50 | 2nd Half | -1.50 | -6.00 | -6.00 | -9.00 |
| | — | p = 0.002 | p = 0.002 | p < 0.001 | TOTAL | -1.00 | -7.50 | -10.50 | -15.00 |
| **Stage 2 Sleep (min)** | | | | | | — | p = 0.011 | p = 0.011 | p = 0.015 |
| 1st Half | 0.00 | 9.00 | -1.00 | 3.00 | | | | | |
| 2nd Half | 1.50 | 11.75 | 7.00 | 6.00 | | | | | |
| TOTAL | -0.25 | 11.00 | 4.25 | 11.00 | | | | | |
| | — | NS | NS | NS | | | | | |

*Statistical significance was established compared to placebo. NS = not significant. †Expressed as medians following transformation of non-normal data.

statistical significance compared with placebo. These appeared to be dose related and occurred in 34/186 (18.3%) and 31/186 (16.7%) of the SXB-treated subjects. There were no deaths.

Six serious adverse events were reported during the study. Three of these occurred in patients receiving placebo. Of the remaining 3 events, an episode of pneumonitis was reported in one patient receiving 6 g of SXB and was reported to be unrelated to drug. Another patient receiving 9 g of SXB suffered a fractured ankle following an accidental fall during the night. In this case, the relationship to study medication was reported as unknown. The third patient receiving 4.5 g of SXB demonstrated abnormal amino alanine transferase (ALT) and aspartate amino transferase (AST) at the conclusion of the trial, which returned to normal approximately 8 months later. This event was reported to be possibly due to study medication. These events are described in greater detail in another report.[5]

## DISCUSSION

One of the earliest reports describing the use of sodium oxybate (also known as γ-hydroxybutyrate sodium; GHB sodium) for the treatment of narcolepsy indicated that doses of 50 mg/kg (approximately 3.75–6.25 g nightly) significantly increased the duration of nocturnal slow wave sleep at the expense of stage 1 sleep and generally improved the continuity of nocturnal sleep.[8] These changes in nocturnal sleep coincided with patient reports of improvements in the quality of sleep, diminished daytime drowsiness and decreased cataplexy.[15]

Subsequent investigations into the use of SXB have yielded similar results on nocturnal sleep in patients with narcolepsy.[9-11,16,17] Collectively, these studies demonstrate that the nightly administration of SXB decreases nocturnal awakenings and increases slow wave sleep in a dose-dependent fashion, as well as imparting effects on REM sleep. These studies also demonstrate that the changes in nighttime sleep are accompanied by improvements in other clinical manifestations of narcolepsy, including cataplexy, subjective and objective measures of excessive daytime sleepiness, hypnagogic hallucinations, and sleep paralysis.

The present study is the largest controlled study to compare multiple doses of SXB to placebo performed to date, permitting a more thorough evaluation of impact on nighttime sleep and narcolepsy symptoms following the nightly administration of SXB in patients with narcolepsy. As predicted by a previous open-label pilot study,[11] the nocturnal administration of SXB produced significant dose-related increases in both slow wave

**Table 2**—Changes in polysomnographic parameters following 8 weeks of treatment*† (change from baseline; median)

| | Placebo N = 50 | SXB 4.5 g N = 59 | SXB 6 g N = 49 | SXB 9 g N = 35 | | Placebo N = 50 | SXB 4.5 g N = 59 | SXB 6 g N = 49 | SXB 9 g N = 35 |
|---|---|---|---|---|---|---|---|---|---|
| **Total Sleep Time (min)** | | | | | **Stage 3 and 4 Sleep (min)** | | | | |
| 1st Half | 0.50 | -0.50 | 2.00 | 3.00 | 1st Half | -0.25 | 1.00 | 10.00 | 20.50 |
| 2nd Half | -1.75 | 5.00 | 4.50 | 10.50 | 2nd Half | 0.00 | 0.50 | 4.50 | 26.50 |
| TOTAL | 0.25 | 0.00 | 13.00 | 18.00 | TOTAL | 0.00 | 3.00 | 21.00 | 52.50 |
| | — | NS | NS | p = 0.049 | | — | p = 0.015 | p < 0.001 | p < 0.001 |
| **Total NREM Sleep (min)** | | | | | **Wake After Sleep Onset (min)** | | | | |
| 1st Half | -2.75 | -1.50 | 4.00 | 15.50 | 1st Half | -0.50 | 0.25 | -0.25 | -1.00 |
| 2nd Half | 1.75 | 15.00 | 17.00 | 40.50 | 2nd Half | -2.00 | -1.50 | -2.75 | -9.50 |
| TOTAL | 2.00 | 10.00 | 24.00 | 51.50 | TOTAL | 2.00 | -5.75 | -3.75 | -22.00 |
| | — | NS | p = 0.010 | p < 0.001 | | — | NS | NS | p = 0.052 |
| **Total REM Sleep (min)** | | | | | **Sleep Stage Shifts Per Hour** | | | | |
| 1st Half | -0.75 | -1.00 | -3.50 | -5.50 | 1st Half | -1.82 | -1.51 | -1.18 | -1.91 |
| 2nd Half | 2.00 | -5.00 | -4.50 | -17.00 | 2nd Half | -0.88 | -0.45 | -0.85 | 0.00 |
| TOTAL | -1.00 | -6.00 | -7.00 | -22.00 | AVERAGE | -1.03 | -1.36 | -1.11 | -0.68 |
| | — | NS | NS | p = 0.026 | | — | NS | NS | NS |
| **REM Sleep Latency (min)** | | | | | **Delta Power (microvolts^2/Hz)** | | | | |
| | 0.00 | -1.00 | -1.50 | 6.00 | 1st Half | 85.42 | 8413.11 | 14624.92 | 25164.43 |
| | — | p = 0.521 | p = 0.203 | p = 0.547 | 2nd Half | -3538.83 | 7725.27 | 19726.61 | 32951.43 |
| **Stage 1 Sleep (min)** | | | | | AVERAGE | -1102.98 | 7166.20 | 14736.32 | 28796.65 |
| 1st Half | -2.75 | -3.00 | -5.00 | -7.50 | | — | p = 0.006 | p < 0.001 | p < 0.001 |
| 2nd Half | 1.25 | -1.50 | -9.50 | -14.00 | **Nocturnal Awakenings** | | | | |
| TOTAL | -2.25 | -9.50 | -13.50 | -22.50 | 1st Half | -1.50 | -2.00 | -3.00 | -3.00 |
| | — | p = 0.086 | p < 0.001 | p < 0.001 | 2nd Half | -0.00 | -3.00 | -5.00 | -9.00 |
| **Stage 2 Sleep (min)** | | | | | TOTAL | -0.50 | -5.00 | -8.00 | -12.00 |
| 1st Half | 1.50 | -1.00 | -5.00 | -4.50 | | — | NS | p = 0.005 | p = 0.009 |
| 2nd Half | 0.25 | 12.00 | 13.50 | 24.00 | | | | | |
| TOTAL | 3.50 | 9.50 | 13.00 | 31.50 | | | | | |
| | — | NS | NS | NS | | | | | |

*Statistical significance was established compared to placebo. NS = not significant. †Expressed as medians following transformation of non-normal data.

sleep and total sleep time. Robust increases in stage 3 and 4 sleep and delta power occurred in association with corresponding decreases in stage 1 sleep, REM sleep, and number of nocturnal awakenings, while stage 2 sleep remained unaffected. These findings are consistent with previously published SXB studies.[9,10,16,17]

Whether the observed impact of SXB on stages 3 and 4 sleep and on delta power represents a true sleep effect, delta-wave effects similar to those seen with CNS anesthetic agents, or an epiphenomenon unrelated to either sleep or anesthesia is unknown. With the data available, it is difficult to evaluate this question as it is currently not possible to investigate this issue meaningfully through characterization of EEG spectral features alone. One may hypothesize that an altered pattern of increased delta power activity may suggest a pharmacological effect that is not representative of sleep. Yet, such a conclusion may be inaccurate as this variant pattern of EEG activity may reflect an alteration of some aspects of sleep but not others, or an impact on all aspects of sleep, but weighted in a fashion distinct from normal physiological sleep. Taken together, the observed impacts of SXB on sleep, coupled with the observed improvements in daytime symptoms, are consistent with the hypothesis that sodium oxybate enhances SWS

processes. Further work to better characterize the nature of the increased delta activity may be of interest.

Similar to the initial pilot study,[11] changes in sleep architecture following the nightly administration of SXB in the present study coincided with significant improvements in narcolepsy symptoms, including significant dose-related reductions in median number of weekly cataplexy attacks; a significant dose-related improvement in EDS, as measured with the Epworth Sleepiness Scale, the maintenance of wakefulness test, and incidence of inadvertent naps; and significant dose-related improvements in the CGI-c. These results are reported elsewhere.[5] Although some of the changes in sleep architecture reported here are significant only at the highest dose, the relationship between sleep architecture and subjective outcomes remains unclear and warrants further study.

A shortcoming of the initial pilot study was the lack of a control for the dose and duration of SXB therapy.[11] An open-label 12-month extension study of SXB in the treatment of narcolepsy demonstrated sustained improvement in cataplexy and EDS.[2] The present study was not designed to detect differences in sleep architecture variables at different time points with steady doses of SXB. These matters may merit further study. Although the greatest percentage of changes occurred within the initial 4-week treatment period, some parameters of sleep

were further impacted during the subsequent 4 weeks of stable-dose treatment including total sleep time, total NREM sleep, SWS, and number of awakenings. The further changes from week 4 to week 8 may suggest a time-on-drug effect for these parameters, but this cannot be clarified with these data.

## CONCLUSION

The nocturnal administration of SXB to narcolepsy patients in two equally divided doses results in significant dose-related changes in sleep architecture, including an increase in slow wave sleep and TST and a decrease in stage 1 sleep, wake after sleep onset, and number of awakenings. These findings are consistent with improvement in measures of sleep continuity and suggest SXB may promote some amelioration of the sleep fragmentation that is common in narcolepsy. At SXB doses of 4.5 g, 6 g, and 9 g/night, dose-related improvements in cataplexy and overall change in severity of patient's disease state and at doses of 6 g and 9 g/night, decreases in excessive daytime sleepiness were noted as previously reported.[4,5]

## REFERENCES

1.  U.S. Xyrem Multicenter Study Group. A randomized, double blind, placebo controlled multicenter trial comparing the effects of three doses of orally administered sodium oxybate with placebo for the treatment of narcolepsy. *Sleep* 2002;25:42-9.
2.  U.S. Xyrem Multicenter Study Group. A 12-month, open-label, multicenter extension trial of orally administered sodium oxybate for the treatment of narcolepsy. *Sleep* 2003;26:31-5.
3.  U.S. Xyrem Multicenter Study Group. Sodium oxybate demonstrates long-term efficacy for the treatment of cataplexy in patients with narcolepsy. *Sleep Med* 2004;5:119-123.
4.  Xyrem International Study Group. A double-blind, placebo-controlled, study demonstrates sodium oxybate is effective for the treatment of excessive daytime sleepiness in narcolepsy. *J Clin Sleep Med* 2005; 1:289-95.
5.  Xyrem International Study Group. Further evidence supporting the use of sodium oxybate for the treatment of cataplexy: a double-blind, placebo-controlled study in 228 patients. *Sleep Med* 2005;6:415-21.
6.  Overeem S, Mignot E, van Dijk JG, Lammers GJ. Narcolepsy: Clinical features, new pathophysiologic insights, and future perspectives. *J Clin Neurophysiol* 2001;18:78-105.
7.  Mamelak M, Escriu JM, Stokan O. The effects of gamma-hydroxybutyrate on sleep. *Biol Psychiatry* 1977;12:273-88.
8.  Broughton R, Mamelak M. Effects of nocturnal gamma-hydroxybutyrate on sleep waking patterns in narcolepsy-cataplexy. *Can J Neurol Sci* 1980;7:23-30.
9.  Scrima L, Hartman PG, Johnson FH, Thomas EE, Hiller FC. The effects of γ-hydroxybutyrate on the sleep of narcolepsy patients: A double blind study. *Sleep* 1990;13:479-90.
10. Lammers GJ, Arends J, Declerck AC, Ferrari MN, Schouwink G, Troost, J. Gamma-hydroxybutyrate and narcolepsy: a double blind placebo controlled study. *Sleep* 1993;16:216-20.
11. Mamelak M, Black J, Montplaisir J, Ristanovic R. A dose response study on the effects of sodium oxybate on sleep architecture and daytime alertness in narcolepsy. *Sleep* 2004;27:1327-34.
12. Weaver TE, Cuellar N. A randomized trial evaluating the effectiveness of sodium oxybate therapy on quality of life in narcolepsy. *Sleep* 2006;29:1189-94.
13. American Academy of Sleep Medicine. International classification of sleep disorders: diagnostic and coding manual 2nd ed. Westchester, IL: American Academy of Sleep Medicine; 2005.
14. Rechtschaffen A, Kales A (eds). A manual of standardized terminology, techniques and scoring system for sleep stages of human subjects. Public Health Service, US Government Printing Office, 1968.
15. Broughton R, Mamelak M. The treatment of narcolepsy-cataplexy with nocturnal gamma-hydroxybutyrate. *Can J Neurol Sci* 1979;6:1-6.
16. Scharf MB, Brown D, Woods M, Brown L, Hirschowitz J. The effects and effectiveness of gamma-hydroxybutyrate in patients with narcolepsy. *J Clin Psychiatry* 1985;46:222-5.
17. Lapierre O, Montplaisir J, Lamarre M, Bedard MA. The effect of gamma-hydroxybutyrate on nocturnal and diurnal sleep of normal subjects: further considerations on REM sleep. *Sleep* 1990;13:24-30.

## ACKNOWLEDGMENTS

This study was sponsored by Jazz Pharmaceuticals, Inc., Palo Alto, CA and conducted by the members of the Xyrem International Study Group who are: Mansoor Ahmed, MD, Cleveland Sleep Center, Middleburg Heights, OH; Philip Becker, MD, Sleep Medicine Association of Texas, Plano, TX; Michael Biber, MD, Center for Sleep Diagnostics, Newton, MA; Jed Black, MD, Stanford Sleep Disorder Clinic, Stanford, CA; Richard Bogan, MD, Palmetto Baptist Medical Center, Columbia, SC; Andrew Chesson Jr, MD, Louisiana State University Sleep Disorders Center, Shreveport, LA; James Cook, MD, The Center for Sleep & Wake Disorders, Danville, IN; Stephen Duntley, MD, Washington University Medical Center, St. Louis, MO; Helene Emsellem, MD, Center for Sleep & Wake Disorders, Chevy Chase, MD; Milton Erman, MD and Roza Hayduk, MD, Pacific Sleep Medicine Services, La Jolla, CA; Neil Feldman, MD, St. Petersburg Sleep Disorders Center, St. Petersburg, FL; John Fleming, MD, Vancouver Hospital, Vancouver, British Columbia, Canada; Peter Geisler, MD, Psychiatrische Universitätsklinik, Regensburg, Germany; Martha Hagaman, MD, Children's Sleep Institute, Nashville, TN; Dennis Hill, MD, Central Carolina Neurology & Sleep, Salisbury, NC; William C. Houghton, MD and Carl S. Hornfeldt, PhD, Orphan Medical, Inc., Minnetonka, MN; Aatif M. Husain, MD, Duke Health Center at Morreene Road, Durham, NC; Thomas Kaelin, MD, Lowcountry Lung & Critical Care PA, Charleston, SC; Gert Jan Lammers MD, PhD, Leiden University Medical Center, Leiden, the Netherlands; D. Alan Lankford, PhD, Sleep Disorders Center of Georgia, Atlanta, GA; Judith Leech, MD, The Ottawa Hospital Sleep Centre, Ottawa, Ontario, Canada; Mortimer Mamelak, MD, Brain & Sleep Diagnostic Center, Toronto, Ontario, Canada; Geert Mayer, MD, Hepatic Klinik, Schwalmstadt-Treysa, Germany; Harvey Moldofsky, MD, Center for Sleep and Chronobiology, Toronto, Ontario, Canada; Jacques Montplaisir, MD, Sleep Disorder Centre, Montreal, Quebec, Canada; Rachel Morehouse, MD, Saint John Regional Hospital, Saint John, New Brunswick, Canada; Adam Moscovitch, MD, Canadian Sleep Institute, Calgary, Alberta, Canada; Sonka Nevsimalova, MD, Charles University, Prague, Czech Republic; William Orr, PhD, Lynn Health Science Institute, Oklahoma City, OK; Ralph Pascualy, MD, Swedish Sleep Medicine Institute, Seattle, WA; Vernon Pegram, PhD, Sleep Disorders Center of Alabama, Birmingham, AL; Thomas Perkins, MD, PhD, Raleigh Neurology Associates PA, Raleigh, NC; Jayant Phadke, MD, St. Vincent Hospital, Worcester, MA; Ruzica Ristanovic, MD, Evanston Hospital Sleep Disorders Center, Evanston, IL; John Shneerson, MD, Papworth Hospital, Cambridge, England; James Stevens, MD, Fort Wayne, IN; Todd Swick, MD, The Houston Sleep Center, Houston, TX; Joyce Walsleben, PhD, Bellevue Hospital Sleep/Wake Center, New York, NY; Timothy Walter, MD, Grove City Sleep Diagnostic Center, Grove City, OH; J. Catesby Ware, PhD, Sleep Disorders Center, Norfolk, VA; Patrick Whitten, MD, Peoria, IL; David Winslow, MD, Sleep Medicine Specialists, Louisville, KY. The authors wish to thank the Stanford Sleep Disorders Clinic (Oscar Carillo) for assistance in data collection and data analysis. The authors also acknowledge Howard Liang, MS, and Chinglin Lai, PhD, (Jazz Pharmaceuticals, Inc.) in performing statistical analyses and Teresa Steininger, PhD, and Chinglin Lai, PhD, (Jazz Pharmaceuticals, Inc.) for editorial assistance and helpful suggestions.

## SUBMISSION & CORRESPONDENCE INFORMATION

**Submitted for publication March, 2010**
**Submitted in final revised form June, 2010**
**Accepted for publication June, 2010**
Address correspondence to: Jed Black, M.D., Stanford Sleep Medicine Center, 450 Broadway Street, Pavilion B, 2nd Floor, Redwood City, CA 94063-5730; Tel: (650) 721-7575; Fax: (650) 721-3448; E-mail: jedblack@stanford.edu

## DISCLOSURE STATEMENT

This study was sponsored by Jazz Pharmaceuticals, Inc., Palo Alto, CA and conducted by the members of the Xyrem International Study Group (see Acknowledgments for names of the group). Dr. Black is an employee of Actelion Pharmaceuticals, LTD and has received research support from Cephalon, GlaxoSmithKline, Jazz Pharmaceuticals, Merck, and Takeda, and honoraria from Boehringer-Ingelheim, Takeda, and UCB. Dr. Hornfeldt is a paid consultant to Jazz Pharmaceuticals. Dr. Inhaber and Mr. Pardi are former employees of Jazz Pharmaceuticals and own shares of stock.