

**Daniel M. Silver**
Wilmington Office Managing Partner

T. 302-984-6331
F. 302-691-1260

dsilver@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

May 29, 2024

**VIA CM/ECF AND HAND DELIVERY**

The Honorable Gregory B. Williams
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  19801-3555

Re:  *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*, C.A. No. 21-691-GBW
      *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*, C.A. No. 21-1138-GBW
      *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC*, C.A. No. 21-61594-GBW

Dear Judge Williams:

In its Reply, Jazz relies on declarations from Dr. Meir Kryger and Dr. Richard Bogan (*see* D.I. 610, 611, 612 in C.A. No. 21-691-GBW). Avadel hereby provides notice that at the upcoming June 4 oral argument, it intends to rely on the attached evidence, which is responsive to the new material submitted by Jazz in reply:

- A letter from Dr. Kryger to the FDA dated August 24, 2017, "RE: Once a night dosing of sodium oxybate would be a major contribution to patient care in patients with narcolepsy," attached as Exhibit 1. This letter was previously submitted to the Court as a part of Exhibit C to the Declaration of Dr. Bruce Corser in Support of Avadel's Opposition to Jazz's Motion for a Stay Pending Appeal, D.I. 247 & D.I. 247-01 (at p. 44-45).

- Additional information regarding the results of the Xywav clinical trial in IH discussed in paragraphs 23-25 of Dr. Bogan's declaration, which was submitted by Jazz to the FDA at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2023/212690Orig1s006.pdf. Relevant excerpts are attached as Ex. 2.

Respectfully submitted,

/s/ *Daniel M. Silver*

Daniel M. Silver (#4758)

cc:    All counsel of record (via CM/ECF and E-Mail)

ME1 48621858v.1