# EXHIBIT 1

# Yale SCHOOL OF MEDICINE

*Department of Internal Medicine*

MEIR KRYGER, MD, FRCPC
Program Director, Sleep Medicine
Section of Pulmonary, Critical Care
   and Sleep Medicine
PO Box 208057
New Haven, CT 06520-8057
Tel: (203) 932-5711  x 3953
Fax: (203) 875-3634
Meir.kryger@yale.edu
www.medicine.yale.edu

24 August 2017

Office of Orphan Products Development
Food and Drug Administration
WO32-5295
10903 New Hampshire Avenue
Silver Spring, MD 20993-0002

RE: Once a night dosing of sodium oxybate would be a major contribution to patient care in patients with narcolepsy.

To whom it may concern:

    I am a professor of medicine at Yale School of Medicine.  I am chief editor of the most widely used textbook used in sleep medicine, The Principles and Practice of Sleep Medicine, which is in its sixth edition. I have has published more than 200 peer reviewed articles and book chapters. I have served as president of both the Canadian Sleep Society and the American Academy of Sleep Medicine, and has served as Chair of the Board of Directors of the National Sleep Foundation. I have received the Lifetime Achievement Awards from the Canadian Sleep Society, the National Sleep Foundation, and the Mary Carskadon Outstanding Educator Award. I write this letter not as an academic but as a clinician who has treated hundreds of narcolepsy patients in my 40 year career.

    It has been known since 1979 that gamma-hydroxybutyrate, later reformulated in about 2000 as sodium oxybate, has a beneficial effect on patients with narcolepsy-cataplexy. From those early days, it was also apparent that the compound, in order to be optimally effective, had to be taken twice during the night. Prior to the availability a pharmaceutical grade compound, we had the product prepared by our hospital pharmacists. This was very cumbersome. Patients were provided containers of liquid product. They used a syringe to precisely measure the amount of liquid to be taken.  Many patients prepared both doses and kept them at the bedside. The fact that patients had to awaken in the middle of the night to take the second dose was an issue. A liquid preparation, carried in a bottle made



transportation very problematic. This cumbersome treatment has not changed in about 40 years!

I have asked the manufacturer of sodium oxybate many, many times about having a once nightly pre-measured non-liquid formulation, because my patients have had issues with the current preparation:

- Sleeping through the night and not taking the second dose, making the treatment suboptimal.
- Awakening too late to take the second dose (4 hours until leaving the bed are needed for the second dose).
- Others in the home are disrupted by alarms in the middle of the night.
- Patients are fearful that the second dose, if prepared in advance may be ingested by a child
- Risk of falls if the patient gets out of bed to prepare the second dose.
- Measurement errors when using the syringe
- Accidental overdose if both doses are prepared at bedtime and the patient doesn't remember having taken the first dose. (this has happened to 2 of my patients in the last couple of years).

Many of my patients are college students who travel home, or abroad and travelling with bottles of liquid medications are problems at security at airports.

I believe that a formulation, shown to be effective, that is pre-measured, that can be taken once nightly would be a major contribution to patient care over Xyrem . it would be safer and more effective.

Sincerely,

Meir Kryger, MD, FRCPC
Professor, Yale School of Medicine
Pulmonary, Critical Care and Sleep Medicine
Fellowship Program Director, Sleep Medicine

1. Broughton, R., and M. Mamelak. "The Treatment of Narcolepsy-Cataplexy with Nocturnal Gamma-Hydroxybutyrate." *Can J Neurol Sci* 6.1 (1979): 1-6.
2. "A Randomized, Double Blind, Placebo-Controlled Multicenter Trial Comparing the Effects of Three Doses of Orally Administered Sodium Oxybate with Placebo for the Treatment of Narcolepsy." *Sleep* 25.1 (2002): 42-9.

