# EXHIBIT 2



# Transcript of Richard K. Bogan, M.D., F.C.C.P.

**Date:** October 25, 2023
**Case:** Jazz Pharmaceuticals, Inc., et al. -v- Avadel CNS Pharmaceuticals, LLC., et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Transcript of Richard K. Bogan, M.D., F.C.C.P.   22 (85 to 88)
Conducted on October 25, 2023

85

1  Q.   In this article, it states:
2         "Theoretically, the PK profile of
3  once-nightly sodium oxybate may produce a more
4  normal physiological sleep pattern in patients
5  with narcolepsy who typically experience
6  irregular sleep patterns and fragmented
7  nighttime sleep."
8  Do you see that?
9  A.   I see that.
10 Q.   And this is a sentence that appears in a paper
11 in which you're an author, yes?
12 A.   Correct.
13 Q.   And you agree with that language; is that
14 right?
15 A.   It needs qualification, but correct.
16 Theoretical, may, are words that make it easy to agree
17 to.
18 Q.   And so as stated you -- the language that
19 appears here, which starts with "theoretically," you
20 agree with that?
21 A.   I agree.
22 Q.   Okay. Can you turn to page 446 of this
23 article, in the conclusion section on the right-hand
24 column.
25      And in the conclusion section, the first

86

1  paragraph talks about GHB exposure being bioequivalent
2  to twice nightly SXB of the particular dose. Do you see
3  that?
4  A.   I see that.
5  Q.   And then the next sentence says:
6         "Eliminating the middle of the night
7  dose may represent an improvement for
8  individuals with narcolepsy who typically
9  experience the frequent number of nocturnal
10 arousals or awakenings."
11 Do you see that?
12 A.   I see that.
13 Q.   And at the time that this article was
14 published, you were okay with that language being
15 included, correct?
16 A.   Yes.
17 Q.   And you agree with that language now?
18 A.   Yes.
19      MS. DAVIS: Okay. We can set that
20 article aside. Let me mark another document.
21      (Whereupon, the Roth Article was marked
22 as Bogan Exhibit 10, for identification, as of
23 this date.)
24 Q.   All right. You have deposition Exhibit 10
25 which is Exhibit U to one of your reports. Do you have

87

1  that?
2  A.   I have it.
3  Q.   If you look at the first real page of the
4  document, this is again a research article; is that
5  right?
6  A.   That's correct.
7  Q.   And you are one of the authors on this paper;
8  is that right?
9  A.   That's correct.
10 Q.   And this is now about a Phase 3 study of
11 Lumryz; is that right?
12 A.   That's correct.
13 Q.   In particular, this is about the Phase 3
14 REST-ON trial; is that right?
15 A.   That's correct.
16 Q.   Did have you a role in the Phase 3 REST-ON
17 trial of Lumryz?
18 A.   I did.
19 Q.   What was your role?
20 A.   We enrolled patients.
21 Q.   You enrolled patients in your practice?
22 A.   That's correct.
23 Q.   So your practice had patients who were taking
24 Lumryz -- strike that.
25      What was Lumryz randomized to in the Phase 3

88

1  trial?
2  A.   FT218.
3  Q.   Did all patients take FT218?
4  A.   No.
5  Q.   What did the patients who were not taking FT218
6  take?
7  A.   I want to make sure I don't misspeak.
8  Q.   Absolutely. Take as much time as you need.
9  A.   Yeah. It was double-blind, placebo-controlled.
10 Q.   So when you -- you enrolled patients, which
11 means they may or may not have been taking Lumryz?
12 A.   That's correct.
13 Q.   For all you know, your patients took the
14 placebo?
15 A.   Correct.
16 Q.   Did there come a point where there was a --
17 where you were allowed to know -- where this trial was
18 unblinded?
19 A.   Not during the double-blind placebo-controlled
20 period.
21 Q.   Later on?
22 A.   Later on there was an open label extension.
23 Q.   So for the open label extension for patients
24 participating in that, in your practice, you, in fact,
25 know they're taking Lumryz?

Transcript of Richard K. Bogan, M.D., F.C.C.P.
Conducted on October 25, 2023

23 (89 to 92)

89

1   A.   Correct.
2   Q.   So were you involved in authoring the article
3   that is this Exhibit 10 to your deposition?
4   A.   Yes. I'm listed as one of the authors.
5   Q.   And you, in fact, participated in authoring it?
6   A.   I did. Mm-hmm, yes.
7   Q.   Let's turn to page 382, to the discussion
8   section.
9   A.   Okay.
10  Q.   And so in this section, you are discussing --
11  you and your coauthors are discussing the results of
12  this trial; is that right?
13  A.   That's correct.
14  Q.   Is it possible to characterize the results at a
15  high level? In which case, I might ask you about them.
16  But the predicate question is, is it possible to
17  characterize them at a high level?
18  A.   Yes.
19  Q.   What were the results of the REST-ON Phase 3
20  trial at a high level?
21  A.   It improves disrupted nocturnal sleep in
22  patients with narcolepsy.
23  Q.   Did it also improve cataplexy?
24  A.   Yes. The focus of this article was the
25  disrupted nocturnal sleep.

90

1   Q.   And what were the results shown that are
2   discussed in this article about the effect of Lumryz on
3   disrupted nocturnal sleep?
4   A.   The oxybate molecule improves disrupted
5   nocturnal sleep in patients with narcolepsy, so they had
6   more state stability and increase in slow-wave sleep.
7   And it does affect REM intrusion, REM-related symptoms,
8   called REM-dissociative symptoms. So we observed that
9   in the study. Call it state transition, bouncing around
10  in what state, what level of sleep are you in, that was
11  more stable.
12  Q.   Can you turn to page 383.
13  A.   Okay.
14  Q.   Okay. So in the -- there's only a small amount
15  of text on this page, and the text below the chart, the
16  first sentence is talking about a previous assessment of
17  twice-nightly sodium oxybate. Do you see that?
18  A.   I see that.
19  Q.   And this says that the -- the data for
20  twice-nightly are presented separated into the first and
21  second half of the night owing to the need to awaken for
22  the second middle of the night dose required to cover a
23  full night's sleep. Do you see that?
24  A.   That's how the drug is prescribed, yes.
25  Q.   In this article it then states:

91

1   "A required awakening for the second
2   dose, 2.5 to 4 hours after the first bedtime
3   dose, by definition is a disruption of sleep."
4   Do you see that?
5   A.   Yes.
6   Q.   This is a sentence in an article you authored;
7   is that right?
8   A.   That's correct.
9   Q.   And at the time this article was authored, you
10  agreed with that sentence?
11  A.   Correct.
12  Q.   And you agree with it now?
13  A.   Correct. Although I might have said it a
14  little bit better.
15  Q.   But you didn't --
16  A.   It still has a negative connotation to it, but
17  most of my patients wake up spontaneously to take the
18  second dose.
19  Q.   The majority of your Xyrem and Xywav patients
20  wake up spontaneously to take their second dose?
21  A.   Correct.
22  Q.   Do they wake up at the same time every night
23  spontaneously?
24  A.   Depends on how you define "same time."
25  Approximately.

92

1   Q.   Do the majority of your Xyrem and Xywav
2   patients not use an alarm clock?
3   A.   I would say, yes.
4   Q.   The majority of your Xyrem and Xywav patients
5   do not set an alarm clock?
6   A.   I usually instruct them to set an alarm, but
7   the majority of them awaken before the alarm goes off.
8   They're worried about disturbing other people.
9   Q.   And so they wake up and then do they turn the
10  alarm off?
11  A.   Correct.
12  Q.   You have patients who do need an alarm clock to
13  wake up?
14  A.   I do. And by definition that would be an
15  interruption of sleep.
16  Q.   Having the alarm clock go off?
17  A.   Correct.
18  Q.   And if your Xyrem and Xywav patients who have
19  an alarm clock go off in the middle of the night, if
20  they also have a spouse or significant other in the
21  room, that interrupts the sleep of the spouse or
22  significant other?
23  A.   Possibly.
24  Q.   I'm sorry, I didn't hear?
25  A.   Possibly.

Transcript of Richard K. Bogan, M.D., F.C.C.P.    24 (93 to 96)
Conducted on October 25, 2023

93

1  Q.    Is that something that your patients have
2  discussed with you, the concern that they don't want to
3  wake up their spouse or significant other every night?
4  A.    There are some, right.
5  Q.    Are there -- again, I'm not asking for names,
6  but can you recall in your head conversations you've had
7  with patients where their concern about their Xyrem or
8  Xywav regimen was that they do not want to wake up their
9  spouse?
10 A.    Yes.  But to clarify, most patients with
11 narcolepsy wake up a lot more than one time a night.
12 And they have REM dissociative symptoms, so they yell,
13 scream, and kick.  So it's actually less awakenings.  So
14 there's the perfect night, but then there's less
15 awakenings.
16        So I think the waking up, personally, waking up
17 one time a night is overstated.
18 Q.    Overstated how?
19 A.    Because the patient's actually, it's in the
20 data.  Patients actually don't wake up as much on the
21 drug.
22 Q.    And would you agree that with, as between a
23 patient taking Xyrem versus Lumryz, with Lumryz there is
24 a chance for one fewer awakening?
25 A.    We don't have comparative data, so I can't say

94

1  yes to that.
2  Q.    Is there any data comparing Xyrem to Xywav?
3  A.    In terms of number of awakenings or -- I don't
4  understand the question.
5  Q.    Is there any clinical data from the clinical
6  trial in which one of the patients received Xyrem and
7  the other received Xywav?
8  A.    No.
9  Q.    Do you make recommendations to your patients
10 about whether they should take Xywav versus Xyrem?
11 A.    I do.
12 Q.    You are making that recommendation in the
13 absence of any data that compares Xywav to Xyrem, is
14 that fair?
15 A.    I think I'm more -- my impression is that it's
16 oxybate has a similar response to the same dose, and
17 those are my operating principles.  And it's low sodium.
18 Xywav is low sodium, so it's safer.
19 Q.    You would agree that there is no comparative
20 data establishing that Xywav is, in fact, safer than
21 Xyrem?
22 A.    Comparative studies?
23 Q.    Correct.
24 A.    No.
25 Q.    You would agree that there are none?

95

1  A.    Not published.
2  Q.    Are there unpublished studies establishing
3  whether or not Xywav is in fact safer than Xyrem?
4  A.    Trying to think if I can answer that question.
5  I think yes, in the public domain there is a Switch
6  study going on.
7  Q.    Are you referring to the Segue, if I'm
8  pronouncing it correctly?
9  A.    I can't remember the name of it, yeah.  I think
10 it's called the Silo study.
11 Q.    There's a -- are you familiar with
12 clinicaltrials.gov?
13 A.    Yes.
14 Q.    Is this a study that's on clinicaltrials.com?
15 A.    Sure.  Yes.
16 Q.    So there's currently today, starting, a study
17 that is seeking to establish whether or not Xywav is
18 safer than Xyrem?
19 A.    I wouldn't say not to determine, but to provide
20 more science.
21 Q.    That study has not read out?
22 A.    No.
23 Q.    It is in fact enrolling?
24 A.    Yes.
25 Q.    Until that study -- right now, it would be

96

1  blinded?
2  A.    No, it's not blinded.
3  Q.    It's open label?
4  A.    Yes.
5  Q.    Data is typically not reported until a study is
6  reached and an end result; is that right?
7  A.    That's correct.
8  Q.    And that study that you have referenced has not
9  reached that point in which the data would be read out?
10 A.    That's correct.
11 Q.    So sitting here today, there is no clinical
12 data establishing that Xywav is safer than Xyrem?
13 A.    The clinical data I rely on is the sodium
14 level.  There is data on the sodium, and Xyrem has more
15 sodium than Xywav.  Xywav has 92 percent less sodium.
16 Q.    In terms of a comparative study, you would
17 agree that until a study that is now enrolling reads
18 out, there isn't any study data?
19 A.    Correct.
20        MS. DAVIS:  I realize it is noon.  I do
21 not know what people want to do in terms of
22 lunch or breaks.
23        MS. SHIH:  Should we go off the record
24 and take a quick break?
25        MS. DAVIS:  Sure.

Transcript of Richard K. Bogan, M.D., F.C.C.P.

25 (97 to 100)

Conducted on October 25, 2023

---

**97**

1       THE VIDEOGRAPHER: We are going off the
2 record at 12:03 p.m.
3       (Whereupon, a luncheon recess was taken
4 from 12:03 to 12:55.)
5       THE VIDEOGRAPHER: We are back on the
6 record. The time is 12:55 p.m.
7       MS. DAVIS: I am going to go ahead and
8 mark another Exhibit. I think we're up to 11.
9       (Whereupon, Dauvilliers Article was
10 marked as Bogan Exhibit 11, for identification,
11 as of this date.)
12 BY MS. DAVIS:
13 Q.    Dr. Bogan, do you recognize deposition Exhibit
14 11?
15 **A.    I do.**
16 Q.    What is this?
17 **A.    This is a postop analysis from the REST-ON**
18 **trial looking at subgroups of narcolepsy type 1 and type**
19 **2.**
20 Q.    And the REST-ON trial is of Lumryz; is that
21 right?
22 **A.    That's correct.**
23 Q.    You are one of the authors on this paper; is
24 that right?
25 **A.    That's correct.**

---

**98**

1 Q.    And when was this published?
2 **A.    Gosh, submitted March 29, 2023. Looks like May**
3 **the 11th, 2023.**
4 Q.    And what was your role in this paper?
5 **A.    I was an author.**
6 Q.    Did you review the manuscript before it was
7 published?
8 **A.    Yes. More times than I would like to say.**
9 Q.    Did you write portions of this?
10 **A.    No, I didn't. You know as an author we, as a**
11 **group, come up with consensus statements and we actually**
12 **have someone write it and then we edit it, but it's**
13 **effectively ours.**
14 Q.    And so you had the opportunity to review and
15 comment on this article?
16 **A.    Oh, yeah. Yeah, yes.**
17 Q.    Can you look at page 3 at the left-hand column,
18 the first full sentence starts after a reference to
19 footnote 17 and 23. Let me know when you're there.
20 **A.    Page 3?**
21 Q.    3.
22 **A.    Okay. Left-hand side or right-hand side?**
23 Q.    Left-hand side.
24 **A.    Left-hand side.**
25 Q.    The sentence beginning: "The short half life"?

---

**99**

1 **A.    Oh, yeah, with the 1723 in it? The reference?**
2 Q.    Yes.
3 **A.    Okay. I see that.**
4 Q.    And so the next sentence begins "the short half
5 life." Do you see that?
6 **A.    Yes. Are you talking about, yeah -- right**
7 **after that. That sentence after that.**
8 Q.    Yes. So in this article, it states:
9       "The short half life, 30 to 60 minutes
10 of gamma-hydroxybutyrate requires patients to
11 awaken in the middle of the night for the
12 second dose.
13       "As a result, sleep continuity can be
14 disrupted to adhere to this dosing regimen."
15       Do you see that?
16 **A.    That's correct.**
17 Q.    And this is a statement in an article that
18 you're an author on?
19 **A.    That's correct.**
20 Q.    And you agree with the statement?
21 **A.    That's correct.**
22 Q.    The next sentence reads: "Patients with
23 narcolepsy already experiencing fragmented sleep and
24 poor sleep" -- strike that.
25       The next sentence states:

---

**100**

1       "Patients with narcolepsy already
2 experience fragmented sleep and poor sleep
3 quality. Thus, forced awakening for their
4 second dose can further contribute to poor
5 sleep quality."
6       Do you see that?
7 **A.    I see that.**
8 Q.    That is a sentence in this article of which
9 you're an author, correct?
10 **A.    Correct.**
11 Q.    And you agree with that sentence?
12 **A.    I think it's overstated. But, you know, that**
13 **was the consensus.**
14 Q.    That was the consensus of the --
15 **A.    Of the authors, yeah.**
16 Q.    And you had an opportunity, you said you had
17 several opportunities to comment on this article; is
18 that correct?
19 **A.    That's correct. Majority rules.**
20 Q.    Did you comment specifically on this sentence
21 during the editing process?
22 **A.    I'm sure I did.**
23 Q.    To the best of your recollection, what was your
24 comment?
25 **A.    My comment is that the awakening in the middle**

Transcript of Richard K. Bogan, M.D., F.C.C.P.
Conducted on October 25, 2023

101

1  of the night to take the second dose is overstated.
2  Q.      Is that a comment you relayed to the authors
3  before this article was published, your coauthors?
4  A.      Yes.
5  Q.      But you ultimately signed off on the article
6  being published with the statement as just read?
7  A.      Correct.
8  Q.      You do not consider that sentence to be wrong?
9  A.      No.
10 Q.      And in the next paragraph --
11 A.      Mainly because the language has things like
12 "can" and "may", and it's not arbitrary, so --
13 Q.      And with those qualifiers, the sentence is
14 accurate enough?
15 A.      Yes.
16 Q.      The next paragraph talks about, toward the
17 middle of it, it talks about the Phase 3 REST-ON trial.
18 Do you see that?
19 A.      Yes.  "In the pivotal Phase 3 REST-On trial,
20 the efficacy and safety"?
21 Q.      Yes.
22 A.      Okay.  Yes.
23 Q.      So then there's a reference to the three
24 coprimary endpoints; do you see that?
25 A.      I see that.

102

1  Q.      And you are familiar with the results that were
2  seen in this Phase 3 trial with respect to the three
3  coprimary endpoints; is that right?
4  A.      Correct.
5  Q.      So if we turn to page 5, you'll see some
6  graphs.
7  A.      Right.
8  Q.      Focusing -- strike that.
9          Looking first at figure 1, is this related to
10 one of the coprimary endpoints of the trial?
11 A.      On page 5?
12 Q.      On page 5, the graphs?
13 A.      Which one is figure 1?  I have A and B.
14 Q.      So it's A and B, and then if you look all the
15 way at the bottom, it says "figure 1"?
16 A.      Oh, okay.  I got you, yeah.
17 Q.      Do you know what figure 1 is referring to?
18 A.      Yes.
19 Q.      What is that?
20 A.      Once the -- we do a maintenance of wakefulness
21 test to measure how sleepy somebody is in the daytime.
22 And so we're looking for a biological effect as an
23 outcome measure, which is, in this case, the outcome
24 measure was defined as maintenance of wakefulness test
25 as an objective measure.

103

1          The other one is clinical global impression.
2  Clinical global impression is the investigator's opinion
3  of how the patient is functioning in terms of symptoms
4  in narcolepsy, excessive sleepiness, cataplexy.  It's
5  kind of a global score.
6  Q.      And the subpart of Figure A is -- the subpart
7  of Figure 1 that is Section A is the maintenance of
8  wakefulness test?
9  A.      That's correct.
10 Q.      So focusing on that, can you explain -- and
11 feel free to use any other portion of the article you
12 need -- what was seen in terms of how well Lumryz did in
13 this trial with respect to the MWT?
14 A.      So, let's see.  Let me make sure I get this
15 right.  Six, seven and a half, nine grams.
16         So the question again was -- what signal do we
17 see?
18 Q.      Yes.
19 A.      Yeah, there's -- the patients are less sleepy
20 compared to placebo on the maintenance wakefulness test.
21 That is statistically significant.
22 Q.      Do you consider this to be a demonstration of
23 efficacy by Lumryz?
24 A.      Yes.
25 Q.      Looking at the -- week 3, week 8 and week 13

104

1  subboxes in part A --
2  A.      Right.
3  Q.      -- is it correct that there is greater
4  improvement by week 13?
5  A.      Numerically greater, correct, but the
6  comparison is with placebo and not the other doses.
7  Does that make sense?
8  Q.      Yes.  And so the -- are you aware of any
9  analysis that was done as a part of this paper or
10 otherwise that attempted to compare the different week
11 measurements against each other?
12 A.      I don't remember that.  I have to look back in
13 the article.  But, you know, from the graphic display,
14 it's compared to placebo.
15 Q.      All right.  Can you turn to page 9.
16         All right.  So on the left-hand column, the
17 first full paragraph that begins when "immediate-release
18 SXB." Let me know when you're there.
19 A.      I got it.
20 Q.      So this refers to when immediate-release SXB
21 was initially approved by the FDA in 2002.  Do you see
22 that?
23 A.      I do.
24 Q.      That was Xyrem; is that right?
25 A.      Correct.

Transcript of Richard K. Bogan, M.D., F.C.C.P.    27 (105 to 108)
Conducted on October 25, 2023

105

1  Q.    Xyrem was approved by the FDA in 2002?
2  A.    **Correct.**
3  Q.    And at the time, do you know what company had
4  developed Xyrem?
5  A.    **Orphan Medical.**
6         (Reporter Clarification.)
7         THE WITNESS:  Orphan.
8  Q.    Jazz did not develop Xyrem; is that right?
9  A.    **Correct.**
10  Q.    So between 2002 -- strike that.
11        Remind me when was Xywav approved?
12  A.    **Actually, I don't remember.  For narcolepsy or**
13  **for IH?**
14  Q.    The first approval?
15  A.    **A few years ago, but I can't remember the exact**
16  **date.**
17  Q.    Between when Xyrem was first approved in 2002
18  and the relatively recent approve of Xywav, were there
19  any oxybates approved in that gap?
20  A.    **No.**
21         **For cataplexy or excessive sleepiness or both?**
22  Q.    Both.
23  A.    **Yeah, no.  The answer is the same.**
24  Q.    So in this paragraph, there is a sentence about
25  midway.  It begins, "additionally no medication"?

106

1  A.    **In the same paragraph?**
2  Q.    Same paragraph?
3  A.    **Okay.  Got you.  Yeah.  "Additionally no**
4  **medication is FDA approved," yeah.**
5  Q.    In this paragraph -- in this sentence there's a
6  reference to DNS.  Do you see that?
7  A.    **Correct.**
8  Q.    Is that disturbed nocturnal slumber?
9  A.    **Sleep.**
10  Q.    This sentence says:
11         "Additionally, no medication is FDA
12         approved for the treatment of disturbed
13         nocturnal sleep and narcolepsy.  However,
14         once-nightly sodium oxybate has demonstrated
15         improvement in both subjective and objective
16         parameters of disturbed nocturnal sleep."
17         Is that right?
18  A.    **That's correct.**
19  Q.    And it goes on to talk about the present
20  analysis on that; is that right?
21  A.    **That's correct.**
22  Q.    Just with respect to the portion that ends with
23  the reference to footnote 30, do you agree that
24  once-nightly sodium oxybate has demonstrated improvement
25  in both subjective and objective parameters of disturbed

107

1  nocturnal sleep?
2  A.    **Yes.**
3  Q.    And what does that mean in layman's terms?
4  A.    **It means that the patient's -- when we -- when**
5  **we look at polysomnographic measurements, sleep**
6  **structure is different; there's more slow-wave sleep,**
7  **less awakenings in the night, thus remember when I said**
8  **earlier, narcolepsy patients awaken earlier.**
9         **And they also have what we call REM**
10  **dissociative symptoms, vivid dreams, paralysis,**
11  **hallucinations, REM behavior disorder, and those are**
12  **better.**
13  Q.    Those are better on Lumryz?
14  A.    **They are better on oxybate.**
15  Q.    Including Lumryz?
16  A.    **Correct.**
17  Q.    Looking at the bottom of the same left-hand
18  column on this page, the first sentence reads -- I'm
19  saying the abbreviation --
20  A.    **Are we in conclusion or --**
21  Q.    Above the conclusion.
22  A.    **Okay.**
23  Q.    "Once-nightly sodium oxybate was well tolerated
24  in REST-ON."  Do you see that?
25  A.    **I see that.**

108

1  Q.    And so then a few sentences down, this
2  paragraph reads:
3         "The twice-nightly immediate release
4         formulation of sodium oxybate has been FDA
5         approved for 20 years."
6         Do you see that?
7  A.    **I see that.**
8  Q.    And you agree with that?
9  A.    **I agree with it.**
10  Q.    And you yourself have been prescribing Xyrem
11  for 20 years?
12  A.    **Correct.**
13  Q.    The next portion of that sentence says:
14         "Once at bedtime, once-nightly sodium
15         oxybate may be a more suitable option for
16         patients as less frequent dosing regimens are
17         commonly associated with improved medication
18         adherence."
19         Do you see that?
20  A.    **I see that.**
21  Q.    That is a statement made in this article in
22  which you're an author, is that right?
23  A.    **Right.**
24  Q.    And you agree with that statement?
25  A.    **I agree with it.**

Transcript of Richard K. Bogan, M.D., F.C.C.P.

28 (109 to 112)

Conducted on October 25, 2023

---

109

1  Q.    This article then says:
2           "This once at bedtime dosing covers a
3  full night of sleep, eliminating the need for
4  patients to wake up for a second dose that
5  could further contribute to disturbed nocturnal
6  sleep and poor sleep quality experienced by
7  people with narcolepsy."
8  Do you see that?
9  A.    I see that.
10  Q.    That's a sentence in an article in which you're
11  an author?
12  A.    Correct.
13  Q.    And you agree with that sentence?
14  A.    Especially with the "could" in there, yes.
15  Q.    Going over to column 9, so just above
16  Acknowledgements.
17       So this is in the Conclusion section.  Let's
18  start then at the first sentence of conclusion that's in
19  the left-hand column.
20       So do you agree that the single bedtime dose of
21  once-nightly sodium oxybate, such as Lumryz,
22  demonstrated clinically meaningful improvements in
23  measures of excessive daytime sleepiness and disturbed
24  nocturnal sleep, as well as overall condition compared
25  to placebo in both the narcolepsy type 1 and narcolepsy

---

110

1  type 2 subgroups across all doses evaluated in this post
2  hoc analysis?
3  A.    Correct.  That's accurate.
4  Q.    This article then states:
5           "In contrast to the twice-nightly
6  oxybate formulations, once-nightly sodium
7  oxybate does not disrupt or fragment sleep and
8  is less burdensome for patients as they can
9  avoid the middle of the night dose, which is
10  particularly relevant given the potential
11  chronic need for pharmacotherapy."
12  Do you see that?
13  A.    I see that.
14  Q.    And that is a statement in this article in
15  which you're an author?
16  A.    That's correct.
17  Q.    And you agree with that statement?
18  A.    I do.
19       MS. DAVIS:  Okay.  You can put that
20  aside.  Let me grab the next document.
21       (Whereupon, Clinical Sleep Science and
22  Practice Posters 491-496 was marked as Bogan
23  Exhibit 12, for identification, as of this
24  date.)
25  Q.    All right.  You have Exhibit 12.  Feel free to

---

111

1  take as much time as you want.
2       I want to ask you specifically about the
3  posters that are 491, 492 and 493, but there's also
4  description of other posters on the next page.  Feel
5  free to take a look.
6       My first question is going to be do you
7  recognize this document?
8  A.    Okay.
9       Yes, I recognize those, 491, 492, 493.
10  Q.    So in Exhibit 12, at a really general high
11  level, what are the entries for 491, 492, and 493?
12  A.    The content.
13  Q.    Are they poster abstracts?
14  A.    Yes, at the SLEEP National Meeting.
15  Q.    And so at the SLEEP National Meeting, you were
16  an author on a number of posters that were presented to
17  people who attended this conference?
18  A.    Correct.
19  Q.    So 491, 492 and 493 are posters about Lumryz;
20  is that right?
21  A.    That's correct.
22  Q.    And is -- poster 491, is that presenting some
23  of the results that were also in the paper we just
24  looked at?
25  A.    Yes, it is.

---

112

1  Q.    Is the same true for poster 492?
2  A.    492 is really more about stimuli use as opposed
3  to efficacy of the once-nightly in this narcolepsy
4  subtype.  So it's a different cohort, a different way to
5  analyze it.  Same cohort, just a different way to look
6  at it.  Subgroups.
7  Q.    So turning to poster 493, can you tell me what
8  information was being presented in poster 493?
9  A.    493 was looking at some of the patients did
10  have weight loss.  So it's trying to sort of quantify or
11  actually -- yeah, I guess, quantify the weight loss that
12  some people had in the REST-ON study.
13  Q.    Patients taking Lumryz in the REST-ON study,
14  some of them lost weight?
15  A.    That's correct.
16  Q.    Narcolepsy patients have an increased risk of
17  obesity; is that right?
18  A.    That's correct.
19  Q.    In this context then, weight loss would be
20  considered beneficial for most patients?
21  A.    Sure.
22  Q.    And what were the conclusions that you and your
23  coauthors reached about the weight loss seen in patients
24  taking Lumryz?
25  A.    Let's see.  The conclusion was -- let's see.