# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

**JEREMY A. TIGAN**
(302) 351-9106
jtigan@morrisnichols.com

May 31, 2024

The Honorable Gregory B. Williams                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      Re:    *Jazz Pharms., Inc. v. Avadel CNS Pharms., LLC;* C.A. No. 21-691 (GBW)
             *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC;* C.A. No. 21-1138 (GBW)
             *Jazz Pharms., Inc., et al. v. Avadel CNS Pharms., LLC;* C.A. No. 21-1594 (GBW)

Dear Judge Williams:

      On May 29, Avadel submitted purported additional evidence in sur-reply to Jazz's reply brief in support of its request for a permanent injunction and an ongoing royalty. D.I. 629. Yesterday, Avadel submitted a purported corrected Exhibit 2 to its May 29 letter.

      Avadel's submissions should be stricken as an improper and untimely sur-reply submitted without leave of Court. Further Avadel's submissions should be disregarded as they are incomplete excerpts of the FDA's review package for Xywav. To the extent the Court considers Avadel's improper submissions, however, we respectfully request that the Court also consider the more complete excerpts from the FDA's clinical and statistical review of Xywav, which are attached as Exhibits 1 and 2, respectively.

                                              Respectfully,

                                              */s/ Jeremy A. Tigan*

                                              Jeremy A. Tigan (#5239)

JAT:lo
Enclosures
cc:     Clerk of the Court (via hand delivery)
        All Counsel of Record (via CM/ECF and e-mail)