# Exhibit 1

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

**212690Orig1s006**

# <u>CLINICAL REVIEW(S)</u>

# Review and Evaluation of Clinical Data

| | |
|---|---|
| **NDA (Serial Number)** | **212690 (S-006)** |
| **Sponsor:** | **Jazz Pharmaceuticals, Inc.** |
| **Product:** | **Xywav (JZP-258)** |
| **Proposed Indication:** | **Idiopathic Hypersomnia** |
| **Material Submitted:** | **Supplemental New Drug Application** |
| **Correspondence Date:** | **2/12/21** |
| **Date Received By Reviewer:** | **2/12/21** |
| **Date Review Completed:** | **8/11/21** |
| **Reviewer:** | **Ranjit B. Mani, M.D.** |

## TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................1

EXECUTIVE SUMMARY ...................................................................................2

1. Background .................................................................................6

2. Contents Of Submission ...............................................................7

3. Contents Of Review .....................................................................7

4. Idiopathic Hypersomnia ...............................................................8

5. Main Regulatory Interactions Regarding The Development of Xywav$^{TM}$ For The Treatment Of Idiopathic Hypersomnia ..........................................10

6. Outline Of Main Clinical Study (JZP080-301) Supporting This Application ..11

7. 120-Day Safety Update ...............................................................64

8. Review Of Proposed Prescribing Information And Related Documents .......64

9. Summary Of Statistical Review ....................................................65

10. Summary Of Clinical Pharmacology Review ..................................65

11. Summary Of Office Of Surveillance And Epidemiology Reviews ..........66

12. Summary Of Division Of Medical Policy Programs/Office Of Prescription Drug Promotion Reviews .....................................................66

13. Controlled Substances Staff Review .............................................67

14. Financial Disclosure Information ..................................................67

15. Site Inspections ........................................................................68

16. Overall Conclusion ....................................................................69

17. Recommendation .......................................................................69

Reference ID: 4840470

8

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

Page 2 of 69
8/11/21

# EXECUTIVE SUMMARY

### Recommendation

I recommend that Xywav™ (JZP-258) be approved for the treatment of idiopathic hypersomnia in adults, under New Drug Application #212690, Supplement #6.

### Proposed Indication

The proposed new indication for Xywav™ as stated in the original submission to this application is as follows:

*"XYWAV is indicated for the treatment of adult patients with idiopathic hypersomnia (IH)."*

### Currently Approved Indication

The currently-approved indication for Xywav™ as stated in the Prescribing Information for that product is as follows:

*"XYWAV is indicated for the treatment of cataplexy or excessive daytime sleepiness (EDS), in patients 7 years or older with narcolepsy."*

### Background To Application

Idiopathic hypersomnia is an uncommon chronic disorder, distinct from narcolepsy, that is characterized by an uncontrollable daytime need to sleep or daytime lapses into sleep; however, daytime naps and longer periods of sleep are unrefreshing. Other sleep-related symptoms occur together with distinctive findings on the multiple sleep latency test. This disorder may be severely disruptive of daily activities. Current criteria for the diagnosis of idiopathic hypersomnia are included under the International Classification of Sleep Disorders, 3rd Edition (ICSD-3).

No treatment has previously been approved for idiopathic hypersomnia.

Xywav™ (a low-sodium oxybate oral solution formulation containing a mixture of calcium, magnesium, potassium, and sodium oxybates), also named JZP-258, is currently approved for the treatment of cataplexy or excessive daytime sleepiness, in patients 7 years or older with narcolepsy. Xywav™ was originally approved for that indication on July 21, 2020. Xyrem® (sodium oxybate oral solution [500 mg/mL]) is currently approved for the same indication as Xywav™.

The development of Xywav™ for the treatment of idiopathic hypersomnia was earlier discussed with the Agency on several occasions. Those discussions extended to the design of a single efficacy and safety study (JZP080-301) which the Agency indicated would be sufficient in form to support the approval of Xywav™ (then known as JZP-258 alone) for the treatment of idiopathic

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

| Characteristic | On Baseline IH Medication (N = 88) | Treatment Naïve (N = 66) | SAF (N = 154) |
|---|---|---|---|
| 8.25 g/night | 2 (2.9) | 0 | 2 (1.7) |
| 8.5 g/night | 1 (1.4) | 1 (2.1) | 2 (1.7) |
| 9 g/night | 13 (18.8) | 5 (10.6) | 18 (15.5) |
| Duration of Study Drug Exposure (days) | | | |
| n | 69 | 47 | 116 |
| Mean (SD) | 14.4 (2.97) | 14.1 (2.31) | 14.3 (2.71) |
| Median | 14.0 | 14.0 | 14.0 |
| Q1, Q3 | 14.0, 15.0 | 14.0, 15.0 | 14.0, 15.0 |
| Min., Max. | 2, 27 | 1, 18 | 1, 27 |
| **Open-label Safety Extension Period** | | | |
| Average of Total Nightly Dose of JZP-258 (g/night) | | | |
| n | 65 | 41 | 106 |
| Mean (SD) | 6.859 (1.535) | 6.376 (1.755) | 6.672 (1.633) |
| Median | 7.419 | 6.159 | 6.895 |
| Q1, Q3 | 6, 7.94 | 5, 7.719 | 5.555, 7.94 |
| Min., Max. | 3, 9 | 2.579, 9 | 2.579, 9 |
| Duration of Exposure to JZP-258 (days) | | | |
| n | 65 | 41 | 106 |
| Mean (SD) | 158.3 (42.16) | 166.9 (31.53) | 161.6 (38.47) |
| Median | 172.0 | 172.0 | 172.0 |
| Q1, Q3 | 166.0, 175.0 | 168.0, 176.0 | 167.0, 175.0 |
| Min., Max. | 4, 195 | 7, 194 | 4, 195 |

Abbreviations: DBRWP = Double-blind Randomized Withdrawal Period.; IH = idiopathic hypersomnia; max = maximum; min = inimum; OTTP = Open-label Treatment Titration and Optimization Period; Q1 = quarter 1; Q3 = quarter 3; SAF = Safety Analysis Set; SD = standard deviation
The SAF included all participants who received at least one dose of study drug.
Time to get to total nightly stable dose was calculated as follows: (The Study Drug Administration Date of the Stable Dose when it was first achieved in the OTTP based on total dose consideration – date of the first day of study drug in the OTTP) + 1.
Duration of exposure, in days, was calculated as follows: (date of last dose of study drug during the study period – date of first dose of study drug during the study period) + 1. With the following exception, interruptions were not taken into account for the duration of exposure.
Percentages were based on the total number of participants who took at least one dose of study drug within the indicated period.
The On Baseline IH Medication Group includes subjects who were on Xyrem and/or a stimulant or AA at study entry. The Treatment Naïve group includes subjects not on Xyrem or a stimulant or AA at study entry.

### 6.2.8  Efficacy Results
Note that the optional interim analysis described in the study protocol was not conducted.

#### 6.2.8.1  Primary Efficacy Analysis
The results of the primary efficacy analysis compared the JZP-258 and placebo groups comparing the change in Epworth Sleepiness Scale score from the end of

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

Page 43 of 69
8/11/21

the stable dose period to the end of the double-blind randomized withdrawal period are in the following table for the Modified Intent-to Treat Set (i.e., the efficacy population).

The analysis was conducted using the analysis of covariance model described in the statistical analysis plan.

| Timepoint | Randomized Treatment Group | | |
| | JZP-258 (N=56) | Placebo (N=59) | Total (N=115) |
|---|---|---|---|
| End of the Stable Dose Period | | | |
| n | 56 | 59 | 115 |
| Mean (SD) | 6.3 (4.33) | 5.8 (3.66) | 6.1 (3.99) |
| Median | 6.5 | 5.0 | 6.0 |
| Q1, Q3 | 2.0, 9.5 | 3.0, 8.0 | 3.0, 8.0 |
| Min., Max. | 0, 15 | 0, 17 | 0, 17 |
| End of the Double-Blind Randomized Withdrawal Period | | | |
| n | 56 | 59 | 115 |
| Mean (SD) | 7.0 (5.03) | 13.3 (4.06) | 10.2 (5.52) |
| Median | 7.0 | 14.0 | 10.0 |
| Q1, Q3 | 3.0, 10.0 | 11.0, 16.0 | 6.0, 14.0 |
| Min., Max. | 0, 21 | 3, 21 | 0, 21 |
| Change from the End of the Stable Dose Period to the End of the Double-Blind Randomized Withdrawal Period | | | |
| n | 56 | 59 | 115 |
| Mean (SD) | 0.7 (3.22) | 7.4 (5.16) | 4.2 (5.47) |
| Median | 0.0 | 8.0 | 2.0 |
| Q1, Q3 | -0.5, 1.0 | 3.0, 11.0 | 0.0, 9.0 |
| Min., Max. | -6, 10 | -4, 18 | -6, 18 |

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

Page 44 of 69
8/11/21

| | Randomized Treatment Group | | |
| Timepoint | JZP-258 (N=56) | Placebo (N=59) | Total (N=115) |
|---|---|---|---|
| LS Mean | 0.8 | 7.3 | |
| SE | 0.54 | 0.53 | |
| LS Mean Diff | -6.51 | | |
| SE | 0.747 | | |
| 95% CI | (-7.99, -5.03) | | |
| p-value | <0.0001 | | |

Abbreviations: CI = confidence interval; DBRWP = Double-blind Randomized Withdrawal Period; ESS = Epworth Sleepiness Scale; IHSS = Idiopathic Hypersomnia Severity Scale; LS = least squares; LS Mean Diff = LS mean difference; max = maximum; min = minimum; mITT = modified intent-to-treat; OL = Open label; PGIc = Patient Global Impression of Change; Q1 = quarter 1; Q3 = quarter 3; SD = standard deviation; SDP = Stable Dose Period; SE = standard error
The mITT Analysis Set included all randomized participants who received at least one dose of double-blind study drug and had at least one set of post-randomization efficacy assessment for ESS or IHSS, or a PGIc value at the end of the DBRWP.
The ESS total score is the sum of the 8 item-scores and ranges between 0 to 24. Higher scores indicated greater daytime sleepiness. If three or more item-scores were missing, the ESS total score was set to missing. If one or two ESS item-scores were missing at a specific time point, the mean of the remaining seven or six non-missing ESS item-scores at that time point was used to impute the missing ESS item-scores. The ESS total score was then calculated as the sum of the observed and imputed item-scores.
The LS mean, SE, LS Mean Diff, 95% CI and p-values have been obtained from an analysis of covariance (ANCOVA) model including the change in ESS total score from the end of the OL SDP to the end of the DBRWP as response variable. Covariates in the model included: Baseline Medication Group, treatment group and ESS total score at the end of the OL SDP.

The box plot for the above data is in the figure below which I have taken from the submission.



Abbreviations: DBRWP = Double-blind Randomized Withdrawal Period; ESS = Epworth Sleepiness Scale; IHSS = Idiopathic Hypersomnia Severity Scale; mITT = modified intent-to-treat; PGIc = Patient Global Impression of Change; Q1 = quartile 1; Q3 = quartile 3
The mITT Analysis Set included all randomized participants who received at least one dose of double-blind study drug and have at least one set of post-randomization efficacy assessment for ESS or IHSS, or a PGIc value at the end of the DBRWP.
The bottom and top edges of the box indicate the 1st and 3rd quartiles [Q1 and Q3]. The difference between Q3 and Q1 is the interquartile range (IQR). The line inside the box is the median and the marker inside the box is the mean. The upper and lower whisker extend Q3 + 1.5*IQR and Q1- 1.5*IQR, respectively. Any points that are a distance of more than 1.5*IQR from the box are considered outliers and are represented as a 'o'.

As the table and figure above indicate, a statistically significant superiority of JZP-258 over placebo (p < 0.0001) was seen on this measure, with a greater

Case 1:21-cv-00691-GBW   Document 632-1   Filed 05/31/24   Page 8 of 28 PageID #: 34565

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

Page 45 of 69
8/11/21

increase in Epworth Sleepiness Scale score in those administered placebo than in those continuing JZP-258 during the randomized, double-blind, placebo-controlled withdrawal period.

Similar trends were also observed in subgroups defined by baseline medication groups, gender, region, once-nightly versus twice-nightly stable dose regimen, baseline median Body Mass Index group, and idiopathic hypersomnia diagnosis (long sleep versus without long sleep). These are depicted in the following sponsor figure.



Abbreviations: ANCOVA = analysis of covariance; CI = confidence interval; DBRWP = Double-blind Randomized Withdrawal Period; ESS = Epworth Sleepiness Scale; IH = Idiopathic Hypersomnia; IHSS = Idiopathic Hypersomnia Severity Scale; LS = least square; LS Mean Diff = LS mean difference; min = minimum; mITT = modified intent-to-treat; OL SDP = Open-label Stable Dose Period; PGIc = Patient Global Impression of Change

The mITT Analysis Set included all randomized participants who received at least one dose of double-blind study drug and had at least one set of post-randomization efficacy assessment for ESS or IHSS, or a PGIc value at the end of the DBRWP.

The ESS total score was the sum of the 8 item-scores and ranged between 0 to 24. Higher scores indicated greater daytime sleepiness. If three or more item-scores were missing, the ESS total score was set to missing. If one or two ESS item-scores were missing at a specific time point, the mean of the remaining seven or six non-missing ESS item-scores at that time point was used to impute the missing ESS item-scores. The ESS total score was then calculated as the sum of the observed and imputed item-scores.

The LS Mean Diff and 95% CI was obtained from an ANCOVA model including the change in ESS total score from the end of the OL SDP to the end of the DBRWP as response variable. Covariates in the model included: Baseline Medication group, treatment group, and ESS total score at the end of the OL SDP. Baseline medication group was not included in the model for the subgroup analysis by baseline medication group.

No sensitivity analyses of this measure were conducted.

### 6.2.8.2   Analysis Of Key Secondary Efficacy Endpoints

#### 6.2.8.2.1  Patient Global Impression of Change

The results of the analysis of this measure at the end of the double-blind randomized withdrawal period are in the following table. The measure assesses the change seen from the end of the stable dose period to the end of the double-blind, randomized withdrawal period.

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

| Variable Category | Randomized Treatment Group | | Total (N=115) |
|---|---|---|---|
| | JZP-258 (N=56) | Placebo (N=59) | |
| PGIc at the End of the Double-Blind Randomized Withdrawal Period | | | |
| Participants with at Least One Survey | 56 | 59 | 115 |
| Very much improved | 5 (8.9) | 0 | 5 (4.3) |
| Much improved | 13 (23.2) | 3 (5.1) | 16 (13.9) |
| Minimally improved | 3 (5.4) | 1 (1.7) | 4 (3.5) |
| No change | 23 (41.1) | 3 (5.1) | 26 (22.6) |
| Minimally worse | 9 (16.1) | 14 (23.7) | 23 (20.0) |
| Much worse | 2 (3.6) | 22 (37.3) | 24 (20.9) |
| Very much worse | 1 (1.8) | 16 (27.1) | 17 (14.8) |
| Proportion Worsened (minimally, much or very much worse) | 12 (21.4) | 52 (88.1) | 64 (55.7) |
| Difference in Proportion | -0.67 | | |
| 95% CI | (-0.80, -0.53) | | |
| p-value | <0.0001 | | |

Abbreviations: CI = confidence interval; CMH = Cochran-Mantel-Haenszel; DBRWP = Double-blind Randomized Withdrawal Period; ESS = Epworth Sleepiness Scale; IHSS = Idiopathic Hypersomnia Severity Scale; mITT = modified intent-to-treat; OL SDP = Open label Stable Dose Period
; PGIc = Patient Global Impression of Change
The mITT Analysis Set included all randomized participants who received at least one dose of double-blind study drug and have at least one set of post-randomization efficacy assessment for ESS or IHSS, or a PGIc value at the end of the DBRWP.
At the end of the DBRWP/ early termination visit, participants rated the change in their condition compared with the end of the OL SDP.
Continuity corrected Wilson's 95% CI as modified by Newcombe were presented for the difference in proportion.
The p-value for comparing the proportion worsened on the PGIc between treatments is from a CMH test stratified by baseline medication group.
Percentages and p-values were based on the total number of participants with at least one survey in each treatment column.

The changes in the table above are also depicted in the Forest plot below.



Abbreviations: CI = Confidence Interval; DBRWP = Double-blind Randomized Withdrawal Period; ESS = Epworth Sleepiness Scale; IH = Idiopathic Hypersomnia; IHSS = Idiopathic Hypersomnia Severity Scale; mITT = modified intent-to-treat; OL SDP = Open-label Stable Dose Period; PGIc = Patient Global Impression of Change;
The mITT Analysis Set included all randomized participants who received at least one dose of Double-Blind study drug and have at least one set of post-randomization efficacy assessment for ESS or IHSS, or a PGIc value at the end of the DBRWP.
At the end of the DBRWP/ early termination visit, participants rated the change in their condition compared with the end of the OL SDP.
Continuity corrected Wilson's 95% CI as modified by Newcombe are presented for the difference in proportion.

As the table above indicates, the percentage of subjects with minimally, much, or very much worse scores on the Patient Global Impression of Change was statistically significantly greater in the placebo group than in the JZP-258 group (p < 0.0001).

The above trends were confirmed in subgroup analyses (subgroups analyzed were similar to those for which the change in Epworth Sleepiness Scale was analyzed).

No sensitivity analyses of this measure were conducted.


6.2.8.2.2  Idiopathic Hypersomnia Sleepiness Scale
An increase in median Idiopathic Hypersomnia Sleepiness Scale score was seen in the placebo group over the double-blind randomized withdrawal period as opposed to no change on that measure in the JZP-258 group; this difference was statistically significant (p < 0.0001). The further details of that analysis are depicted in the next sponsor figure.

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

| | Randomized Treatment Group | | Total (N=115) |
|---|---|---|---|
| Timepoint | JZP-258 (N=56) | Placebo (N=59) | Total (N=115) |
| End of the Stable Dose Period | | | |
| n | 56 | 59 | 115 |
| Mean (SD) | 15.5 (9.20) | 15.2 (7.78) | 15.3 (8.46) |
| Median | 14.0 | 14.0 | 14.0 |
| Q1, Q3 | 7.0, 22.0 | 10.0, 21.0 | 8.0, 21.0 |
| Min., Max. | 1, 39 | 2, 37 | 1, 39 |
| End of the Double-Blind Randomized Withdrawal Period | | | |
| n | 56 | 59 | 115 |
| Mean (SD) | 16.9 (8.09) | 28.5 (8.96) | 22.9 (10.30) |
| Median | 16.0 | 29.0 | 23.0 |
| Q1, Q3 | 11.0, 23.0 | 23.0, 34.0 | 15.0, 30.0 |
| Min., Max. | 1, 34 | 8, 49 | 1, 49 |
| Change from the End of the SDP to the End of the DBRWP | | | |
| n | 56 | 59 | 115 |
| Mean (SD) | 1.5 (5.82) | 13.3 (9.29) | 7.5 (9.76) |
| Median | 0.0 | 14.0 | 4.0 |
| Q1, Q3 | -2.0, 2.5 | 4.0, 19.0 | 0.0, 15.0 |
| Min., Max. | -8, 24 | -2, 38 | -8, 38 |
| Estimated median difference | -12.00 | | |
| 95% CI | (-15.00, -8.00) | | |
| p-value | <0.0001 | | |

Abbreviations: CI = confidence interval; DBRWP = Double-blind Randomized Withdrawal Period; ESS = Epworth Sleepiness Scale; IHSS = Idiopathic Hypersomnia Severity Scale; max = maximum; min = minimum; mITT = modified intent-to-treat; PGIc = Patient Global Impression of Change; SD = standard deviation; SDP = Stable Dose Period
The mITT Analysis Set includes all randomized participants who received at least one dose of Double-Blind study drug and have at least one set of post-randomization efficacy assessment for ESS or IHSS, or a PGIc value at the end of the DBRWP.
The IHSS total score was the sum of the 14 item-scores. Scores range from 0 to 50; higher scores indicate more severe and frequent symptoms. If four or more item-scores are missing at a specific time point, the IHSS total score was set to missing. If less than four IHSS item-scores were missing at a specific time point, then missing items are imputed by multiplying the missing item's maximum response value by the average of the remaining non-missing items proportion of maximum response. The IHSS total score was then calculated as the sum of the observed and imputed item-scores.
The estimated median difference between two treatment groups and 95% asymptotic CI are from Hodges-Lehmann estimate. The p-value has been obtained from a rank based analysis of covariance (ANCOVA) model including the rank change in IHSS from the end of the Open-Label SDP to the end of the DBRWP as the response variable; Covariates in the model included: Baseline Medication Group, treatment group and ranked IHSS total score at the end of the Open-Label SDP.

A box plot provided in this application depicting the above is copied below.

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

Page 49 of 69
8/11/21



Abbreviations: DBRWP = Double-blind Randomized Withdrawal Period; ESS = Epworth Sleepiness Scale; IHSS = Idiopathic Hypersomnia Severity Scale; IQR = interquartile range; mITT = modified intent-to-treat; PGIc = Patient Global Impression of Change
The mITT Analysis Set included all randomized participants who received at least one dose of Double-Blind study drug and have at least one set of post-randomization efficacy assessment for ESS or IHSS, or a PGIc value at the end of the DBRWP.
The bottom and top edges of the box indicate the 1st and 3rd quartiles [Q1 and Q3]. The difference between Q3 and Q1 is the IQR. The line inside the box is the median and the marker inside the box is the mean. The upper and lower whisker extend Q3 + 1.5*IQR and Q1- 1.5*IQR, respectively. Any points that are a distance of more than 1.5*IQR from the box are considered outliers and are represented as a 'o'.

The above trends were confirmed in subgroup analyses (subgroups analyzed were similar to those for which the change in Epworth Sleepiness Scale was analyzed).

No sensitivity analyses of this measure were conducted.

### 6.2.8.3  Analysis Of Other Secondary Endpoints And Exploratory Endpoints

Trends in the following secondary and exploratory outcomes showed the same trends over the double-blind, randomized withdrawal period as would have been expected from the results of the analysis of the primary and key secondary efficacy outcomes: Clinical Global Impression of Change; Functional Outcomes of Sleep Questionnaire; Night/Inertia and Day/Performance Components of the Idiopathic Hypersomnia Sleepiness Scale; Total Sleep Time (from daily sleep diary); and Work Productivity and Activity Impairment Questionnaire.

### 6.2.9  Safety Results

Please note that the safety results summarized below are for all phases of the study, including those in the 120-Day Safety Update which was submitted after the study was completed and all data for the study included.

### 6.2.9.1  Adverse Events

#### 6.2.9.1.1  Overall Summary Of Adverse Events

The following table presents a summary of all adverse events that occurred during this study, excluding placebo data, for all study periods.

Ranjit B. Mani, MD, HFD-120 Medical Review
NDA 212690 (S-006), Xywav (JZP-258), Jazz Pharmaceuticals, Inc.

Page 69 of 69
8/11/21

## 16.  Overall Conclusion

Substantial evidence of the efficacy of Xywav™ (JZP-258) in the treatment of idiopathic hypersomnia in adults was demonstrated by the results of a single adequate and well-controlled clinical study, JZP080-301.

The safety profile of Xywav™ (JZP-258) in the treatment of idiopathic hypersomnia as seen in Study JZP080-301 is acceptable and not substantially different from that of Xywav™ (or Xyrem®) in the treatment of narcolepsy.

## 17.  Recommendation

I recommend that Xywav™ (JZP-258) be approved for the treatment of idiopathic hypersomnia in adults, under the current Supplemental New Drug Application.


_____
Ranjit B. Mani, M.D.
Medical Reviewer


rbm
cc:
HFD-120
IND

-------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

-------------------------------------------------------------------------------------------

/s/

----------------------------------------------------------

RANJIT B MANI
08/12/2021 09:44:21 AM

TERESA J BURACCHIO on behalf of ERIC P BASTINGS
08/12/2021 09:50:08 AM
I concur with Dr. Mani's recommendation for approval and will issue an approval letter.

Reference ID: 4840470

# Exhibit 2

# CENTER FOR DRUG EVALUATION AND RESEARCH

### *APPLICATION NUMBER:*

### 212690Orig1s006

# <u>STATISTICAL REVIEW(S)</u>



U.S. Department of Health and Human Services
Food and Drug Administration
Center for Drug Evaluation and Research
Office of Translational Sciences
Office of Biostatistics

# STATISTICAL REVIEW AND EVALUATION

## CLINICAL STUDIES

| | |
|---|---|
| **NDA #:** | 212,690 |
| **Supplement #:** | 006 |
| **Drug Name:** | XYWAV™ (JZP-258) |
| **Indication(s):** | Treatment of Idiopathic Hypersomnia (IH) |
| **Applicant:** | Jazz Pharmaceuticals |
| **Date(s):** | Submission date:  02/12/2021, PDUFA date: 08/12/2021 |
| **Review Priority:** | Priority |
| **Biometrics Division:** | Division of Biometrics I |
| **Statistical Reviewer:** | Minjeong Park, Ph.D., Primary Reviewer |
| **Concurring Reviewers:** | Kun Jin, Ph.D., Team Leader |
| | H.M. James Hung, Ph.D., Division Director |
| **Medical Division:** | Division of Neurology I |
| **Clinical Team:** | Mani Ranjit, M.D. |
| **Project Manager:** | Teresa Wheelous, PharmD. |

**Keywords:** ANCOVA, CMH, Nonparametric ANCOVA

# Table of Contents

1   EXECUTIVE SUMMARY .................................................................................................5

2   INTRODUCTION ...........................................................................................................6
   2.1   OVERVIEW .............................................................................................................6
   2.2   DATA SOURCES .....................................................................................................6

3   STATISTICAL EVALUATION .......................................................................................7
   3.1   DATA AND ANALYSIS QUALITY ...........................................................................7
   3.2   EVALUATION OF EFFICACY IN JZP080-301 ..........................................................7
      3.2.1   Study Design and Endpoints ...........................................................................7
      3.2.2   Statistical Methodologies ...............................................................................8
      3.2.3   Patient Disposition, Demographic...................................................................10
      3.2.4   Efficacy Results...........................................................................................13
         3.2.4.1   Primary Endpoint.................................................................................13
         3.2.4.2   Key Secondary Endpoints .....................................................................15
         3.2.4.3   Sensitivity Analysis .............................................................................17
   3.3   EVALUATION OF SAFETY ......................................................................................17

4   FINDINGS IN SPECIAL/SUBGROUP POPULATIONS ...................................................18

5   SUMMARY AND CONCLUSIONS ................................................................................23
   5.1   STATISTICAL ISSUES ............................................................................................23
   5.2   COLLECTIVE EVIDENCE ........................................................................................23
   5.3   CONCLUSIONS AND RECOMMENDATIONS ..............................................................23

6   APPENDIX : MODEL DIAGNOSTICS .........................................................................24

2

# LIST OF TABLES

Table 1. Summary of study included in analysis ..................................................................................6

Table 2. Analysis sets by Baseline Medication Group (Enrolled Analysis Set)...........................................11

Table 3. Demographic and Other Baseline Characteristics by Randomized Treatment Group (mITT Analysis Set) .12

Table 4. Primary Efficacy Endpoint: Change in ESS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis Set)...................................................................................13

Table 5. Key Secondary Efficacy Endpoint: PGIc at the end of DBRWP by Randomized Treatment Group (mITT Analysis set)...................................................................................................................15

Table 6. Key Secondary Efficacy Endpoint: Change in IHSS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set) ...................................................................16

Table 7. Subgroup Analysis: Change in ESS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set)...................................................................................................18

Table 8. Subgroup Analysis: PGIc at the end of DBRWP by Randomized Treatment Group (mITT Analysis set) ...19

Table 9. Subgroup Analysis: Change in IHSS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set)...................................................................................................21

3

## LIST OF FIGURES

Figure 1. Study design ........................................................................................................................7

Figure 2. Patient disposition ............................................................................................................10

Figure 3. Primary Efficacy Endpoint: Box Plot of the Change in ESS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis Set)........................................................................14

Figure 4. Mean ESS over time from Day 1 of OTTP to the end of DBRWP by Randomized Treatment Group (mITT Analysis Set) ................................................................................................................15

Figure 5. Forest Plot of Subgroup Analysis: Change in ESS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set) ...........................................................................19

Figure 6. Forest Plot of Subgroup Analysis: PGIc at the end of DBRWP by Randomized Treatment Group (mITT Analysis set)...............................................................................................................20

Figure 7. Forest Plot of Subgroup Analysis: Change in IHSS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set) ...........................................................................22

4

# 1   EXECUTIVE SUMMARY

Jazz Pharmaceuticals submitted one phase 3 study (JZP080-301) to support the claim of the efficacy, safety and PK of JZP-258 oral solution in adult subjects aged 19-75 years having a primary diagnosis of idiopathic hypersomnia. In the primary analysis on the change in ESS from the end of stable dose period (SDP) to the end of double-blind withdrawal period (DBRWP), the least square (LS) mean difference between JZP-258 versus placebo was statistically significant (-6.51, 95% CI: [-7.99, -5.03], p-value < 0.0001), indicating a greater treatment effect in JZP-258 compared to the placebo. Both key secondary analyses also showed statistically significantly greater treatment effects in JZP-258 compared to the placebo (p-value < 0.0001 for both). Findings from efficacy evaluation in the phase 3 confirmatory study (JZP080-301) support a greater treatment effect of JZP-258 compared to the placebo in ESS, PGIc and IHSS.

5

## 4   FINDINGS IN SPECIAL/SUBGROUP POPULATIONS

This section contains the results of reviewer's subgroup analyses. Each subgroup analysis was analyzed similarly to the primary and key secondary efficacy analysis with the exception that for the baseline medication group analyses, the baseline medication group fixed effect was excluded from the ANCOVA models. Each subgroup result was also displayed in figures.

**Table 7. Subgroup Analysis: Change in ESS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set)**

| Subgroup | | Treatment Arm | Sample Size | Baseline Mean at the end of SDP (SD) | LS Mean Difference from Baseline (SE) | LS Mean Difference from Placebo (95% CI) |
|---|---|---|---|---|---|---|
| Baseline Medication Group | On Baseline IH Medication | JZP-258 | 33 | 6.9 (4.53) | 0.58 (0.69) | -6.88 (-8.82, -4.94) |
| | | Placebo | 35 | 5.8 (3.76) | 7.46 (0.68) | -- |
| | Treatment Naïve | JZP-258 | 23 | 5.5 (3.99) | 1.16 (0.83) | -5.99 (-8.30, -3.67) |
| | | Placebo | 24 | 5.9 (3.59) | 7.14 (0.81) | -- |
| Gender | Female | JZP-258 | 39 | 6.0 (4.34) | 0.58 (0.66) | -6.56 (-8.33, -4.80) |
| | | Placebo | 43 | 5.9 (3.78) | 7.14 (0.62) | -- |
| | Male | JZP-258 | 17 | 7.1 (4.32) | 1.37 (0.98) | -6.46 (-9.26, -3.65) |
| | | Placebo | 16 | 5.8 (3.41) | 7.83 (1.01) | -- |
| Region | North America | JZP-258 | 35 | 7.3 (4.24) | 1.09 (0.70) | -5.70 (-7.51, -3.88) |
| | | Placebo | 42 | 6.2 (3.53) | 6.78 (0.63) | -- |
| | Europe | JZP-258 | 21 | 4.6 (4.02) | 0.37 (0.88) | -8.31 (-10.88, -5.74) |
| | | Placebo | 17 | 5.1 (3.96) | 8.68 (0.97) | -- |
| JZP-258 stable dose regimen | Once Nightly | JZP-258 | 15 | 8.0 (4.78) | 1.80 (1.04) | -3.0 (-6.15, 0.16) |
| | | Placebo | 11 | 4.4 (1.86) | 4.80 (1.20) | -- |
| | Twice Nightly | JZP-258 | 41 | 5.7 (4.03) | 0.45 (0.63) | -7.35 (-9.02, -5.69) |
| | | Placebo | 47 | 6.3 (3.86) | 7.80 (0.58) | -- |
| Baseline Median BMI | ≤ median | JZP-258 | 28 | 6.0 (3.78) | 0.77 (0.76) | -7.61 (-9.68, -5.54) |
| | | Placebo | 30 | 5.2 (3.47) | 8.38 (0.75) | -- |
| | > median | JZP-258 | 28 | 6.6 (4.86) | 0.91 (0.75) | -5.40 (-7.49, -3.32) |
| | | Placebo | 29 | 6.5 (3.79) | 6.32 (0.74) | -- |
| Idiopathic Hypersomnia Diagnosis | Long sleep | JZP-258 | 13 | 5.2 (4.17) | 1.74 (1.09) | -8.05 (-11.24, -4.86) |
| | | Placebo | 11 | 5.3 (3.0) | 9.79 (1.19) | -- |
| | Without Long Sleep | JZP-258 | 43 | 6.6 (4.37) | 0.51 (0.61) | -6.24 (-7.87, -4.60) |
| | | Placebo | 48 | 6.0 (3.81) | 6.74 (0.58) | -- |

Abbreviations: ESS=Epworth Sleepiness Scale; SDP=Stable Dose Period; DBRWP=Double-blind Randomized Withdrawal Period; LS=lease square; CI=confidence interval; max=maximum; min=minimum; mITT=modified intent-to-treat; SD=standard deviation; SE=standard error.
*Source: Reviewer using data provided by sponsor (adqsess.xpt)*

18

**Figure 5. Forest Plot of Subgroup Analysis: Change in ESS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set)**



Abbreviations: ESS=Epworth Sleepiness Scale; LS=lease square; CI=confidence interval; SDP= Stable Dose Period; DBRWP=Double-Blind Randomized Withdrawal Period; mITT=modified intent-to-treat.
*Source: Reviewer using data provided by sponsor (adqsess.xpt)*

**Table 8. Subgroup Analysis: PGIc at the end of DBRWP by Randomized Treatment Group (mITT Analysis set)**

| Subgroup | | Treatment Arm | Sample Size | Difference In Proportion (95% CI) |
|---|---|---|---|---|
| Baseline Medication Group | On Baseline IH Medication | JZP-258 | 33 | -0.76 (-0.88, -0.53) |
| | | Placebo | 35 | -- |
| | Treatment Naïve | JZP-258 | 23 | -0.53 (-0.73, -0.22) |
| | | Placebo | 24 | -- |
| Gender | Female | JZP-258 | 39 | -0.63 (-0.77, -0.41) |
| | | Placebo | 43 | -- |
| | Male | JZP-258 | 17 | -0.76 (-0.90, -0.39) |
| | | Placebo | 16 | -- |
| Region | North America | JZP-258 | 35 | -0.62 (-0.77, -0.39) |
| | | Placebo | 42 | -- |
| | Europe | JZP-258 | 21 | -0.74 (-0.88, -0.39) |
| | | Placebo | 17 | -- |
| JZP-258 stable dose regimen | Once Nightly | JZP-258 | 15 | -0.55 (-0.78, -0.11) |
| | | Placebo | 11 | -- |
| | Twice Nightly | JZP-258 | 41 | -0.70 (-0.82, -0.49) |
| | | Placebo | 47 | -- |

19

| Subgroup | | Treatment Arm | Sample Size | Difference In Proportion (95% CI) |
|---|---|---|---|---|
| Baseline Median BMI | ≤ median | JZP-258 | 28 | -0.72 (-0.85, -0.46) |
| | | Placebo | 30 | -- |
| | > median | JZP-258 | 28 | -0.61 (-0.78, -0.34) |
| | | Placebo | 29 | -- |
| Idiopathic Hypersomnia Diagnosis | Long sleep | JZP-258 | 13 | -0.77 (-0.94, -0.32) |
| | | Placebo | 11 | -- |
| | Without Long Sleep | JZP-258 | 43 | -0.64 (-0.78, -0.44) |
| | | Placebo | 48 | -- |

Abbreviations: CI=confidence interval; CMH=Cochran-Mantel-Haenszel; SDP=Stable Dose Period; DBRWP=Double-blind Randomized Withdrawal Period; mITT=modified intent-to-treat; PGIc=Patient Global Impression of Change.
Continuity corrected Wilson's 95% CI as modified by Newcombe were presented for the difference in proportion.
The p-value for comparing the proportion worsened on the PGIc between treatment groups is from CMH test stratified by baseline medication group.
*Source: Reviewer using data provided by sponsor (adqgi.xpt)*

## Figure 6. Forest Plot of Subgroup Analysis: PGIc at the end of DBRWP by Randomized Treatment Group (mITT Analysis set)



Abbreviations: mITT=modified intent-to-treat; PGIc=Patient Global Impression of Change; DBRWP=Double-Blind Randomized Withdrawal Period; CI=confidence interval.
*Source: Reviewer using data provided by sponsor (adqgi.xpt)*

20

**Table 9. Subgroup Analysis: Change in IHSS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set)**

| Subgroup | | Treatment Arm | Sample Size | Baseline Mean at the end of SDP (SD) | Estimated Median Difference (95% CI) |
|---|---|---|---|---|---|
| Baseline Medication Group | On Baseline IH Medication | JZP-258 | 33 | 16.2 (9.13) | -12.0 (-15.0, -8.0) |
| | | Placebo | 35 | 15.3 (8.18) | -- |
| | Treatment Naïve | JZP-258 | 23 | 14.4 (9.40) | -12.0 (-18.0, -6.0) |
| | | Placebo | 24 | 15.1 (7.32) | -- |
| Gender | Female | JZP-258 | 39 | 14.3 (8.44) | -12.0 (-15.0, -8.0) |
| | | Placebo | 43 | 15.6 (7.95) | -- |
| | Male | JZP-258 | 17 | 18.2 (10.51) | -12.0 (-19.0, -6.0) |
| | | Placebo | 16 | 14.3 (7.44) | -- |
| Region | North America | JZP-258 | 35 | 15.9 (8.54) | -11.0 (-15.0, -7.0) |
| | | Placebo | 42 | 14.5 (7.46) | -- |
| | Europe | JZP-258 | 21 | 14.8 (10.39) | -14.0 (-19.0, -6.0) |
| | | Placebo | 17 | 17.1 (8.45) | -- |
| JZP-258 stable dose regimen | Once Nightly | JZP-258 | 15 | 16.7 (9.99) | -9.0 (-16.0, -3.0) |
| | | Placebo | 11 | 13.1 (3.27) | -- |
| | Twice Nightly | JZP-258 | 41 | 15.0 (8.98) | -12.0 (-15.0, -8.0) |
| | | Placebo | 47 | 15.9 (8.42) | -- |
| Baseline Median BMI | ≤ median | JZP-258 | 28 | 15.5 (9.60) | -14.0 (-17.0, -10.0) |
| | | Placebo | 30 | 14.7 (8.28) | -- |
| | > median | JZP-258 | 28 | 15.4 (8.95) | -9.0 (-14.0, -5.0) |
| | | Placebo | 29 | 15.8 (7.33) | -- |
| Idiopathic Hypersomnia Diagnosis | Long sleep | JZP-258 | 13 | 15.2 (10.42) | -15.0 (-20.0, -9.0) |
| | | Placebo | 11 | 18.3 (8.47) | -- |
| | Without Long Sleep | JZP-258 | 43 | 15.5 (8.93) | -11.0 (-14.0, -7.0) |
| | | Placebo | 48 | 14.5 (7.53) | -- |

Abbreviations: SDP=Stable Dose Period; DBRWP=Double-blind Randomized Withdrawal Period; IHSS=Idiopathic Hypersomnia Severity Scale; CI=confidence interval; max=maximum; min=minimum; mITT=modified intent-to-treat; OL=Open label; Q1=quarter 1; Q3=quarter 3; SD=standard deviation; SDP=Stable Dose Period.

The estimated median difference between two treatment groups and 95% asymptotic CI are from Hodges-Lehmann estimate. The p-value has been obtained from a rank based on analysis of covariance model including the rank change in IHSS from the end of the OL SDP to the end of the DBRWP as the response variable; Covariates in the model included: baseline medication group, treatment group and ranked IHSS total score at the end of the OL SDP.

*Source: Reviewer using data provided by sponsor (adqsihss.xpt)*

21

Reference ID: 4821057

**Figure 7. Forest Plot of Subgroup Analysis: Change in IHSS from the end of SDP to the end of DBRWP by Randomized Treatment Group (mITT Analysis set)**



Abbreviations: SDP=Stable Dose Period ; DBRWP=Double-blind Randomized Withdrawal Period; IHSS=Idiopathic Hypersomnia Severity Scale; mITT=modified intent-to-treat; CI=confidence interval; Diff=Difference; OL=Open-Label. The estimated median difference between two treatment groups and 95% asymptotic CI are from Hodges-Lehmann estimate. The p-value has been obtained from a rank based on analysis of covariance model including the rank change in IHSS from the end of the OL SDP to the end of the DBRWP as the response variable; Covariates in the model included: baseline medication group, treatment group and ranked IHSS total score at the end of the OL SDP.
*Source: Reviewer using data provided by sponsor (adqsihss.xpt)*

**Baseline Medication Group, Gender, Region, JZP-258 Stable Dose Regimen, Baseline Median BMI Group, Idiopathic Hypersomnia Diagnosis**

All subgroup analysis results presented in Table 7, Table 8, and Table 9 for the primary and key secondary efficacy endpoints showed consistent patterns with primary efficacy analysis results in the mITT population set – no evidently noticeable subgroup effect of JZP-258 compared to the placebo on the change in ESS and IHSS from the end of the SDP to the end of the DBRWP and PGIc at the end of DBRWP.

22

# 5   SUMMARY AND CONCLUSIONS

## 5.1   Statistical Issues

No statistical issues affected to the primary and key secondary efficacy endpoints.

## 5.2   Collective Evidence

Study JZP080-301 showed a statistically significant difference between JZP-258 and placebo in primary and key secondary efficacy endpoints (change in ESS and IHSS from the end of stable dose period to the end of double-blind randomized withdrawal period and PGIc at the end of double-blind randomized withdrawal period).

## 5.3   Conclusions and Recommendations

There are findings to support a significant treatment effect of JZP-258 compared to placebo in subjects aged 19-75 years having a primary diagnosis of IH according to the ICSD-2 or ICSD-3 criteria, measured by Epworth Sleeping Scale, Patient Global Impression of change and Idiopathic Hypersomnia Severity Scale.

23

---------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically. Following this are manifestations of any and all electronic signatures for this electronic record.**

---------------------------------------------------------------------------------------

/s/

----------------------------------------------------------

MINJEONG PARK
07/02/2021 11:15:25 AM

KUN JIN
07/02/2021 12:47:25 PM
I concur with the review.

HSIEN MING J HUNG
07/02/2021 05:29:14 PM

Reference ID: 4821057