# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW |

1

| | |
|---|---|
| AVADEL CNS PHARMACETUICALS LLC and AVADEL PHARMACEUTICALS PLC,<br><br>Plaintiffs,<br><br>v.<br><br>JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Defendants. | C.A. No. 22-487-GBW |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR REDACTION REQUESTS TO SEALED OPINIONS**

WHEREAS, pursuant to the Court's Oral Order, the parties are required to file a proposed redacted version of any opinions the Court has issued under seal, along with a motion supported by a declaration supporting the redactions; and

WHEREAS, the parties are still conferring regarding the proposed redactions, and they need additional time to jointly prepare the redactions, motion, and supporting papers;

IT IS HEREBY STIPULATED AND AGREED, by the parties, subject to approval of the Court, that the deadline to file a proposed redacted version of any opinions the Court has issued under seal, along with a motion supported by a declaration supporting the redactions is extended to June 11, 2024.

Dated: June 5, 2024

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | McCARTER & ENGLISH, LLP |
| */s/ Cameron P. Clark* | */s/ Alexandra M. Joyce* |
| Jack B. Blumenfeld (#1014) | Daniel M. Silver (#4758) |
| Jeremy A. Tigan (#5239) | Alexandra M. Joyce (#6423) |
| Cameron P. Clark (#6647) | Renaissance Centre |
| 1201 North Market Street | 405 N. King St., 8th Floor |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 984-6300 |
| (302) 658-9200 | dsilver@mccarter.com |
| jblumenfeld@morrisnichols.com | ajoyce@mccarter.com |
| jtigan@morrisnichols.com | |
| cclark@morrisnichols.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

**SO ORDERED** this _____ day of _____, 2024.

_____
United States District Court Judge

ME1 48686057v.1