# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>      Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>      Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>      Defendant. | C.A. No. 21-1594-GBW |

**DEFENDANT'S RESPONSE TO**
**PLAINTIFF'S NOTICE OF SUBSEQUENT AUTHORITY**

Defendant Avadel CNS Pharmaceuticals, LLC ("Avadel") respectfully submits this response to Plaintiffs Jazz Pharmaceuticals, Inc.'s and Jazz Pharmaceuticals Ireland Limited's (collectively, "Jazz") Notice of Subsequent Authority (D.I. 656[1]) regarding the Federal Circuit's decision in *Natera, Inc. v. NeoGenomics Lab'ys, Inc.*, --- F.4th ----, 2024 WL 3381916 (Fed. Cir. July 12, 2024).

*Natera* did not announce new law. It applied the existing four factor test to the facts of the case, finding the district court did not abuse its discretion in granting Natera's motion for a preliminary injunction. *Id.* at *10. Regarding the public interest factor, the Court noted "[t]he record does not establish that RaDaR has superior sensitivity in a way that impacts patient outcomes," therefore "the district court did not clearly err in its assessment regarding claimed superior sensitivity." *Id.*

Moreover, *Natera* did not involve a new pharmaceutical drug product, and the record did not contain any Federal Drug Administration finding of clinical superiority.

---

[1] Unless otherwise specified, Docket Index references are to C.A. No. 21-691-GBW (D. Del.).

1

| | |
|---|---|
| Dated: July 23, 2024 | Respectfully submitted, |
| | McCARTER & ENGLISH, LLP |
| *Of Counsel*: | |
| | */s/ Alexandra M. Joyce* |
| Kenneth G. Schuler | Daniel M. Silver (#4758) |
| Marc N. Zubick | Alexandra M. Joyce (#6423) |
| Alex Grabowski | Renaissance Centre |
| Sarah W. Wang | 405 N. King Street, 8th Floor |
| LATHAM & WATKINS LLP | Wilmington, Delaware 19801 |
| 330 North Wabash Avenue, Suite 2800 | (302) 984-6300 |
| Chicago, IL 60611 | dsilver@mccarter.com |
| (312) 876-7700 | ajoyce@mccarter.com |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | *Counsel for Defendant* |
| alex.grabowski@lw.com | |
| sarah.wang@lw.com | |

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com

Kira A. Davis
Katherine E. McNutt
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com
kmcnutt@mofo.com