IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>        Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>        Defendants. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>        Defendants. | C.A. No. 21-1594-GBW |

**ORDER**

At Wilmington this **27th** day of August 2024, **IT IS HEREBY ORDERED** that Plaintiffs Jazz Pharmaceuticals Inc. and Jazz Pharmaceuticals Ireland Limited's (collectively, "Jazz") Motion for a Permanent Injunction and for an Ongoing Royalty (D.I. 586) against Defendant Avadel CNS Pharmaceuticals LLC ("Avadel") is **GRANTED-IN-PART** and **DENIED-IN-PART** as follows:

1. Jazz's motion for a limited permanent injunction prohibiting Avadel from seeking approval from the U.S. Food and Drug Administration ("FDA") and marketing Lumryz for the treatment of IH is **GRANTED**, and Avadel and each of its officers, servants, employees, attorneys, and any other persons who are in active concert or participation with them, are hereby permanently enjoined from infringing in any way Claim 24 of the '782 patent, by making, using, or selling Lumryz or any product not more than colorably different from Lumryz, through and including the expiration date of the '782 patent, including any U.S. Patent Office extensions granted thereon.

    A. Excluded from this injunction are making, using, and selling Lumryz: (a) for the treatment of narcolepsy; (b) for the patients who have been prescribed Lumryz as of the effective date of the injunction conditional on Avadel paying appropriate renumeration to be determined; (c) in currently-ongoing clinical trials and studies; (d) to update data in old studies if necessary; and (e) to re-run necessary tests for quality control for regulators or customers.

    B. For the avoidance of doubt, for the duration of this injunction, while Avadel may continue to use Lumryz in currently-ongoing clinical trials and studies pursuant to paragraph 1(A) above, Avadel may not seek approval of Lumryz from the FDA for the treatment of IH or for any indication that was not already part of Lumryz's approved product labeling as of March 4, 2024.

2. Jazz's motion for an ongoing royalty from Avadel to compensate Jazz for any future sale of infringing products to patients with narcolepsy is **GRANTED**, pending additional briefing on the appropriate ongoing rate above 3.5%. Each party may file an opening letter brief not to exceed seven (7) pages on or before Monday, September 16, 2024, at 5:00 pm, outlining their position on the appropriate ongoing royalty rate, which may include any evidence that was not before the jury and additionally any changed circumstances that support their respective positions. Each party may submit an answering letter brief not to exceed four (4) pages on or before Monday September 23, 2024, at 5:00 pm.

3. The undersigned expressly retains jurisdiction to enforce the judgment and permanent injunction pertaining to this action.

                                                        GREGORY B. WILLIAMS
                                         UNITED STATES DISTRICT JUDGE