# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>      Plaintiff,<br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>      Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>      Plaintiffs,<br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>      Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>      Plaintiffs,<br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>      Defendant. | C.A. No. 21-1594-GBW |

## **NOTICE OF APPEAL**

Notice is hereby given that Defendant Avadel CNS Pharmaceuticals, LLC ("Avadel") appeals to the United States Court of Appeals for the Federal Circuit from the August 27, 2024 Memorandum Opinion (D.I. 665 in 21-691-GBW; D.I. 542 in 21-1138-GBW; D.I. 540 in 21-1594-GBW) and Order (D.I. 666 in 21-691-GBW; D.I. 543 in 21-1138-GBW; D.I. 541 in 21-1594-GBW) granting-in-part an injunction against Avadel, and from all orders, opinions, decisions, and

ME1 49575113v.1

rulings prior to the entry of the order that merge therein. Payment of the required fees is provided with this notice.

|  |  |
|---|---|
| Dated: August 28, 2024 | Respectfully submitted, |
| | McCARTER & ENGLISH, LLP |
| *Of Counsel*: | */s/ Daniel M. Silver* |
| Kenneth G. Schuler | Daniel M. Silver (#4758) |
| Marc N. Zubick | Alexandra M. Joyce (#6423) |
| Alex Grabowski | Renaissance Centre |
| Sarah W. Wang | 405 N. King Street, 8th Floor |
| LATHAM & WATKINS LLP | Wilmington, Delaware 19801 |
| 330 North Wabash Avenue, Suite 2800 | (302) 984-6300 |
| Chicago, IL 60611 | dsilver@mccarter.com |
| (312) 876-7700 | ajoyce@mccarter.com |
| kenneth.schuler@lw.com | |
| marc.zubick@lw.com | *Counsel for Defendant* |
| alex.grabowski@lw.com | |
| sarah.wang@lw.com | |

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com