NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAZZ PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

v.

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

---

2024-2274

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00691-GBW, Judge Gregory Brian Williams.

-------------------------------------------------

**JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS IRELAND LIMITED,**
*Plaintiffs-Appellees*

v.

**AVADEL CNS PHARMACEUTICALS, LLC,**
*Defendant-Appellant*

---

2024-2277

---

2             JAZZ PHARMACEUTICALS, INC. v. AVADEL CNS
PHARMACEUTICALS, LLC

    Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01138-GBW, Judge Gregory Brian Williams.

---

# JAZZ PHARMACEUTICALS, INC., JAZZ PHARMACEUTICALS IRELAND LIMITED,
*Plaintiffs-Appellees*

v.

# AVADEL CNS PHARMACEUTICALS, LLC,
*Defendant-Appellant*

---

2024-2278

---

    Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-01594-GBW, Judge Gregory Brian Williams.

---

## ON MOTION

---

PER CURIAM.

## CORRECTED ORDER

    In each above-captioned appeal, Avadel CNS Pharmaceuticals, LLC submits a motion to stay, pending appeal, the district court's injunction and requests an interim stay pending consideration of the motion. Also, Avadel moves without opposition for expedited schedules for its stay motions and for briefing and argument of the appeals, which it "expects . . . to be consolidated, as they arise from the same district court order." *See, e.g.,* Appeal No. 2024-2274, ECF No. 8 at 5 n.1.

JAZZ PHARMACEUTICALS, INC. v. AVADEL CNS PHARMACEUTICALS, LLC     3

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The above-captioned appeals are consolidated, and thus one set of briefing should be filed for the appeals. The revised official caption is reflected in this order.

(2) The scheduling motions are granted to the extent that:

   (a) Jazz Pharmaceuticals, LLC et al.'s response to the stay motions is due no later than September 13, 2024, and Avadel's reply is due no later than September 16, 2024.

   (b) Avadel's opening brief is due no later than September 20, 2024; Jazz's response brief is due no later than November 7, 2024; Avadel's reply brief is due no later than November 18, 2024; and the joint appendix is due no later than November 19, 2024. The parties should not anticipate extensions of time, and oral argument will be addressed separately.

FOR THE COURT

September 10, 2024
Date

Jarrett B. Perlow
Clerk of Court