IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW<br><br><br><br>REDACTED – PUBLIC VERSION |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW<br><br><br><br>REDACTED – PUBLIC VERSION |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW<br><br><br><br>REDACTED – PUBLIC VERSION |

**DECLARATION OF P.J. HONERKAMP**

I, P.J. Honerkamp, declare as follows:

1. I am currently Senior Vice President and Head of Neuroscience Strategy Jazz Pharmaceuticals, Inc. ("Jazz").

**Confidential Version Filed: 9/10/24**
**Redacted Version Filed: 9/17/24**

2.     In my capacity as a Senior Vice President, I work on projects related to the company's corporate strategy which includes evaluating new products and product candidates in therapeutics areas where the company is active.  I also gained significant knowledge about the market over the previous 8 years as the SVP, Sleep Business Unit Head which enabled regular communication with patients and healthcare providers.  In both capacities, I work with Jazz's market access group and understand the interactions with Pharmacy Benefit Managers ("PBMs") to ensure that third-party payers are covering the drug products marketed by Jazz so that patients can receive and use them once a healthcare provider writes a prescription.

3.     I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

## I.     BACKGROUND

4.     I have 20 years of experience in the biopharmaceutical industry.

5.     I joined Jazz in 2004 in the legal department, and then in 2011 I moved to business development, which related to product development, project management, portfolio management, strategy, finance, and budgeting and planning.  In 2012, I became Vice President of Strategic Operations which focused on long-term strategy.  Then, in 2014, I became head of the Sleep business unit which includes responsibilities for all sales and marketing as it relates to our sleep products, as well as preparing for the launches of additional products in development.

6.     I hold a BA in philosophy from Davidson College and law degree from Harvard University.

7.     Based on my experience in my roles at Jazz, I am familiar with our business operations, the markets in which our products compete, and factors that affect the choices sleep disorder patients make.  In particular, I am familiar with the operations that are relevant to Jazz's current and future sleep products, including their marketing and sales, the significant investment

into their development as well as their safe distribution, and the likely consequences if Avadel were permitted to continue to market Lumryz™, even off-label, for the treatment of idiopathic hypersomnia. I am also familiar with Jazz's interactions with PBMs concerning coverage plans relating to Jazz's products that are managed by the PBMs.

8. I previously submitted a declaration (D.I. 588) in support of Jazz's motion for permanent injunction (Injunction Declaration).

9. ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

10. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

11. █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

12. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

– 4 –

[redacted]

13. [redacted]

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on September 10, 2024, at Palo Alto, CA.

_____
P.J. Honerkamp

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 10, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Daniel M. Silver, Esquire<br>Alexandra M. Joyce, Esquire<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kenneth G. Schuler, Esquire<br>Marc N. Zubick, Esquire<br>Alex Grabowski, Esquire<br>Sarah W. Wang, Esquire<br>Michelle Chin, Esquire<br>LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL  60611<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Herman H. Yue, Esquire<br>Franco Benyamin, Esquire<br>Ramya Sri Vallabhaneni, Esquire<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY  10020<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Alan J. Devlin, Esquire<br>Ian Conner, Esquire<br>Denise Laspina, Esquire<br>Kelly Welsh, Esquire<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C.  20004-1304<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

– 2 –

| | |
|---|---|
| Daralyn J. Durie, Esquire<br>Rebecca E. Weires, Esquire<br>Adam R. Brausa, Esquire<br>Tannyr Pasvantis, Esquire<br>Umeet K. Sajjan, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Kira A. Davis, Esquire<br>Henry Huttinger, Esquire<br>Katherine E. McNutt, Esquire<br>Rose S. Lee, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| David F. McGowan, Esquire<br>David F. Kowalski, Esquire<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA  92130<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Andrew T. Jones, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C.  20037<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202-5638<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)