# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW |

## DECLARATION OF JENNIFER GUDEMAN

I, Jennifer Gudeman, declare:

1. I am the same Jennifer Gudeman who submitted a September 3, 2024 Declaration in support of Avadel's Motion for a Stay Pending Appeal. I have personal knowledge of the facts stated herein. If called as a witness in this matter, I could and would competently testify to each of the facts set forth below.

2. The patients enrolled in the REVITALYZ trial receive a treatment consisting of either Lumryz or a placebo. In either instance, patients enrolled in the REVITALYZ trial are not charged for the treatment they receive. Similarly, if the patients participate in the open label extension portion of REVITALYZ, they will receive Lumryz at no cost to them.

3. Providing study treatments at no cost to patients is customary in clinical trials and consistent with industry practices, particularly in studies like REVITALYZ that include a placebo component.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 12, 2024.

_____
Jennifer Gudeman

1

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on September 12, 2024 on the following counsel in the manner indicated below.

### **VIA EMAIL:**

Jack B. Blumenfeld
Jeremy Tigan
Cameron Clark
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Catherine T. Mattes
Abigail DeMasi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com
catherinemattes@quinnemanuel.com
abigaildemasi@quinnemanuel.com

*Attorneys for Plaintiffs*

Dated: September 12, 2024

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)

ME1 49724786v.1