**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-691-GBW |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW |
| JAZZ PHARMACEUTICALS, INC., et al.,<br><br>Plaintiffs,<br>v.<br><br>AVADEL CNS PHARMACEUTICALS, LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW |

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that, pursuant to Federal Rules of Appellate Procedure 3 and 4(a)(4)(B), Defendant Avadel CNS Pharmaceuticals, LLC ("Avadel") amends its August 28, 2024 Notice of Appeal filed in the above-captioned cases (D.I. 667 in 21-691-GBW; D.I. 544 in 21-1138-GBW; D.I. 542 in 21-1594-GBW). These cases have been docketed by the United States Court of Appeals for the Federal Circuit as Nos. 24-2274, 24-2277, 24-2278. No additional fee is required because this is an amended notice of appeal. Fed. R. App. P. 4(a)(4)(B)(iii).

After Avadel filed its Notice of Appeal, the District Court issued its September 24, 2024 Memorandum Order on Avadel's Emergency Motion to Stay Pending Appeal (D.I. 710 in 21-691-GBW; D.I. 585 in 21-1138-GBW; D.I. 583 in 21-1594-GBW) ("September 24, 2024 Order") denying Avadel's request for a stay pending appeal and further addressing the injunction against Avadel. Because Avadel has appealed from the Court's earlier August 27, 2024 Memorandum Opinion (D.I. 665 in 21-691-GBW; D.I. 542 in 21-1138-GBW; D.I. 540 in 21-1594-GBW) and Order (D.I. 666 in 21-691-GBW; D.I. 543 in 21-1138-GBW; D.I. 541 in 21-1594-GBW) ("collectively, the Original Opinion and Order"), it hereby files this Amended Notice of Appeal to encompass all orders or judgments listed in the original Notice of Appeal, as well as the District Court's September 24, 2024 Order and any modifications or amendments it made to the Original Opinion and Order, and any other orders or decisions that merge therein.

Dated: September 27, 2024

Respectfully submitted,

McCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Defendant*

*Of Counsel*:

Kenneth G. Schuler
Marc N. Zubick
Alex Grabowski
Sarah W. Wang
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700
kenneth.schuler@lw.com
marc.zubick@lw.com
alex.grabowski@lw.com
sarah.wang@lw.com

Herman Yue
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1200
Herman.Yue@lw.com

Daralyn J. Durie
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
(415) 268-6055
ddurie@mofo.com

Kira A. Davis
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5200
kiradavis@mofo.com