# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC., | REDACTED PUBLIC VESRION FILED OCTOBER 4, 2024 |
| Plaintiff, | |
| v. | C.A. No. 21-691-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC, | ██████████████ |
| Defendant. | |
| JAZZ PHARMACEUTICALS, INC., et al., | |
| Plaintiffs, | |
| v. | C.A. No. 21-1138-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC, | ██████████████ |
| Defendant. | |
| JAZZ PHARMACEUTICALS, INC., et al., | |
| Plaintiffs, | |
| v. | C.A. No. 21-1594-GBW |
| AVADEL CNS PHARMACEUTICALS, LLC, | ██████████████ |
| Defendant. | |

**DECLARATION OF PAUL WEIL IN SUPPORT OF AVADEL'S RESPONSIVE LETTER BRIEF TO THE HONORABLE GREGORY B. WILLIAMS REGARDING <u>ONGOING ROYALTY</u>**

I, Paul Weil, declare:

1.      I am the Vice President, Market Access at Avadel.  I am submitting this Declaration in support of Avadel's Responsive Letter Brief to the Honorable Gregory B. Williams Regarding Ongoing Royalty in order to address factual issues relevant to that brief.  I have personal knowledge of the facts contained herein, and would testify truthfully to them if called upon to do so.

**Background**

2.      I have a Bachelor of Science degree in business from the University of Delaware.

3.      I have worked in the pharmaceutical industry for over thirty years, including holding multiple positions related to pharmaceutical sales and market access at companies such as Eli Lilly, Schering-Plough, Amylin, Avanir, and Greenwich Biosciences.

4.      In August 2021 I was hired by Avadel to be its Vice President, Market Access. My responsibilities at Avadel include working directly with Pharmacy Benefit Managers ("PBMs") and Group Purchasing Organizations ("GPOs"), National and Regional payers, and also lead contracts and pricing.

5.      I have been asked to provide a description of Avadel's PBM/GPO strategy and practices, including its discussions with PBMs and GPOs regarding rebates and formulary preference following the launch of LUMRYZ, in connection with Avadel's submission to the Court regarding appropriate post-trial royalties on sales of LUMRYZ.

**Avadel's PBM/GPO Strategy**

6.      ████████████████████████████████████████████
████████████████████████████████████████████████████
████████████████████████████████████████████

███████████████████████████████████████████████████

██████████████████████████████

7.      ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████      █████████████

████████████████████████████████████████████████

███████████████████████████████████████████      I

have in fact seen public statements by Jazz in its SEC filings indicating that Jazz has been

expecting that it would face increasing pressure from PBMs to agree to discounts and rebates,

including because of the availability of generic Xyrem.   ████████████████████████████

████████████████████████████████████████

8.      ████████████████████████████████████████████

████████████   Those large PBMs and GPOs include CVS Caremark/Zinc, Express

Scripts/Ascent, and Optum Rx/Emisar, Humana, MedImpact, and Prime Therapeutics.

According to one recent study, those large PBMs account for 94% of the PBM market.[1]   ████

███████████████████████████████████████████

---

[1] *See* https://www.drugchannels.net/2024/04/the-top-pharmacy-benefit-managers-of.html (last
accessed September 23, 2024).

██████████████████████████████████████████████████

████████████ Based on the most recent data available for August 2024, ██████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████

\*     \*     \*

I declare under penalty of perjury under the laws of the United States of America that the foregoing declaration is true and correct.

Executed on September 23, 2024 in Brigantine, New Jersey

*Paul Weil*
_____
Paul Weil

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on September 23, 2024 on the following counsel in the manner indicated below.

### <u>VIA EMAIL:</u>

Jack B. Blumenfeld
Jeremy Tigan
Cameron Clark
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
cclark@morrisnichols.com

F. Dominic Cerrito
Eric C. Stops
Evangeline Shih
Andrew S. Chalson
Gabriel P. Brier
Frank C. Calvosa
Catherine T. Mattes
Abigail DeMasi
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
nickcerrito@quinnemanuel.com
ericstops@quinnemanuel.com
evangelineshih@quinnemanuel.com
andrewchalson@quinnemanuel.com
gabrielbrier@quinnemanuel.com
frankcalvosa@quinnemanuel.com
catherinemattes@quinnemanuel.com
abigaildemasi@quinnemanuel.com

*Attorneys for Plaintiffs*

Dated:  September 23, 2024

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)