IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-691-GBW<br><br>**UNSEALED** 9/17/2025 |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-1138-GBW<br><br>**UNSEALED** 9/17/2025 |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-1594-GBW<br><br>**UNSEALED** 9/17/2025 |

**ORDER**

AND NOW, this 15th day of September 2025, consistent with the corresponding Memorandum Opinion, **IT IS HEREBY ORDERED** that the ongoing royalty rate that Avadel shall pay Jazz for Avadel's continuing sales of LUMRYZ to patients with narcolepsy is 3.85%.

Because the Court's Opinion is filed under seal, the parties shall meet and confer and, no later than thirty (30) days after entry of this Order, file a proposed redacted version of the Opinion, along with a motion supported by a declaration that contains a clear, factually detailed explanation as to why disclosure of any proposed redacted material would "work a clearly defined and serious injury to the party seeking closure." *In re Avandia Mktg., Sales Pracs. & Prod. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019). If the parties do not file a proposed redacted version of the Opinion and corresponding motion by the deadline, or if the Court determines the motion lacks a meritorious basis, the Opinion will be unsealed in whole or in part.

_____
GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE