IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAZZ PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-691 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-1138 (GBW) |
| JAZZ PHARMACEUTICALS, INC. and JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>AVADEL CNS PHARMACEUTICALS LLC,<br><br>Defendant. | C.A. No. 21-1594 (GBW) |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to meet and confer regarding the injunction order (*see* D.I. 722 in C.A. No. 21-691 at 25-26 n.36) is extended to September 24, 2025.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | MCCARTER & ENGLISH, LLP |
| */s/ Cameron P. Clark* | */s/ Alexandra M. Joyce* |
| Jeremy A. Tigan (#5239) <br> Cameron P. Clark (#6647) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jtigan@morrisnichols.com <br> cclark@morrisnichols.com | Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 North King Street, 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

September 22, 2025

SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE